**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

*Attorneys for Lead Plaintiff Movant Mark Lohkemper*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, <br><br> Defendants. | Case No. 2:19-cv-01828-R-SK <br><br> **DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF NOTICE OF MOTION & MOTION OF PLAINTIFF MARK LOHKEMPER FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF HIS SELECTION OF LEAD COUNSEL; AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT** <br><br> Date:   June 3, 2019 <br> Time:   10:00 a.m. <br> Judge:  Hon. Manuel L. Real <br> Dept.:  Courtroom 880, 8th Floor |

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF NOTICE OF MOTION & MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF LEAD COUNSEL; AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT
CASE NO.: 19-CV-01828-R-SK

Pursuant to 28 U.S.C. §1746, I, John T. Jasnoch, hereby declare as follows:

1.    I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff movant Mark Lohkemper ("Lohkemper").  I make this Declaration in support of the motion by Lohkemper for appointment as Lead Plaintiff and for approval of his selection of Scott+Scott as Lead Counsel for the Class.

2.    Attached are true and correct copies of the following:

- Exhibit A:    Notice published on February 28, 2019 via *Business Wire*;

- Exhibit B:    Notice published on March 13, 2019 via *GlobeNewswire*;

- Exhibit C:    Certification with Schedule A;

- Exhibit D:    Loss Chart; and

- Exhibit E:    Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED: April 29, 2019        s/ John T. Jasnoch
                             John T. Jasnoch (CA 281605)
                             jjasnoch@scott-scott.com
                             SCOTT+SCOTT ATTORNEYS AT LAW LLP
                             600 W. Broadway, Suite 3300
                             San Diego, CA 92101
                             Telephone: (619) 233-4565
                             Facsimile:  (619) 233-0508

1

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF NOTICE OF MOTION & MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF LEAD COUNSEL; AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT
CASE NO.: 19-CV-01828-R-SK

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on April 29, 2019, at San Diego, California.

s/ John T. Jasnoch
John T. Jasnoch (CA 281605)

2