# EXHIBIT D

**LOSS ANALYSIS**

**Class Period: 05/03/2017 to 02/21/2019**

**STAMPS.COM INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| STMP | 852857200 | B013D75 | US8528572006 | $84.71556 * |

**Mark Lohkemper**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 6/1/2017 | 2 | $137.72 | -$275.44 |
| Purchase | 6/13/2017 | 5 | $146.31 | -$731.57 |
| Purchase | 8/7/2017 | 750 | $209.10 | -$156,825.00 |
| Purchase | 8/8/2017 | 500 | $211.30 | -$105,650.00 |
| Purchase | 8/11/2017 | 140 | $209.65 | -$29,350.72 |
| Purchase | 12/15/2017 | 50 | $173.07 | -$8,653.26 |
| Purchase | 12/15/2017 | 50 | $173.06 | -$8,652.92 |
| Purchase | 2/9/2018 | 150 | $183.01 | -$27,451.50 |
| Purchase | 2/15/2018 | 55 | $180.55 | -$9,930.25 |
| Purchase | 11/20/2018 | 40 | $155.71 | -$6,228.23 |
| **Class Period purchases:** | | **1,742** | | **-$353,748.89** |
| | LIFO Retained Purchases: | 1,742 | $84.71556 | $147,574.50 |

**\* Value of retained shares is the mean trading price from 02/22/2019 to 04/26/2019**          **LIFO Gain/(Loss):**          **-$206,174.39**