**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel:  (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Movant Demetrious Manuselis*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | No. 2:19-cv-01828-MLR-SK<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF DEMETRIOUS MANUSELIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Manuel L. Real<br>Date:  June 3, 2019<br>Time: 10:00 a.m.<br>Courtroom #880 - 8th Floor |

I, ADAM C. MCCALL hereby declare that:

1.    I am a member in good standing of the Bar of this Court, and an associate in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Demetrious Manuselis ("Movant"), and proposed Lead Counsel for the class.

2.    I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal

knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Demetrious Manuselis.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Demetrious Manuselis.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of *Grabisch v. Stamps.com, Inc., et al.,* Case No. 2:19-cv-01497, which was filed in this Court on February 28, 2019.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: April 29, 2019                    */s/ Adam C. McCall*
                                         Adam C. McCall

## CERTIFICATE OF SERVICE

I, Adam C. McCall, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am an associate attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 29, 2019, I electronically filed the following **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF DEMETRIOUS MANUSELIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 29, 2019.

/s/Adam C. McCall
Adam C. McCall