# EXHIBIT B

**Demetrious Manuselis**
**Transactions in Stamps.com, Inc. (STMP) Securities**
**Class Period: May 3, 2017 and February 21, 2019, inclusive**

| | | |
|---|---:|---:|
| **Gross Shares Purchased** | | 5,200 |
| **Net Retained Shares** | | 2,414 |
| **Net Funds Expended** | $ | 556,228.85 |
| **Straight LIFO Losses** | $ | 344,561.94 |
| *Dura* **LIFO** | $ | 344,561.94 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|:---:|---:|---:|---:|
| 9/21/2017 | B | 1,000 | 207.9900 | 207,990.00 |
| 9/21/2017 | S | (700) | 209.7936 | (146,855.52) |
| 9/21/2017 | S | (200) | 209.7789 | (41,955.78) |
| 10/3/2017 | S | (100) | 215.0250 | (21,502.50) |
| 11/16/2017 | B | 500 | 175.6470 | 87,823.50 |
| 12/15/2017 | S | (400) | 177.9907 | (71,196.28) |
| 5/7/2018 | S | (86) | 238.6505 | (20,523.94) |
| 5/17/2018 | B | 500 | 248.5583 | 124,279.15 |
| 6/1/2018 | S | (500) | 260.0740 | (130,037.00) |
| 8/8/2018 | B | 178 | 264.0450 | 47,000.01 |
| 8/8/2018 | B | 22 | 264.0050 | 5,808.11 |
| 9/4/2018 | B | 1,000 | 247.5278 | 247,527.80 |
| 9/18/2018 | B | 1,000 | 229.6580 | 229,658.00 |
| 10/11/2018 | B | 1,000 | 212.4893 | 212,489.30 |
| 10/11/2018 | S | (800) | 217.8450 | (174,276.00) |
| | *After-CP* | | | |
| 4/1/2019 | S | (300) | 82.3910 | (24,717.30) |
| 4/1/2019 | S | (202) | 82.3716 | (16,639.06) |
| 4/1/2019 | S | (100) | 82.3618 | (8,236.18) |
| 4/1/2019 | S | (98) | 82.3594 | (8,071.22) |
| 4/1/2019 | S | (100) | 82.3577 | (8,235.77) |
| 4/1/2019 | S | (100) | 82.3573 | (8,235.73) |
| 4/1/2019 | S | (100) | 82.3570 | (8,235.70) |
| 4/1/2019 | S | (515) | 82.3410 | (42,405.62) |
| 4/1/2019 | S | (100) | 82.3400 | (8,234.00) |
| 4/1/2019 | S | (100) | 82.3336 | (8,233.36) |
| 4/1/2019 | S | (10) | 82.3247 | (823.25) |
| 4/1/2019 | S | (20) | 82.3138 | (1,646.28) |
| 4/1/2019 | S | (45) | 82.3048 | (3,703.72) |
| 4/1/2019 | S | (10) | 82.3038 | (823.04) |
| 4/1/2019 | S | (100) | 82.3010 | (8,230.10) |
| 4/1/2019 | S | (100) | 82.2957 | (8,229.57) |
| 4/1/2019 | S | (100) | 82.2949 | (8,229.49) |
| 4/1/2019 | S | (100) | 82.2896 | (8,228.96) |
| 4/1/2019 | S | (200) | 82.2854 | (16,457.08) |