Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com

*Counsel of Lead Plaintiff Movant*
*STMP Investor Group*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, <br><br> Defendants. | Case No: 2:19-cv-01828-R-SK <br><br> **NOTICE OF MOTION AND MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Hearing Date: June 3, 2019 <br> Time: 10:00 am <br> Courtroom: 880-8th floor <br> Judge: Hon. Manuel L. Real |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on June 3, 2019, at 10:00 am, before the Honorable Manuel L. Real in Courtroom 880, 8th floor, 255 East Temple Street, Los Angeles, CA 90012, Michael Rado and Paul Davis (collectively, "Movants" or the "STMP Investor Group") will, and do move this Court for an order: (a) appointing Movants as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, as amended (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (b) approval of Movants' selection of Glancy Prongay & Murray LLP and Kirby McInerney LLP as Lead Counsel; and (c) such other and further relief as the Court may deem just and proper. This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) on the grounds that: (1) Movants have the largest financial interests and thus, should be appointed Lead Plaintiff for the class of all persons who purchased or otherwise acquired Stamps.com, Inc. ("Stamps.com" or the "Company") securities from May 3, 2017 through February 21, 2019, inclusive (the "Class Period"); and (2) Movants' selection of Lead Counsel should be approved as the firms are well qualified to represent the class. In support of this Motion, Movants file herewith a memorandum of points and authorities, the Declaration of Robert V. Prongay, and a proposed order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movants do not yet know which other Stamps.com investors plan to move for appointment as lead plaintiff, and that cannot be known prior to the statutory deadline to file this motion. Accordingly, Movants do not and cannot know the identity of the opposing counsel with whom to confer at this time. Under these circumstances, Movants respectfully request that the conferral requirement of Local Rule 7-3 be waived.

Dated: April 29, 2019

GLANCY PRONGAY & MURRAY LLP

By: */s/ Robert V. Prongay*

Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com

Ira M. Press
Thomas W. Elrod
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com

*Counsel for Lead Plaintiff Movant STMP Investor Group*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 29, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2019, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay