Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com

*Counsel of Lead Plaintiff Movant*
*STMP Investor Group*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No: 2:19-cv-01828-R-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: June 3, 2019<br>Time: 10:00 am<br>Courtroom: 880-8th floor<br>Judge: Hon. Manuel L. Real |

Having considered the motion of the STMP Investor Group to be appointed Lead Plaintiff and to approve the STMP Investor Group's selection of the law firms of Glancy Prongay & Murray LLP and Kirby McInerney LLP as Lead Counsel, the Memorandum of Points and Authorities and Declaration of Robert V. Prongay in support thereof, the Exhibits thereto, and good cause appearing therefore, the Court hereby orders as follows:

1.    The STMP Investor Group is hereby appointed as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and

2.    Lead Plaintiff's selection of the law firms of Glancy Prongay & Murray LLP and Kirby McInerney LLP as Lead Counsel is hereby approved.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE