Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com

*Counsel of Lead Plaintiff Movant*
*STMP Investor Group*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT KARINSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No: 2:19-cv-01828-R-SK<br><br>**DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: June 3, 2019<br>Time: 10:00 am<br>Courtroom: 880-8th floor<br>Judge: Hon. Manuel L. Real |

I, ROBERT V. PRONGAY, hereby declare as follows:

1.     I am a member of the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movants Michael Rado and Paul Davis (collectively, "Movants" or the "STMP Investor Group") and proposed Lead Counsel for the proposed plaintiff class in the above-titled action. As such, I have knowledge of the matters set forth in this declaration. I submit this declaration in support of the STMP Investor Group's motion for appointment of lead plaintiff and approval of selection of counsel.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency of class action that was issued on February 28, 2019 over *Business Wire*, a national business-oriented newswire service, in connection with the action styled *Grabisch v. Stamps.com, et al.*, 2:19-cv-01497 (C.D. Cal.).

3.     Attached hereto as Exhibit 2 is a true and correct copy of the notice of pendency of class action that was issued on March 13, 2019 over *GlobeNewswire*, a national business-oriented newswire service, in connection with the above-captioned action.

4.     Attached hereto as Exhibit 3 are true and correct copies of the signed certifications of the members of the STMP Investor Group, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. *See* 15 U.S.C. § 78u-4(a)(2).

5.     Attached hereto as Exhibit 4 is a true and correct copy of the Joint Declaration of Michael Rado and Paul Davis.

6.     Attached hereto as Exhibit 5 is a chart, prepared by counsel: (i) listing the STMP Investor Group's transactions in Stamps.com, Inc. ("Stamps.com") common stock purchased from May 3, 2017 through February 21, 2019, inclusive, as well as the STMP Investor Group's Stamps.com transactions following the Class

Period; and (ii) calculating the STMP Investor Group's losses from Class Period investments in Stamps.com common stock.

7.     Attached hereto as Exhibit 6 is a true and correct copy of the firm resume of Glancy Prongay & Murray LLP.

8.     Attached hereto as Exhibit 7 is a true and correct copy of the firm resume of Kirby McInerney LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2019 at Los Angeles, California.

/s/ Robert V. Prongay
Robert V. Prongay

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 29, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2019, at Los Angeles, California.

*/s/ Robert V. Prongay*
Robert V. Prongay

---

DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No: 2:19-cv-01828-R-SK

3