# EXHIBIT 3

**SWORN CERTIFICATION OF PLAINTIFF**

**STAMPS.COM INC. SECURITIES LITIGATION**

I, Michael Rado individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.  I have reviewed the Complaint and authorize its filing rand/or the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Stamps.com Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Stamps.com Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

3/7/2019
_____
Date

DocuSigned by:
06CC68DD72504FB...
_____
Michael Rado

**Michael Rado's Transactions in Stamps.com Inc. (STMP)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/9/2017 | Bought | 50 | $103.1500 |
| 5/9/2017 | Bought | 50 | $103.3500 |
| 3/26/2018 | Bought | 1,000 | $195.0000 |
| 4/9/2018 | Sold | -1,000 | $200.0000 |
| 6/22/2018 | Bought | 200 | $270.0000 |
| 6/25/2018 | Bought | 800 | $270.0000 |
| 10/8/2018 | Bought | 1,000 | $217.5000 |
| 11/2/2018 | Bought | 480 | $179.0000 |
| 11/12/2018 | Bought | 1,000 | $170.0000 |

**Michael Rado's Transactions in Stamps.com Inc. Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 2/12/2018 | Sold | Put | Feb 16, 2018 / $170 | -5 | $3.9000 |
| 2/21/2018 | Sold | Put | Feb 23, 2018 / $182.5 | -10 | $8.0000 |
| 2/27/2018 | Sold | Put | Mar 16, 2018 / $192.5 | -10 | $5.3500 |
| 3/5/2018 | Sold | Put | Mar 9, 2018 / $190 | -10 | $2.6000 |
| 3/19/2018 | Sold | Put | Mar 23, 2018 / $195 | -10 | $3.0000 |
| 3/27/2018 | Sold | Call | Apr 6, 2018 / $200 | -10 | $3.8000 |
| 3/27/2018 | Sold | Put | Apr 6, 2018 / $192.5 | -10 | $3.9600 |
| 4/26/2018 | Sold | Put | May 4, 2018 / $212.5 | -5 | $7.9000 |
| 4/26/2018 | Sold | Put | May 4, 2018 / $212.5 | -2 | $7.8400 |
| 4/26/2018 | Sold | Put | May 4, 2018 / $212.5 | -3 | $7.2000 |
| 4/30/2018 | Sold | Put | May 4, 2018 / $207.5 | -10 | $4.5000 |
| 5/18/2018 | Sold | Put | May 25, 2018 / $245 | -10 | $3.6000 |
| 6/4/2018 | Sold | Put | Jun 8, 2018 / $252.5 | -10 | $1.9000 |
| 6/13/2018 | Sold | Put | Jun 22, 2018 / $270 | -10 | $3.2000 |
| 7/9/2018 | Sold | Call | Jul 13, 2018 / $275 | -10 | $3.2000 |
| 7/25/2018 | Sold | Call | Aug 3, 2018 / $280 | -10 | $13.5000 |
| 10/2/2018 | Sold | Put | Oct 5, 2018 / $217.5 | -10 | $5.0000 |
| 10/16/2018 | Sold | Call | Oct 19, 2018 / $220 | -10 | $4.0000 |
| 11/8/2018 | Sold | Put | Nov 9, 2018 / $170 | -10 | $2.5000 |

# CERTIFICATATION OF PROPOSED LEAD PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

Paul B. Davis declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint on behalf of investors of Stamps.com, Inc. ("Stamps.com") and have authorized its filing on my behalf. I retain the law firm of Kirby McInerney LLP and such co-counsel as it deems appropriate to associate with to pursue this action on a contingent fee basis.

2.      I did not purchase Stamps.com securities at the direction of Kirby McInerney LLP or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Stamps.com securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

5.      During the three years prior to the date of this certification, I have not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

6.      I will not accept payment for serving as a representative party on behalf of the class beyond my pro rata share of any class recovery, except as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of February 2019.

Paul B. Davis

2

# SCHEDULE A

## Class Period Transactions of Paul B. Davis in Stamps.com, Inc. ("STMP") Securities:

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 1/8/2019 | Purchase | 76 | $160.74 |
| 1/8/2019 | Purchase | 100 | $160.93 |
| 1/8/2019 | Purchase | 100 | $160.95 |
| 1/8/2019 | Purchase | 100 | $160.97 |
| 1/8/2019 | Purchase | 100 | $160.98 |
| 1/8/2019 | Purchase | 100 | $160.99 |
| 1/8/2019 | Purchase | 200 | $160.98 |
| 1/8/2019 | Purchase | 824 | $161.00 |
| 1/11/19 | Purchase | 1,200 | $170.91 |
| 1/11/19 | Purchase | 1,200 | $171.76 |
| 1/11/19 | Purchase | 2,000 | $172.05 |

3