# EXHIBIT 4

Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com

*Counsel of Lead Plaintiff Movant*
*STMP Investor Group*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No: 2:19-cv-01828-R-SK<br><br>**JOINT DECLARATION OF MICHAEL RADO AND PAUL DAVIS IN SUPPORT OF MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: June 3, 2019<br>Time: 10:00 am<br>Courtroom: 880-8th Floor<br>Judge: Hon. Manuel L. Real |

JOINT DECLARATION OF MICHAEL RADO AND PAUL DAVIS IN SUPPORT OF MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; Case No: 2:19-cv-01828-R-SK

Proposed Lead Plaintiffs Michael Rado and Paul Davis, hereby declare as follows:

1.    We respectfully submit this Declaration in support of our joint motion for appointment as Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of the law firms of Glancy Prongay & Murray LLP and Kirby McInerney LLP as Lead Counsel for a class of investors in the securities of Stamps.com, Inc. ("Stamps.com"). We each have personal knowledge of the information in this declaration relating to our own activities, actions and beliefs.

2.    We each purchased a substantial number of Stamps.com shares and suffered substantial losses in connection with our transactions in Stamps.com, as shown on the respective sworn certifications submitted to the Court concurrently herewith.

3.    Prior to our joint motion, we discussed the requirements and responsibilities of being Lead Plaintiffs in a securities class action governed by the PSLRA during a joint conference call with our counsel. We understand that it is our responsibility to keep informed regarding the status and progress of this action, the strength and weaknesses of the case, and any prospectus for resolution of this matter. We will function together as a cohesive "Lead Plaintiff" and will use all of our strengths and talents in representing the Class.

4.    We further understand that as Lead Plaintiffs, we will have responsibility for making important litigation decisions and directing counsel with regard to this litigation after receiving the benefit of counsel's advice. To discharge these duties, we will, among other things, review pleadings and motion papers received from counsel, obtain periodic status reports on the progress of the litigation and potentially produce documents, answer interrogatories and/or sit for depositions. We will provide input into litigation decisions and strategies and be involved in the final approval of any

JOINT DECLARATION OF MICHAEL RADO AND PAUL DAVIS IN SUPPORT OF MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; Case No: 2:19-cv-01828-R-SK

1

major litigation decisions, including whether to settle the litigation, and, if so, for what answer.

5.    We are aware that a Lead Plaintiff has a fiduciary duty to the entire Class, which we each intend to represent fully and faithfully in order to protect its interests. We understand that to fulfill our fiduciary duties and obligations as Lead Plaintiff we must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class. Each of us will do our best to maximize the recovery for the Class.

6.    We will take an active role in the prosecution of the case, including supervising Lead Counsel and ensuring that the case is handled in an efficient manner.

7.    We will continue to communicate regularly with counsel and each other regarding major litigation events, such as important motions, settlement discussions, trial preparation and trial and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of Lead Counsel's advice. We intend to communicate with our counsel – and with each other separately from our attorney – as often as necessary to ensure the vigorous and efficient prosecution of this case and to discuss the progress of the litigation and the litigation strategies recommended by our counsel. We each have exchanged contact information, so we have the means to communicate among ourselves without involving our attorneys. We anticipate that our communications with and without counsel will occur as often as necessary, depending on the current activity in the case. We understand that litigation of this nature has periods of greater or lesser activity, and we will remain available to counsel and each other as needed to fulfill the role of Lead Plaintiffs.

8.    When an issue arises that needs a decision or response from our group, the members of our group will try to reach consensus on the proper course of action. Should any disagreement arise among us during the course of this litigation, we have agreed to work together to find a course or action that we can both agree on.

JOINT DECLARATION OF MICHAEL RADO AND PAUL DAVIS IN SUPPORT OF MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; Case No: 2:19-cv-01828-R-SK

2

9.    We also understand that Lead Counsel owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

10.    We believe that the law firms of Glancy Prongay & Murray LLP and Kirby McInerney LLP should be approved by the Court to serve as Lead Counsel for the Class. We understand that each of these firms have extensive securities litigation experience and have achieved outstanding results, and that the two firms have worked together on many securities class action lawsuits over the last two decades. We believe that the proven track records of Glancy Prongay & Murray LLP and Kirby McInerney LLP demonstrate that the firms will work to obtain the best possible recovery for the Class.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
Michael Rado

Dated: 04/29/2019

_____
Paul Davis

JOINT DECLARATION OF MICHAEL RADO AND PAUL DAVIS IN SUPPORT OF MOTION OF THE STMP

We declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-29-19

Michael Rado

Dated: _____

Paul Davis

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 29, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2019, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

JOINT DECLARATION OF MICHAEL RADO AND PAUL DAVIS IN SUPPORT OF MOTION OF THE STMP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; Case No: 2:19-cv-01828-R-SK