# EXHIBIT 5

LIFO Loss Chart

**Company Name:** Stamps.com Inc.
**Ticker:** STMP
**Class Period:** May 3, 2017 to February 21, 2019
**Name:** Michael Rado

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/9/2017 | 50 | $103.15 | -$5,157.50 | | $0.00 | -$5,157.50 |
| 5/9/2017 | 50 | $103.35 | -$5,167.50 | | $0.00 | -$5,167.50 |
| 3/26/2018 | 1,000 | $195.00 | -$195,000.00 | | $0.00 | -$195,000.00 |
| 4/9/2018 | -1,000 | $200.00 | $0.00 | $200.00 | $200,000.00 | $200,000.00 |
| 6/22/2018 | 200 | $270.00 | -$54,000.00 | | $0.00 | -$54,000.00 |
| 6/25/2018 | 800 | $270.00 | -$216,000.00 | | $0.00 | -$216,000.00 |
| 10/8/2018 | 1,000 | $217.50 | -$217,500.00 | | $0.00 | -$217,500.00 |
| 11/2/2018 | 480 | $179.00 | -$85,920.00 | | $0.00 | -$85,920.00 |
| 11/12/2018 | 1,000 | $170.00 | -$170,000.00 | | $0.00 | -$170,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **3,580** | | | | **Subtotal:** | **-$748,745.00** |
| | | | **90-Day Average Price**[1] | **Shares Remaining** | **90-Day Average:** | $303,281.69 |
| | | | $84.7156 | 3,580 | **Common Stock Total:** | **-$445,463.31** |

LIFO Chart

**Company Name:** Stamps.com, Inc.
**Class Period:** May 3, 2017 to February 21, 2019
**Name:** Michael Rado

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/12/2018 | Sold | Put | Feb 16, 2018 / $170 | -5 | $3.9000 | $1,950.00 |
| 2/20/2018 | Expired | Put | Feb 16, 2018 / $170 | 5 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,950.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/21/2018 | Sold | Put | Feb 23, 2018 / $182.5 | -10 | $8.0000 | $8,000.00 |
| 2/26/2018 | Expired | Put | Feb 23, 2018 / $182.5 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$8,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/27/2018 | Sold | Put | Mar 16, 2018 / $192.5 | -10 | $5.3500 | $5,350.00 |
| 3/19/2018 | Expired | Put | Mar 16, 2018 / $192.5 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,350.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/5/2018 | Sold | Put | Mar 9, 2018 / $190 | -10 | $2.6000 | $2,600.00 |
| 3/12/2018 | Expired | Put | Mar 9, 2018 / $190 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/19/2018 | Sold | Put | Mar 23, 2018 / $195 | -10 | $3.0000 | $3,000.00 |
| 3/26/2018 | Assigned | Put | Mar 23, 2018 / $195 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/27/2018 | Sold | Call | Apr 6, 2018 / $200 | -10 | $3.8000 | $3,800.00 |
| 4/9/2018 | Assigned | Call | Apr 6, 2018 / $200 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,800.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/27/2018 | Sold | Put | Apr 6, 2018 / $192.5 | -10 | $3.9600 | $3,960.00 |
| 4/9/2018 | Expired | Put | Apr 6, 2018 / $192.5 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,960.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/26/2018 | Sold | Put | May 4, 2018 / $212.5 | -5 | $7.9000 | $3,950.00 |
| 4/26/2018 | Sold | Put | May 4, 2018 / $212.5 | -2 | $7.8400 | $1,568.00 |
| 4/26/2018 | Sold | Put | May 4, 2018 / $212.5 | -3 | $7.2000 | $2,160.00 |
| 5/7/2018 | Expired | Put | May 4, 2018 / $212.5 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$7,678.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/30/2018 | Sold | Put | May 4, 2018 / $207.5 | -10 | $4.5000 | $4,500.00 |
| 5/7/2018 | Expired | Put | May 4, 2018 / $207.5 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$4,500.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 5/18/2018 | Sold | Put | May 25, 2018 / $245 | -10 | $3.6000 | $3,600.00 |
| 5/29/2018 | Expired | Put | May 25, 2018 / $245 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/4/2018 | Sold | Put | Jun 8, 2018 / $252.5 | -10 | $1.9000 | $1,900.00 |
| 6/11/2018 | Expired | Put | Jun 8, 2018 / $252.5 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,900.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/13/2018 | Sold | Put | Jun 22, 2018 / $270 | -10 | $3.2000 | $3,200.00 |
| 6/22/2018 | Assigned | Put | Jun 22, 2018 / $270 | 2 | $0.0000 | $0.00 |
| 6/25/2018 | Assigned | Put | Jun 22, 2018 / $270 | 8 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,200.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/9/2018 | Sold | Call | Jul 13, 2018 / $275 | -10 | $3.2000 | $3,200.00 |
| 7/16/2018 | Expiration | Call | Jul 13, 2018 / $275 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$3,200.00** |

