Ramzi Abadou (SBN 222567)
ramzi.abadou@ksfcounsel.com
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

Lewis S. Kahn
lewis.kahn@ksfcounsel.com
Melinda Nicholson
melinda.nicholson@ksfcounsel.com
KAHN SWICK & FOTI, LLC
1100 Poydras Street Suite 3200
New Orleans, Louisiana, 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Movant Richard Dell'Anno
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MATT KARINSKI, Individually and on Behalf of all Others Similarly Situated Plaintiff, <br><br> v. <br><br> STAMPS.COM, INC, KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, <br> Defendants. | **Docket No.: 2:19-cv-01828-R-SK** <br><br> <u>CLASS ACTION</u> <br><br> PROPOSED ORDER GRANTING RICHARD DELL'ANNO'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S CHOICE OF COUNSEL <br><br> JUDGE: Hon. Manuel L. Real <br> DEPT: Courtroom 880 |

PROPOSED ORDER GRANTING RICHARD DELL'ANNO'S                    CASE NO. 2:19-CV-01828-R
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL

Before this Court is the Motion of Richard Dell'Anno for Appointment as Lead Plaintiff Approval of His Selection of Lead Counsel (the "Motion"). The Court, having considered the Motion and the accompanying Memorandum of Points and Authorities, finds that said Motion is well taken and, accordingly, it is hereby

ORDERED that the Motion is GRANTED:

(a)   Richard Dell'Anno is hereby appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(b)   Kahn Swick & Foti, LLC is hereby approved as Lead Counsel for the putative Class pursuant to the PSLRA.

Signed this _____ day of _____, 2019

_____

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT

1

PROPOSED ORDER GRANTING RICHARD DELL'ANNO'S                    CASE NO. 2:19-CV-01828-R
 MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Ramzi Abadou
RAMZI ABADOU

PROPOSED ORDER GRANTING RICHARD DELL'ANNO'S                                    CASE NO. 2:19-CV-01828-R
 MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL