Ramzi Abadou (SBN 222567)
ramzi.abadou@ksfcounsel.com
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

Lewis S. Kahn
lewis.kahn@ksfcounsel.com
Melinda Nicholson
Melinda.nicholson@ksfcounsel.com
KAHN SWICK & FOTI, LLC
1100 Poydras Street Suite 3200
New Orleans, Louisiana, 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Movant Richard Dell'Anno*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MATT KARINSKI, Individually and on Behalf of all Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC, KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br>Defendants. | **Docket No.: 2:19-cv-01828-R-SK**<br><br>CLASS ACTION<br><br>DECLARATION OF RAMZI ABADOU IN SUPPORT OF RICHARD DELL'ANNO'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S CHOICE OF COUNSEL<br><br>DATE:   Monday, June 3, 2019<br>TIME:    10:00 A.M.<br>JUDGE:  Hon. Manuel L. Real<br>DEPT:   Courtroom 880 |

ABADOU DECLARATION IN SUPPORT OF RICHARD DELL'ANNO'S      CASE NO. 2:19-CV-01828-R
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL

I, Ramzi Abadou, hereby declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to this District.

2.    I submit this Declaration, together with the attached exhibits, in support of the Motion of Richard Dell'Anno for consolidation of the above captioned cases, to appoint him to serve as Lead Plaintiff on behalf of the Class in this Action and to approve his selection of Kahn Swick & Foti, LLC as Lead Counsel.  I am fully familiar with the facts set forth herein.

3.    Attached hereto as Exhibit A is a true and correct copy of the sworn certification of Richard Dell'Anno, reflecting his transactions in Stamps.com ("STMP") securities during the Class Period.

4.    Attached hereto as Exhibit B is a table reflecting the calculated losses incurred by Mr. Dell'Anno as a result of his transactions in STMP securities during the Class Period.

5.    Attached hereto as Exhibit C is a true and correct copy of the press release published on February 28, 2019 on *BusinessWire*, a well-known national business-oriented publication, announcing the pendency of the lawsuit commenced against Defendants herein.

6.    Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 29th day of April, 2019, in San Francisco, CA.

/s/ Ramzi Abadou
RAMZI ABADOU

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Ramzi Abadou
RAMZI ABADOU

2

ABADOU DECLARATION IN SUPPORT OF RICHARD DELL'ANNO'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL

CASE NO. 2:19-CV-01828-R