# EXHIBIT B

*Stamps.Com Securities Litigation*
*Loss Chart - LIFO Basis*
*Class Period Begins:*        5/3/2017
*Class Period Ends:*          2/21/2019
*90-Day Lookback Ends:*       5/22/2019   **Not Yet Expired**

| PURCHASE DATE: | QUANTITY: | PRICE PER SHARE: | TOTAL COST: | SALE DATE: | QUANTITY: | PRICE PER SHARE: | TOTAL PROCEEDS: | TOTAL GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|---|
| 10/11/2018 | 300 | $ 210.09 | $ 63,027.00 | **HELD*** | 300 | $ 84.72 | $ 25,414.67 | $ (37,612.33) |
| 10/11/2018 | 2,830 | $ 210.40 | $ 595,432.00 | **HELD*** | 2,830 | $ 84.72 | $ 239,745.02 | $ (355,686.98) |
| 10/11/2018 | 170 | $ 210.40 | $ 35,768.00 | | | | | |
| 10/12/2018 | 400 | $ 223.84 | $ 89,536.00 | | | | | |
| 10/23/2018 | 700 | $ 193.75 | $ 135,625.00 | | | | | |
| 10/29/2018 | 470 | $ 194.08 | $ 91,217.60 | | | | | |
| 10/29/2018 | 30 | $ 193.09 | $ 5,792.70 | | | | | |
| 11/19/2018 | 1,000 | $ 154.16 | $ 154,160.00 | | | | | |
| 11/21/2018 | 300 | $ 158.03 | $ 47,409.00 | | | | | |
| 11/21/2018 | 500 | $ 159.90 | $ 79,950.00 | | | | | |
| 11/30/2018 | 930 | $ 170.25 | $ 158,332.50 | | | | | |
| 12/24/2018 | 1,600 | $ 145.58 | $ 232,928.00 | | | | | |
| 12/24/2018 | 600 | $ 146.75 | $ 88,050.00 | | | | | |
| | | | | 12/24/2018 | 300 | $ 142.67 | $ 42,801.00 | |
| | | | | 12/24/2018 | 2,400 | $ 142.50 | $ 342,000.00 | |
| | | | | 12/24/2018 | 2,000 | $ 142.40 | $ 284,800.00 | |
| | | | | 12/24/2018 | 2,000 | $ 141.68 | $ 283,360.00 | $ (165,807.80) |
| 12/26/2018 | 200 | $ 149.94 | $ 29,988.00 | **HELD*** | 200 | $ 84.72 | $ 16,943.11 | $ (13,044.89) |
| 12/28/2018 | 1,000 | $ 158.86 | $ 158,860.00 | **HELD*** | 1,000 | $ 84.72 | $ 84,715.56 | $ (74,144.44) |
| 12/28/2018 | 500 | $ 155.34 | $ 77,670.00 | **HELD*** | 500 | $ 84.72 | $ 42,357.78 | $ (35,312.22) |
| 1/24/2019 | 500 | $ 175.33 | $ 87,665.00 | **HELD*** | 500 | $ 84.72 | $ 42,357.78 | $ (45,307.22) |
| 2/4/2019 | 500 | $ 189.05 | $ 94,525.00 | **HELD*** | 500 | $ 84.72 | $ 42,357.78 | $ (52,167.22) |
| 2/5/2019 | 500 | $ 190.56 | $ 95,280.00 | **HELD*** | 500 | $ 84.72 | $ 42,357.78 | $ (52,922.22) |
| 2/19/2019 | 2,500 | $ 204.40 | $ 511,000.00 | **HELD*** | 2,500 | $ 84.72 | $ 211,788.89 | $ (299,211.11) |
| | 15,530 | | | | | | | |

*CLAIMED LOSSES:* $ (965,408.64)

**HELD*** = For shares purchased during the Class Period and retained through the end of the 90-day period immediately following the Class Period, losses are determined using the "mean trading price" of the security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market.  *See* 15 U.S. Code § 78u–4(e)(1).  Here, the "mean trading price" through the close of the market on April 26, 2019 is approximately $84.72.