**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone:  (310) 405-7190
Email:  jpafiti@pomlaw.com

*Attorney for Movants*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No. 2:19-cv-01828-R-SK<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE STAMPS.COM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**<br><br>DATE:  May 20, 2019<br>TIME:  10:00 a.m.<br>JUDGE:  Manuel L. Real<br>CTRM:  Courtroom 880, 8th Floor |

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Terence Warner, Oluwole Olobatuyi, and Wayne Phelps (collectively, the "Stamps.com Investor Group"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion by the Stamps.com Investor Group for appointment as Lead Plaintiff for the Class and approval of its selection of Pomerantz as Lead Counsel for the Class.

DECLARATION

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Press release published over *Business Newswire* on February 28, 2019, announcing the pendency of a related action against Stamps.com, Inc. and certain of its executive officers for securities fraud;

Exhibit B:   Shareholder Certifications executed by the members of the Stamps.com Investor Group;

Exhibit C:   Loss Chart of the Stamps.com Investor Group; and

Exhibit D:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 29, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti

DECLARATION