# EXHIBIT B

**Submission Date**

2019-02-24 11:53:17

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.    I  make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Stamps.com Inc. ("Stamps.com" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Stamps.com securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Stamps.com securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Stamps.com securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

# Name

**Print Name**

Terence Warner

# Acquisitions

**Configurable list (if none enter none)**

(redacted)

**Sales**

## Documents & Message

**Upload your brokerage statements showing your individual purchase and sale orders.**



**Signature**

**Full Name**

Terence Warner

**Stamps.com (STMP)**                                                                                    **Warner, Terence**

**List of Purchases and Sales**

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 8/6/2018 | Purchase | 100 | $262.5000 |
| Common Stock | 8/13/2018 | Purchase | 200 | $260.0000 |
| Common Stock | 8/13/2018 | Purchase | 100 | $257.5000 |
| Common Stock | 8/20/2018 | Purchase | 100 | $260.0000 |
| Common Stock | 8/23/2018 | Purchase | 100 | $260.0000 |
| Common Stock | 8/27/2018 | Purchase | 100 | $255.0000 |
| Common Stock | 9/14/2018 | Purchase | 100 | $228.7000 |
| Common Stock | 9/14/2018 | Purchase | 100 | $231.3000 |
| Common Stock | 9/17/2018 | Purchase | 100 | $235.0000 |
| Common Stock | 9/17/2018 | Purchase | 100 | $237.5000 |
| Common Stock | 9/24/2018 | Purchase | 100 | $220.0000 |
| Common Stock | 10/1/2018 | Purchase | 100 | $220.5000 |
| Common Stock | 10/1/2018 | Purchase | 100 | $222.4600 |
| Common Stock | 10/2/2018 | Purchase | 100 | $214.3800 |
| Common Stock | 10/2/2018 | Purchase | 100 | $216.9600 |
| Common Stock | 10/9/2018 | Purchase | 100 | $214.5000 |
| Common Stock | 10/17/2018 | Purchase | 100 | $207.4000 |
| Common Stock | 10/25/2018 | Purchase | 100 | $195.0000 |
| Common Stock | 11/1/2018 | Purchase | 100 | $181.7500 |
| Common Stock | 11/8/2018 | Purchase | 100 | $170.2500 |
| Common Stock | 11/19/2018 | Purchase | 500 | $154.1100 |
| Common Stock | 12/3/2018 | Purchase | 100 | $170.5000 |
| Common Stock | 12/11/2018 | Purchase | 1000 | $164.4500 |
| Common Stock | 12/12/2018 | Purchase | 1000 | $167.2000 |
| Common Stock | 12/14/2018 | Purchase | 1000 | $162.5400 |
| Common Stock | 12/17/2018 | Purchase | 1000 | $152.2500 |
| Common Stock | 12/17/2018 | Purchase | 1000 | $154.2000 |
| Common Stock | 12/18/2018 | Purchase | 1000 | $152.1000 |
| Common Stock | 12/18/2018 | Purchase | 1000 | $154.6500 |
| Common Stock | 12/19/2018 | Purchase | 1000 | $151.0000 |
| Common Stock | 1/2/2019 | Purchase | 1000 | $153.0500 |
| Common Stock | 1/4/2019 | Purchase | 1000 | $155.8896 |
| Common Stock | 1/7/2019 | Purchase | 697 | $157.1700 |
| Common Stock | 1/7/2019 | Purchase | 301 | $157.1595 |
| Common Stock | 1/7/2019 | Purchase | 1 | $157.1250 |
| Common Stock | 1/7/2019 | Purchase | 1 | $157.1973 |
| Common Stock | 1/9/2019 | Purchase | 800 | $167.4783 |
| Common Stock | 1/9/2019 | Purchase | 500 | $167.8820 |
| Common Stock | 1/9/2019 | Purchase | 350 | $167.1555 |
| Common Stock | 1/9/2019 | Purchase | 100 | $167.0331 |
| Common Stock | 1/9/2019 | Purchase | 36 | $167.2067 |
| Common Stock | 1/9/2019 | Purchase | 13 | $166.9800 |
| Common Stock | 1/9/2019 | Purchase | 1 | $167.1574 |
| Common Stock | 1/14/2019 | Purchase | 1300 | $169.8024 |
| Common Stock | 1/14/2019 | Purchase | 400 | $169.8185 |
| Common Stock | 1/14/2019 | Purchase | 100 | $169.8190 |
| Common Stock | 1/22/2019 | Purchase | 1109 | $174.6599 |
| Common Stock | 1/22/2019 | Purchase | 500 | $174.5760 |
| Common Stock | 1/22/2019 | Purchase | 100 | $174.6088 |
| Common Stock | 1/22/2019 | Purchase | 91 | $174.5371 |
| Common Stock | 1/30/2019 | Purchase | 500 | $179.7860 |
| Common Stock | 1/30/2019 | Purchase | 100 | $179.6400 |
| Common Stock | 2/1/2019 | Purchase | 600 | $188.4887 |
| Common Stock | 2/1/2019 | Purchase | 600 | $188.5600 |
| Common Stock | 2/1/2019 | Purchase | 200 | $188.6652 |
| Common Stock | 2/1/2019 | Purchase | 190 | $188.6650 |
| Common Stock | 2/1/2019 | Purchase | 100 | $188.6300 |
| Common Stock | 2/1/2019 | Purchase | 100 | $188.6965 |
| Common Stock | 2/1/2019 | Purchase | 10 | $188.6999 |
| Common Stock | 2/13/2019 | Purchase | 500 | $195.8330 |
| Common Stock | 2/13/2019 | Purchase | 500 | $196.1249 |
| Common Stock | 2/13/2019 | Purchase | 400 | $195.7214 |
| Common Stock | 2/13/2019 | Purchase | 200 | $196.3581 |
| Common Stock | 2/13/2019 | Purchase | 98 | $195.7276 |
| Common Stock | 2/13/2019 | Purchase | 2 | $195.7200 |
| Common Stock | 2/15/2019 | Purchase | 500 | $200.2400 |
| Common Stock | 2/19/2019 | Purchase | 500 | $203.8110 |

