# EXHIBIT C

**Stamps.com (STMP)**
**Class Period: May 3 2017 and February 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | Shares/ Contracts | Price | Amount | Sales Date | Shares/ Contracts | Price | Amount | Shares/ Contracts Retained | 64-Day* Mean Price $84.7156 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner, Terence | Common Stock | 8/6/2018 | 100 | $262.5000 | ($26,250) | 10/1/2018 | (100) | $222.5000 | $22,250 | | | |
| Warner, Terence | Common Stock | 8/13/2018 | 200 | $260.0000 | ($52,000) | 10/5/2018 | (100) | $217.5000 | $21,750 | | | |
| Warner, Terence | Common Stock | 8/13/2018 | 100 | $257.5000 | ($25,750) | 11/19/2018 | (500) | $153.1200 | $76,560 | | | |
| Warner, Terence | Common Stock | 8/20/2018 | 100 | $260.0000 | ($26,000) | 11/30/2018 | (100) | $171.5000 | $17,150 | | | |
| Warner, Terence | Common Stock | 8/23/2018 | 100 | $260.0000 | ($26,000) | 12/6/2018 | (100) | $172.5000 | $17,250 | | | |
| Warner, Terence | Common Stock | 8/27/2018 | 100 | $255.0000 | ($25,500) | 12/11/2018 | (1,000) | $166.1500 | $166,150 | | | |
| Warner, Terence | Common Stock | 9/14/2018 | 100 | $228.7000 | ($22,870) | 12/11/2018 | (1,000) | $167.8000 | $167,800 | | | |
| Warner, Terence | Common Stock | 9/14/2018 | 100 | $231.3000 | ($23,130) | 12/14/2018 | (1,000) | $162.5500 | $162,550 | | | |
| Warner, Terence | Common Stock | 9/17/2018 | 100 | $235.0000 | ($23,500) | 12/17/2018 | (1,000) | $152.9500 | $152,950 | | | |
| Warner, Terence | Common Stock | 9/17/2018 | 100 | $237.5000 | ($23,750) | 12/17/2018 | (1,000) | $154.7400 | $154,740 | | | |
| Warner, Terence | Common Stock | 9/24/2018 | 100 | $220.0000 | ($22,000) | 12/18/2018 | (100) | $155.8536 | $15,585 | | | |
| Warner, Terence | Common Stock | 10/1/2018 | 100 | $220.5000 | ($22,050) | 12/18/2018 | (100) | $155.9150 | $15,592 | | | |
| Warner, Terence | Common Stock | 10/1/2018 | 100 | $222.4600 | ($22,246) | 12/18/2018 | (319) | $155.8150 | $49,705 | | | |
| Warner, Terence | Common Stock | 10/2/2018 | 100 | $214.3800 | ($21,438) | 12/18/2018 | (481) | $155.6400 | $74,863 | | | |
| Warner, Terence | Common Stock | 10/2/2018 | 100 | $216.9600 | ($21,696) | 12/18/2018 | (1,000) | $152.4200 | $152,420 | | | |
| Warner, Terence | Common Stock | 10/9/2018 | 100 | $214.5000 | ($21,450) | 12/19/2018 | (100) | $151.3440 | $15,134 | | | |
| Warner, Terence | Common Stock | 10/17/2018 | 100 | $207.4000 | ($20,740) | 12/19/2018 | (100) | $151.3900 | $15,139 | | | |
| Warner, Terence | Common Stock | 10/25/2018 | 100 | $195.0000 | ($19,500) | 12/19/2018 | (300) | $151.0723 | $45,322 | | | |
| Warner, Terence | Common Stock | 11/1/2018 | 100 | $181.7500 | ($18,175) | 12/19/2018 | (500) | $151.3350 | $75,668 | | | |
| Warner, Terence | Common Stock | 11/8/2018 | 100 | $170.2500 | ($17,025) | 1/2/2019 | (1,000) | $156.1370 | $156,137 | | | |
| Warner, Terence | Common Stock | 11/19/2018 | 500 | $154.1100 | ($77,055) | 1/4/2019 | (1,000) | $156.8725 | $156,873 | | | |
| Warner, Terence | Common Stock | 12/3/2018 | 100 | $170.5000 | ($17,050) | 1/7/2019 | (800) | $161.1988 | $128,959 | | | |
