ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
danim@rgrdlaw.com
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | ) | Case No. 2:19-cv-01828-R-SK |
|---|---|---|
| Plaintiff, | ) | <u>CLASS ACTION</u> |
| vs. | ) | INDIANA PUBLIC RETIREMENT SYSTEM'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |
| STAMPS.COM, INC., et al., | ) | |
| Defendants. | ) | |

DATE:      June 3, 2019
TIME:      10:00 a.m.
CTRM:    880, 8th Floor
JUDGE:   Hon. Manuel L. Real

1558318_1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, June 3, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Manuel L. Real, Courtroom 880, 8th Floor, 255 East Temple Street, Los Angeles, CA, 90012, Indiana Public Retirement System (the "Retirement System") will and hereby does move this Court for an order: (1) appointing the Retirement System as Lead Plaintiff; and (2) approving the Retirement System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  In support of this Motion, the Retirement System submits the accompanying Memorandum of Law, the Declaration of Tricia L. McCormick, and a [Proposed] Order.

DATED:  April 29, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ

s/ Tricia L. McCormick
TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Retirement System cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on April 29, 2019.  Accordingly, the Retirement System's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that the Retirement System cannot confer with unknown movants.

- 1 -

1558318_1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 29, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: triciam@rgrdlaw.com

1558318_1

# Mailing Information for a Case 2:19-cv-01828-R-SK Matt Karinski v. Stamps.com, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,edewan@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)