UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STAMPS.COM, INC., et al.,<br><br>Defendants. | Case No. 2:19-cv-01828-R-SK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING INDIANA PUBLIC RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

1558326_1

Having considered Indiana Public Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Indiana Public Retirement System is appointed Lead Plaintiff for the class; and

3.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: _____    _____
                                                    THE HONORABLE MANUEL L. REAL
                                                    UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ


    s/ Tricia L. McCormick
    TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for
[Proposed] Lead Plaintiff

1558326_1