# EXHIBIT A

Exhibit A
001

38.88.221.132





## Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Stamps.com, Inc. (STMP)

February 28, 2019 10:22 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), a national securities and consumer rights litigation firm, today announced that it has filed a class action lawsuit against Stamps.com, Inc. ("Stamps.com" or the "Company") (NASDAQ: STMP) and certain of its executives (collectively, "Defendants").

The action, which was filed in the U.S. District Court for the Central District of California, asserts claims under Sections 10(b) and 20 of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5, on behalf of investors who purchased or otherwise acquired Stamps.com common stock between May 3, 2017 and February 21, 2019, inclusive (the "Class Period").

Stamps.com is a provider of Internet-based mailing and shipping solutions in the United States.

The complaint alleges that Defendants violated provisions of the Exchange Act by issuing false and misleading statements to investors, including in filings with the U.S. Securities and Exchange Commission ("SEC"). Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company's financial results depended on the manipulation of a USPS program that cost USPS an estimated $235 million per year; and (ii) as a result, the Company's business was unsustainable and its financial results were highly misleading.

On February 21, 2019, after the market closed, Stamps.com held a conference call to discuss its financial results from the 4th quarter of 2018 and fiscal year 2018. On the call, the Company's Chairman and Chief Executive Officer ("CEO"), Kenneth McBride stated that the Company was discontinuing its shipping partnership with USPS despite the fact that USPS-related business accounts for 87 percent of the Company's revenue. The Company further announced that 2019 revenue was expected to decline 5.4%.

On this news, the Company's stock plummeted to a close price of $83.65 on February 21, 2019, a decline of over 57% from the previous close price of $198.08.

If you wish to serve as lead plaintiff, you must move the Court no later 60 days from the date of this notice. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Joe Pettigrew of Scott+Scott at (844) 818-6982, or via email at jpettigrew@scott-scott.com.

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and employee retirement plan actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Connecticut, California, and Ohio.

## Contacts

**Joe Pettigrew**

**Scott+Scott Attorneys at Law LLP**

**(844) 818-6982**

**jpettigrew@scott-scott.com**

#Hashtags

#stamps

$Cashtags

$STMP

Exhibit A
003