# EXHIBIT C

Exhibit C
008

Movant's Purchases and Losses                                                                                                                    Stamps.com

Class Period: 05/03/2017 - 02/21/2019

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-------------|-------|----------------|---------------------|
| **Indiana Public Retirement System** | 09/06/2017 | 40 | $189.00 | $7,560.00 | held | 28,301 | $84.72 | $2,397,534.94 | |
| | 12/18/2017 | 50 | $182.05 | $9,102.50 | | | | | |
| | 01/10/2018 | 10 | $195.89 | $1,958.90 | | | | | |
| | 02/08/2018 | 100 | $193.85 | $19,385.00 | | | | | |
| | 04/24/2018 | 60 | $219.45 | $13,167.00 | | | | | |
| | 06/15/2018 | 100 | $281.10 | $28,110.00 | | | | | |
| | 07/11/2018 | 20 | $271.80 | $5,436.00 | | | | | |
| | 09/21/2018 | 20 | $225.95 | $4,519.00 | | | | | |
| | 11/21/2018 | 16,735 | $159.23 | $2,664,749.18 | | | | | |
| | 11/23/2018 | 1,602 | $159.88 | $256,120.23 | | | | | |
| | 11/26/2018 | 9,504 | $160.23 | $1,522,844.93 | | | | | |
| | 12/21/2018 | 30 | $145.36 | $4,360.80 | | | | | |
| | 02/01/2019 | 30 | $188.46 | $5,653.80 | | | | | |
| **Movant's Total** | | **28,301** | | **$4,542,967.33** | | **28,301** | | **$2,397,534.94** | **($2,145,432.40)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $84.72 as of April 26, 2019 for common stock.

Opening position of 2,170 shares.

Exhibit C
009

Movant's Purchases and Losses

Case 2:19-cv-01828-MWF-SK    Document 30-3    Filed 04/29/19    Page 3 of 3   Page ID
Class Period: 05/03/2017 - 02/21/2019 LIFO
#:490

Stamps.com

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Indiana Public Retirement System** | 02/01/2019 | 30 | $188.46 | $5,653.80 | held | 30 | $84.72 | $2,541.47 | |
| | 12/21/2018 | 30 | $145.36 | $4,360.80 | held | 30 | $84.72 | $2,541.47 | |
| | 11/26/2018 | 9,504 | $160.23 | $1,522,844.93 | held | 9,504 | $84.72 | $805,136.64 | |
| | 11/23/2018 | 1,602 | $159.88 | $256,120.23 | held | 1,602 | $84.72 | $135,714.32 | |
| | 11/21/2018 | 16,735 | $159.23 | $2,664,749.18 | held | 16,735 | $84.72 | $1,417,714.82 | |
| | 09/21/2018 | 20 | $225.95 | $4,519.00 | held | 20 | $84.72 | $1,694.31 | |
| | 07/11/2018 | 20 | $271.80 | $5,436.00 | held | 20 | $84.72 | $1,694.31 | |
| | 06/15/2018 | 60 | $281.10 | $16,866.00 | 06/22/2018 | 60 | $252.65 | $15,159.00 | |
| | 06/15/2018 | 40 | $281.10 | $11,244.00 | held | 40 | $84.72 | $3,388.62 | |
| | 04/24/2018 | 60 | $219.45 | $13,167.00 | held | 60 | $84.72 | $5,082.93 | |
| | 02/08/2018 | 100 | $193.85 | $19,385.00 | 03/02/2018 | 100 | $195.54 | $19,554.10 | |
| | 01/10/2018 | 10 | $195.89 | $1,958.90 | held | 10 | $84.72 | $847.16 | |
| | 12/18/2017 | 50 | $182.05 | $9,102.50 | held | 50 | $84.72 | $4,235.78 | |
| | 09/06/2017 | 40 | $189.00 | $7,560.00 | held | 40 | $84.72 | $3,388.62 | |
| **Movant's Total** | | **28,301** | | **$4,542,967.33** | | **28,301** | | **$2,418,693.55** | **($2,124,273.78)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $84.72 as of April 26, 2019 for common stock.

Exhibit C
010