ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
danim@rgrdlaw.com
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STAMPS.COM, INC., et al.,<br><br>Defendants. | Case No. 2:19-cv-01828-R-SK<br><br><u>CLASS ACTION</u><br><br>INDIANA PUBLIC RETIREMENT SYSTEM'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>DATE:   June 3, 2019<br>TIME:   10:00 a.m.<br>CTRM:  880, 8th Floor<br>JUDGE:  Hon. Manuel L. Real |

1564381_1

On April 29, 2019, seven motions were filed by class members seeking appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) Indiana Public Retirement System (the "Retirement System"); (2) Mark Lohkemper; (3) Demetrious Manuselis; (4) Terence Warner, Oluwole Olobatuyi, and Wayne Phelps ("the Stamps.com Investor Group"); (5) Richard Dell'Anno; (6) Michael Rado and Paul Davis (the "STMP Investor Group"); and (7) Robert Lima and Joey Hill (ECF No. 17 in No. 2:19-cv-01497-R-SK). ECF Nos. 28, 10, 13, 23, 20, 17. Three of these movants withdrew their motions. ECF Nos. 32 (Mauselis), 33 (Stamps.com Investor Group), and ECF No. 20 in No. 2:19-cv-01497-R-SK (Lima and Hill). Three separate movants filed notices that they do not oppose the Retirement System's motion. ECF Nos. 34 (Dell'Anno), 35 (the STMP Investor Group), and 36 (Lohkemper). As a result, the only remaining lead plaintiff movant is the Retirement System.

The Ninth Circuit describes the procedure for appointing a lead plaintiff under the PSLRA as "straightforward" and "sequential." *See In re Cavanaugh*, 306 F.3d 726, 729-30, 732 (9th Cir. 2002). "The court must examine potential lead plaintiffs one at a time, starting with the one who has the greatest financial interest, and continuing in descending order *if and only if* the presumptive lead plaintiff is found inadequate or atypical." *Id.* at 732 (emphasis added). If the movant with the largest financial interest also satisfies the requirements of Rule 23, that movant is the "presumptively most adequate plaintiff." *Id*. at 730.

Here, the Retirement System possesses the largest financial interest, having suffered losses exceeding $2 million. ECF No. 30-3. Moreover, as demonstrated in the Retirement System's motion, it is also a typical and adequate representative of the class. ECF No. 29 at 4-5. As a result, the Retirement System is presumptively the "most adequate plaintiff," and should be appointed lead plaintiff.

In order to rebut the presumption that lies in favor of the Pension Fund, class members are required to present proof that the Retirement System is either subject to

- 1 -

1564381_1

unique defenses or is inadequate to represent the class. 15 U.S.C. §78u-4(a)(3)(B)(iii)(II); *Cavanaugh*, 306 F.3d at 729 n.2 ("The Act sets up a rebuttable presumption that the plaintiff with the largest stake in the controversy will be the lead plaintiff. . . . That the presumption is rebuttable does not mean that it may be set aside for any reason that the court may deem sufficient. Rather, the statute provides that the presumption 'may be rebutted only upon proof . . . that the presumptively most adequate plaintiff' does not satisfy the adequacy or typicality requirements of Rule 23." (citation omitted)). No such proof exists and none of the competing movants have opposed the appointment of the Retirement System. Consequently, the Retirement System respectfully requests that it be appointed Lead Plaintiff and its selection of lead counsel approved.

DATED: May 13, 2019          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ


                    s/ Tricia L. McCormick
                  TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

- 2 -

1564381_1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 13, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

1564381_1

# Mailing Information for a Case 2:19-cv-01828-R-SK Matt Karinski v. Stamps.com, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,edewan@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)