RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
CHRISTINA L. COSTLEY (SBN 227134)
christina.costley@kattenlaw.com
PAUL S. YONG (SBN 303164)
paul.yong@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com, Inc., Kenneth McBride,
Kyle Huebner, and Jeff Carberry*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No. 2:19-cv-01828-R (SKx)<br>Related Case 2:19-cv-01497-R (SKx)<br><br>DEFENDANTS' POSITION STATEMENT REGARDING MOTIONS TO CONSOLIDATE CASES AND APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL<br><br>Hearing Date: June 3, 2019<br>Time:  10:00 a.m.<br>Courtroom: 880-8th Floor<br><br>District Judge:  Hon. Manuel L. Real<br>Magistrate Judge: Hon. Steve Kim<br>Complaint Filed: March 13, 2019 |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

DEFENDANTS' POSITION STATEMENT REGARDING MOTIONS TO CONSOLIDATE CASES AND APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL

Defendants, Stamps.com ("SDC"), Kenneth McBride, Kyle Huebner, and Jeff Carberry (the "Individual Defendants," together with SDC, the "SDC Defendants") submit this position statement in response to: (1) the motion of Robert Lima and Joey Hill;[1] (2) the motion of Mark Lohkemper; (3) the motion of Demetrious Manuselis; (4) the motion of Michael Rado and Paul Davis; (5) the motion of Richard Dell'Anno; (6) the motion of Terence Warner, Oluwole Olobatuyi, and Wayne Phelps; and (7) the motion of the Indiana Public Retirement System (collectively, the "Motions").

The SDC Defendants do not oppose consolidation of this case and closed, related case, *Grabisch v. Stamps.com* (No. 2:19-cv-01497-R (SKx)), both purported securities class actions asserted against the SDC Defendants. The SDC Defendants do not take any position concerning the appointment of lead plaintiff(s) or the approval of lead counsel. The SDC Defendants reserve their rights to challenge lead plaintiff(s)' standing or ability to serve as class representative at the appropriate time. The SDC Defendants oppose the Motions to the extent that they allege or suggest that any of the SDC Defendants violated the federal securities laws or otherwise engaged in any wrongdoing, which it did not.

---

[1]    This motion was filed in the closed, related case, *Grabisch v. Stamps.com*, Case No. 2:19-cv-01497-R (SKx). (Dkt. No. 18.)

1

Dated:  May 13, 2019                    KATTEN MUCHIN ROSENMAN

By:    */s/ Richard H. Zelichov*

Richard H. Zelichov
richard.zelichov@kattenlaw.com
Christina L. Costley
christina.costley@kattenlaw.com
Paul S. Yong
paul.yong@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com, Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

DEFENDANTS' POSITION STATEMENT REGARDING MOTIONS TO CONSOLIDATE CASES AND APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL