NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>                              Defendants. | Case No. 2:19-cv-01828-MWF (SKx)<br><br>ORDER CONCERNING CONSOLIDATED COMPLAINT AND RESPONSE THERETO<br><br>District Judge:  Hon. Michael W. Fitzgerald<br><br>Magistrate Judge: Hon. Steve Kim<br>Complaint Filed: March 13, 2019 |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Having considered the parties' JOINT STIPULATION CONCERNING CONSOLIDATED COMPLAINT AND RESPONSE THERETO along with the Declaration of Richard H. Zelichov in support of the Joint Stipulation, the Court hereby orders that:

A.    Indiana Public Retirement System shall file its consolidated complaint by no later than August 5, 2019 (which is 60 days after its appointment as lead plaintiff);

B.    Indiana Public Retirement System will serve such consolidated complaint on defendants via waiver of service of summons in accordance with Fed. R. Civ. P. 4(d) thereby providing Defendants with adequate time to conduct the review and analysis set forth above;

C.    If Defendants respond to the consolidated complaint by moving to dismiss, they shall file such motion no later than set forth in Fed. R. Civ. P. 4(d)(3), which is 60 days after the request was sent;

D.    Indiana Public Retirement System shall file any opposition to such motion no later than 60 days after Defendants move to dismiss;

E.    Defendants will then file any reply in further support of their motions to dismiss no later than 30 days after the Indiana Public Retirement System files any opposition;

F.    This stipulation does not constitute a general appearance on behalf of the Defendants.

G.    The Order to Show Cause Re Dismissal for Lack of Prosecution (Docket No. 63) is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:  June 24, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

2

ORDER CONCERNING CONSOLIDATED COMPLAINT AND RESPONSE THERETO