RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@katten.com
CHRISTINA L. COSTLEY (SBN 227134)
christina.costley@katten.com
PAUL S. YONG (SBN 303164)
paul.yong@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride,
Kyle Huebner, and Jeff Carberry*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No. 2:19-cv-01828-MWF (SK)<br><br>APPENDIX A IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE |
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>vs.<br><br>STAMPS.COM, INC., KENNETH McBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | |

# APPENDIX A

| Ex. | Description | Basis[1] | ¶¶[2] |
|---|---|---|---|
| 1 | Excerpts from Stamps Form 10-Q, dated August 7, 2015 | JN | |
| 2 | Excerpts from Stamps Form 10-K, dated March 1, 2017 | JN | |
| 3 | Stamps Form 8-K, dated November 6, 2017 | JN | |
| 4 | Excerpts from Stamps Form 10-K, dated February 28, 2018 | JN | |
| 5 | Excerpts from Stamps Schedule 14A, dated May 3, 2018 | JN | |
| 6 | Excerpts from Stamps Form 10-Q, dated August 8, 2018 | IBR, JN | 106, 107 |
| 7 | Excerpts from Stamps Form 10-K, dated March 1, 2019 | JN | |
| 8 | Form 4s filed on behalf of Kenneth McBride | IBR, JN | 20, 98, 99, 100, 133, 134 |
| 9 | Form 4s filed on behalf of Kyle Huebner | IBR, JN | 21, 98, 99, 100 |
| 10 | Form 4s filed on behalf of Jeff Carberry | IBR, JN | 22, 98, 99, 100 |
| 11 | Stamps Q2 2016 Earnings Call Transcript, dated July 28, 2016 | JN | |
| 12 | Stamps Q4 2016 Earnings Call Transcript, dated February 23, 2017 | JN | |
| 13 | Stamps Q1 2017 Earnings Call Transcript, dated May 3, 2017 | JN | |
| 14 | Stamps Q2 2017 Earnings Call Transcript, dated August 2, 2017 | IBR, JN | 4, 74, 75, 76, 77, 104, 105 |
| 15 | Stamps Q4 2018 Earnings Call Transcript, dated February 21, 2019 | IBR, JN | 10, 94, 120, 122, 124 |
| 16 | Stamps Q1 2019 Earnings Call Transcript, dated May 8, 2019 | IBR, JN | 12, 64, 97, 113, 127 |
| 17 | Stamps Q2 2019 Earnings Call Transcript, dated August 7, 2019 | JN | |

---

[1]   "**IBR**" refers to documents incorporated by reference. "**JN**" refers to documents subject to judicial notice.

[2]   "**¶¶**" refers to the paragraphs in the Consolidated Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 71).

1

**Katten**

KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**Katten**
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| Ex. | Description | Basis[1] | ¶¶[2] |
|---|---|---|---|
| 18 | Interview with Jim Cochrane, USPS Chief Customer & Marketing Officer, dated August 1, 2017 | JN | |
| 19 | United States Postal Service Q3 2018 Earnings Call Transcript, dated August 9, 2018 | JN | |
| 20 | USPS, Domestic Mail Manual, § 709 Negotiated Service Contracts | JN | |
| 21 | Excerpts from Office of Inspector General, United States Postal Service, "Domestic Negotiated Service Agreements: Audit Report," dated April 29, 2013 | JN | |
| 22 | The White House, Executive Order on the Task Force on the United States Postal System, dated April 12, 2018 | JN | |
| 23 | Report from the Task Force on the United States Postal Service, "United States Postal Service: A Sustainable Path Forward," dated December 4, 2018 | IBR, JN | 9, 10, 63, 109 |
| 24 | United States Postal Service, "About the United States Postal Service" | JN | |
| 25 | Excerpts from Prescience Point, "Stamps.com: The Software Valeant?," dated July 14, 2016 | JN | |
| 26 | Craig-Hallum Capital Group, "Playing the Stamps.com Whack-A-Mole Game," dated July 20, 2016 | JN | |
| 27 | B. Riley, "Key Takeaways from Conversation with Ruth Goldway, Former Chairwoman of the Postal Regulatory Commission," dated August 9, 2016 | JN | |
| 28 | Linn's Stamp News, "USPS 'Postage Reselling' Program Scrutinized," dated August 1, 2017 | JN | |
| 29 | Stamps.com, "Stamps.com Announces Appointment of Kyle Huebner as President; Jeff Carberry as CFO; and JR Veingkeo as Chief Accounting Officer," dated August 2, 2017 | JN | |

2

| Ex. | Description | Basis[1] | ¶¶[2] |
|---|---|---|---|
| 30 | Stamps.com, "Stamps.com Announces New CTO," dated February 27, 2018 | JN | |
| 31 | Vox, "Donald Trump's Twitter Feud with Amazon, Explained," dated April 4, 2018 | JN | |
| 32 | Reuters, "Senate Cancels Postal Service Hearing; Trump's Amazon Crusade Delayed," dated August 31, 2018 | JN | |
| 33 | The American Conservative, "Taxpayers Win as the Postal Service Gives Stamps.com the Boot," dated February 26, 2019 | IBR, JN | 11, 95, 123 |
| 34 | Stamps' Historical Stock Prices, May 1, 2017 – August 8, 2019 | IBR, JN | 4, 7, 10, 12, 13, 98, 99, 101, 126, 128 |

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

3

**APPENDIX A ISO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE**