RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@katten.com
CHRISTINA L. COSTLEY (SBN 227134)
christina.costley@katten.com
PAUL S. YONG (SBN 303164)
paul.yong@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride,
Kyle Huebner, and Jeff Carberry*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

<table>
<tr><td>

MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

          v.

STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,

                    Defendants.

INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

                    Lead Plaintiff,

          vs.

STAMPS.COM, INC., KENNETH McBRIDE, KYLE HUEBNER, and JEFF CARBERRY,

                    Defendants.

</td><td>

Case No. 2:19-cv-01828-MWF (SK)

DECLARATION OF PAUL S. YONG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Judge:   Hon. Michael W. Fitzgerald
Courtroom:   5A
Date:   January 13, 2020
Time:   10:00 a.m.

</td></tr>
</table>

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

DECLARATION OF PAUL S. YONG ISO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Paul S. Yong, hereby declare as follows:

1.    I am an attorney of the law firm Katten Muchin Rosenman LLP, counsel of record for Defendants Stamps.com Inc. ("Stamps"), Kenneth McBride, Kyle Huebner, and Jeff Carberry (collectively, "Defendants").  I know the following to be true based on my own personal knowledge, and, if called as a witness, I could and would, testify competently to the matters herein.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from Stamps' quarterly report on Form 10-Q for the second quarter of the fiscal year 2015, filed with the Securities Exchange Commission ("SEC") on August 7, 2015.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from Stamps' annual report on Form 10-K for the fiscal year 2016, filed with the SEC on March 1, 2017.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of Stamps' Form 8-K, filed with the SEC on November 6, 2017.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts from Stamps' annual report on Form 10-K for the fiscal year 2017, filed with the SEC on February 28, 2018.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from Stamps' Schedule 14A, filed with the SEC on May 3, 2018.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from Stamps' quarterly report on Form 10-Q for the second quarter of the fiscal year of 2018, filed with the SEC on August 8, 2018.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of relevant excerpts from Stamps' annual report on Form 10-K for the fiscal year 2018, filed with the SEC on March 1, 2019.

9.    Attached hereto as **Exhibit 8** are a true and correct copies of Form 4s filed on behalf of Kenneth McBride with the SEC on March 1, 2017; March 20, 2017;

**Katten**
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1

April 19, 2017; November 29, 2017; December 20, 2017; March 6, 2018; and March 9, 2018.

10.	Attached hereto as **Exhibit 9** are a true and correct copies of Form 4s filed on behalf of Kyle Huebner with the SEC on March 7, 2018 and March 9, 2018.

11.	Attached hereto as **Exhibit 10** are a true and correct copies of a Form 4 filed on behalf of Jeff Carberry with the SEC on October 25, 2017.

12.	Attached hereto as **Exhibit 11** is a true and correct copy of a published transcript of an earnings call held by Stamps on July 28, 2016 regarding the second quarter of its fiscal year 2016, available from Bloomberg.

13.	Attached hereto as **Exhibit 12** is a true and correct copy of a published transcript of an earnings call held by Stamps on February 23, 2017 regarding the fourth quarter of its fiscal year 2016, available from Bloomberg.

14.	Attached hereto as **Exhibit 13** is a true and correct copy of a published transcript of an earnings call held by Stamps on May 3, 2017 regarding the first quarter of its fiscal year 2017, available from Bloomberg.

15.	Attached hereto as **Exhibit 14** is a true and correct copy of a published transcript of an earnings call held by Stamps on August 2, 2017 regarding the second quarter of its fiscal year 2017, available from Bloomberg.

16.	Attached hereto as **Exhibit 15** is a true and correct copy of a published transcript of an earnings call held by Stamps on February 21, 2019 regarding the fourth quarter of its fiscal year 2018, available from Bloomberg.

17.	Attached hereto as **Exhibit 16** is a true and correct copy of a published transcript of an earnings call held by Stamps on May 8, 2019 regarding the first quarter of its fiscal year 2019, available from Bloomberg.

18.	Attached hereto as **Exhibit 17** is a true and correct copy of a published transcript of an earnings call held by Stamps on August 7, 2019 regarding the second quarter of its fiscal year 2019, available from Bloomberg.

