# Exhibit 3

8-K 1 form8k.htm 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): November 1, 2017

# Stamps.com Inc.

(Exact name of registrant as specified in its charter)

| Delaware | 000-26427 | 77-0454966 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 1990 E. Grand Avenue, El Segundo, CA | 90245 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (310) 482-5800

Not Applicable

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Ex. 3, at 1

**Item 2.02. Results of Operations and Financial Condition.**

On November 2, 2017, Stamps.com Inc. (the "Company") issued a press release setting forth its financial results for its fiscal quarter ended September 30, 2017.

A copy of such press release is being furnished as Exhibit 99.1 to this Current Report on Form 8-K and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934 (the "Exchange Act") or otherwise subject to the liabilities under that Section and shall not be deemed to be incorporated by reference into any filing of the Company under the Securities Act of 1933 (the "Securities Act") or the Exchange Act.

**Item 5.02   Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

(b)

On November 1, 2017, the Board of Directors of the Company accepted Seth Weisberg's retirement as the Company's Chief Legal Officer and Secretary, effective January 15, 2018. The Company expects that, following such retirement, Mr. Weisberg will continue to serve the Company on an at-will, part-time basis as its Chief Legal Officer Emeritus. For so long as Mr. Weisberg remains employed by the Company, his existing options will continue to vest in accordance with their respective schedules. The Company no longer has any severance obligations to Mr. Weisberg.

**Item 9.01. Financial Statements and Exhibits.**

(d)   Exhibits.

The following exhibit is being furnished or filed herewith:

99.1   Press Release of Stamps.com Inc. dated November 2, 2017, announcing Stamps.com Inc.'s financial results for its fiscal quarter ended September 30, 2017. (furnished, not filed)

Ex. 3, at 2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  | Stamps.com Inc. |
| --- | --- |
|  | (Registrant) |
| November 6, 2017 | /s/ Kenneth McBride |
| Date | (Signature) |
|  | Kenneth McBride, |
|  | Chief Executive Officer |

Ex. 3, at 3