# Exhibit 5

DEF 14A 1 stmp-05012018def14a.htm DEF 14A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**SCHEDULE 14A**

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934

Filed by the Registrant ☒

Filed by a party other than the Registrant ☐

Check the appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒  Definitive Proxy Statement

☐  Definitive Additional Materials

☐  Soliciting Material pursuant to §240.14a-12

# STAMPS.COM INC.

(Name of Registrant as Specified in Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒  No fee required.

☐  Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)  Title of each class of securities to which transaction applies:

(2)  Aggregate number of securities to which transaction applies:

(3)  Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4)  Proposed maximum aggregate value of transaction:

(5)  Total fee paid:

☐  Fee paid previously with preliminary materials.

☐  Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)  Amount previously paid:

(2)  Form, Schedule or Registration Statement No.:

(3)  Filing party:

(4)  Date filed:

**BOARD COMMITTEES AND MEETINGS AND CORPORATE GOVERNANCE**

**Board Committees and Meetings**

Our Board held eight meetings during 2017 and acted by unanimous written consent on two occasions. Each director attended 75% or more of the aggregate of (i) the total number of meetings of our Board and (ii) the total number of meetings held by all committees of our Board on which such director served during 2017. Our Board members are not required to attend our annual meetings of stockholders, and no director, other than our chief executive officer, attended our annual meeting of stockholders in 2017. Our Board has a standing Audit Committee established in accordance with Section 3(a)(58)(A) of the Securities Exchange Act of 1934, a Compensation Committee and a Nominating Committee.

*Audit Committee*. The Audit Committee consists of three directors, Messrs. Ananda, Jones and Samuels, and is primarily responsible for hiring our independent auditors, approving the services performed by our independent auditors and reviewing their reports regarding our accounting practices and systems of internal accounting controls. Lloyd I. Miller served on the Audit Committee for the first few days of 2017, until he was replaced by Mr. Samuels on January 4, 2017. Mr. Jones serves as the chairman of our Audit Committee. The Audit Committee acts pursuant to a written charter adopted by our Board, which is available on our website at http://investor.stamps.com/documentdisplay.cfm?DocumentID=1898. All members of the Audit Committee are, and during 2017 were, non-employee directors and "independent" pursuant to the rules of The NASDAQ Stock Market and SEC rules. In addition, our Board has determined that each of Messrs. Jones, Miller and Samuels is an "audit committee financial expert" as defined by applicable SEC rules. Our Audit Committee held five meetings and acted by unanimous written consent on one occasion during 2017.

*Compensation Committee*. The Compensation Committee consisted of three directors, Messrs. Ananda, Habiger and Miller, throughout 2017. Since Mr. Miller's resignation from the Board on January 9, 2018, our Compensation Committee has consisted of Messrs. Ananda and Habiger. The Compensation Committee is primarily responsible for reviewing and approving our general compensation policies and setting compensation levels for our executive officers. Our Compensation Committee also has the authority to administer our employee stock purchase plan and our stock incentive plan and to grant awards under our stock incentive plan. All members of the Compensation Committee are non-employee directors and are "independent" pursuant to the rules of The NASDAQ Stock Market. Mr. Miller served as the chairman of our Compensation Committee throughout 2017 and until his resignation from the Board on January 9, 2018. The Compensation Committee acts pursuant to a written charter adopted by our Board, which is available on our website at http://investor.stamps.com/documentdisplay.cfm?DocumentID=1896. The Compensation Committee will only delegate its authority to the extent consistent with our certificate of incorporation and bylaws and applicable laws, regulations and listing standards. No compensation consultant was engaged to provide advice or recommendations on our executive or director compensation for 2017. The Compensation Committee held two meetings and acted by unanimous written consent on fourteen occasions during 2017.

*Nominating Committee*. The members of our Nominating Committee throughout 2017 were Messrs. Ananda, Jones and Miller. Since Mr. Miller's resignation from the Board on January 9, 2018, our Nominating Committee has consisted of Messrs. Ananda and Jones. All members of the Nominating Committee are non-employee directors and are "independent" directors under the rules of The NASDAQ Stock Market. The Nominating Committee acts pursuant to a written charter adopted by our Board, which is available on our website at http://investor.stamps.com/documentdisplay.cfm?DocumentID=1894. The Nominating Committee held one meeting during 2017.

The responsibilities of the Nominating Committee include (i) screening and recommending to our Board qualified candidates for election or appointment to our Board; (ii) recommending the number of members that shall serve on our Board; (iii) evaluating and reviewing the independence of existing and prospective directors; and (iv) reviewing and reporting on additional corporate governance matters as directed by our Board.

