# Exhibit 9

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| HUEBNER KYLE | STAMPS.COM INC [ STMP ] | Director | 10% Owner |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| 1990 E. GRAND AVE. | 03/05/2018 | President | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| EL SEGUNDO   CA   90245 | | X Form filed by One Reporting Person | |
| (City)   (State)   (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/05/2018 | | M | | 8,333 | A | $66.28 | 9,375 | D | |
| Common Stock | 03/05/2018 | | M | | 29,268 | A | $32.41 | 38,643 | D | |
| Common Stock | 03/05/2018 | | S[1] | | 3,386 | D | $193.3737[2] | 35,257 | D | |
| Common Stock | 03/05/2018 | | S[1] | | 18,359 | D | $194.2758[3] | 16,898 | D | |
| Common Stock | 03/05/2018 | | S[1] | | 5,567 | D | $195.3189[4] | 11,331 | D | |
| Common Stock | 03/05/2018 | | S[1] | | 7,469 | D | $196.2418[5] | 3,862 | D | |
| Common Stock | 03/05/2018 | | S[1] | | 1,820 | D | $197.3753[6] | 2,042 | D | |
| Common Stock | 03/05/2018 | | S[1] | | 1,000 | D | $198.425[7] | 1,042 | D | |
| Common Stock | 03/07/2018 | | M | | 5,661 | A | $112 | 6,703 | D | |
| Common Stock | 03/07/2018 | | S[1] | | 5,661 | D | $200.1236[8] | 1,042 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Common Stock) | $66.28 | 03/05/2018 | | M | | | 8,333 | 11/18/2015 | 04/09/2025 | Common Stock | 8,333 | $66.28 | 123,019 | D | |
| Stock Option (Common Stock) | $32.41 | 03/05/2018 | | M | | | 29,268 | 10/19/2015 | 09/19/2024 | Common Stock | 29,268 | $32.41 | 93,751 | D | |
| Stock Option (Common Stock) | $112 | 03/07/2018 | | M | | | 5,661 | 09/01/2017 | 04/25/2027 | Common Stock | 5,661 | $112 | 88,090 | D | |

**Explanation of Responses:**

1. This Sale was executed pursuant to a prearranged trading plan compliant with Rule 10b5-1.

2. This sales price reflects a weighted average of multiple prices ranging from $192.80 to $193.75. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

3. This sales price reflects a weighted average of multiple prices ranging from $193.80 to $194.75. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

Ex. 9, at 1

4. This sales price reflects a weighted average of multiple prices ranging from $194.80 to $195.75. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

5. This sales price reflects a weighted average of multiple prices ranging from $195.80 to $196.75. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

6. This sales price reflects a weighted average of multiple prices ranging from $196.90 to $197.75. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

7. This sales price reflects a weighted average of multiple prices ranging from $197.95 to $198.80. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

8. This sales price reflects a weighted average of multiple prices ranging from $200.00 to $200.80. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

**Remarks:**

| /s/ Matthew A. Lipson, Attorney-in-Fact | 03/07/2018 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 9, at 2

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* HUEBNER KYLE | 2. Issuer Name **and** Ticker or Trading Symbol STAMPS.COM INC [ STMP ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

(Last)　(First)　(Middle)
1990 E. GRAND AVE.

(Street)
EL SEGUNDO　CA　90245

(City)　(State)　(Zip)

| 3. Date of Earliest Transaction (Month/Day/Year) 03/08/2018 |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

President

6. Individual or Joint/Group Filing (Check Applicable Line)
X　Form filed by One Reporting Person
　Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/08/2018 | | M | | 4,808 | A | $112 | 5,850 | D | |
| Common Stock | 03/08/2018 | | S[1] | | 2,408 | D | $200.1431[2] | 3,442 | D | |
| Common Stock | 03/08/2018 | | S[1] | | 2,200 | D | $201.5864[3] | 1,242 | D | |
| Common Stock | 03/08/2018 | | S[1] | | 200 | D | $202.45[4] | 1,042 | D | |
| Common Stock | 03/09/2018 | | M | | 4,113 | A | $112 | 5,155 | D | |
| Common Stock | 03/09/2018 | | S[1] | | 700 | D | $200.3321[2] | 4,455 | D | |
| Common Stock | 03/09/2018 | | S[1] | | 200 | D | $202.8[5] | 4,255 | D | |
| Common Stock | 03/09/2018 | | S[1] | | 1,313 | D | $203.3533[6] | 2,942 | D | |
| Common Stock | 03/09/2018 | | S[1] | | 800 | D | $204.4688[7] | 2,142 | D | |
| Common Stock | 03/09/2018 | | S[1] | | 1,100 | D | $205.7727[8] | 1,042 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Common Stock) | $112 | 03/08/2018 | | M | | | 4,808 | 09/01/2017 | 04/25/2027 | Common Stock | 4,808 | $0 | 83,282 | D | |
| Stock Option (Common Stock) | $112 | 03/09/2018 | | M | | | 4,113 | 09/01/2017 | 04/25/2027 | Common Stock | 4,113 | $0 | 79,169 | D | |

**Explanation of Responses:**

1. This Sale was executed pursuant to a prearranged trading plan compliant with Rule 10b5-1.

2. This sales price reflects a weighted average of multiple prices ranging from $200.00 to $200.85. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

3. This sales price reflects a weighted average of multiple prices ranging from $201.00 to $201.95. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

4. This sales price reflects a weighted average of multiple prices ranging from $202.35 to $202.55. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

Ex. 9, at 3

SEC FORM 4

5. This sales price reflects a weighted average of multiple prices ranging from $202.75 to $202.85. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

6. This sales price reflects a weighted average of multiple prices ranging from $203.00 to $203.90. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

7. This sales price reflects a weighted average of multiple prices ranging from $204.00 to $204.90. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

8. This sales price reflects a weighted average of multiple prices ranging from $205.25 to $206.20. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

**Remarks:**

/s/ Matthew A. Lipson, Attorney-in-Fact     03/09/2018

\*\* Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 9, at 4