# Exhibit 10

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Carberry Jeffrey | STAMPS.COM INC [ STMP ] | Director    10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X   Officer (give title below)    Other (specify below) |
| 1990 E. GRAND AVE. | 10/23/2017 | Chief Financial Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| EL SEGUNDO   CA   90245 | | X   Form filed by One Reporting Person |
| (City) (State) (Zip) | |    Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/23/2017 | | M | | 4,583 | A | $12.3 | 14,016 | D | |
| Common Stock | 10/23/2017 | | M | | 2,763 | A | $12.3 | 16,779 | D | |
| Common Stock | 10/23/2017 | | S[1] | | 7,346 | D | $225 | 9,433 | D | |
| Common Stock | 10/24/2017 | | M | | 15,570 | A | $32.41 | 25,003 | D | |
| Common Stock | 10/24/2017 | | M | | 36,667 | A | $32.41 | 61,670 | D | |
| Common Stock | 10/24/2017 | | S[1] | | 52,237 | D | $225.017[2] | 9,433 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Common Stock) | $12.3 | 10/23/2017 | | M | | | 4,583 | 05/24/2012 | 05/24/2021 | Common Stock | 4,583 | $0.00 | 135,000 | D | |
| Stock Option(Common Stock) | $32.41 | 10/23/2017 | | M | | | 2,763 | 10/19/2014 | 09/19/2024 | Common Stock | 2,763 | $0.00 | 132,237 | D | |
| Stock Option (Common Stock) | $32.41 | 10/24/2017 | | M | | | 15,570 | 10/19/2014 | 09/19/2024 | Common Stock | 15,570 | $0.00 | 116,667 | D | |
| Stock Option(Common Stock) | $32.41 | 10/24/2017 | | M | | | 36,667 | 10/19/2015 | 09/19/2024 | Common Stock | 36,667 | $0.00 | 80,000 | D | |

**Explanation of Responses:**

1. This sale was executed pursuant to a prearranged trading plan compliant with Rule 10b5-1.

2. This sale price reflects a weighted average of multiple prices ranging from $225.00 to $225.55. Full information regarding the number of shares sold at each price will be provided to the Securities and Exchange Commission staff, the issuer or any security holder, upon request.

**Remarks:**

| /s/ David M. Zlotchew, by power of attorney for Jeffrey Carberry | 10/25/2017 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Ex. 10, at 1

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Ex. 10, at 2