# Exhibit 14

| | | |
|---|---|---|
| Company Name: Stamps.com | Market Cap: 4,411.96 | Bloomberg Estimates - EPS |
| Company Ticker: STMP US | Current PX: 246.15 | Current Quarter: 2.328 |
| Date: 2017-08-02 | YTD Change($): +58.15 | Current Year: 9.818 |
| Event Description: Q2 2017 Earnings Call | YTD Change(%): +30.931 | Bloomberg Estimates - Sales |
| | | Current Quarter: 133.250 |
| | | Current Year: 547.750 |

*final*

# Q2 2017 Earnings Call

## Company Participants

- Suzanne Park
- Kenneth Thomas McBride
- Jeff Carberry
- Kyle Huebner

## Other Participants

- George Frederick Sutton
- Kevin Liu
- Allen Klee
- Tim Klasell
- Darren Aftahi

## MANAGEMENT DISCUSSION SECTION

### Operator

Good day, ladies and gentlemen, and welcome to the Stamps.com Incorporated Second Quarter 2017 Financial Results Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session, and instructions will follow at that time. [Operator Instructions]

I would now like to introduce your host for today's conference, Suzanne Park, Senior Director of Finance. Ma'am, you may begin.

### Suzanne Park

Thank you. On the call today is Ken McBride, CEO; Kyle Huebner, President; and Jeff Carberry, CFO. The agenda for today's call is as follows. We'll review the results of our second quarter 2017. We'll provide an update on elements of our business model and partnerships. We'll discuss our financial results and talk about our business outlook. We'll discuss our recently announced organizational changes. And finally, we'll provide an update on our long-term business model.

But first, the Safe Harbor statement. Safe Harbor statement under the Private Securities Litigation Reform Act of 1995. This release includes forward-looking statements about our anticipated financial metrics and results, all of which involve risks and uncertainties. Important factors, including the Company's ability to successfully integrate and realize the benefits of its past or future strategic acquisitions or investments, including the Company's ability to complete and ship its products, maintain desirable economics for its products, the timing of when the Company will utilize its deferred tax assets and obtain or maintain regulatory approval which could cause actual results to differ materially from those in the forward-looking statements, are detailed in filings with the Securities and Exchange Commission made from time to time by Stamps.com, including its Annual Report on Form 10-K for the fiscal year ended December 31, 2016, Quarterly Reports on Form 10-Q and Current Reports on Form 8-K. Stamps.com undertakes no obligation to release publicly any revisions to any forward-looking statements to reflect events or circumstances after the date hereof or to reflect the occurrence of unanticipated events.

Ex. 14, at 1

Company Name: Stamps.com                    Market Cap: 4,411.96         Bloomberg Estimates - EPS
Company Ticker: STMP US                       Current PX: 246.15           Current Quarter: 2.328
Date: 2017-08-02                                     YTD Change($): +58.15        Current Year: 9.818
Event Description: Q2 2017 Earnings Call     YTD Change(%): +30.931      Bloomberg Estimates - Sales
                                                                                            Current Quarter: 133.250
                                                                                            Current Year: 547.750

The financial results we will discuss today on the call include non-GAAP financial measures. In the second quarter of 2017, GAAP net income was $31 million and GAAP net income per fully diluted share was $1.71. Our non-GAAP financial measures exclude the following second quarter items: $11 million of non-cash stock-based compensation expense, $4.1 million of non-cash amortization expense of acquired intangibles and debt issuance costs, and $8.3 million of non-GAAP income tax expense.

Please see our second quarter 2017 earnings release and metrics posted on our investor website for reconciliations of our non-GAAP financial measures to the corresponding GAAP measures.

Now, let me hand the call over to Ken.

## Kenneth Thomas McBride

Thanks, Suzanne. Thank you for joining us today.

Today, we announced very strong second quarter financial results that included total revenue, which was $116.1 million, that was up 38% year-over-year; non-GAAP adjusted EBITDA which was $58.1 million, that was up 52% year-over-year; non-GAAP earnings per share of $2.08, which was up 62% year-over-year.

With that, let's turn to a more detailed discussion of our Mailing and Shipping business. As a reminder, Mailing and Shipping numbers we discuss include service fees and partner rev shares, product sales in our online store, and the package insurance we offer to customers.

The Mailing and Shipping revenue was $111.8 million in the second quarter, that was up 37% year-over-year. Growth in that business was driven by both growth in paid customers and growth in the average revenue per unit or ARPU. We would note that our year-over-year growth in Q2 accelerated versus the 30% revenue growth we saw in Q1.

Total paid customer metric was $738,000, and that was up 14% versus the second quarter of 2016. Paid customer growth was the result of strong customer acquisition this quarter, as well as lower churn. We've seen a nice acceleration in the year-over-year growth in our paid customers, with Q4 last year up 8%, Q1 of this year up 11% and now Q2 of this year up 14%.

Average monthly churn rate during the second quarter was 2.8%. That was down compared to the 3.2% in the second quarter of 2016. Reduction in churn was primarily a result of our continued focus on acquiring shipping customers. We tend to have lower churn versus our traditional small business office users.

