# Exhibit 19

 About

What we do

# Financial call

The next call will be Aug. 9, 2019, at 11 a.m. ET.



00:00 / 26:22

### Financial call, 8-9-2018

CFO Joe Corbett reports on financial results for Q3 of FY2018

Total time: 26:22

### Related information

Presentation slides

Previous webcast recordings

## Recorded sessions

Click on the links below to play audio webcast recordings of previous briefings given by the Postmaster General and Chief Financial Officer.

**2019**

Aug. 9, 2019

May 10, 2019

Feb. 8, 2019

**2018**

Nov. 14, 2018

Aug. 9, 2018

May 11, 2018

Feb. 9, 2018

**2017**

Nov. 14, 2017

Aug. 10, 2017

**May 10, 2017**

Feb. 9, 2017

**2016**

Nov. 15, 2016

Aug. 9, 2016

May 10, 2016

Feb. 9, 2016

**2015**

Nov. 13, 2015

Aug. 10, 2015

May 8, 2015

Feb. 6, 2015



Copyright© 2019 United States Postal Service

# FIRST LEGAL DEPOSITION SERVICES

## In re: USPS Quarterly Call

## August 9, 2018

In re: USPS Quarterly Call                    2

[START USPS Quarterly Call 8-9-18.mp3]

MR. DAVID E. WILLIAMS:  Now I would like to introduce Postmaster General and CEO Megan Brennan for some opening comments.

MS. MEGAN BRENNAN:  Thank you Dave.  Good morning everyone.  Thanks for joining the call this morning.  Earlier this morning we released our third quarter results for fiscal year 2018. And in just a moment Joe Corbett will discuss those results in greater detail.  First I'd like to make a few brief comments.  The secular trends continue as first class mail volumes declined again this quarter, reflecting the continuing diversion to electronic communication and transaction alternatives.  First class mail provides the highest contribution to fund our infrastructure and other costs so volume loss in this category puts significant financial pressure on the organization.  Marketing mail which is also subject to intense competition remained relatively flat compared to the same period last year.  We believe marketing mail continues to play an indispensable role in the nation's media mix and provides a strong return

In re: USPS Quarterly Call                    3

on investment.  We continue to grow our package business despite increasing competitive pressure.  New entrants in high density areas and more competitor investment in ecommerce delivery have resulted in a slower rate of package growth.  The Postal Service is committed to supporting each of these product categories.  We continue to invest in product and service enhancements that improve our ability to compete for customers and that deliver value to both senders and receivers.  Turing to public policy, the Postal Service is a public institution that exists for the benefit of the nation's businesses and consumers.  We play a vital role in America's economy and society.  We operate a national delivery platform that connects every residence and business and serves every community both rural and urban and everywhere in between.  On a typical day the 630,000 men and women of the Postal Service deliver 19 million packages and 452 million pieces of mail to 157 million locations throughout the country.  We enable American commerce and the growth of the ecommerce economy.  And we ensure that every

**First Legal Deposition Services**
Address:  523 W. 6th Street, Suite 219, Los Angeles, CA 90014
Phone:  855.348.4997                    Ex. 19, at 4

In re: USPS Quarterly Call                    4

American business and consumer can fully

participate in it.  And yet our business model

which is governed by legislative mandates no

longer provides us with the tools and business

flexibility we need to both meet our public

service obligations and to be financially

sustainable.  For nearly 10 years the Postal

Service has sought reforms that would allow the

organization to reduce costs, grow revenue,

operate with greater flexibility and invest in

our future.  We continue to support legislation

which would immediately reduce the cost of

retiree benefit programs, enable us to grow

revenue, and make much needed and long-deferred

investments.  The Postal Service also requires

pricing authority that appropriately supports

our business.  This includes a less rigid and

more responsive regulatory system that gives us

the flexibility to set prices based on market

conditions.  And as we have said repeatedly our

business model problems are serious but

solvable.  A presidential taskforce on the

United States Postal Service will soon publish

policy recommendations about the future of the

In re: USPS Quarterly Call                5

organization.  Ideally the taskforce

recommendations will provide us with the

business flexibility to perform our vital role

for consumers and businesses in every community

in a financially self-sufficient manner without

the need for taxpayer support.  America needs a

financial stable postal service and we're

optimistic that the taskforce recommendations

will spur the Congress to fix our broken

business model.  Within the constraints of our

current business model we remain focused on

meeting the changing needs of our commercial and

individual customers so that we can better serve

them.  I'll close by thanking our dedicated

employees for the service they provide the

American public.  And with that I'll ask Joe

Corbett our CFO to review the results from our

third quarter.  Thank you.

