# Exhibit 21



**OFFICE OF**
**INSPECTOR GENERAL**
**UNITED STATES POSTAL SERVICE**

# Domestic Negotiated Service Agreements

# Audit Report

April 29, 2013

**Report Number MS-AR-13-007**

Ex. 21, at 1



April 29, 2013

**Domestic Negotiated Service Agreements**

Report Number MS-AR-13-007

## BACKGROUND:

The U.S. Postal Service is authorized to enter into negotiated service agreements (NSAs) -- customized contractual agreements between the Postal Service and specific mailers that provide customers special rebates, discounts, or pricing flexibility in return for increased mail volume and revenue growth.

The Postal Service is required to file documentation with the Postal Regulatory Commission showing that a prospective agreement will improve the Postal Service's net financial position or mail processing functions and will not cause undue discrimination to the marketplace. In addition, market dominant NSAs cannot cause unreasonable harm to the market. While the Postal Service is able to verify volume and revenue increases associated with NSAs, an inherent challenge in measuring the success of an NSA is determining whether an increase is the direct result of the agreement or would have occurred, without the agreement.

There were 53 competitive NSAs and one market dominant NSA in effect for fiscal year 2012. In addition, as of March 26, 2013, the Postal Regulatory Commission approved 40 competitive NSAs for the fiscal year.

Our objective was to evaluate the process for managing domestic NSAs and determine whether they resulted in mail volume and revenue increases.

## WHAT THE OIG FOUND:

The domestic NSAs we reviewed generally resulted in mail volume and revenue increases; however, we could not determine whether the increases were the direct result of incentives created by the agreements. In addition, the data used to calculate rebates, discounts, and mail volume growth were not always accurate. Further, the data reported to the Postal Regulatory Commission did not always agree with data the Postal Service used to calculate discounts and rebates. We identified $1.2 million in incorrect and questionable customer rebates and quarterly price adjustments. Lastly, the Postal Service does not have specific criteria governing retention of NSA data. We also noted another matter related to the statutory requirement that NSAs cannot cause unreasonable harm to the marketplace.

## WHAT THE OIG RECOMMENDED:

We recommended the Postal Service develop and implement standardized procedures for managing NSAs and establish data retention schedules and a central repository.

*Link to review the entire report*

Ex. 21, at 2



OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

April 29, 2013

**MEMORANDUM FOR:**    JOSEPH CORBETT
CHIEF FINANCIAL OFFICER AND EXECUTIVE VICE
PRESIDENT

WILLIAM C. RUCKER III
VICE PRESIDENT, SALES

**FROM:**    Darrell E. Benjamin, Jr.
Deputy Assistant Inspector General
for Revenue and Performance

**SUBJECT:**    Audit Report – Domestic Negotiated Service
Agreements (Report Number MS-AR-13-007)

This report presents the results of our audit of the U.S. Postal Service's Domestic
Negotiated Service Agreements (Project Number 12WG006EN000).

We appreciate the cooperation and courtesies provided by your staff. If you have any
questions or need additional information, please contact Janet Sorensen, director, Sales
and Marketing, or me at 703-248-2100.

Attachments

cc: Nagisa M. Manabe
   Jeffrey C. Williamson
   Dennis R. Nicoski
   Steven R. Phelps
   Corporate Audit and Response Management

Ex. 21, at 3

## TABLE OF CONTENTS

Introduction ................................................................................................................ 1

Conclusion ................................................................................................................ 3

Data Discrepancies ................................................................................................... 3

    Discount and Rebate Errors ............................................................................... 4

    Postal Regulatory Commission Reporting ........................................................ 5

Negotiated Service Agreements Data Retention and Central Repository ...................... 5

Other Matters ........................................................................................................... 6

    Unreasonable Harm............................................................................................ 6

Recommendations ..................................................................................................... 7

Management's Comments .......................................................................................... 7

Evaluation of Management's Comments....................................................................... 8

Appendix A: Additional Information ............................................................................ 9

    Background ...................................................................................................... 9

    Objective, Scope, and Methodology ................................................................. 9

    Prior Audit Coverage ...................................................................................... 11

Appendix B: Monetary Impacts ................................................................................ 12

Appendix C: Volume and Revenue Growth for Negotiated Service Agreements
   Reviewed ............................................................................................................. 13

Appendix D: Negotiated Service Agreements Reviewed With Sample Percentage ...... 14

Appendix E: Management's Comments ...................................................................... 16

## Introduction

This report presents the results of our audit of the U.S. Postal Service's Domestic Negotiated Service Agreements (NSAs) (Project Number 12WG006EN000). Our objective was to evaluate the process for managing domestic NSAs and determine whether mail volume and revenue increases occurred. This was a self-initiated audit and addresses strategic and financial risks. See Appendix A for additional information about this audit.

NSAs are customized contractual agreements between the Postal Service and specific mailers. These agreements are developed to promote efficiency and product innovation by providing customers special rebates, discounts, or pricing flexibility, allowing the Postal Service to respond to rapid changes in the marketplace. NSAs are similar to agreements that other companies make with individual customers to meet unique needs or opportunities.

The Postal Service's Board of Governors must authorize NSAs and the Postal Regulatory Commission (PRC) must approve them. The Postal Service is required to file documentation with the PRC showing that any prospective NSA meets the regulatory criteria and to report results annually.

There are two types of NSAs — competitive and market dominant:

Competitive NSA:  Agreements pertaining to Postal Service products or services that are usually similar to products or services offered by other companies in the marketplace.[1] Competitive products include Express Mail®[2] and Priority Mail®[3] packages, which are in direct competition with market products from other suppliers, such as FedEx and United Parcel Service. The agreements are proprietary, considered sensitive, and not publicly disclosed. The majority of NSAs are for competitive products.

