# Exhibit 25



Shares of Stamps.com (STMP) are grossly overvalued. Just as a review of legal filings resulted in the chance discovery of Valeant's "Big Secret," its relationship with undisclosed affiliate Philidor, our review of scores of legal filings has resulted in the uncovering of STMP's Big Secret – the undisclosed formula behind its astonishing financial results.

Ex. 25, at 1

Case 2:19-cv-01828-MWF-SK Document 81-25 Filed 10/04/19 Page 3 of 7 Page ID #:1186

We have identified undisclosed business affiliates (e.g., IntuiShip) that STMP has aligned with to exploit legacy USPS postage reseller discount contracts to skim 100%-margin revenue from the USPS. We believe this scheme is abusive, in that it violates the spirit and intent of these USPS-issued contracts, and that it results in the cannibalization of USPS business, an expense to US taxpayers but a jackpot for STMP.

By our estimates, ~65% of STMP's EBITDA is derived from this scheme and is at risk of vanishing. Based on our understanding of the arrangements, and certain conversations that The Capitol Forum, a well-respected regulatory research firm based in Washington DC, has had with the Postal Regulatory Commission and industry participants, we view this arbitrage scheme as unsustainable and likely to fall apart in the upcoming months.

To compound matters, for several reasons elaborated in this report, we have come to view IntuiShip and Stamps.com as essentially operating 'as one.' One such datapoint comes from a recent report published by The Capitol Forum, which quotes an IntuiShip employee as stating that "IntuiShip does its entire domestic small parcel shipping through Stamps.com."

Another that we have identified is that its website redirects to www.Stamps.com! STMP has been non-transparent with shareholders, inadequately disclosing how it derives the majority of its profitability and the likelihood it could disappear; Wall Street analysts have no clue about how STMP is actually generating the majority of its financial results (STMP consistently obliterates Wall St consensus estimates), or that the aforementioned earnings stream should not be capitalized with any real multiple.

As a result, STMP has been successful in its efforts to inflate its stock price beyond reasonable measure. Based on our analysis, STMP is worth ~$15 per share.

Ex. 25, at 2

Stamps.com CSTM | Prescience Point Capital Management

# GET OUR LATEST REPORTS DELIVERED TO YOUR INBOX

| Email address |  | **SUBMIT** |



PRESCIENCE POINT
CAPITAL MANAGEMENT

### COMPANY

Research

News

About

Contact

### LEGAL

Privacy Policy

Disclaimer

© 2019 Prescience Point Capital Management. All rights reserved. Site by North Street.

 

Prescience Investment Group, LLC is a Registered Investment Advisor with the State of Louisiana and is not currently required to register in any other state. Prescience Investment Group, LLC may only conduct advisory business in those states in which it is registered as an investment adviser or qualifies for a corresponding exemption or exclusion from registration requirements.

PRESCIENCE POINT

2016

# STMP $15 PT

# STAMPS.COM

## THE SOFTWARE VALEANT?



Ex. 25, at 4

PRESCIENCE POINT
R E S E A R C H   G R O U P

## Legal Disclaimer:

This research report expresses our research opinions, which we have based upon certain facts, all of which are based upon publicly available information, and all of which are set out in this research report.  Any investment involves substantial risks, including complete loss of capital.  Any forecasts or estimates are for illustrative purpose only and should not be taken as limitations of the maximum possible loss or gain. Any information contained in this report may include forward looking statements, expectations, and projections.  You should assume these types of statements, expectations, and projections may turn out to be incorrect for reasons beyond Prescience Point LLC's control.  This is not investment advice nor should it be construed as such. Use of Prescience Point LLC's research is at your own risk.  You should do your own research and due diligence before making any investment decision with respect to securities covered herein.

**You should assume that as of the publication date of any report or letter, Prescience Point LLC (possibly along with or through our members, partners, affiliates, employees, and/or consultants) along with our clients and/or investors has a short position in all stocks (and/or are long puts/short call options of the stock) covered herein, including without limitation Stamps.com Inc ("STMP"), and therefore stands to realize significant gains in the event that the price of its stock declines. Following publication of any report or letter, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation.**

This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction.  Prescience Point LLC is not registered as an investment advisor.

To the best of our ability and belief, as of the date hereof, all information contained herein is accurate and reliable and does not omit to state material facts necessary to make the statements herein not misleading, and all information has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer, or to any other person or entity that was breached by the transmission of information to Prescience Point LLC.  However, Prescience Point LLC recognizes that there may be non-public information in the possession of Stamps.com or other insiders of Stamps.com that has not been publicly disclosed by Stamps.com. Therefore, such information contained herein is presented "as is," without warranty of any kind – whether express or implied.  Prescience Point LLC makes no other representations, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use.

Ex. 25, at 5

2





By switching integration partners from Express1 to IntuiShip, we believe that Stamps.com was able to further monetize postage volumes by extracting a larger share of the "reseller discount" out of IntuiShip than it was previously receiving from Express1.  In the illustrative example below, changing the revenue share % that Stamps.com collects has a dramatic increase on monetization.  **For example, if Stamps.com now gets 80% from IntuiShip instead of the 50% it received from Express1 previously, it can increase its monetization to 68c per package vs. the 42.5c we suspect it received from Express1 and the meager 10c it would have received had it continued to work directly with the USPS**.

Stamps.com is happy because it now collects 7x the monetization it would have received had it been working directly with the USPS. IntuiShip is happy because, without doing an ounce of work, it is collecting 20% of the spread for volumes it would not have gotten without its relationship with Stamps.com and can play golf all day.  This arrangement would also permit IntuiShip to maintain its volume requirements that it is contractually obligated to provide to the USPS in order to maintain its reseller license.  Express1 is happy because its less than handful of key employees received a $10M settlement check from Stamps.com.    **The USPS, and with it the US taxpayer, remains the only loser in a program it created to be the winner.**

Ex. 25, at 6