# Exhibit 26





**July 20, 2016**
**Institutional Research**

# QUICK NOTE

| Stamps.com | BUY |
|---|---|

(STMP - $71.34)                                                    Price Target:  $150

**George Sutton**
Senior Research Analyst
612-334-6331
gsutton@craig-hallum.com

**Jason Kreyer**
Senior Research Analyst
612-334-6328
jason.kreyer@craig-hallum.com

**Playing The Stamps.com Whack-A-Mole Game.   We See The Fundamental Strengths Continuing To Shine And The Stock Way Oversold.**

## OUR CALL

This stock has been under attack by the shorts for the past several months.  The short thesis has recently pivoted dramatically, forced by the realities of the better than expected results to an area of ethereal concerns around a very successful area of growth – NSA's (negotiated service agreements) and resellers. Their thesis boils down to this:  these programs (and their positive revenue and earnings impact to Stamps.com) are going away.  In talking to industry experts who do this for a living, we have found no evidence to support the shorts' claim.

While the short call is timed well (company's quiet period and our vacation), we feel the concerns have created tremendous and unneeded fear in the stock and set up a great opportunity for investors to take a position prior to what we expect will be a strong quarter and outlook and in front of management's explanation which we expect will put these fears to bed.  While management has been ascribing to a tight quiet period, we have had a number of detailed conversations with industry participants that suggest the Stamps.com momentum is wholly aligned with the goals of the postal service and the Postal Regulatory Commission (PRC).  Below, we provide a detailed perspective, provided primarily by industry experts.

- The momentum that Stamps.com is seeing a function of a number of concurrent positives – positioning, acquisitions, market forces, e-commerce strength and USPS programs designed to push more volume.

- The USPS market is divided into two distinct areas – market dominant and competitive shipping.  The USPS focus is driving volume in the competitive shipping arena using a variety of programs, including rebates, NSA's, etc.  The competitive shipping categories (i.e. priority mail contracts and first class package service) are areas of great focus for the USPS to drive volume, share gains and ultimately profitability for the postal service.

- The specific mailing class of focus is "the less than 5 pound package market" which is the strength of Stamps.com and the focus of the promotional programs.

- The Postal Regulatory Commission (PRC) regulates 200 current NSA programs, 199 of which are viewed as "profitable."  Profitability is defined by cost plus 5.5% and actual results (approximate) were 12.5% profit in 2014 and 20% in 2015.  These have been viewed very favorably and NSA's are defined as a "great success area" for the postal service.

- Our discussions with industry participants, particularly those who participate between the PRC, the postal service and the mailing customers, have suggested that there is "no activity at the PRC" relative to concern around the NSA programs, with the exception of an international program that has had challenges (and is not a program Stamps.com is involved in at all).

- The PRC has already laid out its promotional calendar for 2017 and the programs will offer incentives or discounts to mailers throughout the entire year.  Thus the suggestion that these programs will come to some precarious end is quite unlikely. In fact, we are told that NSA programs are likely to continue to see solid growth.

---

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**                                    **Page 1 of 6**

CRAIG-HALLUM
CAPITAL GROUP LLC

- The bigger picture for the USPS is one of a focus on keeping costs low and finding ways to grow volume profitability. As a result, Stamps.com has been in, and we believe will remain in, an ideal spot to help drive volume (Q1 postage printed volume was up 122% y/y). Recent moves by the postal service to reprice mid-size shippers from commercial pricing to retail has resulted in big shifts towards third party marketplaces, which either use Stamps.com directly or one of its license partners (resellers).

- NSA's are contractual agreements that provide very specific incentives for the parties involved and the terms are under seal at the PRC. That fact makes the details hard to come by and therefore hard to debate specifically. The key point industry participants make to us is that the programs are designed to be flexible and to enable participants to win in a very competitive marketplace which includes large shippers such as FedEx and UPS. Thus, discounting and revenue sharing are components of this market, not necessarily nefarious as suggested by recent short reports. All the programs are reviewed and recommended by the PRC and approved by the US Postal Service Board of Governors. The programs are all tracked by the postal service and the performance is evaluated by the PRC. None of this (from everything we have learned) is done without full knowledge of multiple parties.

