# Exhibit 29

Case 8:19-cv-01828-MWF-SK   Document 81-29   Filed 10/04/19   Page 2 of 5   Page ID #:1211

**INVESTORS**

## NEWS / EVENTS

# Stamps.com Announces Appointment of Kyle Huebner as President; Jeff Carberry as CFO; and JR Veingkeo as Chief Accounting Officer

EL SEGUNDO, CA -- (Marketwired) -- 08/02/17 --

Stamps.com® (NASDAQ: STMP), the leading provider of and solutions to over 725 thousand customers, today announced that Kyle Huebner assumed the role of President of Stamps.com. In addition, Jeff Carberry assumed the role of Chief Financial Officer and JR Veingkeo assumed the role of Chief Accounting Officer. Previously, Kyle Huebner served as Co-President and Chief Financial Officer, Jeff Carberry served as VP of Finance, and JR Veingkeo served as VP of Accounting. In addition, Stamps.com is announcing James Bortnak's departure from his role as Co-President and Corporate & Business Development Officer. Mr. Bortnak will continue to work with Stamps.com as a consultant.

"I'd like to congratulate Kyle, Jeff and JR for their promotions," said Ken McBride, Stamps.com's chairman and CEO. "In addition, I'd like to thank Jim for his 17 years of service and significant contributions at Stamps.com and we look forward to continue working together."

### *About Stamps.com, Endicia, ShipStation, ShipWorks and ShippingEasy*

(NASDAQ: STMP) is the leading provider of and solutions to over 725 thousand customers, including consumers, small businesses, e-commerce shippers, enterprises, and high volume shippers. Stamps.com offers solutions that help businesses run their shipping operations more smoothly and function more successfully under the brand names Stamps.com, , , and . Stamps.com's family of brands provides seamless access to mailing and shipping services through integrations with more than 450 unique partner applications.

is a leading brand for high volume shipping technologies and services for U.S. Postal Service shipping. Under this brand we offer solutions that help businesses run their shipping operations more smoothly and function more successfully. Our Endicia branded solutions also provide seamless access to USPS shipping services through integrations with partner applications.

Ex. 29, at 1

is a leading web-based shipping solution that helps e-commerce retailers import, organize, process, package, and ship their orders quickly and easily from any web browser. ShipStation features the most integrations of any e-commerce web-based solution with more than 150 shopping carts, marketplaces, package carriers, and fulfillment services. Integration partners include eBay, PayPal, Amazon, Etsy, Square, Shopify, BigCommerce, Volusion, Magento, Squarespace, and carriers such as USPS, UPS, FedEx and DHL. ShipStation has sophisticated automation features such as automated order importing, custom hierarchical rules, product profiles, and fulfillment solutions that enable its customers to complete their orders, wherever they sell, and however they ship.

is a leading brand for client-based shipping solutions that help high volume shippers import, organize, process, fulfill, and ship their orders quickly and easily from any standard PC. With integrations to more than 90 shopping carts, marketplaces, package carriers, and fulfillment services, ShipWorks has the most integrations of any high-volume client shipping solution. Package carriers include USPS, UPS, FedEx, DHL, OnTrac and many more. Marketplace and shopping cart integrations include eBay, PayPal, Amazon, Etsy, Shopify, BigCommerce, Volusion, Channel Advisor, Magento, and many more. ShipWorks has sophisticated automation features such as a custom rules engine, automated order importing, automatic product profile detection, and fulfillment automation, which enable high volume shippers to complete their orders quickly and efficiently.

is a leading web-based shipping software solution that allows online retailers and e-commerce merchants to organize, process, fulfill and ship their orders quickly and easily. ShippingEasy integrates with leading marketplaces, shopping carts, and e-commerce platforms to allow order fulfillment and tracking data to populate in real time across all systems. The ShippingEasy software downloads orders from all selling channels and automatically maps custom shipping preferences, rates and delivery options across all supported carriers.

***"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995***

*This release includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements are statements that are not historical facts, and may relate to future events or the company's anticipated results, business strategies or capital requirements, among other things, all of which involve risks and uncertainties. You can identify many (but not all) such forward-looking statements by looking for words such as "approximates," "believes," "expects," "anticipates," "estimates," "projects," "seeks," "intends," "plans," "could," "would," "may" or other similar expressions. Important factors, including the Company's ability to successfully integrate and realize the benefits of its past or future strategic acquisitions or investments, to complete and ship its products and to maintain desirable economics for its products, as well as the timing of when the Company will utilize its deferred tax assets, and obtain or maintain regulatory approval, which could cause actual results to differ materially from those in the forward-looking statements, are detailed in filings with the Securities and Exchange Commission made from time to time by Stamps.com, including its*

Ex. 29, at 2

Case 8:19-cv-01828-MWF-SK  Document 81-29  Filed 10/04/19  Page 4 of 5  Page ID #:1213

*Annual Report on Form 10-K for the year ended December 31, 2016, Quarterly Reports on Form 10-Q, and Current Reports on Form 8-K. Matters described in forward-looking statements may also be affected by other known and unknown risks, trends, uncertainties and factors, many of which are beyond the company's ability to control or predict. Stamps.com undertakes no obligation to release publicly any revisions to any forward-looking statements to reflect events or circumstances after the date hereof or to reflect the occurrence of unanticipated events.*

### *Trademarks*

*Stamps.com, the Stamps.com logo, Endicia, ShipStation, ShipWorks, and ShippingEasy are registered trademarks of Stamps.com Inc. and its subsidiaries. All other brands and names used in this release are the property of their respective owners.*

Investor Contact:

Suzanne Park

Stamps.com Investor Relations

(310) 482-5830


Press Contact:

Eric Nash

Stamps.com Public Relations

(310) 482-5942

Source: Stamps.com

Released August 2, 2017

---

Products (https://www.stamps.com/#products-menu)  ✚

---

Support (https://www.stamps.com/#support-menu)  ✚

---

Company Stuff (https://www.stamps.com/#company-menu)  ✚

---

Developers (https://www.stamps.com/#developers-menu)  ✚

---

Follow Us (https://www.stamps.com/#followus-menu)  ✚

---

Ex. 29, at 3

Case 8:19-cv-01828-MWF-SK Document 81-29 Filed 10/04/19 Page 5 of 5 Page ID #:1214

Stamps.com is an independent vendor of the USPS.

Copyright © 1998-2019 Stamps.com Inc. (https://www.stamps.com/site/copyright/#copyright)

Ex. 29, at 4