# Exhibit 30

Stamps.com Announces New CTO

# Stamps.com Announces New CTO

**EL SEGUNDO, Calif.--(BUSINESS WIRE)--Feb. 27, 2018--** Stamps.com® (NASDAQ: STMP), the leading provider of postage online (/postage-online/) and shipping software (/shipping/) solutions to over 725 thousand customers, has hired Jonathan Bourgoine as its new Chief Technology Officer. Mr. Bourgoine previously served as VP and Chief Technology Officer of Mattel and, before that, was SVP of Operations at Youbet.com.

Mr. Bourgoine succeeds Michael Biswas, Stamps.com's former CTO, who recently stepped down from the position to spend more time with his family and to pursue other endeavors. Mr. Biswas is continuing to serve in a part-time, consulting role. "We are grateful to Michael for his incredible contributions to Stamps.com over the last 15 years," said Ken McBride, Stamps.com's Chairman and CEO.

Mr. Bourgoine joined the company on February 26. "We are excited about Jonathan joining the team. He brings an enthusiasm for technology and a depth of understanding around many types of technology platforms that will significantly benefit Stamps.com going forward," said Ken McBride.

In addition, on February 26, 2018, the company granted inducement stock options to Mr. Bourgoine. The inducement stock options were granted as an inducement to Mr. Bourgoine entering into employment with Stamps.com, as permitted under NASDAQ Listing Rule 5635(c)(4).

Mr. Bourgoine received options to purchase 60,000 shares of the company's common stock that shall vest according to the following schedule: 25% of the options shall vest on February 26, 2019 and the remaining options shall vest ratably each month thereafter for a period of 36 months, assuming Mr. Bourgoine remains employed by Stamps.com.

The exercise price for the inducement stock options issued to Mr. Bourgoine is $201.00 per share, which was the closing price per share of Stamps.com's common stock as reported by NASDAQ on February 26, 2018, the date of the grant.

Stamps.com is providing this information in accordance with NASDAQ Listing Rule 5635(c)(4).

## About Stamps.com

Stamps.com (/) (NASDAQ: STMP) is the leading provider of postage online (/postage-online/) and shipping software (/shipping/) solutions to over 725 thousand customers, including consumers, small businesses, e-commerce shippers, enterprises, and high volume shippers. Stamps.com offers solutions that help

Ex. 30, at 1

businesses run their shipping operations more smoothly and function more successfully under the brand names Stamps.com, Endicia (https://www.endicia.com/), ShipStation (https://www.shipstation.com/), ShipWorks (https://www.shipworks.com/) and ShippingEasy (https://shippingeasy.com/). Stamps.com's family of brands provides seamless access to mailing and shipping services through integrations with more than 450 unique partner applications.

*Stamps.com, Endicia, ShipStation, ShipWorks, ShippingEasy and the Stamps.com logo are registered trademarks of Stamps.com Inc. All other brands and names are property of their respective owners.*

View source version on businesswire.com:
http://www.businesswire.com/news/home/20180227006777/en/
(http://www.businesswire.com/news/home/20180227006777/en/)

Source: Stamps.com

Investor Contact:
Suzanne Park
Stamps.com Investor Relations
(310) 482-5830
invrel@stamps.com (mailto:invrel@stamps.com)
or
Press Contact:
Eric Nash
Stamps.com Public Relations
(310) 482-5942
enash@stamps.com (mailto:enash@stamps.com)

Products ✚

Support ✚

Company Stuff ✚

Developers ✚

Follow Us ✚



Stamps.com is an
independent vendor
of the USPS.

Copyright © 1998-2019 Stamps.com Inc. (https://www.stamps.com/site/copyright/#copyright)

Ex. 30, at 2