# Exhibit 34



Ex. 34, at 1

| Jul 12, 2019 | 47.25 | 48.25 | 46.83 | 48.05 | 48.05 | 332,900 |
| Jul 11, 2019 | 47.97 | 48.27 | 46.78 | 47.03 | 47.03 | 373,600 |
| Jul 10, 2019 | 48.17 | 48.70 | 47.03 | 47.71 | 47.71 | 580,100 |
| Jul 09, 2019 | 45.55 | 48.74 | 45.55 | 48.12 | 48.12 | 857,000 |
| Jul 08, 2019 | 46.07 | 46.46 | 45.22 | 45.60 | 45.60 | 373,400 |
| Jul 05, 2019 | 45.40 | 46.69 | 45.06 | 46.33 | 46.33 | 398,100 |
| Jul 03, 2019 | 45.96 | 46.36 | 45.04 | 45.63 | 45.63 | 265,600 |
| Jul 02, 2019 | 45.51 | 46.57 | 45.08 | 45.86 | 45.86 | 583,900 |
| Jul 01, 2019 | 46.05 | 46.64 | 44.92 | 45.15 | 45.15 | 770,400 |
| Jun 28, 2019 | 43.44 | 45.57 | 42.92 | 45.27 | 45.27 | 1,710,800 |
| Jun 27, 2019 | 42.14 | 43.31 | 42.14 | 43.16 | 43.16 | 435,300 |
| Jun 26, 2019 | 40.66 | 42.50 | 40.65 | 42.00 | 42.00 | 504,200 |
| Jun 25, 2019 | 41.64 | 41.72 | 39.75 | 40.34 | 40.34 | 537,400 |
| Jun 24, 2019 | 41.45 | 42.35 | 41.29 | 41.38 | 41.38 | 721,200 |
| Jun 21, 2019 | 41.00 | 41.94 | 40.85 | 41.25 | 41.25 | 878,300 |
| Jun 20, 2019 | 41.39 | 41.79 | 40.63 | 41.20 | 41.20 | 411,500 |
| Jun 19, 2019 | 40.66 | 41.20 | 40.15 | 40.81 | 40.81 | 543,100 |
| Jun 18, 2019 | 40.96 | 41.49 | 40.52 | 40.64 | 40.64 | 468,300 |
| Jun 17, 2019 | 40.38 | 40.86 | 40.11 | 40.43 | 40.43 | 455,200 |
| Jun 14, 2019 | 40.42 | 41.00 | 39.67 | 40.41 | 40.41 | 431,800 |
| Jun 13, 2019 | 38.68 | 40.75 | 38.50 | 40.56 | 40.56 | 613,700 |
| Jun 12, 2019 | 37.75 | 38.95 | 37.42 | 38.70 | 38.70 | 455,200 |
| Jun 11, 2019 | 38.39 | 39.19 | 37.73 | 37.78 | 37.78 | 667,800 |
| Jun 10, 2019 | 37.64 | 38.95 | 37.48 | 37.63 | 37.63 | 584,600 |
| Jun 07, 2019 | 37.70 | 38.19 | 36.69 | 37.78 | 37.78 | 626,300 |
| Jun 06, 2019 | 37.78 | 37.80 | 36.69 | 37.49 | 37.49 | 440,400 |
| Jun 05, 2019 | 37.44 | 38.14 | 36.73 | 37.72 | 37.72 | 688,600 |
| Jun 04, 2019 | 35.38 | 37.30 | 35.21 | 37.25 | 37.25 | 734,100 |
| Jun 03, 2019 | 33.58 | 35.09 | 33.04 | 35.04 | 35.04 | 876,200 |
| May 31, 2019 | 32.78 | 34.02 | 32.54 | 33.54 | 33.54 | 776,700 |
| May 30, 2019 | 33.56 | 34.39 | 33.22 | 33.47 | 33.47 | 505,800 |
| May 29, 2019 | 33.78 | 33.86 | 32.62 | 33.51 | 33.51 | 799,100 |
| May 28, 2019 | 34.64 | 34.98 | 34.03 | 34.15 | 34.15 | 950,100 |
| May 24, 2019 | 35.05 | 35.51 | 33.65 | 34.61 | 34.61 | 1,026,100 |
| May 23, 2019 | 35.84 | 36.83 | 34.37 | 34.74 | 34.74 | 858,600 |
| May 22, 2019 | 38.50 | 39.12 | 35.98 | 36.05 | 36.05 | 979,800 |

Ex. 34, at 2

| | | | | | |
|---|---|---|---|---|---|
| May 21, 2019 | 38.83 | 39.96 | 38.83 | 38.96 | 38.96 | 721,800 |
| May 20, 2019 | 39.35 | 39.50 | 38.48 | 38.89 | 38.89 | 787,000 |
| May 17, 2019 | 41.24 | 41.47 | 39.64 | 39.81 | 39.81 | 1,126,900 |
| May 16, 2019 | 43.49 | 44.35 | 41.77 | 41.81 | 41.81 | 1,119,700 |
| May 15, 2019 | 42.08 | 43.63 | 41.94 | 43.49 | 43.49 | 1,525,600 |
| May 14, 2019 | 42.00 | 44.20 | 41.13 | 42.53 | 42.53 | 3,548,600 |
| May 13, 2019 | 39.11 | 43.18 | 38.81 | 42.00 | 42.00 | 3,367,500 |
| May 10, 2019 | 36.98 | 40.95 | 36.51 | 40.59 | 40.59 | 6,290,000 |
| May 09, 2019 | 42.12 | 42.35 | 35.25 | 36.90 | 36.90 | 16,806,100 |
| May 08, 2019 | 83.92 | 85.45 | 82.61 | 83.39 | 83.39 | 2,418,800 |
| May 07, 2019 | 85.20 | 87.14 | 82.81 | 83.65 | 83.65 | 625,000 |
| May 06, 2019 | 85.40 | 87.43 | 85.07 | 85.43 | 85.43 | 588,100 |
| May 03, 2019 | 84.67 | 87.62 | 84.09 | 87.14 | 87.14 | 581,300 |
| May 02, 2019 | 84.54 | 86.00 | 82.89 | 84.43 | 84.43 | 595,900 |
| May 01, 2019 | 85.76 | 87.98 | 84.46 | 84.69 | 84.69 | 701,000 |
| Apr 30, 2019 | 87.53 | 88.95 | 84.93 | 85.80 | 85.80 | 763,200 |
| Apr 29, 2019 | 85.97 | 88.68 | 85.97 | 87.50 | 87.50 | 543,900 |
| Apr 26, 2019 | 84.46 | 86.97 | 84.46 | 86.20 | 86.20 | 746,200 |
| Apr 25, 2019 | 83.16 | 84.82 | 82.41 | 84.10 | 84.10 | 582,500 |
| Apr 24, 2019 | 81.50 | 83.71 | 81.17 | 83.24 | 83.24 | 671,400 |
| Apr 23, 2019 | 78.91 | 81.83 | 78.91 | 81.22 | 81.22 | 655,400 |
| Apr 22, 2019 | 79.08 | 79.98 | 78.22 | 78.84 | 78.84 | 327,600 |
| Apr 18, 2019 | 79.32 | 81.51 | 79.13 | 79.40 | 79.40 | 572,100 |
| Apr 17, 2019 | 78.99 | 80.24 | 77.81 | 79.53 | 79.53 | 714,600 |
| Apr 16, 2019 | 76.60 | 79.43 | 75.61 | 78.41 | 78.41 | 757,100 |
| Apr 15, 2019 | 78.05 | 78.80 | 76.19 | 76.60 | 76.60 | 554,400 |
| Apr 12, 2019 | 79.42 | 80.07 | 77.95 | 78.17 | 78.17 | 542,900 |
| Apr 11, 2019 | 79.91 | 81.18 | 78.40 | 78.62 | 78.62 | 652,000 |
| Apr 10, 2019 | 80.07 | 80.94 | 78.57 | 79.59 | 79.59 | 1,046,200 |
| Apr 09, 2019 | 77.95 | 79.35 | 77.57 | 78.32 | 78.32 | 634,700 |
| Apr 08, 2019 | 80.00 | 80.09 | 77.69 | 78.36 | 78.36 | 727,900 |
| Apr 05, 2019 | 81.05 | 82.37 | 80.08 | 80.27 | 80.27 | 474,900 |
| Apr 04, 2019 | 80.30 | 81.28 | 79.50 | 80.82 | 80.82 | 567,300 |
| Apr 03, 2019 | 83.02 | 83.21 | 80.20 | 80.37 | 80.37 | 635,400 |
| Apr 02, 2019 | 81.90 | 83.61 | 81.09 | 82.23 | 82.23 | 471,200 |
| Apr 01, 2019 | 82.17 | 83.74 | 81.48 | 82.04 | 82.04 | 999,500 |

