# EXHIBIT A

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

**False Statement Summary Chart**

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements[1] | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| No. 1 ¶66[2] | May 3, 2017 | "We are very pleased with our continued strong revenue and earnings growth this quarter . . . . In addition to our overall revenue and earnings growth, during the first quarter we reached our highest level of paid customers, we saw continued strong growth in our shipping business areas, and we experienced strong contributions from all of our subsidiaries. We remain very excited about our future prospects and, combined with our first quarter performance, led us to increase our guidance for 2017." | ¶71(a), (c)-(e), (i)-(j). |
| No. 2 ¶67 | May 3, 2017 | First quarter 2017 total revenue was $105.0 million, up 28% compared to the first quarter of 2016. First quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $102.6 million, up 30% versus the first quarter of 2016. First quarter 2017 Customized Postage revenue was $2.4 million, down 7% versus the first quarter of 2016.<br><br>First quarter 2017 GAAP income from operations was $34.6 million and GAAP net income was $33.1 million. GAAP net income per share was $1.82 based on 18.2 million fully diluted shares outstanding. This compares to first quarter 2016 GAAP income from operations of $22.2 million and GAAP net income of $13.2 million or $0.71 per share based on fully diluted shares outstanding of 18.7 million. First quarter 2017 GAAP income from | ¶71(a), (c)-(e), (i)-(j). |

---

[1]  Each statement has been alleged to be false and misleading. For certain statements, plaintiff has bolded the key portions of the statements that plaintiff alleges is false and misleading given the context of the full statement. If there is no bolding, the entire statement is alleged to be false and misleading.

[2]  All "¶" and "¶¶" references are to the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed August 5, 2019. ECF No. 71.

**Exhibit A**

*Karinski v. Stamps.com, Inc., et al.*,
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| | | operations, GAAP net income and GAAP income per fully diluted share increased by 56%, 150% and 157% year-over- year, respectively. | |
| No. 3 ¶68 | May 3, 2017 | *The USPS has always been one of our most important partners. We both have the common goal of growing USPS package volume and serving and retaining USPS customers. . . . We continue to enjoy a great partnership with USPS and feel that we have created a sustainable win-win model for both of us, which will result in the continued growth of USPS packages, in ecommerce and more generally.* As you would expect, given the extraordinary growth they're generating, the USPS is very happy with their overall strategies, their partnerships and the business models they are pursuing in shipping. *In particular, the USPS is very happy with the very successful partnership Stamps.com has together with the Postal Service, and that's based on very recent ongoing conversations we have with the most senior executive there.* | ¶71(a)-(j). |
| No. 4 ¶69 | May 3, 2017 | In response to a question regarding "the economics of the relationships you have, whether it's with the USPS or other partners, that would prompt some conservatism on guidance": <br><br> There's nothing to point to, specifically. And of course, we wouldn't be disclosing specifics of the partnerships, but it's just the same approach we've taken in years past and *we don't really expect any material changes to any kind of the underlying economics or the revenue share agreements that we have.* | ¶71(a)-(j). |
| No. 5 ¶70 | May 3, 2017 | In response to a question concerning Company's relationship with the USPS and whether the "USPS had sent a letter around to the participants in the reseller program with some potential changes": | ¶¶58, 71(a)-(j). |

**Exhibit A**

- 46 -

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| | | ***There was no letter. The rumor is false.*** I mean, I think I tried to point out some of the broad – the broad global understanding of what the USPS and the partnerships they've done and the revenue share they've offered out to us and the reseller and the e-commerce industry, in general. And I think that one of the key things to focus on is are they being successful or not? And therefore, are they going to make changes or not? And when you look at the big numbers, I mentioned they're growing at 16% last year. They're outgrowing the industry by 2x. And so, USPS is having a ton of success in e-commerce, particularly. And so, in their shoes, you've got to ask yourself would you make a major change when you're growing twice the industry rate. They're very happy with how things have gone, the revenue shares they've offered to the industry, to e-commerce, have generated a lot of activity focused on them. They're winning the e-commerce marketplace and they're being very successful doing it. ***USPS is very happy with the approach they've taken and business model. They're very happy with the relationship with Stamps.com. We talk to them constantly, to the most senior folks there. So we're happy and they're happy***. And what the letter information that's been propagated, we believe is part of the strategy with our stock. ***So it's not true.*** | |
| No. 6 ¶72 | August 2, 2017 | "We are very pleased with the continued strength of our financial performance this quarter . . . . In addition to our strong revenue and earnings growth during the second quarter, we reached our highest level of paid customers and average revenue per paid customer, we saw continued strong growth in our shipping business areas, and we experienced strong contributions from all of our subsidiaries. We remain very excited about our future business opportunities which, combined with our second quarter performance, led us to increase our guidance for 2017." | ¶77(b)-(c), (f), (i)-(j). |

