RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
CHRISTINA L. COSTLEY (SBN 227134)
christina.costley@kattenlaw.com
PAUL S. YONG (SBN 303164)
paul.yong@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

SPENCER A. BURKHOLZ (147029)
spenceb@rgrdlaw.com
STEVEN W. PEPICH (116086)
stevep@rgrdlaw.com
ERIC I. NIEHAUS (239023)
eniehaus@rgrdlaw.com
KEVIN S. SCIARANI (301411)
ksciarani@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

*Lead Counsel for Lead Plaintiff*

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No. 2:19-cv-01828-MWF (SK)<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Courtroom:  5A |

1

The parties, by and through their undersigned counsel of record, jointly request that the Court enter the proposed Stipulated Protective Order attached hereto as Attachment A.

Dated:  March 23, 2020                    KATTEN MUCHIN ROSENMAN LLP

                                          By: */s/ Richard H. Zelichov*
                                          Richard H. Zelichov
                                          richard.zelichov@katten.com
                                          Christina L. Costley
                                          christina.costley@katten.com
                                          Paul S. Yong
                                          paul.yong@katten.com
                                          KATTEN MUCHIN ROSENMAN LLP
                                          2029 Century Park East, Suite 2600
                                          Los Angeles, CA 90067
                                          Telephone:  (310) 788-4400
                                          Facsimile:  (310) 788-4471

                                          *Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*


                                          ROBBINS GELLER RUDMAN & DOWD LLP


                                          By: */s/ Eric I. Niehaus*
                                          Spencer A. Burkholz
                                          spenceb@rgrdlaw.com
                                          Steven W. Pepich
                                          stevep@rgrdlaw.com
                                          Eric I. Niehaus
                                          eniehaus@rgrdlaw.com
                                          Kevin S. Sciarani
                                          ksciarani@rgrdlaw.com
                                          ROBBINS GELLER RUDMAN & DOWD LLP
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-8498
                                          Telephone:  (619) 231-1058
                                          Facsimile:  (619) 231-7423

                                          *Lead Counsel for Lead Plaintiff*

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Richard H. Zelichov*
Richard H. Zelichov
richard.zelichov@katten.com
Christina L. Costley
christina.costley@katten.com
Paul S. Yong
paul.yong@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.  Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  March 23, 2020


*/s/ Richard H. Zelichov*
Richard H. Zelichov

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**