**EXHIBIT A**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,

Defendants.

Case No. 2:19-cv-01828-MWF (SK)

**UNDERTAKING REGARDING PROTECTIVE ORDER**

Judge:  Hon. Michael W. Fitzgerald
Courtroom:  5A

I, _____, declare that:

1.     I have received a copy of the Stipulated Protective Order, entered on _____ (the "Stipulation and Order") in the action entitled *Matt Karinski, et al. v. Stamps.com, Inc., et al.*, No. 2:19-cv-01828-MWF (SK) (C.D. Cal.), and I have read and understand its provisions.

2.     I will comply with all of the provisions of the Stipulation and Order.  I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the Stipulation and Order, and will not use for purposes other than for this Action any information designated "Confidential" or "Highly Confidential" that I receive in this Action, except as otherwise permitted under the terms of the Stipulation and Order.

Dated: _____

_____
Signature

**UNDERTAKING REGARDING PROTECTIVE ORDER**

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax