# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,

Defendants.

Case No. 2:19-cv-01828-MWF (SK)

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER**

Judge: Hon. Michael W. Fitzgerald
Courtroom: 5A

Having considered the parties' Joint Motion for Entry of Protective Order, and good cause appearing, IT IS HEREBY ORDERED that the Joint Motion for Entry of Protective Order is GRANTED. Accordingly, the Court enters the Stipulated Protective Order attached hereto as Attachment A.

**Dated:**                                   **So Ordered:**

_____

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax