UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **CV 19-1828 MWF (SKx)**                                    Date:  April 30, 2020

Title      **Matt Karinski, et al. v. Stamps.com, Inc., et al.**


Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge


|         Rita Sanchez         |      Not Reported          |
| :--------------------------: | :------------------------: |
|         Deputy Clerk         |  Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
         Not Present                                     Not Present


**Proceedings:  (IN CHAMBERS) ORDER GRANTING DEFENDANTS' REQUEST TO FILE SUPPLEMENTAL STATEMENT REGARDING JOINT RULE 26(f) REPORT [104]**


On April 20, 2020, the parties filed a Joint Rule 26(f) Report ("Joint Report") in preparation for the Scheduling Conference that had been set for May 4, 2020.  (Docket No. 100).  In light of the Central District of California's Continuity of Operations Plan, on April 29, 2020 the Court vacated the Scheduling Conference.  (Docket No. 103).

The Court reviewed the Joint Report and filed its Order Re Jury Trial ("Order") on April 29, 2020.  (Docket No. 106).  Before the Order was docketed, Defendants filed a Request to File Supplemental Statement Regarding Joint Rule 26(f) Report ("Defendants' Request").  (Docket No. 104).

The Court GRANTS Defendants' Request because it read and considered the additional arguments in the Supplemental Statement before issuing its Order. This Court typically denies requests for bifurcation of discovery.  Defendants make decent arguments, but the preferable approach is for Defendants to seek a protective order from the Magistrate Judge as to a particular discovery request.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 19-1828 MWF (SKx)**                    Date:  April 30, 2020

Title        **Matt Karinski, et al. v. Stamps.com, Inc., et al.**


Initials of Preparer:  RS/sjm