# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br><br><br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No. 2:19-cv-01828-MWF (SK)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME TO HEAR DEFENDANTS' MOTION FOR EXTENSION OF PRETRIAL SCHEDULE<br><br><br><br>Judge:  Hon. Michael W. Fitzgerald |

After reviewing Defendants' Ex Parte Application to Shorten Time to Hear Defendants' Motion for Extension of Pretrial Schedule (Docket No. 113), the Court finds that Defendants meet the requirements for affording the relief requested and that good cause exists for the change in dates.  Accordingly, the Court **GRANTS** Defendants' Ex Parte Application and **ORDERS** the **Motion for Extension of Pretrial Schedule (Docket No. 112) to be heard on July 13, 2020, at 10:00 a.m.** Plaintiff's opposition shall be filed no later than June 29, 2020, and Defendants' reply, if any, shall be filed no later than July 3, 2020.

IT IS SO ORDERED.

Dated:  June 23, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR EXTENSION OF PRETRIAL SCHEDULE