ROBBINS GELLER RUDMAN
  & DOWD LLP
STEVEN W. PEPICH (116086)
JASON A. FORGE (181542)
ERIC I. NIEHAUS (239023)
HILLARY B. STAKEM (286152)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
jforge@rgrdlaw.com
ericn@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>STAMPS.COM, INC., et al.,<br><br>                Defendants. | Case No. 2:19-cv-01828-MWF-SK<br><br>CLASS ACTION<br><br>DECLARATION OF JEFFREY M. GILL IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>DATE:    TBD<br>TIME:    TBD<br>CTRM:   5A<br>JUDGE:  Hon. Michael W. Fitzgerald |

Cases\4845-5726-0993.v1-6/29/20

I, JEFFREY M. GILL, declare as follows:

1.     I respectfully submit this Declaration in support of Lead Plaintiff's Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.     I am the Senior Benefits Counsel for Lead Plaintiff Indiana Public Retirement System ("INPRS").  As Senior Benefits Counsel, I participate in and oversee decisions regarding the administration of INPRS.  INPRS seeks appointment as a class representative in this action.

3.     INPRS is one of the largest 100 pension funds in the United States, with $36.1 billion under management at the end of fiscal year 2019.  INPRS serves the needs of approximately 467,000 members and retirees representing more than 1,200 participating employers, including public universities, school corporations, municipalities and state agencies.

4.     INPRS purchased 28,301 shares of Stamps.com, Inc. common stock between May 3, 2017 and May 8, 2019.

5.     INPRS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  Should it be appointed as a class representative, INPRS – as a large, sophisticated institutional investor – is committed to continuing to vigorously prosecute this litigation.

6.     INPRS has monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution.  For example, INPRS received and reviewed periodic updates and other correspondence from Lead Counsel regarding various aspects of this case, including: (1) the filing of a comprehensive complaint; and (2) the defending of those claims through motion to dismiss briefing.  INPRS has also participated in discussions with Lead Counsel about significant developments in the litigation.

- 1 -

Cases\4845-5726-0993.v1-6/29/20

7.      If appointed as a class representative, INPRS will continue to actively direct this litigation in order to maximize the recovery. INPRS understands that it owes a duty to all members of the proposed class to provide fair and adequate representation and would continue to work with Lead Counsel to obtain the largest recovery for the class consistent with good faith, sound judgment and meritorious advocacy.

8.      INPRS intends to continue to provide fair and adequate representation by, among other things, directing the efforts of Lead Counsel Robbins Geller.

9.      INPRS selects Robbins Geller as proposed class counsel based on the Firm's substantial experience and expertise in prosecuting securities class actions.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 26TH day of JUNE , 2020, at INDIANAPOLIS , Indiana.

_____
JEFFREY M. GILL

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 29, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ericn@rgrdlaw.com

- 3 -

Cases\4845-5726-0993.v1-6/29/20

**Mailing Information for a Case 2:19-cv-01828-MWF-SK Matt Karinski v. Stamps.com, Inc. et al**

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christina Lucen Costley**
  christina.costley@kattenlaw.com,tamara.vazquez@katten.com,courtalertlax@katten.com

- **Jason A Forge**
  jforge@rgrdlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,edewan@scott-scott.com,tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw

- **Steven W Pepich**
  stevep@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillary B Stakem**
  hstakem@rgrdlaw.com

- **Paul Satoshi Yong**
  paul.yong@kattenlaw.com,paula.phillips@katten.com,courtalertlax@katten.com,victoria.lippman@katten.com

- **Richard H Zelichov**
  richard.zelichov@katten.com,tamara.vazquez@katten.com,courtalertlax@katten.com,jonathan.rotenberg@katten.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

- 4 -