ROBBINS GELLER RUDMAN
   & DOWD LLP
STEVEN W. PEPICH (116086)
JASON A. FORGE (181542)
ERIC I. NIEHAUS (239023)
HILLARY B. STAKEM (286152)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
jforge@rgrdlaw.com
ericn@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>     vs.<br><br>STAMPS.COM, INC., et al.,<br><br>                             Defendants. | Case No. 2:19-cv-01828-MWF-SK<br><br>CLASS ACTION<br><br>JOINT STIPULATION REGARDING LEAD PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS<br><br>Non-expert Discovery Cutoff: January 19, 2021<br><br>Final Pre-trial Conference: October 18, 2021<br><br>Jury Trial:  November 9, 2021<br><br>[Discovery Document: Referred to Magistrate Judge Steve Kim]<br><br>DATE:     July 22, 2020<br>TIME:     10:00 a.m.<br>CTRM:    540<br>JUDGE:   The Honorable Steve Kim |

**[TO BE FILED UNDER SEAL]**