UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

STAMPS.COM, INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-01828-MWF-SK

CLASS ACTION

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF INDIANA PUBLIC RETIREMENT SYSTEM'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS

Cases\4838-5842-8865.v1-7/1/20

Having considered Lead Plaintiff Indiana Public Retirement System's ("Lead Plaintiff") Motion to Compel Discovery from Defendants (the "Motion"), the Joint Stipulation regarding the Motion, and the exhibits thereto, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court ORDERS defendants to produce documents returned by the proposed search terms that relate to Stamps.com, Inc's conduct with respect to the USPS Reseller Program and the related agreements;

3.    The Court ORDERS defendants to produce documents for the discovery time period of February 1, 2016 through December 31, 2019; and

4.    The Court ORDERS defendants to search for and produce responsive documents from the files of up to eight custodians in addition to the ten custodians offered by defendants, identified by Lead Plaintiff no later than 30 days before the fact discovery cutoff.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

- 1 -

Cases\4838-5842-8865.v1-7/1/20