ROBBINS GELLER RUDMAN
  & DOWD LLP
STEVEN W. PEPICH (116086)
JASON A. FORGE (181542)
ERIC I. NIEHAUS (239023)
HILLARY B. STAKEM (286152)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
jforge@rgrdlaw.com
ericn@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> STAMPS.COM, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01828-MWF-SK <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF ERIC I. NIEHAUS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS <br><br> [Discovery Document: Referred to Magistrate Judge Steve Kim] <br><br> DATE:   July 22, 2020 <br> TIME:   10:00 a.m. <br> CTRM:   540 <br> JUDGE:   The Honorable Steve Kim |

I, ERIC I. NIEHAUS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a partner at the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiff in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Order re: Defendants' Motion to Dismiss (ECF No. 89);

Exhibit 2:    Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 71);

Exhibit 3:    Meet and confer emails between counsel from June 17 through June 21, 2020;

Exhibit 4:    Joint Rule 26(f) Report (ECF No. 100);

Exhibit 5:    Order Granting Defendants' Request to File Supplemental Statement Regarding Joint Rule 26(f) Report (ECF No. 107);

Exhibit 6:    Order Re: Jury Trial (ECF No. 106);

Exhibit 7:    Letter from Eric Niehaus dated May 7, 2020;

Exhibit 8:    Lead Plaintiff's June 3, 2020 ESI parameter proposal;

Exhibit 9:    Letter from Richard Zelichov dated June 9, 2020;

Exhibit 10:  Letter from Richard Zelichov dated May 26, 2020;

Exhibit 11:  Letter from Eric Niehaus dated June 3, 2020;

Exhibit 12:  Defendants' Notice of Motion and Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 79); and

Exhibit 13:  January 13, 2020 hearing transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2020, at San Diego, California.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

- 1 -

Cases\4837-5195-6161.v1-7/1/20

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 1, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: ericn@rgrdlaw.com

- 2 -

Cases\4837-5195-6161.v1-7/1/20

## Mailing Information for a Case 2:19-cv-01828-MWF-SK Matt Karinski v. Stamps.com, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christina Lucen Costley**
  christina.costley@kattenlaw.com,tamara.vazquez@katten.com,courtalertlax@katten.com

- **Jason A Forge**
  jforge@rgrdlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,edewan@scott-scott.com,tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Steven W Pepich**
  stevep@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  info@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,rprongay@glancylaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillary B Stakem**
  hstakem@rgrdlaw.com

- **Paul Satoshi Yong**
  paul.yong@kattenlaw.com,paula.phillips@katten.com,courtalertlax@katten.com,victoria.lippman@katten.com

- **Richard H Zelichov**
  richard.zelichov@katten.com,tamara.vazquez@katten.com,courtalertlax@katten.com,jonathan.rotenberg@katten.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)