# EXHIBIT 8

| Custodian Name | Positon |
| --- | --- |
| Nicholas Barranca | Vice President Government Affairs and Lobbying |
| Candi Booth | Vice President Sales |
| James Bortnak | Co-President; Corporate and Business Development Officer |
| Sebastian Buerba | Chief Marketing Officer |
| Jeffrey Carberry | Chief Financial Officer |
| ~~Preston Carter~~ | ~~Senior Customer Care Coach~~ |
| ~~William Carter~~ | ~~Senior Inside Account Manager~~ |
| Jason Chow | Vice President, Business Development |
| John R. Clem | Chief Product & Strategy Officer |
| ~~Dave Collins~~ | ~~Sales Manager~~ |
| Melissa Crawford | Vice President, Marketing |
| ~~Matthew Crookston~~ | ~~Field Sales Representative~~ |
| Raymond FitzGerald | Inside Account Manager |
| ~~Ronald Frazier~~ | ~~High Volume Shipper Team Representative~~ |
| Paul Fredericks | Sales Operation Specialist |
| ~~Andrew Gallop~~ | ~~Field Account Manager~~ |
| ~~Efrain Guijarro~~ | ~~Associate Fraud Analyst, Customer Care~~ |

Exhibit 8

- 195 -

| Custodian Name | Positon |
|---|---|
| ~~Ashley Grier~~ | ~~Associate Fraud Analyst~~ |
| ~~Fang Huang~~ | ~~Senior Director/GM - Operations and eCommerce~~ |
| Kyle Huebner | President |
| ~~Joshua Jobe~~ | ~~Inside Sales Representative~~ |
| Leslie Jadon | Senior National Account Manager |
| G. Bradford Jones | Director, Audit Committee |
| Amine Khechfe | Chief Strategy Officer (Stamps.com) & Co-founder (Endicia) |
| ~~Devin Knight~~ | ~~Operations Senior Manager, Logistics~~ |
| Mark Krojansky | Vice President, Marketing |
| ~~Isaac Limon~~ | ~~Associate Fraud Analyst~~ |
| Matthew A. Lipson | Chief Legal Officer & Secretary |
| Kenneth McBride | Chairman & Chief Executive Officer |
| Eric Nash | Vice President, Online Marketing |
| ~~Rich Newcomb~~ | ~~Sales Manager~~ |
| ~~Paul Rai~~ | ~~Services Senior Manager, Business~~ |
| Steve Rifai | Chief Sales Officer (Stamps.com & Endicia) |
| ~~Keith Roper~~ | ~~Sales Manager~~ |

Exhibit 8
- 196 -

| Custodian Name | Positon |
|---|---|
| Marcia Sapien | Sales Representative |
| Tom Scarbrough | Regional Sales Director |
| Kathy Scholz | Manager USPS Alliances |
| ~~Ryan Simpson~~ | ~~Senior Manager, Inside Account Management~~ |
| Rodney Small | National Sales Manager, Packages |
| ~~David Stearns~~ | ~~Sales Representative~~ |
| ~~Dawn Stevenson~~ | ~~Vice President, Customer Care & Technical Support~~ |
| Todd Strickland | Sales Representative |
| Jerome Tomlin | Sales Manager |
| ~~Robert Warsono~~ | ~~Associate Fraud Analyst~~ |
| Seth David Weisberg | Chief Legal Officer Emeritus |
| ~~Jason Wurfel~~ | ~~Sales Manager~~ |
| Eric Youngstrom | Vice President, Business Development |
| Katie May | CEO of ShippingEasy |
| James Nathan Jones | CEO of ShipStation |
| William Clayton | General Manager of ShipWorks |
| Timothy Thorn | Senior Area Sales Manager |

Exhibit 8

- 197 -

| Custodian Name | Positon |
|---|---|
| Delbert  Laird | Inside Sales Manager |
| John Campo | Director of Government Relations |
| J.P. Lean | Vice President of Postal Affairs |
| Billie Juddson | Area Sales Manager |

Exhibit 8
- 198 -

**Search Terms[1]**

**Relevant Period: 2/1/2016 - 12/31/2019**

1. (USPS or "postal service" or "post office")

2. (NSA or "negotiated service" or reseller)

3. (Minim* w/5 pric*) w/10 (client* or customer* or shipper* or mailer* or user* or business)

