RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
CHRISTINA L. COSTLEY (SBN227134)
christina.costley@kattenlaw.com
PAUL S. YONG (SBN 303164)
paul.yong@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01828-MWF (SK) |
| | DECLARATION OF PAUL S. YONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS |
| Plaintiff, | |
| v. | |
| STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, | |
| Defendants. | |

I, Paul S. Yong, declare and state as follows:

1.    I am an attorney at the law firm Katten Muchin Rosenman LLP, counsel of record for Defendants Stamps.com Inc. ("Stamps"), Kenneth McBride, Kyle Huebner, Jeff Carberry (collectively, "Defendants"). I know the following to be true based on my own personal knowledge, and, if called as a witness, I could and would, testify competently to the matters herein.

2.    Attached hereto as **Exhibit 14** is a true and correct copy of Exhibit A to Lead Plaintiff's Memorandum of Points and Authorities in Opposition to Motion to Dismiss Plaintiff's Consolidated Complaint (Dkt. No. 83-1), filed with the Court on November 18, 2019.

3.    Attached hereto as **Exhibit 15** is a true and correct copy of Defendants' Motion for Clarification (Dkt. No. 111), filed on June 22, 2020, which also includes a table prepared by Defendants ("Exhibit B") setting forth the statements the parties agree are actionable and the statements that are currently in dispute.

4.    Attached hereto as **Exhibit 16** is a true and correct copy of the "Testimony of Chairman Ruth Y. Goldway, Postal Regulatory Commission, Before the U.S. House of Representatives Committee on Oversight and Government Reform Subcommittee on Federal Workforce, Postal Service and the District of Columbia," dated November 5, 2009.

5.    Attached hereto as **Exhibit 17** is a true and correct copy of an analyst report, titled "Key Takeaways from Conversation with Ruth Goldway, Former Chairwoman of the Postal Regulatory Commission," published by B. Riley on August 9, 2016, previously filed as Exhibit 27 in support of Defendants' motion to dismiss (Dkt. No. 79)

6.    Attached hereto as **Exhibit 18** is a true and correct copy of an analyst report, titled "Playing the Stamps.com Whack-A-Mole Game," published by Craig-Hallum Capital Group on July 20, 2016, previously filed as Exhibit 26 in support of Defendants' motion to dismiss (Dkt. No. 79).

DECLARATION OF PAUL S. YONG ISO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL

7.    Attached hereto as **Exhibit 19** is a true and correct copy of a published transcript of an earnings call held by Stamps on August 2, 2017 regarding the second quarter of its fiscal year 2017, available from Bloomberg, previously filed as Exhibit 14 in support of Defendants' motion to dismiss (Dkt. No. 79).

8.    Attached hereto as **Exhibit 20** is a true and correct copy of a transcript of an interview of USPS Chief Customer and Marketing Officer Jim Cochrane published on August 1, 2017, publicly available on Stamps' website at https://blog.stamps.com/2017/08/01/interview-jim-cochrane-usps-cmo/, previously filed as Exhibit 18 in support of Defendants' motion to dismiss (Dkt. No. 79). An original audio recording of the interview is published on Stamps' website along with the transcript.

9.    Attached hereto as **Exhibit 21** is a true and correct copy of a printout of a news article, titled "USPS 'Postage Reselling' Program Scrutinized," published by Linn's Stamp News on August 1, 2017, and publicly available at https://www.linns.com/news/us-stamps-postal-history/2017/august/usps-postage-reselling-program-scrutinized.html, previously filed as Exhibit 28 in support of Defendants' motion to dismiss (Dkt. No. 79).

10.    Attached hereto as **Exhibit 22** is a true and correct copy of the 2017 Package Business Incentive Agreement (PBIA) between Stamps and the USPS, that is Bates-stamped STMP-SCA00001664-00001688 and designated as "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order, entered by Judge Kim on March 23, 2020 (Dkt. No. 99).

11.    Attached hereto as **Exhibit 23** is a true and correct copy of relevant excerpts from the slides for the July 25, 2017 Stamps's Board of Director's Meeting, that is Bates-stamped STMP-SCA00001689-00001701 and designated as "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order, entered by Judge Kim on March 23, 2020 (Dkt. No. 99).

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

3

12. Attached hereto as **Exhibit 24** is a true and correct copy of a published transcript of an earnings call held by Stamps on February 19, 2020 regarding the fourth quarter of its fiscal year 2019, available on Westlaw.

13. Attached hereto as **Exhibit 25** is a true and correct copy of Stamps historical stock price chart for the time period of May 3, 2017 to June 26, 2020, available from Yahoo! Finance.

14. Attached hereto as **Exhibit 26** is a true and correct copy of Lead Plaintiff's First Set of Requests for Production of Documents, served on February 27, 2020.

15. Attached hereto as **Exhibit 27** is a true and correct copy of Lead Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), served on March 12, 2020.

16. Attached hereto as **Exhibit 28** is a true and correct copy of Defendants' Supplemental Statement Regarding Joint Rule 26(f) Report (Dkt. No. 108), filed on April 30, 2020.

17. Attached hereto as **Exhibit 29** is a true and correct copy of a verified transcript of an earnings call held by the USPS on August 9, 2018 regarding the third quarter of its fiscal year 2018, previously filed as Exhibit 19 in support of Defendants' motion to dismiss (Dkt. No. 79). The verified transcript was created at my direction by First Legal Deposition Services using the original audio recording of the USPS earnings call that is publicly available on the USPS's website at https://about.usps.com/what/financials/briefings/welcome.htm?video=cfo180809.

18. Attached hereto as **Exhibit 30** is a true and correct copy of a published transcript of an earnings call held by Stamps on July 28, 2016 regarding the second quarter of its fiscal year 2016, available on Westlaw.

19. Since the commencement of discovery in this action, Defendants have produced nearly 2,000 pages of documents, including highly confidential Board minutes and presentations from the time period in and around the remaining alleged

DECLARATION OF PAUL S. YONG ISO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

misstatements, internal records of Stamps' shareholders during the Class Period, organizational charts for key custodians and groups (including Stamps's executive management, sales, and government relations groups), Stamps's employee handbook, Stamps's D&O insurance policies, and analyst and shortseller reports from before, during, and after the Class Period.

20.    Based on Defendants' preliminary document counts using the 10 agreed-upon custodians and Plaintiff's proposed search terms, Plaintiff's proposed date range results in approximately twice as many documents hits when compared to Defendants' proposed date range.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 1, 2020 in Los Angeles, California.

_____

PAUL S. YONG

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

5

DECLARATION OF PAUL S. YONG ISO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 1, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: ericn@rgrdlaw.com

6

## Mailing Information for a Case 2:19-cv-01828-MWF-SK Matt Karinski v. Stamps.com, Inc. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christina Lucen Costley**
  christina.costley@kattenlaw.com,tamara.vazquez@katten.com,courtalertlax@katten.com

- **Jason A Forge**
  jforge@rgrdlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,edewan@scott-scott.com,tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Steven W Pepich**
  stevep@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  info@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,rprongay@glancylaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillary B Stakem**
  hstakem@rgrdlaw.com

- **Paul Satoshi Yong**
  paul.yong@kattenlaw.com,paula.phillips@katten.com,courtalertlax@katten.com,victoria.lippman@katten.com

- **Richard H Zelichov**
  richard.zelichov@katten.com,tamara.vazquez@katten.com,courtalertlax@katten.com,jonathan.rotenberg@katten.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

7