# Exhibit 17



# Key Takeaways from Conversation with Ruth Goldway, Former Chairwoman of the Postal Regulatory Commission; Reiterate Buy Rating and $160.00 Price Target

**Kevin Liu, CFA | (310) 689-2221**
kliu@brileyco.com

| MARKET DATA | |
|---|---|
| Price | $81.27 |
| 52 Week Range | $65.36-$123.75 |
| ADTV - 3 month (000s) | 688 |
| Market Cap | $1,418 |
| Enterprise Value | $1,470 |
| Shares Out | 17 |
| Float | 16 |

| EARNINGS DATA | | | |
|---|---|---|---|
| Earnings Per Share (FD Operating) | | | |
| FY-December | F2015A | F2016E | F2017E |
| 1Q | $0.72 | $1.72 | $1.86 |
| 2Q | $0.97 | $1.94 | $1.95 |
| 3Q | $1.14 | $1.68 | $1.23 |
| 4Q | $1.68 | $1.96 | $1.35 |
| FY | $4.54 | $7.29 | $6.37 |
| Prior EPS | $4.54 | $7.29 | $6.37 |
| EV/EBITDA | 17.3x | 10.0x | 9.0x |
| PE | 17.9x | 11.2x | 12.8x |

| FINANCIAL DATA | | | |
|---|---|---|---|
| FY | F2015A | F2016E | F2017E |
| Sales | $214 | $339 | $376 |
| EBITDA | $85 | $147 | $164 |
| EBITDA % | 39.7% | 43.3% | 43.6% |
| EBIT% | 37.7% | 42.0% | 42.3% |
| FCF Yield | 3.1% | 9.9% | 8.6% |
| ROE | 33.1% | 43.3% | 30.5% |
| Debt/Capital | 39.7% | 32.4% | 26.9% |
| BV/Share | $13.72 | $16.84 | $20.86 |

| BALANCE SHEET | |
|---|---|
| | FQ2 '16 |
| Cash & Equivalents | $123 |
| Accounts Receivable | $46 |
| Accounts Payable | $68 |
| Total Debt | $150 |
| Shareholders Equity | $324 |

*Financial data in millions unless otherwise stated*

## Summary and Recommendation

We hosted a conference call with Ruth Goldway, who served as Chairwoman of the Postal Regulatory Commission (PRC) from 2009-2014 and was first appointed a Commissioner by President Bill Clinton in 1998. The crux of the call was centered around the USPS' reseller program, which recent short reports have alleged is being abused by Stamps.com (STMP) to boost revenues and profitability at the expense of the USPS. Key takeaways from our perspective were that 1) the PC Postage vendors are held in high regard by the USPS, 2) volume growth is the main priority for the USPS, and 3) the reseller program has contributed to significant package volume growth in recent years. While Ms. Goldway acknowledged that changes to the reseller program could be made to adjust to current market dynamics, she surmised that any changes would likely be modest in nature to ensure package volumes would not be negatively impacted. As for whether the USPS or its regulators have any concerns regarding the PC Postage vendors' growth and profitability, investors were reminded that Pitney Bowes (PBI; N/R) had a virtual monopoly in the postage meter business for some 60-70 years and earned significant profits in the process. Ultimately, the USPS' predominant concern is continuing to grow its volumes, while delivering its services as efficiently as possible. Both its reseller and PC Postage partners have contributed in this regard, and we continue to believe allegations that STMP is working in concert with resellers to cannibalize USPS revenues are simply conjecture unsupported by any data. As STMP has now *raised* its pro forma EPS guidance by ~40% versus expectations entering the year and shares have *declined* ~26% YTD (versus 4% and 8% increases in the Nasdaq and Russell 2000 indices, respectively) on unsubstantiated noise, we think investors should be actively accumulating shares. We reiterate our Buy rating and $160.00 price target.

