# Exhibit 22

# Document Filed Under Seal

Exhibit 22
[pages 84 - 108 - Filed Under Seal]