# Exhibit 23

# Document Filed Under Seal

Exhibit 23
[pages 109 - 111 - Filed Under Seal]