# Exhibit 27

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
JASON A. FORGE (181542)
STEVEN W. PEPICH (116086)
ERIC I. NIEHAUS (239023)
HILLARY B. STAKEM (286152)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
jforge@rgrdlaw.com
stevep@rgrdlaw.com
eniehaus@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> STAMPS.COM, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01828-MWF-SK <br><br> CLASS ACTION <br><br> LEAD PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) |

4821-8592-6326.v1

Exhibit 27
- 165 -

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Lead Plaintiff Indiana Public Retirement System ("Plaintiff" or "INPRS"), hereby submits its Initial Disclosures. These disclosures are made without waiver of, or prejudice to, any objections Plaintiff may have. Plaintiff expressly reserves all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) admissibility. Plaintiff has not completed its investigation of this case and reserves the right to clarify, amend, modify, correct or supplement the information contained herein.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION PURSUANT TO RULE 26(a)(1)(A)(i)

Plaintiff identifies the following individuals and entities likely to have discoverable information in this matter that Plaintiff may use to support its claims or defenses, unless the use would be solely for impeachment, pursuant to Rule 26(a)(1)(A)(i). This list is not exhaustive as Plaintiff anticipates that other individuals may have information relevant to the issues in this action, and these disclosures are made based upon information reasonably available to Plaintiff at this early stage of the litigation and without prejudice to Plaintiff's right to identify or rely on facts provided by additional witnesses. Plaintiff incorporates by reference any other individuals or entities identified by any other party to this litigation.

1.     The following have information regarding Plaintiff's purchase and sale of Stamps.com ("Stamps") common stock:

4821-8592-6326.v1

- 1 -

Exhibit 27
- 166 -

| Name | Contact Information |
|---|---|
| Indiana Public Retirement System | c/o Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058 |
| RhumbLine Advisers | 265 Franklin Street, 21st Floor<br>Boston, MA  02110<br>Telephone:  617/345-0434 |
| Disciplined Growth Investors | 150 South Fifth Street, Suite 2550<br>Minneapolis, MN  55402<br>Telephone:  612/317-4100 |

2.    Defendants who, upon information and belief, have knowledge of Stamps' business, financial reporting, internal controls, postal services, postal contracts, postal billing, discussions with the U.S. Postal Service ("USPS"), insider trading and/or the false and misleading statements alleged in Lead Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws, ECF No. 71 ("Complaint"):

| Name | Contact Information |
|---|---|
| Stamps.com, Inc. | Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA  90067-3012<br>Telephone:  310/788-4680 |
| Kenneth McBride | Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA  90067-3012<br>Telephone:  310/788-4680 |
| Kyle Huebner | Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA  90067-3012<br>Telephone:  310/788-4680 |
| Jeff Carberry | Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA  90067-3012<br>Telephone:  310/788-4680 |

3.    Past and present officers, directors and employees of Stamps who, upon information and belief, have knowledge of Stamps' business, financial reporting, internal controls, postal services, postal contracts, postal billing, discussions with the USPS, insider trading and/or the false and misleading statements alleged in the Complaint, including the following:

4821-8592-6326.v1

- 2 -

Exhibit 27

- 167 -

| Name | Contact Information |
| --- | --- |
| Michael Biswas | Unknown at this time. |
| Candi Booth | Unknown at this time. |
| James Bortnak | Unknown at this time. |
| Sebastian Buerba | Unknown at this time. |
| John R. Clem | Unknown at this time. |
| Dave Collins | Unknown at this time. |
| Mark Darawish | Unknown at this time. |
| Raymond FitzGerald | Unknown at this time. |
| Paul Fredericks | Unknown at this time. |
| Evan Garland | Unknown at this time. |
| Brandon Gossman | Unknown at this time. |
| Joshua Jobe | Unknown at this time. |
| Amine Khechfe | Unknown at this time. |
| Matthew A. Lipson | Unknown at this time. |
| Debra Moskyok | Unknown at this time. |
| Rich Newcomb | Unknown at this time. |
| Dyutika Pal | Unknown at this time. |

