# Exhibit 30

**News**Room

7/28/16 FD (Fair Disclosure) Wire 20:00:00

FD (Fair Disclosure) Wire
Copyright (c) 2016 CCBN, Inc. and CQ Roll Call

July 28, 2016

Q2 2016 Stamps.Com Inc Earnings Call - Final

Presentation

OPERATOR: Good day, ladies and gentlemen, and welcome to the Second Quarter 2016 Financial Results Conference Call.

At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will follow at that time. (Operator Instructions)

I would now like to introduce your host for today's conference, Mr. Jeff Carberry, VP of Finance. You may begin.

JEFF CARBERRY, VP OF FINANCE, STAMPS.COM: Thanks very much. Good afternoon, everyone, and thanks for joining us today.

On the call today is Ken McBride, CEO, and Kyle Huebner, CFO.

The agenda for today's call is as follows. We'll review the financial and business results of our second quarter of 2016. Then we'll talk about our business outlook, and, finally, we'll discuss elements of our business model and partnership arrangements.

But, first, the Safe Harbor statement.

Safe Harbor statement under the Private Securities Litigation Reform Act of 1995. This release includes forward-looking statements about our anticipated financial metrics and results, all of which involve risks and uncertainties. Important factors, including the Company's ability to successfully integrate and to realize the benefits of its past or future strategic acquisitions or investments, including the Company's ability to complete and ship its products, maintain viable economics for its products, and obtain or maintain regulatory approval, which could cause actual results to differ materially from those in the forward-looking statements are detailed in filings with the Securities and Exchange Commission made from time to time by Stamps.com.

Including its Annual Report on Form 10-K for the fiscal year ended December 31, 2015, quarterly reports on Form 10-Q, and the current reports on Form 8-K. Stamps.com undertakes no obligation to release publicly any revisions to any forward-looking statements to reflect events or circumstances after the date hereof, or to reflect the occurrence of unanticipated events.

As a reminder, today, the financial results including income and adjusted EBITDA measures we discuss on the call are on a non-GAAP basis, and exclude the following second-quarter 2016 items. $8.4 million of non-cash stock based compensation expense, $3.3 million of non-cash amortization expense of acquired intangibles and debt-issuance costs, $0.5 million of expenses related to the ShippingEasy acquisition, and finally $8.7 million of non-cash income tax expense.

WESTLAW    © 2020 Thomson Reuters. No claim to original U.S. Government Works.    1

Exhibit 30

- 206 -

Please see our second-quarter 2016 earnings release and past 8-K filings for reconciliation between GAAP and non-GAAP measures.

Now, with that, let me hand the call over to our CFO, Kyle Huebner.

KYLE HUEBNER, CO-PRESIDENT AND CHIEF FINANCIAL OFFICER, STAMPS.COM: Thanks, Jeff. Thank you for joining us today.

Today, we again announced record quarterly results, including record total revenue of $84 million, which was up 74% year over year, non-GAAP adjusted EBITDA of $38.2 million, which was up 116% year over year and non-GAPP earnings per share of $1.94, which was up 100% year over year.

On July 1st, we completed the acquisition of ShippingEasy, an Austin-based company that offers Web-based multiple-carrier shipping software that allows online retailers and eCommerce merchants to organize, process fulfill and ship their orders quickly and easily. This acquisition represents another strategic investment for us in our shipping business.

ShippingEasy augments our portfolio of shipping solutions to better meet the needs of our customers and help grow USPS package volumes.

In addition to a very impressive Web-based technology platform, ShippingEasy focuses on providing simple and efficient value-added features for shippers. ShippingEasy targets customers that can benefit from sophisticated features and an easy-to-utilize interface to help them grow their business, which, in turn, helps grow package volume.

ShippingEasy has an inside sales force that has proven very effective in acquiring customers.

The purchase price was $55 million in cash, which was funded from current cash balances and will be reflected in our Q3 results.

Now that the acquisition is closed, we will start the process of leveraging our Company's collective resources and expertise in sales and marketing, customer service, product development and technology innovation to help accelerate their growth.

Now, let's turn to a discussion of our mailing and shipping metrics. Mailing and shipping revenue was $81.5 million in Q2, up 72% compared to Q2 of 2015.

Paid customers in Q2 were 646,000, up 14% versus Q2 of 2015.

Average monthly revenue per paid customer, or ARPU, was $42.06 in Q1, up 51% versus Q2 of 2015.

Paid customer churn in Q2 was 3.2%, which was down versus the 3.6% in Q2 of 2015.

USPS postage printed through our solutions was $1.2 billion in Q2, which was up 114% versus Q2 2015.

Our metrics reflect the continued evolution of our business as we have increased our focus on our shipping business as compared to our traditional small business. Shipping customers are more expensive to acquire, but yield higher long term ROIs, as they typically achieve higher (ARPUs, lower churn rates and higher postage printed, so we have shifted more of our focus of our sales and marketing spend to acquiring shipping customers.

Now, turning to the financial results. Total revenue was $84 million in Q2, up 74% versus the second quarter of 2015, and total revenue, excluding our recent Endicia acquisition was up 30% versus the second quarter of 2015.

Exhibit 30

Mailing and shipping revenue was $81.5 million, up 72% versus the second quarter of 2015.

Mailing and shipping gross margin was 86.1% in Q2, versus 81.3% in Q2 of 2015, and customized postage gross margin was 20.8% in Q2, versus 17.9% in Q2 of 2015.

We experienced year-over-year increases in our Q2 costs of sales and marketing, R&D and G&A primarily related to our acquisitions and our investments to support the growth in our mailing and shipping business. However, these costs, as a percent of revenue, have all declined or remained flat as we?ve scaled our business.

Non-GAAP operating income was $37.1 million, up 121% percent versus Q2 last year. Adjusted EBITDA was $38.2 million in Q2, up 116% versus Q2 of 2015. Adjusted EBITDA margin was 45.5% compared to 36.6% in Q2 of 2015.

