RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
CHRISTINA L. COSTLEY (SBN227134)
christina.costley@kattenlaw.com
PAUL S. YONG (SBN 303164)
paul.yong@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01828-MWF (SK) |
| | SUPPLEMENTAL DECLARATION OF PAUL S. YONG IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS AND IN SUPPORT OF DEFENDANTS' REQUEST FOR A PROTECTIVE ORDER |
| Plaintiff, | |
| v. | |
| STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF PAUL S. YONG ISO DEFENDANTS' SUPPLEMENTAL MEMO IN OPPOSITION TO MOTION TO COMPEL

I, Paul S. Yong, declare and state as follows:

1.     I am an attorney at the law firm Katten Muchin Rosenman LLP, counsel of record for Defendants Stamps.com Inc. ("Stamps"), Kenneth McBride, Kyle Huebner, Jeff Carberry (collectively, "Defendants"). I know the following to be true based on my own personal knowledge, and, if called as a witness, I could and would, testify competently to the matters herein.

2.     On July 7, 2020, Plaintiff's counsel notified Defendants that it would be serving document subpoenas on five non-parties, including three of Stamps' business partners. The subpoenas each seek broad categories of documents from February 1, 2016 to the date of production and mandate production of documents on August 6, 2020.

3.     As of the date of this declaration, Stamps has sent and/or implemented litigation holds to preserve the documents of over 100 Stamps employees either expressly identified or indirectly implicated in this litigation.

4.     Defendants have assembled a large team of contract attorneys that is working under outside counsel's supervision and which is actively reviewing documents for production. Defendants' team of contract attorneys is currently reviewing millions of pages of documents hitting on Plaintiff's 101 proposed search strings, dated June 3, 2020, from the 10 agreed-upon custodians.

5.     On July 9, 2020, Defendants made a further production of key documents to Plaintiff, including additional "highly confidential" Board minutes and presentations, document retention policies, an agreement between the USPS and one of Stamps' subsidiaries, and hundreds of organizational charts for virtually all of Stamps' employees from three different dates during the putative class period.

6.     Attached hereto as **Exhibit 31** is a true and correct copy of Judge Fitzgerald's Order Granting in Part Defendants' Motion to Clarify Order on Mission to Dismiss Case, dated July 14, 2020 (Dkt. No. 143).

Katten
Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

2

**Katten**
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

7.      Attached hereto as **Exhibit 32** is a true and correct copy of Defendants' Reply in Support of Motion for Clarification of Order Re: Defendants' Motion to Dismiss, filed on July 6, 2020 (Dkt. No. 137).

8.      Attached hereto as **Exhibit 33** are true and correct copies of emails sent by Kevin Sciarani, counsel for Plaintiff, on July 8, 2020, at 8:15 PM, and Jonathan Rotenberg, counsel for Defendants, on July 10, 2020, at 3:37 PM.

9.      Attached hereto as **Exhibit 34** is a true and correct copy of Judge Fitzgerald's Order Re: Defendants' Motion for Order for Extension of Pretrial Schedule, dated July 14, 2020 (Dkt. No. 142).

10.     Attached hereto as **Exhibit 35** is a true and correct copy of a certified transcript of the July 13, 2020 hearing before Judge Fitzgerald.

11.     Attached hereto as **Exhibit 36** is a true and correct copy of Defendants' Reply in Support of Motion for Extension of Pretrial Schedule, filed on July 3, 2020 (Dkt. No. 131).

12.     Attached hereto as **Exhibit 37** is a true and correct copy of a relevant excerpt from the LinkedIn page of Wes Clayton, previously filed as Exhibit 4 to the Supplemental Declaration of Richard H. Zelichov in Support of Defendants' Reply in Support of Motion for Extension of Pretrial Schedule (Dkt. No. 132-4).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 15, 2020 in Los Angeles, California.

*/s/ Paul S. Yong*

PAUL S. YONG

SUPPLEMENTAL DECLARATION OF PAUL S. YONG ISO DEFENDANTS' SUPPLEMENTAL MEMO IN OPPOSITION TO MOTION TO COMPEL