# Exhibit 37

# Exhibit 4





## Wes Clayton · 3rd

Entrepreneur

Greater St. Louis Area  ·  420 connections  ·  **Contact info**

  **ShipWorks - An Interapptive, Inc. Company**

  **Saint Louis University**

## Experience



### Co-Founder and CEO

ShipWorks - An Interapptive, Inc. Company

Jan 1999 – Mar 2018 · 19 yrs 3 mos

Greater St. Louis Area

Founded in 2000, ShipWorks - An Interapptive, Inc. Company is headquartered in St. Louis, Missouri.

ShipWorks is focused on providing powerful, easy-to-use multi-carrier shipping solutions for eCommerce customers to streamline their post-sales processes.

ShipWorks' robust solution is integrated with over 30 popular online sales platforms and marketplaces including Amazon, BigCommerce, ChannelAdvisor, eBay, Magento, Miva Merchant,

Exhibit 4 at 1