RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@katten.com
CHRISTINA L. COSTLEY (SBN227134)
christina.costley@katten.com
PAUL S. YONG (SBN 303164)
paul.yong@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No. 2:19-cv-01828-MWF (SK)<br><br>DECLARATION OF RICHARD H. ZELICHOV IN SUPPORT OF OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

**[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]**

I, Richard H. Zelichov, declare and state as follows:

1.    I am a partner at the law firm Katten Muchin Rosenman LLP, counsel of record for Defendants Stamps.com Inc. ("Stamps"), Kenneth McBride, Kyle Huebner, Jeff Carberry (collectively, "Defendants"). I know the following to be true based on my own personal knowledge, and, if called as a witness, I could and would, testify competently to the matters herein. I submit this Declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Paul Zurek, Ph.D., dated August 31, 2020.

3.    Attached hereto as Exhibit 2 are true and correct copies of the Declarations of Nicholas Hansen, Rob Nicoski, and Frederick Martin. Each of them are lead portfolio managers at Disciplined Growth Investors ("DGI").

4.    Attached hereto as Exhibit 3 is a true and correct copy of a document produced by DGI and Bates Stamped DGI_Stamp_000878.

5.    Attached hereto as Exhibit 4 is a summary exhibit of Lead Plaintiff's trades in Stamps's stock from the beginning of the putative class period to December 31, 2019 and brokerage statements from Lead Plaintiff's asset custodian produced by Lead Plaintiff and Bates Stamped STMP-INPRS0000626-628, STMP-INPRS0000633-635, STMP-INPRS0000640-654, STMP-INPRS0000657-663, STMP-INPRS0000666-668, STMP-INPRS0000673-675, STMP-INPRS0000678-683, STMP-INPRS0000706-709, STMP-INPRS0000714-716, STMP-INPRS0001474-1476, STMP-INPRS0001479-1481, STMP-INPRS0001513-1515, STMP-INPRS0001525-1528, STMP-INPRS0001606-1608.

6.    Attached hereto as Exhibit 5 is a list of the seven paragraphs in the Consolidated Class Action Complaint that contain statements that the Court did not dismiss in accordance with the Order re: Defendants' Motion to Dismiss ("Order") [Dkt. No. 89]; Order Granting in Part Defendants' Motion to Clarify Order on Motion to Dismiss ("Clarification Order") [Dkt No. 143]. The statements that were not

Katten

KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1

dismissed are in bold and highlighted and the remaining text in regular font provides the context in which these statements were made.

7.    Attached hereto as Exhibit 6 is a true and correct copy of a published transcript of an earnings call held by Stamps on February 23, 2017.

8.    Attached hereto as Exhibit 7 is a true and correct copy of a published transcript of an earnings call held by Stamps on February 19, 2020.

9.    Attached hereto as Exhibit 8 is a true and correct copy of a Package Business Incentive Agreement between the United States Postal Service and Stamps dated June 13, 2017 and Bates Stamped STMP-SCA00001664-1688.

10.    Attached hereto as Exhibit 9 are true and correct copies of excerpts from the deposition of David W. Stelsel III as the Fed. R. Civ. P. 30(b)(6) designee for Lead Plaintiff.

11.    Attached hereto as Exhibit 10 are true and correct copies of excerpts from the deposition of Zachary Nye, Ph.D.

12.    According to Yahoo! Finance, Stamps's stock price closed at $252.72 on Friday, August 28, 2020.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 31, 2020 in Los Angeles, California.

*/s/ Richard H. Zelichov*

Richard H. Zelichov

2