LIFO Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/25/2018 | Sold | Call | Aug 3, 2018 / $280 | -10 | $13.5000 | $13,500.00 |
| 8/6/2018 | Expired | Call | Aug 3, 2018 / $280 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$13,500.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/2/2018 | Sold | Put | Oct 5, 2018 / $217.5 | -10 | $5.0000 | $5,000.00 |
| 10/8/2018 | Assigned | Put | Oct 5, 2018 / $217.5 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$5,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/16/2018 | Sold | Call | Oct 19, 2018 / $220 | -10 | $4.0000 | $4,000.00 |
| 10/22/2018 | Expired | Call | Oct 19, 2018 / $220 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$4,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/8/2018 | Sold | Put | Nov 9, 2018 / $170 | -10 | $2.5000 | $2,500.00 |
| 11/12/2018 | Assigned | Put | Nov 9, 2018 / $170 | 10 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,500.00** |

| **Options Total:** | **$77,738.00** |
|---|---|

| Michael Rado Common Stock: | -$445,463.31 |
|---|---|
| Michael Rado Options: | $77,738.00 |
| **Michael Rado Total LIFO Loss:** | **-$367,725.31** |

LIFO Loss Chart

**Company Name:** Stamps.com Inc.
**Ticker:** STMP
**Class Period:** May 3, 2017 to February 21, 2019
**Name:** Paul B. Davis

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/8/2019 | 76 | $160.74 | -$12,216.47 | | $0.00 | -$12,216.47 |
| 1/8/2019 | 100 | $160.93 | -$16,093.31 | | $0.00 | -$16,093.31 |
| 1/8/2019 | 100 | $160.95 | -$16,095.31 | | $0.00 | -$16,095.31 |
| 1/8/2019 | 100 | $160.97 | -$16,097.31 | | $0.00 | -$16,097.31 |
| 1/8/2019 | 100 | $160.98 | -$16,098.31 | | $0.00 | -$16,098.31 |
| 1/8/2019 | 100 | $160.99 | -$16,099.30 | | $0.00 | -$16,099.30 |
| 1/8/2019 | 200 | $160.98 | -$32,196.62 | | $0.00 | -$32,196.62 |
| 1/8/2019 | 824 | $161.00 | -$132,666.47 | | $0.00 | -$132,666.47 |
| 1/11/2019 | 1,200 | $170.91 | -$205,097.88 | | $0.00 | -$205,097.88 |
| 1/11/2019 | 1,200 | $171.76 | -$206,107.08 | | $0.00 | -$206,107.08 |
| 3/21/2019[2] | -3,600 | | $0.00 | $89.69 | $322,884.00 | $322,884.00 |
| 3/21/2019[2] | -400 | | $0.00 | $89.69 | $35,876.00 | $35,876.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$310,008.06** |

| | **90-Day Average Price[1]** | **Shares Remaining** | **90-Day Average:** | $0.00 |
|---|---|---|---|---|
| | $84.7156 | 0 | **Account 1 Total:** | **-$310,008.06** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/11/2019 | 2,000 | $172.05 | -$344,103.60 | | $0.00 | -$344,103.60 |
| 3/20/2019[2] | -2,000 | | $0.00 | $89.88 | $179,760.00 | $179,760.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$164,343.60** |

| | **90-Day Average Price[1]** | **Shares Remaining** | **90-Day Average:** | $0.00 |
|---|---|---|---|---|
| | $84.7156 | 0 | **Account 2 Total:** | **-$164,343.60** |

| | |
|---|---|
| Davis Account 1: | -$310,008.06 |
| Davis Account 2: | -$164,343.60 |
| **Davis Total LIFO Loss:** | **-$474,351.66** |

| | |
|---|---|
| Michael Rado Loss: | -$367,725.31 |
| Paul B Davis Loss: | -$474,351.66 |
| **Total LIFO Loss:** | **-$842,076.97** |

(1) Using the average closing price between February 22, 2019 and April 26, 2019.