**Stamps.com (STMP)**                                                                      **Warner, Terence**

**List of Purchases and Sales**

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 2/19/2019 | Purchase | 425 | $204.2915 |
| Common Stock | 2/19/2019 | Purchase | 300 | $203.0500 |
| Common Stock | 2/19/2019 | Purchase | 200 | $202.9812 |
| Common Stock | 2/19/2019 | Purchase | 200 | $203.0063 |
| Common Stock | 2/19/2019 | Purchase | 100 | $203.0000 |
| Common Stock | 2/19/2019 | Purchase | 75 | $204.1949 |
| Common Stock | 10/1/2018 | Sale | 100 | $222.5000 |
| Common Stock | 10/5/2018 | Sale | 100 | $217.5000 |
| Common Stock | 11/19/2018 | Sale | 500 | $153.1200 |
| Common Stock | 11/30/2018 | Sale | 100 | $171.5000 |
| Common Stock | 12/6/2018 | Sale | 100 | $172.5000 |
| Common Stock | 12/11/2018 | Sale | 1,000 | $166.1500 |
| Common Stock | 12/11/2018 | Sale | 1,000 | $167.8000 |
| Common Stock | 12/14/2018 | Sale | 1,000 | $162.5500 |
| Common Stock | 12/17/2018 | Sale | 1,000 | $152.9500 |
| Common Stock | 12/17/2018 | Sale | 1,000 | $154.7400 |
| Common Stock | 12/18/2018 | Sale | 100 | $155.8536 |
| Common Stock | 12/18/2018 | Sale | 100 | $155.9150 |
| Common Stock | 12/18/2018 | Sale | 319 | $155.8150 |
| Common Stock | 12/18/2018 | Sale | 481 | $155.6400 |
| Common Stock | 12/18/2018 | Sale | 1,000 | $152.4200 |
| Common Stock | 12/19/2018 | Sale | 100 | $151.3440 |
| Common Stock | 12/19/2018 | Sale | 100 | $151.3900 |
| Common Stock | 12/19/2018 | Sale | 300 | $151.0723 |
| Common Stock | 12/19/2018 | Sale | 500 | $151.3350 |
| Common Stock | 1/2/2019 | Sale | 1,000 | $156.1370 |
| Common Stock | 1/4/2019 | Sale | 1,000 | $156.8725 |
| Common Stock | 1/7/2019 | Sale | 800 | $161.1988 |
| Common Stock | 1/7/2019 | Sale | 1,000 | $158.1640 |
| Common Stock | 1/7/2019 | Sale | 1,000 | $160.1754 |
| Common Stock | 1/10/2019 | Sale | 1,800 | $168.2423 |
| Common Stock | 1/18/2019 | Sale | 21 | $175.6000 |
| Common Stock | 1/18/2019 | Sale | 79 | $175.4818 |
| Common Stock | 1/18/2019 | Sale | 100 | $175.4300 |
| Common Stock | 1/18/2019 | Sale | 800 | $175.3400 |
| Common Stock | 1/18/2019 | Sale | 800 | $176.3550 |
| Common Stock | 1/30/2019 | Sale | 100 | $180.2788 |
| Common Stock | 1/30/2019 | Sale | 200 | $180.2098 |
| Common Stock | 1/30/2019 | Sale | 300 | $180.2234 |
| Common Stock | 1/30/2019 | Sale | 600 | $179.2207 |
| Common Stock | 1/30/2019 | Sale | 600 | $179.3000 |
| Common Stock | 1/30/2019 | Sale | 600 | $179.3850 |
| Common Stock | 2/12/2019 | Sale | 200 | $192.7915 |
| Common Stock | 2/12/2019 | Sale | 500 | $194.4066 |
| Common Stock | 2/12/2019 | Sale | 500 | $195.4045 |
| Common Stock | 2/12/2019 | Sale | 500 | $195.8879 |
| Common Stock | 2/15/2019 | Sale | 300 | $201.4750 |
| Common Stock | 2/15/2019 | Sale | 500 | $199.3600 |
| Common Stock | 2/15/2019 | Sale | 500 | $199.3655 |
| Common Stock | 2/15/2019 | Sale | 500 | $199.5860 |
| Common Stock | 2/15/2019 | Sale | 500 | $201.0100 |
| STMP Aug 10 2018 227.5 Put | 8/9/2018 | Sale | 1 | $5.1000 |
| STMP Aug 10 2018 232.5 Put | 8/9/2018 | Sale | 1 | $5.1000 |
| STMP Aug 10 2018 240.0 Put | 8/9/2018 | Sale | 1 | $5.1000 |
| STMP Aug 10 2018 255.0 Put | 7/30/2018 | Sale | 1 | $11.1000 |
| STMP Aug 10 2018 257.5 Put | 8/8/2018 | Sale | 1 | $4.6000 |
| STMP Aug 10 2018 260.0 Put | 7/24/2018 | Sale | 1 | $10.1000 |
| STMP Aug 10 2018 260.0 Put | 7/24/2018 | Sale | 1 | $10.6000 |
| STMP Aug 17 2018 230.0 Put | 8/14/2018 | Sale | 1 | $5.1000 |
| STMP Aug 17 2018 260.0 Put | 8/7/2018 | Sale | 1 | $7.1000 |
| STMP Aug 24 2018 255.0 Put | 8/8/2018 | Sale | 1 | $10.1000 |
| STMP Aug 24 2018 260.0 Put | 8/7/2018 | Sale | 1 | $8.6000 |
| STMP Aug 24 2018 260.0 Put | 8/23/2018 | Purchase | 1 | Assigned |
| STMP Aug 24 2018 267.5 Call | 8/6/2018 | Sale | 1 | $10.1000 |
| STMP Aug 3 2018 250.0 Put | 7/30/2018 | Sale | 1 | $10.1000 |
| STMP Aug 3 2018 252.5 Put | 7/30/2018 | Sale | 1 | $10.6000 |

**Stamps.com (STMP)**                                                                                    **Warner, Terence**