| Warner, Terence | Common Stock | 12/11/2018 | 1000 | $164.4500 | ($164,450) | 1/7/2019 | (1,000) | $158.1640 | $158,164 | | | |
| Warner, Terence | Common Stock | 12/12/2018 | 1000 | $167.2000 | ($167,200) | 1/7/2019 | (1,000) | $160.1754 | $160,175 | | | |
| Warner, Terence | Common Stock | 12/14/2018 | 1000 | $162.5400 | ($162,540) | 1/10/2019 | (1,800) | $168.2423 | $302,836 | | | |
| Warner, Terence | Common Stock | 12/17/2018 | 1000 | $152.2500 | ($152,250) | 1/18/2019 | (21) | $175.6000 | $3,688 | | | |
| Warner, Terence | Common Stock | 12/17/2018 | 1000 | $154.2000 | ($154,200) | 1/18/2019 | (79) | $175.4818 | $13,863 | | | |
| Warner, Terence | Common Stock | 12/18/2018 | 1000 | $152.1000 | ($152,100) | 1/18/2019 | (100) | $175.4300 | $17,543 | | | |
| Warner, Terence | Common Stock | 12/18/2018 | 1000 | $154.6500 | ($154,650) | 1/18/2019 | (800) | $175.3400 | $140,272 | | | |
| Warner, Terence | Common Stock | 12/19/2018 | 1000 | $151.0000 | ($151,000) | 1/18/2019 | (800) | $176.3550 | $141,084 | | | |
| Warner, Terence | Common Stock | 1/2/2019 | 1000 | $153.0500 | ($153,050) | 1/30/2019 | (100) | $180.2788 | $18,028 | | | |
| Warner, Terence | Common Stock | 1/4/2019 | 1000 | $155.8896 | ($155,890) | 1/30/2019 | (200) | $180.2098 | $36,042 | | | |
| Warner, Terence | Common Stock | 1/7/2019 | 697 | $157.1700 | ($109,547) | 1/30/2019 | (300) | $180.2234 | $54,067 | | | |
| Warner, Terence | Common Stock | 1/7/2019 | 301 | $157.1595 | ($47,305) | 1/30/2019 | (600) | $179.2207 | $107,532 | | | |
| Warner, Terence | Common Stock | 1/7/2019 | 1 | $157.1250 | ($157) | 1/30/2019 | (600) | $179.3000 | $107,580 | | | |
| Warner, Terence | Common Stock | 1/7/2019 | 1 | $157.1973 | ($157) | 1/30/2019 | (600) | $179.3850 | $107,631 | | | |
| Warner, Terence | Common Stock | 1/9/2019 | 800 | $167.4783 | ($133,983) | 2/12/2019 | (200) | $192.7915 | $38,558 | | | |
| Warner, Terence | Common Stock | 1/9/2019 | 500 | $167.8820 | ($83,941) | 2/12/2019 | (500) | $194.4066 | $97,203 | | | |
| Warner, Terence | Common Stock | 1/9/2019 | 350 | $167.1555 | ($58,504) | 2/12/2019 | (500) | $195.4045 | $97,702 | | | |
| Warner, Terence | Common Stock | 1/9/2019 | 100 | $167.0331 | ($16,703) | 2/12/2019 | (500) | $195.8879 | $97,944 | | | |
| Warner, Terence | Common Stock | 1/9/2019 | 36 | $167.2067 | ($6,019) | 2/15/2019 | (300) | $201.4750 | $60,443 | | | |
| Warner, Terence | Common Stock | 1/9/2019 | 13 | $166.9800 | ($2,171) | 2/15/2019 | (500) | $199.3600 | $99,680 | | | |
| Warner, Terence | Common Stock | 1/9/2019 | 1 | $167.1574 | ($167) | 2/15/2019 | (500) | $199.3655 | $99,683 | | | |
| Warner, Terence | Common Stock | 1/14/2019 | 1300 | $169.8024 | ($220,743) | 2/15/2019 | (500) | $199.5860 | $99,793 | | | |
| Warner, Terence | Common Stock | 1/14/2019 | 400 | $169.8185 | ($67,927) | 2/15/2019 | (500) | $201.0100 | $100,505 | | | |
| Warner, Terence | Common Stock | 1/14/2019 | 100 | $169.8190 | ($16,982) | | | | | | | |
| Warner, Terence | Common Stock | 1/22/2019 | 1109 | $174.6599 | ($193,698) | | | | | | | |