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

2

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a transcript of an interview of United States Postal Service ("USPS") Chief Customer and Marketing Officer Jim Cochrane published on August 1, 2017, publicly available on Stamps' website at https://blog.stamps.com/2017/08/01/interview-jim-cochrane-usps-cmo/. An original audio recording of the interview is published on Stamps' website along with the transcript.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a verified transcript of an earnings call held by the USPS on August 9, 2018 regarding the third quarter of its fiscal year 2018.  The verified transcript was created at my direction by First Legal Deposition Services using the original audio recording of the USPS earnings call that is publicly available on the USPS's website at https://about.usps.com/what/financials/briefings/welcome.htm?video=cfo180809.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of the USPS Domestic Mail Manual, § 709 Negotiated Service Contracts, and publicly available on the USPS's website at https://pe.usps.com/text/dmm300/709.htm.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of relevant excerpts from a "Domestic Negotiated Service Agreements: Audit Report" by the Office of Inspector General, United States Postal Service, dated April 29, 2013, publicly available on the Office of Inspector General, United States Postal Service's website at https://www.uspsoig.gov/sites/default/files/document-library-files/2015/ms-ar-13-007.pdf.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of the "Executive Order on the Task Force on the United States Postal System" issued by President Donald J. Trump on April 12, 2018, and publicly available on the White House's website at https://www.whitehouse.gov/presidential-actions/executive-order-task-force-united-states-postal-system/.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of a Department of Treasury report, titled "United States Postal Service: A Sustainable Path Forward:

DECLARATION OF PAUL S. YONG ISO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Report from the Task Force on the United States Postal System," published on December 4, 2018, and publicly available on the Department of Treasury's website at https://home.treasury.gov/system/files/136/USPS_A_Sustainable_Path_Forward_report_12-04-2018.pdf.

25.   Attached hereto as **Exhibit 24** is a true and correct copy of a printout from the USPS's website, titled "About the United States Postal Service," and publicly available at https://about.usps.com/who-we-are/leadership/about-usps.htm.

26.   Attached hereto as **Exhibit 25** is a true and correct copy of relevant excerpts from a shortseller analyst report, titled "Stamps.com: The Software Valeant?" published by Prescience Point Capital Management on July 14, 2016, and publicly available on Prescience Point Capital Management's website at https://www.presciencepoint.com/wp-content/uploads/2016/07/PresciencePoint_STMP_Report_7-16-2016.pdf.   Also attached is a true and correct copy of a printout from Prescience Point Capital Management's website indicating the date of publication, publicly available at https://www.presciencepoint.com/research/research-archives/stmp/.

27.   Attached hereto as **Exhibit 26** is a true and correct copy of an analyst report, titled "Playing the Stamps.com Whack-A-Mole Game," published by Craig-Hallum Capital Group on July 20, 2016.

28.   Attached hereto as **Exhibit 27** is a true and correct copy of an analyst report, titled "Key Takeaways from Conversation with Ruth Goldway, Former Chairwoman of the Postal Regulatory Commission," published by B. Riley on August 9, 2016.

29.   Attached hereto as **Exhibit 28** is a true and correct copy of a printout of a news article, titled "USPS 'Postage Reselling' Program Scrutinized," published by *Linn's Stamp News* on August 1, 2017, and publicly available at https://www.linns.com/news/us-stamps-postal-history/2017/august/usps-postage-reselling-program-scrutinized.html.

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

4

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

30. Attached hereto as **Exhibit 29** is a true and correct copy of a printout of a press release published by Stamps on August 2, 2017, titled "Stamps.com Announces Appointment of Kyle Huebner as President; Jeff Carberry as CFO; and JR Veingkeo as Chief Accounting Officer," publicly available on Stamps' website at https://investor.stamps.com/news-events/press-releases/detail/201/stamps-com-announces-appointment-of-kyle-huebner-as.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a printout of a press release published by Stamps on February 27, 2018, titled "Stamps.com Announces New CTO," publicly available on Stamps' website at https://www.stamps.com/media/news/20180227.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a printout of a news article, titled "Donald Trump's Twitter Feud with Amazon, Explained," published by *Vox* on April 4, 2018, and publicly available at https://www.vox.com/policy-and-politics/2018/4/4/17193090/trump-amazon-feud.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a printout of a news article, titled "Senate Cancels Postal Service Hearing; Trump's Amazon Crusade Delayed," published by *Reuters* on August 31, 2018, and publicly available at https://www.reuters.com/article/us-usa-post-office-amazon-com/senate-cancels-postal-service-hearing-trumps-amazon-crusade-delayed-idUSKCN1LG28O.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a printout of a blog post, titled "Taxpayers Win as the Postal Service Gives Stamps.com the Boot," published by *The American Conservative* on February 26, 2019, and publicly available at https://www.theamericanconservative.com/articles/taxpayers-win-as-the-postal-service-gives-stamps-com-the-boot/.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a printout of a chart of Stamps' historical stock prices from May 1, 2017 through August 8, 2019, as reported by Yahoo! Finance.

DECLARATION OF PAUL S. YONG ISO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 4, 2018 in Los Angeles, California.

*/s/ Paul S. Yong* ___

PAUL S. YONG

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

6

**DECLARATION OF PAUL S. YONG ISO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**