Our Nominating Committee manages the process for evaluating current Board members at the time they are considered for re-nomination. After considering the appropriate skills and characteristics required on our Board, the current makeup of our Board, the results of the evaluations, and the wishes of our Board members to be re-nominated, our Nominating Committee recommends to our Board whether those individuals should be re-nominated. Our Nominating Committee also periodically reviews with our Board whether it believes our Board

6

Ex. 5, at 2

2017-19 Option Strategy, we may make smaller more frequent awards of stock options to executives in the future, which would result in a more consistent CEO pay ratio). For example, excluding the value of options granted in 2017, our chief executive officer's annual compensation was $2,525,420, or approximately 31 times the annual compensation of our median employee (who was not granted any options in 2017) of $81,593.

## GRANTS OF PLAN-BASED AWARDS

The following table provides information with respect to grants of plan-based awards made during 2017 to the named executive officers.

| Name | Grant Date (3) | Estimated Possible Payouts Under Non-Equity Incentive Plan Awards (1)(2) | | |
| --- | --- | --- | --- | --- |
| | | Threshold ($)(4) | Target ($)(5) | |
| Ken McBride | 4/19/2017 | $801,196 | $1,144,565 | |
| Kyle Huebner | 4/19/2017 | $392,685 | $560,978 | |
| Jeff Carberry | 8/1/2017 | n/a | n/a | |
| Michael Biswas | 4/19/2017 | $264,592 | $377,989 | |
| Sebastian Buerba | 4/25/2017 | n/a | n/a | |
| John Clem | 4/19/2017 | $272,011 | $388,587 | |

(1) Under the 2017 Plan, eight members of our management, including our chief executive officer, our president, our former chief technology officer, our chief marketing officer and our chief product officer, were eligible for cash bonus awards to be paid in 2018. The 2017 Plan set a base level aggregate bonus pool, the 2017 Base Pool, and provided that the actual bonus pool for 2017 could range from zero to twice the 2017 Base Pool, based on our performance in 2017 relative to targets for revenue and adjusted EBITDA (which, as we have publicly reported, typically excludes non-recurring and/or non-cash items such as ASC 718-related expenses, litigation charges, non-recurring adjustments, changes in non-cash contingent consideration valuation, corporate development/acquisition expenses, and other one-time and non-recurring items). The Compensation Committee set the size of the 2017 Base Pool at $3.25 million so that, if executive management performs at a reasonable level and is able to generate results at the midpoint of the guidance range, as a group they would receive total cash compensation for 2017 at the 67th percentile of those companies in the 2017 Equilar Benchmark. Pursuant to the 2017 Plan, and based on our actual 2017 financial results, the total bonus pool for 2017 ended up 173.3% of the 2017 Base Pool. For additional information about the 2017 Plan, see "—Compensation Discussion and Analysis—Non-equity Incentive Plan Compensation," and for actual amounts to be paid under the 2017 Plan for 2017, which will be paid in April 2018, see "—Summary Compensation Table."

(2) Mr. Carberry, who did not become an executive officer until July 31, 2017, did not participate in the 2017 Plan.

(3) Each of Messrs. McBride, Huebner, Biswas, Buerba and Clem was eligible for an award under the 2017 Plan, which was established on April 19, 2017, and was also granted an award of stock options on April 25, 2017.

(4) The amounts in this column assume (i) an aggregate bonus pool equal to 70% of the 2017 Base Pool, which would have resulted from an actual 2017 financial outcome at the low-end of our February 2017 public guidance range for revenue and non-GAAP adjusted EBITDA (note that our public guidance range was subsequently changed at various times throughout fiscal 2017), and this would have been equivalent to $400 million in total revenue and $200 million in non-GAAP adjusted EBITDA; and (ii) that each named executive officer received the same percentage share of the bonus pool that he received under the 2016 bonus plan. However, each officer's bonus may vary based on achievement of individual goals, and no individual executive officer was guaranteed any minimum amount, so the amount could in fact be zero.

34

Ex. 5, at 3

(5)   The amounts in this column assume (i) an aggregate bonus pool equal to 100% of the 2017 Base Pool, which would have resulted from an actual 2017 financial outcome at the mid-point of our February 2017 public guidance range of $412.5 million in total revenue and $210 million in non-GAAP adjusted EBITDA (note that our public guidance range was subsequently changed at various times throughout fiscal 2017); and (ii) that each named executive officer received the same percentage share of the bonus pool that he received under the 2016 bonus plan. However, no individual named executive officer was guaranteed any minimum amount, so the amount could in fact be zero.

(6)   The amounts in this column assume the maximum possible bonus pool of 200% of the 2017 Base Pool and that each named executive officer received the percentage share of the bonus pool that he received under the 2016 bonus plan. However, in the unlikely event that no other member of executive management received any bonus, and the Compensation Committee did not adjust the bonus pool as a result, any individual named executive officer could in theory be awarded the total amount of the bonus pool.

(7)   These option awards were all issued under the 2010 Equity Incentive Plan, as amended. The options awarded to the named executive officers vest in 36 approximately equal monthly installments commencing on September 1, 2017.

(8)   The amounts in this column represent the aggregate grant date fair value of option awards granted during 2017 computed in accordance with ASC 718. The assumptions for these amounts are included in Note 2 to our audited financial statements included in our Annual Report on Form 10-K for 2017.