The average monthly revenue per paid customer or ARPU was $50.51 in the second quarter and that was up 20% versus the second quarter of 2016. Growth in ARPU benefited from continued growth in our shipping business because those customers pay higher subscription fees, and we collect additional partnership rev shares in that area.

Total postage printed through all of our solutions was $1.5 billion in the second quarter. That was up 14% versus the second quarter of 2016. We would note that the total postage growth includes the slower growth traditional mailing postage as well as the higher growth shipping postage. Our management team and all of our employees are proud of the continued success, business and financial success, we generated for our shareholders.

With that, let me now update everyone on some initiatives we're continuing to work on for 2017. First, we're continuing to leverage our product portfolio of Mailing and Shipping solutions to drive continued strong growth. The acquisitions we've made, coupled with our traditional solutions, we now have a full and diverse suite of solutions of five brands: ShipStation, ShipWorks, ShippingEasy, Endicia and Stamps.com. While we believe we already successful meet the majority of needs of our target customers, we plan to continue innovating and adding more and more features and capabilities to further differentiate our products and services from those of our competitors.

We also plan to continue to build out support for other related areas, such as inventory management, customer relationship management, as those complement the shipping process for many customers.

Ex. 14, at 2

Company Name: Stamps.com
Company Ticker: STMP US
Date: 2017-08-02
Event Description: Q2 2017 Earnings Call

Market Cap: 4,411.96
Current PX: 246.15
YTD Change($): +58.15
YTD Change(%): +30.931

Bloomberg Estimates - EPS
Current Quarter: 2.328
Current Year: 9.818
Bloomberg Estimates - Sales
Current Quarter: 133.250
Current Year: 547.750

A second initiative for 2017, we plan to continue to invest heavily in sales and marketing with a focus on acquiring shipping customers, particular e-commerce shippers. We continue to see strong return on investment, and we plan to continue to increase our total sales and marketing expense in 2017 versus 2016. We plan to continue increasing our investment in our direct sales team, direct mail, traditional media, radio, television, and search engine marketing. We also intend to continue to direct an increasing amount of our customer acquisition budget into the e-commerce segment.

Finally, we plan to continue capitalizing on synergy opportunities with our acquired companies. Across all of the products and services, we're realizing synergies in sales and marketing, operations, customer service, product development, from all of our acquisitions over the past three years.

In the marketing areas, Stamps.com and our acquired companies have historically targeted many of the same customers. We plan to continue utilizing our marketing expertise to accelerate the growth in all of our brands. We've also leveraged technology expertise across the Company, including web-based and client-based expertise, operating systems capabilities, various methodologies and paradigms for product development, and other things.

And we've also been able to eliminate duplicate operations in several areas across our various acquired companies. For example, we've been able to streamline several areas of our backend data center, we've been able to combine several areas of operations, and we have unified our customer support operations. As a last point on synergy, we brought significant financial resources to our acquired brands, have used those resources to expand their marketing and product development activities.

Over the past five years, the Postal Service has experienced strong growth in its package business. And over the past several years, it has outpaced the growth of its competitors. For example, in 2016, Postal Service domestic package revenue was up 16%, while the growth of its largest two competitors was up only 10% and 4%, respectively, in that same period.

USPS' growth in shipping has been fueled by its success in e-commerce, where it has become the leader in shipping in that key battleground area. In order to gain insight into their strategy, our marketing team recently discussed various USPS initiatives in e-commerce with Mr. Jim Cochrane, the USPS Chief Customer and Marketing Officer and Executive Vice President. In a conference call for our customers and partners which was posted to our blog at blog.stamps.com today. Mr. Cochrane discussed several topics during the call, including products, product innovation, negotiated service agreements, pricing, tracking, returns, resellers, partners, and its strategy for future growth.

Several things of note were stated by Mr. Cochrane during the call, including the USPS' use of negotiated service agreements, or NSAs, are a key component to the Postal Service's success that gives a nice ability to craft a solution that can save a shipper money by customizing a solution for that shipper. NSAs help them go after new business, and NSAs help them on existing business, because it's very competitive.

The USPS had a focus on large customers, but didn't have a focus on small- and medium-sized businesses, and they weren't resourcing it. So they thought resellers were an excellent opportunity to bring the USPS brand and shipping solutions downmarket to smaller volume shippers.

Customers are a big player in e-commerce. Everyone knows they are there. But when customers are only shipping 5 to 10 packages a day, how do you find those customers? And that's where resellers have been a very effective addition to the Postal Service portfolio.

USPS last year did $7 billion in the channel that is coming out of the world of PC Postage and resellers. So together, those solutions have really crafted a nice segment solution for the USPS in the small- and medium-sized business.

Resellers are important, both for keeping existing business and for growing new business. You have people that are shipping through the reseller channel. It works for the USPS. And if they aren't shipping with the USPS, going after some of that business also works for the USPS. The USPS have to continue to serve customers and to find new customers.