MR. JOE CORBETT:  Thanks Megan and good

morning everyone and thanks for joining our

quarter three financial call.  Echoing Megan,

once again our financial results provide further

evidence of the need for regulatory and

legislative changes to our business model to

In re: USPS Quarterly Call                                      6

help the Postal Service return to financial stability and to enable us to continue to provide universal service to our business and residential customers, no matter where they live.  The ongoing trends in our business continued in the third quarter of 2018.  The secular decline in mail were somewhat offset by package growth and labor productivity continued to improve.  However absent changes to our business model net losses are expected to continue.  The reported GAAP net loss for the 2018 quarter totaled $1.5 billion which is an improvement of over $600 million compared to the same period last year.  But if you compare apples to apples and you exclude the effects actuarial adjustments to pension and retiree health benefits recorded during this quarter and in the corresponding quarter of 2017 the actual loss increases for this quarter by approximately $500 million, a $1.1 billion change.  This is more representative of current operating trends and you'll see some of that in the nine months. So let me take a look at our financial results for the quarter and then I'll go to the nine

months and drill down into the nine month results.  Here you can see the quarterly results for 2018 compared to 2017 for the third quarter. You can see the total revenue was up by $400 million and controllable expenses were increased by $700 million.  The net result is that our controllable loss grew to $900 million as compared to $600 million in the same quarter last year.  Now after considering non-controllable expenses that fluctuate widely from period to period due to changes in interest rates and to actuarial estimates and as I mentioned before our reported GAAP net loss you see here is $1.5 billion for the quarter of 2018.  Now turning to the nine month P & L you can see here, I'll dive into in future slides additional details on volumes, revenues and controllable expenses, so here I'll just provide a quick overview.  We can see here that total revenue for the quarter was $53.8 billion. Controllable expenses were $55 billion which resulted in a controllable loss of $1.2 billion. Again after considering non-controllable actuarially determined amounts the actual net

In re: USPS Quarterly Call                                              8

loss for the nine months ended, June 2018, you can see here was $3.4 billion.  As I mentioned I'll provide a little more detail.  Here you can see the actual volumes.  Starting at the 114 billion pieces that we delivered for the same period last year then rolling that forward to the amount we delivered for the nine months of this year.  And as you can see here we're down 3 billion pieces for the nine months in terms of the volume decline.  The major components of that are first class mail as you can see was declined 3.7%.  Marketing mail which declined 2.3% or 1.4 billion.  But I need to qualify that because marketing mail declined about 1 billion of those pieces so the majority of that decline actually results from differences in timing of political and election mail and when that's sent last year as compared to this year.  So we're not too concerned with that element of the decline and working on the other elements.  The shipping and packages actually improved by 6.5%.  And we continue to grow that business although due to competition that business is under attack and the growth rate is slowing.  Switching from

volumes to revenue you can see that despite the volume decrease of 3 billion pieces we actually have a $600 million increase in revenue.  Again this chart works the same way.  Rolling forward the results, the $53 billion of revenue for the same period last year nine months to the nine months for this year.  And as you can see as you'd expect we have declines in revenue for first class mail and marketing mail due primarily to the revenue or rather for the volume decreases but also offset somewhat by price increases.  And as you can see the increase in the package volumes of 6.5% resulted in a 9.6% increase in our package revenue, up to over $1.4 billion as we took additional price during this period and in connection with also with the volume increases resulted in a healthy increase in revenues there.  Net result is, again, a $600 million increase in revenue for the nine month period.  Just a couple of quick comments on our controllable expenses.  You can see that compensation benefits is up to $38.9 billion, about a 2% increase, and again that results in general increases, cost of living

increase, contractually driven as well as medical and other benefit costs which are growing well in excess of 2%. In addition you can see that about one-half of the increase in controllable expenses really is spread amongst two line items. First the RHB normal cost and second the transportation costs. The drivers behind these two line items obviously are very different. In terms of retiree health benefit normal cost we're required by generally accepted accounting principles or GAAP to expense the amount billed by OPM based on their estimates and this year we expect for the nine months to be billed $2.6 billion as compared to $2.1 billion in 2017. We have very little control over that number. Additionally when you see the transportation grow from $5.5 billion to $5.9 billion there are a number of things going on there. Actually in terms of miles driven our dynamic routing has reduced that number from what it was last year so it's not actually usage that's driving this number up but rather inflation. And also the growth in RQ, obviously as our package business grows we have to pay