Market Dominant NSA:  Agreements pertaining to products for which the Postal Service essentially has a monopoly and for which it can set the price substantially above costs, significantly raise the price, or decrease quality or output, without the risk of losing a significant level of business to other firms offering similar products.[4] The Postal Service is authorized to enter into a market dominant NSA with any mailer if it will provide a net financial benefit to the Postal Service or enhance its operating performance, as long as it does not cause unreasonable harm to the marketplace. Market dominant products

---

[1] The Postal Service can create competitive NSAs as result of its inherent contracting authority, and not based on any specific regulation.
[2] Express Mail is the Postal Service's fastest service for time-sensitive letters, documents, or merchandise.
[3] The Postal Service delivers Priority Mail documents and packages in 2 to 3 days.
[4] 39 U.S.C. §3642(b)(1) (2006).

**Domestic Negotiated Service
 Agreements**                                                                 **MS-AR-13-007**

include products such as Standard Mail, First-Class™ Mail, Periodicals Mail, and Package Services Mail. These products do not have any significant competition in the marketplace because the Postal Service is virtually the only supplier offering these types of delivery products. Details regarding these agreements are publicly disclosed. NSAs for market dominant products must comply with the statutory requirement that the Postal Service not unduly or unreasonably discriminate among users of mail or cause unreasonable harm to the marketplace.[5]

While the Postal Service is able to verify volume and revenue increases associated with NSAs, an inherent challenge related to measuring the success of an NSA is determining whether any increases were a direct result of incentives offered by the agreement or whether mailers would have increased their mailing activity regardless of the incentives (this is known in the industry as 'anyhow mail'). Consequently, the Postal Service may provide an unnecessary incentive to mailers who were planning to increase their volume activity despite the NSA.

Another challenge with NSAs involves market discrimination. Market discrimination can occur when the Postal Service offers discounts to one provider that it does not offer to any other provider that mails similar items. In an attempt to address this issue, the PRC adopted rules requiring the Postal Service to offer functionally equivalent market dominant NSAs to similarly situated mail providers. A mail provider recently filed a complaint with the U.S. Court of Appeals, District of Columbia Circuit (D.C. Circuit) on the grounds that it was denied the same service as other similarly situated mail providers. The mailer alleged that the Postal Service's failure to provide the same service offered to other mailers violated the same anti-discrimination provisions that apply to NSAs. Although the complaint was not based on any formal NSA, it demonstrates the sensitivity and controversy related to this issue. On March 7, 2013, the D.C. Circuit remanded the case to the PRC to develop a remedy for undue discrimination.

The Postal Service had 53[6] active competitive NSAs and one market dominant domestic NSA and reported $1.7 billion in revenue to the PRC in fiscal year (FY) 2012. From FYs 2008 through 2013 (as of March 26, 2013), the Postal Service proposed and the PRC approved 132 competitive and four market dominant NSAs. Table1 shows the number of competitive and market dominant NSAs approved by the PRC by fiscal year.

---

[5] 39 U.S.C. §3622(c) (10)(B).
[6] The 53 competitive NSAs consisted of 62 products and the one market dominant NSA consisted of two products.

### Table 1: Domestic NSAs Approved by the PRC

| Type of NSA | FY 2013 | FY 2012 | FY 2011 | FY 2010 | FY 2009 | FY 2008 | Total |
|---|---|---|---|---|---|---|---|
| Competitive | 40 | 32 | 14 | 13 | 31 | 2 | **132** |
| Market Dominant | 0 | 1 | 1 | 0 | 0 | 2 | **4** |
| **Total** | **40** | **33** | **15** | **13** | **31** | **4** | **136** |

Source: PRC website and annual reports to the U.S. resident, U.S. Congress, and Postal Service management.

The Postal Service is facing significant financial challenges and has taken a number of actions to address them. The Postal Service developed the Delivering Results, Innovation, Value, and Efficiency (DRIVE) initiative to help improve business performance at an accelerated pace and to meet the critical needs of operating in today's competitive and challenging marketplace. As such, NSAs play an important role in the DRIVE process by promoting product and service growth. While this audit addressed domestic NSAs, we plan to conduct a review in the near future of international NSAs that consist of competitive and market dominant products.

### Conclusion

Our review of nine NSAs, which collectively reported more than ▮▮▮▮▮ in revenue to the PRC for FY 2011,[8] revealed the agreements generally resulted in mail volume and revenue increases. We confirmed that the Postal Service validated mail volumes reported by customers against its own data sources before entering into an NSA. However, we could not determine whether the increases in revenue and volume were a direct result of incentives offered by the agreements or whether mailers would have increased their mailing activity regardless of the incentives. In addition, the Postal Service did not always use accurate data to calculate rebates and discounts, which resulted in $1.2 million in incorrect and questionable customer rebates and quarterly price adjustments. See Appendix B regarding our monetary impacts. Further, the data reported to the PRC did not always agree with the amounts the Postal Service used to calculate discounts and rebates. Finally, the Postal Service does not have specific criteria governing retention of NSA data. We also noted another matter related to the statutory requirement that agreements cannot cause unreasonable harm to the marketplace.

### Data Discrepancies

While the Postal Service validated customer mail volume using its own data sources, before to entering into an NSA, the data used to calculate rebates, discounts, and mail volume growth were not always validated and accurate. In addition, the data reported to the PRC did not always agree with the amounts the Postal Service used to calculate

---

[8] Eight of the nine judgmentally selected NSAs we reviewed resulted in mail volume and revenue increases. The other agreement was continued to retain mailing activity that would not have occurred without an NSA and comprised only ▮▮▮▮▮ of the total revenue generated from the NSAs we reviewed.