- It is a common and accepted process, per the experts, to aggregate volume of smaller shippers to receive price breaks, which is part of the role of the resellers. Because the resellers are specifically licensing the back-end postage from an approved PC Postage vendor, all of the business flows through that vendor. Suggestions that the resellers and Stamps.com are effectively one entity, is laughable in our view. The equivalent statement would be that eBay, which flows its volume exclusively through its Pitney Bowes license, are really the same company.

- A couple of specific quotes we found enlightening from industry experts:
  - Responding to a summary of the short thesis: "that sounds like an extremely made up story"
  - "There are too many positive momentum shifts for Stamps.com that are driving unheard of rates of growth to suggest that the PRC or postal service want to stall this progress"
  - "There are a lot of really good things going on in the market that benefit the PC Postage market (including Stamps.com)"
  - "We are huge proponents of NSA's and expect continued growth in the programs"

- **Playing the whack-a-mole game- how we expect it will end**: We admit that this would all be a lot easier if management were less tied to "the quiet period," particularly when items like this come up that don't specifically target quarterly results but are more industry or secular. The shorts have found this game easier to play without an expressed defense by the company, as indicated in our updated risk factors. Fortunately, the quiet period will soon end and the arguments will be addressed more directly. All the industry contacts we spoke with provided us with strong comfort in the programs above and the Stamps.com position, despite our efforts to find any credibility in the short thesis points. We look forward to earnings and the earnings call!

- **For those who still care about growth rates and valuation…** The company has seen organic growth of approximately 40% for the past three quarters, a number we certainly don't expect (or model) to continue, given the law of large numbers. We do believe the company is positioned for outsized growth ahead given the dynamics in the market, including a fabulous e-commerce growth backdrop which continues to grow in the teens. With a free cash flow yield approaching 10% on this year's estimates and the stock trading at less than 11x our 2017 pro-forma EPS estimates, this stock is extremely opportunistic in our view.

## STOCK OPPORTUNITY

We are maintaining our price target of $150. Our price target reflects approximately a 23x multiple on our 2017 pro-forma EPS estimate of $6.60.



## RISKS

We believe that an investment in Stamps.com involves the following risks:

- **The company is reliant upon the US Postal Service.**  Much of the company's policies are reflective of tight regulations put forth by the US Postal Service (i.e. the printing of postage, the dating of letters, etc.).  Acquisitions of ShipWorks and ShipStation have modestly diversified Stamps.com's reliance on a single carrier, but the USPS still represents the majority of the Company's revenue.

- **Lack of disclosure has made the Company a target for short investors.**  Management has taken a number of steps recently that have reduced the detail of information provided to investors, including business metrics, acquisitions, and organic growth.  While some of these decisions are defensible, we believe a confluence of items leading to a lack of transparency has made Stamps.com an easy target for bloggers and other short specialists.  Absent any changes to investor outreach or improved transparency, we believe speculative short reports may continue to impact trading dynamics.

- **Priority mail penetration.**  The combined entities (Stamps.com/Endicia/ShipWorks/ShipStation) now account for approximately 30% of Priority Mail shipped through the USPS.  We've historically calculated Stamps.com's market share of the SOHO industry to be approximately 5%, suggesting a significant market opportunity.  While the TAM has expanded significantly, the combined organization has a much higher penetration rate than legacy Stamps.com.

- **Changes to the model.**  With the acquisition of Endicia, a portion of the revenues now become transactional-based, a more volatile dynamic than its traditional subscription revenues.  Thus, ARPU becomes a more significant driver of results and could create more risks (both to the downside and upside) for the model.