Ex. 34, at 3

| Date | Open | High | Low | Close | Close | Volume |
|---|---|---|---|---|---|---|
| Mar 29, 2019 | 81.61 | 82.82 | 80.72 | 81.41 | 81.41 | 647,900 |
| Mar 28, 2019 | 80.94 | 82.00 | 80.33 | 80.70 | 80.70 | 653,000 |
| Mar 27, 2019 | 83.39 | 83.79 | 80.22 | 80.51 | 80.51 | 1,018,600 |
| Mar 26, 2019 | 84.17 | 84.82 | 82.32 | 83.40 | 83.40 | 587,500 |
| Mar 25, 2019 | 82.76 | 84.73 | 81.17 | 83.25 | 83.25 | 719,300 |
| Mar 22, 2019 | 85.63 | 85.63 | 82.42 | 82.71 | 82.71 | 950,000 |
| Mar 21, 2019 | 84.62 | 86.76 | 83.58 | 86.15 | 86.15 | 859,900 |
| Mar 20, 2019 | 85.01 | 85.71 | 83.45 | 84.73 | 84.73 | 706,300 |
| Mar 19, 2019 | 86.88 | 87.33 | 84.78 | 85.30 | 85.30 | 875,000 |
| Mar 18, 2019 | 87.12 | 87.65 | 86.26 | 86.68 | 86.68 | 846,500 |
| Mar 15, 2019 | 86.89 | 88.03 | 85.40 | 85.49 | 85.49 | 1,034,200 |
| Mar 14, 2019 | 90.47 | 90.78 | 86.15 | 87.18 | 87.18 | 623,900 |
| Mar 13, 2019 | 89.56 | 91.51 | 89.56 | 90.47 | 90.47 | 465,300 |
| Mar 12, 2019 | 90.05 | 90.66 | 87.36 | 89.56 | 89.56 | 752,000 |
| Mar 11, 2019 | 87.54 | 88.67 | 85.93 | 88.31 | 88.31 | 607,600 |
| Mar 08, 2019 | 86.34 | 87.49 | 85.11 | 87.09 | 87.09 | 725,800 |
| Mar 07, 2019 | 90.14 | 90.50 | 86.60 | 87.43 | 87.43 | 952,300 |
| Mar 06, 2019 | 94.31 | 94.50 | 88.62 | 90.00 | 90.00 | 1,185,800 |
| Mar 05, 2019 | 90.39 | 95.47 | 90.19 | 94.15 | 94.15 | 1,233,400 |
| Mar 04, 2019 | 95.07 | 96.85 | 89.54 | 90.31 | 90.31 | 1,690,800 |
| Mar 01, 2019 | 94.54 | 96.00 | 90.54 | 94.99 | 94.99 | 1,768,600 |
| Feb 28, 2019 | 92.01 | 94.85 | 92.01 | 93.99 | 93.99 | 1,193,200 |
| Feb 27, 2019 | 96.03 | 98.99 | 91.05 | 91.96 | 91.96 | 1,851,300 |
| Feb 26, 2019 | 98.52 | 100.50 | 94.20 | 97.23 | 97.23 | 2,914,000 |
| Feb 25, 2019 | 83.19 | 100.72 | 83.19 | 99.22 | 99.22 | 9,654,100 |
| Feb 22, 2019 | 90.00 | 94.34 | 82.40 | 83.65 | 83.65 | 13,692,900 |
| Feb 21, 2019 | 203.67 | 203.87 | 194.08 | 198.08 | 198.08 | 2,290,200 |
| Feb 20, 2019 | 201.94 | 204.12 | 201.19 | 202.13 | 202.13 | 205,700 |
| Feb 19, 2019 | 201.35 | 207.25 | 201.35 | 202.10 | 202.10 | 357,600 |
| Feb 15, 2019 | 199.06 | 201.64 | 197.73 | 201.24 | 201.24 | 211,400 |
| Feb 14, 2019 | 195.96 | 198.63 | 194.62 | 197.48 | 197.48 | 191,800 |
| Feb 13, 2019 | 196.18 | 198.24 | 195.10 | 197.48 | 197.48 | 232,600 |
| Feb 12, 2019 | 188.68 | 196.26 | 188.68 | 195.38 | 195.38 | 268,900 |
| Feb 11, 2019 | 190.00 | 191.70 | 187.01 | 187.49 | 187.49 | 395,200 |
| Feb 08, 2019 | 189.42 | 192.29 | 189.27 | 189.99 | 189.99 | 226,700 |
| Feb 07, 2019 | 187.76 | 191.34 | 186.98 | 190.76 | 190.76 | 185,000 |

Ex. 34, at 4

| | | | | | |
|---|---|---|---|---|---|
| Feb 06, 2019 | 190.64 | 190.85 | 186.13 | 189.62 | 189.62 | 177,300 |
| Feb 05, 2019 | 189.11 | 192.43 | 189.00 | 190.10 | 190.10 | 251,200 |
| Feb 04, 2019 | 187.01 | 189.38 | 184.44 | 189.38 | 189.38 | 182,800 |
| Feb 01, 2019 | 185.15 | 189.47 | 185.15 | 187.44 | 187.44 | 284,600 |
| Jan 31, 2019 | 182.07 | 187.77 | 181.86 | 186.08 | 186.08 | 276,900 |
| Jan 30, 2019 | 177.68 | 183.00 | 177.00 | 181.85 | 181.85 | 207,600 |
| Jan 29, 2019 | 178.00 | 178.00 | 173.53 | 176.08 | 176.08 | 218,400 |
| Jan 28, 2019 | 176.14 | 178.27 | 174.55 | 177.95 | 177.95 | 286,400 |
| Jan 25, 2019 | 177.42 | 177.48 | 174.56 | 177.34 | 177.34 | 244,900 |
| Jan 24, 2019 | 175.43 | 176.12 | 173.72 | 175.69 | 175.69 | 203,500 |
| Jan 23, 2019 | 176.27 | 176.27 | 173.00 | 175.00 | 175.00 | 228,600 |
| Jan 22, 2019 | 175.82 | 177.54 | 173.51 | 175.79 | 175.79 | 396,700 |
| Jan 18, 2019 | 171.97 | 176.78 | 170.66 | 175.85 | 175.85 | 347,100 |
| Jan 17, 2019 | 172.64 | 174.31 | 170.56 | 171.67 | 171.67 | 210,900 |
| Jan 16, 2019 | 173.02 | 175.79 | 172.32 | 173.37 | 173.37 | 222,100 |
| Jan 15, 2019 | 171.92 | 174.07 | 170.48 | 172.51 | 172.51 | 225,800 |
| Jan 14, 2019 | 170.39 | 171.30 | 169.13 | 170.61 | 170.61 | 243,300 |
| Jan 11, 2019 | 170.42 | 173.30 | 169.21 | 172.20 | 172.20 | 349,200 |
| Jan 10, 2019 | 165.95 | 172.18 | 163.08 | 171.75 | 171.75 | 423,300 |
| Jan 09, 2019 | 162.48 | 168.90 | 161.73 | 167.00 | 167.00 | 306,300 |
| Jan 08, 2019 | 163.65 | 165.31 | 159.51 | 162.02 | 162.02 | 226,800 |
| Jan 07, 2019 | 155.37 | 163.48 | 154.61 | 161.57 | 161.57 | 298,900 |
| Jan 04, 2019 | 150.55 | 157.95 | 149.65 | 154.69 | 154.69 | 309,600 |
| Jan 03, 2019 | 149.11 | 151.25 | 147.00 | 147.97 | 147.97 | 251,400 |
| Jan 02, 2019 | 152.45 | 158.12 | 149.33 | 150.67 | 150.67 | 381,500 |
| Dec 31, 2018 | 156.23 | 157.66 | 152.10 | 155.64 | 155.64 | 231,700 |
| Dec 28, 2018 | 157.09 | 158.99 | 152.58 | 155.32 | 155.32 | 332,300 |
| Dec 27, 2018 | 148.59 | 157.16 | 148.59 | 156.68 | 156.68 | 375,800 |
| Dec 26, 2018 | 143.49 | 151.95 | 143.49 | 151.29 | 151.29 | 257,800 |
| Dec 24, 2018 | 144.94 | 148.48 | 141.38 | 143.19 | 143.19 | 144,600 |
| Dec 21, 2018 | 150.21 | 156.02 | 145.08 | 145.36 | 145.36 | 544,100 |
| Dec 20, 2018 | 149.92 | 153.47 | 144.31 | 149.63 | 149.63 | 569,300 |
| Dec 19, 2018 | 152.04 | 154.47 | 148.47 | 148.95 | 148.95 | 432,400 |
| Dec 18, 2018 | 154.32 | 158.80 | 150.28 | 151.50 | 151.50 | 456,700 |
| Dec 17, 2018 | 160.44 | 160.44 | 151.58 | 152.61 | 152.61 | 397,100 |
| Dec 14, 2018 | 159.30 | 164.49 | 158.18 | 161.34 | 161.34 | 284,400 |