**Exhibit A**

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| No. 7 ¶73 | August 2, 2017 | Second quarter 2017 total revenue was $116.1 million, up 38% compared to the second quarter of 2016.  Second quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $111.8 million, up 37% versus the second quarter of 2016.  Second quarter 2017 Customized Postage revenue was $4.3 million, up 73% versus the second quarter of 2016.

Second quarter 2017 GAAP income from operations was $41.7 million and GAAP net income was $31.0 million.  GAAP net income per share was $1.71 based on 18.1 million fully diluted shares outstanding.  This compares to second quarter 2016 GAAP income from operations of $25.0 million and GAAP net income of $14.3 million or $0.79 per share based on fully diluted shares outstanding of 18.2 million.  Second quarter 2017 GAAP income from operations, GAAP net income and GAAP income per fully diluted share increased by 67%, 117% and 118% year-over-year, respectively. | ¶77(b)-(c), (f), (i)-(j). |
| No. 8 ¶74 | August 2, 2017 | Resellers are important both for keeping existing business and for growing new business.  You have people that are shipping through the reseller channel. It works for the USPS.  And if they aren't shipping with the USPS, going after some of that business also works for the USPS.  The USPS have to continue to serve customers and to find new customers.

The reseller business is growing to the tune that the USPS reseller program is and is providing solutions downmarket where the USPS doesn't have the sales team to interact. ***The USPS doesn't see any reason why the program wouldn't continue to serve both customers and the needs of the Postal Service going forward***. | ¶77(a)-(j). |

**Exhibit A**

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| | | ***Finally, the USPS looked at resellers and PC postage providers like Stamps.com and Endicia as excellent partners on bringing the best solutions to customers***. <br><br> ***We continue to enjoy a great partnership with the Postal Service and feel that we have created a sustainable win-win model for both of us, which will result in a continued growth of USPS packages and ecommerce and online postage more generally***. <br><br> &ast; &ast; &ast; <br><br> ***[T]he partnership with the Postal Service is continuing to be stronger and stronger*** and some of the – we have multiple contracts and various partnerships with the Postal Service.  And so in this case, we were able to get a couple of our contracts renewed at improved terms.  ***So we were just trying to give people an insight to the relationship with the Postal Service continues to get healthier and healthier***. | |
| No. 9 <br> ¶75 | August 2, 2017 | Yes, I would just say, I mean, we've been saying over the last year that it's a win-win partnership.  And so the more successful we both are in helping the USPS compete, then I think that benefits both of us, and so I think it was really meant to highlight the win-win nature of the partnership and how both sides are succeeding. | ¶77(a)-(j). |
| No. 10 <br> ¶76 | August 2, 2017 | Total revenue was $116.1 million in Q2, and that was up 38% year-over-year versus Q2 of '16.  The strong growth in Q2 revenue was partially attributable to the renewal, with improved economics, of 2 of our agreements with the Postal Service. | ¶77(a)-(k). |
| No. 11 <br> ¶76 | August 2, 2017 | We're really looking at potentially accessing a larger parcel market.  We're primarily a USPS shipper today, but as we look out there and the multicarrier | ¶77(a)-(k). |

**Exhibit A**

- 49 -

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| | | opportunity, it's a much larger market.  The domestic market for the top 3 carriers is about $90 billion.  **So I think there's lots of opportunity for us to grow in all those different areas, and we feel comfortable with our 20% projection over the next 5 years**. | |
| No. 12 ¶78 | November 6, 2017 | "We are very pleased with our third quarter financial performance . . . .  We achieved strong performance in our financial and customer metrics in a quarter that is both seasonally slower and one in which we saw the anniversary of our most recent acquisition.  Our shipping business continues to drive our solid top line results and strong margin profile through contributions from each of our shipping subsidiaries.  We believe we are well positioned as we enter the seasonally strong fourth quarter and we remain very excited about our long-term business opportunities." | ¶83(a), (c)-(d), (i). |
| No. 13 ¶79 | November 6, 2017 | Third quarter 2017 total revenue was $115.1 million, up 24% compared to the third quarter of 2016.  Third quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $106.5 million, up 21% versus the third quarter of 2016.  Third quarter 2017 Customized Postage revenue was $8.6 million, up 75% versus the third quarter of 2016.<br><br>Third quarter 2017 GAAP income from operations was $35.7 million and GAAP net income was $46.2 million.  GAAP net income per share was $2.49 based on 18.5 million fully diluted shares outstanding.  This compares to third quarter 2016 GAAP income from operations of $31.6 million and GAAP net income of $18.7 million or $1.03 per share based on 18.1 million fully diluted shares outstanding.  Third quarter 2017 GAAP income from operations, GAAP net income and GAAP income per fully diluted share increased by 13%, 148% and 142% year-over-year, respectively. | ¶83(a), (c)-(d), (i). |