4. "task force"

5. (jeopard* or ruin* or risk* or endanger* or manage* or threat* or (put* w/5 question)) w/10 (relations* or partner* or agreement* or contract* or licens*)

6. (USPS or PRC or "postal service" or "post office" or OIG or "Inspector General" or treasury or government* or administration or mnuchin or "task force")) w/15 (happy or unhappy or disappoint* or displeas* or disaprov* or upset* or deny or deni* or angry or critic* or investigat* or inquir* or demand* or inspect* or scrutin* or (not w/5 lik*))

7. (OIG or "inspector general") w/10 report

8. Rucker

9. Rathburn

10. Nicosk*

11. Bailey

12. Denneny or Deneny or Denenny

13. Cochran*

14. Alesevich

15. Key w/3 Karen

16. Brennan or PMG or "post master"

17. Owens w/5 Sharon

18. Klingenb*

19. Goldway

20. Corbet*

21. Strako or Krage

22. ("Capitol Forum" or Cohodes or "Friendly Bear" or "Prescient Point" "short seller*" or "shorts") and (stmp or "stamps.com" or stamps or "express 1" or "express1" or "rapid enterprises" or "express one" or "E1" or "intui ship" or intuiship or "USS" or "shipping

---

[1]      The following assumptions were used in proposing the search terms:
- Asterisks are multi-character wildcards;
- all terms are not case-sensitive; and
- characters such as a hyphen are interpreted as a space.

Exhibit 8
- 199 -

partners LLC" or "move method" or "parcel partners" or "PP" or "express save" or "SP Parcel" or "Visible supply" or USPS or PRC or "postal service" or "post office"")

23. ("seeking alpha ") and ("stmp" or "stamps.com")

24. "risk" w/25 (resell* or "incentive*" or contract* or agreement* or "PC postage" or commission* or licens*)

25. partner* w/10 (strong* or strength* or great or importan* or happy or unhappy or health* or success* or excellent or solid* or "win-win" or "mutual* benefi*")

26. relationship* w/10 (strong* or strength* or great or importan* or happy or unhappy or health* or success* or excellent or solid* or "win-win" or "mutual* benefi*")

27. partner* w/10 (importan* or critical or key or crucial or essential or vital or necessary or central)

28.  relationship* w/10 (importan* or critical or key or crucial or essential or vital or necessary or central)

29. (partner* or relationship*) w/5 exclusiv*

30. (partner* or relationship*) w/5 (discontinu* or terminat* or cancel* or end* or renegotiat* or chang* or modif* or withdraw* or dissolv* or cancel* or protect* or eliminat*)

31. (partner* or relationship*) w/5 profit*

32. report w/10 "product pricing"

33. PAEA or ("postal accountability" w/3 act)

34.  "in the dark"

35. (chang* or modif* or amend* or renegotat* or renew* or updat* or restrict*) w/25 (resell* or "channel partner*" or "integration partner*" or middlemen or middleman or incentive* or PIA or "PC postage" or licens* or contract* or exclusiv* or commission* or fee or fees or rake or compensation or discount* or NSA or "negotiated service" or "commercial plus" or CPP or "online high volume" "commercial base" or "online standard rates" or CBP or "custom pricing rate*" or margin*)

36. (cancel* or "shut down" or terminat* or dissolv* or dissolution or discontinu* or expir* or withdraw* or eliminat*) w/25 (resell* or "channel partner*" or "integration partner*" or middlemen or middleman or incentive* or PIA or "PC postage" or licens* or contract* or exclusiv* or commission* or fee or fees or rake or compensation or discount* or NSA or "negotiated service" or "commercial plus" or CPP or "online high volume" "commercial base" or "online standard rates" or CBP or "custom pricing rate*" or margin*)

37. (revenue* or profit*) w/5 (share or sharing)

38. (spread or cut or cutting or commission* or incentive* or fee or fees or rake or compensation or skim* or "share* of" or "partner profit" or margin*) w/25 ("express 1" or "express1 or "rapid enterprises" or "express one" or "E1")

Exhibit 8
- 200 -

39. (spread or cut or cutting or commission* or incentive* or fee or fees or rake or compensation or skim* or "share* of" or "partner profit" or margin*) w/25 (intuiship or "intui ship" or "shipping partners LLC" or "USS")