## Key Points

- **Highly Valued Partners.** As Endicia and Stamps.com were among only a few partners working almost exclusively with the USPS in the early 2000s and focused on helping the postal service grow, the PC Postage vendors have engendered quite a bit of loyalty from their regulator, and are held in high regard. Over the years, the PC Postage industry has generated strong organic volume growth for the USPS whereas many other partners increased the size of their businesses via consolidation, but failed to deliver new volumes to the USPS.

- **Reseller Program Meant to Target Smaller Businesses.** The USPS' reseller program was launched in 2009 following DHL's exit from the domestic package market. At the time, DHL had already established a network of independent marketers focused on capturing package volumes. By offering these companies a negotiated service agreement (NSA), the USPS was able to build its reseller program in fairly short order and turned its attention to capturing lightweight package volumes. With the USPS already establishing direct relationships with the largest mailers and retailers in those days, resellers were largely tasked with pursuing small businesses and start-ups focused on leveraging e-commerce to drive growth. Shorts claim that STMP is inappropriately extending reseller discounts to low volume customers, but STMP clearly focuses on targeting the customer set desired by the USPS.

Analyst Certification & Additional Disclosures Included in Appendix A
Any recommendation contained in this report may not be suitable for all investors. Contact B. Riley & Co., LLC for additional information on the securities mentioned herein. Securities offered through B. Riley & Co., LLC, Member FINRA & SIPC. Copyright 2016. All rights reserved by B. Riley & Co., LLC.

Exhibit 17

Technology:  Internet Software & Services

- **Volume Above All.** Time and again we were told that the USPS' main concern has been and remains volume growth. The postal service already touches each household six days a week, so driving incremental volumes across its network is a key priority. We refer investors to our July 25, 2016 research update for specifics on the acceleration in Priority Mail volume growth from the USPS' FY '10-FY '15, but note that Ms. Goldway also referenced the reseller program's contribution to ~10% volume growth in Priority Mail over the past 8-10 quarters. Furthermore, she stressed that the USPS tends to look at volumes holistically rather than attempting to parse out specific volumes from resellers versus other partners, or trying to ascertain whether volumes are from new or existing customers. The bottom line is that the USPS is most concerned with maintaining and growing its volumes while covering its costs, and is therefore loathe to make any significant changes that could put its volumes at risk. As for what the PRC evaluates in approving and reviewing the associated Negotiated Service Agreements (NSAs), it was noted that all NSAs are required to at least breakeven and competitive products as a whole must contribute a minimum 5.5% to institutional costs; only one out of 200+ domestic competitive NSAs has ever been terminated, and competitive products today contribute approximately 15%-20% of institutional costs. As the PRC's review of NSAs appears to have a fairly narrow scope, we see no real risk that the USPS' regulator would push for change. Worth noting, the USPS Office of Inspector General could investigate any issues raised by whistleblowers, but ultimately the USPS is not obligated to respond. As such, we believe the only real question to consider is whether the USPS would have any reason to make significant changes to its partner relationships based on its financial and volume data. As STMP seems to be in the USPS' good graces owing to a longstanding relationship and contribution to volume growth, and overall USPS package volume growth in recent years accelerated prior the this year's substantial price increases, we think the likely course of action is to maintain the status quo. In time, should STMP and its technology peers present a more attractive and logical channel for customer acquisition, then perhaps a case could be made that the reseller program should be eliminated. In this scenario, however, STMP would capture even better economics than it does at present.
- **Valuation.** Our price target remains $160.00 based on the same FY '17 EV/EBITDA multiple of 20x we used previously.