4821-8592-6326.v1

Exhibit 27
- 168 -

| Name | Contact Information |
|---|---|
| Michael Patchen | Unknown at this time. |
| Steve Rifai | Unknown at this time. |
| Keith Roper | Unknown at this time. |
| Marcia Sapien | Unknown at this time. |
| Tom Scarbrough | Unknown at this time. |
| Kevin Shreves | Unknown at this time. |
| Ryan Simpson | Unknown at this time. |
| David Stearns | Unknown at this time. |
| Dawn Stevenson | Unknown at this time. |
| Todd Strickland | Unknown at this time. |
| Jerome Tomlin | Unknown at this time. |
| Seth David Weisberg | Unknown at this time. |
| Jason Wurfel | Unknown at this time. |

4.    Third parties, including USPS employees and postage resellers who, upon information and belief, have knowledge of Stamps' business, postal services, postal contracts, postal billing and discussions with the USPS, including the following:

| Name | Contact Information |
|---|---|
| Shipping Partners, LLC d/b/a IntuiShip | 1325 South 800 East, Suite 110 Orem, UT 84097 Telephone:  801/613-3933 |

- 4 -

4821-8592-6326.v1

Exhibit 27

- 169 -

| Name | Contact Information |
| --- | --- |
| Rapid Enterprises, LLC d/b/a Express 1 | 7910 South 3500 East, Building B Salt Lake City, UT 84121 Telephone:  800/399-3971 |
| Parcel PartnersVisible Supply Chain Management, LLC f/k/a Parcel Partners, LLC | 5160 West Wiley Post Way Salt Lake City, UT 84116 Telephone:  385/881-6287 |
| Gail Adams | Unknown at this time. |
| Ken Baily | Unknown at this time. |
| Megan Brennan | Unknown at this time. |
| Jessica Brewster-Johnson | Unknown at this time. |
| Jim Cochrane | Unknown at this time. |
| Joseph Corbett | Unknown at this time. |
| Brian Denneny | Unknown at this time. |
| Michael Elston | Unknown at this time. |
| Ruth Goldway | Unknown at this time. |
| J.P. Klingenberg | Unknown at this time. |
| Raymond G. Lopez, Jr. | Unknown at this time. |
| Dennis Nicoski | Unknown at this time. |
| Sharon D. Owens | Unknown at this time. |
| Doreen K. Rathburn | Unknown at this time. |
| Robert Ross | Unknown at this time. |

- 5 -

| Name | Contact Information |
|------|---------------------|
| Cliff Rucker | Unknown at this time. |
| Jakki Krage Strako | Unknown at this time. |

5.     Various securities analysts, reporters and news media, including current and former employees thereof, who, upon information and belief, monitored, tracked or otherwise evaluated Stamps' business, operations and financial performance, including the following:

| Name | Last Known Contact Information |
|------|-------------------------------|
| The Capitol Forum | 1200 New Hampshire Avenue NW<br>Suite 750<br>Washington, D.C.  20036<br>Telephone:  202/601-2300 |
| Darren Aftahi | Roth Capital Partners, LLC<br>888 San Clemente Drive<br>Newport Beach, CA  92660<br>Telephone:  858/414-7244 |
| Tim Klasell | Northland Securities, Inc.<br>150 South Fifth Street, Suite 3300<br>Minneapolis, MN  55402<br>Telephone:  612/851-4972 |
| Jason Kreyer | Craig-Hallum Capital Group LLC<br>222 South Ninth Street, Suite 350<br>Minneapolis, MN  55402<br>Telephone:  612/334-6328 |
| Kevin Liu | K. Liu & Company LLC<br>213 Canyon Crest Drive<br>Monrovia, CA  91016 |
| Ross Marchand | The American Conservative<br>910 17th Street, NW, Suite 312<br>Washington, D.C.  20006-2626 |
| George Sutton | Craig-Hallum Capital Group LLC<br>222 South Ninth Street, Suite 350<br>Minneapolis, MN  55402<br>Telephone:  612/334-6331 |
| Tyler Wood | Northland Securities, Inc.<br>150 South Fifth Street, Suite 3300<br>Minneapolis, MN  55402<br>Telephone:  612/851-5954 |