Non-GAAP adjusted income per fully diluted share is $1.94, up 100% versus $0.97 per share in Q2 last year.

We ended with $123 million in cash and investments, up $2 million from the $121 million at the end of Q1.

Free cash flow generated by the business was approximately $36.3 million in Q2. Free cash flow was calculated as non-GAAP adjusted income of $35.3 million plus G&A contained in operating expenses of $1.1 million less capital expenditures related to the business of $0.2 million.

During Q2, we made debt repayments of approximately $11 million and ended the quarter with approximately $151 million in debt under our credit agreement as of June 30, 2016, and our current interest rate is approximately 1.9%.

During Q2, the Company repurchased approximately 305,000 shares at a total cost of $26.6 million.

On July 27, 2016, the Board of Directors approved a share repurchase program that authorizes the Company to repurchase up to $40 million of stock over the next six months.

Now, turning to guidance. We expect fiscal 2016 revenue to be in a range between $320 million to $345 million. This compares to previous guidance of $310 million to $330 million.

We expect fiscal 2016 non-GAAP EPS to be in a range between $7 to $7.50 per diluted share. This compares to previous guidance of $6 to $6.50. Non-GAPP EPS excludes certain non-cash and non-recurring items as outlined in our earnings release.

Our guidance includes the ShippingEasy acquisition starting in Q3, but does not assume any other potential future acquisitions or other unanticipated events.

We expect sales and marketing, R&D and G&A to be up 2016 versus 2015 as we continue to invest in the business, and we'll have a full year of Endicia results and half a year of ShippingEasy results.

We expect fully-diluted shares will be in a range between 18 million to 19 million shares in 2016.

We expect capital expenditures in the business to be approximately $3 million to $5 million in 2016.

With our increased focus on shipping, we expect our revenue and financial results to exhibit more pronounced seasonality as compared to past years.

We did see Q1 seasonal strength carry over into Q2. However, Q3 is our slowest seasonal quarter of the year. So we do expect Q3 results to be down versus Q2 reflective of shipping seasonality patterns.

Exhibit 30
- 208 -

Case 2:19-cv-01828-MWF-SK Document 126-17 Filed 07/01/20 Page 5 of 19 Page ID #:3300

With that, let me hand the call over to Ken.

KEN MCBRIDE, CHAIRMAN, CHIEF EXECUTIVE OFFICER, STAMPS.COM: Thank you, Kyle.

So at this time, I'd like to spend some time giving the Company's perspective on some of the misleading and inaccurate material that's been released by the various sources, which have been attacking Stamps.com's business and the practices of its business partners.

Most of the focus is going to be on the subject of the U.S. Postal Service negotiated service agreements or NSAs, and a segment of that category called USPS Resellers, and how these NSAs and USPS Resellers relate to Stamps.com's business.

This is a really complicated topic, and I'm going to go into a lot of detail in order to explain it. So please bear with us, as we work through this.

First, let me give a brief history of the NSA's reseller programs and the pricing structures in our industry. The USPS pricing structure names change over time, but the main group of rates for packages as of today includes four categories.

First, retail rates are those available to consumers at a post office or at USPS.com.

Second, commercial base is a standard discount business rate offered by many on-line solutions and it averages approximately 13% off the retail rates. This is the standard discount that is offered to the vast majority of our customers.

Third, commercial-plus rates provide an additional average discount of approximately 3% versus commercial base. Customers can receive these discounts directly from the USPS with a volume commitment or they can receive these rates through a reseller arrangement without a volume commitment.

Fourth, negotiated service agreements, or NSAs, are customized negotiated contracts between the Postal Service and an individual customer or reseller, which provides discounted rates that vary based on each agreement, and where the discounts are typically below commercial-plus rates.

Before each NSA is submitted by the USPS for regulatory approval, the Postal Service has made a business determination that the proposed NSA is a good deal for the Postal Service, helping their overall profitability picture.

The USPS is not supported by taxpayer dollars and there are requirements that all NSAs are profitable for the USPS.

Reseller rates are a form of NSA where the USPS signs an agreement that allows a reseller partner to buy postage at one rate and then resell that postage to another USPS customer at a higher rate.

Companies with reseller NSAs come in many forms from companies that are just in the business of being resellers, like intuiShip, to marketplaces, like eBay, and to a third-party logistics provider like fulfillment houses.

The USPS process for setting rates for customers is very complex and difficult, which limits their ability to negotiate individual rates with smaller customers.

Private carriers, such as UPS and FedEx, on the other hand, are able to offer individual customers negotiated discounts in a flexible and highly-responsive manner.

Exhibit 30
- 209 -

The USPS made reseller rates available as a deliberate strategy to drive package growth and accomplish its business goals of competing more effectively with the private carriers. And through the reseller partnerships, the USPS is able to streamline its administrative burden, creating a more efficient mechanism to provide competitive rates to a greater number of customers.

Without the reseller program, in order to provide discounts to smaller shippers, the USPS would be forced to individually negotiate contracts and renewals and obtain regulatory approval with tens of thousands of customers.

So with that background, here are the main arguments that are being advanced in the materials attacking Stamps.com and its partners, as we understand them.

First, that the reseller programs are being misused by Stamps.com and its business partners.

Second, that the USPS is unaware of the alleged misuse of the reseller program and once they become aware they or other agencies related to the USPS will investigate.

Third, investigations will determine that the reseller program isn't adding value, but is solely cannibalizing volume.

Fourth, once they determine this, they will shut down the program in 30 days.

And, finally, when that happens, Stamps.com will lose a significant portion of its revenue and its EBITDA.

A similar, but alternative point also being advanced is that the USPS will change rate structures in 2017 in a way that will shut down or cripple the reseller program.

Clearly, the goals of those circulating these theories is to create doubt around our business and our financial model and then to capitalize on the negative impact or our stock price.

So we're going to examine each of these arguments in turn and explain why they are without merit.