Post class period sales valued using the greater of: (2) the average closing price between the end of the class period and the sales date, or (3) the actual sales price.

DURA Loss Chart

**Company Name:** Stamps.com Inc.
**Ticker:** STMP
**Class Period:** May 3, 2017 to February 21, 2019

**Name:** **Michael Rado**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/9/2017 | 50 | $103.15 | -$5,157.50 | | $0.00 | -$5,157.50 |
| 5/9/2017 | 50 | $103.35 | -$5,167.50 | | $0.00 | -$5,167.50 |
| 6/22/2018 | 200 | $198.08 | -$39,616.00 | | $0.00 | -$39,616.00 |
| 6/25/2018 | 800 | $198.08 | -$158,464.00 | | $0.00 | -$158,464.00 |
| 10/8/2018 | 1,000 | $198.08 | -$198,080.00 | | $0.00 | -$198,080.00 |
| 11/2/2018 | 480 | $179.00 | -$85,920.00 | | $0.00 | -$85,920.00 |
| 11/12/2018 | 1,000 | $170.00 | -$170,000.00 | | $0.00 | -$170,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **3,580** | | | | **Subtotal:** | **-$662,405.00** |
| | | | **90-Day Average Price[1]** | **Shares Remaining** | **90-Day Average:** | $303,281.69 |
| | | | $84.7156 | 3,580 | **Total:** | **-$359,123.31** |

**Name:** **Paul B. Davis**

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/8/2019 | 76 | $160.74 | -$12,216.47 | | $0.00 | -$12,216.47 |
| 1/8/2019 | 100 | $160.93 | -$16,093.31 | | $0.00 | -$16,093.31 |
| 1/8/2019 | 100 | $160.95 | -$16,095.31 | | $0.00 | -$16,095.31 |
| 1/8/2019 | 100 | $160.97 | -$16,097.31 | | $0.00 | -$16,097.31 |
| 1/8/2019 | 100 | $160.98 | -$16,098.31 | | $0.00 | -$16,098.31 |
| 1/8/2019 | 100 | $160.99 | -$16,099.30 | | $0.00 | -$16,099.30 |
| 1/8/2019 | 200 | $160.98 | -$32,196.62 | | $0.00 | -$32,196.62 |
| 1/8/2019 | 824 | $161.00 | -$132,666.47 | | $0.00 | -$132,666.47 |
| 1/11/2019 | 1,200 | $170.91 | -$205,097.88 | | $0.00 | -$205,097.88 |
| 1/11/2019 | 1,200 | $171.76 | -$206,107.08 | | $0.00 | -$206,107.08 |
| 3/21/2019 | -3,600 | | $0.00 | $89.69 | $322,884.00 | $322,884.00 |
| 3/21/2019 | -400 | | $0.00 | $89.69 | $35,876.00 | $35,876.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$310,008.06** |
| | | | **90-Day Average Price[1]** | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $84.7156 | 0 | **Total:** | **-$310,008.06** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/11/2019 | 2,000 | $172.05 | -$344,103.60 | | $0.00 | -$344,103.60 |
| 3/20/2019 | -2,000 | | $0.00 | $89.88 | $179,760.00 | $179,760.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$164,343.60** |
| | | | **90-Day Average Price[1]** | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $84.7156 | 0 | **Total:** | **-$164,343.60** |

| | |
|---|---|
| Davis Account 1: | -$310,008.06 |
| Davis Account 2: | -$164,343.60 |
| **Davis DURA Loss:** | **-$474,351.66** |

| | |
|---|---|
| Michael Rado DURA Loss: | -$359,123.31 |
| Paul B. Davis DURA Loss: | -$474,351.66 |
| **Total DURA Loss:** | **-$833,474.97** |

NOTE: The Dura Loss method measures losses from the alleged corrective disclosures. As such, the calculation is only applied to class period-purchased securities that were not sold prior to these disclosures. The damages on each share purchased during the class period and held at the time of a corrective disclosure are the difference between the lesser of the purchase price and the closing price immediately prior to the corrective disclosure, and the greater of the sale price, the closing price immediately after the disclosure, the 90 day post-disclosure average (if the investor still held the shares 90 days after the end of the Class Period), or, if the investor sold all shares prior to the end of the 90-day period, the average closing price during the period following the Class Period through the date of sale.

(1) Using the average closing price between February 22, 2019 and April 26, 2019.