**List of Purchases and Sales**

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| STMP Aug 3 2018 255.0 Put | 7/16/2018 | Sale | 1 | $10.1000 |
| STMP Aug 3 2018 257.5 Put | 7/30/2018 | Sale | 1 | $10.6000 |
| STMP Aug 3 2018 262.5 Put | 7/24/2018 | Sale | 1 | $10.1000 |
| STMP Feb 22 2019 192.5 Put | 2/21/2019 | Sale | 1 | $10.1000 |
| STMP Feb 22 2019 220.0 Call | 2/19/2019 | Sale | 5 | $5.1000 |
| STMP Jul 27 2018 265.0 Put | 7/10/2018 | Sale | 1 | $5.1000 |
| STMP Jul 27 2018 265.0 Put | 7/24/2018 | Purchase | 1 | $1.2000 |
| STMP Jun 1 2018 242.5 Put | 5/14/2018 | Sale | 1 | $5.8000 |
| STMP Jun 15 2018 247.5 Put | 5/25/2018 | Sale | 1 | $5.4000 |
| STMP Jun 8 2018 247.5 Put | 5/25/2018 | Sale | 1 | $4.1000 |
| STMP May 11 2018 237.5 Put | 5/8/2018 | Sale | 1 | $2.5500 |
| STMP May 18 2018 235.0 Put | 5/8/2018 | Sale | 1 | $4.1000 |
| STMP May 18 2018 245.0 Put | 5/15/2018 | Sale | 1 | $3.1000 |
| STMP May 25 2018 242.5 Put | 5/16/2018 | Sale | 1 | $3.8000 |
| STMP May 25 2018 245.0 Put | 5/11/2018 | Sale | 1 | $5.6000 |
| STMP Nov 2 2018 195.0 Call | 10/30/2018 | Sale | 1 | $10.3000 |
| STMP Nov 2 2018 195.0 Call | 11/1/2018 | Purchase | 1 | $1.4000 |
| STMP Nov 2 2018 207.5 Call | 10/30/2018 | Sale | 1 | $7.1000 |
| STMP Nov 2 2018 207.5 Call | 11/1/2018 | Purchase | 1 | $0.4500 |
| STMP Nov 2 2018 215.0 Call | 10/30/2018 | Sale | 2 | $5.1000 |
| STMP Nov 2 2018 215.0 Call | 11/1/2018 | Purchase | 2 | $0.4500 |
| STMP Nov 2 2018 222.5 Call | 10/16/2018 | Sale | 2 | $12.6000 |
| STMP Nov 2 2018 222.5 Call | 10/29/2018 | Purchase | 2 | $0.2000 |
| STMP Nov 2 2018 222.5 Call | 10/31/2018 | Sale | 2 | $7.1000 |
| STMP Nov 2 2018 222.5 Call | 11/1/2018 | Purchase | 2 | $0.4500 |
| STMP Nov 2 2018 232.5 Call | 10/16/2018 | Sale | 2 | $7.6000 |
| STMP Nov 2 2018 232.5 Call | 10/29/2018 | Purchase | 2 | $0.2000 |
| STMP Nov 2 2018 240.0 Call | 10/16/2018 | Sale | 2 | $6.1000 |
| STMP Nov 2 2018 240.0 Call | 10/19/2018 | Purchase | 2 | $0.9500 |