| Warner, Terence | Common Stock | 1/22/2019 | 500 | $174.5760 | ($87,288) | | | | | | | |
| Warner, Terence | Common Stock | 1/22/2019 | 100 | $174.6088 | ($17,461) | | | | | | | |
| Warner, Terence | Common Stock | 1/22/2019 | 91 | $174.5371 | ($15,883) | | | | | | | |
| Warner, Terence | Common Stock | 1/30/2019 | 500 | $179.7860 | ($89,893) | | | | | | | |
| Warner, Terence | Common Stock | 1/30/2019 | 100 | $179.6400 | ($17,964) | | | | | | | |
| Warner, Terence | Common Stock | 2/1/2019 | 600 | $188.4887 | ($113,093) | | | | | | | |
| Warner, Terence | Common Stock | 2/1/2019 | 600 | $188.5600 | ($113,136) | | | | | | | |
| Warner, Terence | Common Stock | 2/1/2019 | 200 | $188.6652 | ($37,733) | | | | | | | |
| Warner, Terence | Common Stock | 2/1/2019 | 190 | $188.6650 | ($35,846) | | | | | | | |
| Warner, Terence | Common Stock | 2/1/2019 | 100 | $188.6300 | ($18,863) | | | | | | | |

*Avg Closing Prices from Feb 22 to Apr 26

**Stamps.com (STMP)**
**Class Period: May 3 2017 and February 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | Shares/ Contracts | Price | Amount | Sales Date | Shares/ Contracts | Price | Amount | Shares/ Contracts Retained | 64-Day* Mean Price $84.7156 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner, Terence | Common Stock | 2/1/2019 | 100 | $188.6965 | ($18,870) | | | | | | | |
| Warner, Terence | Common Stock | 2/1/2019 | 10 | $188.6999 | ($1,887) | | | | | | | |
| Warner, Terence | Common Stock | 2/13/2019 | 500 | $195.8330 | ($97,917) | | | | | | | |
| Warner, Terence | Common Stock | 2/13/2019 | 500 | $196.1249 | ($98,062) | | | | | | | |
| Warner, Terence | Common Stock | 2/13/2019 | 400 | $195.7214 | ($78,289) | | | | | | | |
| Warner, Terence | Common Stock | 2/13/2019 | 200 | $196.3581 | ($39,272) | | | | | | | |
| Warner, Terence | Common Stock | 2/13/2019 | 98 | $195.7276 | ($19,181) | | | | | | | |
| Warner, Terence | Common Stock | 2/13/2019 | 2 | $195.7200 | ($391) | | | | | | | |
| Warner, Terence | Common Stock | 2/15/2019 | 500 | $200.2400 | ($100,120) | | | | | | | |
| Warner, Terence | Common Stock | 2/19/2019 | 500 | $203.8110 | ($101,906) | | | | | | | |
| Warner, Terence | Common Stock | 2/19/2019 | 425 | $204.2915 | ($86,824) | | | | | | | |
| Warner, Terence | Common Stock | 2/19/2019 | 300 | $203.0500 | ($60,915) | | | | | | | |
| Warner, Terence | Common Stock | 2/19/2019 | 200 | $202.9812 | ($40,596) | | | | | | | |
| Warner, Terence | Common Stock | 2/19/2019 | 200 | $203.0063 | ($40,601) | | | | | | | |
| Warner, Terence | Common Stock | 2/19/2019 | 100 | $203.0000 | ($20,300) | | | | | | | |
| Warner, Terence | Common Stock | 2/19/2019 | 75 | $204.1949 | ($15,315) | | | | | | | |
| Warner, Terence | **Common Stock** | | **25,500** | | **($4,468,116)** | | **(23,700)** | | **$4,020,562** | **1,800** | **$152,488** | **($295,065)** |
| Warner, Terence | STMP Aug 10 2018 227.5 Put | 8/10/2018 | 1 | Expired | $0 | 8/9/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | STMP Aug 10 2018 232.5 Put | 8/10/2018 | 1 | Expired | $0 | 8/9/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | STMP Aug 10 2018 240.0 Put | 8/10/2018 | 1 | Expired | $0 | 8/9/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | STMP Aug 10 2018 255.0 Put | 8/10/2018 | 1 | Expired | $0 | 7/30/2018 | (1) | $11.1000 | $1,110 | | | |