35

Ex. 5, at 4

**OUTSTANDING EQUITY AWARDS AT FISCAL YEAR-END**

The following table provides information on outstanding stock options held by the named executive officers at December 31, 2017:

| Name | Option Awards | | | |
| --- | --- | --- | --- | --- |
| | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercisable Options (#) | Option Exercise Price ($) | Option Expiration Date |
| Ken McBride | 40,337 (1) | — | 32.41 | 9/19/2024 |
| | 34,721 (2) | 15,278 (2) | 66.28 | 4/9/2025 |
| | 12,082 (3) | 132,918 (3) | 112.00 | 4/25/2027 |
| Kyle Huebner | 29,268 (1) | — | 32.41 | 9/19/2024 |
| | 6,944 (2) | 7,640 (2) | 66.28 | 4/9/2025 |
| | 7,291 (3) | 80,209 (3) | 112.00 | 4/25/2027 |
| Jeff Carberry | 9,444 (4) | 556 (4) | 45.35 | 2/2/2025 |
| | 9,166 (5) | 834 (5) | 58.25 | 3/2/2025 |
| | 6,666 (6) | 53,334 (6) | 152.15 | 8/1/2027 |
| Michael Biswas | 5,976 | — | 12.55 | 5/20/2021 |
| | 3,346 (1) | — | 32.41 | 9/19/2024 |
| | 2,222 (2) | 6,112 (2) | 66.28 | 4/9/2025 |
| | 5,833 (3) | 64,167 (3) | 112.00 | 4/25/2027 |
| Sebastian Buerba | 10,248 (7) | — | 32.41 | 9/19/2024 |
| | 50,497 (1) | — | 32.41 | 9/19/2024 |
| | 13,888 (2) | 6,112 (2) | 66.28 | 4/9/2025 |
| | 5,833 (3) | 64,167 (3) | 112.00 | 4/25/2027 |
| John Clem | 36,915 (7) | — | 32.41 | 9/19/2024 |
| | 43,830 (1) | — | 32.41 | 9/19/2024 |
| | 13,888 (2) | 6,112 (2) | 66.28 | 4/9/2025 |
| | 5,833 (3) | 64,167 (3) | 112.00 | 4/25/2027 |

(1) These option awards issued under the 2014 Amendment vested in equal monthly installments over a 24 month period from October 19, 2015 through September 19, 2017.

(2) These performance-based option awards issued under the 2014 Amendment vest and become exercisable in equal monthly installments on the last day of each month over the 36 months following the November 18, 2015 close of the Endicia acquisition. The grants will fully vest on November 18, 2018.

(3) These option awards issued under the 2010 Equity Incentive Plan, as amended, vest in 36 approximately equal monthly installments beginning with October 1, 2017.

(4) These option awards issued under the 2010 Equity Incentive Plan, as amended, vested in 36 approximately equal monthly installments beginning on March 2, 2015.

(5) These option awards issued under the 2010 Equity Incentive Plan, as amended, vested in 36 approximately equal monthly installments beginning on April 2, 2015.

(6) These option awards issued under the 2010 Equity Incentive Plan, as amended, vest in 36 approximately equal monthly installments beginning with September 1, 2017.

(7) These option awards issued under the 2010 Equity Incentive Plan, as amended, vested in equal monthly installments over a 12 month period from October 19, 2014 through September 19, 2015.

36

**OTHER MATTERS**

**Other Matters to be Presented for Voting at the Annual Meeting**

We know of no other matters that will be presented for consideration for voting at the Annual Meeting. If any other matters properly come before the Annual Meeting, it is the intention of the persons named in the enclosed form of proxy to vote the shares they represent as our Board may recommend. Subject to SEC rules, discretionary authority with respect to other matters is granted by the execution of the enclosed proxy, unless you specifically withhold that power.

**Annual Report**

A copy of our annual report for 2017 has been mailed concurrently with this proxy statement to all stockholders entitled to notice of and to vote at the Annual Meeting. The annual report is not incorporated into this proxy statement and is not considered proxy solicitation material. *Our annual report shall not be deemed incorporated by reference in any filing under the Securities Act of 1933 or the Securities Exchange Act of 1934, whether made before or after the date hereof and irrespective of any general incorporation language in any such filing (except to the extent that we specifically incorporate this information by reference) and shall not otherwise be deemed "soliciting material" or "filed" with the Securities and Exchange Commission.*

**Form 10-K**

We filed an annual report on Form 10-K for 2017 with the SEC on February 28, 2018. You may obtain a copy of that report, without charge, by writing to Investor Relations at Stamps.com Inc., 1990 E. Grand Avenue, El Segundo, CA 90245, or you can access copies of all our Securities and Exchange Commission filings on our website at http://investor.stamps.com/edgar.cfm.

By Order of the Board of Directors:

/s/ Ken McBride

Ken McBride, Chief Executive Officer

May 3, 2018

43

Ex. 5, at 6