The reseller business is growing to the tune that the USPS reseller program is, and is providing solutions downmarket where the USPS doesn't have the sales team to interact. The USPS doesn't see any reason why the program wouldn't

Ex. 14, at 3

Company Name: Stamps.com | Market Cap: 4,411.96 | Bloomberg Estimates - EPS
Company Ticker: STMP US | Current PX: 246.15 | Current Quarter: 2.328
Date: 2017-08-02 | YTD Change($): +58.15 | Current Year: 9.818
Event Description: Q2 2017 Earnings Call | YTD Change(%): +30.931 | Bloomberg Estimates - Sales
| | Current Quarter: 133.250
| | Current Year: 547.750

continue to serve both customers and the needs of the Postal Service going forward.

Finally, the USPS looked at resellers and PC Postage providers like Stamps.com and Endicia as excellent partners on bringing the best solutions to customers. We continue to enjoy a great partnership with the Postal Service and feel that we have created a sustainable win-win model for both of us, which will result in a continued growth of USPS packages in e-commerce and online postage more generally.

With that, let me hand the call over to Jeff for a detailed discussion of our financial results.

## Jeff Carberry

Thanks, Ken.

We'll now review our second quarter 2017 financial results. The discussion of our financial results today include non-GAAP financial measures. As Suzanne described, a reconciliation of non-GAAP financial measures to our corresponding GAAP measures can be found in our earnings release and in our 2017 metrics on our Investor website.

Total revenue was $116.1 million in Q2, and that was up 38% year-over-year versus Q2 of 2016. The strong growth in Q2 revenue was partially attributable to the renewal, with improved economics, of two of our agreements with the Postal Service.

Mailing and Shipping revenue was $111.8 million, and that was up 37% year-over-year versus Q2 of 2016. The revenue growth was driven by increases in paid customers and ARPU, as Ken described earlier. Mailing and Shipping gross margin was 86.5% in Q2, versus 86.1% in Q2 of 2016.

The increase in gross margins was attributable to service revenue, which has a higher gross margin and accounted for a higher percentage of revenue. We experienced year-over-year increases in our Q2 cost of sales and marketing, R&D and G&A, primarily related to our acquisitions and our continued investments to support the strong growth in our Mailing and Shipping business. However, these costs as a percent of revenue are all approximately flat to slightly down as we scaled our business.

Non-GAAP operating income was $56.7 million in Q2, and that was up 53% year-over-year versus Q2 of 2016. Adjusted EBITDA was $58.1 million in Q2, and that was up 52% year-over-year versus Q2 of 2016. Non-GAAP adjusted income per fully diluted share was $2.08 in Q2, and that was up 62% year-over-year versus Q2 of 2016 non-GAAP adjusted income per fully diluted share of $1.29.

Q2 2016 was recast using our 2016 effective tax rate of 35.7% to conform to our current methodology and for year-over-year comparability. Fully diluted shares using the EPS calculation was $18.1 million for Q2 2017. We entered Q2 with $110 million in cash and investments, which was down $8 million from $118 million at the end of Q1 of 2017. The decrease in cash and investments was primarily driven by changes in net working capital and share repurchases during the quarter, which was partially offset by strong operating free cash flows and option exercises.

The working capital changes were primarily driven by increases in accounts receivable, which was simply a timing difference and had since reversed. And decreases in accounts payable primarily related to the payment of accrued compensation expense and taxes. During Q2, we made a required principal repayment of $1.5 million, resulting in total debt under the credit agreement, excluding debt issuance costs, of $136 million.

During Q2, the Company repurchased approximately 374,000 shares at a total cost of approximately $44 million. Entering the first half of 2017, the Company repurchased approximately 730,000 shares at a total cost of approximately $88 million. The current Board-approved share repurchase program, which expires in November of this year, had a remaining authorization of approximately $68.5 million as of June 30 of this year.

Now, turning to guidance. We expect fiscal 2017 revenue to be in a range between $435 million to $460 million, and this compares to our previous guidance of $405 million to $430 million. We expect 2017 revenue to continue to be driven by continued focus on growing our e-commerce-driven shipping business.

Ex. 14, at 4

Company Name: Stamps.com
Company Ticker: STMP US
Date: 2017-08-02
Event Description: Q2 2017 Earnings Call

Market Cap: 4,411.96
Current PX: 246.15
YTD Change($): +58.15
YTD Change(%): +30.931

Bloomberg Estimates - EPS
Current Quarter: 2.328
Current Year: 9.818
Bloomberg Estimates - Sales
Current Quarter: 133.250
Current Year: 547.750

As a reminder, though, we have no anniversaried our ShippingEasy acquisition so we'd expect that to be reflected on our Q3 and Q4 year-over-year revenue growth rates.

We expect sales and marketing, R&D and G&A to increase in 2017, generally in line with revenue growth as we continue to invest in the business. Given the importance of investing in R&D and sales and marketing to grow the business, we could see increases in any given quarter higher than revenue growth rates.

In particular, we have to invest in the first three quarters of the year, ahead of a seasonally strong fourth quarter where we realize most of the benefits of those investments. We expect fiscal 2017 adjusted EBITDA to be in a range between $220 million and $240 million, and this compares to our previous guidance of $205 million to $225 million.