In re: USPS Quarterly Call                    11

more in transportation costs to transport and

deliver those packages.  Additionally as many

people in the industry are seeing, fuel

increases are driving significant increases in

our transpiration costs and also in terms of

ground transportation the driver shortage is

providing upward pressure in terms of rates we

need to pay in order to get reliable drivers to

transport our mail.  So all in all as you can

see the controllable expenses for 2018 were $55

billion.  With that I'll turn it back over to

Dave.

     MR. WILLIAMS:  All right, thank you very

much Joe.  We'll now open up the call to

questions.

     OPERATOR:  Ladies and gentlemen, we are now

opening the call for question and answer.  If

you want to ask a question, please press Star-1

on your telephone keypad.  Please limit to one

question per participant to respect the

timeframe.  And if you have a follow-up question

please press Star-1 again to be in queue.  Our

first question comes from the line of Chris

Weatherby [phonetic] from C Group, your line is

In re: USPS Quarterly Call                    12

open.

MR. CHRIS WEATHERBY:  Hey, great, thanks for taking my question this morning.  I wanted to ask a question about the presidential taskforce.  So you presumably in the next few days or so will get some recommendations on paths forward.  You know I guess what do you see as next steps potentially?  Is there work that you may be able to -- is there things you may be able to do in the shorter term without legislative action that may affect change or you're really more constrained to wait for this to hopefully be the framework of future legislation to make more meaningful changes: the sort of competitive product pricing and sort of service levels, those kinds of things.  I just want to get a sense of maybe what the next steps would be post- the taskforce's report.

MS. BRENNAN:  Yeah, thanks for the question Chris.  Yeah, we welcome the interest and the engagement from the administration in addressing our financial situation.  And we agree that we need to put the Postal Service on firmer financial footing.  That's, you know, step one

In re: USPS Quarterly Call                                   13

if you will.  And as we repeatedly stress a flawed business model that is imposed on us by law that constrains our flexibility to grow revenue and to cut costs in response to changing market conditions is a real cause of our financial instability.  So we welcome the taskforce recommendations.  We've been cooperating with them since the start of their work.  We provided them with the extensive data and analysis.  And in terms of the recommendations, I don't want to speculate on what the report may contain, but as you're well aware from following the Postal Service that there are a number of stakeholders that have a keen interest in the recommendations put forth.  And ultimately Congress has a role to play in defining next steps as well.  So thank you for the question.

          OPERATOR:  Our next question comes from the line of Paul Ziobro from the *Wall Street Journal*, your line is open.

          MR. PAUL ZIOBRO:  Hi, good morning.  I just want to follow up on the taskforce question as well.  I know you kind of -- it sounds like you

In re: USPS Quarterly Call                                    14

don't want to get into specifics as far as what the recommendations may look like but is there anything that you are looking for as goals that you would consider wins in terms of what recommendations might come out of it?  Like what would be on your wish list.

MS. BRENNAN:  Well let me just comment.  You know we've been supporting the taskforce.  We're not part of the taskforce.  So we haven't seen any recommendations from the taskforce at this point.  So it's why I'm not speculating on what the report may contain.  As we've said repeatedly the business model problems need to be addressed.  So the taskforce does provide an opportunity to consider the important public policy issues.  So we look forward to the continued discussion as we move forward in this process.

MR. ZIOBRO:  Okay, thank you.

OPERATOR:  Our next question from the line of Brian Offenbeck [phonetic] from JPMorgan, your line is open.

MR. BRIAN OFFENBECK:  Thank you.  Good morning.  Thanks for taking my question.  The

question is for Megan.  Can you give us an update on just where you stand with the Board of Governors, which we saw the update in the 10-K in terms of where the recommendations are but is the entity of the USPS limited from proposing new general rate increases you know based on what the composition of the board looks like today?  Thank you.

     MS. BRENNAN:  Good morning Brian.  And we are pleased that the process to confirm governors is moving forward and we're optimistic that the governors will be confirmed in the coming week.  And as we've emphasized repeatedly the public interest and the Postal Service is best served by having a fully constituted Board of Governors so we look forward to their confirmation.  And they have a number of important public policy issues to address once confirmed.