---

**Stamps.com**
**Institutional Research**



**July 20, 2016**

**Stamps.com**



| | Fiscal 2012 | Fiscal 2013 | Mar 1Q14 | Jun 2Q14 | Sept 3Q14 | Dec 4Q14 | Fiscal 2014 | Mar 1Q15 | Jun 2Q15 | Sept 3Q15 | Dec 4Q15 | Fiscal 2015 | Mar 1Q16 | Jun 2Q16E | Sept 3Q16E | Dec 4Q16E | Fiscal 2016E | Fiscal 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | |
| Service Revenue | 88,173 | 99,013 | 25,643 | 26,921 | 30,057 | 33,075 | 115,696 | 35,649 | 40,378 | 42,470 | 58,175 | 176,672 | 69,106 | 66,096 | 63,887 | 78,292 | 277,381 | 309,541 |
| Product | 14,710 | 16,580 | 4,613 | 3,955 | 3,875 | 4,440 | 16,883 | 4,743 | 4,270 | 4,193 | 5,077 | 18,283 | 5,555 | 4,854 | 4,692 | 5,750 | 20,852 | 22,735 |
| Other | 7,127 | 7,516 | 1,993 | 2,049 | 2,370 | 2,828 | 9,240 | 2,662 | 2,631 | 2,513 | 3,926 | 11,732 | 4,511 | 3,734 | 3,609 | 4,423 | 16,278 | 17,488 |
| Customized Postage Revenue | 5,651 | 4,710 | 1,049 | 1,359 | 1,532 | 1,510 | 5,450 | 989 | 1,072 | 2,484 | 2,684 | 7,229 | 2,637 | 2,037 | 1,987 | 3,221 | 9,882 | 8,894 |
| Other Revenue | | | | | | | | | 9 | 9 | 14 | 32 | 28 | - | - | - | 28 | - |
| Total Revenue | 115,661 | 127,819 | 33,298 | 34,284 | 37,834 | 41,853 | 147,269 | 44,052 | 48,360 | 51,669 | 69,876 | 213,957 | 81,837 | 76,721 | 74,176 | 91,686 | 324,421 | 358,657 |
| | | | | | | | | | | | | | | | | | | |
| Total Cost of Revenue | 27,756 | 27,500 | 7,445 | 7,616 | 8,544 | 9,301 | 32,906 | 9,625 | 9,938 | 11,189 | 13,183 | 43,935 | 14,622 | 14,407 | 13,941 | 16,860 | 59,831 | 65,426 |
| Gross Profit | 87,905 | 100,319 | 25,853 | 26,668 | 29,290 | 32,552 | 114,363 | 34,427 | 38,422 | 40,480 | 56,693 | 170,022 | 67,215 | 62,314 | 60,235 | 74,826 | 264,590 | 293,231 |
| | | | | | | | | | | | | | | | | | | |
| Sales & Marketing | 38,755 | 39,449 | 11,370 | 10,663 | 9,516 | 12,110 | 43,659 | 14,021 | 12,536 | 11,341 | 18,246 | 56,144 | 21,397 | 18,413 | 17,431 | 22,463 | 79,705 | 84,737 |
| Research & Development | 10,243 | 10,958 | 2,916 | 3,036 | 3,407 | 3,950 | 13,309 | 4,282 | 4,680 | 4,758 | 6,991 | 20,711 | 8,337 | 8,439 | 8,456 | 8,435 | 33,668 | 34,584 |
| General & Administrative | 14,750 | 15,794 | 4,197 | 5,350 | 6,191 | 9,409 | 25,147 | 7,771 | 12,763 | 9,470 | 12,395 | 42,399 | 15,262 | 15,344 | 15,429 | 15,587 | 61,622 | 64,038 |
| Legal Settlements/Spec Div charge | - | - | - | - | 860 | 7,578 | 8,438 | 10,512 | 23,595 | 1,920 | 20,061 | 56,088 | - | - | - | - | - | - |
| Total Operating Exp | 63,748 | 66,201 | 18,483 | 19,049 | 19,974 | 33,047 | 90,553 | 36,586 | 53,574 | 27,489 | 57,693 | 175,342 | 44,996 | 42,197 | 41,316 | 46,485 | 174,994 | 183,360 |
| | | | | | | | | | | | | | | | | | | |
| Operating Income | 24,157 | 34,118 | 7,370 | 7,619 | 9,316 | (495) | 23,810 | (2,159) | (15,152) | 12,991 | (1,000) | (5,320) | 22,219 | 20,117 | 18,919 | 28,341 | 89,596 | 109,871 |
| | | | | | | | | | | | | | | | | | | |
| Interest Expense (Income) | (541) | (480) | (136) | (89) | (71) | (79) | (375) | (69) | 14 | (48) | 354 | 251 | 872 | 800 | 800 | 800 | 3,272 | 3,200 |
| Pretax Income | 24,698 | 34,598 | 7,506 | 7,708 | 9,387 | (416) | 24,185 | (2,090) | (15,166) | 13,039 | (1,354) | (5,571) | 21,347 | 19,317 | 18,119 | 27,541 | 86,324 | 106,671 |
| | | | | | | | | | | | | | | | | | | |
| Tax Expense (benefit) | (13,859) | (9,555) | 172 | (3,466) | (85) | (9,318) | (12,697) | (1,120) | (4,735) | 5,765 | (1,283) | (1,373) | 8,109 | 6,761 | 6,342 | 9,639 | 30,851 | 37,335 |
| | | | | | | | | | | | | | | | | | | |