Ex. 34, at 5

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 13, 2018 | 165.05 | 166.38 | 159.27 | 160.76 | 160.76 | 429,500 |
| Dec 12, 2018 | 171.14 | 172.63 | 164.79 | 165.29 | 165.29 | 348,600 |
| Dec 11, 2018 | 174.73 | 176.10 | 163.00 | 168.30 | 168.30 | 579,300 |
| Dec 10, 2018 | 171.98 | 175.80 | 168.00 | 172.81 | 172.81 | 534,600 |
| Dec 07, 2018 | 175.51 | 179.48 | 169.76 | 171.71 | 171.71 | 545,300 |
| Dec 06, 2018 | 160.00 | 182.96 | 156.26 | 176.56 | 176.56 | 1,026,800 |
| Dec 04, 2018 | 169.15 | 169.64 | 159.79 | 163.30 | 163.30 | 409,100 |
| Dec 03, 2018 | 175.00 | 176.75 | 167.79 | 170.10 | 170.10 | 324,800 |
| Nov 30, 2018 | 170.34 | 172.05 | 167.50 | 171.46 | 171.46 | 296,200 |
| Nov 29, 2018 | 160.88 | 172.00 | 159.54 | 170.26 | 170.26 | 637,100 |
| Nov 28, 2018 | 158.30 | 161.91 | 155.36 | 160.87 | 160.87 | 327,700 |
| Nov 27, 2018 | 160.61 | 163.21 | 156.16 | 157.30 | 157.30 | 382,500 |
| Nov 26, 2018 | 162.35 | 163.40 | 156.82 | 161.64 | 161.64 | 349,000 |
| Nov 23, 2018 | 157.55 | 162.43 | 157.55 | 158.86 | 158.86 | 128,000 |
| Nov 21, 2018 | 158.98 | 161.50 | 156.44 | 158.77 | 158.77 | 392,600 |
| Nov 20, 2018 | 148.26 | 160.90 | 145.78 | 155.22 | 155.22 | 661,900 |
| Nov 19, 2018 | 153.35 | 154.75 | 150.05 | 152.91 | 152.91 | 454,700 |
| Nov 16, 2018 | 156.64 | 157.76 | 152.15 | 153.57 | 153.57 | 484,400 |
| Nov 15, 2018 | 157.15 | 159.79 | 154.06 | 158.00 | 158.00 | 431,700 |
| Nov 14, 2018 | 163.36 | 165.00 | 157.22 | 158.12 | 158.12 | 418,600 |
| Nov 13, 2018 | 161.20 | 162.53 | 157.98 | 160.59 | 160.59 | 359,200 |
| Nov 12, 2018 | 166.26 | 166.61 | 159.68 | 161.02 | 161.02 | 394,300 |
| Nov 09, 2018 | 168.36 | 171.58 | 164.31 | 167.18 | 167.18 | 421,200 |
| Nov 08, 2018 | 173.87 | 173.87 | 166.65 | 169.43 | 169.43 | 644,200 |
| Nov 07, 2018 | 179.26 | 181.25 | 171.45 | 175.51 | 175.51 | 546,700 |
| Nov 06, 2018 | 178.08 | 183.23 | 175.90 | 178.13 | 178.13 | 351,300 |
| Nov 05, 2018 | 177.31 | 178.95 | 171.26 | 177.65 | 177.65 | 420,300 |
| Nov 02, 2018 | 182.70 | 184.33 | 175.61 | 177.18 | 177.18 | 665,200 |
| Nov 01, 2018 | 186.24 | 192.80 | 177.01 | 182.47 | 182.47 | 1,301,800 |
| Oct 31, 2018 | 203.90 | 211.39 | 199.03 | 202.17 | 202.17 | 693,200 |
| Oct 30, 2018 | 185.44 | 202.62 | 184.27 | 200.95 | 200.95 | 606,700 |
| Oct 29, 2018 | 192.35 | 195.00 | 181.37 | 185.08 | 185.08 | 273,300 |
| Oct 26, 2018 | 189.33 | 193.39 | 183.83 | 189.55 | 189.55 | 298,600 |
| Oct 25, 2018 | 188.81 | 197.02 | 187.65 | 193.15 | 193.15 | 352,700 |
| Oct 24, 2018 | 195.94 | 199.31 | 187.02 | 187.35 | 187.35 | 314,700 |
| Oct 23, 2018 | 194.81 | 198.82 | 191.06 | 196.00 | 196.00 | 294,400 |

Ex. 34, at 6

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct 22, 2018 | 195.00 | 202.14 | 194.46 | 200.17 | 200.17 | 234,200 |
| Oct 19, 2018 | 198.46 | 201.58 | 192.74 | 194.32 | 194.32 | 317,900 |
| Oct 18, 2018 | 203.98 | 208.91 | 195.00 | 197.91 | 197.91 | 554,800 |
| Oct 17, 2018 | 222.76 | 222.76 | 200.24 | 203.51 | 203.51 | 815,100 |
| Oct 16, 2018 | 213.19 | 223.93 | 210.88 | 222.80 | 222.80 | 561,300 |
| Oct 15, 2018 | 214.40 | 215.36 | 205.51 | 211.63 | 211.63 | 303,000 |
| Oct 12, 2018 | 221.28 | 226.75 | 212.01 | 214.40 | 214.40 | 593,900 |
| Oct 11, 2018 | 201.00 | 219.30 | 199.37 | 214.64 | 214.64 | 933,700 |
| Oct 10, 2018 | 212.41 | 215.81 | 201.60 | 202.73 | 202.73 | 530,200 |
| Oct 09, 2018 | 217.36 | 223.08 | 211.48 | 213.43 | 213.43 | 324,500 |
| Oct 08, 2018 | 215.10 | 219.50 | 209.65 | 217.26 | 217.26 | 306,500 |
| Oct 05, 2018 | 217.95 | 219.49 | 210.85 | 216.41 | 216.41 | 691,300 |
| Oct 04, 2018 | 215.20 | 219.27 | 211.72 | 218.07 | 218.07 | 556,300 |
| Oct 03, 2018 | 214.54 | 218.37 | 207.16 | 215.61 | 215.61 | 459,300 |
| Oct 02, 2018 | 219.56 | 221.49 | 208.93 | 212.93 | 212.93 | 471,000 |
| Oct 01, 2018 | 226.66 | 228.95 | 218.93 | 219.03 | 219.03 | 432,000 |
| Sep 28, 2018 | 230.10 | 232.00 | 225.10 | 226.20 | 226.20 | 217,400 |
| Sep 27, 2018 | 225.35 | 232.70 | 225.35 | 230.55 | 230.55 | 211,700 |
| Sep 26, 2018 | 227.15 | 228.10 | 222.76 | 225.55 | 225.55 | 272,900 |
| Sep 25, 2018 | 227.60 | 229.75 | 225.01 | 226.45 | 226.45 | 295,900 |
| Sep 24, 2018 | 224.80 | 228.75 | 219.50 | 227.20 | 227.20 | 236,200 |
| Sep 21, 2018 | 232.25 | 234.00 | 225.00 | 225.95 | 225.95 | 440,000 |
| Sep 20, 2018 | 230.30 | 233.15 | 226.91 | 232.65 | 232.65 | 141,300 |
| Sep 19, 2018 | 230.95 | 233.15 | 225.65 | 228.00 | 228.00 | 156,000 |
| Sep 18, 2018 | 226.05 | 231.40 | 225.68 | 230.20 | 230.20 | 162,100 |
| Sep 17, 2018 | 227.40 | 229.80 | 220.90 | 225.20 | 225.20 | 354,000 |
| Sep 14, 2018 | 239.30 | 239.65 | 226.85 | 227.50 | 227.50 | 362,500 |
| Sep 13, 2018 | 242.35 | 244.25 | 236.10 | 237.85 | 237.85 | 180,900 |
| Sep 12, 2018 | 239.50 | 241.95 | 237.00 | 240.75 | 240.75 | 116,800 |
| Sep 11, 2018 | 239.35 | 244.05 | 236.60 | 239.00 | 239.00 | 295,600 |
| Sep 10, 2018 | 243.90 | 244.90 | 240.40 | 240.85 | 240.85 | 157,300 |
| Sep 07, 2018 | 241.15 | 245.20 | 239.08 | 243.00 | 243.00 | 140,200 |
| Sep 06, 2018 | 251.30 | 252.35 | 240.05 | 242.05 | 242.05 | 223,200 |
| Sep 05, 2018 | 253.35 | 256.35 | 242.35 | 252.35 | 252.35 | 475,300 |
| Sep 04, 2018 | 248.15 | 253.55 | 245.53 | 253.10 | 253.10 | 414,100 |
| Aug 31, 2018 | 245.25 | 249.70 | 245.00 | 248.45 | 248.45 | 287,900 |