**Exhibit A**

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| No. 14 ¶80 | November 6, 2017 | I think from a competitive perspective, we continue to see USPS as very competitive, particularly in the segments where they are strong.  They're very strong in e-commerce, very strong in residential delivery, and then very strong in smaller packages.  *So – and I think we're pleased to see the continued trend on the USPS.  As you know, we succeed when they succeed.  So we were happy with the percentages we saw*. | ¶83(a)-(i). |
| No. 15 ¶81 | February 22, 2018 | "We are pleased with our fourth quarter and fiscal 2017 financial Performance . . . . We achieved strong financial results driven by exceptional performance in our shipping business.  We believe we are well positioned for 2018 and we remain excited about our long-term business opportunities." | ¶83(a), (c)-(d), (i). |
| No. 16 ¶82 | February 22, 2018 | Fourth quarter 2017 total revenue was $132.5 million, up 25% compared to the fourth quarter of 2016.  Fourth quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $128.5 million, up 26% versus the fourth quarter of 2016.  Fourth quarter 2017 Customized Postage revenue was $3.9 million, up 9% versus the fourth quarter of 2016.  Fourth quarter 2017 GAAP income from operations was $51.5 million, GAAP net income was $40.2 million and GAAP net income per share was $2.15 based on 18.7 million fully diluted shares outstanding.  This compares to fourth quarter 2016 GAAP income from operations of $41.4 million, GAAP net income of $29.0 million and GAAP net income per share of $1.61 based on 18.0 million fully diluted shares outstanding.  Fourth quarter 2017 GAAP income from operations, GAAP net income and GAAP income per fully diluted share increased by 24%, 38% and 34% year-over-year, respectively. | ¶83(a), (c)-(d), (i). |

**Exhibit A**

*Karinski v. Stamps.com, Inc., et al.*,
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| No. 17 ¶84 | May 3, 2018 | "We were very pleased with our first quarter performance . . . . We achieved strong growth driven by continued success in the shipping area of our business.  We are continuing to execute on our 2018 strategic plans and we remain excited about our long-term business opportunities." | ¶93(a)-(c), (f), (j)-(l). |
| No. 18 ¶85 | May 3, 2018 | First quarter 2018 total revenue was $133.6 million, up 27% compared to the first quarter of 2017.  First quarter 2018 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $131.0 million, up 28% versus the first quarter of 2017.  First quarter 2018 Customized Postage revenue was $2.6 million, up 6% versus the first quarter of 2017.<br><br>First quarter 2018 GAAP income from operations was $49.2 million, GAAP net income was $47.0 million and GAAP net income per share was $2.54 based on 18.5 million fully diluted shares outstanding.  This compares to first quarter 2017 GAAP income from operations of $34.6 million, GAAP net income of $33.1 million and GAAP net income per share of $1.82 based on 18.2 million fully diluted shares outstanding.  First quarter 2018 GAAP income from operations, GAAP net income, and GAAP income per fully diluted share increased by 42%, 42% and 39% year-over-year, respectively. | ¶93(a)-(c), (f), (j)-(l). |
| No. 19 ¶86 | May 3, 2018 | *[W]e continue to focus on how to create value for the USPS, how to help them be successful in the e-commerce package market*.  And so to the extent that we are successful in creating value and helping the USPS be successful in that part of the market, then those create the type of long-term partnership opportunities that we've seen over the past decade. | ¶93(a)-(l). |
| No. 20 ¶87 | August 2, 2018 | "We were very pleased with our acquisition of MetaPack and with our second quarter performance . . . .  *Our growth continues to be driven by success in the shipping area of our business*.  With MetaPack we will be able to accelerate our focus on international expansion, and will be in a much | ¶93(a)-(c), (j)-(l). |