40. (spread or cut or cutting or commission* or incentive* or fee or fees or rake or compensation or skim* or "share* of" or "partner profit" or margin*) w/25 "move method"

41. (spread or cut or cutting or commission* or incentive* or fee or fees or rake or compensation or skim* or "share* of" or "partner profit" or margin*) w/25 ("parcel partners" or "express save" or "SP Parcel" or "Visible supply" or "PP")

42. (spread or cut or cutting or commission* or incentive* or fee or fees or rake or compensation or skim* or market or model* or practice* or activit* or margin*) w/3 (resell* or NSA or "negotiated service")

43. (revenue* or profit* or income) w/15 (skim* or misappropriat* or cut or "share* of")

44. (relations* or partner* or agreement* or contract*) w/25 ("express 1" or "express1" or "rapid enterprises" or "express one" or "E1")

45. (relations* or partner* or agreement* or contract*) w/25 (intuiship or "intui ship" or "shipping partners LLC" or "USS")

46. (relations* or partner* or agreement* or contract*) w/25 "move method"

47. (relations* or partner* or agreement* or contract*) w/25 ("parcel partners" or "express save" or SP Parcel" or "Visible supply" or "PP")

48. (relations* or partner* or agreement* or contract* or market) w/3 resell*

49. (notice or notif*) w/15 (terminat* or cancel* or end* or final)

50. (Ross w/5 Rob*) or (Judd w/5 Taylor)

51. (Starling w/5 Jared) or (Casey w/5 Adams)

52. *[RESELLER EXECUTIVES NAMES STAMPS INTERACTED WITH OR TRACKED]*

53. (purpose* or spirit or intent* or goal*) w/10 (incentive* or commission* or program* or agreement* or contract* or USPS or "postal service" or "post office")

54. "Marketplace Requirements"

55. (subscription or monthly) w/3 (fee or fees)

56. referral* w/3 (fee or fees)

57. "postal arbitrage" or "arb spread"

58. (authoriz* or unauthorize* or qualif* or unqualif* or retain* or retention or entitl* or "consent" or eligib* or ineligib* or "shipping requirement*") and (discount* or rebate* or (high* w/2 volume*) or (low* w/2 volume*) or bulk or freebies or promotion* or induc* or (preferred w/5 rate*) or "commercial plus" or CPP or "online high volume" "commercial base" or "online standard rates" or CBP or "below market" or "custom pricing rates" or (negotiate* w/3 rate*))

Exhibit 8
- 201 -

59. "special sauce"

60. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 (client* or customer* or shipper* or mailer* or user* or business* or lead* or USPS or "postal service" or "post office")

61. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 (shipworks or "ship works" or shipstation or "ship station" or "shipping easy" or shippingeasy)

62. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 ("express 1" or "express1" or "rapid enterprises" or "express one" or "E1")

63. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 ("intui ship" or intuiship or "shipping partners LLC" or "USS")

64. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 "move method"

65. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 ("parcel partners" or "express save" or "SP Parcel" or "visible supply" or "PP")

66. (best or max* or highest or most or biggest or largest or increas* or improv*) w/5 (profit or spread or cut or commission* or rake or incentive* or (tier w/5 economic*) or margin*)

67. ((multicarrier or "Multi-carrier" or shipworks or "ship works" or shipstation or "ship station" or "shipping easy" or shippingeasy) w/15 ("channel partner*" or "integration partner*" or volume or bulk)) and (rate* or discount* or rebate* or NSA or "negotiated service" or reseller)

68. (new w/5 (client* or customer* or shipper* or mailer* or user* or business)) and ("express 1" or "express1" or "rapid enterprises" or "express one" or "E1" or intuiship or "intui ship" or "USS" or "shipping partners LLC" or "move method" or "parcel partners" or "express save" or "SP Parcel" or "visible supply" or "PP")

69. (bundl* or group* or aggregat* or combin*) w/20 (client* or customer* or shipper* or user* or mailer* or (low w/3 volume))

70. (abus* or misus* or game or gaming or (tak* w/5 advantage) or manipulat* or cheat* or improper or "short pay*" or exploit* or skim* or scheme* or practices) and (resell* or incentive* or "channel partner" or "integration partner*" or "PIA" or "PC Postage" or licens* or commission* or exclusiv* or contract* or (revenue w/5 shar*) or (profit w/5 shar*)) or USPS or PRC or "postal service" or "post office" or NSA or "negotiated service")