Exhibit 17
- 49 -

**Stamps.com (STMP)**
**B. Riley & Co., LLC**

| ($000s) | FY '13(A) | FY '14(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '15(A) | Q1 - Mar | Q2 - Jun(A) | Q3 - Sep | Q4 - Dec | FY '16(E) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '17(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Service | 99,013 | 115,696 | 35,649 | 40,378 | 42,470 | 58,175 | 176,672 | 69,106 | 72,590 | 71,604 | 79,450 | 292,750 | 79,706 | 81,390 | 80,254 | 86,796 | 328,146 |
| Customized postage | 4,710 | 5,450 | 989 | 1,072 | 2,484 | 2,684 | 7,229 | 2,637 | 2,467 | 1,500 | 2,500 | 9,104 | 2,500 | 1,500 | 1,500 | 2,500 | 8,000 |
| Product | 16,580 | 16,883 | 4,743 | 4,270 | 4,193 | 5,077 | 18,283 | 5,555 | 4,851 | 4,873 | 5,097 | 20,376 | 5,927 | 5,189 | 5,079 | 5,310 | 21,505 |
| Other | 7,516 | 9,240 | 2,671 | 2,640 | 2,522 | 3,940 | 11,773 | 4,539 | 4,105 | 4,077 | 4,297 | 17,019 | 4,803 | 4,375 | 4,267 | 4,493 | 17,937 |
| **Total revenue** | **127,819** | **147,269** | **44,052** | **48,360** | **51,669** | **69,876** | **213,957** | **81,837** | **84,013** | **82,055** | **91,344** | **339,249** | **92,936** | **92,453** | **91,100** | **99,098** | **375,588** |
| Cost of service revenue | 15,422 | 19,687 | 6,271 | 6,695 | 6,809 | 8,192 | 27,967 | 9,294 | 8,857 | 9,500 | 9,700 | 37,351 | 10,800 | 10,800 | 10,800 | 11,000 | 43,400 |
| Cost of customized postage | 3,699 | 4,493 | 830 | 881 | 2,120 | 2,182 | 6,013 | 2,167 | 1,955 | 1,275 | 2,125 | 7,522 | 2,125 | 1,275 | 1,275 | 2,125 | 6,800 |
| Cost of product sales | 5,694 | 5,516 | 1,601 | 1,435 | 1,364 | 1,571 | 5,971 | 1,798 | 1,642 | 1,657 | 1,733 | 6,830 | 2,015 | 1,764 | 1,727 | 1,805 | 7,312 |
| Cost of other revenue | 2,685 | 3,210 | 923 | 927 | 896 | 1,238 | 3,984 | 1,363 | 1,266 | 1,264 | 1,332 | 5,225 | 1,489 | 1,356 | 1,323 | 1,393 | 5,561 |
| **Gross profit** | **100,319** | **114,363** | **34,427** | **38,422** | **40,480** | **56,693** | **170,022** | **67,215** | **70,293** | **68,359** | **76,454** | **282,321** | **76,507** | **77,258** | **75,976** | **82,775** | **312,516** |
| Research and development | 10,958 | 13,309 | 4,282 | 4,680 | 4,758 | 6,991 | 20,711 | 8,337 | 8,131 | 9,750 | 9,750 | 35,968 | 9,750 | 9,750 | 9,750 | 9,750 | 39,000 |
| Sales and marketing | 39,449 | 43,659 | 14,021 | 12,536 | 11,341 | 18,246 | 56,144 | 21,397 | 20,082 | 21,162 | 23,417 | 86,058 | 24,499 | 22,983 | 22,920 | 25,288 | 95,690 |
| General and administrative | 15,794 | 25,147 | 7,771 | 12,763 | 11,390 | 10,475 | 42,399 | 15,262 | 17,113 | 19,000 | 19,000 | 70,375 | 19,250 | 19,250 | 19,250 | 19,250 | 77,000 |
| Restructuring and other charges | -- | 8,438 | 10,512 | 23,595 | -- | 21,981 | 56,088 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Operating income (loss)** | **34,118** | **23,810** | **(2,159)** | **(15,152)** | **12,991** | **(1,000)** | **(5,320)** | **22,219** | **24,967** | **18,447** | **24,288** | **89,920** | **23,008** | **25,275** | **24,056** | **28,488** | **100,826** |