4821-8592-6326.v1

Exhibit 27
- 171 -

6.    Third-party auditors who, upon information and belief, have knowledge of Stamps' business, financial reporting and internal controls, including the following:

| Name | Last Known Contact Information |
| --- | --- |
| Ernst & Young LLP | One Nashville Place<br>725 South Figueroa Street, #200<br>Los Angeles, CA 90017<br>Telephone: 213/977-3200 |

7.    Federal and state regulators who, upon information and belief, have knowledge of Stamps' business, financial reporting, internal controls, postal services, postal contracts, postal billing, discussions with the USPS, insider trading and/or the false and misleading statements alleged in the Complaint, including the following:

| Name | Contact Information |
| --- | --- |
| United States Postal Service – Office of Inspector General | 901 New York Avenue, NW, Suite 250E<br>Washington, D.C. 20091<br>Telephone: 202/789-6817 |
| United States Treasury | 1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br>Telephone: 202/622-2000 |

## II.    DESCRIPTION OF CATEGORIES OF DOCUMENTS WITHIN PLAINTIFF'S POSSESSION, CUSTODY OR CONTROL, PURSUANT TO RULE 26(a)(1)(A)(ii)

Plaintiff identifies the following category of documents in its possession, custody or control that Plaintiff may use to support their claims or defenses, unless use would be solely for impeachment, pursuant to Rule 26(a)(1)(A)(ii): documents evidencing Plaintiff's purchase and sale of Stamps common stock during the Class Period and certain documents referenced in the Complaint. Plaintiff reserves the right to use any and all documents produced by any other party or non-party in this action.

## III.    COMPUTATION OF CATEGORIES OF DAMAGES PURSUANT TO RULE 26(a)(1)(A)(iii)

Plaintiff seeks compensatory damages (including interest), attorneys' fees and costs and any applicable equitable/injunctive or other relief as the Court may deem just and proper for the class claims set forth in the Complaint. The calculation of

4821-8592-6326.v1

- 7 -

Exhibit 27
- 172 -

damages in this type of action requires expert testimony.  Therefore, at the appropriate time, Plaintiff will provide an expert opinion or opinions in accordance with Rule 26.

**IV.    PRODUCTION OF AN APPLICABLE INSURANCE AGREEMENT PURSUANT TO RULE 26(a)(1)(A)(iv)**

    Not applicable to Plaintiff.

DATED:  March 12, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
JASON A. FORGE
STEVEN W. PEPICH
ERIC I. NIEHAUS
HILLARY B. STAKEM
KEVIN S. SCIARANI

s/ Eric I. Niehaus
ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

4821-8592-6326.v1

Exhibit 27

- 173 -

## DECLARATION OF SERVICE BY EMAIL

I, ERIC I. NIEHAUS, not a party to the within action, hereby declare that on March 12, 2020, I served the attached LEAD PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) on the parties in the within action by email addressed as follows:

**COUNSEL FOR LEAD PLAINTIFF:**

| Robbins Geller Rudman & Dowd LLP | |
|---|---|
| Spencer A. Burkholz | spenceb@rgrdlaw.com |
| Jason A. Forge | jforge@rgrdlaw.com |
| Steven W. Pepich | stevep@rgrdlaw.com |
| Eric I. Niehaus | eniehaus@rgrdlaw.com |
| Hillary B. Stakem | hstakem@rgrdlaw.com |
| Kevin S. Sciarani | ksciarani@rgrdlaw.com |

**COUNSEL FOR DEFENDANTS:**

| Katten Muchin Rosenman LLP | |
|---|---|
| Richard H. Zelichov | richard.zelichov@kattenlaw.com |
| Christina L. Costley | christina.costley@kattenlaw.com |
| Paul S. Yong | paul.yong@kattenlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2020, at San Diego, California.

s/ Eric I. Niehaus
ERIC I. NIEHAUS

4821-8592-6326.v1

Exhibit 27
- 174 -