The first main argument is that the reseller program is being misused because, one, reseller discounts are being improperly given to low-volume shippers.

Two, reseller discounts are being improperly given to existing customers.

And, three, because Stamps.com and intuiShip are so closely tied that they are perhaps even one company.

So let us now address each of these. First contention that is without merit is that reseller discounts are solely meant for high-volume shippers, but are instead being improperly provided to lower-volume shippers by Stamps.com and its partners.

In reality, high-volume shippers do not need to work with resellers at all. They're able to qualify for discounts directly from the USPS, either through a direct commercial-plus agreement or via a direct NSA of their own.

The segment of the market that is explicitly not addressed through direct USPS discounts are lower-volume shippers, such as early-stage eCommerce merchants that are very valuable to the USPS, but who are unable to qualify for direct USPS discounts.

For these lower-volume shipping customers, the USPS purposely decided to address and serve that segment through its reseller partnerships. The resellers are explicitly authorized by the USPS to offer discounted rates to smaller shippers at rates below commercial base pricing.

Exhibit 30

- 210 -

The second meritless contention is that the reseller rates were only meant for new customers. An important goal of the reseller program is, in fact, acquiring new customers, but another important goal is the retention of existing customers. In other words, the true purpose of the reseller program is the generation and the retention of package volume for the USPS.

It may be helpful now to explain the typical lifecycle progression of an eCommerce shipper. Small eCommerce shippers typically start out using the USPS as their one-and-only carrier. The reasons that USPS becomes the first carrier may be because the USPS is familiar and easily accessible with its ubiquitous retail network.

It may be because the shipper starts off selling in a single marketplace, like Amazon or eBay, where the USPS is the featured carrier.

It may be because the USPS offers many attractive benefits to small shippers, such as convenient package pickup at a home office, or it could be many other reasons.

As the shipper's business continues to grow, they begin to generate enough volume to consider optimizing their costs by adding a second private carrier, such as, for example, FedEx or UPS.

At this point in their lifecycle, they may adopt a multicarrier solution, or they may simply use several single-carrier solutions in conjunction. For example, Stamps.com's USPS mailing and shipping client along with FedEx.com.

Once the second carrier is adopted in a shipper's business, the USPS volume doesn't typically shift in a binary fashion, but, rather, it shifts package by package based on the best price and service available from each carrier.

In this case, whether or not the customer is labeled a -- quote -- existing USPS customer, the USPS has lost package volume on that next shipment, where they're not competitive, and they may continue to lose package volume.

By partnering with resellers and offering these existing USPS customers discounts at this point in their lifecycle, the reseller rates are able to retain package volume, which the USPS may have otherwise lost to private carriers.

Whether you label a package as new volume or existing volume, each and every package is critical to generating USPS growth, and every package is financially important to the USPS.

We'd like to additionally note here that while retaining the USPS shipping volume is an important goal, it is also not a common practice of ours, as only approximately 3% of our customers have been offered discounts with reseller rates in order to retain their volume with the USPS.

The third incorrect contention supporting the alleged misuse of the reseller program is that Stamps.com and intuiShip are so closely tied that they are perhaps even one company.

The evidence for this is apparently that new customers signing up for intuiShip are first directed to create a Stamps.com account. In fact, the reason this occurs is because intuiShip customers, like all reseller customers, need a PC postage account in order to pay for their postage. We would note that it is very common among our over 400 partners for them to require new customers to immediately sign up for a Stamps.com or an Endicia account.

Additional evidence is that intuiShip and Stamps.com cobrand their marketing materials. However, working together to gain new customers through joint marketing is a very common practice with many of our partners. It's a practice that's common in any industry where partnerships are important.

Exhibit 30

The final point is that intuiShip does all of its domestic small-parcel business through Stamps.com. This is simply because the vast majority of all reseller volume, not just intuiShip, runs through either Stamps.com or Endicia. intuiShip operates independently of Stamps.com with their own management team and their own sales force. Finally, we would note that our business with intuiShip represents less than 10% of our total revenue.

Second main negative argument being advanced in the investor community, and which follows on the prior argument, is that the USPS management is unaware of the alleged misuse of the reseller program, and now that they have been made aware of it, they or other agencies related to the USPS will proceed to investigate it.

In our view, the USPS management has a very thorough knowledge of the reseller market, and the USPS management is very deliberate in the steps it has taken in the market. They audit data. They hold regular business reviews with all of the resellers.

Furthermore, NSAs and reseller agreements are negotiated, endorsed and promoted by the U.S. Postal Service under strict regulatory oversight, and each one is approved by both the Postal Regulatory Commission and the USPS Board of Governors.

We work very closely with senior members of the USPS management team on a weekly basis. In our views, the NSAs and the reseller programs are well known throughout the USPS organization, are encouraged by USPS management and are viewed as having been successful in driving growth for the USPS.

The USPS thoroughly understands and encourages the application of reseller rates both for generating new volume and for the retention of existing volume. The USPS also has authorized and understands that resellers are giving discounts to smaller shippers.

When trying to ascertain the views of USPS management and their regulator with regard to the reseller program, the key indicative fact is that since the inception of the program, the USPS has consistently extended the program and the Postal Regulatory Commission has continuously approved the program for seven years. We expect both of them to continue extending the program in the future.

The third main negative argument being advanced in the investor community, which follows on the prior arguments, is that once the USPS has investigated the reseller program, they will then determine that it is not helping USPS growth and that it is solely cannibalizing existing volume.

This argument is based on a single data point, which is that priority mail volume growth in the first calendar quarter of 2016 was flat. This argument cherry picks the data, distorts the facts, misuses several underlying trends and is logically flawed and false for many reasons.

First, the lack of volume growth in priority mail during the first quarter is a clear result of the significant price increase and the rate structure modifications that the USPS made in January of 2016. The USPS increased its price on average 9.8%, which is the largest increase it has made in many years, and that price increase caused a clear flattening of their volume growth.