| STMP Nov 30 2018 157.5 Put | 11/26/2018 | Sale | 1 | $5.1000 |
| STMP Nov 30 2018 157.5 Put | 11/30/2018 | Purchase | 1 | $0.1000 |
| STMP Oct 12 2018 215.0 Call | 10/5/2018 | Sale | 1 | $6.1000 |
| STMP Oct 12 2018 215.0 Call | 10/9/2018 | Purchase | 1 | $2.9000 |
| STMP Oct 19 2018 215.0 Call | 10/11/2018 | Sale | 2 | $7.6000 |
| STMP Oct 19 2018 215.0 Call | 10/17/2018 | Purchase | 2 | $1.4500 |
| STMP Oct 19 2018 222.5 Call | 10/12/2018 | Sale | 2 | $8.1000 |
| STMP Oct 19 2018 222.5 Call | 10/15/2018 | Purchase | 2 | $0.9500 |
| STMP Oct 5 2018 232.5 Call | 9/27/2018 | Sale | 1 | $5.1000 |
| STMP Oct 5 2018 232.5 Call | 10/2/2018 | Purchase | 1 | $0.1000 |
| STMP Oct 5 2018 235.0 Call | 9/21/2018 | Sale | 1 | $5.6000 |
| STMP Oct 5 2018 235.0 Call | 10/1/2018 | Purchase | 1 | $0.9000 |
| STMP Oct 5 2018 237.5 Call | 9/21/2018 | Sale | 1 | $5.1000 |
| STMP Oct 5 2018 237.5 Call | 9/21/2018 | Sale | 1 | $5.1000 |
| STMP Oct 5 2018 237.5 Call | 10/1/2018 | Purchase | 2 | $0.4000 |
| STMP Sep 14 2018 235.0 Put | 9/14/2018 | Sale | 1 | $2.1000 |
| STMP Sep 14 2018 237.5 Put | 9/10/2018 | Sale | 1 | $3.1000 |
| STMP Sep 14 2018 260.0 Call | 8/24/2018 | Sale | 1 | $2.1000 |
| STMP Sep 14 2018 260.0 Call | 9/10/2018 | Purchase | 1 | $0.0500 |
| STMP Sep 21 2018 260.0 Call | 8/30/2018 | Sale | 1 | $3.1000 |
| STMP Sep 21 2018 260.0 Call | 8/31/2018 | Sale | 1 | $4.6000 |
| STMP Sep 21 2018 260.0 Call | 9/5/2018 | Sale | 1 | $5.1000 |
| STMP Sep 21 2018 260.0 Call | 9/5/2018 | Sale | 1 | $6.1000 |
| STMP Sep 21 2018 260.0 Call | 9/17/2018 | Purchase | 1 | $0.0500 |
| STMP Sep 28 2018 220.0 Put | 9/24/2018 | Sale | 1 | $3.1000 |
| STMP Sep 28 2018 222.5 Call | 9/24/2018 | Sale | 1 | $8.1000 |
| STMP Sep 28 2018 232.5 Call | 9/20/2018 | Sale | 1 | $5.1000 |
| STMP Sep 28 2018 232.5 Call | 9/24/2018 | Purchase | 1 | $0.9000 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned declares, as to the claims asserted under the federal securities laws, that:

Plaintiff has reviewed the initial complaint filed in this action.

Plaintiff did not purchase and/or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

Plaintiff's transactions in the security that is the subject of this action during the Class Period are as follows **- List additional transactions on Schedule A, if necessary**:

Purchases:

| Ticker of Company | Date(s) Purchased | # Shares Purchased | Cost/Share |
|---|---|---|---|
| STMP | October 2, 2018 | 1110 | 218 |
| | October 2, 2018 | 231 | 210 |

Sales:

| Ticker of Company | Date(s) Sold | # Shares Sold | Proceeds/Share |
|---|---|---|---|
| STMP | February 22, 2019 | 613 | 90.068 |
| | November 19, 2018 | 218 | 153.97 |
| | November 13, 2018 | 200 | 160 |
| | October 24, 2018 | 310 | 198.3894 |

During the three (3) years prior to the date of this certification, Plaintiff has not sought to serve or served as a class representative in an action filed under the federal securities laws except for the following (if any):

NA

Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___23___ day of __February__, 2019 in ___Edmonton, Alberta___, ___Canada___.
                                                              City                        State

(Signature) X_____

DocuSigned by:

*Oluwole Olobatuyi*

9A8069F13D424EC...

(Print Name)___Oluwole Olobatuyi___
                    First                     Last

**Stamps.com (STMP)**                                                          **Olobatuyi, Oluwole**

**List of Purchases and Sales**

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 10/2/2018 | Purchase | 1,110 | $218.0000 |
| Common Stock | 10/2/2018 | Purchase | 231 | $210.0000 |
| Common Stock | 10/24/2018 | Sale | 310 | $198.3894 |
| Common Stock | 11/13/2018 | Sale | 200 | $160.0000 |
| Common Stock | 11/19/2018 | Sale | 218 | $153.9700 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.   I, _Wayne Phelps_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.   I have reviewed a Complaint of Stamps.com, Inc. ("Stamps.com" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.   I did not purchase or acquire Stamps.com securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Stamps.com securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.   To the best of my current knowledge, the attached sheet lists all of my transactions in Stamps.com securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

Executed  4/16/2019
         (Date)

(Signature)

Wayne Phelps
(Type or Print Name)

**Stamps.com (STMP)**                                                                                                    **Phelps, Wayne**

### List of Purchases and Sales

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 4/9/2018 | Purchase | 500 | $209.3000 |
| Common Stock | 4/9/2018 | Purchase | 200 | $209.6500 |
| Common Stock | 4/13/2018 | Purchase | 100 | $202.3247 |
| Common Stock | 6/22/2018 | Purchase | 200 | $252.0300 |
| Common Stock | 6/22/2018 | Purchase | 27 | $250.7100 |
| Common Stock | 6/22/2018 | Purchase | 25 | $250.6900 |
| Common Stock | 2/15/2019 | Sale | 100 | $200.5000 |
| Common Stock | 2/19/2019 | Sale | 200 | $202.0000 |