| Warner, Terence | STMP Aug 10 2018 257.5 Put | 8/10/2018 | 1 | Expired | $0 | 8/8/2018 | (1) | $4.6000 | $460 | | | |
| Warner, Terence | STMP Aug 10 2018 260.0 Put | 8/10/2018 | 1 | Expired | $0 | 7/24/2018 | (1) | $10.1000 | $1,010 | | | |
| Warner, Terence | STMP Aug 10 2018 260.0 Put | 8/10/2018 | 1 | Assigned | $0 | 7/24/2018 | (1) | $10.6000 | $1,060 | | | |
| Warner, Terence | STMP Aug 17 2018 230.0 Put | 8/17/2018 | 1 | Expired | $0 | 8/14/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | STMP Aug 17 2018 260.0 Put | 8/17/2018 | 1 | Assigned | $0 | 8/7/2018 | (1) | $7.1000 | $710 | | | |
| Warner, Terence | STMP Aug 24 2018 255.0 Put | 8/24/2018 | 1 | Assigned | $0 | 8/8/2018 | (1) | $10.1000 | $1,010 | | | |
| Warner, Terence | STMP Aug 24 2018 260.0 Put | 8/23/2018 | 1 | Assigned | $0 | 8/7/2018 | (1) | $8.6000 | $860 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Aug 24 2018 267.5 Call | 8/24/2018 | 1 | Expired | $0 | 8/6/2018 | (1) | $10.1000 | $1,010 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Aug 3 2018 250.0 Put | 8/3/2018 | 1 | Expired | $0 | 7/30/2018 | (1) | $10.1000 | $1,010 | | | |
| Warner, Terence | STMP Aug 3 2018 252.5 Put | 8/3/2018 | 1 | Expired | $0 | 7/30/2018 | (1) | $10.6000 | $1,060 | | | |
| Warner, Terence | STMP Aug 3 2018 255.0 Put | 8/3/2018 | 1 | Expired | $0 | 7/16/2018 | (1) | $10.1000 | $1,010 | | | |
| Warner, Terence | STMP Aug 3 2018 257.5 Put | 8/3/2018 | 1 | Expired | $0 | 7/30/2018 | (1) | $10.6000 | $1,060 | | | |
| Warner, Terence | STMP Aug 3 2018 262.5 Put | 8/3/2018 | 1 | Expired | $0 | 7/24/2018 | (1) | $10.1000 | $1,010 | | | |
| Warner, Terence | STMP Feb 22 2019 192.5 Put | 2/22/2019 | 1 | Expired | $0 | 2/21/2019 | (1) | $10.1000 | $1,010 | | | |
| Warner, Terence | STMP Feb 22 2019 220.0 Call | 2/22/2019 | 5 | Expired | $0 | 2/19/2019 | (5) | $5.1000 | $2,550 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Jul 27 2018 265.0 Put | 7/24/2018 | 1 | $1.2000 | ($120) | 7/10/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Jun 1 2018 242.5 Put | 6/1/2018 | 1 | Expired | $0 | 5/14/2018 | (1) | $5.8000 | $580 | | | |
| Warner, Terence | STMP Jun 15 2018 247.5 Put | 6/15/2018 | 1 | Expired | $0 | 5/25/2018 | (1) | $5.4000 | $540 | | | |
| Warner, Terence | STMP Jun 8 2018 247.5 Put | 6/8/2018 | 1 | Expired | $0 | 5/25/2018 | (1) | $4.1000 | $410 | | | |
| Warner, Terence | STMP May 11 2018 237.5 Put | 5/11/2018 | 1 | Expired | $0 | 5/8/2018 | (1) | $2.5500 | $255 | | | |
| Warner, Terence | STMP May 18 2018 235.0 Put | 5/18/2018 | 1 | Expired | $0 | 5/8/2018 | (1) | $4.1000 | $410 | | | |
| Warner, Terence | STMP May 18 2018 245.0 Put | 5/18/2018 | 1 | Expired | $0 | 5/15/2018 | (1) | $3.1000 | $310 | | | |
| Warner, Terence | STMP May 25 2018 242.5 Put | 5/25/2018 | 1 | Expired | $0 | 5/16/2018 | (1) | $3.8000 | $380 | | | |