We expect non-GAAP tax expense to be approximately 32.5% of non-GAAP pre-tax income for 2017. Our full year 2017 effective tax rate could differ from our current estimates based on the level of option exercises and the filing of our 2016 tax returns. We expect fully diluted shares to be between 18 million and 19 million in 2017. We expect fiscal 2017 non-GAAP adjusted income per fully diluted share to be in a range between $7.50 and $8.50, and this compares to our previous guidance of $7 to $8. This compares to our 2016 non-GAAP adjusted income per diluted share of $5.88, which was recast to conform to the current tax methodology, as we discussed earlier.

With our increased focus on shipping, we expect our revenue and financial results to exhibit seasonality reflective of customer shipping usage during the year. In particular, we expect the fourth quarter to be [indiscernible] (17:33) higher than the other three quarters due to the seasonally strong Q4 holiday shipping period. And we will expect the third quarter to be lower than the second quarter as a third quarter typically is our seasonally slowest quarter. We expect capital expenditures to be approximately $5 million to $8 million in 2017.

With that, let me hand the call back over to Ken for a discussion of our recent organizational changes.

## Kenneth Thomas McBride

Thanks, Jeff.

Today, we announced some notable promotions, so I wanted to provide some additional color on those individuals and their roles. Kyle Huebner was promoted from Co-President and CFO to President. Kyle has been with the Company for 18 years and is an integral member of the senior management team, invaluable wealth of industry knowledge and experience. In his new role, Kyle will focus on key synergic initiatives that will help drive continued growth and innovation at the Company.

Jeff Carberry was promoted from VP of Finance to Chief Financial Officer. Jeff has been with the Company for nine years, has been a key member of the finance team and an integral part of our successful growth as a Company. In addition to Jeff's considerable experience with the Company, he leverages successful careers in investment banking and public accounting prior to joining the Company.

And JR Veingkeo was promoted from VP of Accounting to Chief Accounting Officer. JR has been with the Company for 14 years, leads our accounting team. JR's skills and leaderships in our accounting department had been integral components to our success as a Company.

Very proud of the accomplishments of each of these people and confident that the Company is very well-positioned for the future. I congratulate them on their promotions.

And with that, I'll hand the call over to Kyle for some additional remarks.

## Kyle Huebner

Thanks, Ken.

Ex. 14, at 5

Company Name: Stamps.com
Company Ticker: STMP US
Date: 2017-08-02
Event Description: Q2 2017 Earnings Call
Market Cap: 4,411.96
Current PX: 246.15
YTD Change($): +58.15
YTD Change(%): +30.931
Bloomberg Estimates - EPS
Current Quarter: 2.328
Current Year: 9.818
Bloomberg Estimates - Sales
Current Quarter: 133.250
Current Year: 547.750

First, I'd also like to congratulate Jeff and JR, and recognize their strong contributions to the Company over an extended period of time, and I look forward to working with them in their new roles. I'm also very excited about my new role going forward in which I will focus on future growth opportunities and longer-term strategies which will help drive shareholder value.

Now, I will summarize our long-term outlook and expectations. As you know, we have achieved a significant transformation of our business over the past few years with our acquisitions and focus on shipping. The significant majority of our investment in the business and focus has been on shipping, and we expect that to continue over the next five years.

We are very well-positioned to capitalize on shipping opportunities in our business. We expect our long-term growth rates to naturally benefit from the growth in e-commerce sales, which have been growing at 15% year-over-year in 2016 and 2017. In addition, we believe there are opportunities to grow in excess of e-commerce growth rates through an increased adoption of our multi-carrier and other technology solutions.

For example, our shipping-related revenue grew in excess of 50% year-over-year in Q2, demonstrating our ability to grow much faster than the overall e-commerce market. As a result, our five-year growth rate target is 20% or greater. While we continue to execute on our non-shipping businesses, we expect that our revenue going forward will be driven more by the shipping area.

We would expect their long-term revenue growth rate to approximate our growth in the shipping part of the business as it becomes a larger and larger percent of total revenue over time. We expect our five-year adjusted EBITDA margins will be in a range similar to up modestly compared to current margins.

While there may be potential to expand our margins over the next five years, we are more focused on investing for revenue growth as opposed to expanding margins at the expense of growth. We feel our Q1 and Q2 2017 results are reflective of this strategy of strong revenue growth with consistent margins, reflecting that we are investing for revenue growth in the business.

So, in summary, we are very excited by our continued strong performance and look forward to delivering great results in the future.

With that, we will open up for questions.

# Q&A

## Operator

Thank you. [Operator Instructions] Your first question comes from the line of George Segon (sic) [Sutton] with Craig-Hallum. Your line is open.

**<Q - George Frederick Sutton>**: Well, first, I'd like to go on record saying I'm really excited about the leadership changes. So, congrats to all of you involved. I wanted to make sure I understood, on this 50% shipping growth in the quarter. Is there a way to break that down into new customer growth versus penetration of existing customers, or growth at those existing customers?

**<A - Kyle Huebner>**: That's – we don't break out the data that way. I think you really have three different factors that contribute to the growth. One is bringing on brand new customers, e-commerce customers. The second is the existing customers who may be growing at the rate of e-commerce. So, their volume in shipping may be up 15% with the growth in e-commerce.