     OPERATOR:  Our next question is from the line of George Sutton, from Craig Hallum Capital, your line is open.

     MR. GEORGE SUTTON:  Thank you.  Your package volumes have been strong for some time driven in

part by some strong partnerships.  I wondered if you could give us your perspective on the value of some of those partnerships and I'm particularly focusing on the PC Postage partnerships.

MR. CORBETT:  Sure George, thank you, this is Joe.  In terms of channel partners we have a number of ways: we have resellers, we have PC Postage partners, we also have negotiated service agreements with large customers.  And in order to be able to further our sales efforts we have obviously internal sales, too, but they're very, very important partners for us in terms of increasing volumes and from year to year have been a major contributor to the double digit growth we saw in the last three years in packages and also continue to contribute to the growth we're seeing this year of about 6.5% in packages.  So they're very important to us in order to be able to reach small to medium businesses and grow the business.

OPERATOR:  Our next question from the line of Ravi Shrankar [phonetic] from Morgan Stanley, your line is open.

MR. RAVI SHRANKAR:  Thanks good morning.  So in the event of the recommendations of the taskforce and the House and Senate both are not implemented because of the political environment or for whatever reason, what is the endgame here for the USPS?  Is there any way even theory you could price you way out of this problem?

MS. BRENNAN:  Let me address that at the outset, Joe.  Just to emphasize, while the taskforce is addressing these broader public policy concerns we continue to emphasize the urgent need for Congress to enact postal reform legislation that is currently pending.  So we'll continue to work with both the House and the Senate to advance the pending legislation.  That provides some essential reforms that immediately would improve our financial condition.  The other point I would make is in addition to passage of reform legislation we continue to emphasize the importance [phone feedback] of a favorable outcome, sorry, we're getting some significant feedback here.  [Feedback stops].  We continue to emphasize that a favorable outcome of the PRC's 10-year pricing system

**First Legal Deposition Services**
Address:  523 W. 6th Street, Suite 219, Los Angeles, CA 90014
Phone:  855.348.4997

Ex. 19, at 18

In re: USPS Quarterly Call                18

review is urgently needed.  That also will provide some additional financial stability and permit us to respond to market forces.

OPERATOR:  We have a follow-up question coming from the line of Chris Weatherby from C Group, your line is open.

MR. WEATHERBY:  Okay, thanks for taking the follow-up question.  It's actually two and if you can answer them that would be great.  You know first is on CapEx, I believe CapEx is reduced for the year from $1.8 (billion) to $1.3 billion if you could just let us know sort of what was in that And then, Joe, you made a comment about the shipping and package volume growth decelerating 'cause you were :under attack:.  If you could give a little bit more color on that, that'd be great.  Thank you.

MR. CORBETT:  Sure.  Actually the CapEx, we're still playing a bit of catchup if you will in terms of investment due to the years of being constrained in terms of cash flow following the recession where pre-recession we were expending a run rate of about $2 billion, just over $2 billion a year in a typical year.  And after

In re: USPS Quarterly Call                          19

that spending closer to $1 billion.  So we're somewhere between the $1 (billion) and $2 billion mark for this year and also planning similar amounts in the future except for large purchases that may increase that amount.  For example vehicles.  So almost a quarter of what we're spending right now is on our facilities for making sure that we are addressing all health and safety and efficiency amounts both in the physical facilities as well as almost half of the spend is related to upgrading our letter automation equipment in terms of old computer components, et cetera, et cetera.  And also be more efficient in terms of sortation of letters and also of packages.  The second question, could you please repeat it again 'cause I didn't fully understand it.

MR. WEATHERBY:  Yeah, no problem.  Thank you.  And actually on the CapEx, I was looking for what was coming out of the budget this year as opposed to what was in.  But for the second part of the question, you had mentioned I think that the shipping and package volume growth had been decelerating and I think you had mentioned

In re: USPS Quarterly Call                                    20

that it was under attack, it sounded like, maybe some competitive pressures in that market.  I was just wondering if you could elaborate on that.

MR. CORBETT:  No, it's not that.  It's really just the timing.  Some of the -- our expectation of spend this year was pretty aggressive.  As I said, playing a bit of catchup.  But some of that spend is going to shift over to next year but we have not taken needed capital expenditures off of our financial plans.

MR. WEATHERBY:  Okay.