| Net Income | 38,557 | 44,153 | 7,334 | 11,174 | 9,472 | 8,902 | 36,882 | (970) | (10,431) | 7,274 | (71) | (4,198) | 13,238 | 12,556 | 11,777 | 17,902 | 55,473 | 69,336 |
| EPS (GAAP) | $ 2.30 | $ 2.71 | $ 0.44 | $ 0.68 | $ 0.58 | $ 0.54 | $ 2.25 | $ (0.06) | $ (0.60) | $ 0.42 | $ (0.00) | $ (0.24) | $ 0.71 | $ 0.65 | $ 0.60 | $ 0.89 | $ 2.85 | $ 3.37 |
| Shares Outstanding (diluted) | 16,792 | 16,297 | 16,664 | 16,378 | 16,258 | 16,372 | 16,417 | 16,990 | 17,300 | 17,517 | 17,880 | 17,421 | 18,664 | 19,464 | 19,764 | 20,064 | 19,488 | 20,563 |
| | | | | | | | | | | | | | | | | | | |
| **Net income (Pro Forma)** | 28,527 | 39,102 | 8,526 | 9,180 | 11,767 | 11,810 | 41,283 | 12,200 | 16,764 | 20,048 | 28,139 | 77,151 | 32,038 | 27,641 | 26,485 | 35,577 | 121,741 | 135,796 |
| **EPS (Pro Forma)** | $ 1.70 | $ 2.40 | $ 0.51 | $ 0.56 | $ 0.72 | $ 0.72 | $ 2.51 | $ 0.72 | $ 0.97 | $ 1.14 | $ 1.57 | $ 4.43 | $ 1.72 | $ 1.42 | $ 1.34 | $ 1.77 | $ 6.25 | $ 6.60 |
| | | | | | | | | | | | | | | | | | | |
| **EBITDA** | 30,206 | 41,140 | 9,194 | 10,022 | 14,014 | 11,453 | 44,683 | 12,830 | 18,185 | 19,611 | 30,184 | 75,690 | 34,759 | 28,117 | 26,919 | 36,341 | 121,116 | 143,071 |
| **MARGINS** | | | | | | | | | | | | | | | | | | |
| Gross Margin | 76.0% | 78.5% | 77.6% | 77.8% | 77.4% | 77.8% | 77.7% | 78.2% | 79.4% | 78.3% | 81.1% | 79.5% | 82.1% | 81.2% | 81.2% | 81.6% | 81.6% | 81.8% |
| Sales & Marketing | 33.5% | 30.9% | 34.1% | 31.1% | 25.2% | 28.9% | 29.6% | 31.8% | 25.9% | 21.9% | 26.1% | 26.2% | 26.1% | 24.0% | 23.5% | 24.5% | 24.6% | 23.6% |
| Research & Development | 8.9% | 8.6% | 8.8% | 8.9% | 9.0% | 9.4% | 9.0% | 9.7% | 9.7% | 9.2% | 10.0% | 9.7% | 10.2% | 11.0% | 11.4% | 9.2% | 10.4% | 9.6% |
| General & Administrative | 12.8% | 12.4% | 12.6% | 15.6% | 16.4% | 22.5% | 17.1% | 17.6% | 26.4% | 18.3% | 17.7% | 19.8% | 18.6% | 20.0% | 20.8% | 17.0% | 19.0% | 17.9% |
| Total Operating Expenses | 55.1% | 51.8% | 55.5% | 55.6% | 52.8% | 79.0% | 61.5% | 83.1% | 110.8% | 53.2% | 82.6% | 82.0% | 55.0% | 55.0% | 55.7% | 50.7% | 53.9% | 51.1% |
| Operating Margin | 20.9% | 26.7% | 22.1% | 22.2% | 24.6% | -1.2% | 16.2% | -4.9% | -31.3% | 25.1% | -1.4% | -2.5% | 27.2% | 26.2% | 25.5% | 30.9% | 27.6% | 30.6% |
| Pretax Margin | 21.4% | 27.1% | 22.5% | 22.5% | 24.8% | -1.0% | 16.4% | -4.7% | -31.4% | 25.2% | -1.9% | -2.6% | 26.1% | 25.2% | 24.4% | 30.0% | 26.6% | 29.7% |
| Tax Rate - GAAP | | | | | | | | 53.6% | 31.2% | 44.2% | 94.8% | 24.6% | 38.0% | 35.0% | 35.0% | 35.0% | 35.7% | 35.0% |
| Tax Rate - Non-GAAP | -56.1% | -27.6% | 2.3% | 2.0% | 2.2% | 2.2% | -52.5% | 123.0% | 62.5% | 3.3% | 238.0% | 266.5% | 3.7% | 3.5% | 3.5% | 3.5% | 3.6% | 7.6% |
| EBITDA | 26.1% | 32.2% | 27.6% | 29.2% | 37.0% | 27.4% | 30.3% | 29.1% | 37.6% | 38.0% | 43.2% | 35.4% | 42.5% | 36.6% | 36.3% | 39.6% | 37.3% | 39.9% |
| **GROWTH** | | | | | | | | | | | | | | | | | | |
| Total Sales (Year-Year) | 13.9% | 10.5% | 3.7% | 6.8% | 21.1% | 29.3% | 15.2% | 32.3% | 41.1% | 36.6% | 67.0% | 45.3% | 85.8% | 58.6% | 43.6% | 31.2% | 51.6% | 10.6% |
| Total Sales (Sequential) | NA | NA | 2.9% | 3.0% | 10.4% | 10.6% | NA | 5.3% | 9.8% | 6.8% | 35.2% | NA | 17.1% | -6.3% | -3.3% | 23.6% | NA | NA |
| Net Income (Pro Forma) | 34.7% | 37.1% | -6.4% | -5.6% | 15.4% | 17.2% | 5.6% | 43.1% | 82.6% | 70.4% | 138.3% | 86.9% | 162.6% | 64.9% | 32.1% | 26.4% | 57.8% | 11.5% |
| EBITDA | 40.2% | 36.2% | -3.4% | -1.8% | 30.0% | 7.7% | 8.6% | 39.5% | 81.5% | 39.9% | 163.5% | 69.4% | 170.9% | 54.6% | 37.3% | 20.4% | 60.0% | 18.1% |