Ex. 34, at 7

| Aug 30, 2018 | 235.75 | 246.16 | 234.95 | 245.40 | 245.40 | 312,900 |
| Aug 29, 2018 | 239.00 | 239.75 | 235.30 | 235.65 | 235.65 | 102,900 |
| Aug 28, 2018 | 238.40 | 239.00 | 233.80 | 238.35 | 238.35 | 174,900 |
| Aug 27, 2018 | 236.60 | 239.95 | 235.05 | 237.10 | 237.10 | 122,700 |
| Aug 24, 2018 | 233.55 | 238.00 | 232.73 | 235.30 | 235.30 | 195,400 |
| Aug 23, 2018 | 229.75 | 236.05 | 228.00 | 233.20 | 233.20 | 252,900 |
| Aug 22, 2018 | 230.40 | 233.40 | 226.60 | 229.45 | 229.45 | 288,000 |
| Aug 21, 2018 | 231.55 | 235.28 | 230.80 | 231.70 | 231.70 | 228,000 |
| Aug 20, 2018 | 231.95 | 232.35 | 228.40 | 231.05 | 231.05 | 224,900 |
| Aug 17, 2018 | 234.10 | 235.65 | 231.10 | 231.70 | 231.70 | 234,300 |
| Aug 16, 2018 | 234.70 | 237.85 | 232.00 | 235.15 | 235.15 | 190,400 |
| Aug 15, 2018 | 233.50 | 237.60 | 230.00 | 231.75 | 231.75 | 427,300 |
| Aug 14, 2018 | 238.50 | 242.90 | 230.75 | 236.95 | 236.95 | 697,900 |
| Aug 13, 2018 | 255.30 | 257.70 | 237.10 | 237.60 | 237.60 | 429,500 |
| Aug 10, 2018 | 247.25 | 257.75 | 245.35 | 255.50 | 255.50 | 388,200 |
| Aug 09, 2018 | 220.90 | 251.30 | 220.51 | 248.10 | 248.10 | 1,351,900 |
| Aug 08, 2018 | 264.10 | 264.60 | 254.35 | 255.15 | 255.15 | 326,500 |
| Aug 07, 2018 | 268.80 | 268.80 | 262.90 | 263.45 | 263.45 | 166,200 |
| Aug 06, 2018 | 260.95 | 268.30 | 260.48 | 267.45 | 267.45 | 183,400 |
| Aug 03, 2018 | 270.80 | 281.75 | 259.45 | 261.45 | 261.45 | 407,500 |
| Aug 02, 2018 | 270.80 | 284.45 | 265.00 | 280.10 | 280.10 | 917,300 |
| Aug 01, 2018 | 262.80 | 263.35 | 257.10 | 258.30 | 258.30 | 379,000 |
| Jul 31, 2018 | 261.00 | 265.10 | 260.50 | 261.00 | 261.00 | 209,200 |
| Jul 30, 2018 | 271.60 | 274.85 | 261.65 | 262.30 | 262.30 | 273,200 |
| Jul 27, 2018 | 281.35 | 281.35 | 270.15 | 272.15 | 272.15 | 161,200 |
| Jul 26, 2018 | 280.00 | 283.80 | 278.25 | 279.40 | 279.40 | 134,700 |
| Jul 25, 2018 | 273.35 | 280.50 | 271.25 | 280.00 | 280.00 | 152,400 |
| Jul 24, 2018 | 275.20 | 276.24 | 269.80 | 272.00 | 272.00 | 103,600 |
| Jul 23, 2018 | 269.90 | 274.35 | 267.00 | 273.85 | 273.85 | 294,600 |
| Jul 20, 2018 | 275.50 | 276.40 | 269.25 | 269.75 | 269.75 | 229,000 |
| Jul 19, 2018 | 275.25 | 277.65 | 273.60 | 274.60 | 274.60 | 190,500 |
| Jul 18, 2018 | 275.20 | 275.90 | 269.10 | 275.40 | 275.40 | 221,800 |
| Jul 17, 2018 | 267.65 | 275.85 | 267.65 | 274.70 | 274.70 | 105,500 |
| Jul 16, 2018 | 271.10 | 272.65 | 266.00 | 269.50 | 269.50 | 189,700 |
| Jul 13, 2018 | 277.25 | 277.65 | 268.15 | 271.10 | 271.10 | 224,500 |
| Jul 12, 2018 | 272.35 | 276.55 | 271.09 | 276.20 | 276.20 | 159,800 |

Ex. 34, at 8

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jul 11, 2018 | 267.65 | 273.55 | 265.01 | 269.90 | 269.90 | 168,500 |
| Jul 10, 2018 | 279.35 | 279.35 | 269.70 | 270.35 | 270.35 | 193,000 |
| Jul 09, 2018 | 273.20 | 277.55 | 270.80 | 277.25 | 277.25 | 231,200 |
| Jul 06, 2018 | 263.45 | 270.80 | 263.45 | 269.40 | 269.40 | 166,800 |
| Jul 05, 2018 | 259.55 | 265.45 | 257.10 | 264.30 | 264.30 | 219,100 |
| Jul 03, 2018 | 257.40 | 257.77 | 254.42 | 257.05 | 257.05 | 106,700 |
| Jul 02, 2018 | 249.35 | 256.90 | 246.51 | 256.30 | 256.30 | 177,600 |
| Jun 29, 2018 | 250.05 | 253.05 | 246.20 | 253.05 | 253.05 | 414,700 |
| Jun 28, 2018 | 244.80 | 250.00 | 243.05 | 248.35 | 248.35 | 278,600 |
| Jun 27, 2018 | 252.00 | 253.85 | 245.11 | 246.50 | 246.50 | 325,800 |
| Jun 26, 2018 | 248.20 | 251.50 | 246.30 | 250.80 | 250.80 | 179,500 |
| Jun 25, 2018 | 250.80 | 251.28 | 241.55 | 247.15 | 247.15 | 284,000 |
| Jun 22, 2018 | 251.85 | 257.05 | 248.15 | 252.65 | 252.65 | 621,700 |
| Jun 21, 2018 | 281.40 | 281.66 | 242.45 | 251.85 | 251.85 | 1,341,700 |
| Jun 20, 2018 | 280.50 | 283.58 | 279.30 | 280.30 | 280.30 | 183,900 |
| Jun 19, 2018 | 281.00 | 282.70 | 273.80 | 279.55 | 279.55 | 240,600 |
| Jun 18, 2018 | 279.70 | 285.75 | 278.00 | 284.60 | 284.60 | 301,300 |
| Jun 15, 2018 | 279.05 | 283.00 | 278.01 | 281.10 | 281.10 | 338,000 |
| Jun 14, 2018 | 278.00 | 283.83 | 277.40 | 281.60 | 281.60 | 308,300 |
| Jun 13, 2018 | 272.75 | 278.25 | 272.75 | 276.45 | 276.45 | 283,300 |
| Jun 12, 2018 | 267.10 | 273.04 | 266.55 | 272.30 | 272.30 | 311,100 |
| Jun 11, 2018 | 268.00 | 268.89 | 264.40 | 266.95 | 266.95 | 172,700 |
| Jun 08, 2018 | 261.70 | 267.85 | 260.43 | 267.70 | 267.70 | 214,800 |
| Jun 07, 2018 | 263.00 | 264.00 | 258.65 | 261.60 | 261.60 | 217,300 |
| Jun 06, 2018 | 261.15 | 263.15 | 259.55 | 260.85 | 260.85 | 179,200 |
| Jun 05, 2018 | 261.25 | 263.40 | 258.05 | 259.30 | 259.30 | 167,300 |
| Jun 04, 2018 | 258.00 | 260.25 | 256.27 | 259.75 | 259.75 | 165,100 |
| Jun 01, 2018 | 253.00 | 261.45 | 252.54 | 257.60 | 257.60 | 266,400 |
| May 31, 2018 | 251.45 | 254.69 | 249.35 | 250.80 | 250.80 | 185,800 |
| May 30, 2018 | 250.90 | 253.45 | 249.95 | 252.10 | 252.10 | 198,300 |
| May 29, 2018 | 248.00 | 251.80 | 247.60 | 249.95 | 249.95 | 191,500 |
| May 25, 2018 | 247.50 | 249.95 | 247.00 | 248.35 | 248.35 | 165,100 |
| May 24, 2018 | 248.70 | 248.95 | 246.30 | 247.50 | 247.50 | 213,800 |
| May 23, 2018 | 245.85 | 249.20 | 243.51 | 248.15 | 248.15 | 196,700 |
| May 22, 2018 | 249.40 | 249.80 | 246.00 | 246.15 | 246.15 | 123,100 |
| May 21, 2018 | 250.00 | 252.00 | 247.85 | 248.90 | 248.90 | 194,000 |