**Exhibit A**

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| | | better position to address the global e-commerce shipping industry. ***We are continuing to execute on our operational and strategic plans and we are excited about our longterm business opportunities***." | |
| No. 21 ¶88 | August 2, 2018 | Second quarter 2018 total revenue was $139.6 million, up 20% compared to the second quarter of 2017. Second quarter 2018 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $134.4 million, up 20% versus the second quarter of 2017. Second quarter 2018 Customized Postage revenue was $5.2 million, up 22% versus the second quarter of 2017.<br><br>Second quarter 2018 GAAP income from operations was $46.9 million, GAAP net income was $45.5 million, and GAAP net income per share was $2.41 based on 18.9 million fully diluted shares outstanding. This compares to second quarter 2017 GAAP income from operations of $41.7 million, GAAP net income of $31.0 million and GAAP net income per share of $1.71 based on 18.1 million fully diluted shares outstanding. Second quarter 2018 GAAP income from operations, GAAP net income, and GAAP income per fully diluted share increased by 12%, 47% and 41% year-over-year, respectively. | ¶93(a)-(c), (j)-(l). |
| No. 22 ¶89 | August 2, 2018 | The final [Task Force] report is expected to be issued August 10. We don't know the specifics in the report. ***But we do think that based on our conversations that the report will come out strongly in favor of the partnerships between the USPS and private industry like the partnerships we've had with the USPS***. | ¶93(a)-(l). |
| No. 23 ¶90 | October 31, 2018 | "We are very pleased with our third quarter financial performance and with the successful closing of our acquisition of MetaPack . . . . ***We achieved strong organic performance in our financial metrics in a traditionally*** | ¶93(a)-(c), (j)-(l). |

**Exhibit A**

- 53 -

*Karinski v. Stamps.com, Inc., et al.*,
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| | | *seasonally slower period. Our shipping business continues to drive our solid results through contributions from each of our shipping subsidiaries. We believe we are well positioned as we enter the seasonally strong fourth quarter and we remain very excited about our long-term business opportunities.*" | |
| No. 24 ¶91 | October 31, 2018 | Third quarter 2018 total revenue was $143.5 million, up 25% compared to the third quarter of 2017. Third quarter 2018 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $136.5 million, up 28% versus the third quarter of 2017. Third quarter 2018 Customized Postage revenue was $7.0 million, down 19% versus the third quarter of 2017.<br><br>Third quarter 2018 GAAP income from operations was $44.3 million, GAAP net income was $33.4 million, and GAAP net income per share was $1.75 based on 19.0 million fully diluted shares outstanding. This compares to third quarter 2017 GAAP income from operations of $35.7 million, GAAP net income of $46.2 million and GAAP net income per share of $2.49 based on 18.5 million fully diluted shares outstanding. Third quarter 2018 GAAP income from operations increased by 24%, and GAAP net income and GAAP income per fully diluted share decreased by 28% and 30% year-over-year, respectively. | ¶93(a)-(c), (j)-(l). |
| No. 25 ¶92 | October 31, 2018 | [W]e would have no reason to believe that the USPS is not generally meeting its obligations regarding the NSA program. We would further expect that any commentary on the report on postal partnerships would reflect the very positive effect of partnerships like ours have had on growth in the USPS' package volumes. | ¶93(a)-(l). |

**Exhibit A**

- 54 -

*Karinski v. Stamps.com, Inc., et al.,*
No. 2:19-cv-01828-MWF(SK)

| Statement No. and Complaint Paragraph | Date | False and Misleading Statements | Why the Statement Is False and Misleading Complaint Paragraph Citation |
|---|---|---|---|
| | | \*    \*    \*<br><br>On the final issue of the negotiations of important agreements with the USPS, we would note the following general points.  Historically, we have had a significant number of agreements with the USPS, and we have negotiated those agreements many times.  These types of negotiations are very common for us.  Negotiations with the USPS often take many months to finalize.  ***The USPS has many competing priorities, and the process just takes time.  In general, we expect that updates to our agreements with the USPS will continue to reflect the critical role that we play in their e-commerce package business, including that we have the largest private sales force focused on driving USPS growth.  We process more than 1/3 of their Priority Mail volume in the U.S.  And working hand-in-hand with the USPS through our partnership, we have contributed to a significant portion of overall USPS e-commerce package growth over the past 5 years***.<br><br>\*    \*    \*<br><br>***I think when we look at the various reports that are out there, the conversations we've had with folks that are working on these reports, the general view is the idea of USPS increasingly embracing partnerships like ours makes a ton of sense for them***. | |

**Exhibit A**

- 55 -