71. (abus* or misus* or game or gaming or (tak* w/5 advantage) or manipulat* or cheat* or improper or "short pay*" or exploit* or skim* or scheme* or practices) w/10 (system* or contract* or agreement* or program*)

72. rat w/5 (another or "each other")

73. "direct relationship" w/5 (client* or customer* or shipper* or mailer* or user* or business*)

Exhibit 8
- 202 -

74. "revenue protection"

75. ~~(account* or sales) w/15 ("rep" or "reps" or representative* or territor*)~~ (account* or sales) w/15 ("rep" or "reps" or representative* or territor*) and (USPS or "postal")

76. ("taxpayers protection alliance" or TPA)

77. threshold w/5 volume

78. ~~(exist* or already or current*) w/10 (client* or customer* or shipper* or mailer* or user* or business)~~ ((exist* or already or current* or 'pre-existing" or preexisting) w/10 (client* or customer* or shipper* or mailer* or user* or business or "postal revenue*")) and (USPS or "postal service" or "post office")

79. ("USPS's" or "postal service's" or "post office's") w/10 (client* or customer* or shipper* or mailer* or user* or business or lead*)

80. (cannibal* or poach* or flip* or grab* or tak* or nab* or steal* or stole* or borrow* or pilfer* or convert* or divert* or diversion) or misappropriat*) w/15 (client* or customer* or shipper* or mailer* or user* or business or lead* or USPS or "postal service" or "post office")

81. "channel conflict"

82. ((projection* or projected or projecting or estimat* or forecast* or predict* or calculat*) w/30 (revenue or income)) and (agreement* or contract* or licens*)

83. share* w/3 (price or fall* or drop* or declin* or plummet* or chang*)

84. stock w/3 (price or fall* or drop* or declin* or plummet* or chang*)

85. ~~stock* or share*~~ *[ON INVESTOR RELATIONS DOCUMENTS]*

86. "American conservative" and (stamps or STMP or "stamps.com")

87. Pearkes and (stmp or "stamps.com" or stamps)

88. (buyback or "buy back" or repurchase) and (share* or stock)

89. (Huebner or Kyle) w/10 (resign* or fired or firing or quit* or terminat* or leav* or sack* or dismiss* or depart* or "let* go" or rid)

90. (trade* or trading) w/5 (share* or stock*)

91. share* w/5 (sell* or unload* or rid or sold or dump*)

92. (stock or stocks) w/5 (sell* or unload* or rid or sold or dump*)

93. (USPS or "postal service" or "post office") w/25 (strong* or strength* or great or importan* or happy or unhappy or health* or success* or excellent or solid* or "win-win" or "mutual* benefi*")

94. (USPS or "postal service" or "post office") w/25 (partner* or relation* or agreement* or contract*)

95. (USPS or "postal service" or "post office") w/25 (important or critical or key or crucial or essential or vital or necessary or central)

Exhibit 8
- 203 -

96. (USPS or PRC or "postal service" or "post office") w/25 (unaware or (not w/5 aware) or blind or ignor*)

97. USPS or PRC or "postal service" or "post office") w/25 (chang* or modif* or amend* or renegotat* or renew* or updat*)

98. (USPS or PRC or "postal service" or "post office") w/25 (cancel* or "shut down" or terminat* or dissolv* or dissolution or discontinu* or expir* or withdraw* or eliminat*)

99. (USPS or PRC or "postal service" or "post office") w/25 (exclusiv* or sole or "dedicat*" or integrat* or team* or associat* or cooperat* or affiliat* or relation* or ally or alliance or collab*)

100.      eliminat* w/10 (CPP or "online high volume" or "commercial plus")

101.      ((exist* or already or current* or "pre-existing" or preexisting) w/10 (client* or customer* or shipper* or mailer* or user* or business or "postal revenue*")) and (WBR or "weighted package")

102.      (spread or cut or cutting or commission* or incentive* or fee or fees or rake or compensation or skim* or "share* of" or "partner profit" or margin*) w/25 ("shipping easy" or shippingeasy)

103.      (spread or cut or cutting or commission* or incentive* or fee or fees or rake or compensation or skim* or "share* of" or "partner profit" or margin*) w/25 (USPS or "postal service" or "post office")

Exhibit 8
- 204 -