| Interest and other income, net | 480 | 375 | 69 | (14) | 48 | (354) | (251) | (872) | (874) | (846) | (857) | (3,449) | (845) | (829) | (815) | (806) | (3,294) |
| **Income before income taxes** | **34,598** | **24,185** | **(2,090)** | **(15,166)** | **13,039** | **(1,354)** | **(5,571)** | **21,347** | **24,093** | **17,601** | **23,431** | **86,472** | **22,163** | **24,446** | **23,240** | **27,682** | **97,531** |
| Provision for income taxes | (9,555) | (12,697) | (1,120) | (4,735) | 5,765 | (1,283) | (1,373) | 8,109 | 9,802 | 7,216 | 9,607 | 34,734 | 9,087 | 10,023 | 9,529 | 11,350 | 39,988 |
| **Net income (loss)** | **44,153** | **36,882** | **(970)** | **(10,431)** | **7,274** | **(71)** | **(4,198)** | **13,238** | **14,291** | **10,384** | **13,824** | **51,738** | **13,076** | **14,423** | **13,712** | **16,332** | **57,543** |
| Tax rate | -27.6% | -52.5% | 53.6% | 31.2% | 44.2% | 94.8% | 24.6% | 38.0% | 40.7% | 41.0% | 41.0% | 40.2% | 41.0% | 41.0% | 41.0% | 41.0% | 41.0% |
| | | | | | | | | | | | | | | | | | |
| **Pro Forma Model:** | | | | | | | | | | | | | | | | | |
| **Gross profit** | **100,319** | **114,363** | **34,427** | **38,422** | **40,480** | **56,693** | **170,022** | **67,215** | **70,293** | **68,359** | **76,454** | **282,321** | **76,507** | **77,258** | **75,976** | **82,775** | **312,516** |
| Add: stock-based compensation | 408 | 395 | 170 | 200 | 220 | 410 | 1,000 | 420 | 450 | 450 | 450 | 1,770 | 500 | 500 | 500 | 500 | 2,000 |
| **Pro forma gross profit** | **100,727** | **114,758** | **34,597** | **38,622** | **40,700** | **57,103** | **171,022** | **67,635** | **70,743** | **68,809** | **76,904** | **284,091** | **77,007** | **77,758** | **76,476** | **83,275** | **314,516** |
| Less: operating expenses | 66,201 | 90,553 | 36,586 | 53,574 | 27,489 | 57,693 | 175,342 | 44,996 | 45,326 | 49,912 | 52,167 | 192,401 | 53,499 | 51,983 | 51,920 | 54,288 | 211,690 |
| Add: amortization of intangibles | -- | 1,390 | 710 | 710 | 710 | 1,470 | 3,600 | 3,320 | 3,240 | 5,000 | 5,000 | 16,560 | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Add: one-time charges | -- | 10,740 | 11,272 | 27,835 | 3,670 | 22,451 | 65,228 | 560 | 520 | -- | -- | 1,080 | -- | -- | -- | -- | -- |
| Add: stock-based compensation | 4,084 | 4,735 | 2,480 | 3,200 | 2,840 | 7,720 | 16,240 | 7,100 | 7,960 | 9,000 | 9,000 | 33,060 | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
| **Pro forma operating income** | **38,610** | **41,070** | **12,473** | **16,793** | **20,431** | **31,051** | **80,748** | **33,619** | **37,137** | **32,897** | **38,738** | **142,390** | **37,508** | **39,775** | **38,556** | **42,988** | **158,826** |
| Interest and other income | 480 | 375 | 69 | (14) | 48 | (324) | (221) | (782) | (874) | (846) | (857) | (3,359) | (845) | (829) | (815) | (806) | (3,294) |