The USPS also made a significant structural change in its new rates in January 2016, which made its first-class package services more competitive by allowing first-class packages to expand to include one-pound rates, whereas, before the first-class packages rates stopped at 13 ounces and the only option for one-pound packages was priority mail. This caused substitution of first-class for the popular one-pound priority mail package. That drove a 22% increase in first-class package services revenue for the first quarter.

Really, the more meaningful long-term data point is that the USPS reported priority mail volume growth of 10.5% in its last fiscal year ending September 2015, and it grew 8% in the fourth calendar quarter ending December 2015.

Exhibit 30

- 212 -

Second, the USPS package growth is made up of many components, which have nothing to do with the reseller program. For example, approximately 25% of priority mail is sold to consumers at retail post offices, all at full retail rates. There's also a significant volume of priority mail through direct customer discounts via USPS, NSAs or commercial-plus agreements, which have nothing to do with the reseller program.

Finally, and most importantly, we estimate that total package volume through all of the primary resellers, while an important profitable and growing component, is a small component of all USPS shipping and package volume.

Since reseller is such a small part of the USPS's overall business, the total priority mail growth statistic provides absolutely no indicative evidence of the underlying growth in the reseller market. This makes it impossible to ascertain the success or failure of the reseller program based on publicly-available total priority mail volume statistics. However, based on our knowledge, we believe the reseller program has been very effective in growing the USPS's revenue.

The fourth main negative argument being advanced which follows the prior arguments is that once USPS learns that the reseller program is not adding value, they will shut it down by exiting their NSAs in 30 days.

To provide some context, as of the last publicly-available number in November 2015, 648 negotiated service agreements had been approved by the USPS and the Postal Regulatory Commission. It is true that many NSA contractors do have a 30-day termination-for-convenience clause, but many others have other termination structures, for example, longer periods, or no termination-for-convenience clause at all, and each NSA is individually negotiated.

When an NSA is filed with the Postal Regulatory Commission, significant sections of the agreement are redacted to provide confidentiality to that partner. It's impossible to make any statements that encompass all NSAs as the information is simply not available.

Irrespective of the variety of termination rights which exist in NSAs, as previously mentioned, the USPS is highly supportive of the NSA program and the reseller program, specifically.

The next negative argument being advanced concludes that a significant portion of our revenue and EBITDA will disappear when the USPS cancels the reseller NSA agreements.

It is true, and has always been true, that we rely on the USPS as our most important partner for many reasons. Also, working with the USPS to implement discounted rates for our customers is very important to us and our ability to provide competitive services in the market.

In addition, the total number of customers currently utilizing reseller rates within our entire customer base is less than 10%. The vast majority of these customers were new customers acquired onto our multicarrier solutions -- ShipStations, ShipWorks and ShippingEasy. All three of these organizations offered reseller customer discounts before we acquired them.

Note that within eCommerce multicarrier solutions, the practice of offering reseller customer discounts is, in our view, nearly ubiquitous. As noted previously, the package-by-package decisions made in the multicarrier environment make customer discounts critical, and those discounts are typically offered through reseller partners. As with all of our business partners, we offer significant value to our reseller partners, including technology, sales, marketing and support.

The report also asserts that revenue from our reseller partners is at 100% EBITDA margin, but this is not the case. We invest significant amounts of money in sales and marketing to acquire and retain customers. We also invest significant amounts of money in customer service and support, product development, technology and technology infrastructure. Our cost of providing these services to our reseller partners is significant, and, thus, impacts the profit that we generate through these partnerships.

WESTLAW   © 2020 Thomson Reuters. No claim to original U.S. Government Works.                    8

Exhibit 30

- 213 -

Case 2:19-cv-01828-MWF-SK    Document 126-17    Filed 07/01/20    Page 10 of 19   Page ID #:3305

An alternative argument being advanced in some of the material that attacks us is that the USPS will change its rate structure in 2017 in a way that will shut down or cripple the reseller program.

It is true that the USPS has publicly stated that it intends to combine its two commercial rates -- commercial base and commercial plus -- into a single published commercial rate. However, we believe that the primary motivation for the USPS is simplification of their published commercial-rate structure, not trying to eliminate their partnerships with resellers.

Regardless of what they may call the various tiers of discounted rates, they have made it clear that they intend to continue offering customers discounts below any new published standard commercial rate.

Just last week, the USPS filed an amendment to an existing negotiated service agreement at the Postal Regulatory Commission based on a discount below commercial-plus pricing that provides for discounts to continue even if the USPS does not maintain the commercial-plus pricing concept in 2017.

Based on our discussions with the USPS, we believe that they will simply adapt reseller NSAs, so that they can continue offering discounts off any published commercial rate to their customers. It's in the best interest of the USPS to do so.

Looking at the bigger picture, the discounts that the USPS provides through its commercial base and commercial-plus two-tier rate structure, make these advantageous discounted rates broadly available in eCommerce.

For example, eBay relies on the discounts in its NSAs in order to make discounted USPS commercial-plus rates broadly available to its customers. And we believe eBay views these discounts as an important benefit that it offers to its customers.

We believe several other marketplaces also have reseller NSAs, which incentivize those companies to offer USPS as a solution in their marketplaces.

The reseller discounts have also driven innovation in the eCommerce marketplace, resulting in a significant number of new software solutions that are focused on USPS eCommerce shipping.

We are aware of more than 100 eCommerce software tools and multicarrier solutions available on the internet that have had as part of their business model the ability to offer attractive USPS rate discounts. All of these companies are able to offer these discounted rates by partnering with resellers. Thus, the USPS reseller program is instrumental in creating an ecosystem where USPS is a prevalent carrier and is able to gain an early beachhead with smaller eCommerce shippers.

Hypothetically, if the USPS were to discontinue the types of customer discounts it offers through its current commercial-plus rate structure, they would risk alienating the entire ecosystem of innovative eCommerce solutions and they would risk alienating several marketplaces, such as eBay and others, and they would stifle innovation in this area.