| Warner, Terence | STMP May 25 2018 245.0 Put | 5/25/2018 | 1 | Expired | $0 | 5/11/2018 | (1) | $5.6000 | $560 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Nov 2 2018 195.0 Call | 11/1/2018 | 1 | $1.4000 | ($140) | 10/30/2018 | (1) | $10.3000 | $1,030 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Nov 2 2018 207.5 Call | 11/1/2018 | 1 | $0.4500 | ($45) | 10/30/2018 | (1) | $7.1000 | $710 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Nov 2 2018 215.0 Call | 11/1/2018 | 2 | $0.4500 | ($90) | 10/30/2018 | (2) | $5.1000 | $1,020 | | | |
| Warner, Terence | | | | | | | | | | | | |

**Stamps.com (STMP)**
**Class Period: May 3 2017 and February 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | Shares/ Contracts | Price | Amount | Sales Date | Shares/ Contracts | Price | Amount | Shares/ Contracts Retained | 64-Day* Mean Price $84.7156 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner, Terence | STMP Nov 2 2018 222.5 Call | 10/29/2018 | 2 | $0.2000 | ($40) | 10/16/2018 | (2) | $12.6000 | $2,520 | | | |
| Warner, Terence | STMP Nov 2 2018 222.5 Call | 11/1/2018 | 2 | $0.4500 | ($90) | 10/31/2018 | (2) | $7.1000 | $1,420 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Nov 2 2018 232.5 Call | 10/29/2018 | 2 | $0.2000 | ($40) | 10/16/2018 | (2) | $7.6000 | $1,520 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Nov 2 2018 240.0 Call | 10/19/2018 | 2 | $0.9500 | ($190) | 10/16/2018 | (2) | $6.1000 | $1,220 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Nov 30 2018 157.5 Put | 11/30/2018 | 1 | $0.1000 | ($10) | 11/26/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Oct 12 2018 215.0 Call | 10/9/2018 | 1 | $2.9000 | ($290) | 10/5/2018 | (1) | $6.1000 | $610 | | | |
| Warner, Terence | STMP Oct 19 2018 215.0 Call | 10/17/2018 | 2 | $1.4500 | ($290) | 10/11/2018 | (2) | $7.6000 | $1,520 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Oct 19 2018 222.5 Call | 10/15/2018 | 2 | $0.9500 | ($190) | 10/12/2018 | (2) | $8.1000 | $1,620 | | | |
| Warner, Terence | STMP Oct 5 2018 232.5 Call | 10/2/2018 | 1 | $0.1000 | ($10) | 9/27/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Oct 5 2018 235.0 Call | 10/1/2018 | 1 | $0.9000 | ($90) | 9/21/2018 | (1) | $5.6000 | $560 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Oct 5 2018 237.5 Call | 10/1/2018 | 2 | $0.4000 | ($80) | 9/21/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | | | | | | | 9/21/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Sep 14 2018 235.0 Put | 9/14/2018 | 1 | Assigned | $0 | 9/14/2018 | (1) | $2.1000 | $210 | | | |
| Warner, Terence | STMP Sep 14 2018 237.5 Put | 9/14/2018 | 1 | Assigned | $0 | 9/10/2018 | (1) | $3.1000 | $310 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Sep 14 2018 260.0 Call | 9/10/2018 | 1 | $0.0500 | ($5) | 8/24/2018 | (1) | $2.1000 | $210 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Sep 21 2018 260.0 Call | 9/17/2018 | 1 | $0.0500 | ($5) | 8/30/2018 | (1) | $3.1000 | $310 | | | |
| Warner, Terence | STMP Sep 21 2018 260.0 Call | 9/21/2018 | 1 | Expired | $0 | 8/31/2018 | (1) | $4.6000 | $460 | | | |