And then the third are existing customers that are growing faster than the market, where they're expanding and they're selling on more than one platform. And that's a key growth component for e-commerce shippers, is a way for them to grow is to start selling on more and more channels with more and more products. And that's really the sweet spot of a lot of our solutions, are targeting those types of e-commerce customers that are selling in multiple places on the web.

Ex. 14, at 6

Company Name: Stamps.com
Company Ticker: STMP US
Date: 2017-08-02
Event Description: Q2 2017 Earnings Call

Market Cap: 4,411.96
Current PX: 246.15
YTD Change($): +58.15
YTD Change(%): +30.931

Bloomberg Estimates - EPS
Current Quarter: 2.328
Current Year: 9.818
Bloomberg Estimates - Sales
Current Quarter: 133.250
Current Year: 547.750

And I think that's why you see that we are able to grow a lot faster than the overall e-commerce market, because a lot of them are existing customers that are really growing strongly by expanding where they sell and what products they sell.

**<Q - George Frederick Sutton>**: Got you. One thing that was mentioned on the blog post that you had from Cochrane was the $7 billion number. And he talked about other partners. But if I look at the volume you're doing, it's a vast majority of that. Am I looking at the right numbers, from your perspective?

**<A - Kenneth Thomas McBride>**: Yeah. I mean, I think Jim Cochrane was really talking about the entire PC Postage channel, including all of their solutions, our solutions, and then the volume that goes through the reseller program. So, I think it's including all solutions up on the Internet that don't go through Stamps.com or our companies, things like Amazon solutions or eBay solution, click and ship online at USPS.com, and then the additional revenue that goes to their reseller program.

**<Q - George Frederick Sutton>**: Got you. Okay. Thank you. And then lastly, I know CRM and inventory management and your new ShipStation API are all new efforts for you. Can you just give us a sense of what you've learned thus far with those products, and how big those addressable markets might be? Thanks.

**<A - Kenneth Thomas McBride>**: Sure. I mean, we're very excited about both of those solutions. I think they're both very new, so it's hard to comment a lot about the potential impact to our business. I mean, I think inventory management is a real natural for our product. As our customers are selling across multiple channels, it's a real pain point for them. If they're managing SKUs across multiple locations, they may be holding inventory in their own office. So, they may have their own fulfillment house, they may be using Fulfillment by Amazon.

So, being able to manage real time across all those different inventory levels and being able to provide real-time updates to sales channels is key. And so that, we think, is a really natural extension of a shipping solution.

And then the customer relationship management, something we launched a little bit more recently. It's really a solution that allows them to kind of move from managing orders and aggregate those together, and really provides more of a customer-level view.

And so, as you build that, you have the ability to kind of go across your customer base, look at segmentation, potentially send out e-mail marketing, great templates, use creative, and be able to look at different segments and sending different templates automatically to customers. And then just running campaign management, so being able to monitor the delivery opens of emails and be able to compare different campaigns over time and things like that.

So, in both of those solutions, we're planning to charge additional fees. Our customer relationship management in the ballpark of – depending on volumes and size of customer, anywhere from, call it, $10 to $75 a month. So, we really view that as a nice incremental add that leverages the existing customer acquisition spend that we've already made with those customers. So, really just a chance to up-sell those customers into two additional new solutions, which make total sense for our product extension and those shipping capabilities.

**<Q - George Frederick Sutton>**: I mentioned the API offering for ShipStation as well. That addresses really a small market that you've had some small competitors coming into. I'm just curious, your thoughts on that opportunity.

**<A - Kenneth Thomas McBride>**: You're mentioning ShipEngine?

**<Q - George Frederick Sutton>**: Yes.

**<A - Kenneth Thomas McBride>**: Okay. Yeah, that's a solution that we just recently launched with ShipStation. And like you mentioned, it's really taking the capabilities of ShipStation and providing those as a solution out there to really targeting third-party tools. So, as you know, ShipStation, the breadth of carrier ShipStation supports over 40 carriers is unmatched in the industry. We have seen some new entrants in the market come in with these types of multi-carrier APIs and offer them out to the market as well. So, this is our solutions, really taking the best product in the market and packaging that up into an API that allows other third parties to be able to potentially utilize that solution in a more turnkey fashion and then allows us to monetize – create additional monetization opportunities through integrations with those third-party solutions.

Ex. 14, at 7

Company Name: Stamps.com                Market Cap: 4,411.96              Bloomberg Estimates - EPS
Company Ticker: STMP US                  Current PX: 246.15                 Current Quarter: 2.328
Date: 2017-08-02                         YTD Change($): +58.15              Current Year: 9.818
Event Description: Q2 2017 Earnings Call  YTD Change(%): +30.931           Bloomberg Estimates - Sales
                                                                           Current Quarter: 133.250
                                                                           Current Year: 547.750

**<Q - George Frederick Sutton>**: Got you. Great job, guys. Thank you.

**<A - Kenneth Thomas McBride>**: Thanks.

**<A - Kyle Huebner>**: Thanks, George.

## Operator

Thank you. And our next question comes from Kevin Liu with B. Riley & Company. Your line is open.

**<Q - Kevin Liu>**: Hi. Good afternoon. First question I had was, I think you've mentioned two USPS contract renewals in the quarter. Can you just talk a little bit about what those renewals were related to and if they had any sort of one-time benefits that we should consider in our modeling going forward?