MS. BRENNAN:  I would just offer, I think, to your other comment, we operate in a highly competitive delivery marketplace.  We've got established players and a variety of startups so we compete for business every day.  And you can see that reflected in some of the discussion around the rate of growth having slowed.  We still believe though that the Postal Service will continue to attract ecommerce customers and business partners because of the value add.

MR. WEATHERBY:  Thank you very much.

In re: USPS Quarterly Call                    21

MR. CORBETT:  Thank you for your question.

MS. BRENNAN:  Thank you.

MR. CORBETT:  And I --

OPERATOR:  [Interposing] And I have a follow-up question.

MS. BRENNAN:  I'm sorry, before you move on, Joe?

MR. CORBETT:  Yeah, great, yeah, I'm sorry. You also, your second question, I think I just got some clarify from a colleague here.  And basically you're talking about the slowing growth in our package business.  Well obviously the competition is incredible in terms of the package business.  We have to continue offering the best service at an affordable price in order to continue to retain and grow the business. All of the major shipping companies right now are finding ways to do the density of packages to be able to re-divert packages into their networks as well as new players coming on on the market delivering for themselves and delivering through franchisees, et cetera.  So there's a tremendous amount of competition there.  And again we just have to continue to make sure that

we're serving our customers well and we expect the growth to continue but we think that the years of double digit growth are going to be difficult to get back to given the level of competition.

MR. WEATHERBY:  Thank you.

OPERATOR:  All right, so we have a follow-up question from the line of Brian Offenbeck from JPMorgan, your line is open.

MR. OFFENBECK:  Hey, thanks for taking the follow-up.  I just wanted to ask how, I think it's for Joe, how the Postal Service is managing the cost inflation in highway transportation, you know, it's up mid-single digits this year, can you just elaborate a little bit --

MR. WILLIAMS:  [Interposing] You're breaking up a little bit, can you say that again please?

MR. OFFENBECK:  Highway transportation costs, I'm just curious how you source that capacity and how you would manage cost inflation going forward.

MR. CORBETT:  Yes.  We really, with the highway contracts, you have two things, right? You have to have how far are you driving and how

much you're paying per mile essentially.  The cost inflation is difficult to deal with because of the fact that there's such a huge driver shortage.  But we continue to compete routes on a regular basis to make sure we're getting the best price per mile along with quality service as we go through.  And so we continue to drive or keep the cost increases minimal but nonetheless where the market's going is increased costs overall.  As I mentioned we also are dynamically routing and taking miles out of our existing transportation network and so we can reduce the number of miles, we can also work on the amount we're paying contractors in order to make sure we're getting the best price out there in the market.

     MR. OFFENBECK:  Okay, thank you.

     MR. CORBETT:  You're welcome.

     OPERATOR:  Our last follow-up question from the line of Ravi Shrankar from Morgan Stanley, your line is open.

     MR. SHRANKAR:  Hi, thanks for taking the follow-up.  To the extent that the taskforce recommend that the terms of the universal

**First Legal Deposition Services**
Address:  523 W. 6th Street, Suite 219, Los Angeles, CA 90014
Phone:  855.348.4997

Ex. 19, at 24

In re: USPS Quarterly Call                                    24

service obligation are eased, do you think that might impact your ability to grow your ecommerce package business if you're not going to be visiting every address in the US as often as you are right now?

MS. BRENNAN:  Yeah, Robbie [phonetic], I think I don't want to speculate.  Clearly in think let's wait for the taskforce recommendations and then the Postal Service certainly at that time would conduct our own analysis of the impact of our organization and the American business and consumer.

MR. WILLIAMS:  All right.  Well thank you very much for your question.  We'll close out the call now.  Thanks again to all the participants today.  An audio recording of this webinar will be posted later today online at the Postal Services Corporate Newsroom.  And the complete 10-Q financial filing can be found at About.USPS.com in the Financial Section.  Thank you for joining us and have a good day.

[END USPS Quarterly Call 8-9-18.mp3]

C E R T I F I C A T E

I, Laura L. Springate certify that the foregoing transcript of In re: USPS Quarterly Call 8-9-18 was prepared using standard electronic transcription equipment and is a true and accurate record to the best of my ability.  I further certify that I am not connected by blood, marriage or employment with any of the parties herein nor interested directly or indirectly in the matter transcribed.

*Laura L. Springate*

Signature: Laura L. Springate

Date August 19, 2019