**Stamps.com**

| | Fiscal 2012 | Fiscal 2013 | Mar 2014 | Jun 2014 | Sept 2014 | Dec 2014 | Fiscal 2014 | Mar 2015 | Jun 2015 | Sept 2015 | Dec 2015 | Fiscal 2015 | Mar 2016 | Jun 2016E | Sept 2016E | Dec 2016E | Fiscal 2016E | Fiscal 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STATEMENT OF CASH FLOWS** | | | | | | | | | | | | | | | | | | |
| **OPERATING ACTIVITIES** | | | | | | | | | | | | | | | | | | |
| Net income (loss) - as reported | 38,557 | 44,153 | 7,334 | 11,174 | 9,472 | 8,902 | 36,882 | (970) | (10,431) | 7,274 | (71) | (4,198) | 13,238 | 12,556 | 11,777 | 17,902 | 55,473 | 69,336 |
| Provision for doubtful accounts | - | - | | | | | - | | | | | - | | | | | - | - |
| Total depreciation/amortization | 1,649 | 2,538 | 804 | 931 | 1,458 | 1,640 | 4,833 | 1,837 | 1,692 | 1,640 | 2,533 | 7,702 | 4,458 | 3,100 | 3,200 | 3,300 | 14,058 | 13,200 |
| Total Other | (10,433) | (5,221) | 1,016 | (2,708) | 975 | 735 | 18 | 11,699 | 12,246 | 10,314 | 25,060 | 59,319 | 7,516 | 8,000 | 8,000 | 8,000 | 31,516 | 33,200 |
| Changes in working capital | (2,483) | (5,714) | 9,320 | (942) | 814 | 800 | 9,992 | 4,532 | 5,839 | (10,709) | (16,369) | (16,707) | 21,552 | 2,000 | 2,000 | 2,000 | 27,552 | 8,000 |
| **Total cash from operating activities** | **27,290** | **35,756** | **18,474** | **8,455** | **12,719** | **12,077** | **51,725** | **17,098** | **9,346** | **8,519** | **11,153** | **46,116** | **46,764** | **25,656** | **24,977** | **31,202** | **128,599** | **123,736** |
| **INVESTING ACTIVITES** | | | | | | | | | | | | | | | | | | |
| Investments, net | (2,301) | (3,604) | (2,021) | 3,546 | 2,098 | 117 | 3,740 | 1,595 | 2,343 | 67 | (211,598) | (207,593) | 1,004 | | | | 1,004 | - |
| Purchases of equipment | (26,481) | (5,282) | (1,106) | (972) | (972) | (563) | (2,858) | (132) | (1,098) | (422) | (639) | (2,291) | (573) | (700) | (700) | (700) | (2,673) | (2,800) |
| Other | 500 | - | - | (48,883) | (21,080) | (69) | (70,032) | - | | | | - | (261) | | | | (261) | - |
| **Total cash from investing activities** | **(28,282)** | **(8,886)** | **(3,127)** | **(45,554)** | **(19,954)** | **(515)** | **(69,150)** | **1,463** | **1,245** | **(355)** | **(212,237)** | **(209,884)** | **170** | **(700)** | **(700)** | **(700)** | **(1,930)** | **(2,800)** |
| **FINANCING ACTIVITIES** | | | | | | | | | | | | | | | | | | |
| Issuance of preferred stock | - | - | | | | | - | | | | | - | | | | | - | - |
| Issuance of common stock | 915 | 1,114 | 656 | - | 582 | - | 1,238 | 776 | - | 779 | (1) | 1,554 | 1,108 | | | | 1,108 | - |
| Exercise of options | 7,306 | 13,425 | 571 | 551 | 500 | 1,692 | 3,314 | 2,900 | 2,167 | 2,873 | 2,947 | 10,887 | 5,233 | | | | 5,233 | - |
| Repurchase of stock | (31,740) | (4,311) | | (12,888) | - | - | (12,888) | - | - | - | - | - | (3,428) | | | | (3,428) | - |
| Other | - | - | | | | | - | 3,142 | (1,245) | (82) | 173,705 | 175,520 | (2,712) | | | | (2,712) | - |
| **Total cash from financing activities** | **(23,519)** | **10,228** | **1,227** | **(12,337)** | **1,082** | **1,692** | **(8,336)** | **6,818** | **922** | **3,570** | **176,651** | **187,961** | **201** | **-** | **-** | **-** | **201** | **-** |