Ex. 34, at 9

| | | | | | | |
|---|---|---|---|---|---|---|
| May 18, 2018 | 247.50 | 249.50 | 246.60 | 248.00 | 248.00 | 329,100 |
| May 17, 2018 | 247.70 | 249.35 | 245.10 | 247.80 | 247.80 | 194,100 |
| May 16, 2018 | 244.80 | 249.22 | 244.80 | 246.70 | 246.70 | 325,700 |
| May 15, 2018 | 243.80 | 248.50 | 243.50 | 245.40 | 245.40 | 216,000 |
| May 14, 2018 | 249.15 | 251.50 | 245.00 | 245.85 | 245.85 | 351,200 |
| May 11, 2018 | 249.65 | 249.65 | 245.90 | 247.60 | 247.60 | 320,300 |
| May 10, 2018 | 246.40 | 250.00 | 244.10 | 248.80 | 248.80 | 282,600 |
| May 09, 2018 | 240.80 | 248.15 | 239.90 | 246.35 | 246.35 | 337,300 |
| May 08, 2018 | 236.85 | 241.35 | 233.31 | 240.90 | 240.90 | 307,600 |
| May 07, 2018 | 237.90 | 244.15 | 235.15 | 240.25 | 240.25 | 438,600 |
| May 04, 2018 | 236.00 | 240.45 | 228.00 | 237.30 | 237.30 | 1,045,900 |
| May 03, 2018 | 231.30 | 233.80 | 225.95 | 228.35 | 228.35 | 530,000 |
| May 02, 2018 | 229.95 | 237.00 | 228.64 | 231.80 | 231.80 | 453,900 |
| May 01, 2018 | 226.00 | 230.00 | 224.45 | 229.35 | 229.35 | 441,800 |
| Apr 30, 2018 | 227.90 | 231.25 | 227.30 | 227.75 | 227.75 | 340,000 |
| Apr 27, 2018 | 225.30 | 229.00 | 223.70 | 227.10 | 227.10 | 296,900 |
| Apr 26, 2018 | 223.50 | 224.95 | 221.75 | 223.30 | 223.30 | 108,100 |
| Apr 25, 2018 | 219.50 | 222.35 | 214.65 | 222.00 | 222.00 | 219,200 |
| Apr 24, 2018 | 219.95 | 224.30 | 216.35 | 219.45 | 219.45 | 186,800 |
| Apr 23, 2018 | 219.55 | 223.40 | 217.86 | 219.20 | 219.20 | 237,300 |
| Apr 20, 2018 | 221.65 | 222.25 | 216.50 | 216.75 | 216.75 | 213,200 |
| Apr 19, 2018 | 218.65 | 222.30 | 218.00 | 221.65 | 221.65 | 261,600 |
| Apr 18, 2018 | 217.95 | 220.05 | 213.76 | 219.90 | 219.90 | 192,500 |
| Apr 17, 2018 | 208.60 | 217.13 | 208.50 | 216.40 | 216.40 | 338,700 |
| Apr 16, 2018 | 205.05 | 207.85 | 200.25 | 205.55 | 205.55 | 474,100 |
| Apr 13, 2018 | 203.85 | 210.80 | 198.20 | 203.90 | 203.90 | 1,073,800 |
| Apr 12, 2018 | 218.75 | 220.54 | 214.80 | 219.65 | 219.65 | 184,900 |
| Apr 11, 2018 | 211.55 | 218.65 | 205.76 | 215.95 | 215.95 | 303,700 |
| Apr 10, 2018 | 213.00 | 213.95 | 210.50 | 212.60 | 212.60 | 176,600 |
| Apr 09, 2018 | 208.85 | 212.55 | 207.74 | 209.85 | 209.85 | 194,500 |
| Apr 06, 2018 | 207.95 | 211.23 | 205.21 | 206.55 | 206.55 | 232,100 |
| Apr 05, 2018 | 210.00 | 212.94 | 206.80 | 209.50 | 209.50 | 250,700 |
| Apr 04, 2018 | 200.20 | 209.95 | 197.50 | 208.85 | 208.85 | 293,500 |
| Apr 03, 2018 | 197.40 | 203.35 | 197.40 | 202.85 | 202.85 | 324,200 |
| Apr 02, 2018 | 199.55 | 200.90 | 193.95 | 196.05 | 196.05 | 359,200 |
| Mar 29, 2018 | 197.15 | 202.05 | 194.21 | 201.05 | 201.05 | 275,000 |

Ex. 34, at 10

| Date | | | | | |
|---|---|---|---|---|---|
| Mar 28, 2018 | 195.65 | 198.20 | 191.20 | 196.70 | 196.70 | 303,100 |
| Mar 27, 2018 | 196.40 | 203.15 | 193.85 | 196.25 | 196.25 | 314,600 |
| Mar 26, 2018 | 194.45 | 198.43 | 190.70 | 196.15 | 196.15 | 304,400 |
| Mar 23, 2018 | 194.90 | 197.70 | 190.70 | 190.95 | 190.95 | 222,500 |
| Mar 22, 2018 | 197.75 | 199.35 | 193.55 | 194.30 | 194.30 | 191,500 |
| Mar 21, 2018 | 199.40 | 201.35 | 197.80 | 198.85 | 198.85 | 184,300 |
| Mar 20, 2018 | 194.25 | 199.75 | 193.30 | 199.60 | 199.60 | 223,900 |
| Mar 19, 2018 | 198.95 | 199.65 | 190.70 | 194.90 | 194.90 | 273,200 |
| Mar 16, 2018 | 197.90 | 201.65 | 196.10 | 200.50 | 200.50 | 359,500 |
| Mar 15, 2018 | 199.95 | 202.25 | 197.10 | 197.85 | 197.85 | 176,600 |
| Mar 14, 2018 | 201.65 | 202.43 | 197.40 | 199.25 | 199.25 | 221,600 |
| Mar 13, 2018 | 204.35 | 208.00 | 199.30 | 200.00 | 200.00 | 252,300 |
| Mar 12, 2018 | 204.35 | 208.00 | 203.50 | 207.10 | 207.10 | 223,800 |
| Mar 09, 2018 | 199.40 | 206.70 | 199.20 | 203.35 | 203.35 | 416,200 |
| Mar 08, 2018 | 201.00 | 203.00 | 196.85 | 197.45 | 197.45 | 297,800 |
| Mar 07, 2018 | 196.85 | 201.70 | 196.85 | 200.00 | 200.00 | 292,900 |
| Mar 06, 2018 | 195.00 | 199.85 | 193.50 | 198.70 | 198.70 | 425,300 |
| Mar 05, 2018 | 197.75 | 199.95 | 192.65 | 194.05 | 194.05 | 344,000 |
| Mar 02, 2018 | 190.15 | 200.20 | 190.15 | 199.75 | 199.75 | 422,200 |
| Mar 01, 2018 | 191.35 | 192.70 | 186.45 | 192.25 | 192.25 | 413,200 |
| Feb 28, 2018 | 193.90 | 196.70 | 190.65 | 191.05 | 191.05 | 368,900 |
| Feb 27, 2018 | 200.00 | 200.00 | 192.60 | 193.60 | 193.60 | 455,100 |
| Feb 26, 2018 | 202.65 | 205.00 | 200.40 | 201.00 | 201.00 | 488,100 |
| Feb 23, 2018 | 206.75 | 213.45 | 200.75 | 200.95 | 200.95 | 674,700 |
| Feb 22, 2018 | 206.35 | 215.76 | 203.06 | 205.30 | 205.30 | 1,430,500 |
| Feb 21, 2018 | 190.70 | 191.85 | 184.95 | 184.95 | 184.95 | 883,500 |
| Feb 20, 2018 | 185.75 | 190.75 | 185.71 | 190.05 | 190.05 | 521,300 |
| Feb 16, 2018 | 188.15 | 192.60 | 186.60 | 186.65 | 186.65 | 310,800 |
| Feb 15, 2018 | 180.55 | 190.50 | 179.70 | 187.65 | 187.65 | 335,300 |
| Feb 14, 2018 | 178.00 | 182.35 | 176.70 | 179.90 | 179.90 | 502,800 |
| Feb 13, 2018 | 175.85 | 180.25 | 172.35 | 179.10 | 179.10 | 438,200 |
| Feb 12, 2018 | 183.75 | 183.75 | 163.70 | 175.53 | 175.53 | 1,358,700 |
| Feb 09, 2018 | 193.40 | 194.85 | 176.76 | 184.65 | 184.65 | 768,300 |
| Feb 08, 2018 | 200.50 | 201.45 | 190.25 | 191.00 | 191.00 | 262,200 |
| Feb 07, 2018 | 200.00 | 202.10 | 198.55 | 200.00 | 200.00 | 158,800 |
| Feb 06, 2018 | 193.70 | 201.30 | 188.06 | 200.00 | 200.00 | 264,400 |