| **Pro forma income before taxes** | **39,090** | **41,445** | **12,542** | **16,779** | **20,479** | **30,727** | **80,527** | **32,837** | **36,263** | **32,051** | **37,881** | **139,032** | **36,663** | **38,946** | **37,740** | **42,182** | **155,531** |
| Provision for income taxes | 155 | 867 | 330 | 15 | 435 | 657 | 1,437 | 799 | 1,052 | 962 | 1,136 | 3,949 | 1,100 | 1,168 | 13,587 | 15,185 | 31,040 |
| **Pro forma net income** | **38,935** | **40,578** | **12,212** | **16,764** | **20,044** | **30,070** | **79,090** | **32,038** | **35,211** | **31,089** | **36,744** | **135,083** | **35,563** | **37,778** | **24,154** | **26,996** | **124,491** |
| Pro forma tax rate | 0.4% | 2.1% | 2.6% | 0.1% | 2.1% | 2.1% | 1.8% | 2.4% | 2.9% | 3.0% | 3.0% | 2.8% | 3.0% | 3.0% | 36.0% | 36.0% | 20.0% |
| | | | | | | | | | | | | | | | | | |
| **GAAP EPS** | **2.71** | **2.25** | **(0.06)** | **(0.64)** | **0.42** | **(0.00)** | **(0.26)** | **0.71** | **0.79** | **0.56** | **0.74** | **2.79** | **0.68** | **0.74** | **0.70** | **0.82** | **2.94** |
| **Pro forma EPS** | **2.39** | **2.47** | **0.72** | **0.97** | **1.14** | **1.68** | **4.54** | **1.72** | **1.94** | **1.68** | **1.96** | **7.29** | **1.86** | **1.95** | **1.23** | **1.35** | **6.37** |
| Basic shares outstanding | 15,691 | 16,011 | 16,156 | 16,402 | 16,538 | 16,642 | 16,436 | 17,357 | 17,384 | 17,684 | 17,984 | 17,602 | 18,284 | 18,584 | 18,884 | 19,184 | 18,734 |
| Diluted shares outstanding | 16,298 | 16,417 | 16,990 | 17,300 | 17,517 | 17,880 | 17,420 | 18,664 | 18,192 | 18,492 | 18,792 | 18,535 | 19,092 | 19,392 | 19,692 | 19,992 | 19,542 |
| | | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 2,538 | 3,443 | 1,127 | 982 | 930 | 1,063 | 4,102 | 1,138 | 1,090 | 1,200 | 1,200 | 4,628 | 1,250 | 1,250 | 1,250 | 1,250 | 5,000 |
| **EBITDA** | **41,148** | **44,513** | **13,600** | **17,775** | **21,361** | **32,114** | **84,850** | **34,757** | **38,227** | **34,097** | **39,938** | **147,018** | **38,758** | **41,025** | **39,806** | **44,238** | **163,826** |
| Capital expenditures | 5,282 | 2,858 | 132 | 1,098 | 422 | 639 | 2,291 | 284 | 1,500 | 1,500 | 1,750 | 5,034 | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 |
| | | | | | | | | | | | | | | | | | |
| **Common Size:** | | | | | | | | | | | | | | | | | |
| Gross margin | 78.5% | 77.7% | 78.2% | 79.4% | 78.3% | 81.1% | 79.5% | 82.1% | 83.7% | 83.3% | 83.7% | 83.2% | 82.3% | 83.6% | 83.4% | 83.5% | 83.2% |
| Research and development | 8.6% | 9.0% | 9.7% | 9.7% | 9.2% | 10.0% | 9.7% | 10.2% | 9.7% | 11.9% | 10.7% | 10.6% | 10.5% | 10.5% | 10.7% | 9.8% | 10.4% |
| Sales and marketing | 30.9% | 29.6% | 31.8% | 25.9% | 21.9% | 26.1% | 26.2% | 26.1% | 23.9% | 25.8% | 25.6% | 25.4% | 26.4% | 24.9% | 25.2% | 25.5% | 25.5% |
| General and administrative | 12.4% | 17.1% | 17.6% | 26.4% | 22.0% | 15.0% | 19.8% | 18.6% | 20.4% | 23.2% | 20.8% | 20.7% | 20.7% | 20.8% | 21.1% | 19.4% | 20.5% |