With less attractive USPS rates, the customers of all of these solutions would inevitably defect to other shipping solutions and other carriers, and USPS would lose a very large set of strong company allies, and they would stand to lose a large amount of volume.

In summary, the reseller program was meant to provide attractive rates to lower-volume shippers, which are too numerous for the USPS to support with their own individual discounts. The reseller program is meant both for the acquisition of new volume and for the retention of existing volume, both of which must happen in order for the USPS to generate growth.

Stamps.com has an important partnership with intuiShip, but Stamps.com and intuiShip are not a single company, and intuiShip represents less than 10% of our revenue.

Exhibit 30

- 214 -

The USPS regulates us and they regulate the resellers very closely, and they understand and support the business practices of both of us.

The USPS grew its overall shipping and package volume by over 14% last fiscal year, including 10% growth in domestic priority mail, and Stamps.com and the resellers were significant factors in helping the USPS generate this growth.

Reseller rates are instrumental in making the USPS more competitive versus private carriers, and in driving significant innovation in over 100 eCommerce software tools, which use them to feature attractive USPS rates and which, in turn, drive USPS growth.

Discontinuing customer discounts, such as those offered through resellers would alienate this entire eCommerce ecosystem that includes marketplaces, such eBay and more than 100 eCommerce solutions.

Finally, the USPS has made a clear statement on its viewpoint of the reseller program through the continued extensions it has provided to the reseller companies for the past seven years. We expect them to continue to do so and to extend the reseller program into the future.

With that, we'll open it up for questions.

Questions and Answers

OPERATOR: Thank you. (Operator Instructions) And our first question comes from the line of Kevin Liu with B. Riley & Company. Your line is now open.

KEVIN LIU, ANALYST, B. RILEY & CO.: Good afternoon. Appreciate the thorough discussion of the reseller arrangements.

You know, I guess the big question everyone kind of wants answered is what percentage of your revenues today come from resellers in the form of kind of the referral fees or revenue-share arrangements that you have in place? And since all these allegations have come out, have you had conversations with the USPS regarding the future and, therefore, you feel like you're very justified in terms of your ability to offer these discounts?

KEN MCBRIDE: Sure. You know, Kevin, we wanted to provide some insight into some of the metrics in the business, and in order to help explain the reseller program. You know, we don't like to disclose specific partner information beyond that. There's very confidential competitive information, so we -- You know, intuiShip is less than 10% and that's the main bullet point we'd like to put out there.

Can you repeat your second part of the question?

KEVIN LIU: The other piece was just whether you've had conversations with the USPS since these reports came out, you know, just to ascertain how they feel or verify how they feel about, you know, the extension of these discounts?

KEN MCBRIDE: Yes, I mean, like I said, we're in constant contact with the USPS, all the way up to the senior management level. We work directly with their sales team. Our sales force and their sales force work together constantly. So, you know, the USPS organization from bottom to top is very aware of the reseller program and, you know, they're very supportive of the business practices of both Stamps.com and the resellers.

KEVIN LIU: Got it. And the one other point you mentioned was how ubiquitous these discounts are across a lot of the newer technology platforms out there. How do most of these relationships come about? Was the USPS encouraging all of these vendors to go and partner with resellers in order to offer these rates, or did the marketplace just kind of develop on its own naturally?

Exhibit 30

KEN MCBRIDE: Yes, I mean, both ways. The resellers have their own sales teams and their own business development teams, which are very active in pursuing the relationships that they have out there. You know, through our partnership, we also work with the resellers to help them gain placement in these, you know, more than 100 eCommerce and other partners. So it's -- You know, those are the main two activities that really drive the market.

KEVIN LIU: And just switching gears for my last question here. Since the acquisition of Endicia, you guys do tend to carry a higher level of receivables as well as payables. Can you just talk about what the nature of those are? I would assume Endicia was fairly similar to kind of the legacy stamps business, just want to better understand the working capital changes.

KYLE HUEBNER: Yes, I think, you know, Endicia's customers are, you know, we've talked about higher quality in shippers, and so, you know, in certain instances, circumstances, the -- we will offer customers invoicing for postage, so that the USPS and postage can be competitive with FedEx and UPS, which offer those terms. So some of the receivables are actually not related to revenue. They're related to, you know, seasonal fluctuations in postage as part of the service that we provide to customers to help the USPS remain competitive.

KEVIN LIU: Understood. Well, that's all I had. Congrats on yet another strong quarter.

KEN MCBRIDE: Thanks, Kevin.

OPERATOR: And our next question comes from the line of George Sutton with Craig-Hallum. Your line is now open.

GEORGE SUTTON, ANALYST, CRAIG-HALLUM CAPITAL GROUP: Thank you, Ken. That was very, very helpful, and, frankly, quite confirmed by our channel checks.

So as we look at the Q2 results specifically, I wondered if you could discuss the ARPU increase sequentially that you saw from Q1? And can you also talk about anything that might have been unusual in the quarter that wouldn't necessarily recur in Q3, understanding you could lose some customers in Q3 because of the slower seasonal period.

KYLE HUEBNER: Yes, George, on the ARPU number, you know, the sequential increase was a lot smaller than we've seen in the past few quarters, so $42.06 up from $40.65, but that was up from $35 in Q4 and $28 in Q3.

So I think, you know, a lot of the ARPU is attributable to Endicia, and, as we talked about the, you know, their customers, you know, they have a smaller number of much higher-volume shippers, and, you know, we've always said, you know, that in the shipping space, you have a better ability to, you know, to get higher revenue based on postage volume, as opposed to the small business flat rate subscription pricing of $15.99. And so, you know, as we acquired these customers and we are working with Endicia to grow the business, we've seen, you know, the corresponding increases in ARPU in the business.

So in Q2, you know, it was more, I would say, you know, as I mentioned, some seasonal strength carried over and then, you know, as you move into the summer months it tends to slow down and then picks back up in the fall as you approach the holiday season.