| Warner, Terence | STMP Sep 21 2018 260.0 Call | 9/21/2018 | 1 | Expired | $0 | 9/5/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | STMP Sep 21 2018 260.0 Call | 9/21/2018 | 1 | Expired | $0 | 9/5/2018 | (1) | $6.1000 | $610 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Sep 28 2018 220.0 Put | 9/28/2018 | 1 | Expired | $0 | 9/24/2018 | (1) | $3.1000 | $310 | | | |
| Warner, Terence | STMP Sep 28 2018 222.5 Call | 9/28/2018 | 1 | Expired | $0 | 9/24/2018 | (1) | $8.1000 | $810 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | STMP Sep 28 2018 232.5 Call | 9/24/2018 | 1 | $0.9000 | ($90) | 9/20/2018 | (1) | $5.1000 | $510 | | | |
| Warner, Terence | | | | | | | | | | | | |
| Warner, Terence | **Options** | | **64** | | **(1,815)** | | **(64)** | | **41,975** | - | | **$40,160** |
| | | | | | | | | | | | | |
| **Warner, Terence** | | | **25,500** | | **($4,469,931)** | | **(23,700)** | | **$4,062,537** | **1,800** | | **($254,905)** |
| | | | | | | | | | | | | |
| Olobatuyi, Oluwole | Common Stock | 10/2/2018 | 1,110 | $218.0000 | ($241,980) | 10/24/2018 | (310) | $198.3894 | $61,501 | | | |
| Olobatuyi, Oluwole | Common Stock | 10/2/2018 | 231 | $210.0000 | ($48,510) | 11/13/2018 | (200) | $160.0000 | $32,000 | | | |
| Olobatuyi, Oluwole | Common Stock | | | | | 11/19/2018 | (218) | $153.9700 | $33,565 | | | |
| Olobatuyi, Oluwole | Common Stock | | | | | 2/22/2019 | (613) | $83.6500 | $51,277 | | | |
| **Olobatuyi, Oluwole** | Common Stock | | **1,341** | | **($290,490)** | | **(1,341)** | | **$178,344** | **613** | **$0** | **($112,146)** |
| | | | | | | | | | | | | |
| Phelps, Wayne | Common Stock | 4/9/2018 | 500 | $209.3000 | ($104,650) | 2/15/2019 | (100) | $200.5000 | $20,050 | | | |
| Phelps, Wayne | Common Stock | 4/9/2018 | 200 | $209.6500 | ($41,930) | 2/19/2019 | (200) | $202.0000 | $40,400 | | | |
| Phelps, Wayne | Common Stock | 4/13/2018 | 100 | $202.3247 | ($20,232) | | | | | | | |
| Phelps, Wayne | Common Stock | 6/22/2018 | 200 | $252.0300 | ($50,406) | | | | | | | |
| Phelps, Wayne | Common Stock | 6/22/2018 | 27 | $250.7100 | ($6,769) | | | | | | | |
| Phelps, Wayne | Common Stock | 6/22/2018 | 25 | $250.6900 | ($6,267) | | | | | | | |
| **Phelps, Wayne** | | | **1,052** | | **($230,255)** | | **(300)** | | **$60,450** | **752** | **$63,706** | **($106,099)** |

*Avg Closing Prices from Feb 22 to Apr 26

**Stamps.com (STMP)**
**Class Period: May 3 2017 and February 21, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | Shares/ Contracts | Price | Amount | Sales Date | Shares/ Contracts | Price | Amount | Shares/ Contracts Retained | 64-Day* Mean Price $84.7156 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Warner, Terence | | | 25,500 | | ($4,469,931) | | (23,700) | | $4,062,537 | 1,800 | | ($254,905) |
| Olobatuyi, Oluwole | | | 1,341 | | ($290,490) | | (1,341) | | $178,344 | 613 | | ($112,146) |
| Phelps, Wayne | | | 1,052 | | ($230,255) | | (300) | | $60,450 | 752 | | ($106,099) |
| **Total** | | | **27,893** | | **($4,990,676)** | | **(25,341)** | | **$4,301,331** | **3,165** | | **($473,151)** |

*Avg Closing Prices from Feb 22 to Apr 26                    Page 4 of 4