**<A - Kenneth Thomas McBride>**: Yeah. I mean, we can't really disclose. I think we were just really trying to give an indication that, like we've mentioned, the partnership with the Postal Services continuing to be stronger and stronger, and some of the – we have multiple contracts and various partnerships with the Postal Service. And so, in this case, we were able to get a couple of our contracts renewed at improved terms. So, we're just trying to give people an insight into the relationship with the Postal Service, continues to get healthier and healthier.

**<A - Kyle Huebner>**: Yeah. I would just say, I mean, we've been saying over the last year that it's a win-win partnership. And so, the more successful we both are in helping USPS compete, then I think that benefits both of us and say, this is really meant to highlight the win-win nature of the partnership and how both sides are succeeding.

**<Q - Kevin Liu>**: Understood. And you've talked in the past about how your business is going to see a little bit more seasonality as you've transitioned more to high volume shipping. So far, you've been able to buck that trend certainly, with kind of the big Q2 results here. I'm just kind of curious where you're seeing that strength come from the offset, what we would normally expect to be softer performance on a sequential basis?

**<A - Jeff Carberry>**: Yeah, Kevin, I think that what we're seeing is performance above what we might otherwise expect in shipping. Seasonality certainly is there, there's no doubt about that. We certainly see that in the data. I think with regard to Q2 specifically, as we mentioned in the call and, as Ken just discussed, the two new contracts with economics or renewal of the contracts, that certainly was a contributor to the results as well as in Q2 kind of an [indiscernible] (31:15) performance in Customized Postage that we wouldn't necessarily expect. So, seasonality certainly does exist. We certainly see it in the data. We've seen some performance that that performed a little better than we expected, of course. But going forward, I won't necessarily extrapolate that. But I would certainly extrapolate seasonal trends that we know are fairly persistent.

**<Q - Kevin Liu>**: Understood. And just lastly for me, UPS had recently announced some holiday surcharges during their peak weeks for Q4. Can you just talk a little bit about whether you expect that to drive increased postage volumes through the USPS and whether you factored anything of that nature into your guidance?

**<A - Kenneth Thomas McBride>**: Yeah. I think, in general, pricing is a factor in the market between the carriers and [indiscernible] (32:04) and UPS has added new solutions and announced new pricing in the last – during this year. And so, they talked about Saturday delivery and they've also now recently talked more about the surcharge that they're going to be offering – or they're going to be charging in November or December for the peak time. And really, USPS takes a much more simple approach to pricing. It's very straightforward. There's no hidden fees. There's no surcharges, fuel surcharges or residential delivery surcharges, whereas we've really seen UPS and FedEx take this more of an additional fee or adding from their base price additional fees to try to optimize their business model. So, we do – in general with USPS, when UPS adds new surcharges, it does tend to benefit USPS.

**<A - Kyle Huebner>**: The other thing I would add is I think it's a little bit reflective of the advantage the USPS has with their last mile infrastructure that they already have to support. So, they're going to every house every day during the holiday season where some of the private carriers, I think, have to create and build infrastructure for the shorter

Ex. 14, at 8

Company Name: Stamps.com
Company Ticker: STMP US
Date: 2017-08-02
Event Description: Q2 2017 Earnings Call

Market Cap: 4,411.96
Current PX: 246.15
YTD Change($): +58.15
YTD Change(%): +30.931

Bloomberg Estimates - EPS
Current Quarter: 2.328
Current Year: 9.818
Bloomberg Estimates - Sales
Current Quarter: 133.250
Current Year: 547.750

term spike. And so, that, I think, highlights one of the advantages of the USPS, is delivery infrastructure. But we didn't really incorporate that in our thinking because it's really – we won't really know the impact until you get through the holiday season.

**<Q - Kevin Liu>**: Okay. Thanks for taking the questions, and congrats on another strong quarter.

**<A - Kyle Huebner>**: Thanks, Kevin.


## Operator

Thank you. And your next question comes from Allen Klee with Sidoti. Your line is open.

**<A - Kyle Huebner>**: Hey, Allen.

**<Q - Allen Klee>**: Yes. Good afternoon. Hi. How are you? Could you give us some better understanding and color of what's going on with Amazon in terms of – with their change in their policy? How much you're impacted by that? Yeah, just kind of talking about that?. Thanks.

**<A - Jeff Carberry>**: I mean, I think from a – I'll take it from a budget angle and a forecast angle. Certainly, Amazon has elected to bring in the balance of the transactional based business in the marketplace in-house. I think a lot of people certainly understand that that is a smaller part of the business, but that certainly does present a headwind for us in the Q3. But it's certainly a smaller part of the business. So, if you're talking about the Amazon, that's one aspect of it. Amazon has made some other announcement as well recently, which – I can't speak to from a strategy perspective.