| **Net increase in cash and cash equivalents** | **(24,511)** | **37,098** | **16,574** | **(49,436)** | **(6,153)** | **13,254** | **(25,761)** | **25,379** | **11,513** | **11,734** | **(24,433)** | **24,193** | **47,135** | **24,956** | **24,277** | **30,502** | **126,870** | **120,936** |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | |
| Total Cash and Investments | 46,619 | 87,210 | 105,796 | 52,800 | 44,512 | 57,630 | 57,630 | 81,422 | 90,570 | 102,236 | 75,208 | 75,208 | 121,331 | | | | | |
| Total accounts receivable | 14,432 | 17,504 | 11,000 | 9,191 | 10,545 | 12,325 | 12,325 | 11,983 | 14,654 | 15,295 | 55,052 | 55,052 | 42,316 | | | | | |
| Other current assets | 5,602 | 6,541 | 6,169 | 6,490 | 6,234 | 6,071 | 6,071 | 5,387 | 6,356 | 7,630 | 8,345 | 8,345 | 10,614 | | | | | |
| Net property and equipment | 28,631 | 29,763 | 29,916 | 29,526 | 30,783 | 30,427 | 30,427 | 29,590 | 29,745 | 29,251 | 31,707 | 31,707 | 30,789 | | | | | |
| Intangible assets, net | 1,262 | 1,047 | 998 | 66,587 | 87,149 | 86,463 | 86,463 | 85,608 | 84,846 | 84,122 | 293,757 | 293,757 | 291,368 | | | | | |
| Other LT assets | 34,306 | 45,053 | 45,300 | 51,015 | 51,189 | 61,815 | 61,815 | 64,920 | 69,042 | 64,049 | 64,545 | 64,545 | 57,985 | | | | | |
| **TOTAL ASSETS** | **130,852** | **187,118** | **199,179** | **215,609** | **230,412** | **254,731** | **254,731** | **278,910** | **295,213** | **302,583** | **528,614** | **528,614** | **554,403** | | | | | |
| Accounts payable/accrued expenses | 16,366 | 13,927 | 16,486 | 16,720 | 19,365 | 22,521 | 22,521 | 30,613 | 40,338 | 29,132 | 64,816 | 64,816 | 64,197 | | | | | |
| Long-Term Debt | - | - | - | - | - | - | - | - | - | - | 161,620 | 161,620 | 160,682 | | | | | |
| Contingent Consideration | - | - | - | 16,242 | 17,102 | 25,015 | 25,015 | 28,704 | 40,398 | 44,838 | 63,209 | 63,209 | - | | | | | |
| **TOTAL LIABILITES** | **17,898** | **15,352** | **17,846** | **34,527** | **38,353** | **49,700** | **49,700** | **59,317** | **80,736** | **73,970** | **289,645** | **289,645** | **228,440** | | | | | |
| **TOTAL STOCKHOLDER'S EQUITY** | **112,954** | **171,766** | **181,333** | **181,082** | **192,059** | **205,031** | **205,031** | **219,593** | **214,477** | **228,613** | **238,969** | **238,969** | **325,963** | | | | | |
| **TOTAL LIAB. & STOCKHOLDER'S EQUITY** | **130,852** | **187,118** | **199,179** | **215,609** | **230,412** | **254,731** | **254,731** | **278,910** | **295,213** | **302,583** | **528,614** | **528,614** | **554,403** | | | | | |
| **RATIOS** | | | | | | | | | | | | | | | | | | |
| FCF | $809 | $30,474 | $17,368 | $8,238 | $11,747 | $11,514 | $48,867 | $16,966 | $8,248 | $8,097 | $10,514 | $43,825 | $46,191 | | | | $125,926 | $120,936 |
| FCF Per Share | $0.05 | $1.87 | $1.04 | $0.50 | $0.72 | $0.70 | $2.98 | $1.00 | $0.48 | $0.46 | $0.59 | $2.52 | $2.47 | | | | $6.46 | $5.88 |
| DSO | 45 | 49 | 31 | 25 | 16 | 18 | 30 | 27 | 31 | 19 | 63 | 93 | 61 | | | | - | - |
| Net Cash/Share | $2.78 | $5.35 | $6.35 | $3.22 | $2.74 | $3.52 | $3.51 | $4.79 | $5.24 | $5.84 | ($4.83) | $4.32 | ($2.11) | | | | $0.00 | $0.00 |
| Book Value/Share | $6.73 | $10.54 | $10.88 | $11.06 | $11.81 | $12.52 | $12.49 | $12.92 | $12.40 | $13.05 | $13.37 | $13.72 | $17.46 | | | | $0.00 | $0.00 |
| LT Debt/Capital | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 40% | 40% | 33% | | | | | |