Ex. 34, at 11

| Date | | | | | |
|---|---|---|---|---|---|
| Feb 05, 2018 | 204.45 | 209.00 | 198.45 | 198.50 | 284,200 |
| Feb 02, 2018 | 205.40 | 207.75 | 201.95 | 207.10 | 207.10 | 312,800 |
| Feb 01, 2018 | 202.05 | 207.05 | 201.55 | 206.30 | 206.30 | 292,500 |
| Jan 31, 2018 | 204.15 | 211.40 | 203.35 | 203.85 | 203.85 | 377,200 |
| Jan 30, 2018 | 202.85 | 206.85 | 197.66 | 202.50 | 202.50 | 237,200 |
| Jan 29, 2018 | 207.05 | 209.68 | 200.00 | 204.55 | 204.55 | 248,900 |
| Jan 26, 2018 | 205.55 | 208.55 | 203.70 | 206.80 | 206.80 | 230,500 |
| Jan 25, 2018 | 201.20 | 207.95 | 200.34 | 204.20 | 204.20 | 275,800 |
| Jan 24, 2018 | 201.00 | 202.60 | 199.90 | 200.05 | 200.05 | 194,100 |
| Jan 23, 2018 | 198.95 | 201.95 | 197.60 | 199.85 | 199.85 | 185,500 |
| Jan 22, 2018 | 197.20 | 201.25 | 196.00 | 197.95 | 197.95 | 229,000 |
| Jan 19, 2018 | 195.30 | 199.95 | 195.30 | 197.25 | 197.25 | 212,600 |
| Jan 18, 2018 | 192.05 | 197.30 | 191.65 | 195.40 | 195.40 | 201,500 |
| Jan 17, 2018 | 187.20 | 192.10 | 187.20 | 191.60 | 191.60 | 321,100 |
| Jan 16, 2018 | 194.70 | 195.08 | 185.20 | 187.15 | 187.15 | 528,800 |
| Jan 12, 2018 | 190.00 | 192.95 | 187.11 | 192.80 | 192.80 | 662,200 |
| Jan 11, 2018 | 198.30 | 203.50 | 190.00 | 191.75 | 191.75 | 576,900 |
| Jan 10, 2018 | 198.20 | 198.40 | 187.70 | 198.00 | 198.00 | 483,000 |
| Jan 09, 2018 | 191.25 | 202.65 | 190.45 | 199.95 | 199.95 | 556,600 |
| Jan 08, 2018 | 187.05 | 191.75 | 185.50 | 190.25 | 190.25 | 248,000 |
| Jan 05, 2018 | 185.80 | 189.58 | 183.30 | 187.50 | 187.50 | 334,100 |
| Jan 04, 2018 | 189.20 | 190.00 | 184.45 | 186.80 | 186.80 | 376,000 |
| Jan 03, 2018 | 187.90 | 190.05 | 186.40 | 188.95 | 188.95 | 214,100 |
| Jan 02, 2018 | 188.25 | 190.55 | 186.25 | 187.35 | 187.35 | 267,800 |
| Dec 29, 2017 | 189.10 | 191.15 | 184.45 | 188.00 | 188.00 | 331,300 |
| Dec 28, 2017 | 184.45 | 189.65 | 184.05 | 189.30 | 189.30 | 240,100 |
| Dec 27, 2017 | 182.65 | 184.35 | 181.25 | 183.95 | 183.95 | 132,900 |
| Dec 26, 2017 | 182.30 | 183.00 | 180.50 | 182.60 | 182.60 | 119,200 |
| Dec 22, 2017 | 181.80 | 184.75 | 180.60 | 182.65 | 182.65 | 136,800 |
| Dec 21, 2017 | 185.30 | 186.42 | 181.85 | 182.20 | 182.20 | 306,300 |
| Dec 20, 2017 | 185.35 | 185.80 | 179.50 | 184.45 | 184.45 | 203,100 |
| Dec 19, 2017 | 184.50 | 188.90 | 183.65 | 184.05 | 184.05 | 320,800 |
| Dec 18, 2017 | 179.80 | 184.50 | 179.71 | 183.90 | 183.90 | 347,800 |
| Dec 15, 2017 | 176.15 | 179.95 | 172.30 | 179.20 | 179.20 | 543,700 |
| Dec 14, 2017 | 172.10 | 177.00 | 172.00 | 175.55 | 175.55 | 339,400 |
| Dec 13, 2017 | 170.15 | 172.73 | 168.98 | 172.05 | 172.05 | 270,800 |

Ex. 34, at 12

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 12, 2017 | 170.65 | 172.53 | 169.50 | 170.00 | 170.00 | 304,400 |
| Dec 11, 2017 | 171.30 | 173.20 | 169.71 | 170.95 | 170.95 | 286,700 |
| Dec 08, 2017 | 172.35 | 174.05 | 170.00 | 171.25 | 171.25 | 295,300 |
| Dec 07, 2017 | 169.35 | 172.20 | 167.95 | 170.60 | 170.60 | 242,100 |
| Dec 06, 2017 | 170.20 | 172.55 | 167.10 | 168.85 | 168.85 | 247,000 |
| Dec 05, 2017 | 170.20 | 175.25 | 169.95 | 171.25 | 171.25 | 257,900 |
| Dec 04, 2017 | 169.50 | 171.10 | 167.13 | 169.75 | 169.75 | 322,900 |
| Dec 01, 2017 | 167.40 | 169.80 | 165.35 | 167.55 | 167.55 | 368,200 |
| Nov 30, 2017 | 176.50 | 176.50 | 160.00 | 168.40 | 168.40 | 1,197,700 |
| Nov 29, 2017 | 176.70 | 177.66 | 171.28 | 176.70 | 176.70 | 268,300 |
| Nov 28, 2017 | 180.80 | 180.80 | 171.80 | 176.80 | 176.80 | 511,200 |
| Nov 27, 2017 | 176.70 | 180.73 | 176.70 | 179.90 | 179.90 | 566,400 |
| Nov 24, 2017 | 178.00 | 178.40 | 176.00 | 176.65 | 176.65 | 91,700 |
| Nov 22, 2017 | 176.25 | 177.75 | 176.05 | 176.65 | 176.65 | 185,200 |
| Nov 21, 2017 | 173.75 | 178.45 | 172.55 | 176.00 | 176.00 | 340,800 |
| Nov 20, 2017 | 176.50 | 177.90 | 173.60 | 174.05 | 174.05 | 270,700 |
| Nov 17, 2017 | 175.05 | 175.90 | 171.40 | 175.10 | 175.10 | 311,200 |
| Nov 16, 2017 | 175.95 | 177.00 | 174.55 | 175.25 | 175.25 | 328,400 |
| Nov 15, 2017 | 172.45 | 175.63 | 169.60 | 174.30 | 174.30 | 368,400 |
| Nov 14, 2017 | 177.80 | 177.80 | 173.28 | 175.05 | 175.05 | 300,000 |
| Nov 13, 2017 | 175.25 | 181.70 | 174.50 | 178.00 | 178.00 | 406,200 |
| Nov 10, 2017 | 172.70 | 176.25 | 172.00 | 175.00 | 175.00 | 470,300 |
| Nov 09, 2017 | 172.75 | 175.70 | 169.85 | 174.30 | 174.30 | 470,700 |
| Nov 08, 2017 | 183.50 | 184.08 | 175.90 | 177.30 | 177.30 | 540,000 |
| Nov 07, 2017 | 179.95 | 186.65 | 177.88 | 183.65 | 183.65 | 945,400 |
| Nov 06, 2017 | 171.25 | 180.93 | 161.10 | 179.65 | 179.65 | 1,959,500 |
| Nov 03, 2017 | 195.15 | 197.13 | 171.10 | 171.25 | 171.25 | 3,213,500 |
| Nov 02, 2017 | 226.45 | 227.18 | 216.40 | 221.25 | 221.25 | 569,200 |
| Nov 01, 2017 | 226.65 | 229.20 | 223.35 | 226.35 | 226.35 | 278,900 |
| Oct 31, 2017 | 223.15 | 225.00 | 221.55 | 224.40 | 224.40 | 334,200 |
| Oct 30, 2017 | 221.30 | 225.74 | 218.40 | 223.30 | 223.30 | 310,700 |
| Oct 27, 2017 | 217.85 | 221.20 | 216.10 | 220.20 | 220.20 | 323,400 |
| Oct 26, 2017 | 231.45 | 233.13 | 213.15 | 214.00 | 214.00 | 616,600 |
| Oct 25, 2017 | 230.00 | 231.40 | 225.10 | 229.85 | 229.85 | 284,800 |
| Oct 24, 2017 | 224.85 | 231.00 | 223.41 | 229.70 | 229.70 | 548,100 |
| Oct 23, 2017 | 223.25 | 225.00 | 222.15 | 224.30 | 224.30 | 276,500 |