| Operating margin | 26.7% | 16.2% | -4.9% | -31.3% | 25.1% | -1.4% | -2.5% | 27.2% | 29.7% | 22.5% | 26.6% | 26.5% | 24.8% | 27.3% | 26.4% | 28.7% | 26.8% |
| EBITDA margin | 32.2% | 30.2% | 30.9% | 36.8% | 41.3% | 46.0% | 39.7% | 42.5% | 45.5% | 41.6% | 43.7% | 43.3% | 41.7% | 44.4% | 43.7% | 44.6% | 43.6% |
| | | | | | | | | | | | | | | | | | |
| **Selected Balance Sheet Data:** | | | | | | | | | | | | | | | | | |
| Cash and investments | 87,210 | 57,630 | 81,422 | 90,570 | 102,236 | 75,208 | 75,208 | 121,331 | 122,676 | 91,436 | 123,979 | 123,979 | 165,010 | 202,288 | 225,264 | 245,435 | 245,435 |
| Accounts receivable | 17,504 | 12,325 | 11,983 | 14,654 | 15,295 | 55,052 | 55,052 | 42,316 | 46,081 | 46,499 | 60,690 | 60,690 | 51,599 | 51,909 | 51,395 | 66,570 | 66,570 |
| Goodwill and intangibles | 1,047 | 19,570 | 18,715 | 17,953 | 17,229 | 95,950 | 95,950 | 92,616 | 89,368 | 88,818 | 88,268 | 88,268 | 87,718 | 87,168 | 86,618 | 86,068 | 86,068 |
| Accounts payable | 13,928 | 22,521 | 30,613 | 38,097 | 29,132 | 60,816 | 60,816 | 64,197 | 67,938 | 61,327 | 71,865 | 71,865 | 68,493 | 68,553 | 67,111 | 75,710 | 75,710 |
| Debt | -- | -- | -- | -- | -- | 157,353 | 157,353 | 155,806 | 149,745 | 149,745 | 149,745 | 149,745 | 149,745 | 149,745 | 149,745 | 149,745 | 149,745 |
| Stockholders' equity | 171,765 | 205,031 | 219,593 | 214,477 | 228,613 | 238,969 | 238,969 | 325,963 | 324,091 | 288,925 | 312,200 | 312,200 | 334,776 | 358,699 | 381,911 | 407,743 | 407,743 |
| | | | | | | | | | | | | | | | | | |
| **Selected Financial Information:** | | | | | | | | | | | | | | | | | |
| Price | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 | 81.27 |
| Market cap | 1,324,538 | 1,334,210 | 1,380,777 | 1,405,971 | 1,423,607 | 1,453,108 | 1,415,723 | 1,516,823 | 1,478,464 | 1,502,845 | 1,527,226 | 1,506,339 | 1,551,607 | 1,575,988 | 1,600,369 | 1,624,750 | 1,588,178 |
| Net cash | 87,210 | 57,630 | 81,422 | 90,570 | 102,236 | (82,145) | (82,145) | (34,475) | (27,069) | (58,309) | (25,766) | (25,766) | 15,265 | 52,543 | 75,519 | 95,690 | 95,690 |
| Enterprise value | 1,237,328 | 1,276,580 | 1,299,355 | 1,315,401 | 1,321,371 | 1,535,253 | 1,497,868 | 1,551,298 | 1,505,533 | 1,561,154 | 1,552,992 | 1,532,106 | 1,536,342 | 1,523,445 | 1,524,850 | 1,529,060 | 1,492,489 |
| Net cash per share | 5.35 | 3.51 | 4.79 | 5.24 | 5.84 | (4.94) | (5.00) | (1.99) | (1.56) | (3.30) | (1.43) | (1.46) | 0.80 | 2.71 | 3.83 | 4.79 | 4.90 |
| P/E (TTM) | 34.0 | 32.9 | 30.2 | 26.1 | 22.9 | 18.0 | 17.9 | 14.7 | 12.5 | 11.6 | 11.2 | 11.2 | 10.9 | 10.9 | 11.6 | 12.7 | 12.8 |
| EV/Sales (TTM) | 9.7 | 8.7 | 8.2 | 7.6 | 7.1 | 7.2 | 7.0 | 6.2 | 5.2 | 4.9 | 4.6 | 4.5 | 4.4 | 4.2 | 4.1 | 4.1 | 4.0 |
| EV/EBITDA (TTM) | 30.1 | 28.7 | 26.6 | 23.2 | 20.1 | 18.1 | 17.7 | 14.6 | 11.9 | 11.2 | 10.6 | 10.4 | 10.2 | 9.9 | 9.6 | 9.3 | 9.1 |