GEORGE SUTTON: You mentioned that you are beginning to or continuing to emphasize shippers and, therefore, by definition, deemphasizing SMB. That's not all obviously in the sales and marketing line, which continue to be very high relative to our estimates and encouraging because I know you work off of a demand, so you're seeing the demand from the spend.

Can you talk about that de-emphasis on the SMB? Are you actually reducing spend there, or is it just you're not increasing it as much as you're increasing it for the shippers?

Exhibit 30

- 216 -

KYLE HUEBNER: Yes, I think, you know, it's always a constant process to, you know, look at the different spend programs, opportunities and how you allocate your dollars, and, you know, I think when it was, you know, the small business was really the main focus, you're making decisions across, you know, small business programs that, you know, a lot of them have very similar type ROIs because of the flat-rate, $15.99 pricing.

As you move into the shipping world, you get a much broader range of, you know, economic outcomes in terms of the ROIs, and so, you know, I mentioned the shipping customers are more expensive to acquire, but you have an opportunity to get higher ROIs.

So, you know, I think there's a lot more opportunities in the shipping space versus kind of the small-business programs which are -- the economics are more similar.

So, you know, I would say it's, you know, on the -- not that we're getting out of the traditional small business, but, you know, as we look at increasing spend, you know, and opportunities across ShipStation, ShipWorks, Endicia, you know, stamp-shipping business we see a lot of opportunities that the sales force is a big factor in the shipping world and direct sales are more expensive but produce these higher type volume shippers.

So, you know, I think where you see it in the metrics is more, you know, the seasonal, you know, paid customers was down slightly in Q2 from Q1, because you're acquiring more -- fewer of these lower-value small-business customers and more shippers, which are smaller in number, but higher value.

GEORGE SUTTON: Got you. Lastly, did you provide an organic growth rate? You mentioned 30%. I wasn't sure if you were pointing to that as an organic growth rate?

KYLE HUEBNER: Yes, I mean, I think we've said in the past, you know, that, I mean, the term organic, we don't really see as applicable here. You know, all our acquisitions are in the -- you know, have been in the shipping space, and, you know, the same mailing and shipping business that we're in. So, you know, it's not like we acquired a company in a completely different, you know, industry.

And so, you know, we've integrated ShipStation and ShipWorks over the last two years, and, you know, it's one sales force selling all -- a suite of products.

So what -- you know -- what we gave, which is what I gave -- you know, we gave before is that if you look at our total revenue excluding Endicia because they're the, you know, the only acquisition in the last four quarters, the revenue was up 30% year over year.

GEORGE SUTTON: Understood. Okay. Thanks, guys. Great results.

OPERATOR: And our next question comes from the line of Allen Klee with Sidoti. Your line is now open.

ALLEN KLEE, ANALYST, SIDOTI & COMPANY: Yes, hi. Can you tell me where your NOLs stood at the end of the quarter?

KYLE HUEBNER: Yes, we're -- I think the better way to look at it is that in since we don't have any valuation allowance against our deferred tax assets the deferred tax assets are the more appropriate measure to look at, and they include, you know, not only NOLs, but R&D tax credits and, you know, and other tax credits that we have. So the deferred tax asset was about $41 million as of June 30th on the balance sheet.

ALLEN KLEE: Okay. Can you comment on, for Endicia, how you feel you've been doing with getting expense synergies, and do you think that that business, once you accomplish it, can get margins similar to where Stamps.com is?

Exhibit 30

KEN MCBRIDE: Sure. You know, I think we're continuing -- we're about nine months, less than nine months into the integration process, and we continue to be really pleased with the progress we're making. You know, we're definitely seeing the benefits of the acquisition. You know, we've centralized the marketing. We've seen a lot of scale economies there and efficiencies that we've been able to gain in the marketing spend that we're doing against each of the brands.

We combined the sales teams and we aligned the combined teams around the Corporate goals. You know, we are selling all the brands to different customer segments through the sales team.

And we've achieved, you know, lots of cost reductions. We've eliminated duplicate efforts and we?ve eliminated duplicate vendors. We eliminated duplicate spend. And we're really been able to, you know, cross-utilize, you know, the expertise between the two organizations, really, you know, being able to work together closely, find ways to, you know, utilize the expertise across the organizations to increase innovation.

You know, customer support. We've been able to bring that together, and, you know -- So, yes, I think, overall, things have gone really well. Like I said, we're less than nine months into it, but I think we're ahead of where we expected we would be at this point in time.

KYLE HUEBNER: I would just add, too, I mean, as you look at our finance results, you know, the benefits of Endicia and the combined company are definitely a factor in, you know, contributing to the financial results.

ALLEN KLEE: Okay. Great. And then do you happen to know what your operating cash flow was for the quarter?

KYLE HUEBNER: You know, I don't have that in front of me. You know, in terms of the cash flow, you know, I talked -- I mentioned we have about $36 million free cash flow. You know, changes in networking capital, you know, do fluctuate quarter to quarter, but, you know, over the longer period of time tend not to be a substantial long term use of cash, and so, you know, we look at it as the $36 million generated and then, you know, talked about the uses of the cash, the $27 million for share purchase, $11 million for debt paydown, and then $55 million for the ShippingEasy acquisition, which happened just after quarter end.

ALLEN KLEE: Okay. I'm not sure if you can answer this, but could you give us an idea what your top-10 customers would represent as a percent of sales and have you lost any of your top-10 customers in the last quarter?

KEN MCBRIDE: Yes, I mean, we haven't ever disclosed that information. I don't -- You know, the top-10 customers. We have 650,000 -- approximately 650,000 customers. So, you know, we're very distributed. The top-10 customers wouldn't really represent any significant percentage of the total number.

KYLE HUEBNER: And in our K there were, you know, as of the K filing for the yearend, there was no individual customer that was over 10%.

ALLEN KLEE: Okay. And then your comment on seasonality, and I know when you gave guidance at the end of Q1, you pointed us to Q2 and Q3 to be seasonally slower and Q2 came in wonderful. Can you help us understand kind of any of the factors that you think caused that out performance?