**<A - Kenneth Thomas McBride>**: Yeah. I mean, I think the specific policy change you were referring to, I guess, wasn't clear. I mean, I think that – Jeff was talking about the announcement that was made at Amazon's, removing stamps, shipping options from it by shipping services. So, that was – really that was continuation of the strategy they began to make in 2012, when they decided to build their own solution based off [ph] UPS (35:27). And so, we didn't really see material financial impact from that. You can see we raised our guidance today. And really, when you look at Amazon, our customers utilize Amazon as a selling channel, but they typically utilize many other selling channels as well. So, the key is that we'll still support Amazon as a selling channel for our users, and that's really the key feature that matters to the target users we're going after.

**<Q - Allen Klee>**: Okay. Thank you. And then somewhat similar, but I guess a little different, but Pitney Bowes had a pretty low promotion for their multi-carrier solution during the quarter. And any comments on impact from that?

**<A - Kenneth Thomas McBride>**: Yeah. I think we saw an announcement from Pitney in early May that they were going to offer their SendPro product at $5 a month. And they were really making – calling us out as their target. And so, we did Pitney marketing that product aggressively. However, I think you can see from our numbers, we really didn't see an impact in customer acquisition or the churn. Q2, our customer acquisition was very strong. Paid customers grew 14%, which was actually higher percentage growth rate than we saw in Q1 before they made that announcement.

And the churn rate – so, the extent the customers were potentially [indiscernible] (37:08) while the churn rate was actually down year-over-year as well. So, we don't ever – we always take competition very seriously, especially with an organization the size of Pitney Bowes. But I can't say that we really saw a big impact from that product this quarter.

**<Q - Allen Klee>**: Thank you.


## Operator

Thank you. And your next question comes from Tim Klasell with Northland Securities. Your line is open.

**<Q - Tim Klasell>**: Hey, guys. Congratulations on the quarter and on all the positive management moves. So, congrats on that. My first question has to do with penetration of the market. You guided towards a target of 20%, a better

Ex. 14, at 9

Company Name: Stamps.com
Company Ticker: STMP US
Date: 2017-08-02
Event Description: Q2 2017 Earnings Call

Market Cap: 4,411.96
Current PX: 246.15
YTD Change($): +58.15
YTD Change(%): +30.931

Bloomberg Estimates - EPS
Current Quarter: 2.328
Current Year: 9.818
Bloomberg Estimates - Sales
Current Quarter: 133.250
Current Year: 547.750

growth. And clearly, the market isn't growing that quickly. So, sooner or later, you guys are pretty dominant as the blog – or as the conversation went earlier. Where else do you think you're going to get that leverage? Is it with inventory management in the CRM? Do you think you're going to get additional growth there going into additional markets? Or – maybe you can walk us through how you think you can outpace the market over the next several years, leastwise just the e-commerce market? Thanks.

**<A - Kenneth Thomas McBride>**: Sure, sure. Well, I think as you mentioned, e-commerce tailwinds are really kind of the baseline for us. So, they've been growing more recently in 2016, and the first quarter 2017, at about a 15% growth rate. And so, as we look at that, we feel like we can outperform the e-commerce growth rates for several reasons.

When you really look at our product, we're really capturing the higher growth e-commerce shippers. So, we're really capturing them later in their life cycles, and they've really graduated to a level of growth and volume that's necessitating them to move to the more sophisticated type of solutions that we offer.

For example, when a seller starts on Amazon, starts on their platform, their sales and shipping is part of Amazon's growth. I mean, it's part of the e-commerce statistics. But as they grow, they add new sales channels, they typically add a shopping cart, they start selling in additional sales channels when they find that their product's being successful. So, we're really seeing – we're really capturing the fastest growing part of the e-commerce market, which really, I think, allow us to grow at a faster clip.

And as you mentioned as well, we're looking at – we've mentioned expanding into new areas, things like inventory management, customer relationship management, when we think there's natural extensions of the product going in those directions, like I mentioned earlier.

And then we're continuing to look at – as you know, we got into multi-carrier. We're really looking at potentially accessing a large parcel market. We're primarily a USPS shipper today, but as we look out there at the multi-carrier opportunity, it's a much larger market. The domestic market for the top three carriers is about $90 billion. So, I think there's lots of opportunities for us to grow in all those different areas, and we feel comfortable with our 20% projection over the next five years.

**<A - Kyle Huebner>**: Yeah. I would just add to that. We're talking about 15% versus 20%, to me that's very achievable, based on the factors I talked about, Ken talked about. And so, I think we see some of these other CRM, inventory management, other carriers. It's still earlier stage. So, if we were to be successful in those markets, those would provide upside opportunities to kind of our core target growth rate.

**<Q - Tim Klasell>**: Okay. Great. And then, one quick follow-on on all of that. Do you think you have the current distribution with your resellers and what have you to address that, or do you think – historically here, or at least [ph] as historical (41:18) the last couple of years, you've been mostly doing product company type acquisitions. Could we see something maybe more in a distribution type of a move? Maybe you can walk us through what sort of strategic moves you may be thinking about from a higher level going forward. Thanks.

**<A - Kyle Huebner>**: Are you – just to clarify, when you say distribution, are you talking about physical assets that would move packages?

**<Q - Tim Klasell>**: Sales assets, resellers, people who may not – or organizations that may not come with a specific technology or product, if you will.