**July 20, 2016**

## REQUIRED DISCLOSURE

Stamps Com          STMP          7/19/2016          $71.34

February 14, 2013 – Rating: Buy – Price Target: $30
April 25, 2013 – Rating: Buy – Price Target: $35
August 1, 2013 – Rating: Buy – Price Target: $46
October 24, 2013 – Rating: Buy – Price Target: $56
February 14, 2014 – Rating: Buy – Price Target: $42
May 1, 2014 – Rating: Hold – Price Target: $37
July 31, 2014 – Rating: Hold – Price Target: $36
November 6, 2014 – Rating: Buy – Price Target: $46
February 12, 2015 – Rating: Buy – Price Target: $57
March 25, 2015 – Rating: Buy – Price Target: $70
May 7, 2015 – Rating: Buy – Price Target; $74
August 7, 2015 – Rating: Buy – Price Target: $87
November 6, 2015 – Rating: Buy – Price Target: $100
February 26, 2016 – Rating: Buy – Price Target: $150

*Source: Thomson*

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.   **Hold** rated stocks generally have twelve month price targets near the current price.   **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating.   **Stable** means growth rates of key business metrics are generally steady.   **Mixed** means growth rates of some key business metrics are positive but others are negative.   **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (6/30/2016)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 79% | 12% |
| Hold | 21% | 4% |
| Sell | 0% | 0% |
| Total | 100% | 11% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has received non-investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, George Sutton, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer.  No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.