Ex. 34, at 13

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Oct 20, 2017 | 221.95 | 224.35 | 218.45 | 221.85 | 255,100 | |
| Oct 19, 2017 | 219.00 | 226.00 | 214.26 | 219.85 | 219.85 | 446,000 |
| Oct 18, 2017 | 220.65 | 223.30 | 218.60 | 221.00 | 221.00 | 224,200 |
| Oct 17, 2017 | 218.55 | 220.10 | 215.80 | 219.80 | 219.80 | 311,800 |
| Oct 16, 2017 | 218.00 | 220.05 | 215.35 | 216.95 | 216.95 | 270,300 |
| Oct 13, 2017 | 223.70 | 224.64 | 215.93 | 218.35 | 218.35 | 383,000 |
| Oct 12, 2017 | 217.20 | 224.30 | 216.20 | 222.35 | 222.35 | 437,500 |
| Oct 11, 2017 | 215.50 | 222.90 | 215.50 | 217.70 | 217.70 | 511,800 |
| Oct 10, 2017 | 216.35 | 217.44 | 212.80 | 216.05 | 216.05 | 204,700 |
| Oct 09, 2017 | 217.50 | 217.56 | 212.50 | 215.55 | 215.55 | 222,600 |
| Oct 06, 2017 | 215.65 | 216.95 | 213.80 | 216.25 | 216.25 | 149,100 |
| Oct 05, 2017 | 217.25 | 217.80 | 212.28 | 215.70 | 215.70 | 190,600 |
| Oct 04, 2017 | 216.80 | 220.00 | 216.00 | 216.95 | 216.95 | 236,900 |
| Oct 03, 2017 | 213.80 | 220.00 | 213.70 | 215.75 | 215.75 | 448,700 |
| Oct 02, 2017 | 202.90 | 211.60 | 202.90 | 211.60 | 211.60 | 361,200 |
| Sep 29, 2017 | 199.65 | 210.55 | 199.65 | 202.65 | 202.65 | 414,200 |
| Sep 28, 2017 | 203.45 | 204.60 | 195.05 | 200.15 | 200.15 | 338,800 |
| Sep 27, 2017 | 203.75 | 205.35 | 201.30 | 203.95 | 203.95 | 449,900 |
| Sep 26, 2017 | 206.00 | 206.80 | 200.30 | 203.00 | 203.00 | 492,200 |
| Sep 25, 2017 | 211.15 | 212.65 | 202.45 | 205.15 | 205.15 | 378,200 |
| Sep 22, 2017 | 209.25 | 211.75 | 207.45 | 210.30 | 210.30 | 298,200 |
| Sep 21, 2017 | 209.25 | 210.15 | 205.25 | 209.25 | 209.25 | 142,700 |
| Sep 20, 2017 | 208.70 | 210.60 | 205.50 | 208.95 | 208.95 | 239,400 |
| Sep 19, 2017 | 206.05 | 208.45 | 202.05 | 208.20 | 208.20 | 212,700 |
| Sep 18, 2017 | 201.35 | 207.05 | 201.10 | 205.00 | 205.00 | 249,500 |
| Sep 15, 2017 | 198.15 | 199.60 | 195.48 | 199.05 | 199.05 | 283,100 |
| Sep 14, 2017 | 202.55 | 202.55 | 197.25 | 198.00 | 198.00 | 269,900 |
| Sep 13, 2017 | 199.15 | 203.15 | 198.50 | 202.00 | 202.00 | 315,700 |
| Sep 12, 2017 | 194.55 | 199.51 | 193.80 | 199.15 | 199.15 | 258,500 |
| Sep 11, 2017 | 193.55 | 195.75 | 189.50 | 193.65 | 193.65 | 375,400 |
| Sep 08, 2017 | 189.10 | 193.55 | 188.83 | 192.55 | 192.55 | 279,400 |
| Sep 07, 2017 | 188.90 | 191.65 | 187.00 | 189.80 | 189.80 | 371,600 |
| Sep 06, 2017 | 191.25 | 191.40 | 186.40 | 188.30 | 188.30 | 305,000 |
| Sep 05, 2017 | 191.10 | 192.15 | 185.80 | 190.50 | 190.50 | 343,000 |
| Sep 01, 2017 | 191.25 | 195.00 | 190.30 | 192.10 | 192.10 | 267,500 |
| Aug 31, 2017 | 196.05 | 196.90 | 189.85 | 191.25 | 191.25 | 361,200 |