Exhibit 17

Appendix A

Disclosure for Stamps.com Inc.

I, Kevin Liu , certify that this report reflects my personal beliefs about this company and that no portion of my compensation was, is or will be directly or indirectly related to the specific recommendations or views discussed in this report.

## Disclosure

- B. Riley & Co., LLC does and seeks to do business with companies covered in its research reports.
- A portion of this analyst's compensation is based on the sales, trading and investment banking activities of B. Riley & Co., LLC.
- B. Riley & Co., LLC makes a market in the securities of the company covered in this report.
- B. Riley & Co., LLC, or any of its affiliates, has received compensation from this company in the past 12 months.
- This company currently is, or within the past 12 months was, a client of B. Riley & Co., LLC. The services provided were Non-Investment Banking Securities-Related Services.
- This analyst, or a member of this analyst's household who is financially dependent on this analyst or vice versa, holds a long stock position in the security covered in this report.



Initiated Coverage on 10/31/2000 with "Buy" Rating and Price Target of $3.94

| Ratings Distribution as of August 7, 2016 | | | % with Investment Banking Relationships | | |
|---|---|---|---|---|---|
| Rating | Number of Companies | Percent of Total | Rating | Number of Companies | Percent of Total |
| Buy | 158 | 67.2% | Buy | 6 | 100.0% |
| Neutral | 75 | 31.9% | Neutral | 0 | 0.0% |
| Sell | 2 | 0.9% | Sell | 0 | 0.0% |
| **Total** | **235** | **100%** | **Total** | **6** | **100%** |

## Explanation of B. Riley & Co. LLC's Rating System

- **Buy:** We generally expect "Buy" rated stocks to materially outperform both the S&P 500 and Russell 2000 as well as other stocks in their sector. Further, we believe that the potential reward relative to the potential risk is particularly attractive.
- **Neutral:** We generally believe "Neutral" rated stocks will perform roughly in line with the S&P 500 and Russell 2000 over the intermediate and long term.
- **Sell:** We generally expect "Sell" rated stocks to materially underperform both the S&P 500 and Russell 2000 as well as other stocks in their sector. Further, we believe that the potential reward relative to the potential risk is particularly unattractive.

## Risks and Considerations

- **General Industry** - The Company could miss our estimates and/or their financial guidance.
- **Further Potential Risks** - See the Company's SEC filings, particularly its 10-K filing, for a discussion of further potential risks.

## Additional Risks and Considerations

- Internet Postage may not be a viable industry.  STMP competes with several large competitors, including Pitney Bowes.
- The Company may not sustain growth in revenues and operating profitability.
- An increase in churn or decrease in new customer adds could adversely impact performance.
- Our EPS estimates assume minimal tax expense given STMP's large NOL carryforwards.

Exhibit 17

- 51 -