KYLE HUEBNER: Yes, I mean, you know, I think some of it was, as I mentioned before, you know, Endicia integration and synergies, you know, are not seasonally related. It's, you know, really related to operational execution. And so, you know, I think we also -- I mentioned -- saw, you know, some of the Q1 strength carry over into Q2 a little bit more than in past years.

So, you know, I think we definitely did see the seasonal slowness, but, you know, some other things, you know, like the Endicia, you know, you know, synergies were able to offset that.

WESTLAW   © 2020 Thomson Reuters. No claim to original U.S. Government Works.                    13

Exhibit 30

- 218 -

ALLEN KLEE: Okay. Thank you so much.

KYLE HUEBNER: Thank you.

OPERATOR: And our next question comes from the line of Tim Klasell with Northland Securities. Your line is now open.

TIM KLASELL, ANALYST, NORTHLAND SECURITIES: Yes. Hey, good afternoon, guys, and congrats on the quarter. Just a few quick questions here. First of all, the margins have continued to climb quite steadily. Is that just a reflection of the ARPU or maybe you can sort of walk us through that? Getting a few questions around that.

KYLE HUEBNER: Yes, I mean, it's -- I think it's a reflection of, you know, the investments that we make in the shipping business. You know, as I mentioned, the long-term economics of those customers are better and, you know, the churn is lower, the customer life is longer.

So, you know, as you increase your investment, you get the benefit of that over a much longer future period. And so, you know, as we?ve, you know, invested, you know, in the shipping space and expanded into multicarrier, the more we invest and build that base of high-volume shipping customers, you really, you know, get the benefit and the reward of that in the future going forward. And so, you know, I think that's some of what we've seen.

And, then, you know, again, as I mentioned, with Endicia, you know, synergies and just, you know, creating better scale economics of the combined company has contributed to the margin expansion.

TIM KLASELL: Okay. Great. And then I believe you mentioned that only 3% of your customers get the commercial-plus or NSA discounts. Is that correct? Or NSA discounts, I should say.

KEN MCBRIDE: Well, we mentioned that, you know, 10% of our total customer base is -- less than 10%, and most of those customers are really new customers that have been acquired through the multicarrier programs that we -- or the companies that we have, ShipStation, ShippingEasy and ShipWorks.

So when we mentioned that 3%, it was really related to the number of customers that have been retained using the -- in partnership with the resellers.

TIM KLASELL: Okay. Great. And then can you sort of give us -- I don't ? know if you have the information of what percentage of the business flowing through your platform gets, let's say, an NSA discount, just on a dollars basis?

KEN MCBRIDE: We have a significant number, and aside from the reseller, which we, you know, talked about for 30 minutes just now, we have a significant number of customers who have either direct NSAs or have the direct discount with the Postal Service for the commercial-plus program. So those customers tend to be very large customers, as we mentioned, and they are significant, but I don't -- in front of us, I don't think we -- we don't have that data handy right now.

KYLE HUEBNER: Yes, I mean, just to add on that, I mean, our solutions do support NSA-customized rates that customers get from the USPS. So, you know, there is, you know, a, you know, material, you know, a decent portion of the volume through our system at that discounted rate that are totally unrelated to the reseller program.

TIM KLASELL: Okay. Great. And then one final question. Jumping over to the SOHO part of the business, obviously, churn is coming down, I'm sure the high-volume shippers have something to do with that, but how has the churn been holding up on the SOHO business, the traditional business?

Exhibit 30

- 219 -

KYLE HUEBNER: Yes, I mean, we, you know, we don't break out the churn by different segments, you know. I think as, you know, as you're familiar, you know, when we acquired Endicia our view was that, you know, there's such a range of different types of customers from, you know, small, you know, home users to traditional small business to the whole universe of different types of shippers.

And so, you know, we felt like the churn rate, you know, that we had been reporting wasn't really representative of any one segment, but, you know, so we, you know, we stopped reporting it. And, you know, there was some feedback from the investor community and concern. So, you know, we decided to keep providing that metric just because, you know, it is coming down and it is reflective of shippers, but, you know, I, you know, that's really our primary focus, and we don't break it out between different segments.

TIM KLASELL: Okay. Fair enough. Thank you very much. Helpful.

OPERATOR: (Operator Instructions) And our next question comes from the line of Darren Aftahi with ROTH. Your line is now open.

DARREN AFTAHI, ANALYST, ROTH: Hey, guys. Thanks for taking my questions. Just a few, if I may. Can you talk to the 2Q because your paid customer numbers dipped slightly? Was that more due to seasonality?

KYLE HUEBNER: Yes, I mean that -- It's two factors. One is seasonality. If you look over our metrics for the last, you know, 10 years, it's a very common pattern to see, you know, in quite a number of the years where Q2 dips sequentially by a little bit.

The other factor, as I mentioned, is that, you know, from a customer acquisition perspective and sales and marketing allocation, we're focusing more of our, you know, resources, time and spend on shippers where you might acquire a fewer number of shippers, but they're much more valuable and fewer small businesses, which are valuable, but less so, when compared to the shippers. So I would say it's those two factors.

DARREN AFTAHI: Great. And then on your bump in sales guidance, you know, what portion of that is related to ShippingEasy and the acquisition?

KYLE HUEBNER: Can you repeat the question?

DARREN AFTAHI: What portion of your sort of sales bump is related to the ShippingEasy acquisition in the second half of the year?

KYLE HUEBNER: Yes, I mean, we -- You know, we don't -- We've never broken out, you know, our acquisitions separately. You know, again, it's all in the, you know, mailing and shipping solutions space. So, you know, it is, you know, it is a factor, but we don't' break out, you know, what we attribute to that versus the growth in the business.

KEN MCBRIDE: Just to follow up on that, I mean, I guess -- Perhaps like are you asking how much revenue in the second quarter was related to ShippingEasy?