**<A - Kyle Huebner>**: Yeah. I mean, we – I think we keep our options open on the acquisition front. If you looked at the four that we've gone and done very successfully, it was oriented around the solutions and the customer relationships, and creating value for the e-commerce merchants through the features and solutions. So, that would be – acquiring just fewer sales or distribution would be different than our past strategy. So, [ph] with that, (42:31) I mean, we consider all manner of stuff, to see if it makes sense. But at this point, that would be a different strategy than what we've been successful doing the last four years.

**<Q - Tim Klasell>**: Okay. Great. Thank you very much.

Ex. 14, at 10

Company Name: Stamps.com

Company Ticker: STMP US

Date: 2017-08-02

Event Description: Q2 2017 Earnings Call

Market Cap: 4,411.96

Current PX: 246.15

YTD Change($): +58.15

YTD Change(%): +30.931

Bloomberg Estimates - EPS

Current Quarter: 2.328

Current Year: 9.818

Bloomberg Estimates - Sales

Current Quarter: 133.250

Current Year: 547.750

**<A - Kyle Huebner>**: Thank you.

## Operator

Thank you. And your next question comes from Darren Aftahi from ROTH Capital Partners. Your line is open.

**<Q - Darren Aftahi>**: Hey. Thanks for taking my questions, and offer my congratulations as well to Jeff and Kyle. Just a few, if I may. Could you talk about what the shipping composition of revenue was in the quarter? I think in the past, you've talk about shipping being around 70%. I'm just curious where that number has trended.

**<A - Kyle Huebner>**: Yeah. I think it's quarter-to-quarter, especially in the seasonally slower quarters. It's not materially different than what we talked about last quarter, maybe a couple percentage points. So, I think what's more important is the kind of full year number and how that trends over a multiyear period. We'd expect Q4 to be higher than Q3.

But really, the longer term trend when you think about that five years if we're 70% now, if that number is 95% five years from now, then our growth rate is going to be almost entirely driven by the shipping growth rate, whereas now we've talked about the traditional small business market and enterprise or nice growth, but more single-digits. So, right now, our overall growth rate is still a weighted average that reflects the fact that 30% of our business is not the shipping growth rates.

**<Q - Darren Aftahi>**: As it pertains to customer growth, I mean, it accelerated in the quarter. Is there anything you can kind of call out that kind of drove that? And I guess as a derivative, you can see they kind of talk about marketing spend growing, but you're fairly efficient year-on-year, so I'm wondering if there's a residual – if you're getting better at leveraging marketing dollars across all of your product platforms or just where that kind of leverage efficiency is coming from.

**<A - Jeff Carberry>**: I think really it's more the latter, it's probably the first order effect. We're capturing effectively portfolio benefits by spending across multiple channels and by marketing multiple platforms. So, certainly, we are still targeting small business customers as well as shippers, but leveraging multiple channels and those dollars across all of our solutions really increases the probability of finding good customers, and you can see that in some of our customer metrics.

**<A - Kyle Huebner>**: The other thing I would add is there's the allocation of the total number between different channels that target small business, let's say, versus more shipping oriented customers. And so the -- we're constantly optimizing our marketing spend and allocating at where we think we'll get the best benefit, the highest ROI. And I think as we spend broader marketing dollars, but we're building more of the shipping base, then we're getting some benefits of acquiring shipping customers that we didn't necessarily see when we were really entirely a small business oriented marketing spend.

**<Q - Darren Aftahi>**: And then just last one for me. We've heard recently some of your platform partners that they're starting to see larger brands kind of act more, I would say, like entrepreneurs. I'm just curious, kind of given your focus is mostly on SMB, are you starting to see any kind of melt up into larger kind of brands and clients using your platform? And is that kind of an additional kind of TAM opportunity for you? Thanks.

**<A - Kyle Huebner>**: I think – if you're talking about the shipping dock, [indiscernible] (47:01), I think those are really a different mega high volume segment that we're not really targeting. But we do have warehouse shipping solutions for fulfillment houses. So, I think some of the larger brands, to the extent they're using larger fulfillment houses or creating internal warehouses, we do have solutions to address those. But I don't think we've seen a material shift that we could speak specifically to. But again, over the next five years, we are looking to how do we evolve our solutions and to the extent that we can evolve them to serve larger and larger customers that will benefit us in the long run.

Ex. 14, at 11

Company Name: Stamps.com
Company Ticker: STMP US
Date: 2017-08-02
Event Description: Q2 2017 Earnings Call
Market Cap: 4,411.96
Current PX: 246.15
YTD Change($): +58.15
YTD Change(%): +30.931
Bloomberg Estimates - EPS
Current Quarter: 2.328
Current Year: 9.818
Bloomberg Estimates - Sales
Current Quarter: 133.250
Current Year: 547.750

## Operator

Thank you. And I'm showing no further questions. I'd like to turn the call back over to Ken McBride for closing remarks.

## Kenneth Thomas McBride

Thanks for joining us. And congratulations again to the folks who got promoted. And for any follow-up questions, please contact us at investor.stamps.com, at (310) 482-5830. Thank you.

## Kyle Huebner

Thank you.

## Operator

Ladies and gentlemen, thank you for participating in today's conference. This does conclude the program. And you all may disconnect. Everyone, have a wonderful day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Ex. 14, at 12