Ex. 34, at 14

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Aug 30, 2017 | 191.85 | 197.90 | 190.75 | 195.45 | 195.45 | 229,100 |
| Aug 29, 2017 | 188.50 | 194.00 | 188.00 | 191.60 | 191.60 | 224,900 |
| Aug 28, 2017 | 194.00 | 194.00 | 189.20 | 190.60 | 190.60 | 408,500 |
| Aug 25, 2017 | 196.95 | 197.00 | 190.89 | 193.00 | 193.00 | 365,200 |
| Aug 24, 2017 | 206.55 | 207.18 | 190.20 | 194.90 | 194.90 | 784,200 |
| Aug 23, 2017 | 208.35 | 208.35 | 203.65 | 206.25 | 206.25 | 252,000 |
| Aug 22, 2017 | 208.95 | 210.30 | 206.18 | 209.55 | 209.55 | 168,000 |
| Aug 21, 2017 | 210.70 | 212.50 | 207.31 | 207.80 | 207.80 | 219,500 |
| Aug 18, 2017 | 208.35 | 211.45 | 205.70 | 210.35 | 210.35 | 324,200 |
| Aug 17, 2017 | 210.60 | 213.65 | 208.58 | 208.85 | 208.85 | 300,300 |
| Aug 16, 2017 | 211.45 | 213.09 | 208.36 | 211.10 | 211.10 | 312,900 |
| Aug 15, 2017 | 211.35 | 213.65 | 208.60 | 210.95 | 210.95 | 289,800 |
| Aug 14, 2017 | 212.00 | 215.65 | 209.55 | 210.65 | 210.65 | 454,900 |
| Aug 11, 2017 | 206.00 | 211.20 | 205.50 | 208.65 | 208.65 | 317,700 |
| Aug 10, 2017 | 213.55 | 214.40 | 205.25 | 205.35 | 205.35 | 480,900 |
| Aug 09, 2017 | 212.00 | 216.30 | 208.75 | 214.70 | 214.70 | 381,400 |
| Aug 08, 2017 | 211.30 | 217.40 | 210.55 | 212.70 | 212.70 | 608,600 |
| Aug 07, 2017 | 209.10 | 220.25 | 203.75 | 213.45 | 213.45 | 1,393,900 |
| Aug 04, 2017 | 205.10 | 214.80 | 202.85 | 211.25 | 211.25 | 1,161,200 |
| Aug 03, 2017 | 180.40 | 206.90 | 178.00 | 205.60 | 205.60 | 3,915,100 |
| Aug 02, 2017 | 152.95 | 154.00 | 148.25 | 151.30 | 151.30 | 800,100 |
| Aug 01, 2017 | 149.05 | 155.35 | 148.80 | 152.15 | 152.15 | 420,600 |
| Jul 31, 2017 | 149.40 | 150.50 | 147.75 | 148.10 | 148.10 | 311,900 |
| Jul 28, 2017 | 148.40 | 149.90 | 146.80 | 148.90 | 148.90 | 207,600 |
| Jul 27, 2017 | 157.00 | 158.75 | 146.60 | 148.80 | 148.80 | 490,300 |
| Jul 26, 2017 | 152.55 | 156.35 | 152.30 | 156.20 | 156.20 | 325,200 |
| Jul 25, 2017 | 152.65 | 155.50 | 151.70 | 151.90 | 151.90 | 334,200 |
| Jul 24, 2017 | 150.05 | 152.55 | 148.54 | 151.60 | 151.60 | 277,400 |
| Jul 21, 2017 | 150.00 | 152.40 | 148.85 | 149.75 | 149.75 | 262,000 |
| Jul 20, 2017 | 147.55 | 149.65 | 147.00 | 149.35 | 149.35 | 179,500 |
| Jul 19, 2017 | 147.05 | 149.35 | 146.10 | 146.80 | 146.80 | 230,600 |
| Jul 18, 2017 | 142.50 | 147.85 | 141.01 | 146.50 | 146.50 | 356,800 |
| Jul 17, 2017 | 149.95 | 150.15 | 142.55 | 143.15 | 143.15 | 1,170,600 |
| Jul 14, 2017 | 147.05 | 149.60 | 147.05 | 149.10 | 149.10 | 279,300 |
| Jul 13, 2017 | 147.40 | 148.30 | 144.55 | 146.30 | 146.30 | 355,700 |
| Jul 12, 2017 | 144.55 | 147.40 | 144.05 | 146.40 | 146.40 | 232,200 |

Ex. 34, at 15

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jul 11, 2017 | 143.35 | 145.00 | 140.45 | 143.15 | 143.15 | 355,700 |
| Jul 10, 2017 | 145.40 | 146.85 | 142.45 | 143.15 | 143.15 | 297,400 |
| Jul 07, 2017 | 144.05 | 146.70 | 143.63 | 145.45 | 145.45 | 259,400 |
| Jul 06, 2017 | 143.70 | 145.05 | 142.21 | 143.55 | 143.55 | 409,600 |
| Jul 05, 2017 | 144.55 | 147.65 | 143.20 | 144.45 | 144.45 | 421,200 |
| Jul 03, 2017 | 155.15 | 155.50 | 142.40 | 144.50 | 144.50 | 552,200 |
| Jun 30, 2017 | 153.35 | 156.40 | 152.20 | 154.88 | 154.88 | 407,900 |
| Jun 29, 2017 | 153.50 | 154.70 | 151.07 | 152.70 | 152.70 | 365,200 |
| Jun 28, 2017 | 150.40 | 153.90 | 150.30 | 153.50 | 153.50 | 285,100 |
| Jun 27, 2017 | 150.75 | 153.25 | 149.01 | 150.05 | 150.05 | 351,200 |
| Jun 26, 2017 | 149.75 | 151.85 | 148.63 | 151.25 | 151.25 | 316,700 |
| Jun 23, 2017 | 146.70 | 150.75 | 146.70 | 149.05 | 149.05 | 558,900 |
| Jun 22, 2017 | 147.00 | 148.14 | 146.15 | 146.30 | 146.30 | 249,600 |
| Jun 21, 2017 | 147.00 | 148.25 | 146.35 | 147.80 | 147.80 | 180,000 |
| Jun 20, 2017 | 150.40 | 150.85 | 145.95 | 146.60 | 146.60 | 351,000 |
| Jun 19, 2017 | 148.55 | 150.85 | 147.40 | 150.00 | 150.00 | 449,800 |
| Jun 16, 2017 | 142.10 | 147.70 | 142.05 | 147.10 | 147.10 | 380,100 |
| Jun 15, 2017 | 143.55 | 145.95 | 142.45 | 144.40 | 144.40 | 345,700 |
| Jun 14, 2017 | 147.05 | 148.85 | 144.40 | 145.15 | 145.15 | 339,700 |
| Jun 13, 2017 | 143.55 | 146.75 | 143.05 | 146.40 | 146.40 | 304,100 |
| Jun 12, 2017 | 145.40 | 145.40 | 138.50 | 142.85 | 142.85 | 642,100 |
| Jun 09, 2017 | 145.35 | 149.80 | 142.60 | 146.50 | 146.50 | 568,800 |
| Jun 08, 2017 | 144.00 | 145.35 | 141.70 | 144.80 | 144.80 | 274,900 |
| Jun 07, 2017 | 142.95 | 144.40 | 141.70 | 143.90 | 143.90 | 355,800 |
| Jun 06, 2017 | 140.80 | 143.65 | 140.20 | 142.60 | 142.60 | 214,800 |
| Jun 05, 2017 | 140.80 | 142.70 | 139.40 | 141.70 | 141.70 | 205,300 |
| Jun 02, 2017 | 140.40 | 141.00 | 138.55 | 140.50 | 140.50 | 322,800 |
| Jun 01, 2017 | 137.85 | 140.70 | 136.35 | 140.30 | 140.30 | 378,600 |
| May 31, 2017 | 135.35 | 138.30 | 131.61 | 137.90 | 137.90 | 572,900 |
| May 30, 2017 | 142.60 | 145.23 | 133.83 | 135.35 | 135.35 | 829,600 |
| May 26, 2017 | 137.80 | 141.75 | 136.20 | 141.50 | 141.50 | 572,700 |
| May 25, 2017 | 132.35 | 140.84 | 132.00 | 137.85 | 137.85 | 1,190,700 |
| May 24, 2017 | 127.00 | 133.95 | 126.36 | 132.30 | 132.30 | 1,392,400 |
| May 23, 2017 | 122.95 | 127.45 | 121.00 | 126.45 | 126.45 | 602,600 |
| May 22, 2017 | 121.35 | 123.85 | 118.86 | 122.40 | 122.40 | 491,200 |
| May 19, 2017 | 120.00 | 124.75 | 119.50 | 120.85 | 120.85 | 1,085,100 |

Ex. 34, at 16

| May 18, 2017 | 115.60 | 120.35 | 112.10 | 120.00 | 120.00 | 1,179,200 |
| May 17, 2017 | 116.75 | 119.90 | 115.25 | 116.30 | 116.30 | 782,800 |
| May 16, 2017 | 121.65 | 124.55 | 114.25 | 118.30 | 118.30 | 1,433,300 |
| May 15, 2017 | 117.55 | 122.65 | 116.60 | 121.05 | 121.05 | 950,200 |
| May 12, 2017 | 113.55 | 118.45 | 112.65 | 116.40 | 116.40 | 881,700 |
| May 11, 2017 | 111.95 | 115.40 | 111.30 | 113.40 | 113.40 | 677,500 |
| May 10, 2017 | 106.50 | 112.90 | 106.00 | 112.20 | 112.20 | 717,700 |
| May 09, 2017 | 103.05 | 108.40 | 103.05 | 106.28 | 106.28 | 916,300 |
| May 08, 2017 | 101.75 | 109.00 | 100.55 | 103.35 | 103.35 | 2,188,500 |
| May 05, 2017 | 110.25 | 113.15 | 108.70 | 112.20 | 112.20 | 816,600 |
| May 04, 2017 | 113.40 | 120.78 | 105.20 | 110.10 | 110.10 | 2,216,300 |
| May 03, 2017 | 109.75 | 111.90 | 106.70 | 110.55 | 110.55 | 880,500 |
| May 02, 2017 | 109.05 | 110.00 | 106.70 | 109.90 | 109.90 | 890,200 |
| May 01, 2017 | 106.00 | 112.80 | 104.50 | 108.60 | 108.60 | 715,800 |

*Close price adjusted for splits.        **Adjusted close price adjusted for both dividends and splits.

Ex. 34, at 17