DARREN AFTAHI: Yes. Yes, the run rate of ShippingEasy on an annual basis, just understand kind of what's organic from the, you know, pre-ShippingEasy business versus what's layered on top, I guess is more my question.

KYLE HUEBNER: Yes. No, I mean, as I said, we don't break it out specifically.

DARREN AFTAHI: Fair enough. Two more, if I may. Any reason you guys don't get your own NSA and try and cut out the resellers?

Exhibit 30
- 220 -

And then my last one, on EBITDA margins, obviously they continue to trend up, you know, where do you see these on kind of a longer-term basis, you know, multi-years out? Thanks.

KEN MCBRIDE: So, I mean, in terms of our own NSA, you know, traditionally, USPS has really viewed us as a technology partner, and they've really chose to compensate us for that, for our role as a technology partner.

But, as I mentioned, just a few minutes ago, they do provide NSAs to a significant number of our largest customers, and a lot of our customers also have direct CPP rates from the USPS, but they decided to partner with the resellers in order to address the lower-volume customers and, you know, they required the resellers originally to work with PC postage companies in order to provide the technology platform. And on the flip side, they also encouraged the resellers to work with the PC postage companies in order to address that lower-volume segment of the market. So they really just wanted to encourage a partnership between the PC postage industry and the reseller industry.

There's a second question?

DARREN AFTAHI: Yes, thanks for that. And the last one on EBITDA margins, where you guys kind of see those longer term.

KYLE HUEBNER: Yes, I mean, you know, as I mentioned, you know, it's related to our investments in the business and especially the shipping business. You know, I think we're, you know, as Ken mentioned, with Endicia, we're only nine months in, so we feel like there's, you know, still opportunity there.

So, you know, we've never given that a specific number, but, you know, I think, you know, our goal is to, you know, grow the business and continue the investments and try and continue to achieve EBITDA margin expansion.

DARREN AFTAHI: Great. Thank you.

OPERATOR: And our next question comes from the line of Allen Klee with Sidoti. Your line is now open.

ALLEN KLEE: Yes, hi. Just two follow ups. The first one was, for your multicarrier businesses, I guess now you have three, but how do you think of the relative profitability of them compared to the average margins of the Company?

KYLE HUEBNER: Well, you know, this is kind of what I was alluding to is that, you know, we are integrating, you know, these efforts, so we have one sales force that sells, you know, all the solutions. And, you know, in reality, the goal is what best meets the need of the customer. And so, you know, if that's ShipStation, great. If it's Endicia, great, you know. And so you have this one sales force. We have our marketing effort where, you know, we're spending money across the portfolio of brands.

So, you know, I think it's -- as, you know, it is all mailing and shipping, and we've done a lot to integrate and unify the different efforts, it's very hard to break out, you know, the individual profitability of an acquisition because the goal is to, you know, again, achieve the synergy advantages and benefits of running it as a combined company.

ALLEN KLEE: Okay. Thanks. And, lastly, for your reseller exposure, what percent is that of either revenues or EBITDA?

KEN MCBRIDE: So, I think, as we had mentioned a few minutes ago, our reseller partnership with intuiShip is less than 10% of our revenue, and, you know, with regard to the EBITDA, you know, I think that we also mentioned there's a, you know, significant amount of cost involved with providing these, you know, partners with the support, including the technology, sales, marketing. And so, you know, we invest that money, and so our costs of providing that -- those services to our reseller partners is significant, and, thus, you know, it impacts that profit that we generate to those partnerships.

Exhibit 30

- 221 -

KYLE HUEBNER: I would add, too, it's just not really how we look at the business. We look at the business on a customer basis, and, you know, working with the end-user customer to grow their business and, you know, generate, you know, revenue through our solutions, and so, you know, to the extent that a customer through our, you know, business partnerships with a reseller, generates revenue. They also could be generating insurance revenue or service-fee revenue.

So, you know, we really look at it on a customer basis and growing, you know, the customers, and that's, you know, we did choose -- I mean, we typically don't break out those types of numbers, but, you know, we did want to address the, you know, the what Ken was addressing in the script by giving a couple of the customer data points to give you context for it.

ALLEN KLEE: Thank you again.

OPERATOR: And I'm showing no further questions at this time. I would now like to turn the call back over to Mr. Ken McBride, Chairman and CEO.

KEN MCBRIDE: Thanks for joining us. We appreciate it. If you have follow-up questions, contact us. It's 310-482-5830. Thank you.

OPERATOR: Ladies and gentlemen, thank you for participating in today's conference. This does conclude the program and you may all disconnect. Everyone have a great day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2016 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2016 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- **Index References** ----

Company: AMAZON COM INC; B RILEY AND CO LLC; CRAIG HALLUM CAPITAL GROUP LLC; FEDEX CORP; INTERAPPTIVE INC; NORTHLAND SECURITIES INC; REFINITIV US LLC; ShipStation; SHIPPINGEASY INC; SIDOTI AND COMPANY LLC; STAMPS COM INC; UNITED PARCEL SERVICE INC; UNITED STATES POSTAL SERVICE; EBAY INC

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Financial Data (1XO59); Customer Service Effectiveness (1CU08); Customer Service Management (1CU78); Earnings Calls (1EA37); Financial Earnings Releases (1FI86); Government (1GO80); Meeting Announcements (1ME17); Sales & Marketing (1MA51))

Industry: (Postal Services (1PO50))

Language: EN

Other Indexing: (ASC LLC; Endicia; ShipStations; eCommerce solutions; intuiShip; the postal regulatory commission) (KEVIN LIU; Kyle Huebner; Kyle Huebner; TIM KLASELL; DARREN AFTAHI; Jeffrey Carberry; Jeffrey Carberry; GEORGE SUTTON; Kenneth Thomas McBride; Kenneth Thomas McBride; ALLEN KLEE)

Word Count: 9662

---

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.



 © 2020 Thomson Reuters. No claim to original U.S. Government Works.    Exhibit 30    18