# Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants.<br><br>INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>vs.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>Defendants. | Case No. 2:19-cv-01828-MWF (SK) |

REBUTTAL REPORT OF PAUL ZUREK, PH.D.
August 31, 2020

EXHIBIT 1

Exhibit 1 at 1

# Table of Contents

I.     Qualifications of Paul Zurek, Ph.D....................................................................1

II.    Assignment ........................................................................................................1

III.   Summary of Opinions ........................................................................................2

IV.    Background.........................................................................................................5

    A.    Stamps.com's Business and Sources of Revenue.............................................5

    B.    USPS Approved Reseller Program....................................................................6

    C.    Alleged Misstatements......................................................................................8

    D.    Alleged Corrective Disclosures ......................................................................10

    E.    Economic Implications of the Allegations.......................................................11

V.    Assessment of Price Impact of the Alleged Misstatements...........................11

    A.    Market Efficiency ...........................................................................................11

    B.    Event Study Analysis......................................................................................15

    C.    The May 3, 2017, Alleged Misstatements Did Not Convey New Information to the Market and Thus Had No Price Impact .................................................16

        1.    Substantial Information Regarding Stamps.com's Relationship with the USPS and Resellers Was Already Publicly Available as of the Start of the Proposed Class Period ................................................................18

        2.    Based on My Event Study, There Is No Economic Evidence that the May 3, 2017, Alleged Misstatements Caused Stamps.com's Stock Price to Increase Following Their Release ........................................23

    D.    The August 2, 2017, Alleged Misstatements Did Not Convey New Information to the Market and Thus Had No Price Impact ...........................25

        1.    The Information Concerning the USPS's Views on the Reseller Program Expressed in a Public Interview Was Released a Day Earlier and Did Not Result in a Price Increase ...............................................26

        2.    If the Market for Stamps.com Shares Was Efficient, the Price Increase on August 3, 2017, Was Due to Other Factors than the Alleged Misstatements .......................................................................28

    E.    Any Uncertainty about the Content of the USPS Task Force Report Discussed in the August 1, 2018, Alleged Misstatement Was Resolved No Later Than December 4, 2018, and Thus the Alleged Misstatement Would Have Had No Price Impact After That Date...........................................................................30

    F.    Any Uncertainty about Stamps.com's Negotiations Concerning the USPS Contract Discussed in the October 31, 2018, Alleged Misstatements Was Resolved No Later Than February 21, 2019, and Thus the Alleged Misstatement Would Have Had No Price Impact After That Date .................33

EXHIBIT 1

i
Exhibit 1 at 2

1.    Stamps.com Disclosed the Risk of USPS Contract Non-Renewal in its Form 10-Q Filed August 8, 2018 .........................................................35

2.    Market Commentary Indicates that Stamps.com's Stock Price Reflected Risks Associated with the USPS Relationship and the USPS Contract Renewal Despite the Alleged Misstatements ........................36

G.    The Price Declines Following the Alleged Corrective Disclosures Are Not Informative as to Whether Alleged False and Misleading Statements on May 3, 2017, August 2, 2017, August 1, 2018, and Certain Statements on October 31, 2018, Impacted Stamps.com's Stock Price ................................................39

VI.    Dr. Nye Has Not Advanced a Damages Methodology for Calculating Class-wide Damages That Is Consistent with Lead Plaintiff's Allegations ..................................41

A.    Economics of Damages in Securities Litigation and Out-of-Pocket Damages ...................................................................................................43

B.    Dr. Nye Fails to Identify a Methodology for Measuring the Stock Price Impact of Only the Remaining Alleged Misstatements ...............................................46

C.    The Price Declines Following the February 21, 2019, and May 8, 2019, Disclosures Cannot Provide a Measure of Inflation throughout the Proposed Class Period ........................................................................................49

1.    The Observed Price Declines Exceed Stamps.com Value Earlier in the Proposed Class Period and It Is Therefore Impossible for Those Declines to Measure Inflation ...................................................49

2.    The February 21, 2019, Alleged Disclosure Revealed Information That Could Not Have Been Disclosed Earlier ............................................51

3.    The May 8, 2019, Alleged Disclosure Revealed Information That Could Not Have Been Disclosed Earlier ............................................53

D.    Assuming That Calculating Out-of-Pocket Damages Is Feasible, which Dr. Nye Has Not Shown Is the Case, the Calculation of Out of Pocket Damages Would Be Complex and Challenging ...............................................56

E.    Dr. Nye Fails to Identify a Methodology That Is Consistent with Lead Plaintiff's Theory of Liability and Would Avoid Overcompensating Plaintiffs with Section 20A Claims ...................................................................................58

1.    Dr. Nye's Section 20A Damages Opinion Is Flawed for the Same Reasons as His Section 10(b) Damages Opinions ..............................58

2.    Dr. Nye Does Not Address How He Would Avoid Overcompensating Plaintiffs with Both Section 10(b) and Section 20A Claims ..............58

EXHIBIT 1

ii
Exhibit 1 at 3

## I.      Qualifications of Paul Zurek, Ph.D.

1.      I am a Vice President at Cornerstone Research, a financial and economic consulting firm.  I hold Ph.D. and M.A. degrees in finance and a B.S. degree in economics from the Wharton School at the University of Pennsylvania.  A copy of my curriculum vitae is attached as **Appendix A**.  My academic and professional work has been in the field of financial economics.

2.      My academic research focused on asset pricing and valuation, and on econometric analysis of financial market data.  I have taught valuation, corporate finance, risk management, and asset pricing.  At Cornerstone Research, I have consulted on a number of litigation matters, including securities lawsuits brought by shareholders.  My consulting projects have involved issues of market efficiency, loss causation, and valuation, as well as the calculation of damages. I have previously served as an expert in litigation, including on issues related to class certification, and presented findings of my analyses to regulators.  A list of my prior testimony is also included as part of **Appendix A**.

## II.     Assignment

3.      I have been retained by Katten Muchin Rosenman LLP, counsel for Stamps.com, Inc. ("Stamps.com" or the "Company"), Kenneth McBride ("CEO McBride"), Kyle Huebner ("President Huebner" or "Huebner"), and Jeff Carberry (collectively, "Defendants").[1]  I have been asked to evaluate economic evidence regarding whether the alleged misstatements impacted Stamps.com's stock price.[2]  I have also been asked to review and respond to the opinions expressed in the Expert Report of Zachary Nye, Ph.D. submitted on behalf of Lead Plaintiff and dated June 29, 2020, ("Nye Report"), and in particular Dr. Nye's opinions

---

[1] *Matt Karinski, et al. v. Stamps.com, Inc., et al.*, Consolidated Class Action Complaint for Violations of the Federal Securities Laws, August 5, 2019 ("Consolidated Complaint").

[2] I understand that the Supreme Court explained in *Halliburton II* that a defendant may rebut the *Basic* presumption of reliance, which is based on the notion that "the price of stock traded in an efficient market reflects all public, material information," by "showing that the alleged misrepresentation did not actually affect the stock price—that is, that it had no 'price impact.'" *Halliburton Co. v. Erica P. John Fund Inc.*, 573 U.S. 258 (2014) ("*Halliburton II*"). As explained in *Basic Inc. v. Levinson*, 485 U.S. 244 (1988) ("*Basic*"), "[a]ny showing that severs the link between the alleged misrepresentation and either the price received (or paid) by the plaintiff, or his decision to trade at a fair market price, will be sufficient to rebut the presumption of reliance."

EXHIBIT 1                                    Page 1
                                             Exhibit 1 at 4

regarding a methodology for calculating damages in this matter on a class-wide basis and that is consistent with Lead Plaintiff's allegations.

4.      I understand that Lead Plaintiff is seeking to certify a class of "[a]ll persons who purchased or otherwise acquired Stamps.com, Inc. ('Stamps.com' or the 'Company') common stock between May 3, 2017 and May 8, 2019, inclusive (the 'Class Period'), and were damaged thereby."[3]  As part of my analysis of price impact and the existence of a damages methodology, I have been asked to assume that Stamps.com's shares traded in an efficient market, consistent with Dr. Nye's analysis and his claimed findings.  I have not been asked to and have not formed an independent opinion as to whether Stamps.com's shares traded in an efficient market.  In evaluating the existence of a methodology to calculate damages, I have assumed that, aside from the issue of calculating damages, Lead Plaintiff will be able to prove the remaining allegations in this matter.

5.      Cornerstone Research staff, working under my direction, have assisted me in the preparation of this report.  Cornerstone Research is being compensated for my work as an expert in this matter at an hourly rate of $750.  The compensation is not contingent on the opinions that I reach or the outcome of this litigation.  My opinions are based on information available to me as of the date of this report, and I reserve the right to revise or supplement my opinions should additional information or facts become available or to respond to any additional opinions offered by Dr. Nye.  A list of materials that I have considered in forming my opinions is included in **Appendix B**.

### III.    Summary of Opinions

6.      I have analyzed the alleged misstatements that remain in this litigation, other information available to the market regarding Stamps.com and its relationship with the United States Postal Service ("USPS"), as well as Stamps.com's stock price movements using an event study.  I have reached the following conclusions:

> a.  First, there is no economic evidence that the May 3, 2017, alleged misstatements made after market hours regarding the strength of Stamps.com's relationship with the USPS had an effect on Stamps.com's stock price.  My event study shows no discernible price reaction on May 4, 2017, following the alleged

---

[3] Lead Plaintiff's Memorandum in Support of Motion to Class Certification, June 29, 2020, p. 7 ("Class Certification Motion").

EXHIBIT 1                                    Page 2
                                             Exhibit 1 at 5

misstatements even though a positive price reaction would have been expected in an efficient market if the alleged misstatements affected Stamps.com's stock price. This is consistent with a conclusion that these alleged misstatements did not convey new and value relevant information to the market that would have shifted the balance of probabilities associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS, which is the type of information that would affect the stock price in an efficient market. On the contrary, substantial information regarding Stamps.com's relationship with the USPS and resellers was already publicly available prior to the start of the proposed Class Period on May 3, 2017, and the risks associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS would have been priced into Stamps.com's stock prior to the beginning of the proposed Class Period if the stock was traded in an efficient market as Lead Plaintiff and Dr. Nye assert.

b.  Second, like the May 3, 2017, alleged misstatements, the August 2, 2017, alleged misstatements did not convey new and value relevant information to the market about the probabilities of an adverse outcome to the economics of Stamps.com's relationship with the USPS, and therefore would not have impacted Stamps.com's stock price. There was no discernible price movement according to my event study when the information underlying the August 2, 2017, alleged misstatements was first released on the prior day.

c.  Third, with respect to the alleged misstatement on August 1, 2018, discussing the anticipated outcome of the USPS Task Force Report, any uncertainty about the content of the report and therefore any price impact of the Company's statement was resolved no later than December 4, 2018, when the USPS Task Force Report was publicly released.

d.  Fourth, to the extent the October 31, 2018, alleged misstatements discussing Stamps.com's negotiations with the USPS had any price impact, the price impact of the alleged misstatements would have ceased on February 21, 2019, the date of the first alleged corrective disclosure on which Stamps.com announced that its contract with the USPS—by which it provided exclusive access to USPS postage on its Stamps.com platform and received commission payments from the USPS—had been discontinued.

EXHIBIT 1

Page 3
Exhibit 1 at 6

e. Fifth, the two alleged corrective disclosures on February 21, 2019, and May 8, 2019, identified by Lead Plaintiff do not provide equivalent corrective information that could have been disclosed earlier regarding any of the alleged misstatements on May 3, 2017, August 2, 2017, and August 1, 2018, or for certain alleged misstatements on October 31, 2018, concerning the USPS Task Force Report. Accordingly, from a financial economics perspective, Stamps.com's stock price declines following the two alleged corrective disclosures are not informative as to whether these alleged false and misleading statements affected Stamps.com's stock price when they were made. This is because the information that was disclosed in the alleged corrective disclosures is different from the information allegedly withheld from the market earlier and different from information that could have been disclosed by Stamps.com at an earlier time during the proposed Class Period.

7. With respect to his opinions regarding the ability to compute class-wide damages, despite the complexity of the allegations, Dr. Nye has not advanced a damages methodology for calculating class-wide damages that is consistent with Lead Plaintiff's allegations.

a. Dr. Nye does not provide detail regarding how damages stemming only from Lead Plaintiff's remaining allegations in this case would in fact be calculated beyond alluding to using the price declines on the days of the alleged corrective disclosures. However, such an allusion is not an economic methodology. In fact, those price declines cannot be used to reliably measure inflation throughout the proposed Class Period.

b. First, he does not address at all the fact that there are a number of dismissed allegations that Lead Plaintiff originally contended resulted in the stock price declines following the alleged corrective disclosures and therefore would confound the observed price declines following February 21, 2019, and May 8, 2019, and make their use as measures of inflation inappropriate. Dr. Nye has not identified any methodology to deal with this problem.

c. Second, as an economic matter, price declines on the days following the alleged corrective disclosures cannot be used to measure inflation throughout the proposed Class Period and therefore "out-of-pocket" damages, because the alleged corrective disclosures do not represent information that could have been disclosed earlier by Stamps.com.

EXHIBIT 1

Page 4
Exhibit 1 at 7

d. Third, properly and reliably accounting for information that could have been disclosed earlier in order to calculate out-of-pocket damages would be challenging, assuming it would be possible at all, given complexities in this litigation such as the fact that inflation would have been changing throughout the proposed Class Period. Dr. Nye has not identified a methodology to do so.

e. Fourth, Dr. Nye's discussion of calculating Section 20A damages is flawed for the same reasons discussed above. This is because Dr. Nye is proposing to calculate Section 20A damages based on the same measure of inflation he would use to calculate out-of-pocket damages. In addition, he does not address how he would account for any potential double counting of damages for class members who can recover both under Section 20A and Section 10(b).

## IV. Background

### A. Stamps.com's Business and Sources of Revenue

8. In 1999, Stamps.com became the first USPS approved PC Postage vendor to offer a software only mailing and shipping solution.[4] Stamps.com customers use its platform to ship a variety of mail and packages through the USPS.[5]

9. Between 2014 and 2016, Stamps.com grew through a series of acquisitions that both consolidated the PC Postage industry and expanded Stamps.com's product offerings. Stamps.com acquired ShipStation on June 10, 2014, ShipWorks on August 29, 2014, and ShippingEasy on June 16, 2016, each of which offered multi-carrier shipping solutions that enabled customers to use these solutions to ship through carriers such as the USPS, UPS, FedEx, and others.[6] On March 22, 2015, Stamps.com acquired Endicia, which had been a USPS-approved PC Postage vendor since 2000.[7] As a result, following the Endicia acquisition, customers could use the USPS-only shipping solutions through both the Stamps.com and

---

[4] Stamps.com Inc. Form 10-K for the fiscal year ended December 31, 2016, filed on March 1, 2017 ("Stamps.com Inc. 2016 Form 10-K"), p. 1.
[5] Stamps.com Inc. 2016 Form 10-K, p. 1.
[6] Stamps.com Inc. 2016 Form 10-K, pp. 1, 34–35.
[7] Stamps.com Inc. 2016 Form 10-K, pp. 1, 34.

EXHIBIT 1                    Page 5
Exhibit 1 at 8

Endicia brands.  At the time of the Endicia acquisition, there remained only one other USPS-approved PC Postage provider—Pitney Bowes.[8]

10.    Stamps.com's revenue was generated primarily through "service" revenues, which reflected service and transaction-related revenues from its USPS mailing and shipping services, its multi-carrier shipping services, and other mailing and shipping partners.[9]  Stamps.com described the various ways in which it earned service revenue as:  "(1) customers may pay us a monthly fee based on a subscription plan; (2) customers may qualify under our USPS partnership to have their service fees waived or refunded and then we are compensated directly by the USPS; (3) we may earn transaction related revenue based on customers purchasing postage or printing shipping labels; (4) we may earn compensation by offering customers a discounted postage rate that is provided to the customers by our integration partners; and (5) we may earn other types of revenue shares or other compensation from specific customers or integration partners."[10]

### B.    USPS Approved Reseller Program

11.    The USPS offers mail and shipping services at a fixed price to retail customers, and at various discounted commercial prices to qualifying businesses.[11]  In addition to its discounted commercial pricing, the USPS also offers special pricing or terms of service that go beyond standard commercial discounts to individual companies through customized Negotiated Service Agreements ("NSAs").[12]  According to the USPS Office of Inspector General, the USPS uses NSAs to offer competitive solutions to certain classes of customers:

> The market for shipping packages is highly competitive. Most carriers offer discounts to certain classes of clients, such as new customers or high-volume shippers. As a result, carriers can charge very different prices for delivering the same package to the same destination. The Postal Service is no different from other carriers in this regard and has a variety of prices for its parcel products. …

---

[8] Stamps.com Inc. 2016 Form 10-K, pp. 1, 11.  On October 26, 2017, the USPS announced that EasyPost had become a new authorized PC Postage provider.  As of November 2017, the USPS stopped accepting new provider applicants to conduct a review of its onboarding progress.  *See* "DMM Revision: New PC Postage Provider," *USPS Website*, available at https://about.usps.com/postal-bulletin/2017/pb22479/html/updt_002.htm; "The Postal Service and the Evolution of PC Postage," *USPS Office of Inspector General*, Report Number RARC-WP-19-005, June 3, 2019, p. 1.

[9] Stamps.com Inc. 2016 Form 10-K, p. 37.

[10] Stamps.com Inc. 2016 Form 10-K, p. 37.

[11] *See, e.g.*, "Mail & Shipping Services," *USPS Website*, available at https://www.usps.com/ship/mail-shipping-services.htm#1, last accessed August 14, 2020.

[12] "Assessing the Effectiveness of Domestic Competitive Negotiated Service Agreements," *USPS Office of Inspector General*, Report Number RARC-WP-19-004, May 3, 2019, pp. 3, 12.

EXHIBIT 1                                        Page 6
Exhibit 1 at 9

The Postal Service uses NSAs when it wants to enhance some aspect of its standard commercial pricing or services to better meet a customer's needs.[13]

The USPS entered into its first NSA in 2003 with the financial institution Capital One, and experienced substantial growth in the number of active NSAs from 66 in 2012 to more than 1,000 by 2018.[14]

12.    In 2009, as DHL withdrew from the U.S. market, the USPS entered into a new sub-category of NSAs with certain "Approved Resellers" ("resellers").[15]  Resellers are authorized to resell select USPS products and services to merchants at prices below published commercial pricing.[16]  According to Ruth Goldway, the Chair of the Postal Regulatory Commission from 2009 to 2014 (the government agency that regulates and approves USPS rate-setting, including approval of NSAs), as expressed on a call with Stamps.com equity analysts, the USPS established the reseller program hoping at the time to attract and compete for the small volume package shippers that had been the business of DHL when they exited the U.S. market in 2009.[17]  According to Ms. Goldway, the reseller program was focused on attracting both smaller-volume and larger-volume package shippers, with the smaller volume shippers more directly the target of the reseller industry because large volume shippers already had access to discounted rates through individual NSAs, and the goals of the reseller program were both the generation of new and retention of existing package volume.[18]

13.    Entities such as Stamps.com, including its recently acquired Endicia brand and multi-carrier platforms, entered into separate agreements with resellers that included a revenue share arrangement between Stamps.com and the reseller.[19]  As a result, I understand that certain Stamps.com customers could be offered discounted postage rates through resellers who then shared a portion of the revenue with Stamps.com.

---

[13] "Assessing the Effectiveness of Domestic Competitive Negotiated Service Agreements," *USPS Office of Inspector General*, Report Number RARC-WP-19-004, May 3, 2019, p. 3.

[14] "Assessing the Effectiveness of Domestic Competitive Negotiated Service Agreements," *USPS Office of Inspector General*, Report Number RARC-WP-19-004, May 3, 2019, p. 3.

[15] Stamps.com Inc. Q3 2016 Earnings Call Transcript, relaying commentary from an August 8, 2016, call with analysts.

[16] "Approved Postal Provider Programs," *USPS Website*, https://about.usps.com/suppliers/becoming/approved-postal-provider-programs.htm, last accessed August 14, 2020.

[17] Stamps.com Inc. Q3 2016 Earnings Call Transcript, relaying commentary from an August 8, 2016, call with analysts.

[18] Stamps.com Inc. Q3 2016 Earnings Call Transcript, relaying commentary from an August 8, 2016, call with analysts.

[19] See, *e.g.*, Stamps.com Inc. Q2 2016 Earnings Call Transcript, July 28, 2016.

EXHIBIT 1                                              Page 7
                                                       Exhibit 1 at 10

### C.    Alleged Misstatements

14.    I understand that counsel for Lead Plaintiff has recently described the allegations in this matter as follows:  "As upheld, Defendants' scheme is quite simple: They conveyed the misleading impression 'that Stamps had a strong relationship with USPS and that USPS fully approved Stamps' use of the [USPS] reseller program,' when in reality 'USPS as a whole was unhappy with Stamps' business practices and . . . was working on stopping Stamps from continuing with its reseller program.'"[20]  In a recent ruling, the Court has likewise described the remaining allegations as "Stamps misrepresented that it had a strong relationship with the USPS or that the USPS was 'very happy' with Stamps' business practice."[21]

15.    I understand that, following the July 14, 2020, Order Granting in Part Defendants' Motion to Clarify Order on Motion to Dismiss Case, the Court has held that Lead Plaintiff has sufficiently alleged that the following statements made during certain conference calls were false or misleading:[22]

> **May 3, 2017**:  During the 1Q17 conference call, CEO McBride stated, "The USPS has always been one of our most important partners.  We both have the common goal of growing USPS package volume and serving and retaining USPS customers. …We continue to enjoy a great partnership with USPS and feel that we have created a sustainable win-win model for both of us, which will result in the continued growth of USPS packages in e-commerce and more generally. …In particular, the USPS is very happy with the very successful partnership Stamps.com has together with the Postal Service, and that's based on very recent ongoing conversations we have with the most senior executive there."[23]

> **May 3, 2017**:  During the 1Q17 conference call, in response to a question regarding "the economics of the relationships you have, whether it's with the USPS or other partners, that would prompt some conservatism on guidance," CEO McBride stated, "[W]e don't really expect any material changes to any

---

[20] Response to Defendants' Motion for Clarification, dated June 29, 2020, p. 2.  Similarly, in the Class Certification Motion at p. 1, Lead Plaintiff describes the allegations in this matter as follows:  "As alleged, Defendants misled the market – and all its participants – through a series of statements that misleadingly portrayed Stamps as enjoying (1) a strong (exclusive) partnership with the United States Postal Service ('USPS'); and (2) the USPS's full approval of Stamps' use of its reseller program. Defendants' scheme began on May 3, 2017 and started unraveling in early 2019. On February 21, 2019, Stamps admitted its supposedly strong exclusive partnership with the USPS was over and its President, defendant Huebner, was abruptly quitting. … Less than three months later, on May 8, 2019, Stamps admitted impending renegotiations and terminations of its supposedly fully approved use of the USPS's reseller program."

[21] Order Granting In Part Defendants' Motion to Clarify, dated July 14, 2020, p. 7.

[22] **Exhibit 1** enumerates all of the statements that I understand the Court dismissed in the Order Re: Defendants' Motion to Dismiss, dated January 17, 2020 ("Order re Motion to Dismiss") and Order Granting In Part Defendants' Motion to Clarify, dated July 14, 2020.

[23] Consolidated Complaint, ¶68.

EXHIBIT 1                                          Page 8
Exhibit 1 at 11

kind of the underlying economics or the revenue share agreements that we have."[24]

**May 3, 2017**:  On the same conference call, in response to a question concerning whether the USPS had sent a letter to participants in the reseller program, CEO McBride stated, "There was no letter. The rumor is false. …USPS is very happy with the approach they've taken and business model. They're very happy with the relationship with Stamps.com. We talk to them constantly, to the most senior folks there. So we're happy and they're happy. … So it's not true."[25]

**August 2, 2017**:  During the 2Q17 conference call, CEO McBride stated, "The USPS doesn't see any reason why the program wouldn't continue to serve both customers and the needs of the Postal Service going forward.  Finally, the USPS looked at resellers and PC postage providers like Stamps.com and Endicia as excellent partners on bringing the best solutions to customers.  We continue to enjoy a great partnership with the Postal Service and feel that we have created a sustainable win-win model for both of us, which will result in a continued growth of USPS packages and e-commerce and online postage more generally."[26]

**August 2, 2017**:  During the 2Q17 conference call, in response to a question regarding "the 2 USPS contract renewals in the quarter," CEO McBride stated, "…[T]he partnership with the Postal Service is continuing to be stronger and stronger… So we were just trying to give people an insight to the relationship with the Postal Service continues to get healthier and healthier."[27]

**August 2, 2017**:  During the 2Q17 conference call, in response to a question regarding "the 2 USPS contract renewals in the quarter," President Huebner stated, "Yes, I would just say, I mean, we've been saying over the last year that it's a win-win partnership. And so the more successful we both are in helping the USPS compete, then I think that benefits both of us, and so I think it was really meant to highlight the win-win nature of the partnership and how both sides are succeeding."[28]

**August 1, 2018**:  During the 2Q18 conference call, in response to analyst questions concerning the USPS Task Force investigation and impending report, CEO McBride stated, "But we do think that based on our conversations that the report will come out strongly in favor of the partnerships between the USPS and private industry like the partnerships we've had with the USPS."[29]

---

[24] Consolidated Complaint, ¶69.
[25] Consolidated Complaint, ¶70.
[26] Consolidated Complaint, ¶74.
[27] Consolidated Complaint, ¶74.
[28] Consolidated Complaint, ¶75.
[29] Consolidated Complaint, ¶89.

EXHIBIT 1                                    Page 9
                                             Exhibit 1 at 12

**October 31, 2018**:  During the 3Q18 conference call, CEO McBride stated, "The USPS has many competing priorities, and the process just takes time. In general, we expect that updates to our agreements with the USPS will continue to reflect the critical role that we play in their e-commerce package business, including that we have the largest private sales force focused on driving USPS growth. We process more than 1/3 of their Priority Mail volume in the U.S. And working hand-in-hand with the USPS through our partnership, we have contributed to a significant portion of overall USPS e-commerce package growth over the past 5 years. …"[30]

**October 31, 2018**:  During the 3Q18 conference call, in response to analyst questions concerning the USPS Task Force investigation and impending report, CEO McBride stated, "I think when we look at the various reports that are out there, the conversations we've had with folks that are working on these reports, the general view is the idea of USPS increasingly embracing partnerships like ours makes a ton of sense for them."[31]

### D.      Alleged Corrective Disclosures

16.      Lead Plaintiff claims that the truth about Defendants' alleged misrepresentations and the allegedly fraudulent conduct was revealed to the market on the following two days:

**February 21, 2019**:  After the market closed, Stamps.com held a conference call to discuss its financial results for 4Q18 and FY18, as well as its business outlook and "certain strategic items … that impact our business outlook for 2019."  On the call, CEO McBride stated that Stamps.com "decided to discontinue [its] shipping partnership with the USPS so that [it could] fully embrace partnerships with other carriers who … will be well positioned to win in the shipping business in the next 5 years."[32]  On the same day, Stamps announced that the President and former CFO of Stamps.com, defendant Huebner, intended to resign.[33]  "As a result of this news, the Company's stock price plummeted $114 per share on record trading volume of 13.7 million shares to close at just under $84 per share on February 22, 2019, a decline of over 57%."[34]

**May 8, 2019**:  Stamps.com announced that its lowered guidance was attributed to potential unfavorable short- and long-term amendments, renegotiations, and terminations of certain NSA contracts between the USPS and the Company's reseller partners and more specifically that the USPS was renegotiating the NSAs with the resellers such that the margins earned by the resellers would

---

[30] Consolidated Complaint, ¶92.
[31] Consolidated Complaint, ¶92.
[32] Consolidated Complaint, ¶122.
[33] Consolidated Complaint, ¶125.
[34] Consolidated Complaint, ¶126 (emphasis omitted).

EXHIBIT 1                                        Page 10
                                                 Exhibit 1 at 13

begin to decrease in the second half of 2019 and could include additional meaningful reductions in margins earned by resellers in 2020 and 2021. The Company further stated that it now expected an FY19 profit of $3.35 to $4.85 per share, down from its prior estimate of $5.15 to $6.15 per share.[35] "As a result of this news, the Company's stock price dropped $46 per share on record trading volume of 16.8 million shares to close at just under $37 per share on May 9, 2019, a decline of over 56%."[36]

### E.    Economic Implications of the Allegations

17.    Lead Plaintiff alleges that Stamps.com's stock price was artificially inflated as a result of the Company's alleged misstatements described in Section IV.C, as well as by additional alleged misstatements that have been dismissed by the Court.[37] From an economic standpoint, any misstatements by Stamps.com would introduce inflation into the stock price only to the extent that they distorted the market's assessment of Stamps.com's future cash flows and risks.[38]

18.    In this particular case, this means that in order to impact the stock price and to introduce inflation, the alleged misstatements had to distort the market's perception of Stamps.com's prospects associated with the Company's relationship with the USPS, for example by affecting the assessment of risk by shifting the balance of probabilities associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS.

19.    Consistent with this reasoning, the Consolidated Complaint alleges that, among other things, the alleged misstatements were false and misleading because in reality "Stamps' reseller scheme represented a **significant financial risk** to Stamps' lucrative exclusive partnership and contractual NSAs with the USPS…"[39]

## V.    Assessment of Price Impact of the Alleged Misstatements

### A.    Market Efficiency

20.     Market efficiency is a fundamental concept in financial economics dating back to the seminal work of Professor Eugene Fama in the 1960s.[40] Professor Fama defined an efficient

---

[35] Consolidated Complaint, ¶127.
[36] Consolidated Complaint, ¶128 (emphasis omitted).
[37] Consolidated Complaint, ¶121.
[38] *See* Section VI.A.
[39] Consolidated Complaint, ¶¶71, 77, 83, 93 (emphasis added).
[40] Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance 25*, no. 2 (1970), pp. 383–417 ("Fama I").

EXHIBIT 1

Page 11
Exhibit 1 at 14

market for a security as one where the security's price reflects the value implications of available information:

> In general terms, the ideal is a market in which prices provide accurate signals for resource allocation: that is, a market in which firms can make production-investment decisions, and investors can choose among the securities that represent ownership of firms' activities under the assumption that security prices at any time 'fully reflect' all available information. A market in which prices always 'fully reflect' available information is called 'efficient.'[41]

21.    Empirical tests of market efficiency concern three different sets of information with respect to which efficiency is examined. Tests of so-called weak form market efficiency examine whether security prices incorporate information that can be obtained from historical prices and dividends. Tests of semi-strong form market efficiency examine whether security prices incorporate all publicly available information.[42] Finally, tests of strong form market efficiency consider whether security prices incorporate all information, including private information that is not publicly available.[43]

22.    I understand that the form of market efficiency that is most relevant in the present context is semi-strong market efficiency.[44,45] In other words, the relevant question is whether security prices quickly and fully incorporate all publicly available information.[46]

23.    Information is incorporated rapidly into a security's price in an efficient market, in many cases within minutes of the information becoming public.[47] An important feature of

---

[41] Fama I, p. 383.

[42] If markets are semi-strong efficient, they will also necessarily be weak form efficient, because all publicly available information includes information regarding historical prices and dividends.

[43] Fama I, p. 383. *See* also Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 11th ed. (McGraw-Hill/Irwin, 2014) ("Brealey, Myers, and Allen (2014)"), pp. 324–325.

[44] For example, the Supreme Court's decision in *Halliburton II*, citing its decision in *Basic*, states: "Specifically, the Court relied upon the 'semi-strong' version of that theory, which posits that the average investor cannot earn above-market returns (i.e., 'beat the market') in an efficient market by trading on the basis of publicly available information."

[45] The Nye Report also appears to be testing the semi-strong form market efficiency. Dr. Nye states: "Generally speaking, academic economists consider there to be three forms of market efficiency: 'weak' form; 'semi-strong' form; and 'strong' form market efficiency. (*See* Elton, E., M. Gruber, S. Brown and W. Goetzmann, *Modern Portfolio Theory and Investment Analysis*, 6th ed., John Wiley and Sons, Inc., 2007, p. 400.) In 'fraud-on-the-market' litigation, several courts reference the semi-strong form of efficiency, which implies that market prices incorporate all publicly available information. In academic finance literature, this is referred to as 'informational efficiency.'" Finally, Dr. Nye states that, "[a]n analysis of these factors supports my conclusion that the market for Stamps stock was informationally efficient throughout the Class Period." *See* Nye Report, FN 14 and ¶17. In addition, Dr. Nye testified that "I think my analysis demonstrates that of those three Stamps stock price was more closely associated with the semi strong form of market efficiency." Deposition of Zachary Nye, Ph.D., August 14, 2020 ("Nye Deposition"), pp. 60:14–61:11.

[46] Unless otherwise specified, any references to market efficiency and efficient markets in this report refer to the semi-strong form of market efficiency.

[47] *See* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46, no. 5 (1991) ("Fama II"), pp. 1601–1602 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements. The result is so common that this work now devotes little space to market efficiency.

EXHIBIT 1

Page 12
Exhibit 1 at 15

securities that are traded in efficient markets is that security prices equal the sum of discounted expected future cash flows based on the market's assessment of publicly available information.[48]

24. As explained in finance textbooks, a market is semi-strong-form efficient when all information available to the public is reflected in prices:

> A market is semistrong-form efficient if prices reflect (incorporate) all publicly available information, including information such as published accounting statements for the firm as well as historical price information.[49]

> [Market efficiency] implies that securities will be fairly priced, based on their future cash flows, given *all information that is available to investors*…. Information that is available to all investors includes information in news reports, financial statements, corporate press releases, or in *other public data sources*.[50]

25. As explained by Professor Fama, "prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal costs."[51] Given that the marginal cost of obtaining and acting on public information is relatively low, the marginal benefit of acting on public information is essentially zero if the market is efficient—*i.e.*, the value relevant content of public information is incorporated fully into the price. Notably, the existence of an efficient market does not require all investors to access,

---

The fact that quick adjustment is consistent with efficiency is noted, and then the studies move on to other issues."). An early article by Wolfson and Patell that studies news releases of earnings and dividend announcements found that, while some impact persists for longer than a few minutes, "returns earned by simple trading rules dissipate within five to ten minutes" of announcement (James M. Patell and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics* 13 (June 1984), pp. 223–252 at p. 223). Busse and Green find that "prices of stocks discussed positively [on financial networks] experience a statistically and economically significant increase beginning seconds after the stock is initially mentioned and lasting approximately one minute. The response to negative reports is larger but more gradual. Prices continue falling for 15 minutes after airing…." (Jeffrey A. Busse and T. Clifton Green, "Market efficiency in real time," *Journal of Financial Economics* 65 (2002), pp. 415–437 at p. 435). Chordia, Roll, and Subrahmanyam find that "pattern[s] of intra-day serial dependence [reveal] that it takes more than five minutes but less than sixty minutes" for sophisticated investors to react to order imbalances. (Tarun Chordia, Richard Roll, and Avanidhar Subrahmanyam, "Evidence on the speed of convergence to market efficiency," *Journal of Financial Economics* 76 (2005), pp. 271–292 at p. 271.) Finally, Greene and Watts find that "[o]n the NASDAQ, the price adjustment to [nontrading- and] trading-hours earnings announcements is concentrated in the first post-announcement trade with only slight adjustment in the next several transactions." (Jason T. Greene and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases," *Financial Management*, 25, no. 1 (1996), pp. 19–42 at p. 41).

[48] Brealey, Myers, and Allen (2014), p. 328 ("[I]n an efficient market it is not possible to find expected returns greater (or less) than the risk-adjusted opportunity cost of capital. This implies that every security trades at its fundamental value, based on future cash flows…and the opportunity cost of capital.").

[49] Ross, Stephen A., Randolph W. Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 7th ed. (New York: McGraw-Hill/Irwin, 2005), p. 356.

[50] Berk, Jonathan, Peter DeMarzo, and Jarrad Harford, *Fundamentals of Corporate Finance*, Global Edition, 4th ed. (London: Pearson Education, 2018), p. 348 (emphasis added).

[51] Fama II, p. 1575.

EXHIBIT 1    Page 13
Exhibit 1 at 16

analyze, and trade on publicly available information.  It is sufficient for some (potentially the most sophisticated) investors to identify and trade on new information such that its value relevance is rapidly incorporated in market prices.  For example, short-selling shares is one way through which negative information is incorporated into prices, while an investor optimistic about the prospects of a company may bid up the market price by purchasing shares.[52]  In the Nye Report, Dr. Nye finds that there were a large number of institutional investors invested in Stamps.com stock and that such investors "are generally considered to be sophisticated investors that have ready access to minute-to-minute financial news and to online bulletins from analysts" and that "[r]elative to most individual investors, institutional investors have significantly greater resources with which to analyze public information pertinent to the securities in which they invest."[53]  He further states that "[i]nstitutional ownership implies that investment professionals actively review company-specific financial information and, in turn, make buy/sell recommendations to their firm and/or client investors," and that "[i]n this way, investors bid up or down the market price of a security to reflect all publicly available information…"[54]

26.    A corollary of the efficient market hypothesis is that, because a semi-strong form market incorporates all publicly available information that affects future cash flows and risks as soon as the information first becomes public, the market will not react to the repetition of previously available information.  The market would likewise not react to information that is not value relevant, because only information that affects the assessment of future cash flows and risks is reflected in securities prices in an efficient market.

27.    I understand that in the context of litigation under Section 10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5, establishing that a security traded in an efficient market affords a plaintiff the presumption of reliance on the alleged misstatements or misrepresentations.[55]  Absent the presumption of reliance, each plaintiff would need to prove

---

[52] Short sellers are investors who borrow shares and sell them at the prevailing price, anticipating that the price declines in the future.  The act of selling borrowed shares can put downward pressure on the stock price, resulting in a lower market price.  *See*, e.g., Paul Asquith, Parag A. Pathak, Jay R. Ritter, "Short interest, institutional ownership, and stock returns," *Journal of Financial Economics* 78 (2005), pp. 243–276, for a discussion of short-selling.

[53] Nye Report, ¶¶39–40.

[54] Nye Report, ¶39.

[55] *Basic* ("An investor who buys or sells stock at the price set by the market does so in reliance on the integrity of that price. Because most publicly available information is reflected in market price, an investor's reliance on any public material misrepresentations, therefore, may be presumed for purposes of a Rule 10b-5 action.").

EXHIBIT 1                    Page 14
                             Exhibit 1 at 17

individually that he or she relied on the alleged misstatements or misrepresentations. I further understand that the presumption of reliance is rebuttable by defendants.[56]

### B.   Event Study Analysis

28.   Event studies examine the response of security prices to new, value relevant information,[57] and generally involve three steps.[58]

29.   First, a researcher selects the event to be examined and the appropriate event window, for example, the effect of earnings announcements for a particular firm over some relevant time period as measured by price reactions over one-day windows. Second, a statistical model is used to calculate the abnormal or residual return, which is the portion of the observed return that is unexpected based on a model of expected returns—that is, the portion that cannot be attributed to market or industry price movements according to the statistical model employed.[59] Third, a statistical hypothesis regarding the residual return is constructed and tested. For example, a researcher may test a hypothesis (a so-called "null hypothesis") that the residual return equals zero following the release of information—that is, that there is no security price reaction to the event. Hypothesis testing is a statistical technique that considers whether the null hypothesis (zero residual return in the example) can be rejected for a given significance threshold (typically 5%) based on the observed data. In an efficient market, rejection of the null hypothesis of zero residual return supports a finding that information disclosed during the event window was value relevant and affected the security's price. This is because such a finding is consistent with a statistically discernible movement in the security's price having occurred following the release of information during the event window.

---

[56] *Basic*; *Halliburton II*.

[57] *See* A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* Vol. XXXV (1997), pp. 13–39 ("MacKinlay (1997)"), for an overview of event studies in financial economics.

[58] MacKinlay (1997), pp. 14–16.

[59] Note that event studies are a joint test of price response and of the model used to calculate abnormal or residual returns.

EXHIBIT 1                                                     Page 15
                                                              Exhibit 1 at 18

30.     Both Dr. Nye and I performed event studies.[60,61]  My overall findings and opinions in this report are the same regardless of whether the residual return results and determination of statistical significance from my or Dr. Nye's event study are used.[62]

### C.     The May 3, 2017, Alleged Misstatements Did Not Convey New Information to the Market and Thus Had No Price Impact

31.     On May 3, 2017, Stamps.com issued its Q1 2017 earnings press release at 4:30pm ET, announcing earnings above market consensus and raising its FY 2017 guidance.[63]  At 5:00pm ET on May 3, 2017, Stamps.com held a conference call to discuss its Q1 2017 earnings.[64]  I understand that the Court has held that Lead Plaintiff has sufficiently alleged that the following statements made during the conference call were false or misleading:

> CEO McBride stated, "The USPS has always been one of our most important partners.  We both have the common goal of growing USPS package volume and serving and retaining USPS customers. …We continue to enjoy a great partnership with USPS and feel that we have created a sustainable win-win model for both of us, which will result in the continued growth of USPS packages in e-commerce and more generally. …In particular, the USPS is very happy with the very successful partnership Stamps.com has together with the

---

[60] I use a linear regression model to estimate the statistical relationship between daily Stamps.com stock returns and the daily returns of market and industry indices.  I use the proposed Class Period as the estimation window.  My regression model uses the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index as the market index, and two industry indices: (1) the NASDAQ Internet Index, to which Stamps.com benchmarked its stock price performance in its SEC filings, and (2) an equal-weighted index comprised of Stamps.com's peers (Pitney Bowes, FedEx, and UPS) that were mentioned in a number of analyst reports (*see*, *e.g.*, "STMP: Checks Indicate USPS Reseller Program Likely Unchanged," *ROTH Capital Partners*, May 30, 2017; "Positive On Transition To Ecommerce, Transaction-Based Business Model; Rise In Pro Forma Tax Rate Will Mask Solid Projected Annual Pretax Gains; Maintain BUY Rating And $250 Price Target," *Sidoti & Company*, August 24, 2017; "The company announced better-than-expected first quarter results with both revenues and EPS above our estimates. The Company's strategy to emphasize marketing initiatives this year is timely and we expect it will boost results. We maintain our BUY rating and increase our target price of $275 per share," *Singular Research*, May 10, 2018; "First Class Growth Story - Initiating Coverage with a Buy Rating, $320 Price Target," *Maxim Group*, May 31, 2018).  I exclude five days—May 4, 2017; August 3, 2017; August 2, 2018; November 1, 2018; and February 22, 2019—from the estimation, because those dates correspond to the impact dates of the remaining alleged misstatements and alleged corrective disclosures as described in the Consolidated Complaint that have not been dismissed by the Court.  The impact date of the final alleged corrective disclosure is May 9, 2019, which is the trading day after the proposed Class Period ends.  *See* **Exhibit 2** for a chart of Stamps.com's stock price before, during, and after the proposed Class Period and **Exhibit 3** for a summary of the regression model.
[61] Dr. Nye regresses Stamps.com returns on S&P 500 returns and NASDAQ Internet Index returns.  He excludes nine days—May 4, 2017; August 3, 2017; November 3, 2017; February 22, 2018; May 4, 2018; August 2, 2018; November 1, 2018, February 22, 2019; and May 9, 2019—from the estimation, because those dates correspond to earnings announcements.  Dr. Nye analyzes the significance of abnormal Stamps.com returns during the period from May 3, 2017, to August 6, 2019.  During the proposed Class Period, he uses one-year rolling windows to re-estimate the regression model using one calendar year of data available prior to each day during the proposed Class Period.  For the remaining days after the first alleged corrective disclosure, the estimation window is fixed, using data from February 22, 2018, to February 22, 2019. *See* Nye Report, Appendix A and Exhibit 12.
[62] *See*, **Exhibit 4** and Nye Report, Exhibit 11B.
[63] "Stamps.com Reports First Quarter 2017 Results," Stamps.com, May 3, 2017.
[64] Stamps.com Inc. Q1 2017 Earnings Call Transcript, May 3, 2017.

EXHIBIT 1                          Page 16
                                   Exhibit 1 at 19

Postal Service, and that's based on very recent ongoing conversations we have with the most senior executive there."[65]

In response to a question regarding "the economics of the relationships you have, whether it's with the USPS or other partners, that would prompt some conservatism on guidance," CEO McBride stated, "[W]e don't really expect any material changes to any kind of the underlying economics or the revenue share agreements that we have."[66]

In response to a question concerning whether the USPS had sent a letter to participants in the reseller program, CEO McBride stated, "There was no letter. The rumor is false. …USPS is very happy with the approach they've taken and business model. They're very happy with the relationship with Stamps.com. We talk to them constantly, to the most senior folks there. So we're happy and they're happy.  … So it's not true."[67]

32.    As discussed in this section, there was substantial information released prior to the start of the proposed Class Period regarding Stamps.com's relationship with the USPS, its relationship with resellers, the mechanics and economics of Stamps.com's use of the reseller program, and how the reseller program impacted and was viewed by the USPS.  I understand that these factors underlie Lead Plaintiff's allegations in this litigation concerning the strength of Stamps.com's relationship with the USPS, whether USPS was "happy" with the relationship, and the USPS's approval of Stamps.com's use of the reseller program.

33.    Based on my analysis of the information that was already publicly available and the lack of a statistically significant price movement in Stamps.com's stock price on May 4, 2017, the May 3, 2017, alleged misstatements that remain in the litigation did not convey new information to the market regarding these reseller relationships, the economics of the relationship, or how they impacted the USPS such that they would have shifted the balance of probabilities associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS.  A price increase would be expected if the statements contained value relevant information and reassured the market given the increased concern about possible future changes to the reseller program prior to the start of the proposed Class Period, as discussed in the following sections.  In an efficient market, only new, value relevant

---

[65] Consolidated Complaint, ¶68.
[66] Consolidated Complaint, ¶69.
[67] Consolidated Complaint, ¶70.

EXHIBIT 1                                                                      Page 17
Exhibit 1 at 20

information would result in investors re-evaluating the value of Stamps.com and accordingly impact its stock price.

> **1.      Substantial Information Regarding Stamps.com's Relationship with the USPS and Resellers Was Already Publicly Available as of the Start of the Proposed Class Period**

34.      As discussed in more detail in **Appendix C**, there was substantial information released between July 8, 2016,[68] and the start of the proposed Class Period on May 3, 2017, by policy analysts (such as The Capitol Forum)[69] and short sellers concerning Stamps.com's relationship with the USPS, its relationship with resellers, and the mechanics and economics of its use of the reseller program and how it impacted and was viewed by the USPS.  For example, there were numerous articles explaining that the rates offered to customers by or through resellers were below the rates offered by the USPS directly, that resellers and Stamps.com shared in revenue earned from Stamps.com customers who purchased postage through resellers, and that the profit margin for postage sold through resellers was lower for the USPS than postage purchased under standard USPS rates.[70]

35.      In addition, there were numerous articles discussing the USPS's views on the reseller program and the benefits and drawbacks to the USPS of customers utilizing the reseller program.  For example, a commonly cited benefit was that the USPS could better attract new

---

[68] On July 8, 2016, The Capitol Forum published the first of a series of articles addressing Stamps.com, its relationship with the USPS, and its relationship with resellers.  *See* "Stamps.com: Reliance on Negotiated Service Agreements with USPS, Relationship with IntuiShip Leaves Stamps.com with Significant Regulatory Risk; USPS Can Terminate NSA with 30 Days' Notice if Agency Finds Abuse," *The Capitol Forum*, July 8, 2016.

On July 14, 2016, Prescience Point LLC, an entity with a disclosed short position in Stamps.com, issued a report that was critical of Stamps.com's business and its relationship with the USPS and resellers, and described the July 8, 2016, *The Capitol Forum* report as follows:  "The public research that has been disseminated on Stamps.com to date has only scratched the surface on the truth about the company's business model. For instance, we doubt that until very recently any Stamps.com shareholder had ever heard of a little company called IntuiShip. This all changed last week [July 8, 2016] when The Capitol Forum, a well-respected regulatory research firm based in Washington D.C., exposed how certain companies have potentially been taking advantage of the USPS postage reseller program."  *See* "Stamps.com: The Software Valeant?" *Prescience Point, LLC*, July 14, 2016.

[69] The Capitol Forum has described itself as an "in-depth news & analysis service dedicated to informing policymakers, investors and industry stakeholders on how policy affects market competition."  *See* The Capitol Forum Twitter, available at https://twitter.com/capitol_forum?lang=en, last accessed August 25, 2020.

[70] Consistent with the above, I understand that the Court has found that Stamps.com adequately disclosed that it offered discounted postal rates to low-volume shippers through its partnership with resellers and that it offered reseller rates to existing customers to help USPS retain these customers:  "Based on Defendants' disclosures, which the Court may consider even on a motion to dismiss, Defendants adequately disclosed that Stamps offered discounted postal rates to low-volume shippers through its partnership with resellers. Defendants also disclosed that Stamps offered 'reseller rates' to existing customers to help USPS retain these customers. While Plaintiff may be correct that USPS did not intend for Stamps to provide 'reseller rates' to *existing* customers, Plaintiff has not demonstrated that Defendants made any false or misleading statements regarding the program."  *See* Order re Motion to Dismiss, p. 19 (emphasis in original).

EXHIBIT 1                                                      Page 18
                                                                    Exhibit 1 at 21

customers and avoid losing certain existing customers by offering lower pricing through resellers that was more competitive with other options, such as UPS and FedEx.[71]  In contrast, a commonly cited drawback was that utilization of the reseller program may cannibalize profits from certain customers that would have remained with the USPS even if they were only offered higher commercial rates.[72]

36.     Finally, there were articles that made public emails and other communications from the USPS to resellers and other industry participants (obtained via Freedom of Information Act requests) regarding USPS's views on the reseller program and potential concerns with certain usage of the reseller program.  For example, The Capitol Forum published a report on December 14, 2016, containing email correspondence from the USPS to the reseller Intuiship. The report characterized the emails as "indicat[ing] that the USPS has been concerned about [the] cannibalization of existing USPS customers."[73]  The Capitol Forum also published a report on March 3, 2017, containing a redacted August 2, 2016, letter from the USPS to IntuiShip obtained via FOIA request.  The report characterized the letter as "threatening to cancel IntuiShip NSA."[74]

37.     This public discussion coincided with certain revisions to Stamps.com's risk disclosures in its 2016 Form 10-K regarding the risk of termination of integration partners' agreements with the USPS,[75] and continued until the beginning of the proposed Class Period. For example, according to Shipware—a shipping consulting company— "[i]n April [2017] rumors were flying around regarding major changes to the Reseller program, that a letter was

---

[71] *See*, *e.g.*, "Playing The Stamps.com Whack-A-Mole Game. We See The Fundamental Strengths Continuing To Shine And The Stock Way Oversold." *Craig-Hallum*, July 20, 2016; "Large 2Q:16 Beat On Revenue And EPS; 2016 Guidance Raised; Reseller Concerns Defended; Raise 2016 And 2017 Estimates; Raise Price Target To $160 (From $150); Reiterate BUY Rating," *Sidoti & Company, LLC*, July 29, 2016.

[72] *See*, *e.g.*, "Stamps.com: Reliance on Negotiated Service Agreements with USPS, Relationship with IntuiShip Leaves Stamps.com with Significant Regulatory Risk; USPS Can Terminate NSA with 30 Days' Notice if Agency Finds Abuse," *The Capitol Forum*, July 8, 2016; "Stamps.com: The Software Valeant?" *Prescience Point*, July 14, 2016.

[73] "Stamps.com: USPS Emails Undermine Statements by Stamps.com; Emails Indicate USPS Does Not Support Targeting of Existing USPS Customers," *The Capitol Forum*, December 14, 2016.

[74] "Stamps.com: USPS Sent IntuiShip Letter Threatening to Terminate NSA; Stamps.com Updates 10-K Language to Reflect Risk of Termination of Integration Partners' Agreements with USPS," *The Capitol Forum*, March 3, 2017.

[75] "Stamps.com: USPS Sent IntuiShip Letter Threatening to Terminate NSA; Stamps.com Updates 10-K Language to Reflect Risk of Termination of Integration Partners' Agreements with USPS," *The Capitol Forum*, March 3, 2017. The Capitol Forum characterized the changes in Stamps.com's Form 10-K as "In 2015, Stamps.com disclosed the potential risk to the company's revenue and operating results if the USPS were to terminate Stamps.com's agreements with the USPS. The company's 2016 10-K, filed on March 1, however, specifies the risk of losing not just Stamps.com's agreements with USPS but also those of its integration partners."

EXHIBIT 1                                                                                           Page 19
Exhibit 1 at 22

'on the way' to the 3 licensed Reseller holders that would further define the use and administration of the programs."[76]

        a)      **Information Regarding Stamps.com's Relationship with the USPS and Resellers Was Incorporated into Stamps.com's Stock Price Prior to May 3, 2017**

38.     An efficient market would have incorporated the risks associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS as soon as the information was public, and this information would have been priced into Stamps.com's stock prior to the beginning of the proposed Class Period if the stock was traded in an efficient market as Lead Plaintiff and Dr. Nye assert.[77]

39.     A review of short seller activity during the period from July 2016 until May 3, 2017, shows that short interest (a measure of the aggregate number of shares sold short) was indeed elevated during this period and further increased prior to the start of the proposed Class Period on May 3, 2017, as shown in **Exhibit 5**. As discussed in Section V.A, short selling is one mechanism through which negative information can be incorporated into security prices.[78] That this information would have been incorporated into Stamps.com's stock price is also supported by the commentary of equity analysts who, for example, noted in late April 2017 that allegations from short sellers "have resulted in a pullback in the stock" and mentioned "claims [that] have been made that Stamps.com's relationship with resellers is unfavorable to the U.S. Post Office (USPS)."[79] Similarly, another analyst noted in early May 2017 that in their view "[u]nfounded short allegations have precluded STMP from trading at a valuation more befitting of a company generating ~20% organic growth and mid-40%+ adjusted EBITDA margins…"[80]

---

[76] "Stamps.com under scrutiny – update on changes to the USPS Reseller programs and potential impact to small volume shippers," *Shipware*, September 14, 2017. *See also*, "Keeping In Mind What Is Important – Volume And Profitability," *Craig-Hallum*, April 10, 2017; "Q1 '17 Earnings Preview; Reiterate Buy Rating and $210.00 Price Target," *B. Riley*, May 2, 2017.

[77] Dr. Nye also testified that "to the extent it was any short seller report is publicly available or widely disseminated, I would expect it to be incorporated into the stock price." Nye Deposition, p. 58:10–13.

[78] Dr. Nye testified: "But really the thing to consider here is the -- is whether there's a short selling constraint that would prevent investors with negative opinions from conveying those negative opinions and having that reflected into the market price. Here, though, the level of institutional ownership in holdings was, you know, much higher throughout the class period, so there's no evidence that there was short selling constraints and, indeed, the fact that it got up than high shows that there was really no short selling constraints. When people wanted to go short, they had access to it. … The short sellers are a bigger and bigger part of the dissemination and interpretation of the information in the stock market these days." Nye Deposition, pp. 56:4–57:19.

[79] "Outlook Is Positive For High Volume Shipper Business: Model Solid Pretax Gains Coupled With EPS Declines In 1Q:17 And Full Year 2017, Due To Higher Tax Rate; Maintain BUY, $175 Target," *Sidoti & Company, LLC*, April 24, 2017.

[80] "Reports Q1 Beat; Raises FY '17 Guidance; Reiterate Buy Rating and $210.00 Price Target," *B. Riley*, May 4, 2017.

40.     Further, in an efficient market, the Company's May 3, 2017, statements would have been evaluated in light of other information that was already available to it.  That information would have included the market's understanding of the potential benefits and drawbacks of the reseller relationships, including information regarding the USPS's views on these issues. Therefore, the alleged misstatements would have impacted Stamps.com's stock price only to the extent that the statements would have shifted the balance of probabilities associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS.  As I show in Section V.C.2, the lack of any discernible price reaction following the alleged misstatements demonstrates that the misstatements did not impact the price when they were made.

          **b)**       **Economic Reasoning about Lead Plaintiff's Allegations Is Consistent with the Alleged Misstatements Not Having Altered the Balance of Probabilities Associated with an Adverse Outcome to the Relationship with the USPS**

41.     Lead Plaintiff and Dr. Nye have not identified a hypothetical disclosure of new, value relevant information that would have affected Stamps.com's stock price in an efficient market and that Stamps.com could have made along with its May 3, 2017, statements that would make these statements allegedly not misleading.   This is consistent with the finding that Stamps.com's stock price did not increase following the alleged misstatements on May 3, 2017. Based on my review of the allegations in the Consolidated Complaint, Dr. Nye's report, and the market evidence, I am not aware of any such disclosure that would have affected Stamps.com's stock price.

42.     First, allegedly corrective information released to the market on February 21, 2019, and on May 8, 2019, was not information that could have been disclosed earlier and therefore could not form the basis of a hypothetical earlier disclosure.  As discussed in Section V.G, Lead Plaintiff's claim that the truth about the alleged misrepresentations was revealed through a disclosure on February 21, 2019, that Stamps.com "decided to discontinue [its] shipping partnership with the USPS so that [it could] fully embrace partnerships with other carriers who … will be well positioned to win in the shipping business in the next 5 years."[81]  However, Stamps.com and the USPS discontinuing its exclusive shipping partnership in February 2019 was not information that could have been disclosed on May 3, 2017, because the events had not even taken place.

---

[81] Consolidated Complaint, ¶122.

43.    Similarly, with respect to the second alleged corrective disclosure on May 8, 2019, Lead Plaintiff's claim that the truth about the alleged misrepresentations was revealed through disclosure that Stamps.com lowered its guidance due to potential unfavorable short- and long-term amendments, renegotiations, and terminations of certain NSA contracts between the USPS and the Company's reseller partners, and more specifically that the USPS was renegotiating the NSAs with the resellers such that the margins earned by the resellers would begin to decrease in the second half of 2019 and could include additional meaningful reductions in margins earned by resellers in 2020 and 2021.[82]  However, the USPS's decision to begin renegotiations with Stamps.com's reseller partners in May 2019 was not information that could have been disclosed earlier, because it represents events that had not occurred as of May 3, 2017, and any price reaction to which in 2019 was informed by a number of other developments that had taken place over the two years following the May 2017 alleged misstatements.  The fact that Stamps.com was able to renegotiate an extension to the contract with the USPS by which it provided exclusive access to USPS postage on its Stamps.com platform and received commission payments from the USPS, which I understand happened in June 2017, and the various positive statements by USPS personnel, such as those by USPS spokesperson David Partenheimer who was quoted saying that the "USPS [was] pleased with the [reseller] program,"[83] demonstrate that changes to the reseller program adverse to Stamps.com were not a certainty.  In fact, I understand that the reseller program is still in operation today and Stamps.com's commercial relationships with the resellers "remain largely unchanged."[84]  Other USPS personnel, namely Chief Customer and Marketing Officer of the USPS, Jim Cochrane, specifically mentioned companies including Stamps.com as being "excellent partners" in August 2017.[85]  Furthermore, according to an equity analyst who attended the National Postal

---

[82] Consolidated Complaint, ¶127; Stamps.com Inc. Q1 2019 Earnings Call Transcript, May 8, 2019.

[83] "USPS 'postage reselling' program scrutinized," *Linn's Stamp News*, August 1, 2017.

[84] For example, Stamps.com announced on August 7, 2019 that:  "Since our last earnings call [on May 8, 2019], we've seen a positive shift in the USPS's negotiating position with respect to its reseller partners. Back in April, the USPS told some of the resellers that their economics would be decreasing starting in June of 2019. Recently however, the USPS extended the NSAs of some of our reseller partners at their current margins through the end of 2019. The USPS has also recently engaged in more productive conversations that seem to recognize the value that resellers bring to the post office. It remains our understanding that the USPS intends to decrease margins for resellers in 2020…"    Stamps.com Inc. Q2 2019 Earnings Call Transcript, August 7, 2019.

On February 19, 2020, Stamps.com announced:  "[T]he USPS has now astutely signed new, long-term agreements with their reseller partners. The new multi-year agreements provide both relative stability and predictability for the resellers and for their various partners. … Our commercial relationships with the resellers remain largely unchanged, so we will continue to partner with our reseller partners and the USPS to promote the benefits of USPS as a shipping services provider."  Stamps.com Inc. Q4 2019 Earnings Call Transcript, February 19, 2020.

[85] "Interview with Jim Cochrane, USPS Chief Customer & Marketing Officer," *Stamps.com Blog*, August 1, 2017.

EXHIBIT 1                                    Page 22
                                             Exhibit 1 at 25

Forum in late May 2017, "[n]o one [it] spoke with was aware of any imminent changes to the reseller program."[86]

44.    Second, a hypothetical earlier disclosure by Stamps.com could therefore only have included information that was known at the time about Stamps.com's relationship with the USPS, its relationship with resellers, and the mechanics and economics of Stamps.com's use of the reseller program and how it impacted and was viewed by the USPS.  However, Lead Plaintiff and Dr. Nye have not identified any information or hypothetical earlier disclosure that differs from the type of information that, as discussed, was already available to the market and would have been incorporated into Stamps.com's stock price prior to May 3, 2017.

### 2.    Based on My Event Study, There Is No Economic Evidence that the May 3, 2017, Alleged Misstatements Caused Stamps.com's Stock Price to Increase Following Their Release

45.    Based on my event study, there is no economic evidence that information released on Stamps.com's May 3, 2017, conference call caused its stock price to increase, which would have been expected if these statements reassured the market about the relationship with the USPS given information about potential concerns that was already available to the market prior to May 3, 2017.

46.    As discussed, substantial information regarding Stamps.com's relationship with the USPS and resellers was already publicly available prior to the start of the proposed Class Period on May 3, 2017, and the risks associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS would have been priced into Stamps.com's stock prior to the beginning of the proposed Class Period if the stock was traded in an efficient market as Lead Plaintiff and Dr. Nye assert.[87]  Therefore, for the alleged misstatements on May 3, 2017, to have impacted the stock price, they would had to have conveyed new and value relevant information to the market that would have shifted the balance of probabilities associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS.  However, if the statements did in fact shift the balance of probabilities associated with

---

[86] "Takeaways from 2017 National Postal Forum; Reiterate Buy Rating and $210.00 Price Target," *B. Riley*, May 23, 2017.

[87] *See*, *e.g.*, "STMP: Re-Initiate with Buy and $96 PT," *ROTH Capital Partners*, July 28, 2016 ("Several recent 'short' reports have called attention to STMP and its relationships with U.S. Postal Service USPS resellers, accusing it of skimming high margin 'reseller discounts' in exchange for high volumes of units from STMP. They further highlight that the USPS can terminate these agreements within 30 days if the agency finds abuse. While these types of risks should always be taken seriously into consideration, we believe this is more than factored into the stock with the recent ~22% pullback in shares.").

EXHIBIT 1                                                          Page 23
                                                                    Exhibit 1 at 26

an adverse outcome so as to reassure the market about the likelihood of an adverse outcome, one would expect Stamps.com's stock price to increase given existing concerns in the market.

47.     Stamps.com's earnings release and conference call generally reported positive information for the Company, such as above-consensus earnings, increase to its revenue guidance, and continuation of its share repurchases.  In fact, based on my review, analysts did not focus on any negative new information from Stamps.com's Q1 2017 press release or earnings conference call in their reports, which could have confounded the reaction to the alleged misstatements.[88]  Yet, following Stamps.com's press release and earnings conference call, Stamps.com experienced a residual stock price *decline* of 0.65% on May 4, 2017, which was not statistically significant according to my event study.[89]

48.     Consistent with my analysis, I note that Dr. Nye cites the following factors as the reasons that Stamps.com's statistically insignificant stock price return was "consistent with that expected in an efficient market," none of which relates to the alleged misstatements:

> Given that: (i) the "[C]ompany [wa]s clearly focused on top line growth," and the increase in revenue guidance for 2017 (at the midpoint) matched consensus expectations, "suggesting a beat and raise on the top-line was expected"; (ii) the Company's "first quarter had a nice beat and a slight raise, mostly reflecting the beat"; and (iii) the Company's "EPS performance was aided by lower than expected effective non-GAAP tax rates," which were not expected to persist beyond 2017, the statistically insignificant Company-specific return on May 4, 2017 is consistent with that expected in an efficient market.[90]

---

[88] *See* "STMP: Shipping Drives 1Q Outperformance; PT to $166," *ROTH Capital Partners*, May 3, 2017; "Reports Q1 Beat; Raises FY '17 Guidance; Reiterate Buy Rating and $210.00 Price Target," *B. Riley*, May 4, 2017; "1Q:17 EPS/Revenue Top Our Estimates Primarily On Growth In High Volume Shipping Customers; Raise 2017-2018 Estimates; Lift Price Target To $182 (From $175); Maintain BUY Rating," *Sidoti & Company*, May 4, 2017; "Would You Make A Change When You're Growing At 2x The Market Rate? Reiterate BUY Rating, Increasing Price Target To $170." *Craig-Hallum*, May 4, 2017; "Q1 Steady As She Goes," *Northland Capital Markets*, May 4, 2017; "Flash report, post earnings call: STMP reported sharply higher revenue and earnings in the first quarter, well above our estimates.  We are modeling for steady growth in revenue, driven by continued momentum of the packaging and shipping business as e-commerce continues to grow rapidly.  Accordingly, we are increasing our price target to $145." *Singular Research*, May 8, 2017.

[89] *See* **Exhibit 4**.  Dr. Nye's event study results also indicate that Stamps.com's residual return on May 4, 2017, was negative and not statistically significant.  Nye Report, Exhibit 11B, p. 1.  I did not identify any company-specific negative confounding information that would have impacted Stamps.com's stock price on May 4, 2017.  *See*, e.g., **Exhibits 6–7** and Footnote 89.

[90] Nye Report, Exhibit 12, pp. 10–11.

EXHIBIT 1

Page 24
Exhibit 1 at 27

**D.    The August 2, 2017, Alleged Misstatements Did Not Convey New Information to the Market and Thus Had No Price Impact**

49.    On August 2, 2017, at 4:30pm ET, Stamps.com issued its Q2 2017 earnings press release, announcing earnings above market consensus and raising its FY2017 guidance.[91]  At 5:00pm ET on August 2, 2017, Stamps.com held a conference call to discuss its Q2 2017 earnings.[92]  I understand that the Court has held that Lead Plaintiff has sufficiently alleged that the following statements made during the conference call were false or misleading:

> CEO McBride stated, "The USPS doesn't see any reason why the program wouldn't continue to serve both customers and the needs of the Postal Service going forward.  Finally, the USPS looked at resellers and PC postage providers like Stamps.com and Endicia as excellent partners on bringing the best solutions to customers.  We continue to enjoy a great partnership with the Postal Service and feel that we have created a sustainable win-win model for both of us, which will result in a continued growth of USPS packages and e-commerce and online postage more generally."[93]

> In response to a question regarding "the 2 USPS contract renewals in the quarter," CEO McBride stated, "…[T]he partnership with the Postal Service is continuing to be stronger and stronger… So we were just trying to give people an insight to the relationship with the Postal Service continues to get healthier and healthier."[94]

> In response to a question regarding "the 2 USPS contract renewals in the quarter," President Huebner stated, "Yes, I would just say, I mean, we've been saying over the last year that it's a win-win partnership. And so the more successful we both are in helping the USPS compete, then I think that benefits both of us, and so I think it was really meant to highlight the win-win nature of the partnership and how both sides are succeeding."[95]

50.    First, for the same reasons discussed with respect to the May 3, 2017, alleged misstatements, there was substantial information released prior to the start of the proposed Class Period regarding Stamps.com's relationship with the USPS, its relationship with resellers, and the mechanics and economics of Stamps.com's use of the reseller program and how it impacted and was viewed by the USPS.  Economic evidence I examined with respect to the May 3, 2017, alleged misstatements shows no discernible price reaction on May 4, 2017,

---

[91] "Stamps.com Reports Second Quarter 2017 Results," Stamps.com, August 2, 2017.
[92] Stamps.com Inc. Q2 2017 Earnings Call Transcript, August 2, 2017.
[93] Consolidated Complaint, ¶74.
[94] Consolidated Complaint, ¶74.
[95] Consolidated Complaint, ¶75.

EXHIBIT 1                                    Page 25
                                                      Exhibit 1 at 28

following the alleged misstatements even though a positive price reaction would have been expected in an efficient market if the alleged misstatement affected Stamps.com's stock price, as described in the prior section. This is consistent with a conclusion that these alleged misstatements did not convey new and value relevant information to the market that would have shifted the balance of probabilities associated with an adverse outcome to the economics of Stamps.com's relationship with the USPS. In addition, as described in **Appendix C**, further information about the relationship became public between May 3, 2017, and August 2, 2017. Second, the alleged misstatements were made in the context of a previously public interview with an executive of the USPS that took place in the day preceding the alleged misstatements, and the alleged misstatements contained information that was repetitive of information in the interview. Therefore, not only would misstatements that repeated previously known information not convey new information to the market, as discussed in the following section, there is no economic evidence that Stamps.com's stock price increased as a result of this information when it was first disclosed the day prior. Furthermore, as discussed in Section V.D.2, there is no economic evidence that the observed increase in price on August 3, 2017, was due to the alleged misstatements as opposed to being due to other factors.

          1.        **The Information Concerning the USPS's Views on the Reseller Program Expressed in a Public Interview Was Released a Day Earlier and Did Not Result in a Price Increase**

51. The alleged misstatements were made in the context of CEO McBride summarizing an interview that Stamps.com held with the Chief Customer and Marketing Officer of the USPS, Jim Cochrane. Notably, as shown in **Exhibit 8**, the contents of the interview, as well as other statements made by members of the USPS, were published prior to the Q2 2017 earnings conference call and did not result in a statistically significant residual price increase in Stamps.com's stock. In an efficient market, only new, value relevant information would potentially cause investors to re-evaluate the value of Stamps.com and accordingly impact its stock price. Thus, there is no economic evidence that the information was new and value relevant when it was originally released, and therefore no basis to expect that the information would impact the stock price on CEO McBride's recitation of it a day later.

52. Prior to the August 2, 2017, conference call, additional information concerning the USPS's views on the reseller program was released in an interview Stamps.com held with the

EXHIBIT 1

Page 26
Exhibit 1 at 29

Chief Customer and Marketing Officer of the USPS, Jim Cochrane.[96,97]  Stamps.com referenced certain of the statements made by Mr. Cochrane during the August 2, 2017, conference call.[98]  However, as shown below, the interview was made public in the day prior to the August 2, 2017, conference call and was not accompanied by a statistically significant price increase in Stamps.com's stock.  In an efficient market, Stamps.com's recitation and reiteration of this information on its conference call or additional generic statements about the relationship would not convey new information to the market and cause a change in Stamps.com's stock price.

53.    At approximately 4:30pm on August 1, 2017, Stamps.com published and promoted an interview it held with the Chief Customer and Marketing Officer of the USPS, Jim Cochrane.[99]  During the interview, Mr. Cochrane made several positive comments about the reseller program, including:

> Resellers are a fact of American commerce. …  So we thought resellers were an excellent opportunity to bring our brands and our shipping solutions down-market to smaller volume shippers. … And we looked at resellers and things like PC Postage providers, like Stamps.com and Pitney and Endicia, as excellent partners on bringing the best solution to customers.

> [If the reseller program] is growing to the tune that ours is, and it gives us solutions down market where we do not have the sales team to interact, yes, I

---

[96] "USPS 'postage reselling' program scrutinized," *Linn's Stamp News*, August 1, 2017; "Interview with Jim Cochrane, USPS Chief Customer & Marketing Officer," *Stamps.com Blog*, August 1, 2017, available at https://blog.stamps.com/2017/08/01/interview-jim-cochrane-usps-cmo/, last accessed March 4, 2020.

[97] In addition, prior to market open at 7:00am on August 1, 2017, Linn's Stamp News published a blog post titled "USPS 'postage reselling' program scrutinized."  The blog post discussed certain reports by The Capital Forum (including specifically the December 12, 2016, report) discussed in **Appendix C** and featured excerpts from an interview with USPS spokesperson David Partenheimer.  Mr. Partenheimer was quoted saying that the "USPS is pleased with the [reseller] program. This channel helped the Postal Service [raise] nearly $7 billion in revenue in fiscal 2016 and we are on pace to do even better this year…"  The article further stated "[u]nfortunately, some coverage in the media regarding the reseller program has been both inaccurate and misleading. Whether this flawed coverage emanates from a particular bias or a fundamental misunderstanding [of the] program itself, we cannot be sure. [The reselling program today is different from the 1992 version and reflects changes needed to protect] the best interest of the Postal Service."  *See* "USPS 'postage reselling' program scrutinized," *Linn's Stamp News*, August 1, 2017.

Stamps.com's stock price experienced a residual increase of 2.77% on August 1, 2017, which was not statistically significant according to my event study.  *See* **Exhibit 4**.  Dr. Nye's event study results also indicate that Stamps.com's residual return on August 1, 2017 was positive and not statistically significant.  *See* Nye Report, Exhibit 11B, p. 2.  I did not identify any company-specific negative confounding information that would have impacted Stamps.com's stock price on August 1, 2017.  *See*, *e.g.*, **Exhibits 6–7** and "STMP: SHOP Data Points Bodes Well for STMP 2Q," *ROTH Capital Partners*, August 1, 2017.

[98] Stamps.com Inc. Q2 2017 Earnings Call Transcript, August 2, 2017.

[99] "Interview with Jim Cochrane, USPS Chief Customer & Marketing Officer," *Stamps.com Blog*, August 1, 2017, available at https://blog.stamps.com/2017/08/01/interview-jim-cochrane-usps-cmo/, last accessed March 4, 2020; Stamps.com Facebook post, August 1, 2017, available at https://www.facebook.com/stamps.com/photos/stampscom-interviews-jim-cochrane-usps-chief-customer-marketing-officer-listen-t/10155781139708394/, last accessed August 27, 2020.

EXHIBIT 1                    Page 27
                                   Exhibit 1 at 30

do not see a reason why it would not continue to serve both customers and the needs of the Postal Service, going forward.

Stamps.com: … So is the reseller program helping you keep existing business, or is it focused more on going after new business?  Jim Cochrane:  I think it is both. If you have people who are shipping through that channel, it works for us. If they are not shipping with us, going after some of that business also works for us. So it is both. Once again we have to continue to serve customers and find new customers and enhance the value that we bring to customers. It is all part of that same equation.[100]

54.    The interview with Mr. Cochrane was available to market participants.  Stamps.com actively promoted the interview on social media on August 1, 2017.[101]  In addition, analyst discussion during the earnings conference call after market close on August 2, 2017, indicates that analysts had reviewed it and prepared questions accordingly.[102]

55.    Stamps.com's stock price experienced a residual decline of 0.02% on August 2, 2017, which was not statistically significant according to my event study.[103]

### 2.    If the Market for Stamps.com Shares Was Efficient, the Price Increase on August 3, 2017, Was Due to Other Factors than the Alleged Misstatements

56.    On August 3, 2017, Stamps.com's stock price experienced a residual increase of 35.65%, which was statistically significant according to my event study.[104]  As discussed in the prior section, the August 2, 2017, alleged misstatements did not convey new information to the market that, in an efficient market, would potentially cause investors to re-evaluate the value of Stamps.com and accordingly impact its stock price.  Instead, they were repetitions of information that was already public from the interview with Mr. Cochrane.

---

[100] "Interview with Jim Cochrane, USPS Chief Customer & Marketing Officer," *Stamps.com Blog*, August 1, 2017, available at https://blog.stamps.com/2017/08/01/interview-jim-cochrane-usps-cmo/.

[101] *See* Stamps.com Twitter Post, August 1, 2017, 4:36pm ET, available at https://twitter.com/StampsCom/status/892484260262805505, last accessed August 14, 2020.

[102] Stamps.com Inc. Q2 2017 Earnings Call Transcript (George Sutton of Craig-Hallum: "Got you. One thing that was mentioned on the blog post that you had from Cochrane was the $7 billion. And he talked about other partners. But if I look at the volume you're doing, it's a vast majority of that. Am I looking at the right numbers from your perspective?")

[103] *See* **Exhibit 4**.  Dr. Nye's event study results also indicate that Stamps.com's residual return on August 2, 2017 was negative and not statistically significant.  *See* Nye Report, Exhibit 11B, p. 2.  I did not identify any company-specific negative confounding information that would have impacted Stamps.com's stock price on August 2, 2017. *See, e.g.*, **Exhibits 6–7**; "Interview with Jim Cochrane, USPS Chief Customer & Marketing Officer," *Stamps.com Blog*, August 1, 2017.

[104] *See* **Exhibit 4**.  Dr. Nye's event study results also indicate that Stamps.com's residual return on August 3, 2017 was positive and statistically significant.  *See* Nye Report, Exhibit 11B, p. 1.

EXHIBIT 1                                                                          Page 28
Exhibit 1 at 31

57. Instead, analyst commentary identified the following positive factors released after market hours on August 2, 2017, that contributed to the positive price response: (a) positive earnings driven by increased revenue per customer and customer growth; (b) upwards guidance revision; and (c) Stamps.com's re-signing two contracts with USPS:[105]

> STMP handily outperformed again in 2Q, with ARPU (+20%) and customer growth (+14%) actually accelerating q/q. It also benefitted from two U.S.P.S contract renewals (more favorable terms), but on balance, most of the beat was organic in nature. Guidance was raised over and above its beat, which again leads to our raising of estimates.[106]

> STMP reported Q1 revenue of $116.1mn (+38.2% y/y), a considerable beat over the consensus $98.6mn. …Following the strong quarter, management raised full-year guidance for revenue of $447.5mn (up $30mn from last q) at the midpoint vs. $426.4mn. …While there are plenty of impressive financial indicators, we were the most impressed by the performance of ARPU going up sequentially in a seasonally weak quarter. This was driven in part by the signing of some new agreements with the USPS early in the quarter which benefited the entire quarter and the foreseeable future.[107]

> Stamps.com (STMP) reported strong Q2 '17 results with revenues, adjusted EBITDA and pro forma EPS all exceeding our estimates and consensus. Upside relative to our model was driven by higher than anticipated Service fees, which management noted was boosted in the quarter by the renewal of existing agreements with the USPS on better economic terms. Growth in the paid customer count and APRU also compared favorably with our model and contributed to the strong top line performance. …With the outperformance in Q2 and favorable renewal terms in hand, management again raised its guidance for FY '17.[108]

58. Consistent with my analysis, I note that Dr. Nye cites the following factors as the reasons that Stamps.com's statistically significant stock price increase was "consistent with that expected in an efficient market," none of which reflects the alleged misstatements:

> Given that: (i) the Company reported "another stunning quarter, … particularly in a seasonally slow quarter," as revenue and earnings both topped consensus expectations; (ii) the Company's "[g]uidance was raised over and above its

---

[105] I understand that Lead Plaintiff does not challenge the accuracy of Stamps.com's disclosure that it had re-signed two contracts with the USPS.

[106] "STMP: Growth Acceleration Drives Substantial 2Q Outperformance; PT to $203," *ROTH Capital Partners*, August 3, 2017.

[107] "New USPS Signings and ARPU Growth Drive Up Model and PT," *Northland Capital Markets*, August 3, 2017.

[108] "Reports Q2 '17 Results Above Expectations; Raises FY '17 Guidance; Increasing Estimates and Raising Price Target From $210.00 to $250.00; Reiterate Buy Rating," *B. Riley*, August 3, 2017.

EXHIBIT 1     Page 29
Exhibit 1 at 32

beat"; (iii) the low end of the new guidance ranges for 2017 revenue and adjusted EPS exceeded prior consensus expectations for the year; (iv) the Company's outperformance was "driven in part by the signing of some new agreements with the USPS early in the quarter which benefited the entire quarter and the foreseeable future"; and (v) at least one analyst attributed the increase in the Company's stock price "to the strong results," the statistically significant Company-specific stock price increase on August 3, 2017 is consistent with that expected in an efficient market.[109]

**E.** **Any Uncertainty about the Content of the USPS Task Force Report Discussed in the August 1, 2018, Alleged Misstatement Was Resolved No Later Than December 4, 2018, and Thus the Alleged Misstatement Would Have Had No Price Impact After That Date**

59. On April 12, 2018, President Trump signed the "Executive Order on the Task Force on the United States Postal System." The executive order created a task force meant to evaluate the USPS:

> The Task Force shall conduct a thorough evaluation of the operations and finances of the USPS, including… the expansion and pricing of the package delivery market and the USPS's role in competitive markets; [and] the state of the USPS business model, workforce, operations, costs, and pricing.[110]

60. At 5:00pm ET on August 1, 2018, Stamps.com held a conference call to discuss its Q2 2018 earnings.[111] I understand that the Court has held that Lead Plaintiff has sufficiently alleged that the following statements made during the conference call were false or misleading:

> In response to analyst questions concerning the USPS Task Force investigation and impending report, CEO McBride stated, "But we do think that based on our conversations that the report will come out strongly in favor of the partnerships between the USPS and private industry like the partnerships we've had with the USPS."[112]

61. The alleged misstatement on August 1, 2018, discussed Stamps.com's expectations regarding a pending external task force report—the USPS Task Force Report.[113] Therefore,

---

[109] Nye Report, Exhibit 12, pp. 18–19.
[110] "Executive Order on the Task Force on the United States Postal System," *Donald J. Trump*, April 12, 2018.
[111] Stamps.com Inc. Q2 2018 Earnings Call Transcript, August 1, 2018.
[112] Consolidated Complaint, ¶89.
[113] Dr. Nye testified that CEO McBride's statement concerned his expectations regarding "what he expects in the task force report," and that CEO McBride's expectations were "based on his conversations with the task force." Nye Deposition, p. 187:16–22.

EXHIBIT 1                    Page 30
Exhibit 1 at 33

even if the statement impacted Stamps.com's stock price when it was first made, any uncertainty about the content of the USPS Task Force Report was resolved no later than December 4, 2018, when the USPS Task Force Report was released, which is before the date of Lead Plaintiff's first alleged corrective disclosure on February 21, 2019.[114]  In other words, Lead Plaintiff does not allege the release of the USPS Task Force Report (which would reveal the truth of any misstatement about its content or outcome earlier) to be a corrective disclosure, and the release of the report pre-dates the first alleged corrective disclosure, which occurred two months later.  In any case, given this resolution of uncertainty, the alleged misstatement on August 1, 2018, would not have impacted Stamps.com's stock price after December 4, 2018, in an efficient market.

62.    The USPS Task Force Report was released on that day, no later than at 3:00pm ET.[115] The report made several recommendations, including "expand[ing] third-party relationships" and "pric[ing] [its] competitive products to generate income rather than maximize volume."[116]

63.    Stamps.com's stock price experienced a residual decline of 0.64% on December 4, 2018, which was not statistically significant according to my event study.[117]  On the following trading day, December 6, 2018, Stamps.com's stock price experienced a residual increase of 7.30%, which was statistically significant according to my event study.[118]

64.    Analyst commentary following the release of the USPS Task Force Report is consistent with the contents of the report being new and positive information for Stamps.com:

---

[114] Dr. Nye appears to agree and testified that the information contained in the USPS Task Force Report would be reflected in Stamps.com's stock price following its release on December 4, 2018.  Nye Deposition, p. 194:2–10.

[115] "Trump Panel Seeks Higher Postal Shipping Rates After Amazon Feud," *Bloomberg*, December 4, 2018, 3:00pm ET.  *See also*, **Exhibit 9**.

[116] "United States Postal Service: A Sustainable Path Forward," *Report from the Task Force on the United States Postal System*, December 4, 2018.

[117] *See* **Exhibit 4**.  Dr. Nye's event study results also indicate that Stamps.com's residual return on December 4, 2018 was negative and not statistically significant.  *See* Nye Report, Exhibit 11B, p. 9.  I did not identify any company-specific positive confounding information that would have impacted Stamps.com's stock price on December 4, 2018.  *See, e.g.*, **Exhibits 6–7**.

[118] *See* **Exhibit 4**.  Dr. Nye's event study results also indicate that Stamps.com's residual return on December 6, 2018 was positive and statistically significant.  *See* Nye Report, Exhibit 11B, p. 9.  I did not identify any company-specific positive confounding information that would have impacted Stamps.com's stock price on December 6, 2018.  *See, e.g.*, **Exhibits 6–7**; "Our Takeaways from the Task Force Report on the United States Postal Service; Reiterate Buy, $300 PT," *B. Riley*, December 6, 2018; "There Is No Boogeyman. Trump Task Force Conclusions Consistent With Our Expectations And Substantially De-Risk The Story. Reiterating BUY Rating And $265 Price Target," *Craig-Hallum*, December 6, 2018; "STMP: USPS Task Force Report Takeaways," *ROTH Capital Partners*, December 6, 2018; "The Fog Clears on STMP Overhang," *Northland Capital Markets*, December 6, 2018.

EXHIBIT 1                                                        Page 31
                                                                  Exhibit 1 at 34

[W]e believe the report could not only serve as means of relief for recent investor concerns around STMP's viability as a partner with the USPS, but could ultimately provide a net benefit to the business over the longer term.[119]

USPS Task Force report suggests little adverse impact to STMP; potential for pricing changes could actually be beneficial to STMP… any prior investor concern over the risk of it having a dramatically different digital postage partnership with the USPS is likely mitigated, thus removing some overhang on shares… We believe that even if prices are increased for non-essential packages (ecommerce) that as long as STMP's discounts remain in place (which were not addressed in the report), STMP should likely benefit from the price increase, which could help drive revenue, all else equal.[120]

Main takeaways from Government Task Force Report on USPS are recommendations to provide more autonomy to run their business with focus on pricing and cost, and supportive of partnerships and SMB e-commerce. We believe this removes a big overhang on the STMP stock that the report might make negative recommendations relative to STMP or resellers, which it did not. Providing USPS more pricing flexibility should help its financial condition. The report also recommended greater use of third parties for processing and sortation, which could directly benefit STMP's Global Advantage program.[121]

This stock has been in proverbial free-fall (from $290 in August to $163 today), almost entirely the result of a perceived trifecta of risks: the Trump Task Force Review (TTFR), a July OIG meeting and a risk factor about a renegotiation of one of its USPS contracts in its 10-Q… It is clear the TTFR wants to protect small and medium size e-commerce players from the large, unnamed competitors who could built out their own networks (hint: Amazon). In doing so, it clearly endorses the NSA program and does so at a time (post the OIG July meeting) that it is suggestive of it being a non-meaningful risk factor. There is a clear desire to increase the importance of the Postal Regulatory Commission, a move we are sure Stamps.com would support and a likely way to build an even larger and more powerful package shipping promotional calendar. Finally, there is a desire to turn more work over to third parties, in effect entirely endorsing the work it does with Stamps.com and making the company's recent move into the Global Advantage program even more logical… there is NO mention of resellers, the PC postage program or Stamps.com itself. For investors, there should be a collective sigh of relief that the best and brightest minds, with scrutiny from the highest levels do not have the Postal Service's best package success story and partner in its sights.[122]

---

[119] "Our Takeaways from the Task Force Report on the United States Postal Service; Reiterate Buy, $300 PT," *B. Riley*, December 6, 2018.

[120] "STMP: USPS Task Force Report Takeaways," *ROTH Capital Partners*, December 6, 2018.

[121] "Positive Travels with Management - Reiterate Buy, $320 PT," *Maxim Group*, December 13, 2018.

[122] "There Is No Boogeyman. Trump Task Force Conclusions Consistent With Our Expectations And Substantially De-Risk The Story. Reiterating BUY Rating And $265 Price Target," *Craig-Hallum*, December 6, 2018.

EXHIBIT 1                    Page 32
                                             Exhibit 1 at 35

**F.     Any Uncertainty about Stamps.com's Negotiations Concerning the USPS Contract Discussed in the October 31, 2018, Alleged Misstatements Was Resolved No Later Than February 21, 2019, and Thus the Alleged Misstatement Would Have Had No Price Impact After That Date**

65.     At 5:00pm ET on October 31, 2018, Stamps.com held a conference call to discuss its Q3 2018 earnings.[123]  I understand that the Court has held that Lead Plaintiff has sufficiently alleged that the following statements made during the conference call were false or misleading:

> CEO McBride stated, "The USPS has many competing priorities, and the process just takes time. In general, we expect that updates to our agreements with the USPS will continue to reflect the critical role that we play in their e-commerce package business, including that we have the largest private sales force focused on driving USPS growth. We process more than 1/3 of their Priority Mail volume in the U.S. And working hand-in-hand with the USPS through our partnership, we have contributed to a significant portion of overall USPS e-commerce package growth over the past 5 years."[124]

> In response to analyst questions concerning the USPS Task Force investigation and impending report, CEO McBride stated, "I think when we look at the various reports that are out there, the conversations we've had with folks that are working on these reports, the general view is the idea of USPS increasingly embracing partnerships like ours makes a ton of sense for them."[125]

66.     As discussed below, Stamps.com had disclosed to the market the risk of potential contract non-renewal in its Form 10-Q filed August 8, 2018.  In addition, as later discussed, market commentary indicates that Stamps.com's price continued to reflect risks associated with the USPS relationship and the contract negotiation even after the Company's statement.

67.     Nevertheless, to the extent that the alleged misstatement had any price impact as a result of Stamps.com's response to questions about the USPS Task Force Report, the alleged misstatement would not have impacted Stamps.com's stock price after December 4, 2018, when that report was publicly released.  As discussed in Section V.E, any uncertainty about the content of the USPS Task Force Report was resolved, at the latest, on December 4, 2018, when the USPS Task Force Report was released.

68.     Further, to the extent that the October 31, 2018, alleged misstatements had price impact by influencing the market's assessment of the likelihood of Stamps.com being able to renew

---

[123] Stamps.com Inc. Q3 2018 Earnings Call Transcript, October 31, 2018.
[124] Consolidated Complaint, ¶92.
[125] Consolidated Complaint, ¶92.

EXHIBIT 1                                           Page 33
                                                    Exhibit 1 at 36

the USPS contract that was subject to being renegotiated, that impact would have ceased at the latest by the time of the February 21, 2019, disclosure that the contract had ended. In other words, if Lead Plaintiff's allegations are correct, the February 21, 2019, alleged disclosure removes the impact of the October 31, 2018, misstatement because the misstatement addresses the risks surrounding the renegotiation of the USPS contract, and the February 21, 2019, disclosure informs the market that the contract had in fact not been renegotiated. This is consistent with market analyst commentary at the time. On February 11, 2019, the B. Riley analyst wrote:

> Despite strong financial performance throughout FY18, STMP's share price has declined ~33.0% from its 6/11/18 closing price (vs. NASDAQ -5.9%) due to ongoing fears that the company's relationship with the USPS could be at risk. While a portion of these fears have been addressed in our view, we believe the remaining concern, namely an ongoing negotiation of important financial agreements with the USPS, remains at the front of investor's minds. While difficult to predict the timing of negotiations, we believe the renewal of these key agreements without material changes to management's prior expectations would remove the remaining perceived risk and enable shares to re-rate higher.[126]

69. In addition, if Lead Plaintiff's allegations are correct and the February 21, 2019, disclosure was a consequence of a deteriorated relationship between Stamps.com and the USPS, the disclosure would have informed the market that the relationship had in fact deteriorated by the time the non-renewal was announced. For example, certain news articles addressed this issue,[127] and a class-action complaint was filed shortly after the February 21, 2019 alleged disclosure alleging that "Defendants [statements] repeatedly tout[ing] the Company's purportedly strong financial results and relationship with USPS" were false and misleading due in part to "manipulation of a USPS reseller program."[128] In fact, investigations of potential securities fraud were announced on the next day after the alleged corrective disclosure.[129]

---

[126] "Following a Noisy FY18, Stamps.com Presents a Compelling Risk/Reward Opportunity in FY19; Adding to Alpha Generator List; Reiterate Buy, $300 PT." *B. Riley*, February 11, 2019.

[127] *See* Mike O'Brien, "Stamps.com Stuns by Parting Ways with USPS, Looks to Other Carriers," *MultiChannel Merchant*, February 26, 2019; Mark Solomon, "Spurned by USPS' denial to end exclusivity agreement, Stamps.com takes its ball and goes elsewhere," *FreightWaves*, February 28, 2019.

[128] *Matt Karinski v. Stamps.com, Inc., et al.*, Class Action Complaint for Violations of the Federal Securities Laws, March 13, 2019.

[129] *See* **Exhibit 7**.

EXHIBIT 1                                                                                          Page 34
                                                                                                           Exhibit 1 at 37

70.     The remainder of the alleged misstatements concerns facts that I understand are not being disputed (e.g., volume of Priority Mail processed).

### 1.     Stamps.com Disclosed the Risk of USPS Contract Non-Renewal in its Form 10-Q Filed August 8, 2018

71.     On August 8, 2018, Stamps.com filed its Q2 2018 Form 10-Q at 5:20pm ET.[130]  The filing added the following language to Stamps.com's risk disclosure titled "The USPS could modify, discontinue or terminate agreements and other financial compensation arrangements, which would have an adverse effect on our revenues and operating results:"

> In the history of our relationship with the USPS, we have had many of these important agreements renewed only on short-term extensions and without assurances of any long-term commitments by the USPS. During the previous calendar quarter, the USPS provided a notice requiring the renegotiation of one of our important financial compensation arrangements. While we believe that this agreement is mutually beneficial to the USPS and to us, there is a risk that renegotiation is unsuccessful and leads to materially less favorable terms or that the USPS decides to not renew one or more of these financial compensation arrangements. In such case, our revenue and operating results will be materially affected unless we are successful in timely replacing the lost revenue with similar compensation from other potential partners.[131]

72.     Analyst commentary after Stamps.com's Q2 2018 Form 10-Q filing highlighted the updated risk disclosure language:

> Stamps.com provided a new disclosure in its 10-Q filing last night, which highlighted a renegotiation of one of its handful of contracts with the USPS. In our history covering this stock, these renegotiations have happened several times and have generally resulted in favorable outcomes for both the USPS and for Stamps.com. Last year, in fact, the company went through a renegotiation of one of its contracts which proved to be a catalyst for improved results. The contracts (which are under seal and not disclosed) are drafted in a way to drive incentives for Stamps.com and resultant financial benefits for the USPS. So why would the company disclose this specific contract now? Given the additional focus via the Executive Task Force and consistent shareholder scrutiny, the lawyers determined it was a disclosable item. As noted in the disclosure, "we

---

[130] Stamps.com Q2 2018 Form 10-Q filing on SEC Edgar, August 8, 2018, available at https://www.sec.gov/Archives/edgar/data/1082923/000108292318000105/0001082923-18-000105-index.htm, last accessed August 26, 2020.

[131] Stamps.com Inc. Form 10-Q for the quarterly period ended June 31, 2018, filed on August 8, 2018, p. 32.

EXHIBIT 1                                                                 Page 35
                                                                          Exhibit 1 at 38

believe that this agreement is mutually beneficial to the USPS and us" which would be consistent with how the prior negotiations have concluded.[132]

STMP revealed in a 10Q filing the USPS notified the company during the quarter requiring renegotiation of one of its agreements. Results of the negotiations may not be known for months. Renegotiation happens periodically, most recently we are aware of two years ago. However, STMP has not historically disclosed these. With the Office of Management and Budget advancing a plan to reform/reorganize federal agencies including the USPS, renegotiation has become material.[133]

### 2. Market Commentary Indicates that Stamps.com's Stock Price Reflected Risks Associated with the USPS Relationship and the USPS Contract Renewal Despite the Alleged Misstatements

73. On the day of the alleged misstatement, on October 31, 2018, at 4:30pm ET, Stamps.com issued its Q3 2018 earnings press release, announcing earnings above market consensus.[134] At 5:00pm ET on October 31, 2018, Stamps.com held a conference call to discuss its Q3 2018 earnings. During that call, I understand that the alleged misstatements by CEO McBride were made.[135]

74. Stamps.com's stock price experienced a residual decline of 12.06% on November 1, 2018, which was statistically significant according to my event study.[136]

75. Analyst commentary after Stamps.com's earnings announcement focused on above-consensus earnings, the lack of a revenue and EPS guidance increase, and the ongoing integration of MetaPack, a recent acquisition by Stamps.com. Analysts also discussed investor concern regarding the USPS partnership, noting that the market price reflected risks that were not (at least fully) allayed by Stamps.com's statements regarding contract re-negotiation and conversations with USPS Task Force members:

---

[132] "Nothing Unprecedented About A Renegotiation – Aside From The Environment – This Is "Normal Course" For Stamps.com," *Craig-Hallum*, August 9, 2018.

[133] "USPS Contract Renegotiation Not Outside the Ordinary, But Politics Elevate Risk," *Northland Capital Markets*, August 9, 2018.

[134] "Stamps.com Reports Third Quarter 2018 Results," *Stamps.com*, October 31, 2018, at 4:30pm EDT.

[135] Stamps.com Inc. Q3 2018 Earnings Call Transcript, October 31, 2018.

[136] *See* **Exhibit 4**. Dr. Nye's event study results also indicate that Stamps.com's residual return on November 1, 2018, was negative and statistically significant. Nye Report, Exhibit 11B, p. 1.

EXHIBIT 1                                                                                     Page 36
                                                                                                    Exhibit 1 at 39

Numerous investor concerns around USPS addressed and while potential impact could be seen as a net positive, some uncertainty still lingers in our view.[137]

The stock currently reflects a belief that any outcomes from the OIG or Trump Task Force will be negative for the Stamps.com model. Our belief is that the outcomes (in whatever form they come) could be quite positive given the likelihood of greater rewards paid to the initiators of customer and postage volumes, a strong suit of the Stamps.com offering…The Postal Service remains under scrutiny and management remains confident with its position –so are we: The stock continues to suffer from the years-long overhang of Postal Service regulatory reviews. First, the Trump Task Force recommendations have been postponed until after the mid-terms…Second, the OIG recommendations likely revolve around the NSA program, which we believe augers well for Stamps.com given its support of well above the legally required cost coverage threshold. We believe that Stamp's position is great, serving as both an effective outsourced marketing and technology arm for the Postal Service, while providing the vast majority of the growth seen in packaged volume. Finally, the company remains in a renewal negotiation for one of its contracts…and we expect this will be concluded with nary an update or a noticeable impact. If we are right and the above get resolved in a way such that Stamps.com's opportunity gets even bigger, the stock could become even more attractive given the multi-year skeptical view on these moves.[138]

[M]anagement remains confident in its value proposition and the strength of its relationship with the USPS… [T]he general goal of OIG reports is to determine whether a program is meeting its legal criteria, which in the case of the negotiated service agreement program (NSA), means each NSA must cover its costs and contribute the minimum 5.5% of institutional costs. At last review, the contribution was well above that level, and STMP has no reason to believe the USPS is not meeting obligations regarding the NSA program. Moving onto the Trump Task Force, there has been ample discussion regarding major changes at the USPS, including potential privatization…[Stamps] did note that major changes at the USPS require an act of congress. At last update, nearly half of the House or Representatives expressed opposition to a USPS privatization initiative, making it seem unlikely that major changes would take place anytime soon at the USPS. Finally, on the issue of negotiations of important agreements with the USPS, management noted that STMP has had numerous agreements with the USPS that they have negotiated many times. These negotiations are very common for company and often take many months to finalize. Overall, STMP expects that updates to its agreements will continue

---

[137] "STMP: ARPU Growth Drives 3Q Beat; USPS Concerns Addressed (But Still Linger)," *ROTH Capital Partners*, November 1, 2018.
[138] "Organic Growth Remains 20% – Now We Layer in the Rest of the World. Reiterating BUY Rating, Lowering Price Target To $265," *Craig-Hallum*, November 1, 2018.

EXHIBIT 1

Page 37
Exhibit 1 at 40

to reflect its critical role that it plays in the USPS's e-commerce package business.[139]

Between some contract renewal negotiations, UPU concerns and unreleased administration studies, investor have concerns with STMP's USPS relationship. We continue to believe no major changes are in store as per our previous notes. While nothing new was expected or given on the call, we do think the overhang will press the stock until resolved over the next few months.[140]

We think investors have over-reacted to government and USPS concerns. Management did a very good job of addressing investors' concerns, which had been weighing on the stock. In terms of the Office of Inspector General (OIG) report, we believe it was focused on packages and that the company has been meeting the legal requirement of its contracts covering minimum cost levels and having positive impact on volumes. The Presidential studies on USPS have recommended privatization, however this requires approval from Congress where there has been opposition. We view STMP's USPS contract negotiations as normal for the company, and as previous contract negotiations have been agreed upon, we believe this is a reflection of value that STMP brings with growing ecommerce volumes representing a significant amount of volume and contributing to ecommerce growth.[141]

76.    It appears that the risks discussed by the analysts remained and were reflected in the stock price in the following months.  For example, analysts at Craig-Hallum noted on December 6, 2018:

This stock has been in proverbial free-fall (from $290 in August to $163 today), almost entirely the result of a perceived trifecta of risks: the Trump Task Force Review (TTFR), a July OIG meeting and a risk factor about a renegotiation of one of its USPS contracts in its 10-Q…[142]

77.    Consistent with the above, I note that Dr. Nye cites the following factors as the reasons that Stamps.com's statistically significant stock price decline was "consistent with that expected in an efficient market," including market concerns regarding the USPS relationship:

Though the Company "beat on all metrics in Q3," given that: (i) analysts believed "investor[s] have concerns with STMP's USPS relationship … [and]

---

[139] "3Q Results Exceed Expectations; Increases FY18 Revenue and Pro Forma EPS Guidance; Addresses Key Investor Concerns; Reiterate Buy, $300 PT," *B. Riley*, November 1, 2018.

[140] "Good Q; Guidance Tweaked UP; Govt Concerns Provide Buying Opportunity," *Northland Capital Markets*, November 1, 2018.

[141] "3Q18 EPS and Revenue Beat our Estimates, Positive Outlook, Maintain Estimates and $320 PT," *Maxim Group*, November 2, 2018.

[142] "There Is No Boogeyman. Trump Task Force Conclusions Consistent With Our Expectations And Substantially De-Risk The Story. Reiterating BUY Rating And $265 Price Target," *Craig-Hallum*, December 6, 2018.

EXHIBIT 1                                                                 Page 38
                                                                              Exhibit 1 at 41

the overhang will press the stock until resolved over the next few months"; (ii) while the Company expected MetaPack to contribute $15-$20 million to 2018 revenue, and $1-$2 million to EBITDA, analysts noted that the Company only raised 2018 revenue guidance for the MetaPack contribution but left adjusted EBITDA guidance unchanged; and (iii) at least one analyst commented that the STMP price decline was "due to concerns of lack of raising revenue guidance above the inclusion of MetaPak, lower implied margins, and management's decision to not raise EBITDA guidance," the statistically significant Company-specific stock price decline on November 1, 2018 is consistent with that expected in an efficient market.[143]

**G.     The Price Declines Following the Alleged Corrective Disclosures Are Not Informative as to Whether Alleged False and Misleading Statements on May 3, 2017, August 2, 2017, August 1, 2018, and Certain Statements on October 31, 2018, Impacted Stamps.com's Stock Price**

78.     As discussed in Sections V.C–V.E, the alleged misstatements identified by Lead Plaintiff on May 3, 2017, August 2, 2017, and August 1, 2018, relate to the following:  (a) strength of Stamps.com's relationship with the USPS, whether the USPS was "happy" with the relationship, and the USPS's approval of Stamps.com's use of the reseller program; and (b) whether the USPS Task Force Report would come out in favor of partnerships like the one between the USPS and Stamps.com.  Likewise, as discussed in Section V.F, the alleged misstatements identified by Lead Plaintiff on October 31, 2018, relate in part to whether the USPS Task Force Report would come out in favor of partnerships like the one between the USPS and Stamps.com.  However, the alleged corrective disclosures identified by Lead Plaintiff do not provide equivalent corrective information that could have been disclosed earlier regarding any of these alleged misstatements.  Accordingly, from a financial economics perspective, Stamps.com's stock price declines following the alleged corrective disclosures are not necessarily informative as to whether the alleged false and misleading statements affected Stamps.com's stock price when they were made.  This is because the information that was disclosed in the alleged corrective disclosures is different from the information allegedly withheld from the market earlier.  Therefore, there is no reliable basis to conclude that the value of the information that was released in the alleged corrective disclosures is a measure of the value of the information allegedly withheld from the market.

79.     Specifically, with respect to the first alleged corrective disclosure on February 21, 2019, Lead Plaintiff's claim that the truth about the alleged misrepresentations was revealed through

---

[143] Nye Report, Exhibit 12, p. 55.

EXHIBIT 1                                                                 Page 39
                                                                          Exhibit 1 at 42

disclosure that Stamps.com "decided to discontinue [its] shipping partnership with the USPS so that [it could] fully embrace partnerships with other carriers who … will be well positioned to win in the shipping business in the next 5 years."[144]  Notably, Stamps.com and the USPS discontinuing its exclusive shipping partnership in February 2019 was an event that had not yet occurred earlier during the proposed Class Period and is not informative about the magnitude of the reaction to hypothetical disclosures to the market about the strength of Stamps.com's relationship with the USPS in May 2017 and August 2017, whether the USPS was "happy" with the relationship in May 2017 and August 2017, the USPS's approval of Stamps.com's use of the reseller program in May 2017 and August 2017, or the USPS Task Force's stance on partnerships like the one between the USPS and Stamps.com.[145]  From a financial economics perspective, a stock price reaction to the disclosure of different information from what could have been disclosed earlier—the discontinuation of the exclusive shipping partnership between the USPS and Stamps.com—does not demonstrate that the alleged false and misleading statements affected Stamps.com's stock price at the time they were made.  This is consistent with the lack of analyst commentary following the February 21, 2019, alleged corrective disclosure regarding the truthfulness of Stamps.com's prior alleged false and misleading statements.[146]

80.     Similarly, with respect to the second alleged corrective disclosure on May 8, 2019, Lead Plaintiff's claim that the truth about the alleged misrepresentations was revealed through disclosure that Stamps.com lowered its guidance due to potential unfavorable short- and long-term amendments, renegotiations, and terminations of certain NSA contracts between the USPS and the Company's reseller partners and more specifically that the USPS was renegotiating the NSAs with the resellers such that the margins earned by the resellers would begin to decrease in the second half of 2019 and could include additional meaningful reductions in margins earned by resellers in 2020 and 2021.[147]   The USPS's decision to begin

---

[144] Consolidated Complaint, ¶122.

[145] As noted in Section V.E, any uncertainty about the content of the USPS Task Force Report was resolved no later than on December 4, 2018, when the USPS Task Force Report was released.

[146] *See* "Shares Fall ~48.5% After-Hours as Stamps.com Discontinues its Shipping Partnership with the USPS; Removing from the Alpha Generator; Lowering PT from $300 to $130; Maintain Buy;" *B. Riley*, February 22, 2019; "Stamps Goes Postal On The USPS. The Short-Term Impacts Will Be Significant and Painful; Long-Term The Pie Will Be Much Larger And The Opportunities Bigger. Maintaining BUY Rating And Lowering Price Target To $125." *Craig-Hallum*, February 22, 2019; "Shock and Awe Following Stamps.com's Q4 '18 Results," *K. Liu & Co.*, February 21, 2019; "Not Renewing Contract with USPS; Shift to Multi-Carrier Strategy Adds Uncertainty; Large Cut in Numbers - Downgrade to Hold," *Maxim Group*, February 22, 2019; "STMP Terminates Exclusive USPS Relationship in Surprising Move," *Northland Capital Markets*, February 22, 2019; "STMP: Pivot Away From USPS Necessary But Painful; Rating to Sell," *ROTH Capital Partners*, February 22, 2019.

[147] Consolidated Complaint, ¶127.

EXHIBIT 1                                         Page 40
                                                  Exhibit 1 at 43

renegotiations with Stamps.com's reseller partners in spring 2019 is not informative about the magnitude of the market's reaction to hypothetical earlier disclosures about the strength of Stamps.com's relationship with the USPS in May 2017 and August 2017, whether the USPS was "happy" with the relationship in May 2017 and August 2017, the USPS's approval of Stamps.com's use of the reseller program in May 2017 and August 2017, or the USPS Task Force's stance on partnerships like the one between the USPS and Stamps.com.[148]  Again, from a financial economics perspective, any stock price reaction to the disclosure of different information from what could have been disclosed earlier—the USPS's decision to renegotiate contracts with resellers—does not demonstrate that the alleged false and misleading statements affected Stamps.com's stock price.[149]  This is consistent with the lack of analyst commentary following the May 8, 2019, alleged corrective disclosure regarding the truthfulness of Stamps.com's prior alleged false and misleading statements.[150]

## VI.   Dr. Nye Has Not Advanced a Damages Methodology for Calculating Class-wide Damages That Is Consistent with Lead Plaintiff's Allegations

81.    In his expert report, Dr. Nye opines that damages can be measured on a class-wide basis using the out-of-pocket measure:

> Price inflation may be measured on a Class-wide basis by analyzing the change in a security's price caused by a corrective disclosure and/or the materialization of a concealed risk.  The decline in a security's price in response to such events reflects the dissipation of price inflation created by earlier misrepresentations and/or omissions.  An event study can be used to isolate Company-specific price movement caused by the revelation of true facts related to the alleged fraud from price movement caused by other factors.  Other factors can include changes in market and industry conditions or the dissemination of material, non-fraud-related, Company-specific information.  This event study analysis applies to all

---

[148] As noted in Section V.E, any uncertainty about the content of the USPS Task Force Report was resolved no later than on December 4, 2018, when the USPS Task Force Report was released.

[149] As discussed in Section V.C.1.b), I understand that the reseller program is still in operation today and Stamps.com's commercial relationships with the resellers "remain largely unchanged."  *See* Stamps.com Inc. Q2 2019 Earnings Call Transcript, August 7, 2019; Stamps.com Inc. Q4 2019 Earnings Call Transcript, February 19, 2020.

[150] *See* "1Q Results Beat, but Anticipated Changes to USPS Reseller Program Reduces FY19 Guidance; Limited Visibility Creates Additional Risk to Forward Numbers; Downgrading from Buy to Neutral, PT to $45," *B. Riley*, May 9, 2019; "Another Massive Shift Likely Coming – A Model In Extreme Transition – Pain Inflicted – Moving To HOLD Rating, Reducing Price Target To $48." *Craig-Hallum*, May 9, 2019; "Q1 '19 Recap: The Good, the Bad and the Ugly," *K. Liu & Co.*, May 9, 2019; "1Q19 Beat , but Upcoming Cuts to Reseller Contracts Causes Us to Lower Estimates - Reiterate Buy, Lower PT to $59, from $98," *Maxim Group*, May 9, 2019; "Misery Compiler: USPS Revs Down Again. New Carrier Timing Unknown; $80 PT," *Northland Capital Markets*, May 9, 2019; "STMP: Changes to USPS Reseller Unit Economics Heighten Uncertainty; PT to $35," *ROTH Capital Partners*, May 9, 2019.

EXHIBIT 1                                    Page 41
                                             Exhibit 1 at 44

Class members, regardless of the extent to which the price movement is due to corrective disclosures and/or the materialization of a concealed risk. After isolating the price impact of the alleged misstatements and omissions, one can estimate the price inflation due to the alleged fraud for each day during the Class Period, and on a Class-wide basis for each member of the Class.[151]

82.    However, Dr. Nye does not provide any detail regarding how damages stemming only from Lead Plaintiff's remaining allegations in this case would in fact be calculated beyond alluding to using the price declines on the days of the alleged corrective disclosures. However, such an allusion is not an economic methodology.

83.    For example, Dr. Nye does not explicitly address Lead Plaintiff's allegations beyond defining the control period used in his event study as being prior to the "earliest alleged corrective event,"[152] and in doing so provides only a generic description. Despite the complexity of the allegations (multiple alleged misstatements, only a number of which still remain; a relatively long proposed Class Period; and a changing economic environment during this period), Dr. Nye does not provide any detail describing a reliable damages methodology that measures only damages stemming from Lead Plaintiff's remaining allegations in this case. Therefore, he has not established a basis to claim that class-wide "out-of-pocket" damages can in fact be calculated in this matter.

84.    First, this is particularly problematic here in light of a number of dismissed allegations that Lead Plaintiff originally contended resulted in the price declines on the days of the alleged corrective disclosures and therefore would confound the observed price declines following February 21, 2019, and May 8, 2019. Dr. Nye does not identify any methodology to account for this.

85.    Second, as an economic matter, price declines on the days following the alleged corrective disclosures cannot be used to measure inflation throughout the proposed Class Period and therefore "out-of-pocket" damages, because the alleged corrective disclosures do not represent information that could have been disclosed earlier. If Lead Plaintiff's allegations are proven, price declines on the days of the alleged corrective disclosures are not informative as to the value of the information that was allegedly withheld from the market because the developments announced in the alleged corrective disclosures had not yet occurred earlier in the proposed Class Period. Specifically, Stamps.com and the USPS discontinuing its exclusive

---

[151] Nye Report, ¶60.
[152] Nye Report, ¶67.

EXHIBIT 1                                   Page 42
                                            Exhibit 1 at 45

shipping partnership in February 2019 and the USPS's decision to begin renegotiations with Stamps.com's reseller partners in or around May 2019 are not informative about the magnitude of the reaction to hypothetical disclosures to the market about the strength of Stamps.com's relationship with the USPS in May 2017 and August 2017, whether the USPS was "happy" with the relationship in May 2017 and August 2017, the USPS's approval of Stamps.com's use of the reseller program in May 2017 and August 2017, or the USPS Task Force's stance on partnerships like the one between the USPS and Stamps.com.

86.     Third, performing an analysis that would attempt to properly account for information that could have been disclosed earlier in order to calculate out-of-pocket damages in a reliable manner would be challenging, assuming it would be possible at all.  The calculation of damages would require assessing what Stamps.com could have disclosed and based on that hypothetical disclosure, the market's assessment of the value implications of a future adverse development to the economics of the USPS partnership at different times during the proposed Class Period (in fact, on every day a class member bought or sold shares).  The information that could have been disclosed and its value implications would have been changing over time with Stamps.com's disclosures and market and industry developments.  Dr. Nye has not identified a methodology that would allow such calculations or whether this is even possible.

87.     Fourth, Dr. Nye's discussion of calculating Section 20A damages is likewise flawed for the same reasons discussed above.  This is because Dr. Nye is proposing to calculate Section 20A damages based on the same measure of inflation he would use to calculate out-of-pocket damages.  In addition, he does not address how he would account for any potential double counting of damages for class members who can recover both under Section 20A and Section 10(b).

### A.     Economics of Damages in Securities Litigation and Out-of-Pocket Damages

88.     I understand that the Supreme Court's decision in *Comcast* requires plaintiffs to advance a damages methodology that measures damages stemming from the defendant's actions that created the legal liability.[153]  *Comcast* states that "a model purporting to serve as evidence of damages in [a] class action must measure only those damages attributable to [the plaintiffs' liability] theory."[154]

---

[153] *Comcast Corp. et al. v. Behrend et al.,* 569 U.S. 27, 2013.
[154] *Comcast Corp. et al. v. Behrend et al.,* 569 U.S. 27, 2013.

EXHIBIT 1                                     Page 43
                                                      Exhibit 1 at 46

89.     Furthermore, I understand that both a showing of loss causation and "out-of-pocket" losses are essential to establish damages in securities litigation such as this matter.[155]  Dr. Nye states that damages are incurred when "a security is acquired at a price that is inflated as a result of false or misleading statements or omissions," and can be "mitigated if the security is sold before the price inflation is fully dissipated."[156]  Inflation is the difference between a security's actual or observed market price and the hypothetical lower price absent the alleged misrepresentations.   The amount of inflation can change over time (e.g., due to partial disclosures of the alleged fraud or due to changing price impact of the allegedly omitted or misrepresented information).[157]

90.     In order to show that "out-of-pocket" damages could be calculated on a class-wide basis and consistently with the above definition of inflation, one would need to identify a reliable methodology that is consistent with Lead Plaintiff's theory of liability to calculate inflation in the market price every day securities were purchased or sold, typically on every trading day of the class period.  From the perspective of a financial economist, "out-of-pocket" damages and inflation are just definitional concepts, i.e., they must ultimately be calculated as the output of some specific methodology.  They do not, in and of themselves, constitute a methodology.  Therefore, it is important to develop a methodology consistent with the relevant theory of liability that produces those outputs, assuming such a methodology exists.  Economic theory provides no "off-the-shelf" methodology that can be used to compute inflation without regard to the particular circumstances of a given litigation.  In fact, it is quite possible that, under given circumstances, no reliable methodology exists to appropriately calculate inflation or damages in a manner that is consistent with the relevant theory of liability.

91.     Because class-wide damages are based on market prices (the actual price and a hypothetical market price in the absence of the alleged fraud), establishing the feasibility of calculating inflation-based damages requires an analysis to determine:  first, which information would have been available to the market absent the alleged misrepresentations; and second, whether a methodology exists to translate that information into a hypothetical market price. The first step requires consideration of what is alleged to have been misrepresented and how those misrepresentations affected the information available to the market. The second step is

---

[155] I understand that a showing of loss causation is a separate requirement that requires plaintiffs to show a causal connection between the alleged misrepresentations and subsequent losses, in addition to proving that the price of the security was artificially inflated in order to be able to recover damages.  I do not analyze loss causation in this report.

[156] Nye Report, ¶¶59, 61.

[157] Price impact here is defined as the impact on the value (price) of a security.

EXHIBIT 1                                                          Page 44
                                                                         Exhibit 1 at 47

an assessment of whether one can measure the price impact of the difference in the information available to the market with and without the alleged misrepresentations at a given point in time. That price impact is a measure of inflation at that point in time.

92.   For example, suppose that a plaintiff alleged that a company made statements that falsely gave the impression that it could continue benefitting from revenues generated from a contractual relationship with a business partner.  Calculating inflation tied to this allegation would require establishing the price impact of the misrepresentations on the stock price under two scenarios:  (1) the mix of information that was actually available to the market (the company's actual statements regarding its ability to maintain the contract as well as other information available to the market) and (2) the information that would have been available absent the alleged misrepresentations (i.e., hypothetically assuming the company made truthful statements about its ability to maintain the contract). This would involve assessing (explicitly or implicitly) the market's cash flow expectations based on its assessment of the company's ability to benefit from the contractual relationship over the long run and the market's discount rate applied to these expected cash flows under the two scenarios.[158]

93.   In some circumstances, the price impact of information can be measured using the observed price increase in the stock price at the time an alleged misrepresentation is made, assuming one can isolate the price movement that is specific to the alleged misstatement (i.e., one can account for any confounding information).  In other circumstances, a price decline upon the revelation of the alleged truth can represent the price impact of information, again assuming that one can isolate the price movement specific to that revelation.  Measuring price impact in this manner (e.g., using an event study methodology to isolate company-specific price movements on alleged misrepresentation dates or alleged corrective disclosure dates) can therefore, under certain circumstances, yield a measure of price impact based on the observed changes in the security's price.  However, calculations of inflation based on observed changes in the security's price due to alleged misrepresentations or revelation of truth may not be possible due to, for example, changes in the amount of inflation over time, or other factors such as dismissed allegations or confounding information in the market whose price impact cannot be separated.  In particular, it would not be possible to measure damages using the observed

---

[158] An important assumption underlying the efficient markets hypothesis is that security prices equal the sum of discounted expected future cash flows.  Brealey, Myers, and Allen (2014) states (p. 328): "[I]n an efficient market it is not possible to find expected returns greater (or less) than the risk-adjusted opportunity cost of capital. This implies that every security trades at its fundamental value, based on future cash flows (Ct) and the opportunity cost of capital (r)."  Cash flow expectations are the market's view of the expected value of possible future cash flows and the discount rate incorporates the market's assessment of relevant risk.

EXHIBIT 1

Page 45
Exhibit 1 at 48

change in the security's price on the days of alleged corrective disclosures if the information released on those days represents information that could not have been released earlier.

94.     If one were to conclude that it is not reasonable to measure the price impact of information throughout the class period using observed price changes at the time the alleged misrepresentations occurred or at the time the truth about the alleged fraud was revealed, it would be necessary to ascertain whether other appropriate valuation techniques exist to calculate inflation and whether the data required to implement those techniques would be available.   In other words, a financial economist would need to carefully consider the allegations and their implications to determine whether "out-of-pocket" inflation-based damages that are consistent with the theory of liability in the case can reliably be calculated.  It is possible that such a calculation would not be possible, either due to the lack of an appropriate methodology that measures inflation with an acceptable error rate or due to the lack of appropriate inputs that would yield results consistent with the market's expectations about cash flows and risks under the two relevant scenarios (actual and hypothetical, in the absence of the alleged misstatements).

**B.      Dr. Nye Fails to Identify a Methodology for Measuring the Stock Price Impact of Only the Remaining Alleged Misstatements**

95.     Dr. Nye states generically that "[p]rice inflation may be measured on a Class-wide basis by analyzing the change in a security's price caused by a corrective disclosure and/or the materialization of a concealed risk."[159]  To the extent Dr. Nye suggests that inflation in this matter can be calculated based on Stamps.com's stock price declines following the disclosure of alleged corrective information, one would need to isolate the price movement that resulted only from the revelation of information that corrects the alleged misstatements.[160]  However, doing so here requires, at the very least, accounting for the fact that a number of the allegations claimed by Lead Plaintiff have already been dismissed.  For example, Lead Plaintiff claims in the Consolidated Complaint that all of the statements initially alleged in the Consolidated Complaint to be false or misleading contributed to the observed price declines following the two alleged corrective disclosures on February 21, 2019, and May 8, 2019:

---

[159] Nye Report, ¶60.
[160] Dr. Nye does recognize that one must "isolate Company-specific price movement caused by the revelation of true facts related to the alleged fraud from price movement caused by other factors."  Nye Report, ¶60.

EXHIBIT 1                                          Page 46
                                                   Exhibit 1 at 49

Notwithstanding the tension in the Stamps-USPS relationship, defendants told investors that the USPS was pleased with its contractual arrangements with Stamps, purportedly because Stamps was helping the USPS grow its business. Stamps' conduct, however, was harmful to the USPS, and the growth in USPS business was the result of organic growth in e-commerce shipping. Ultimately, as a result of the undisclosed conflict between the USPS and Stamps, the USPS terminated Stamps' commission-based compensation and restricted its use of the reseller program. As the truth about Stamps' abuse of the reseller program and the impact thereof on Stamps' operations and prospects reached the market, the trading price of Stamps shares collapsed.[161]

The declines in the price of Stamps stock after the corrective disclosures came to light were a direct result of the nature and extent of defendants' fraudulent misrepresentations and the impact thereof being revealed to investors and the market and were a substantial cause of the decline. The timing and magnitude of the price declines in Stamps stock compared to the market and its peers negate any inference that the loss suffered by Lead Plaintiff and the other Class members was caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to defendants' fraudulent conduct. The economic loss, *i.e.*, damages, suffered by Lead Plaintiff and the other Class members was a direct result of defendants' fraudulent scheme to artificially inflate the price of Stamps stock and the subsequent significant decline in the value of Stamps stock when defendants' prior misrepresentations and other fraudulent conduct were revealed.[162]

As a result of the dissemination of the materially false or misleading information and/or failure to disclose material facts, as set forth above, the market price of Stamps common stock was artificially inflated during the Class Period. In ignorance of the fact that the market price of the Company's common stock was artificially inflated, and relying directly or indirectly on the false and misleading statements, or upon the integrity of the market in which the Company's common stock traded, and/or on the absence of material adverse information that was known to or recklessly disregarded by defendants (but not disclosed in defendants' public statements during the Class Period), Lead Plaintiff and the other Class members purchased Stamps common stock during the Class Period at artificially high prices and were damaged thereby.[163]

Lead Plaintiff and the Class, in reliance on the integrity of the market, paid artificially inflated prices for Stamps common stock, and suffered losses when the relevant truth was revealed. Lead Plaintiff and the Class would not have purchased Stamps common stock at the prices they paid, or at all, if they had

---

[161] Consolidated Complaint, ¶27.
[162] Consolidated Complaint, ¶130.
[163] Consolidated Complaint, ¶148.

EXHIBIT 1                                                                Page 47
                                                                        Exhibit 1 at 50

been aware that the market price had been artificially and falsely inflated by these defendants' misleading statements.[164]

96.     A number of Lead Plaintiff's allegations and related theories have been dismissed by the Court.  I understand that the Court has summarized Lead Plaintiff's alleged misstatements as concerning three broad categories:  (1) Stamps.com's alleged reseller scheme, (2) Stamps.com's alleged strong partnership with the USPS, and (3) Stamps.com's statements regarding its historical results and future growth estimates.[165]  Lead Plaintiff alleges that all of these various misstatements contributed to price inflation in Stamps.com's stock price during the proposed Class Period and contributed to the declines in Stamps.com's stock price following the two alleged corrective disclosures.[166]  However, the Court dismissed two of Lead Plaintiff's three categories of alleged misstatements—Stamps.com's statements about its alleged reseller scheme[167] and Stamps.com's statements regarding its historical results and future growth estimates.[168]  Ultimately, the only theory remaining is Stamps.com's alleged misstatements regarding the strength of its relationship with the USPS, with the Court stating that "Plaintiff has sufficiently alleged that Defendants made a material misrepresentation by stating that Stamps had a strong partnership with USPS and that USPS fully approved Stamps' use of the reseller program."[169]

97.     If Lead Plaintiff is correct that the company-specific price declines following the alleged corrective disclosures measures the impact of all of the alleged misstatements set forth

---

[164] Consolidated Complaint, ¶149.

[165] *See* Order re Motion to Dismiss, pp. 18–26.

[166] *See*, *e.g.*, Consolidated Complaint, ¶130, stating generally that: "The declines in the price of Stamps stock after the corrective disclosures came to light were a direct result of the nature and extent of defendants' fraudulent misrepresentations and the impact thereof being revealed to investors and the market and were a substantial cause of the decline. The timing and magnitude of the price declines in Stamps stock compared to the market and its peers negate any inference that the loss suffered by Lead Plaintiff and the other Class members was caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to defendants' fraudulent conduct. The economic loss, *i.e.*, damages, suffered by Lead Plaintiff and the other Class members was a direct result of defendants' fraudulent scheme to artificially inflate the price of Stamps stock and the subsequent significant decline in the value of Stamps stock when defendants' prior misrepresentations and other fraudulent conduct were revealed."

[167] Order re Motion to Dismiss, p. 19 (emphasis in original): "Defendants adequately disclosed that Stamps offered discounted postal rates to **low-volume** shippers through its partnership with resellers. Defendants also disclosed that Stamps offered 'reseller rates' to **existing** customers to help USPS retain these customers. While Plaintiff may be correct that USPS did not intend for Stamps to provide 'reseller rates' to existing customers, Plaintiff has not demonstrated that Defendants made any false or misleading statements regarding the program. Therefore, Plaintiff may not base its claims on Defendants' alleged omission of their reseller scheme."

[168] Order re Motion to Dismiss, p. 26:  "Plaintiff has failed to demonstrate that Stamps' discussion of, and positive statements about, its past and future financial results were misleading."

[169] Order re Motion to Dismiss, p. 1.  I note that even within this remaining theory, the Court stated:  "Because Plaintiff has failed to plausibly allege that Stamps' business model violated any contract, statute, or regulation, the Court determines that Plaintiff's allegations regarding Stamps' strong partnership with the USPS fail to the extent that they are based on an alleged contract breach or statutory violation."  *See* Order re Motion to Dismiss, p. 22.

EXHIBIT 1                                    Page 48
                                             Exhibit 1 at 51

in the Consolidated Complaint by Stamps.com, one would need to isolate the stock price impact from the correction of the alleged misstatements that remain in this case from the correction of alleged misstatements that are no longer included in this case.[170]  Dr. Nye provides no methodology to disentangle these effects and isolate the price decline related to the alleged misstatements that remain in this case.[171]

98.     In addition, Lead Plaintiff would also need to isolate the impact of the alleged corrective disclosures from other new information released to the market on the alleged corrective disclosure dates that may not be corrective.  For example, Stamps.com announces the retirement of President Huebner during its Q4 2018 conference call on February 21, 2019.[172] Moreover, both alleged corrective disclosures occurred concurrently with the announcement of earnings, updates to forward guidance, and other firm news that may be unrelated to the allegations.  Dr. Nye has not identified a reliable methodology to disentangle the effects of the alleged corrective disclosures from unrelated new information released to the market concurrently.

C.     **The Price Declines Following the February 21, 2019, and May 8, 2019, Disclosures Cannot Provide a Measure of Inflation throughout the Proposed Class Period**

1.     **The Observed Price Declines Exceed Stamps.com Value Earlier in the Proposed Class Period and It Is Therefore Impossible for Those Declines to Measure Inflation**

99.     As discussed in the following section, when alleged corrective disclosures are disclosures of information that could not have been revealed to the market at an earlier time, the observed price declines following the corrective disclosures are not measures of inflation earlier during the class period.  This can be illustrated by examining the implications of using the price declines on the days of the alleged corrective disclosures in this case as a measure of inflation.  Doing so here implies an impossible result—namely, that inflation at certain points earlier during the proposed Class Period exceeds the entire value of Stamps.com's shares.

---

[170] **Exhibit 1** enumerates all of the statements that I understand the Court dismissed in the Order re Motion to Dismiss and Order Granting In Part Defendants' Motion to Clarify, dated July 14, 2020.

[171] Dr. Nye appears to erroneously claim that an event study can be used to isolate the impact of a specific piece of firm-specific corrective information from "the dissemination of material, non-fraud-related, Company-specific information." *See* Nye Report, ¶60.  Under certain circumstances, a multi-firm event study can isolate the impact of an announcement from other confounding information, on average.  This is not the case for single-firm event studies under the present circumstances when other firm-specific confounding information is released at the same time.

[172] Stamps.com Inc. Q4 2018 Earnings Call Transcript, February 21, 2019.

EXHIBIT 1

Page 49
Exhibit 1 at 52

100.    The price declines following the alleged corrective disclosures on February 21, 2019, and May 8, 2019, exceed the market price of Stamps.com's stock at numerous times during the proposed Class Period.  Using Dr. Nye's residual return calculations, the total residual per share dollar decline following the two alleged corrective disclosures was $163.20.  This total residual decline exceeds the closing price of Stamps.com on 93 days of the proposed Class Period, including its closing price on the first day of the proposed Class Period of $110.55, its closing price on August 2, 2017, of $151.30, the date of the second alleged misstatement, and its closing price of $154.69 on January 4, 2019, less than two months prior to the February 21, 2019, alleged corrective disclosure.[173]  Therefore, the total residual decline following the two alleged corrective disclosure days cannot possibly measure inflation at each day during the proposed Class Period because it would imply the impossible result that the true value of Stamps.com's equity was negative earlier in the proposed Class Period.[174]

101.    The above stands in contrast with Dr. Nye's claim that "[p]rice inflation may be measured on a Class-wide basis by analyzing the change in a security's price caused by a corrective disclosure and/or the materialization of a concealed risk" and that "[t]he decline in a security's price in response to such events reflects the dissipation of price inflation created by earlier misrepresentations and/or omissions."[175]

102.    Inflation, as discussed previously, is defined as the amount (in dollar terms), on each day of the proposed Class Period, by which the stock price was allegedly too high.  It is implausible for the amount of inflation to exceed the stock price on any given day.  Therefore, Dr. Nye has not identified a feasible and reliable methodology or approach to calculating inflation on each day during the proposed Class Period.

103.    The discussion above demonstrates that applying a so-called "tiered constant dollar" inflation back-casting methodology, which measures inflation throughout the class period in dollar terms and equal to the sum the residual price declines that can be attributed to the revelation of information about the fraud until the first corrective disclosure, and then declines

---

[173] *See* Nye Report, Exhibit 11B.  Stamps.com common stock did not have any stock splits or other events that would mechanically affect inflation during the proposed Class Period.  If, for example, the total actual dollar decline is used to measure inflation, inflation would exceed the closing price of Stamps.com on 88 days of the proposed Class Period.

[174] Dr. Nye appears to agree that Stamps.com's stock price could not be "worth less than zero" as this would be an impossible result, but instead suggests that one method to address this would be to arbitrarily "truncate price inflation at the closing price," thus providing an arbitrary cap on inflation that would imply that Stamps.com was worthless at various times during the proposed Class Period and which in and of itself, due to its arbitrariness and otherwise, shows the problem of basing any methodology on the stock price declines following the alleged corrective disclosures.  Nye Deposition, pp. 176:9–178:25.

[175] Nye Report, ¶60.

EXHIBIT 1

with the amount of the price decline following the first corrective disclosure, and so on, would not be applicable here, because the observed price declines on the days of the alleged corrective disclosures were an adverse development to the economics of Stamps.com's relationship with the USPS that could not have been disclosed earlier and overstate inflation earlier during the proposed Class Period.  I am aware that experts retained by plaintiffs in securities litigation have sometimes proposed an alternative methodology that is based on the percentage decline in the stock price (the so-called "percentage method"), such that inflation throughout the proposed Class Period represents the same percent of the observed stock price as the decline in percentage terms when corrective information is released.  For the same reason that the tiered constant dollar method would overstate inflation due to the corrective information being information that could not have been disclosed earlier, the percentage method would also overstate inflation.  There is no economic basis to assume that, e.g., a 5% decline in the stock price when an adverse development to the economics of the relationship with the USPS occurred represents the value of a hypothetical disclosure about the strength of the relationship as a percentage of the stock price earlier during the proposed Class Period.  Furthermore, I understand that some courts have rejected the percentage method, because it is arbitrary and potentially inconsistent with the Supreme Court's ruling in *Dura*.[176]

### 2. The February 21, 2019, Alleged Disclosure Revealed Information That Could Not Have Been Disclosed Earlier

104.    Lead Plaintiff alleges that after the market closed on February 21, 2019, Stamps held a conference call to discuss its financial results for 4Q18 and FY18, as well as its business outlook and "certain strategic items … that impact our business outlook for 2019."  On the call, CEO McBride stated that Stamps.com "decided to discontinue [its] shipping partnership with the USPS so that [it could] fully embrace partnerships with other carriers who … will be well positioned to win in the shipping business in the next 5 years."[177]  On the same day, Stamps.com announced that President and former CFO of Stamps.com, defendant Huebner, intended to resign.[178]

---

[176] *See, e.g., In re Williams Securities Litigation*, 496 F. Supp. 2d 1195 (N.D. Okla. 2007) and *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).
[177] Consolidated Complaint, ¶122.
[178] Consolidated Complaint, ¶125.

EXHIBIT 1                                                Page 51
                                                         Exhibit 1 at 54

105.    If Lead Plaintiff is correct about its allegations, the news on this day is at least in part an adverse development in the relationship with the USPS as manifested in the non-renewal of a contract.  However, even if Lead Plaintiff is correct regarding its allegations about the health of Stamps.com's relationship with the USPS earlier during the proposed Class Period, the timing and manner of any deterioration was unknown, uncertain, and changing throughout the proposed Class Period.  Therefore, this information (that the USPS contract would not be renegotiated in late 2018 and early 2019) could not have been disclosed earlier.

106.    First, it would be implausible that Stamps.com could have known with certainty earlier during the almost two year long proposed Class Period that this USPS contract would in fact not be renegotiated.  Indeed, I understand from counsel that Stamps.com renegotiated this very contract with the USPS in June 2017, which is earlier during the proposed Class Period.  It would therefore be implausible to assume that Stamps.com knew as of May 3, 2017, prior to renegotiating its contract with the USPS in June 2017, that it would not be able to renegotiate a future contract with the USPS more than a year and a half later, at a time that it had just renegotiated the contract and had not begun negotiations regarding the next iteration of the contract.

107.    In fact, the probability associated with the prospects of a future renegotiation of the USPS contract would have varied throughout the proposed Class Period.  For example, it would be reasonable to expect that the successful contract renegotiation in June 2017 would change the expectations of future contract renegotiations and affect the information that could have been disclosed.  I further understand that the USPS notified Stamps.com that it intended to renegotiate rather than simply renew this contract in the second quarter of 2018.  This development would also affect the likelihood of a successful renewal and therefore change the information that could have possibly been disclosed to the market.

108.    In addition, the various political developments that occurred over time may have affected the prospects for contract renegotiation in the future.  The USPS—and Stamps.com as its business partner—operates in a political environment that is subject to various political pressures.  Many changes in the political environment occurred during the proposed Class Period that likely affected the USPS's views regarding, and its willingness to continue without changing, its contractual relationship with Stamps.com.  One such change was the USPS Task Force.  On April 3, 2018, President Trump tweeted:

> I am right about Amazon costing the United States Post Office massive amounts of money for being their Delivery Boy.  Amazon should pay these costs (plus)

EXHIBIT 1

Page 52
Exhibit 1 at 55

and not have them bourne by the American Taxpayer.  Many billions of dollars. P.O. leaders don't have a clue (or do they?)![179]

109.    On April 12, 2018, President Trump signed the "Executive Order on the Task Force on the United States Postal System."[180]  The executive order created a task force meant to evaluate the USPS and "develop recommendations for administrative and legislative reforms to the United States postal system" that would "promote our Nation's commerce and communication without shifting additional costs to taxpayers."[181]

110.    On December 4, 2018, the USPS Task Force Report was publicly released, and was viewed as favorable to Stamps.com.[182]  This development affected the information available to the market.

111.    Finally, expectations about the specific timing of the contract not being renewed would also affect the value implications of this information.  Even under Lead Plaintiff's theory, it is implausible that Stamps.com could have disclosed the precise timing of when the contract would fail to be renegotiated.  Timing would have value implications, because Stamps.com was deriving a benefit from the contractual relationship in the form of revenue, the expected duration of which would affect the valuation at any given point in time.

112.    In sum, even if Lead Plaintiff's allegations are correct, the timing and manner of any deterioration in the relationship between Stamps.com and the USPS was unknown, uncertain, and changing throughout the proposed Class Period.  Therefore, Stamps.com could not have disclosed earlier that the USPS contract would not be renegotiated at some point in the future, and in particular at what particular point in time it would not be renegotiated.

### 3.    The May 8, 2019, Alleged Disclosure Revealed Information That Could Not Have Been Disclosed Earlier

113.    Lead Plaintiff alleges that on May 8, 2019, Stamps.com announced that its lowered guidance was attributed to potential unfavorable short- and long-term amendments, renegotiations, and terminations of certain NSA contracts between the USPS and the

---

[179] Donald J. Trump Twitter Post, April 3, 2018, 9:55am ET, available at https://twitter.com/realDonaldTrump/status/981168344924536832, last accessed March 6, 2020.
[180] "Executive Order on the Task Force on the United States Postal System," *The White House*, April 12, 2018 ("The Task Force shall conduct a thorough evaluation of the operations and finances of the USPS, including… the expansion and pricing of the package delivery market and the USPS's role in competitive markets; [and] the state of the USPS business model, workforce, operations, costs, and pricing.").
[181] "Executive Order on the Task Force on the United States Postal System," *The White House*, April 12, 2018.
[182] *See* Section V.E.

EXHIBIT 1                                                          Page 53
                                                                          Exhibit 1 at 56

Company's reseller partners. The Company further stated that it now expected an FY19 profit of $3.35 to $4.85 per share, down from its prior estimate of $5.15 to $6.15 per share.[183]

114.    Analogous to the discussion regarding the February 21, 2019, alleged corrective disclosure, if Lead Plaintiff's allegations are proven, the news on this day is an adverse development in the relationship with the USPS as manifested in news that the USPS would make changes to the reseller program in a way that adversely affected the economics of Stamps.com's partnership with the USPS. However, even if Lead Plaintiff is correct regarding their allegations about the health of Stamps.com's relationship with the USPS earlier during the proposed Class Period, the timing and manner of any adverse development was unknown, uncertain, and changing throughout the proposed Class Period. Therefore, the information that the USPS was considering changes in the specific manner that was announced on May 8, 2019 could not have been disclosed earlier.

115.    In fact, the possibility of changes to the reseller program was discussed at length both prior to and during the proposed Class Period (*see* **Appendix C**). For example, prior to the start of the proposed Class Period, The Capitol Forum published an article on November 10, 2016, discussing what the Trump presidency meant for the USPS. The article concluded that "[w]hile the sources have been reluctant to opine on specifics about the future of the postage reseller program, the sentiment among all of our sources is that the status quo is unlikely to continue and that there would likely be changes to the reseller program in the next few months, independent of the political transition."[184] On May 31, 2017, The Capitol Forum published a report stating:

> We recently spoke with an industry source who had a conversation with employees in the USPS sales and marketing division. According to our source, the USPS employees indicated that they were still deciding what to do about the postage reseller program and would provide industry participants with more clarity in the next 30-60 days. According to another industry source, individuals in the USPS sales and marketing division were asking questions about postage resellers and cannibalization last week. Specifically, our source was asked to provide individuals in the sales and marketing division with evidence of

---

[183] Consolidated Complaint, ¶127.
[184] "Stamps.com: Long-term, Trump Creates Uncertainty for Reseller Programs; In Short-term, Scrutiny Continues to Increase with Technocratic Solutions Available, Including Elimination of Intuiship NSA," *The Capitol Forum*, November 10, 2016.

EXHIBIT 1                                                     Page 54
                                                                    Exhibit 1 at 57

cannibalization both by Stamps.com and postage resellers that Stamps.com has a relationship with.[185]

116.    In light of this, there is no reliable basis to assume that the market's assessment of the value implications on the day of the alleged corrective disclosure on May 8, 2019, is the same as a hypothetical assessment associated with a disclosure earlier during the proposed Class Period.  In fact, information regarding the changes to the reseller program continued to evolve after the end of the proposed Class Period.

117.    For example, at 5:00pm ET on August 7, 2019, Stamps.com held a conference call to discuss its Q2 2019 earnings.  During the call, CEO McBride stated:

> We discussed at length last quarter the negotiation that the USPS has initiated with certain seller partners of ours.  While these are ongoing negotiations with uncertain outcomes, we have limited visibility given that the negotiations are being conducted solely between the USPS and the resellers.  We'd like to provide our investors with our current understanding of the status of those negotiations.  Since our last earnings call, we've seen a positive shift in the USPS's negotiating position with respect to its reseller partners.  Back in April, the USPS told some of the resellers that their economics would be decreasing starting in June of 2019.  Recently however, the USPS extended the NSAs of some of our reseller partners at their current margins through the end of 2019.  The USPS has also recently engaged in more productive conversations that seem to recognize the value that resellers bring to the post office.  It remains our understanding that the USPS intends to decrease margins for resellers in 2020, but we believe that the latest collaborative conversations are a positive sign.[186]

118.    Further, at 5:00pm ET on February 19, 2020, Stamps.com held a conference call to discuss its Q4 2019 earnings.  During the call, CEO McBride stated:

> With that understanding of the significant importance of the reseller industry and its contribution to the USPS' success, the USPS has now astutely signed new, long-term agreements with their reseller partners.  The new multi-year agreements provide both relative stability and predictability for the resellers and for their various partners.  We were not a party in the negotiation of these new agreements and are thus unable to comment on the specific structure and economics.  However, certain details are available via the unredacted sections of the filings that were made by the postal service to the Postal Regulatory Commission in December of 2019.  For example, the new agreements go for an initial term of 4 years until December 31, 2023, with an option to extend for 2

---

[185] "Government Contracts Weekly: USPS Still Evaluating Reseller Program, Expected to Provide Clarity Re: Changes in 30-60 days; IDA Releases Report on Increased Government Access to IP, Use of Other FAA-Approved Parts," *The Capitol Forum*, May 31, 2017.

[186] Stamps.com Inc. Q2 2019 Earnings Call Transcript, August 7, 2019.

EXHIBIT 1                                                                                Page 55
                                                                                                      Exhibit 1 at 58

additional years.  The new agreements were signed and implemented such that there was no interruption in the reseller program from 2019 to 2020.  There's a baseline discount below commercial plus pricing for the reseller for all customers of the reseller.  There is a new tiered structure that provides additional discounts for larger customers if approved in writing by the postal service.  There is a concept of a particular type of larger merchant called a platform.  The contract applies to Priority Mail Express, Priority Mail and other classes of packages.  Stamps.com and all of our subsidiaries are part of the e-commerce ecosystem generated as a result of the USPS reseller program.  And thus, new and existing shipping customers on our platforms will continue to have easy access to discounted USPS rates within our superior service platforms through these new reseller agreements.  Our commercial relationships with the resellers remain largely unchanged, so we will continue to partner with our reseller partners and the USPS to promote the benefits of USPS as a shipping services provider.[187]

119.    The above developments demonstrate that while the alleged disclosure on May 8, 2019, represented negative information about the future of the reseller program, subsequent developments in later in 2019 and in early 2020 represented the opposite, *i.e.*, positive information.  This illustrates the inherent uncertainty around the USPS's actions and therefore illustrates that how the reseller program would evolve and how this would affect Stamps.com was an uncertainty and not something that could have been disclosed by Stamps.com earlier with the specificity of the information that was released on May 8, 2019.

### D.    Assuming That Calculating Out-of-Pocket Damages Is Feasible, which Dr. Nye Has Not Shown Is the Case, the Calculation of Out of Pocket Damages Would Be Complex and Challenging

120.    Properly accounting for information that could have been disclosed earlier in order to calculate out-of-pocket damages in a reliable manner would be challenging, assuming it would be possible at all.  The calculation of damages would require assessing what Stamps.com could have disclosed and based on that hypothetical disclosure, the market's assessment of the value implications of a future adverse development to the economics of the USPS partnership at different times during the proposed Class Period (on every day a class member bought or sold shares).  The information that could have been disclosed and its value implications would have been changing over time with Stamps.com's disclosures and market and industry developments.  Dr. Nye has not identified a methodology that would allow such calculations or whether this is even possible.

---

[187] Stamps.com Inc. Q4 2019 Earnings Call Transcript, February 19, 2020.

EXHIBIT 1                                                                                       Page 56
                                                                                                                Exhibit 1 at 59

121.    First, Dr. Nye has not identified—and in fact not addressed—any method to determine the hypothetical allegedly truthful disclosure by Stamps.com at various times during the proposed Class Period and any method to assess the value of such a disclosure on Stamps.com's stock price throughout the proposed Class Period.  As discussed previously, such a disclosure would not represent equivalent information to that contained in the alleged corrective disclosures.

122.    Second the value implications of a hypothetical disclosure regarding a possible adverse development to the economics of the USPS partnership would change over time.  The declines following the February 21, 2019, and May 8, 2019, disclosures produce, at best, a static (as of a single point in time) measure of the value implications that does not vary over time.  However, the value implications would vary with the size and profitability of the shipping business, through the USPS and overall, which depended on economic conditions, regulatory changes regarding the USPS, and changes to the shipping industry.  For example, expectations of Amazon entering the shipping business, and the possible implications of its entry for the industry, changed throughout the proposed Class Period.[188]  In addition, the USPS increased its shipping prices throughout the proposed Class Period, and the Trump administrations' plan to withdraw from the Universal Postal Union led to uncertainty regarding the ultimate result of the plan and the implications for the USPS and by extension for its partners.[189,190]

123.    Finally, to the extent that the alleged fraud had no price impact at certain times during the proposed Class Period, there would no inflation, which itself implies that inflation cannot be constant over time as would be implied by measuring it using the observed price declines on the days of the two alleged corrective disclosures and back-casting it to the beginning of the proposed Class Period.

---

[188] *See*, *e.g.*, "USPS PC Postage Revenues Increase 4.1% Y/Y in December; More Thoughts on Amazon Competitive Threat; Reiterate Buy Rating and $250.00 Price Target," *B. Riley*, February 12, 2018, and "Stamps Goes Postal On The USPS. The Short-Term Impacts Will Be Significant and Painful; Long-Term The Pie Will Be Much Larger And The Opportunities Bigger. Maintaining BUY Rating And Lowering Price Target To $125." *Craig-Hallum*, February 22, 2019.

[189] *See* "USPS Price Increase a Positive for STMP," *Northland Capital Markets*, October 12, 2018.

[190] *See* "President Trump's Plans to Withdraw from the Universal Postal Union Drives an Unwarranted Selloff in STMP Shares; Reiterate Buy, $300 PT," *B. Riley*, October 18, 2018.

EXHIBIT 1                                                                                                          Page 57
Exhibit 1 at 60

> **E.    Dr. Nye Fails to Identify a Methodology That Is Consistent with Lead Plaintiff's Theory of Liability and Would Avoid Overcompensating Plaintiffs with Section 20A Claims**
>
> > **1.    Dr. Nye's Section 20A Damages Opinion Is Flawed for the Same Reasons as His Section 10(b) Damages Opinions**

124.    Dr. Nye claims that "damages under Section 20A can be calculated for all investors who purchased on such days based upon a daily price inflation calculation in the manner described above [for damages under Section 10(b)]…"[191]  Therefore, in calculating daily price inflation, each of the challenges in computing reliable price inflation throughout the proposed Class Period identified for out-of-pocket damages applies equally to Dr. Nye's suggested remedy for damages under Section 20A.  Accordingly, Dr. Nye has failed to identity a methodology for calculating inflation and damages for Section 20A plaintiffs.

> > **2.    Dr. Nye Does Not Address How He Would Avoid Overcompensating Plaintiffs with Both Section 10(b) and Section 20A Claims**

125.    I understand that Lead Plaintiff has defined the Class to include "[a]ll persons who purchased or otherwise acquired Stamps.com, Inc. ('Stamps.com' or the 'Company') common stock between May 3, 2017, and May 8, 2019, inclusive,"[192] and have not identified a separate class of investors who are claiming Section 20A damages as a result of CEO McBride's selling shares while allegedly in possession of material adverse non-public information.[193] Section 20A plaintiffs are also potentially plaintiffs with recoverable losses under Section 10(b).  As noted above, Dr. Nye proposes that damages under Section 20A can be calculated using the daily price inflation measure described for damages under Section 10(b), albeit "subject to application of the damage cap set forth in 15 U.S.C. § 78t-1."[194]  This implies that compensating plaintiffs separately for inflation-based economic losses under Section 10(b) and under Section 20A would overcompensate such plaintiffs above their economic losses.  Dr. Nye does not address to what extent Section 20A damages would then be duplicative of Section 10(b) damages.

---

[191] Nye Report, ¶63.
[192] Class Certification Motion, p. 7.
[193] Nye Report, ¶63, citing Consolidated Complaint ¶¶98, 160–169.
[194] Nye Report, ¶63.

EXHIBIT 1

Page 58
Exhibit 1 at 61

Executed this 31st day of August, 2020

_____
         Paul Zurek, Ph.D.

EXHIBIT 1

# Appendix A

## PAUL ZUREK, Ph.D.
## Vice President

**Cornerstone Research**
Two Embarcadero Center, 20th Floor • San Francisco, CA 94111
415.229.8225 • mobile 917.434.7602
pzurek@cornerstone.com

## ACADEMIC BACKGROUND

2002 – 2008    **The Wharton School, University of Pennsylvania**    Philadelphia, Pennsylvania
*Ph.D. and M.A. in Finance*
Research interests include valuation, asset pricing, financial econometrics and financial institutions risk management.

1998 – 2002    **The Wharton School, University of Pennsylvania**    Philadelphia, Pennsylvania
*B.S. in Economics, Minor in Mathematics, Summa Cum Laude*

## PROFESSIONAL EXPERIENCE

7/08 – Present    **Cornerstone Research, Inc.**    New York and San Francisco
*Vice President*
Ten years of experience conducting financial and economic analysis for financial institution and other corporate and individual clients in complex litigation, including securities, valuation, appraisal, market structure, market manipulation, hedge funds, PE and investment management, international arbitration, financial fraud, risk management, and government investigations.  Design and oversee development of quantitative analysis models.  Provide testimony and presentation of findings to regulators and arbitration panels.

6/10 – 03/11    **United Poles Federal Credit Union**    Perth Amboy, New Jersey
*Director and ALCO Committee Member*
Member of the Board of Directors.  Advised on issues of strategy and risk.

9/02 – 12/07    **Kimberton International Associates – The Banking Group**    Kimberton, Pennsylvania
*Senior Consultant*
Designed executive education programs for banking and financial services.  Taught seminars on financial institutions risk management, macroeconomics, banking, and general business management.  Worked with clients in the United States, Europe and Latin America.

5/01 – 8/01    **Credit Suisse First Boston**    San Francisco, California
*Mergers & Acquisitions Summer Analyst*
Assisted in transactions during both preparatory and due-diligence stages.  Performed financial statement, precedent transaction and comparable company analysis.  Updated league tables and analyzed revenue, market share and headcount trends in the Technology M&A Group.

EXHIBIT 1                                                                 Page 1
                                                                 Exhibit 1 at 63

## TEACHING EXPERIENCE

Wharton / Ping An Bank Executive Education Program                                     2015
*Taught global economics and credit risk modeling in Beijing, China.*

Wharton China Asset Management Company Executive Development Program      2011
*Taught global financial markets and market microstructure.*

Risk Management Association and Wharton Advanced Risk Management Program   2007 – 2009
*Instructor (2007–2009) and Academic Co-Director (2009)*

Wharton Hana Financial Hana Leaders Academy Global Course                          2008
*Instructor in Risk Management*

Merrill Lynch Investment Banking Institute                                                  2006, 2007
*Teaching Assistant*

Investment Management, Derivative Securities, International Banking,              2002 – 2008
Venture Capital, Corporate Finance, Macroeconomics, Microeconomics
*Teaching Assistant*

## RESEARCH AND PUBLICATIONS

"Momentum and Long-Run Risks," Working Paper, *The Wharton School*, November 2007.
"Essays on Asset Pricing," Doctoral Dissertation, *The University of Pennsylvania*, 2008.
The Guide to Damages in International Arbitration. Chapter 16: Market Approach or Comparables (with José Alberro), 1st Edition, November 2016, 2nd Edition, December 2017, 3rd Edition, November 2018.
Commodities: Markets, Performance, Strategies. Chapter 14: Commodity Mutual Funds (with Gustavo Camilo and Janko Cizel), Oxford University Press 2018.
"Collateralized loan obligations in the age of COVID-19" (with Yan Cao and Manuel Vasconcelos), Thomson Reuters Westlaw Expert Analysis, June 22, 2020.

## HONORS AND AWARDS

Outstanding Doctoral Student Paper Award at the Southern Finance Association
Annual Meeting, Western Finance Association Doctoral Student Travel Grant          2008

Weiss Center for International Financial Research Summer Fellowship                  2007

Dean's Fellowship for Distinguished Merit                                            2002

Class of 1939 Fellowship                                                            2002

EXHIBIT 1                                                                      Page 2
Exhibit 1 at 64

## INVITED AND CONFERENCE PRESENTATIONS, SPEAKING ENGAGEMENTS

| | |
|---|---|
| "Discussion: Loss Causation in a Bear Market: The Economists' Perspective," Chicago Bar Association Securities Law Committee | 2020 |
| "The Evolving Securities Litigation Landscape:  Recent Trends and Updates You Need to Know," webcast, The Knowledge Group | 2020 |
| "Effective Use of Statistical Evidence in Class Action Litigation: Practical Guide in 2019," webcast, The Knowledge Group | 2019 |
| "Securities Litigation in 2019:  Winning Tips and Strategies," webcast, The Knowledge Group | 2019 |
| "Proving and Determining Damages in International Arbitration: Methods, Trends and Best Practices," webcast, The Knowledge Group | 2019 |
| Cambridge Forums Forum on Securities Litigation, panel speaker. | 2019 |
| Western Finance Association Annual Meeting, Southern Finance Association Annual Meeting, Drexel University, Ohio State University, University of Iowa, University of Minnesota, University of Notre Dame, Virginia Polytechnic Institute and State University | 2008 |
| The Wharton School | 2007 |

## CONFERENCE PARTICIPATION

| | |
|---|---|
| Wharton Rodney L. White Center for Financial Research Conference on Financial Decisions and Asset Markets[*] | 2019 |
| American Finance Association Annual Meeting | 2008, 2009, 2011 – 2020 |
| Western Finance Association Annual Meeting[*] | 2008, 2016 – 2018 |
| NYU Five Star Conference in Finance | 2012 |
| Wharton FIC and Oliver Wyman's Risk Roundtable | 2003, 2011 |
| Southern Finance Association Annual Meeting[*], Mid-Atlantic Research Conference in Finance[*] | 2008 |
| Mid-Atlantic Research Conference in Finance[*], Wharton FIC and Oliver Wyman's Risk Roundtable | 2007 |
| NBER's Asset Pricing Program Meeting | 2006 |
| The Philadelphia Fed Policy Forum | 2003 |
| NSF/NBER Time Series Conference | 2002 |

* Paper Discussant or Presenter

## OTHER ACTIVITIES

Refereed for the Journal of Economic Dynamics and Control and Finance Research Letters.  Fellow at the Wharton Financial Institutions Center.

EXHIBIT 1                                    Page 3
Exhibit 1 at 65

**TESTIMONY AND EXPERT REPORTS**

In the Matter of Deutsche Bank Securities, Inc. (SEC administrative proceeding 3-17730), presentation to the SEC and NY AG, June 2015.

Pattelli v. Lending Club Corporation, arbitration testimony, January 2016.

In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation (MDL No. 2672 CRB (JSC)), expert declaration, August 2016.

Confidential expert reports submitted to the SEC regarding execution quality in FX markets, September 2016 and October 2016.

B.K. et al v. Gregory McKay (2:15-cv-00185), expert report, December 2017.

MidCoast Council and Division CCMF Ltd. v. Fitch Ratings, Inc., Federal Court of Australia, New South Wales (NSD995 of 2014), expert reports, June 2018 and February 2019, expert conclave and joint expert report, June 2019.

In Re: RH Securities Litigation (4:17-cv-00554), expert report, August 2018, deposition, September 2018.

Public Employees' Retirement System of Mississippi v. Treehouse Foods, Inc. et al (1:16-cv-10632), expert report, October 2018, deposition, April 2019.

Aaron Booth and Cody Tucker on behalf of themselves and all others similarly situated v. Galveston County, Texas, et al. (3:18-cv-104), two expert declarations and deposition, January 2019.

Brian C. Schartz, On Behalf of Himself and All Others Similarly Situated and Derivatively on Behalf of Nominal Defendant The Female Health Company v. O.B. Parrish, et al. (2016CH14488 and 2016CH13815, Circuit Court of Cook Country, Illinois, County Department, Chancery Division), expert report, February 2019, deposition, March 2019.

In Re: Spectrum Pharmaceuticals, Inc. Securities Litigation (2:16-cv-02279), expert report, March 2019.

Trevor Mild, Individually and on Behalf of All Others Similarly Situated v. PPG Industries, Inc., Michael H. McGarry, Vincent J. Morales, and Mark C. Kelly (2:18-cv-04231), expert report and deposition, April 2019.

In Re: Novo Nordisk Securities Litigation (3:17-cv-00209), expert report, June 2019, deposition July 2019.

Christakis Vrakas et al v. United States Steel Corporation et al (2:17-cv-00579), expert report and deposition, June 2019.

Margaret Tinsley, et al. v. Michael Faust, et al. (2:15-cv-00185), expert reports, October and November 2019, deposition, January 2020.

In re Health Insurance Innovations Securities Litigation (8:17-cv-02186), expert report, January 2020, deposition, February 2020.

Frederic Haghebaert, Individually and On Behalf of All Others Similarly Situated v. Tandy Leather Factory, Inc., Janet Carr, Tina L. Castillo, and Shannon L. Greene (4:19-cv-01000), expert declaration, February 2020.

EXHIBIT 1                                    Page 4
                                              Exhibit 1 at 66

# Appendix B
# Materials Considered by Paul Zurek, Ph.D.

| Document Title | Document Date |
|---|---|
| **Legal Pleadings and Rulings** | |
| *Matt Karinski v. Stamps.com, Inc., et al.*, United States District Court, Central District of California, Case 2:19-cv-01828-MWF-SK, Class Action Complaint for Violations of the Federal Securities Laws | March 13, 2019 |
| *Matt Karinski v. Stamps.com, Inc., et al.*; *Indiana Public Retirement System v. Stamps.com, Inc., et al.,* U.S. District Court, Central District of California, Case No. 2:19-cv-01828-MWF-SK, Consolidated Class Action Complaint for Violations of the Federal Securities Laws | August 5, 2019 |
| *Matt Karinski v. Stamps.com, Inc., et al.*, United States District Court, Central District of California, Case 2:19-cv-01828-MWF-SK, Order Re: Defendants' Motion to Dismiss | January 17, 2020 |
| *Matt Karinski v. Stamps.com, Inc., et al.*, United States District Court, Central District of California, Case 2:19-cv-01828-MWF-SK, Lead Plaintiff's Memorandum in Support of Motion for Class Certification | June 29, 2020 |
| *Matt Karinski v. Stamps.com, Inc., et al.*, United States District Court, Central District of California, Case 2:19-cv-01828-MWF-SK, Response to Defendants' Motion for Clarification of Order Re: Defendants' Motion to Dismiss | June 29, 2020 |
| *Matt Karinski v. Stamps.com, Inc., et al.*, United States District Court, Central District of California, Case 2:19-cv-01828-MWF-SK, Order Granting In Part Defendants' Motion to Clarify Order on Motion to Dismiss Case | July 14, 2020 |
| **Legal Opinions** | |
| *Basic Inc. v. Levinson*, Supreme Court of the United States, 485 U.S. 224 | March 7, 1988 |
| *Dura Pharmaceuticals, Inc., et al. v. Broudo, et al.*, Supreme Court of the United States, 544 U.S. 336 | April 19, 2005 |
| *In re Williams Securities Litigation*, United States District Court, N.D. Oklahoma, 496 F. Supp. 2d 1195 | July 6, 2007 |
| *Comcast Corp., et al. v. Behrend, et al.*, Supreme Court of the United States, 569 U.S. 27 | March 27, 2013 |
| *Halliburton Co., et al., v. Erica P. John Fund Inc.*, Supreme Court of the United States, 573 U.S. 258 | June 23, 2014 |
| **Expert Reports** | |
| Expert Report of Zachary Nye, Ph.D., with Appendix A and Exhibits 1–14, including materials cited and backup material produced, NYE_0000001–NYE_0001814 | June 29, 2020 |

EXHIBIT 1

Page 1
Exhibit 1 at 67

| Document Title, Bates Numbers | Document Date |
|---|---|
| **Depositions** | |
| Deposition of Zachary Nye, Ph.D. | August 14, 2020 |
| | |
| **Stamps.com Public Filings and Investor Communications from 2016 Through the Present, Including** | |
| "Stamps.com Inc. NasdaqGS:STMP: FQ1 2016 Earnings Call Transcripts," *S&P Global Market Intelligence* | May 9, 2016 |
| "Stamps.com Inc. NasdaqGS:STMP: FQ2 2016 Earnings Call Transcripts," *S&P Global Market Intelligence* | July 28, 2016 |
| "Stamps.com Inc. NasdaqGS:STMP: FQ3 2016 Earnings Call Transcripts," *S&P Global Market Intelligence* | November 3, 2016 |
| "Stamps.com Inc. NasdaqGS:STMP: FQ4 2016 Earnings Call Transcripts," *S&P Global Market Intelligence* | February 23, 2017 |
| "Edited Transcript: Q1 2017 Stamps.Com Inc Earnings Call," *Thomson Reuters* | May 3, 2017 |
| "Edited Transcript: Q2 2017 Stamps.Com Inc Earnings Call," *Thomson Reuters* | August 2, 2017 |
| "Edited Transcript: Q3 2017 Stamps.Com Inc Earnings Call," *Thomson Reuters* | November 2, 2017 |
| "Edited Transcript: Q4 2017 Stamps.Com Inc Earnings Call," *Thomson Reuters* | February 21, 2018 |
| "Edited Transcript: Q1 2018 Stamps.Com Inc Earnings Call," *Thomson Reuters* | May 3, 2018 |
| "Edited Transcript: Q2 2018 Stamps.Com Inc Earnings Call," *Thomson Reuters* | August 1, 2018 |
| "Edited Transcript: Q3 2018 Stamps.Com Inc Earnings Call," *Thomson Reuters* | October 31, 2018 |
| "Edited Transcript: Q4 2018 Stamps.Com Inc Earnings Call," *Thomson Reuters* | February 21, 2019 |
| "Edited Transcript: Q1 2019 Stamps.Com Inc Earnings Call," *Thomson Reuters* | May 8, 2019 |
| "Edited Transcript: Q2 2019 Stamps.Com Inc Earnings Call," *Thomson Reuters* | August 7, 2019 |
| "Edited Transcript: Q3 2019 Stamps.Com Inc Earnings Call," *Thomson Reuters* | November 7, 2019 |
| "Edited Transcript: Q4 2019 Stamps.Com Inc Earnings Call," *Thomson Reuters* | February 19, 2020 |
| Stamps.com Inc., Form 10-K for the Fiscal Year Ended December 31, 2017 | February 28, 2018 |
| Stamps.com Inc., Form 10-K, for the Fiscal Year Ended December 31, 2016 | March 1, 2017 |

EXHIBIT 1

Page 2
Exhibit 1 at 68

| Document Title, Bates Numbers | Document Date |
|---|---|
| Stamps.com Inc., Form 10-Q, for the Quarterly Period Ended June 30, 2018 | August 8, 2018 |
| Stamps.com Press Release, "Stamps.com Reports First Quarter 2017 Results" | May 3, 2017 |
| Stamps.com Press Release, "Stamps.com Reports Second Quarter 2017 Results" | August 2, 2017 |
| Stamps.com Press Release, "Stamps.com Reports Third Quarter 2018 Results" | October 31, 2018 |

**Academic Articles and Textbooks**

Asquith, Paul, Parag A. Pathak, and Jay R. Ritter, "Short Interest, Institutional Ownership, and Stock Returns," *Journal of Financial Economics*, Vol. 78, 2005, pp. 243–276

Berk, Jonathan, Peter DeMarzo, and Jarrad Harford, *Fundamentals of Corporate Finance*, Global Edition, 4th ed., London: Pearson Education, 2018

Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 11th ed., McGraw-Hill/Irwin, 2014

Busse, Jeffrey A., and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics*, Vol. 65, 2002, pp. 415–437

Chordia, Tarun, Richard Roll, and Avanidhar Subrahmanyam, "Evidence on the speed of convergence to market efficiency," *Journal of Financial Economics*, Vol. 76, February 2005, pp. 271–292

Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, May 1970, pp. 383–417

Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, No. 5, December 1991, p. 1575-1617

Greene, Jason T., and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases," *Financial Management*, Vol. 25, No. 1, Spring 1996, pp. 19–42

MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. XXXV, March 1997, pp. 13–39

Patell, James M. and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics*, Vol. 13, June 1984, pp. 223–252

Ross, Stephen A., Randolph W. Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 7th ed., New York: McGraw-Hill/Irwin, 2005, p. 356

**Other Publicly Available Materials**

"Approved Postal Provider Programs," *USPS*, available at https://about.usps.com/suppliers/becoming/approved-postal-provider-programs.htm, last accessed August 14, 2020

EXHIBIT 1

Page 3
Exhibit 1 at 69

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Mail & Shipping Services," *USPS*, available at https://www.usps.com/ship/mail-shipping-services.htm#1, last accessed August 14, 2020 | |
| Stamps.com (Stamps.com), "Stamps.com interviews Jim Cochrane, USPS Chief Customer & Marketing Officer – Listen to great insights on the strategies the U.S. Postal Service is using to grow package revenue…," *Facebook*, available at https://www.facebook.com/stamps.com/photos/stampscom-interviews-jim-cochrane-usps-chief-customer-marketing-officer-listen-t/10155781139708394/, last accessed August 27, 2020 | |
| The Capitol Forum (@Capitol_Forum), *Twitter*, available at https://twitter.com/capitol_forum?lang=en, last accessed August 25, 2020 | |
| Dey, Esha, "Stamps.com Disagrees With Capitol Forum on USPS Cancellation," *Bloomberg News Enterprise* | July 11, 2016 |
| "Informed Delivery™ Debuts at the 2017 National Postal Forum," *USPS Blog*, available at https://uspsblog.com/national-postal-forum-2017/ | May 26, 2017 |
| "Interview with Jim Cochrane, USPS Chief Customer & Marketing Officer," *Stamps.com Blog*, available at https://blog.stamps.com/2017/08/01/interview-jim-cochrane-usps-cmo/ | August 1, 2017 |
| McAllister, Bill, "USPS 'postage reselling' program scrutinized," *Linn's Stamp News*, available at https://www.linns.com/news/us-stamps-postal-history/2017/august/usps-postage-reselling-program-scrutinized.html | August 1, 2017 |
| Stamps.com (@StampsCom), "Interview w/ Jim Cochrane, USPS Chief Customer & Marketing Officer Get insight into USPS's revenue growth strategy…," *Twitter*, available at https://twitter.com/StampsCom/status/892484260262805505, last accessed August 14, 2020 | August 1, 2017 |
| "Stamps.com under scrutiny – update on changes to the USPS Reseller programs and potential impact to small volume shippers," *Shipware*, available at https://www.shipware.com/blog/stamps-com-under-scrutiny-update-on-changes-to-the-usps-reseller-programs-and-potential-impact-to-small-volume-shippers/ | September 14, 2017 |
| "DMM Revision: New PC Postage Provider," *USPS*, available at https://about.usps.com/postal-bulletin/2017/pb22479/html/updt_002.htm, last accessed August 14, 2020 | October 26, 2017 |
| Donald J. Trump (@realDonaldTrump), "I am right about Amazon costing the United States Post Office massive amounts of money for being their Delivery Boy. Amazon should pay these costs (plus) and not have them bourne by the American Taxpayer. Many billions of dollars. P.O. leaders don't have a clue (or do they?)!" *Twitter*, available at https://twitter.com/realDonaldTrump/status/981168344924536832, last accessed March 6, 2020 | April 3, 2018 |
| "Executive Order on the Task Force on the United States Postal System," *Donald J. Trump*, available at https://www.whitehouse.gov/presidential-actions/executive-order-task-force-united-states-postal-system/ | April 12, 2018 |

EXHIBIT 1

Page 4
Exhibit 1 at 70

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Filing Detail: Stamps.com Inc Form 10-Q," *SEC EDGAR*, available at https://www.sec.gov/Archives/edgar/data/1082923/000108292318000105/0001082923-18-000105-index.htm | August 8, 2018 |
| "Order Approving Amendment One to Priority Mail Express & Priority Mail Negotiated Service Agreement," Order No. 4873, United States of America Postal Regulatory Commission, referenced in *The Capitol Forum* 12/12/18 report | November 6, 2018 |
| "United States Postal Service: A Sustainable Path Forward," *U.S. Department of the Treasury* | December 2018 |
| Brody, Ben, "Trump Panel Seeks Higher Postal Shipping Rates After Amazon Feud," *Bloomberg* | December 4, 2018 |
| O'Brien, Mike, "Stamps.com Stuns by Parting Ways with USPS, Looks to Other Carriers," *MultiChannel Merchant* | February 26, 2019 |
| Solomon, Mark, "Spurned by USPS' denial to end exclusivity agreement, Stamps.com takes its ball and goes elsewhere," *FreightWaves* | February 28, 2019 |
| "Assessing the Effectiveness of Domestic Competitive Negotiated Service Agreements," *USPS Office of Inspector General*, Report Number RARC-WP-19-004 | May 3, 2019 |
| "The Postal Service and the Evolution of PC Postage," *USPS Office of Inspector General*, Report Number RARC-WP-19-005 | June 3, 2019 |

**Data Sources**

CRSP

Refinitiv

Factiva

Tick

**Analyst Reports**

| | |
|---|---|
| "Lower Earnings Estimates; Earnings Preview," *Sidoti & Company* | July 6, 2016 |
| "Many Questions Drive Volatility," *Northland Capital Markets* | July 14, 2016 |
| "View The Pullback In The Stock Following A Negative Research Piece As An Opportunity; We Dispute The Article's Claims; Fundamentals Remain Strong; Reiterate BUY And $150 Target." *Sidoti & Company* | July 14, 2016 |
| "Playing The Stamps.com Whack-A-Mole Game. We See The Fundamental Strengths Continuing To Shine And The Stock Way Oversold." *Craig-Hallum* | July 20, 2016 |
| "STMP: Re-Initiate with Buy and $96 PT," *ROTH Capital Partners* | July 28, 2016 |
| "Another Strong Quarter Beating Estimates; Maintaining PT and OP Rating," *Northland Capital Markets* | July 29, 2016 |

EXHIBIT 1

Page 5
Exhibit 1 at 71

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Delivers Another Beat and Raise; Management Refutes Misleading Short Report Claims; Raising Estimates and Increasing Price Target from $150 to $160; Reiterate Buy Rating," *B. Riley* | July 29, 2016 |
| "Great Results Combined With A Drubbing Of The Short Thesis. A Stunning Scenario Exists. Reiterate BUY Rating And $150 Price Target." *Craig-Hallum* | July 29, 2016 |
| "Large 2Q:16 Beat On Revenue And EPS; 2016 Guidance Raised; Reseller Concerns Defended; Raise 2016 And 2017 Estimates; Raise Price Target To $160 (From $150); Reiterate BUY Rating," *Sidoti & Company* | July 29, 2016 |
| "STMP: 2Q Outperformance and Some Bear Thesis Rebuttal," *ROTH Capital Partners* | July 29, 2016 |
| "Lifting model to reflect Q2 beat+raise and impact of ShippingEasy." *Emerging Growth Equities* | August 2, 2016 |
| "Recent Controversy Appears Overblown, Reiterate Outperform," *Northland Capital Markets* | September 1, 2016 |
| "Another beat and raise, another acquisition, and a response to the naysayers from CEO McBride. Although transparency is still an issue, we are raising estimates but maintaining our Price target based on GAAP numbers." *Singular Research* | September 6, 2016 |
| "Maintain Positive Outlook On STMP Due To Strength In Ecommerce, Enterprise, Small Home Office And Acquisitions; Reiterate BUY Rating, Maintain $160 Price Target," *Sidoti & Company* | September 9, 2016 |
| "Travels With Management Address Reseller Concerns And Highlight Market Opportunities From Acquisitions And High-Volume Shipping Customers; Reiterate BUY Rating, Maintain $160 Target," *Sidoti & Company* | September 21, 2016 |
| "Expect 3Q:16 EPS Ahead Of Consensus Due To High Volume Shipping Demand, Share Gains In Ecommerce, Small Home Office And Enterprise And Acquisitions; Maintain BUY $160 Target," *Sidoti & Company* | October 20, 2016 |
| "STMP: 3Q Preview," *ROTH Capital Partners* | October 30, 2016 |
| "Morning Summary," *ROTH Capital Partners* | October 31, 2016 |
| "STMP: Solid 3Q Outperformance; PT to $133," *ROTH Capital Partners* | November 3, 2016 |
| "3Q:16 EPS Top Estimates By Wide Margin On Transition To More Profitable Shipping Customers; Raise Estimates And Increase Price Target To $175 (From $160); Maintain BUY Rating," *Sidoti & Company* | November 4, 2016 |
| "Another Big Beat and Raise," *Northland Capital Markets* | November 4, 2016 |
| "We Could Use A Lot Of Adjectives To Describe The Results And Guide – We'll Choose One – Stunning! Reiterate BUY Rating And $150 Price Target." *Craig-Hallum* | November 4, 2016 |
| "ShippingEasy's Integration with Walmart is One More Value-Add for Customers," *Northland Capital Markets* | November 16, 2016 |

EXHIBIT 1                                                    Page 6
                                                                      Exhibit 1 at 72

| Document Title, Bates Numbers | Document Date |
|---|---|
| "After handily beating our estimates and guiding higher for Q4, we are modeling high growth driven by continued momentum of the packaging and shipping business as e-commerce continues to grow rapidly. Accordingly, we are increasing our Price target to $134." *Singular Research* | November 20, 2016 |
| "U.S. Interest List," *William O'Neil + Co.* | November 21, 2016 |
| "U.S. Interest List," *William O'Neil + Co.* | December 12, 2016 |
| "High Volume Shippers, Acquisitions And Foothold In Small Home Office/Enterprise Markets Will Drive Pretax Income Growth; Higher Tax Rate Will Curb EPS Growth; Maintain BUY, $175 Target," *Sidoti & Company* | December 15, 2016 |
| "U.S. Interest List," *William O'Neil + Co.* | December 27, 2016 |
| "Morning Summary," *ROTH Capital Partners* | January 3, 2017 |
| "STMP: Model Update," *ROTH Capital Partners* | January 3, 2017 |
| "U.S. Interest List," *William O'Neil + Co.* | January 3, 2017 |
| "We Believe It Was Another Strong Shipping Season And Expect The Results To Propel The Stock Higher. Reiterate BUY Rating And $150 Price Target." *Craig-Hallum* | January 3, 2017 |
| "Rolling Out 2018 Estimates as U.S. Package Volumes Appear Strong," *Northland Capital Markets* | January 6, 2017 |
| "U.S. Interest List," *William O'Neil + Co.* | January 9, 2017 |
| "U.S. Interest List," *William O'Neil + Co.* | January 16, 2017 |
| "Estimate 4Q:16 EPS Ahead Of Consensus; Lower 2017 EPS Estimate On Higher Tax Rate Assumption; Positive On Organic/Acquisition Growth Drivers; Maintain BUY Rating, $175 Target," *Sidoti & Company* | January 19, 2017 |
| "Despite The Headlines, Each Of Last Week's Reports Suggests Further Positives For Stamps.com." *Craig-Hallum* | February 6, 2017 |
| "STMP: Expect Strong 4Q As E-Commerce Trends Remain Healthy; PT to $156," *ROTH Capital Partners* | February 17, 2017 |
| "4Q:16 Results Beat Expectations As STMP's Business Model Has Shifted To Mostly High Volume Shippers; 2017 Guidance Is Conservative, In Our View; Maintain BUY Rating, $175 Price Target," *Sidoti & Company* | February 24, 2017 |
| "Q4 Results Prove As Good As We Had Hoped - Now Settling Into Normal, Still High Growth. Reiterate BUY Rating And $150 Price Target." *Craig-Hallum* | February 24, 2017 |
| "Reports Q4 '16 Results Above Expectations; Raising Estimates and Increasing Price Target From $184.00 to $210.00; Reiterate Buy Rating," *B. Riley* | February 24, 2017 |
| "STMP: 4Q Beat; High Volume Shipping Key to why STMP Remains a Focus Pick," *ROTH Capital Partners* | February 24, 2017 |
| "Yet Another Big Beat as Service Revenue Expansion Continues," *Northland Capital Markets* | February 24, 2017 |

EXHIBIT 1

Page 7
Exhibit 1 at 73

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Flash report, post earnings call: STMP reported sharply higher revenue and earnings in the fourth quarter, well above our estimates. We are modeling for steady growth in revenue, driven by continued momentum of the packaging and shipping business as e-commerce continues to grow rapidly. Accordingly, we are increasing our price target to $145." *Singular Research* | February 27, 2017 |
| "STMP: 2017 ROTH Conference Takeaways," *ROTH Capital Partners* | March 17, 2017 |
| "Postal Service Reforms a Positive for STMP," *Northland Capital Markets* | March 22, 2017 |
| "Takeaways From The FDX Earnings Report And Call." *Craig-Hallum* | March 22, 2017 |
| "Keeping In Mind What Is Important – Volume And Profitability," *Craig-Hallum* | April 10, 2017 |
| "Outlook Is Positive For High Volume Shipper Business: Model Solid Pretax Gains Coupled With EPS Declines In 1Q:17 And Full Year 2017, Due To Higher Tax Rate; Maintain BUY, $175 Target," *Sidoti & Company* | April 24, 2017 |
| "STMP: 1Q Preview; Steady Sales Growth Despite Tougher Comparables," *ROTH Capital Partners* | May 1, 2017 |
| "Q1 '17 Earnings Preview; Reiterate Buy Rating and $210.00 Price Target," *B. Riley* | May 2, 2017 |
| "STMP: Shipping Drives 1Q Outperformance; PT to $166," *ROTH Capital Partners* | May 3, 2017 |
| "1Q:17 EPS/Revenue Top Our Estimates Primarily On Growth In High Volume Shipping Customers; Raise 2017-2018 Estimates; Lift Price Target To $182 (From $175); Maintain BUY Rating," *Sidoti & Company* | May 4, 2017 |
| "Q1 Steady As She Goes," *Northland Capital Markets* | May 4, 2017 |
| "Reports Q1 Beat; Raises FY '17 Guidance; Reiterate Buy Rating and $210.00 Price Target," *B. Riley* | May 4, 2017 |
| "Would You Make A Change When You're Growing At 2x The Market Rate? Reiterate BUY Rating, Increasing Price Target To $170." *Craig-Hallum* | May 4, 2017 |
| "Flash report, post earnings call: STMP reported sharply higher revenue and earnings in the first quarter, well above our estimates. We are modeling for steady growth in revenue, driven by continued momentum of the packaging and shipping business as e-commerce continues to grow rapidly. Accordingly, we are increasing our price target to $145." *Singular Research* | May 8, 2017 |
| "Takeaways from 2017 National Postal Forum; Reiterate Buy Rating and $210.00 Price Target," *B. Riley* | May 23, 2017 |
| "STMP: Checks Indicate USPS Reseller Program Likely Unchanged," *ROTH Capital Partners* | May 30, 2017 |
| "Morning Summary," *ROTH Capital Partners* | May 31, 2017 |
| "Looking to IREC for Competitive Stance, Acquisition Leverage and General Tone," *Northland Capital Markets* | June 2, 2017 |

EXHIBIT 1

Page 8
Exhibit 1 at 74

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Still finding Leverage From Acquisitions; eCommerce Trends Remain Strong," *Northland Capital Markets* | June 8, 2017 |
| "STMP: CRM Tool Should Be ARPU Accretive But It's A Competitive Field," *ROTH Capital Partners* | June 14, 2017 |
| "Expect 2Q:17 EPS To Beat Consensus On Strength In Shipping; Argue STMP Continues To Benefit From Ecommerce Shipping Trends, Advantages Of Digital Stamp; Maintain BUY, $182 Target," *Sidoti & Company* | July 5, 2017 |
| "Q1 report: STMP reported sharply higher revenue and earnings in the first quarter, well above our estimates. We are modeling for steady growth in revenue, operating profitablilty intact, and a tax-rate-induced short-term pullback in adjusted earnings in 2017 with growth to resume in 2018. Accordingly, we are increasing our price target to $170, with a change in rating to BUY:Long-Term. Accumlate under $140." *Singular Research* | July 5, 2017 |
| "STMP: Solid 2Q Expected; Comps Get Tougher in 2H17 As Organic Growth In Focus," *ROTH Capital Partners* | July 28, 2017 |
| "STMP: SHOP Data Points Bodes Well for STMP 2Q," *ROTH Capital Partners* | August 1, 2017 |
| "2Q:17 Revenue/EPS Top Estimates, With Strong Growth From Shipping; 2017 Guidance Is Increased; Raise Price Target To $205 (From $182) On Higher 2018 Estimates; Maintain BUY," *Sidoti & Company* | August 3, 2017 |
| "New USPS Signings and ARPU Growth Drive Up Model and PT," *Northland Capital Markets* | August 3, 2017 |
| "Reports Q2 '17 Results Above Expectations; Raises FY '17 Guidance; Increasing Estimates and Raising Price Target From $210.00 to $250.00; Reiterate Buy Rating," *B. Riley* | August 3, 2017 |
| "STMP: Growth Acceleration Drives Substantial 2Q Outperformance; PT to $203," *ROTH Capital Partners* | August 3, 2017 |
| "Why Covering Stamps.com Is Like Playing With A Great Golfer. Reiterate BUY Rating, Increasing Price Target To $210." *Craig-Hallum* | August 3, 2017 |
| "Q2 '17 Flash report: STMP reported sharply higher revenue and earnings in the second quarter, well above our estimates. The Company's strategy to emphasize marketing initiatives this year is timely and boosted results well above our prior expectations. Accordingly, we are increasing our price target to $250, and reiterating our BUY rating." *Singular Research* | August 7, 2017 |
| "Based On Significant Financial Outperformance, Attractive Outlook And Refute Of Short Seller's Thesis, We Raise Our Price Target To $250 (From $205) And Reiterate Our BUY Rating," *Sidoti & Company* | August 8, 2017 |
| "Positive On Transition To Ecommerce, Transaction-Based Business Model; Rise In Pro Forma Tax Rate Will Mask Solid Projected Annual Pretax Gains; Maintain BUY Rating And $250 Price Target," *Sidoti & Company* | August 24, 2017 |
| "Unwarranted Sell-Off Creates Buying Opportunity; USPS PC Postage Revenues +16.0% Y/Y in July," *B. Riley* | August 24, 2017 |

EXHIBIT 1                                                                Page 9
                                                                              Exhibit 1 at 75

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Change Came In The Fall And It Has Been Good And Remains Good For Stamps.com. Maintaining BUY Rating, Increasing Price Target To $230." *Craig-Hallum* | August 25, 2017 |
| "Business Remains on Track; Looking For Growth From Higher Value Solutions," *Northland Capital Markets* | September 14, 2017 |
| "USPS Pricing Update," *Northland Capital Markets* | October 11, 2017 |
| "Our Outlook On Shipping And Multi-Carrier Solutions, As Well as The Small Home Office And Enterprise Markets, Remains Positive; Maintain BUY Rating, $250 Price Target," *Sidoti & Company* | October 17, 2017 |
| "STMP: Checks Indicate Solid 3Q Ahead; Nearing Fair Value Multiples," *ROTH Capital Partners* | October 29, 2017 |
| "STMP: Noise Around 4Q17 Implied Guidance a Repeat of 4Q16?" *ROTH Capital Partners* | November 2, 2017 |
| "3Q:17 Revenue And EPS Beat Estimates; Management Raises EPS Guidance On Tax Benefits And Positive Postal Shipping Trends; Expect Benefit From Ecommerce; Maintain BUY, $250 Target," *Sidoti & Company* | November 3, 2017 |
| "Q3 Beat, but Confusing Q4 Guide; 2018 Revs Tweaked Up." *Northland Capital Markets* | November 3, 2017 |
| "Reports Noisy Q3 Beat; Reiterate Buy Rating and $250.00 Price Target," *B. Riley* | November 3, 2017 |
| "We Won't Let A Seasonally Slow Quarter Overwhelm A Powerful Growth Story." *Craig-Hallum* | November 3, 2017 |
| "STMP: NY Technology Corporate Access Day Takeaways," *ROTH Capital Partners* | November 16, 2017 |
| "Earnings Recap," *Northland Capital Markets* | November 20, 2017 |
| "Notes from the Road," *Northland Capital Markets* | December 19, 2017 |
| "Q3 '17 Flash report: STMP reported sharply higher revenue and earnings in the third quarter. The Company's strategy to emphasize marketing initiatives this year is timely and we expect it will boost results. Accordingly, we are maintaining our price target of $250, and also our BUY rating." *Singular Research* | December 28, 2017 |
| "Raise 2018 And 2019 EPS Estimates On Lower Tax Rates; Model 4Q:17 EPS Above Consensus; Positive On Benefits From Ecommerce; Maintain BUY, Raise Price Target To $254 (From $250)," *Sidoti & Company* | January 18, 2018 |
| "USPS PC Postage Revenues Increase 4.1% Y/Y in December; More Thoughts on Amazon Competitive Threat; Reiterate Buy Rating and $250.00 Price Target," *B. Riley* | February 12, 2018 |
| "STMP: Mixed Data Points Ahead of 4Q," *ROTH Capital Partners* | February 16, 2018 |
| "STMP: 4Q17 Results Outperform as STMP Invests for Forward International Growth," *ROTH Capital Partners* | February 21, 2018 |

EXHIBIT 1

Page 10
Exhibit 1 at 76

| Document Title, Bates Numbers | Document Date |
|---|---|
| "4Q Results Beat; FY18 Revenue Guidance Above Expectations; Raising Estimates and Price Target; Reiterate Buy Rating," *B. Riley* | February 22, 2018 |
| "4Q:17 Results Top Expectations;, Plans Call For Increased Spending For Long Term Growth And Expanded End Markets, Maintain BUY Rating And Raise Price Target To $265 (From $254)," *Sidoti & Company* | February 22, 2018 |
| "Playing The Long Game – 2018 Becomes An Investment Year In New TAM Expansion. Maintaining BUY Rating, Lowering Price Target To $215." *Craig-Hallum* | February 22, 2018 |
| "Q4 Another Beat; Guidance for a mid/hi-teens Growth Year for 2018," *Northland Capital Markets* | February 22, 2018 |
| "STMP: 30th Annual ROTH Conference Takeaways," *ROTH Capital Partners* | March 18, 2018 |
| "President Trump Signs Executive Order Forming Task Force to Review the USPS," *B. Riley* | April 13, 2018 |
| "STMP: USPS Review May Cause Volatility in Shares Over Intermediate-Term," *ROTH Capital Partners* | April 13, 2018 |
| "Model 1Q:18 Revenue And EPS Ahead Of Consensus Forecast; Remain Positive On Shipping Revenue And New Offerings; Maintain BUY Rating, $265 Price Target," *Sidoti & Company* | April 17, 2018 |
| "Postal Service Moves To Be More Competitive – Stamps.com A Direct Beneficiary. Raising Price Target To $240." *Craig-Hallum* | April 23, 2018 |
| "STMP: SHOP Checks Gives Us Confidence In Potential Solid 1Q Results; PT to $244," *ROTH Capital Partners* | April 27, 2018 |
| "STMP: Shopify Results + Read Through For STMP," *ROTH Capital Partners* | May 1, 2018 |
| "STMP: Solid 1Q But In-line Guide As GAP Starts To Contribute; PT to $255," *ROTH Capital Partners* | May 3, 2018 |
| "1Q:18 EPS/Revenue Top Estimates On Shipping Strength; View Favorably Revenue Potential From New Offerings; Raise 2018-2019 Estimates And Price Target To $292 (From $265); Maintain BUY," *Sidoti & Company* | May 4, 2018 |
| "Another Big Beat in 1Q; FY18 EPS Guidance Moves Higher on Lower Tax Rate; Increasing Price Target, from $275 to $300, Reiterate Buy," *B. Riley* | May 4, 2018 |
| "Great Start To The Year, International Revenues Begin To Kick In. Maintaining BUY Rating, Raising Target Price To $260." *Craig-Hallum* | May 4, 2018 |
| "Nice Quarter; Lower Tax Rate Drives Bottom: International Drives TAM Expansion," *Northland Capital Markets* | May 4, 2018 |
| "The company announced better-than-expected first quarter results with both revenues and EPS above our estimates. The Company's strategy to emphasize marketing initiatives this year is timely and we expect it will boost results. We maintain our BUY rating and increase our target price of $275 per share." *Singular Research* | May 10, 2018 |
| "First Class Growth Story - Initiating Coverage with a Buy Rating, $320 Price Target," *Maxim Group* | May 31, 2018 |

EXHIBIT 1

Page 11
Exhibit 1 at 77

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Maxim Morning Minutes," *Maxim Group* | June 1, 2018 |
| "Still a Growing, Complicated Space," *Northland Capital Markets* | June 8, 2018 |
| "Stamps.com Inc. (STMP) UP 280% since our initiation 10/19/15. Dropping coverage," *Singular Research* | June 18, 2018 |
| "Overreaction to Concerns of Proposed Changes to U.S. Post Office, in our view - Reiterate Buy, $320 Target," *Maxim Group* | June 22, 2018 |
| "Announces Definitive Agreement to Acquire MetaPack Ltd.," *B. Riley* | July 25, 2018 |
| "MetaPack Acquisition Expands International Focus," *Northland Capital Markets* | July 26, 2018 |
| "STMP: Checks Indicate Solid 2Q Ahead of MetaPack Acquisition; PT to $305," *ROTH Capital Partners* | July 26, 2018 |
| "Project 2Q18 EPS and Revenue Ahead of Consensus, Positive on Growth Outlook From E-commerce; Maintain Buy Rating, $320 PT," *Maxim Group* | July 27, 2018 |
| "2Q18 EPS and Revenue Beat and 2018 EPS Guidance Raised, Maintain Buy, $320 PT," *Maxim Group* | August 2, 2018 |
| "Another Beat in 2Q; FY18 EPS Guidance Moves Higher on Lower Tax Rate—Reiterate Buy, $300 PT," *B. Riley* | August 2, 2018 |
| "Q2 Results Beat; Guidance Conservative as Usual; Detail on MetaPack Provided," *Northland Capital Markets* | August 2, 2018 |
| "Stamps.com Begins To Take Over the World; Why The MetaPack Acquisition Makes So Much Sense. Raising Price Target To $300, Maintaining BUY Rating." *Craig-Hallum* | August 2, 2018 |
| "STMP: Modest 2Q Outperformance and In-Line Guide as Int'l Catalyst Awaits," *ROTH Capital Partners* | August 2, 2018 |
| "Updated Risk Factors in 10-Q Disclose Renegotiation of a Financial Arrangement with the USPS; Reiterate Buy, $300 PT," *B. Riley* | August 8, 2018 |
| "Nothing Unprecedented About A Renegotiation – Aside From The Environment – This Is 'Normal Course' For Stamps.com." *Craig-Hallum* | August 9, 2018 |
| "USPS Contract Renegotiation Not Outside the Ordinary, But Politics Elevate Risk," *Northland Capital Markets* | August 9, 2018 |
| "Acquisition and Business on Track," *Northland Capital Markets* | September 17, 2018 |
| "USPS Price Increase a Positive for STMP," *Northland Capital Markets* | October 12, 2018 |
| "Is Trump Front-Running The Task Force Review Conclusions? We Were Surprised By The Naïve Reaction To The News." *Craig-Hallum* | October 18, 2018 |
| "Little Impact Expected on STMP Business from Universal Postal Union Withdrawal," *Northland Capital Markets* | October 18, 2018 |
| "President Trump's Plans to Withdraw from the Universal Postal Union Drives an Unwarranted Selloff in STMP Shares; Reiterate Buy, $300 PT," *B. Riley* | October 18, 2018 |
| "STMP: 3Q18 Preview; PT to $270," *ROTH Capital Partners* | October 30, 2018 |

EXHIBIT 1                                                                    Page 12
Exhibit 1 at 78

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Project 3Q18 EPS Ahead of Consensus, Positive on Growth Outlook From Ecommerce; Maintain BUY Rating, $320 PT," *Maxim Group* | October 31, 2018 |
| "3Q Results Exceed Expectations; Increases FY18 Revenue and Pro Forma EPS Guidance; Addresses Key Investor Concerns; Reiterate Buy, $300 PT," *B. Riley* | November 1, 2018 |
| "Good Q; Guidance Tweaked UP; Govt Concerns Provide Buying Opportunity," *Northland Capital Markets* | November 1, 2018 |
| "Organic Growth Remains 20% – Now We Layer in the Rest of the World. Reiterating BUY Rating, Lowering Price Target To $265." *Craig-Hallum* | November 1, 2018 |
| "STMP: ARPU Growth Drives 3Q Beat; USPS Concerns Addressed (But Still Linger)," *ROTH Capital Partners* | November 1, 2018 |
| "3Q18 EPS and Revenue Beat our Estimates, Positive Outlook, Maintain Estimates and $320 PT," *Maxim Group* | November 2, 2018 |
| "Our Takeaways from the Task Force Report on the United States Postal Service; Reiterate Buy, $300 PT," *B. Riley* | December 6, 2018 |
| "STMP: USPS Task Force Report Takeaways," *ROTH Capital Partners* | December 6, 2018 |
| "The Fog Clears on STMP Overhang," *Northland Capital Markets* | December 6, 2018 |
| "There Is No Boogeyman. Trump Task Force Conclusions Consistent With Our Expectations And Substantially De-Risk The Story. Reiterating BUY Rating And $265 Price Target." *Craig-Hallum* | December 6, 2018 |
| "Positive Travels with Management - Reiterate Buy, $320 PT," *Maxim Group* | December 13, 2018 |
| "Maxim Morning Minutes," *Maxim Group* | January 24, 2019 |
| "Project 4Q18 EPS Ahead of Consensus, Positive on Growth Outlook from Ecommerce - Maintain Buy Rating, $320 PT," *Maxim Group* | January 24, 2019 |
| "Initiating Coverage of Stamps.com (STMP)," *K. Liu & Co.* | February 4, 2019 |
| "Following a Noisy FY18, Stamps.com Presents a Compelling Risk/Reward Opportunity in FY19; Adding to Alpha Generator List; Reiterate Buy, $300 PT," *B. Riley* | February 11, 2019 |
| "STMP: 4Q18 Preview," *ROTH Capital Partners* | February 11, 2019 |
| "USPS Financial Results Portend Strong Q4 for Stamps.com," *K. Liu & Co.* | February 11, 2019 |
| "Morning Summary," *ROTH Capital Partners* | February 12, 2019 |
| "Project 4Q18 EPS Ahead of Consensus, Positive on Growth Outlook from Ecommerce - Maintain Buy Rating, $320 PT," *Maxim Group* | February 15, 2019 |
| "Stamps.com Q4 '18 Earnings Preview," *K. Liu & Co.* | February 19, 2019 |
| "Shock and Awe Following Stamps.com's Q4 '18 Results," *K. Liu & Co.* | February 21, 2019 |
| "Not Renewing Contract with USPS; Shift to Multi-Carrier Strategy Adds Uncertainty; Large Cut in Numbers - Downgrade to Hold," *Maxim Group* | February 22, 2019 |

EXHIBIT 1                                          Page 13
Exhibit 1 at 79

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Shares Fall ~48.5% After-Hours as Stamps.com Discontinues its Shipping Partnership with the USPS; Removing from the Alpha Generator; Lowering PT from $300 to $130; Maintain Buy," *B. Riley* | February 22, 2019 |
| "Stamps Goes Postal On The USPS. The Short-Term Impacts Will Be Significant and Painful; Long-Term The Pie Will Be Much Larger And The Opportunities Bigger. Maintaining BUY Rating And Lowering Price Target To $125." *Craig-Hallum* | February 22, 2019 |
| "STMP Terminates Exclusive USPS Relationship in Surprising Move," *Northland Capital Markets* | February 22, 2019 |
| "STMP: Pivot Away From USPS Necessary But Painful; Rating to Sell," *Roth Capital Partners* | February 22, 2019 |
| "Key Takeaways Following Stamps.com's 10-K Filing," *K. Liu & Co.* | March 4, 2019 |
| "Q1 '19 Earnings Preview for Stamps.com," *K. Liu & Co.* | March 4, 2019 |
| "Announces New $60M Share Repurchase Plan; Reiterate Buy, $130 PT," *B. Riley* | March 11, 2019 |
| "Conference Call with CFO Highlights Opportunities to Shift to Multi-Carrier Businesses - Maintain Hold," *Maxim Group* | March 14, 2019 |
| "STMP: ROTH Conference Takeaways," *ROTH Capital Partners* | March 22, 2019 |
| "Pullback in Stock Makes Risk/Reward Favorable - Upgrading to Buy and Setting $98 Price Target," *Maxim Group* | April 10, 2019 |
| "STMP: 1Q19 Preview," *ROTH Capital Partners* | May 6, 2019 |
| "1Q19 Preview: Project Above Consensus Results; Risk/Reward Favorable - Reiterate Buy, $98 PT," *Maxim Group* | May 7, 2019 |
| "STMP: Changes to USPS Reseller Unit Economics Heighten Uncertainty; PT to $35," *ROTH Capital Partners* | May 8, 2019 |
| "1Q Results Beat, but Anticipated Changes to USPS Reseller Program Reduces FY19 Guidance; Limited Visibility Creates Additional Risk to Forward Numbers; Downgrading from Buy to Neutral, PT to $45," *B. Riley* | May 9, 2019 |
| "1Q19 Beat, but Upcoming Cuts to Reseller Contracts Causes Us to Lower Estimates - Reiterate Buy, Lower PT to $59, from $98," *Maxim Group* | May 9, 2019 |
| "Another Massive Shift Likely Coming – A Model In Extreme Transition – Pain Inflicted – Moving To HOLD Rating, Reducing Price Target To $48." *Craig-Hallum* | May 9, 2019 |
| "Misery Compiler: USPS Revs Down Again. New Carrier Timing Unknown; $80 PT," *Northland Capital Markets* | May 9, 2019 |
| "Q1 '19 Recap: The Good, the Bad and the Ugly," *K. Liu & Co.* | May 9, 2019 |
| "Minor Adjustments to Estimates After 1Q19 10-Q Filing; Maintain Neutral Rating and $45 PT," *B. Riley* | May 13, 2019 |
| "Takeaways from Meeting with Management," *K. Liu & Co.* | June 13, 2019 |

EXHIBIT 1

Page 14
Exhibit 1 at 80

| Document Title, Bates Numbers | Document Date |
| --- | --- |
| "Lowering 2020E on Reseller Revenue Cuts, Timing Uncertainty on Replacing USPS - Downgrading Shares to Hold, from Buy," *Maxim Group* | July 18, 2019 |
| "STMP: 2Q19 Preview; Visibility Still Cloudy," *ROTH Capital Partners* | July 29, 2019 |
| "Earnings Preview: Expect Solid 2Q Results but Cautious Around Forward Guidance as Investors Await Incremental Updates to the Reseller Program; Maintain Neutral, $45 PT," *B. Riley* | August 2, 2019 |
| "Q2 '19 Earnings Preview," *K. Liu & Co.* | August 5, 2019 |
| "2Q Results Beat; Increases Lower End of FY19 Guidance; Increase Estimates and PT from $45 to $50; Visibility into Reseller Program Remains Limited; Maintain Neutral," *B. Riley* | August 8, 2019 |
| "2Q19 Beat Consensus, Mixed vs. Our Estimates; While Better Tone on Reseller Negotiations, Uncertainty Remains - Maintain Hold," *Maxim Group* | August 8, 2019 |
| "Bounceback Quarter, Visibility Still Limited," *Northland Capital Markets* | August 8, 2019 |
| "Q2 '19 Recap: A Few Green Shoots," *K. Liu & Co.* | August 8, 2019 |
| "Sentiment Goes From Blatantly Negative To Modestly Encouraging - Upgrading Rating To A BUY - Raising Target Price To $60." *Craig-Hallum* | August 8, 2019 |
| "STMP: 2Q and Guide Better; But is it Really?" *ROTH Capital Partners* | August 8, 2019 |
| "STMP: Updated Reseller Checks Yield More Favorable 2020 Outlook; Upgrade to Neutral," *ROTH Capital Partners* | September 4, 2019 |
| "STMP: Compromise Reached with U.N. to Keep U.S. in the United Postal Union," *ROTH Capital Partners* | September 26, 2019 |
| "K. Liu's Week in Review," *K. Liu & Co.* | September 27, 2019 |
| "K. Liu's Week in Review," *K. Liu & Co.* | October 4, 2019 |
| "Revisiting STMP Ahead of 3Q Earnings; Modestly Increasing Estimates and Raising PT from $50 to $62.50; Uncertainty with Reseller Program Keeps us Neutral Rated," *B. Riley* | October 4, 2019 |
| "STMP: UPS to Provide Discounted Shipping to STMP Customers; PT to $85," *ROTH Capital Partners* | October 21, 2019 |
| "Announces Collaboration with UPS; Potential Financial Impact Not Revealed; Increasing PT from $62.50 to $80.00 to Reflect Easing of Perceived Risks in FY20; Current Valuation Keeps us Neutral," *B. Riley* | October 22, 2019 |
| "UPS Partnership Announced," *Northland Capital Markets* | October 22, 2019 |
| "UPS Signs Agreement to Offer Discounted Shipping Rates to Stamps.com's Customer Base," *K. Liu & Co.* | October 22, 2019 |
| "Why Stamps.com Is Like Jennifer Lopez – In Comes Alex Rodriguez In The Form Of UPS. Raising Price Target To $100." *Craig-Hallum* | October 22, 2019 |
| "Discontinuing Coverage Due to a Reallocation of Resources; Final Rating of Neutral and $80 PT," *B. Riley* | November 1, 2019 |
| "Q3 '19 Earnings Preview," *K. Liu & Co.* | November 5, 2019 |

EXHIBIT 1                                                                Page 15
Exhibit 1 at 81

| Document Title, Bates Numbers | Document Date |
|---|---|
| "STMP: 3Q19 Preview; Focus Shifts to UPS Collaboration Potential," *ROTH Capital Partners* | November 5, 2019 |
| "Q3 '19 Results Beat; What Can Brown Do For You?" *K. Liu & Co.* | November 8, 2019 |
| "STMP: 3Q Beat and Raise as No Bad News is Good News; PT to $90," *ROTH Capital Partners* | November 8, 2019 |
| "The Long-Term Gain After The Prior Pain Is Just Beginning. Maintaining BUY Rating, Raising Target Price To $115." *Craig-Hallum* | November 8, 2019 |
| "Well Executed Quarter, Lack of Visibility Remains," *Northland Capital Markets* | November 8, 2019 |
| "What DIDN'T Happen By "Year-End" That Could Early In 2020: ATEX, GTT, INAP, STMP." *Craig-Hallum* | January 2, 2020 |
| "Square Announces Partnership With UPS," *Northland Capital Markets* | February 3, 2020 |
| "STMP: 4Q19 Preview," *ROTH Capital Partners* | February 11, 2020 |
| "Redacted Details Aside, We Believe the NSA/Reseller Messaging May Be Consistent With A "Better Case" Than Widely Expected. Maintaining BUY Rating, $115 Price Target." *Craig-Hallum* | February 14, 2020 |
| "Impressive Results and Guide - Reseller/USPS Negotiations Overhang Subsides," *Northland Capital Markets* | February 20, 2020 |
| "Like a Scene From Back to The Future - Revisiting The Good Ol' Days - Maintaining BUY Rating And Raising Target Price To $150." *Craig-Hallum* | February 20, 2020 |
| "STMP: 4Q Beat; Guidance Better but Investments Yield Little Growth in FY20," *ROTH Capital Partners* | February 20, 2020 |
| "Strong Quarter and Outlook Remove Major Overhang," *K. Liu & Co.* | February 20, 2020 |

**Additional Market Commentary**

| | |
|---|---|
| The Friendly Bear, "Stamps.com: A Lousy Piece of Ship," *Seeking Alpha* | April 28, 2016 |
| The Friendly Bear, "Stamps.com: When Numbers Look Too Good To Be True, They Probably Are," *Seeking Alpha* | June 2, 2016 |
| "Stamps.com: Reliance on Negotiated Service Agreements with USPS, Relationship with IntuiShip Leaves Stamps.com with Significant Regulatory Risk; USPS Can Terminate NSA with 30 Days' Notice if Agency Finds Abuse," *The Capitol Forum* | July 8, 2016 |
| "Government Contracts Weekly: Examination of Third-Party NSAs' Role in Stamps.com Revenue; Neustar Appeal Hearing Scheduled for Sept. 13; Updates on ICANN Transition and FirstNet," *The Capitol Forum* | July 12, 2016 |
| "Stamps.com: The Software Valeant," Prescience Point | July 14, 2016 |
| "Why We Just Bought STMP," Copperfield Research | July 19, 2016 |
| "If Only the Market was Stupid…" Prescience Point | July 20, 2016 |

EXHIBIT 1                    Page 16
Exhibit 1 at 82

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Stamps.com: USPS Switch to Clearer Rate Table Will Eliminate Loophole Currently Benefiting Resellers; USPS Plans Aggressive Effort in 2017 to Bring Sales In-house and Rely Less on Resellers," *The Capitol Forum* | July 21, 2016 |
| "Government Contracts Weekly: A Closer Look at Stamps.com's Relationship with IntuiShip; LNPA TOM to Revise Project's Timeline," *The Capitol Forum* | July 26, 2016 |
| "Stamps.com: Source Says Volume Growth May Further Increase Profitability of IntuiShip NSA for Intuiship and Stamps.com; Takeaways from TCF Experience with Customer Accounts," *The Capitol Forum* | August 4, 2016 |
| "Stamps.com: Stakeholder Focus on PRC Misplaced; OIG Best Able to Conduct Audit of Reseller Program; A Closer Look at OIG Process," *The Capitol Forum* | August 22, 2016 |
| "Stamps.com: Inability to Cancel Stamps.com Account Online After Account is Linked to ShipStation May Violate Terms of Florida Assurance of Voluntary Compliance and Santa Clara Stipulated Final Judgment," *The Capitol Forum* | August 25, 2016 |
| "Stamps.com: Former IntuiShip Employee Interviews Confirm IntuiShip's Relationship with Stamps.com; Employees Reveal that IntuiShip Has Operated Like a Call Center, but Stamps.com Provides the Services," *The Capitol Forum* | September 12, 2016 |
| "Stamps.com: Takeaways from Parcel Forum 16 and Conversations with Industry Sources; Stamps.com's Best Days May Be Behind It As Company Faces a Confluence of Events that Could Impact Future Profitability," *The Capitol Forum* | September 14, 2016 |
| "Stamps.com: Increased Competition for Customers Likely Will Prevent Stamps.com from Monetizing Postage or Profiting from Reseller Postage Spread at Current Levels," *The Capitol Forum* | October 4, 2016 |
| "Stamps.com: Change in IntuiShip's Willingness to Offer Discounted Rates to Existing USPS Customers Suggests USPS Did Not Sanction This Behavior, USPS May Have Recently Increased Scrutiny of Program," *The Capitol Forum* | October 13, 2016 |
| "Stamps.com: A Closer Look at USPS' Decision to Maintain Commercial Plus Pricing and Implications for the Postage Reseller Program," *The Capitol Forum* | October 21, 2016 |
| "Stamps.com: Long-term, Trump Creates Uncertainty for Reseller Programs; In Short-term, Scrutiny Continues to Increase with Technocratic Solutions Available, Including Elimination of Intuiship NSA," *The Capitol Forum* | November 10, 2016 |
| "Stamps.com: A Closer Look at the Creation of the Postage Reseller Program and its Flaws; Potential Solutions and Remedial Actions all Likely Have Negative Consequences for Stamps.com," *The Capitol Forum* | December 12, 2016 |
| "Stamps.com: USPS Emails Undermine Statements by Stamps.com; Emails Indicate USPS Does Not Support Targeting of Existing USPS Customers," *The Capitol Forum,* with email attachments | December 14, 2016 |
| "Stamps.com: Sources Indicate the USPS is Implementing a New Oversight Program for Postage Resellers that is Likely to Begin on January 22, 2017," *The Capitol Forum* | December 16, 2016 |

EXHIBIT 1

Page 17
Exhibit 1 at 83

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Stamps.com: FOIA Documents Reveal that USPS Sales Force Rates Not Competitive with Reseller Rates; A Closer Look at Email Exchanges Between Stamps.com and USPS," *The Capitol Forum* | December 22, 2016 |
| "Stamps.com Update," *The Capitol Forum* | January 4, 2017 |
| "Government Contracts Weekly: Analysis of Recent Stamps.com Litigation; A Look at H-1B Reform Legislation in Congress," *The Capitol Forum* | February 7, 2017 |
| "Government Contracts Weekly: TransDigm's Takata Acquisition Takeaways; Boeing In-House Manufacturing Move Could Impact TransDigm Aftermarket; Looming PC Postage Competition Likely Driving Stamps.com Behavior," *The Capitol Forum* | February 28, 2017 |
| "Stamps.com: Bert Hamilton, Key Innovator in U.S. Postal Industry, Raises Serious Allegations of Misconduct in Postage Reseller Program," *The Capitol Forum* | February 28, 2017 |
| "Stamps.com: USPS Sent lntuiShip Letter Threatening to Terminate NSA; Stamps.com Updates 10-K Language to Reflect Risk of Termination of Integration Partners' Agreements with USPS," *The Capitol Forum* | March 3, 2017 |
| "Government Contracts Weekly: USPS Recently Asked Questions About Postage Resellers; Interview with Former DOJ Special Counsel on Immigration Discrimination; Ongoing Scrutiny into Slamming Allegations at Spark," *The Capitol Forum* | April 11, 2017 |
| "Stamps.com: Union President Says Postage Reseller Program 'Ripe for Abuse,' Needs Greater Scrutiny, Termination Should be Considered," *The Capitol Forum* | May 8, 2017 |
| "Government Contracts Weekly: Source Indicates USPS Seriously Looking at Reseller Program; DoD Nominee Supports Full Pentagon Audit; Agriculture Stakeholders Protest DUNS Mandate; Globalstar Sale Rumors," *The Capitol Forum* | May 16, 2017 |
| The Friendly Bear, "Is Management Covering Up Looming Changes To Stamps.com's Ability To Monetize Postage?" *Seeking Alpha* | May 18, 2017 |
| "Gov Contracts Weekly: Postal Forum Takeaways: USPS Reps Hold Meetings with Resellers; Discussion of Changes to Interchange Arrangements with Stamps.com, Endicia; Dun & Bradstreet Lobbies House Oversight Committee," *The Capitol Forum* | May 23, 2017 |
| "Government Contracts Weekly: USPS Still Evaluating Reseller Program, Expected to Provide Clarity Re: Changes in 30-60 days; IDA Releases Report on Increased Government Access to IP, Use of Other FAA-Approved Parts," *The Capitol Forum* | May 31, 2017 |
| Orange Peel Investments, "Stamps.com Is Not A Place We Want To Park Our Capital," *Seeking Alpha* | June 5, 2017 |
| "CP/GC Weekly: DLA Confirms Ongoing DoD OIG Investigation of TransDigm; Endicia Cannibalizing Existing USPS Customers via Globegistics; Visa Fraud Settlement for Infosys; Nutrisystem, FleetCor Updates." *The Capitol Forum* | June 27, 2017 |

EXHIBIT 1

Page 18
Exhibit 1 at 84

| Document Title, Bates Numbers | Document Date |
|---|---|
| "Stamps.com: Barcode Inspector Software Provides Insight into Reseller Spread Magnitude and USPS Per Package Revenue Loss; Use of Multicarrier Software Platform Results in Postage Being Purchased for ~2% to 31% Below CBP Rates," *The Capitol Forum* | June 28, 2017 |
| "Stamps.com: Barcode Inspector Software Reveals Stamps.com Moved Customers from IntuiShip to Express 1; Changing the Reseller Resulted in Underlying Postage Being Purchased for Less," *The Capitol Forum* | July 13, 2017 |
| "CP/GC Weekly: Stamps.com Updates T&C to Reflect Aggregation, Reseller Routing; Shanahan Discusses New DoD Acquisition Structure; Snap-on Reaches Settlement with Harbor Freight Tools; FleetCor, Nutrisystem Updates," *The Capitol Forum* | August 8, 2017 |
| "CP/GC Weekly: USPS Performance Metrics Suggest Best-performing Products Had No Reseller Rates Attached; Takeaways from Snap-on Franchisee Conference in Texas; Nutrisystem, ServiceMaster/Wells Fargo Updates," *The Capitol Forum* | August 15, 2017 |
| "Stamps.com: USPS New Marketplace Requirements Language Suggests Changes to Both NSA and Reseller Programs," *The Capitol Forum* | August 21, 2017 |
| "Stamps.com: Parcel Partners Sends Email to Partners Regarding Changes to USPS Reseller Model; Email States Parcel Partners Knew Reseller Model Would be Changing and Parcel Partners Provided Partners with Insight into Changes in April," *The Capitol Forum* | August 24, 2017 |
| "USPS Policy: USPS OIG Risk Analysis Research Center Looking at Postal Partnerships; Scope of Research May Include Reseller and PC Postage Programs," *The Capitol Forum* | November 9, 2017 |
| "Amazon: Company Pushed Holiday Expansion of Shipping Option That May Hurt Stamps.com, Pitney Bowes," *The Capitol Forum* | January 11, 2018 |
| "USPS Policy: Amazon Approaching Multi-Carrier Shipping Software Platforms to Add Amazon as a Shipping Carrier Option Before the End of 2018," *The Capitol Forum* | February 6, 2018 |
| "USPS Policy: USPS Announces Dennis Nicoski Will Replace Cliff Rucker Effective March 3," *The Capitol Forum* | February 23, 2018 |
| "USPS Policy: Parcel Partners USPS Contract Set to Expire May 13; USPS Will Likely Require New Marketplace Requirements in Connection with New Contract," *The Capitol Forum* | March 14, 2018 |
| "Amazon: Contract With USPS Set to Expire in October; Amazon and USPS Will Enter Negotiations Over a New Deal as Trump Continues Push for Higher Prices for Amazon," *The Capitol Forum* | March 29, 2018 |
| "USPS Policy: Governor David Williams Outlines Priorities for USPS Board of Governors," *The Capitol Forum* | September 24, 2018 |
| "USPS Policy: USPS OIG Plans to Write White Papers on Effectiveness of NSA Agreements and PC Postage, eVS, and ePostage Programs," *The Capitol Forum* | September 26, 2018 |

EXHIBIT 1

Page 19
Exhibit 1 at 85

| Document Title, Bates Numbers | Document Date |
|---|---|
| "USPS Policy: Board of Governors Reviewing Negotiated Service Agreements; Reseller Contracts to Receive Close Review," *The Capitol Forum* | December 12, 2018 |
| "USPS Policy: USPS OIG Notifies Congress of Attempts to Interfere with OIG Independence on Postal Partnerships and PC Postage Projects; OIG Notifications Rare," *The Capitol Forum* | December 20, 2018 |
| "Stamps.com: ShippingEasy Maintains the Appearance of a Price Difference Between Commercial Plus and Commercial Base Rates to Drive Customers to Pay for Subscription; Stamps.com Increasing Base Subscription Price for First Time in a Decade," *The Capitol Forum* | February 8, 2019 |

**Note: In addition to the documents on this list, all documents cited in the report and exhibits.**

EXHIBIT 1

Page 20
Exhibit 1 at 86

# Appendix C

**Discussion of Stamps.com's Relationship with the USPS Approved Resellers Prior to the Start of the Proposed Class Period through August 2017**

1.  Beginning around July 2016, there was increased public attention on Stamps.com's relationship with postage resellers, much of which was published by The Capitol Forum, a self-described "in-depth news & analysis service dedicated to informing policymakers, investors and industry stakeholders on how policy affects market competition."[1]  It appears that this information was also publicly referenced in the press and in reports by short sellers, as well as addressed by Stamps.com itself.  Below is a summary of selected information released prior to the start of the proposed Class Period and selected information released from the start of the proposed Class Period through August 2017.

### A.    Information Released Before the Start of the Proposed Class Period

2.  On July 8, 2016, The Capitol Forum published an article on Stamps.com's relationship with resellers and identified a risk that the USPS could terminate reseller NSAs with 30 days' notice if it found abuse.[2]  The Capitol Forum article suggested that Stamps.com may have been channeling volume through resellers—IntuiShip in particular—to achieve greater revenues for itself from channeling existing (as opposed to new) USPS customers.  The Capitol Forum article suggested that Stamps.com's revenue could be adversely impacted if the USPS investigated the practice and determined that the activity through resellers was "simply cannibalizing existing agency customers…"[3]  The claimed sources for the information in the article were two individuals with the Postal Regulatory Commission as well as the Vice President of Shipping for Pitney Bowes Global SMB Solutions, Stamps.com's sole competitor in the PC Postage industry at the time.[4]

3.  On July 11, 2016, Bloomberg News published an email interview with Stamps.com spokesman Eric Nash that addressed The Capitol Forum article.  Mr. Nash noted that "the accuracy of the article should be viewed in light of the fact that the primary source cited for the article was Pitney Bowes, one of Stamps.com's biggest competitors," and stated that the "USPS

---

[1] The Capitol Forum Twitter, available at https://twitter.com/capitol_forum?lang=en, last accessed August 25, 2020.
[2] "Stamps.com: Reliance on Negotiated Service Agreements with USPS, Relationship with IntuiShip Leaves Stamps.com with Significant Regulatory Risk; USPS Can Terminate NSA with 30 Days' Notice if Agency Finds Abuse," *The Capitol Forum*, July 8, 2016.
[3] "Stamps.com: Reliance on Negotiated Service Agreements with USPS, Relationship with IntuiShip Leaves Stamps.com with Significant Regulatory Risk; USPS Can Terminate NSA with 30 Days' Notice if Agency Finds Abuse," *The Capitol Forum*, July 8, 2016.
[4] "Stamps.com: Reliance on Negotiated Service Agreements with USPS, Relationship with IntuiShip Leaves Stamps.com with Significant Regulatory Risk; USPS Can Terminate NSA with 30 Days' Notice if Agency Finds Abuse," *The Capitol Forum*, July 8, 2016.

EXHIBIT 1                                    Page 1
Exhibit 1 at 87

reseller program has been successful in helping USPS generate growth in its package business."[5]

4.      On July 14, 2016, Prescience Point—a short seller with a disclosed short position in Stamps.com—issued a 26-page report claiming that Stamps.com's "usage of the reseller program [was] abusive and cannibalistic to the USPS."  According to Prescience Point, Stamps.com had "found a way to 'game' the USPS postage reseller program" by collaborating with "resellers in order to recharacterize low-volume shipping customers that would not qualify for USPS discounts as high-volume shipping customers that would" and that "[i]n doing so, … that Stamps.com ha[d] found a way to skim undeserved revenues off the USPS."[6]

5.      On July 19, 2016, Copperfield Research published a response to the Prescience Point report.  The article stated, in part:

> While resellers target shipping volume, they do *not* print postage. Therefore, reseller customers must either integrate directly with the USPS platform or use a 3rd party technology provider to print postage (there are only a handful & Stamps.com is by far the largest). As such, it should not be a surprise, but in fact expected, that intuiShip and other resellers offload to the industry's dominant technology platform, Stamps.com, to print labels.[7]

In addition, Copperfield Research further stated that anonymous third party feedback and the USPS's own commentary and financial results suggested that the result of the reseller relationships was volume growth as opposed to cannibalization from resellers of existing USPS volume.[8]  In turn, on July 20, 2016, Prescience Point responded to the Copperfield Research report and reiterated its views regarding the reseller program.[9]

6.      On July 21, 2016, The Capitol Forum published an article that restated its claim that Stamps.com's relationships with resellers were cannibalizing existing volume for the USPS. The article also noted that "because reseller discounts are widely available, new and existing customers were not inclined to work directly with the USPS."  It also indicated that industry sources believed that the USPS was planning changes, beginning in 2017, to "level the playing

---

[5] "Stamps.com Disagrees With Capitol Forum on USPS Cancellation," *Bloomberg News*, July 11, 2016.
[6] "Stamps.com: The Software Valeant?" *Prescience Point*, July 14, 2016.
[7] "Why We Just Bought STMP," *Copperfield Research*, July 19, 2016 (emphasis in original).
[8] "Why We Just Bought STMP," *Copperfield Research*, July 19, 2016.
[9] "If Only the Market was Stupid…," *Prescience Point*, July 20, 2016.

EXHIBIT 1                                          Page 2
                                                          Exhibit 1 at 88

field" by changing its commercial pricing and increasing flexibility of terms the USPS offered to customers via NSAs.[10]

7.      On July 26, 2016, The Capitol Forum published an article that "tr[ied] to simplify the relationship between Stamps.com and IntuiShip," and "also [to] take a closer look at the 'postage spread'—the difference in the price at which a postage reseller like IntuiShip purchases postage from the USPS and the price at which the postage reseller sells the postage to a customer."[11]

8.      On July 28, 2016, CEO McBride addressed the claims in the Prescience Point and The Capitol Forum reports in a discussion of the reseller program during the Q2 2016 conference call.  CEO McBride stated, among other comments, that: (a) "the reseller program was meant to provide attractive rates to lower-volume shippers, which are too numerous for the USPS to support with their own individual discounts;" (b) "[a]n important goal of the reseller program [was] in fact acquiring new customers, but another important goal [was] the retention of existing customers;" (c) "[t]he USPS regulates [Stamps.com], and they regulate the resellers very closely, and they understand and support the business practices of both;" (d) "intuiSHIP represent[ed] less than 10% of [Stamps.com] revenue;" and (e) "only approximately 3% of [Stamps.com's] customers have been offered discounts with reseller rates in order to retain their volume with the USPS."[12]

9.      Following Stamps.com's statements, on August 4, 2016, The Capitol Forum published an article stating that "a source familiar with the USPS reseller program" indicated that "not only does Stamps.com become more profitable by driving customers through Intuiship, but Intuiship's relationship with USPS—and therefore Stamps.com's arrangement—may also become more profitable as more volume is driven through Intuiship."[13]  In addition, the article reported on The Capitol Forum's experience signing up for Stamps.com accounts in an effort to test the availability of reseller pricing, and concluded that "tying a Stamps.com account to Stamps.com-owned multi-carrier software platform may automatically and persistently link a customer to a volume discount that the account-holder may not be eligible for."[14]

---

[10] "Stamps.com: USPS Switch to Clearer Rate Table Will Eliminate Loophole Currently Benefiting Resellers; USPS Plans Aggressive Effort in 2017 to Bring Sales In-house and Rely Less on Resellers," *The Capitol Forum*, July 21, 2016.

[11] "Government Contracts Weekly: A Closer Look at Stamps.com's Relationship with IntuiShip; LNPA TOM to Revise Project's Timeline," *The Capitol Forum*, July 26, 2016.

[12] Stamps.com Inc. FQ2 2016 Earnings Call Transcript, July 28, 2016.

[13] "Stamps.com: Source Says Volume Growth May Further Increase Profitability of IntuiShip NSA for Intuiship and Stamps.com; Takeaways from TCF Experience with Customer Accounts," *The Capitol Forum*, August 4, 2016.

[14] "Stamps.com: Source Says Volume Growth May Further Increase Profitability of IntuiShip NSA for Intuiship and Stamps.com; Takeaways from TCF Experience with Customer Accounts," *The Capitol Forum*, August 4, 2016.

EXHIBIT 1

Page 3
Exhibit 1 at 89

10.     On August 22, 2016, The Capitol Forum published another article stating that the USPS Office of Inspector General was "the entity best suited to audit the postage reseller program" and an "OIG audit ha[d] potential to bring about meaningful change."[15]  The article also stated that "our sources have indicated that the USPS sales division is currently conducting an internal review of the reseller program."[16]

11.     On September 12, 2016, The Capitol Forum published an article reporting on interviews it had conducted with three former call center workers employed by IntuiShip between 2013 and 2015.  The article stated that "IntuiShip [was] a call center," that "[c]all center employees did offer discounts to existing low-volume USPS customers," and that "Stamps.com managed the relationship with low-volume shipping customers."[17]

12.     Two days later, on September 14, 2016, The Capitol Forum published its "takeaways" from the Parcel Forum 16 industry event.  The article stated, in part:

> USPS is "pissed" at Stamps.com. Although Stamps.com's acquisitions of various multi-carrier platforms, cannibalization of existing USPS customers, and relationship with IntuiShip may have gone unnoticed or been largely ignored by the USPS, numerous sources indicate that the USPS is now keenly aware of the problems and is "pissed."
>
> USPS rumored to have threatened to pull Stamps.com's PC postage license. According to multiple sources, the USPS allegedly threatened to pull Stamps.com's PC postage printing license unless Stamps.com cleaned up its act. Even though some stakeholders believe that the USPS is unlikely to do anything about the postage reseller program, this action suggests that the USPS is unlikely to let abuses of the reseller program continue.
>
> IntuiShip NSA up for renewal in early part of 2017. Sources indicated that IntuiShip's NSA is up for renewal in the early part of 2017. And as we have previously reported, the USPS could terminate IntuiShip's NSA even earlier based on a 30-day out provision likely contained in IntuiShip's NSA. Should the USPS elect not to renew the NSA, it could have a significant financial impact for Stamps.com, as other resellers might not be willing to cut Stamps.com the same type of sweetheart deal it has with IntuiShip.[18]

---

[15] "Stamps.com: Stakeholder Focus on PRC Misplaced; OIG Best Able to Conduct Audit of Reseller Program; A Closer Look at OIG Process," *The Capitol Forum*, August 22, 2016.

[16] "Stamps.com: Stakeholder Focus on PRC Misplaced; OIG Best Able to Conduct Audit of Reseller Program; A Closer Look at OIG Process," *The Capitol Forum*, August 22, 2016.

[17] "Stamps.com: Former IntuiShip Employee Interviews Confirm IntuiShip's Relationship with Stamps.com; Employees Reveal that IntuiShip Has Operated Like a Call Center, but Stamps.com Provides the Services," *The Capitol Forum*, September 12, 2016.

[18] "Stamps.com: Takeaways from Parcel Forum 16 and Conversations with Industry Sources; Stamps.com's Best Days May Be Behind It As Company Faces a Confluence of Events that Could Impact Future Profitability," *The Capitol Forum*, September 14, 2016.

EXHIBIT 1                                                    Page 4
                                                                  Exhibit 1 at 90

13.     The following month, on October 13, 2016, The Capitol Forum reported that a "[m]ore recent conversation" with a sales representative "suggests IntuiShip [is] distancing itself from cannibalization" by not offering discounted rates to existing USPS customers, and that such "[c]hanges in behavior suggest possible USPS scrutiny."[19]

14.     On October 21, 2016, The Capitol Forum published an article stating that the USPS's October 19, 2016, Notice of Changes in Rates for Competitive Domestic Products maintained its existing commercial pricing levels.  The article speculated that eliminating commercial plus pricing would, in fact, have increased reseller margins and that the "USPS appears to be trying to figure out a comprehensive way to deal with resellers."[20]

15.     On November 3, 2016, CEO McBride provided an update on the reseller program during the Q3 2016 conference call.  CEO McBride noted, among other comments:

> We're in frequent contact with the top management at the USPS, and they continue to be in support of the reseller program. In fact, we're aware of one reseller agreement where a long-term extension was proposed by the USPS management and was approved by the Postal Regulatory Commission in July after the initial reports came out. The USPS has consistently extended the reseller program, and the Postal Regulatory Commission has consistently approved the program for the past 7 years. We expect them to continue to do so in the future. …
>
> Another argument put forth back in July was that the USPS is going to eliminate Commercial Plus pricing in January 2017, which would shut down or cripple the reseller program. … However, on October 19, USPS submitted its January 2017 rate proposal for competitive products to the Postal Regulatory Commission, and the USPS rate proposal maintained the same rate structure, which included both Commercial Base and Commercial Plus rates. The USPS also maintained the same 3% discount between the 2 rates. …
>
> Ruth Goldway, who's the former Chair of the Postal Regulatory Commission, came forward and gave a detailed postal industry insider's view of the reseller program. As you may recall, the Postal Regulatory Commission, or PRC, is the government agency that directly regulates and approves all USPS rate setting, including the negotiated service agreements like the ones that enable the resellers to provide discounts to their customers. Ms. Goldway was Chair of the PRC from 2009 to 2014, including when the original reseller agreements were

---

[19] "Stamps.com: Change in IntuiShip's Willingness to Offer Discounted Rates to Existing USPS Customers Suggests USPS Did Not Sanction This Behavior, USPS May Have Recently Increased Scrutiny of Program," *The Capitol Forum*, October 13, 2016.

[20] "Stamps.com: A Closer Look at USPS' Decision to Maintain Commercial Plus Pricing and Implications for the Postage Reseller Program," *The Capitol Forum*, October 21, 2016.

EXHIBIT 1                    Page 5
Exhibit 1 at 91

first approved in 2009 and also through multiple approved extensions to the reseller agreements.

In the conference call that was hosted by one of our research analysts on August 8, Ms. Goldway made several insightful observations. She provided information that explained how the overall goal for the USPS for resellers and in general is the generation and the retention of package volume. Ms. Goldway explained how the USPS has an enormous network that can handle a great amount of capacity, and their focus over the last 40 years has been to grow volume. She said that the USPS worries about maintaining their package volume and getting package volume into the system in one way or another. USPS has a huge fixed cost because they must go to every address in the U.S. every day, and the more volume, the better their overall economics so long as each package is profitable, which it is in the reseller industry. … Ms. Goldway also provided information which supported our assertion that there are not any restrictions on the types of channels or customers that the resellers were allowed to target. She provided some history of the reseller program and said that what the USPS was hoping for at the time that they established the program was the small volume package shippers, which had been the business of DHL when they exited the U.S. market in 2009. … Ms. Goldway also added a few additional viewpoints and told her audience that the PC Postage companies are considered to be the Postal Services' most valued partners. And she also said that in her opinion, the reseller program has been very successful and it has benefited the USPS in terms of meeting its initial goals.[21]

16.     On November 10, 2016, The Capitol Forum published an article with commentary on the implications of the Trump presidency for the USPS.  The article concluded that "[w]hile [its] sources have been reluctant to opine on specifics about the future of the postage reseller program, the sentiment among all of [its] sources [was] that the status quo [was] unlikely to continue and that there would likely be changes to the reseller program in the next few months, independent of the political transition."[22]

17.     On December 12, 2016, The Capitol Forum published a further article on the reseller program and its "flaws."  The article identified the flaws in the reseller program to be "[l]imited oversight of cannibalization," "[n]o oversight of kickbacks/spread sharing," and "[c]onsolidation of the industry."[23]  The article concluded that "consensus among [its] industry

---

[21] Stamps.com Inc. FQ3 2016 Earnings Call Transcript, November 3, 2016.

[22] "Stamps.com: Long-term, Trump Creates Uncertainty for Reseller Programs; In Short-term, Scrutiny Continues to Increase with Technocratic Solutions Available, Including Elimination of Intuiship NSA," *The Capitol Forum*, November 10, 2016.

[23] "Stamps.com: A Closer Look at the Creation of the Postage Reseller Program and its Flaws; Potential Solutions and Remedial Actions all Likely Have Negative Consequences for Stamps.com," *The Capitol Forum*, December 12, 2016.

EXHIBIT 1                                    Page 6
Exhibit 1 at 92

sources is that the postage reseller program [was] unlikely to continue in its current form," but that "sources had differing views on the menu of options or possible outcomes."[24]

18.    On December 14, 2016, The Capitol Forum published an article disclosing USPS emails obtained via Freedom of Information Act ("FOIA") requests.  The article stated that the emails "indicate[d] that the USPS ha[d] been concerned about cannibalization of existing USPS customers since at least February of [2016]," that "the USPS appeared to take an even stronger position against cannibalization after [The Capitol Forum] published [its] first article on the USPS reseller program on July 8, 2016," and that the emails "confirm[ed] that USPS sent a warning letter to IntuiShip."[25]

19.    On December 16, 2016, The Capitol Forum published an article regarding its efforts to "reach[] out to industry sources to get the industry's pulse on whether there were any updates on the postage reseller program or any changes coming to the program."  It was noted that one industry source stated that the "USPS [had] clamped down hard on the resellers," and that that source and one other source who also works with resellers indicated that "the USPS is implementing a program that creates a formal process requiring written permission from the USPS to put any client on a shipping program that utilizes a negotiated service agreement (NSA) that is below commercial plus pricing."  The article also indicated that this proposed "formal process for oversight of the postage resellers [would] likely go into effect on January 22, 2017, to coincide with the postage rate increase."[26]

20.    On December 22, 2016, The Capitol Forum published a note with additional emails from the period January 1, 2016, to September 30, 2016, that had been obtained through FOIA requests.  The Capitol Forum's "Takeaways" include that the emails "reveal the unusual and perverse incentives of the postage reseller program: USPS rules put USPS at price disadvantage to resellers," that the emails "suggest that USPS internal sales force rates and NSA rates are

---

[24] "Stamps.com: A Closer Look at the Creation of the Postage Reseller Program and its Flaws; Potential Solutions and Remedial Actions all Likely Have Negative Consequences for Stamps.com," *The Capitol Forum*, December 12, 2016.

[25] "Stamps.com: USPS Emails Undermine Statements by Stamps.com; Emails Indicate USPS Does Not Support Targeting of Existing USPS Customers," *The Capitol Forum*, December 14, 2016.  Specifically, the article noted that Doreen Rathburn, a Business Alliance Manager at USPS, sent an email to other USPS employees on February 10, 2016, about the potential cannibalization of business by an entity named Move Method (a supposed third party sales force for USPS reseller Intuiship) that stated "[t]hey clearly know where I stand on cannibalizing existing business and have stated that was not the intent here."  The article also noted that the co-founder of Intuiship sent a letter to the USPS the next day noting that Intuiship "will continue to emphasis [*sic*] the importance of doing our best to prevent [cannibalizing existing business] from happening in the future."  The article indicates that Cliff Rucker of the USPS then sent an email to persons at the USPS on July 16, 2016, in which he copied Amine Khechfe and Candi Booth from Stamps.com subsidiary Endicia.  Cliff Rucker's email instructed USPS personnel to prepare a letter to cancel the contract by which Intuiship served as a USPS reseller if Move Method's "cannibalization of an existing USPS customer in July was 'just a pure move with nothing else'…"

[26] "Stamps.com: Sources Indicate the USPS is Implementing a New Oversight Program for Postage Resellers that is Likely to Begin on January 22, 2017," *The Capitol Forum*, December 16, 2016.

EXHIBIT 1

Page 7
Exhibit 1 at 93

not competitive with reseller rates," that "the USPS created competition rules that disfavor its own sales force and favor 3rd party sales forces," and that Stamps.com and the USPS "exchanged emails about reports about the postage reseller program" in July 2016.[27]

21.    On January 4, 2017, The Capitol Forum reported that Stamps.com "confirm[ed] that it [was] using Express1 to offer discounted shipping rates through ShipStation."[28]   Then on February 7, 2017, The Capitol Forum reported on allegations in a February 2, 2017, legal complaint filed by ShipRush against Stamps.com and Endicia alleging poaching and cannibalization of customers.[29]

22.    On February 23, 2017, CEO McBride made the following statements regarding Stamps.com's relationship with the USPS on the Q4 2016 conference call:

> With that, let me just mention about the USPS. They're always, and have been always, our most important partner. We have a common goal with the USPS, which is growing package volume and serving and retaining USPS customers.
>
> We've made significant investments in creating, developing and growing the online mailing and shipping category since 1999. We've invested more than $1.5 billion from 1999 through 2016 in customer service and support, research and development, sales and marketing, technology, infrastructure, product development, other areas, and all that's gone in to support of helping the USPS grow their business and retain their customers.
>
> We've had over 15 billion in cumulative postage printed through our solutions since we launched in 1999. USPS recently reported that they processed and delivered a record volume of packages during the 2016 holiday season and for the entire quarter. USPS said -- stated when they reported their fiscal 2016 result last fall they continue to win e-commerce customers, grow their package delivery business, and they delivered more e-commerce packages to the home than any other shipper because of their [indiscernible] service, their enhanced visibility and competitive pricing.
>
> And we continue to enjoy a great partnership with USPS. We feel that we've created a sustainable win-win model for both of us that will result in continued growth of the USPS packages.[30]

---

[27] "Stamps.com: FOIA Documents Reveal that USPS Sales Force Rates Not Competitive with Reseller Rates; A Closer Look at Email Exchanges Between Stamps.com and USPS," *The Capitol Forum*, December 22, 2016. Dr. Nye testified that USPS sales representatives would not have been in a "competitive position" as compared to persons able to offer "reseller rates" based on the information disclosed in this article.  Nye Deposition, pp. 219:23–220:6.  I agree with Dr. Nye's assessment and understand that a USPS sales representative might view it as a negative to be placed at a competitive disadvantage to third party sales forces.
[28] "Stamps.com Update," *The Capitol Forum*, January 4, 2017.
[29] "Government Contracts Weekly: Analysis of Recent Stamps.com Litigation; A Look at H-1 B Reform Legislation in Congress," *The Capitol Forum*, February 7, 2017.
[30] Stamps.com Inc. FQ4 2016 Earnings Call Transcript, February 23, 2017.

EXHIBIT 1

Page 8
Exhibit 1 at 94

23.     On February 28, 2017, The Capitol Forum published an article commenting that "Bert Hamilton, widely viewed as a key innovator in the U.S. postal industry, has, via a series of emails, made serious allegations against the USPS sales division for favoring certain resellers with selective access to significant discounts and, as a result, harming the USPS by decreasing USPS revenues."[31]

24.     On March 1, 2017, The Capitol Forum published an article claiming that "[a]ccording to multiple industry sources, Stamps.com ha[d] become more aggressive in cannibalizing existing USPS customers in the past few months."   The article further stated that the "aggressiveness has included terminating existing Endicia partnerships for customers who [were] not using reseller discounts and routing those customers through either ShipStation or ShipWorks so that Stamps.com [could] control the customer and share in the reseller margins," and that this "[was] the same type of behavior that was alleged in the ShipRush litigation."[32]

25.     On March 3, 2017, The Capitol Forum published an article containing a redacted August 2, 2016, letter from the USPS to IntuiShip, obtained via a FOIA request, and characterized the letter as "threatening to cancel IntuiShip NSA" likely based on "cannibalization" of existing USPS customers by Intuiship.  The article also discussed revisions to the risk disclosure language in Stamps.com's 2016 Form 10-K regarding the risk of termination of integration partners' agreements with the USPS.[33]

26.     On April 11, 2017, The Capitol Forum reported that the "USPS recently asked questions about postage resellers and discounted postage" and that "USPS NSAs replace[d] some customers' Endicia discounted shipping rates."[34]

27.     Finally, according to Shipware—a shipping consulting company—"[i]n April [2017] rumors were flying around regarding major changes to the Reseller program, that a letter was

---

[31] "Stamps.com: Bert Hamilton, Key Innovator in U.S. Postal Industry, Raises Serious Allegations of Misconduct in Postage Reseller Program," *The Capitol Forum*, February 28, 2017.

[32] "Government Contracts Weekly: TransDigm's Takata Acquisition Takeaways; Boeing In-House Manufacturing Move Could Impact TransDigm Aftermarket; Looming PC Postage Competition Likely Driving Stamps.com Behavior," *The Capitol Forum*, March 1, 2017.

[33] "Stamps.com: USPS Sent IntuiShip Letter Threatening to Terminate NSA; Stamps.com Updates 10-K Language to Reflect Risk of Termination of Integration Partners' Agreements with USPS," *The Capitol Forum*, March 3, 2017. The Capitol Forum characterized the changes in Stamps.com's Form 10-K as "In 2015, Stamps.com disclosed the potential risk to the company's revenue and operating results if the USPS were to terminate Stamps.com's agreements with the USPS. The company's 2016 10-K, filed on March 1, however, specifies the risk of losing not just Stamps.com's agreements with USPS but also those of its integration partners."

[34] "Government Contracts Weekly: USPS Recently Asked Questions About Postage Resellers; Interview with Former DOJ Special Counsel on Immigration Discrimination; Ongoing Scrutiny into Slamming Allegations at Spark," *The Capitol Forum*, April 11, 2017.

EXHIBIT 1

Page 9
Exhibit 1 at 95

'on the way' to the 3 licensed Reseller holders that would further define the use and administration of the programs."[35]

### B.   Information Released from the Start of the Proposed Class Period through August 2017

28.   On May 8, 2017, The Capitol Forum published an interview with Mark Dimondstein, the president of the American Postal Workers Union.  Mr. Dimondstein stated that "[t]he whole postal reseller program is misguided, fundamentally flawed and it's ripe for abuse" and that "[w]e will be asking the postal service as to what their position and status is on this program and others like it."[36]

29.   On May 16, 2017, The Capitol Forum published a report commenting on the reseller program.  The article stated:

> We interviewed an industry source who stated that they had recently spoken with the USPS Sales Department about the postage reseller program.  According to that source, the USPS Sales Department indicated it was "looking seriously" at the reseller program and was interested in trying to "level the playing field." The source noted that, to the extent a letter was sent that included significant changes to the postage reseller program, they would be legally obligated to know about the letter given our source's relationship with certain resellers.  Our source also noted, however, that if the letter was more of an inquiry (or "soft letter") soliciting feedback from the postage resellers about addressing issues surrounding cannibalization, attribution, and growth, our source would not be legally obligated to know about the letter."[37]

30.   Between May 21, 2017, and May 24, 2017, the 2017 National Postal Forum was held and attended by representatives from Stamps.com, the USPS, and other industry participants.[38] An article by Shipware noted that "[w]hile no letters arrived [from the USPS to resellers in April 2017], more rumors circulated that all would be revealed by the NPF (National Postal Forum) in May.  While there was reported closed-door meetings with senior USPS officials

---

[35] "Stamps.com under scrutiny – update on changes to the USPS Reseller programs and potential impact to small volume shippers," *Shipware*, September 14, 2017.

[36] "Union President Says Postage Reseller Program 'Ripe for Abuse,' Needs Greater Scrutiny, Termination Should be Considered," *The Capitol Forum*, May 8, 2017.

[37] "Government Contracts Weekly: Source Indicates USPS Seriously Looking at Reseller Program; DoD Nominee Supports Full Pentagon Audit; Agriculture Stakeholders Protest DUNS Mandate; Globalstar Sale Rumors," *The Capitol Forum*, May 16, 2017.

[38] "Informed Delivery™ Debuts at the 2017 National Postal Forum," *USPS Blog*, available at https://uspsblog.com/national-postal-forum-2017/, last accessed August 25, 2020.

EXHIBIT 1                                   Page 10
                                            Exhibit 1 at 96

and the resellers, no written guidance was released or revealed."[39]  I understand no changes to the reseller program were announced during the event.[40]

31.     The Capitol Forum published a report on May 31, 2017, stating that:

> We recently spoke with an industry source who had a conversation with employees in the USPS sales and marketing division.  According to our source, the USPS employees indicated that they were still deciding what to do about the postage reseller program and would provide industry participants with more clarity in the next 30-60 days.  According to another industry source, individuals in the USPS sales and marketing division were asking questions about postage resellers and cannibalization last week.  Specifically, our source was asked to provide individuals in the sales and marketing division with evidence of cannibalization both by Stamps.com and postage resellers that Stamps.com has a relationship with.[41]

32.     On August 21, 2017, The Capitol Forum published a report in which they wrote that "new Marketplace Requirements language is showing up in new NSAs and also as amendments to existing NSAs, and appears to be aimed at the Postage Resellers," and that the language "appear[s] to provide the USPS with an oversight role that is designed to deter and prevent abuses of the reseller program."  The report indicates that the USPS "appears to be attacking cannibalization" of "'existing' USPS customers" through the Marketplace Requirements language and also "could be cracking down on the practice of aggregating lower volume shipping customers to justify giving those customers commercial plus rates."[42]

33.     On August 24, 2017, The Capitol Forum published an article titled "Stamps.com: Parcel Partners Sends Email to Partners Regarding Changes to USPS Reseller Model; Email States Parcel Partners Knew Reseller Model Would be Changing and Parcel Partners Provided Partners with Insight into Changes in April."[43]  The article included an email from Parcel Partners, a reseller, that "[m]ultiple industry sources indicated that they recently received" and

---

[39] Stamps.com under scrutiny – update on changes to the USPS Reseller programs and potential impact to small volume shippers," *Shipware*, September 14, 2017.

[40] *See*, *e.g.*, "STMP: Checks Indicate USPS Reseller Program Likely Unchanged," *ROTH Capital Partners*, May 30, 2017 ("Our recent checks with industry participants following the 2017 National Postal Forum last week suggest the U.S. Postal service's reseller program is little changed. This has been the topic of much debate (and candidly volatility surrounding shares) recently. Our checks give us greater comfort STMP's relationship with the USPS remains in good standing, which reinforces commentary made on its last conference call.").

[41] "Government Contracts Weekly: USPS Still Evaluating Reseller Program, Expected to Provide Clarity Re: Changes in 30-60 days;  IDA Releases Report on Increased Government Access to IP, Use of Other FAA-Approved Parts," *The Capitol Forum*, May 31, 2017.

[42] "Stamps.com: USPS New Marketplace Requirements Language Suggests Changes to Both NSA and Reseller Programs," *The Capitol Forum*, August 21, 2017.

[43] "Stamps.com: Parcel Partners Sends Email to Partners Regarding Changes to USPS Reseller Model; Email States Parcel Partners Knew Reseller Model Would be Changing and Parcel Partners Provided Partners with Insight into Changes in April," *The Capitol Forum*, August 24, 2017.

EXHIBIT 1                                              Page 11
                                                                      Exhibit 1 at 97

that discussed forthcoming "changes to the reseller program."  The article included an excerpt from the Parcel Partners' email stating:

> Hi Partner,
>
> The time has come, we knew the USPS Reseller Model would be changing, that is why we provided you with as much insight as we had into the changes last April.  The Post Office has decided to initiate the changes now (see attachment). The letter has some significant changes but nothing that has not already discussed.  We knew they were concerned about short pays and Resellers not having direct relationships with shippers.  They have structured the program in a way to accomplish both.  The direct relationship will allow us to assist more actively on abusers of short pays.  The USPS has always seen the Shipper to be the customer of whoever's contract they are shipping on…
>
> Therefore, the USPS is requiring we take more responsibility and have a direct relationship with the shipper.  We have always taken this responsibility upon ourselves and assisted The USPS with analytics and forecasting in the industry…
>
> Our relationship is stronger than ever with the USPS which is why we are prepared for this announcement.  Jared and Casey will be traveling to Washington to have more discussions at the highest levels about some of the ambiguity (example: what defines the last 12 months…purchasing a stamp or a box?) in the amendment and strategize with them as we consistently do.
>
> These Postal changes have brought us to a crossroads.  We can partner together or you can find another option…
>
> Alternatively, if our partnership were to part ways the exposure is decreased referrals fees and competition from competitors with more capital.  The recent USPS changes have changed the landscape.  These changes position the PC Postage providers in different position.  We can continue to partner together to protect the customers base and continue to grow or you can venture on your own.  Should you choose to continue our partnership, we will need your assistance to help us collect the additional data required of shippers "Third Party" data.

34.    According to The Capitol Forum, industry sources indicated "that the attachment to the Parcel Partners email is a letter from the USPS and dated April 10, 2017."  The article noted that the "existence of a USPS letter to resellers was a widely discussed rumor in the postal industry, as evidenced by an analyst asking Stamps.com about a letter on the Q1 2017 earnings

EXHIBIT 1                                                    Page 12
                                                         Exhibit 1 at 98

call on May 3, 2017."[44]  In sum, the article quoted a letter, addressed the existence of an earlier letter, and discussed the possibility of changes to the reseller program.

---

[44] "Stamps.com: Parcel Partners Sends Email to Partners Regarding Changes to USPS Reseller Model; Email States Parcel Partners Knew Reseller Model Would be Changing and Parcel Partners Provided Partners with Insight into Changes in April," *The Capitol Forum*, August 24, 2017.

EXHIBIT 1                                                        Page 13
                                                               Exhibit 1 at 99

**Exhibit 1**

**Comparison of Alleged False and Misleading Statements in the Consolidated Complaint to Remaining Statements**

**As a Result of Defendants' Motion to Dismiss and Motion for Clarification[1]**

| No. | Complaint Paragraph | Date | Alleged False and Misleading Statements in the Consolidated Complaint | Remaining Statements As a Result of Defendants' Motion to Dismiss and Motion for Clarification |
|---|---|---|---|---|
| 1 | ¶ 66 | 5/3/17 | We are very pleased with our continued strong revenue and earnings growth this quarter," said Ken McBride, Stamps.com's chairman and CEO. "In addition to our overall revenue and earnings growth, during the first quarter we reached our highest level of paid customers, we saw continued strong growth in our shipping business areas, and we experienced strong contributions from all of our subsidiaries. We remain very excited about our future prospects and, combined with our first quarter performance, led us to increase our guidance for 2017. | |
| 2 | ¶ 67 | 5/3/17 | First quarter 2017 total revenue was $105.0 million, up 28% compared to the first quarter of 2016. First quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $102.6 million, up 30% versus the first quarter of 2016. First quarter 2017 Customized Postage revenue was $2.4 million, down 7% versus the first quarter of 2016. First quarter 2017 GAAP income from operations was $34.6 million and GAAP net income was $33.1 million. GAAP net income per share was $1.82 based on 18.2 million fully diluted shares outstanding. This compares to first quarter 2016 GAAP income from operations of $22.2 million and GAAP net income of $13.2 million or $0.71 per share based on fully diluted shares outstanding of 18.7 million. First quarter 2017 GAAP income from operations, GAAP net income and GAAP income per fully diluted share increased by 56%, 150% and 157% year-over-year, respectively. | |
| 3 | ¶ 68 | 5/3/17 | *The USPS has always been one of our most important partners. We both have the common goal of growing USPS package volume and serving and retaining USPS customers…We continue to enjoy a great partnership with USPS and feel that we have created a sustainable win-win model for both of us, which will result in the continued growth of USPS packages, in ecommerce and more generally.* As you would expect, given the extraordinary growth they're generating, the USPS is very happy with their overall strategies, their partnerships and the business models they are pursuing in shipping. *In particular, the USPS is very happy with the very successful partnership Stamps.com has together with the Postal Service, and that's based on very recent ongoing conversations we have with the most senior executive there.* | *The USPS has always been one of our most important partners. We both have the common goal of growing USPS package volume and serving and retaining USPS customers…We continue to enjoy a great partnership with USPS and feel that we have created a sustainable win-win model for both of us, which will result in the continued growth of USPS packages, in ecommerce and more generally.* As you would expect, given the extraordinary growth they're generating, the USPS is very happy with their overall strategies, their partnerships and the business models they are pursuing in shipping. *In particular, the USPS is very happy with the very successful partnership Stamps.com has together with the Postal Service, and that's based on very recent ongoing conversations we have with the most senior executive there.* |
| 4 | ¶ 69 | 5/3/17 | In response to a question regarding "the economics of the relationships you have, whether it's with the USPS or other partners, that would prompt some conservatism on guidance": There's nothing to point to, specifically. And of course, we wouldn't be disclosing specifics of the partnerships, but it's just the same approach we've taken in years past and *we don't really expect any material changes to any kind of the underlying economics or the revenue share agreements that we have.* | In response to a question regarding "the economics of the relationships you have, whether it's with the USPS or other partners, that would prompt some conservatism on guidance": There's nothing to point to, specifically. And of course, we wouldn't be disclosing specifics of the partnerships, but it's just the same approach we've taken in years past and *we don't really expect any material changes to any kind of the underlying economics or the revenue share agreements that we have.* |
| 5 | ¶ 70 | 5/3/17 | In response to a question concerning the Company's relationship with the USPS and whether the "USPS had sent a letter around to the participants in the reseller program with some potential changes": *There was no letter. The rumor is false.* I mean, I think I tried to point out some of the broad – the broad global understanding of what the USPS and the partnerships they've done and the revenue share they've offered out to us and the reseller and the e-commerce industry, in general. And I think that one of the key things to focus on is are they being successful or not? And therefore, are they going to make changes or not? And when you look at the big numbers, I mentioned they're growing at 16% last year. They're outgrowing the industry by 2x. And so, USPS is having a ton of success in e-commerce, particularly. And so, in their shoes, you've got to ask yourself would you make a major change when you're growing twice the industry rate. They're very happy with how things have gone, the revenue shares they've offered to the industry, to e-commerce, have generated a lot of activity focused on them. They're winning the e-commerce marketplace and they're being very successful doing it. *USPS is very happy with the approach they've taken and business model. They're very happy with the relationship with Stamps.com. We talk to them constantly, to the most senior folks there. So we're happy and they're happy.* The letter information has been propagated we believe is part of the strategy with our stock. *So it's not true.* | In response to a question concerning the Company's relationship with the USPS and whether the "USPS had sent a letter around to the participants in the reseller program with some potential changes": *There was no letter. The rumor is false.* I mean, I think I tried to point out some of the broad – the broad global understanding of what the USPS and the partnerships they've done and the revenue share they've offered out to us and the reseller and the e-commerce industry, in general. And I think that one of the key things to focus on is are they being successful or not? And therefore, are they going to make changes or not? And when you look at the big numbers, I mentioned they're growing at 16% last year. They're outgrowing the industry by 2x. And so, USPS is having a ton of success in e-commerce, particularly. And so, in their shoes, you've got to ask yourself would you make a major change when you're growing twice the industry rate. They're very happy with how things have gone, the revenue shares they've offered to the industry, to e-commerce, have generated a lot of activity focused on them. They're winning the e-commerce marketplace and they're being very successful doing it. *USPS is very happy with the approach they've taken and business model. They're very happy with the relationship with Stamps.com. We talk to them constantly, to the most senior folks there. So we're happy and they're happy.* The letter information has been propagated we believe is part of the strategy with our stock. *So it's not true.* |
| 6 | ¶ 72 | 8/2/17 | We are very pleased with the continued strength of our financial performance this quarter...In addition to our strong revenue and earnings growth during the second quarter, we reached our highest level of paid customers and average revenue per paid customer, we saw continued strong growth in our shipping business areas, and we experienced strong contributions from all of our subsidiaries. We remain very excited about our future business opportunities which, combined with our second quarter performance, led us to increase our guidance for 2017. | |

EXHIBIT 1                                    Exhibit 1 at 100    Page 1

**Exhibit 1**

**Comparison of Alleged False and Misleading Statements in the Consolidated Complaint to Remaining Statements
As a Result of Defendants' Motion to Dismiss and Motion for Clarification[1]**

| No. | Complaint Paragraph | Date | Alleged False and Misleading Statements in the Consolidated Complaint | Remaining Statements As a Result of Defendants' Motion to Dismiss and Motion for Clarification |
|---|---|---|---|---|
| 7 | ¶ 73 | 8/2/17 | Second quarter 2017 total revenue was $116.1 million, up 38% compared to the second quarter of 2016. Second quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $111.8 million, up 37% versus the second quarter of 2016. Second quarter 2017 Customized Postage revenue was $4.3 million, up 73% versus the second quarter of 2016.<br><br>Second quarter 2017 GAAP income from operations was $41.7 million and GAAP net income was $31.0 million. GAAP net income per share was $1.71 based on 18.1 million fully diluted shares outstanding. This compares to second quarter 2016 GAAP income from operations of $25.0 million and GAAP net income of $14.3 million or $0.79 per share based on fully diluted shares outstanding of 18.2 million. Second quarter 2017 GAAP income from operations, GAAP net income and GAAP income per fully diluted share increased by 67%, 117% and 118% year-over-year, respectively. | |
| 8 | ¶ 74 | 8/2/17 | Resellers are important both for keeping existing business and for growing new business. You have people that are shipping through the reseller channel. It works for the USPS. And if they aren't shipping with the USPS, going after some of that business also works for the USPS. The USPS have to continue to serve customers and to find new customers.<br><br>The reseller business is growing to the tune that the USPS reseller program is and is providing solutions downmarket where the USPS doesn't have the sales team to interact. ***The USPS doesn't see any reason why the program wouldn't continue to serve both customers and the needs of the Postal Service going forward.***<br><br>***Finally, the USPS looked at resellers and PC postage providers like Stamps.com and Endicia as excellent partners on bringing the best solutions to customers. We continue to enjoy a great partnership with the Postal Service and feel that we have created a sustainable win-win model for both of us, which will result in a continued growth of USPS packages and e-commerce and online postage more generally.***<br><br>***[T]he partnership with the Postal Service is continuing to be stronger and stronger*** and some of the – we have multiple contracts and various<br>partnerships with the Postal Service. And so in this case, we were able to get a couple of our contracts renewed at improved terms. ***So we were just trying to give people an insight to the relationship with the Postal Service continues to get healthier and healthier.*** | Resellers are important both for keeping existing business and for growing new business. You have people that are shipping through the reseller channel. It works for the USPS. And if they aren't shipping with the USPS, going after some of that business also works for the USPS. The USPS have to continue to serve customers and to find new customers.<br><br>The reseller business is growing to the tune that the USPS reseller program is and is providing solutions downmarket where the USPS doesn't have the sales team to interact. ***The USPS doesn't see any reason why the program wouldn't continue to serve both customers and the needs of the Postal Service going forward.***<br><br>***Finally, the USPS looked at resellers and PC postage providers like Stamps.com and Endicia as excellent partners on bringing the best solutions to customers. We continue to enjoy a great partnership with the Postal Service and feel that we have created a sustainable win-win model for both of us, which will result in a continued growth of USPS packages and e-commerce and online postage more generally.***<br><br>***[T]he partnership with the Postal Service is continuing to be stronger and stronger*** and some of the – we have multiple contracts and various<br>partnerships with the Postal Service. And so in this case, we were able to get a couple of our contracts renewed at improved terms. ***So we were just trying to give people an insight to the relationship with the Postal Service continues to get healthier and healthier.*** |
| 9 | ¶ 75 | 8/2/17 | In response to a question regarding "the 2 USPS contract renewals in the quarter":<br><br>Yes, I would just say, I mean, we've been saying over the last year that it's a win-win partnership. And so the more successful we both are in helping the USPS compete, then I think that benefits both of us, and so I think it was really meant to highlight the win-win nature of the partnership and how both sides are succeeding. | In response to a question regarding "the 2 USPS contract renewals in the quarter":<br><br>Yes, I would just say, I mean, we've been saying over the last year that it's a win-win partnership. And so the more successful we both are in helping the USPS compete, then I think that benefits both of us, and so I think it was really meant to highlight the win-win nature of the partnership and how both sides are succeeding. |
| 10 | ¶ 76 | 8/2/17 | Total revenue was $116.1 million in Q2, and that was up 38% year-over-year versus Q2 of '16. The strong growth in Q2 revenue was partially attributable to the renewal, with improved economics, of 2 of our agreements with the Postal Service. | |
| 11 | ¶ 76 | 8/2/17 | We're really looking at potentially accessing a larger parcel market. We're primarily a USPS shipper today, but as we look out there and the multicarrier opportunity, it's a much larger market. The domestic market for the top 3 carriers is about $90 billion. ***So I think there's lots of opportunity for us to grow in all those different areas, and we feel comfortable with our 20% projection over the next 5 years.*** | |
| 12 | ¶ 78 | 11/6/17 | We are very pleased with our third quarter financial performance...We achieved strong performance in our financial and customer metrics in a quarter that is both seasonally slower and one in which we saw the anniversary of our most recent acquisition. Our shipping business continues to drive our solid top line results and strong margin profile through contributions from each of our shipping subsidiaries. We believe we are well positioned as we enter the seasonally strong fourth quarter and we remain very excited about our long-term business opportunities. | |

EXHIBIT 1                                                                                                    Exhibit 1 at 101    Page 2

**Exhibit 1**

**Comparison of Alleged False and Misleading Statements in the Consolidated Complaint to Remaining Statements**

**As a Result of Defendants' Motion to Dismiss and Motion for Clarification[1]**

| No. | Complaint Paragraph | Date | Alleged False and Misleading Statements in the Consolidated Complaint | Remaining Statements As a Result of Defendants' Motion to Dismiss and Motion for Clarification |
|---|---|---|---|---|
| 13 | ¶ 79 | 11/6/17 | Third quarter 2017 total revenue was $115.1 million, up 24% compared to the third quarter of 2016. Third quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $106.5 million, up 21% versus the third quarter of 2016. Third quarter 2017 Customized Postage revenue was $8.6 million, up 75% versus the third quarter of 2016.<br><br>Third quarter 2017 GAAP income from operations was $35.7 million and GAAP net income was $46.2 million. GAAP net income per share was $2.49 based on 18.5 million fully diluted shares outstanding. This compares to third quarter 2016 GAAP income from operations of $31.6 million and GAAP net income of $18.7 million or $1.03 per share based on 18.1 million fully diluted shares outstanding. Third quarter 2017 GAAP income from operations, GAAP net income and GAAP income per fully diluted share increased by 13%, 148% and 142% year-over-year, respectively. | |
| 14 | ¶ 80 | 11/6/17 | I think from a competitive perspective, we continue to see USPS as very competitive, particularly in the segments where they are strong. They're very strong in e-commerce, very strong in residential delivery, and then very strong in smaller packages. *So – and I think we're pleased to see the continued trend on the USPS. As you know, we succeed when they succeed. So we were happy with the percentages we saw.* | |
| 15 | ¶ 81 | 2/22/18 | We are pleased with our fourth quarter and fiscal 2017 financial performance...We achieved strong financial results driven by exceptional performance in our shipping business. We believe we are well positioned for 2018 and we remain excited about our long-term business opportunities. | |
| 16 | ¶ 82 | 2/22/18 | Fourth quarter 2017 total revenue was $132.5 million, up 25% compared to the fourth quarter of 2016. Fourth quarter 2017 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $128.5 million, up 26% versus the fourth quarter of 2016. Fourth quarter 2017 Customized Postage revenue was $3.9 million, up 9% versus the fourth quarter of 2016.<br><br>Fourth quarter 2017 GAAP income from operations was $51.5 million, GAAP net income was $40.2 million and GAAP net income per share was $2.15 based on 18.7 million fully diluted shares outstanding. This compares to fourth quarter 2016 GAAP income from operations of $41.4 million, GAAP net income of $29.0 million and GAAP net income per share of $1.61 based on 18.0 million fully diluted shares outstanding. Fourth quarter 2017 GAAP income from operations, GAAP net income and GAAP income per fully diluted share increased by 24%, 38% and 34% year-over-year, respectively. | |
| 17 | ¶ 84 | 5/3/18 | We were very pleased with our first quarter performance...We achieved strong growth driven by continued success in the shipping area of our business. We are continuing to execute on our 2018 strategic plans and we remain excited about our long-term business opportunities. | |
| 18 | ¶ 85 | 5/3/18 | First quarter 2018 total revenue was $133.6 million, up 27% compared to the first quarter of 2017. First quarter 2018 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $131.0 million, up 28% versus the first quarter of 2017. First quarter 2018 Customized Postage revenue was $2.6 million, up 6% versus the first quarter of 2017.<br><br>First quarter 2018 GAAP income from operations was $49.2 million, GAAP net income was $47.0 million and GAAP net income per share was $2.54 based on 18.5 million fully diluted shares outstanding. This compares to first quarter 2017 GAAP income from operations of $34.6 million, GAAP net income of $33.1 million and GAAP net income per share of $1.82 based on 18.2 million fully diluted shares outstanding. First quarter 2018 GAAP income from operations, GAAP net income, and GAAP income per fully diluted share increased by 42%, 42% and 39% year-over-year, respectively. | |
| 19 | ¶ 86 | 5/3/18 | *[W]e continue to focus on how to create value for the USPS, how to help them be successful in the e-commerce package market.* And so to the extent that we are successful in creating value and helping the USPS be successful in that part of the market, then those create the type of long-term partnership opportunities that we've seen over the past decade. | |
| 20 | ¶ 87 | 8/1/18 | We were very pleased with our acquisition of MetaPack and with our second quarter performance...*Our growth continues to be driven by success in the shipping area of our business.* With MetaPack we will be able to accelerate our focus on international expansion, and will be in a much better position to address the global e-commerce shipping industry. *We are continuing to execute on our operational and strategic plans and we are excited about our long term business opportunities.* | |

EXHIBIT 1                                                                                          Exhibit 1 at 102    Page 3

**Exhibit 1**

**Comparison of Alleged False and Misleading Statements in the Consolidated Complaint to Remaining Statements**

**As a Result of Defendants' Motion to Dismiss and Motion for Clarification[1]**

| No. | Complaint Paragraph | Date | Alleged False and Misleading Statements in the Consolidated Complaint | Remaining Statements As a Result of Defendants' Motion to Dismiss and Motion for Clarification |
|---|---|---|---|---|
| 21 | ¶ 88 | 8/1/18 | Second quarter 2018 total revenue was $139.6 million, up 20% compared to the second quarter of 2017. Second quarter 2018 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $134.4 million, up 20% versus the second quarter of 2017. Second quarter 2018 Customized Postage revenue was $5.2 million, up 22% versus the second quarter of 2017.<br><br>Second quarter 2018 GAAP income from operations was $46.9 million, GAAP net income was $45.5 million, and GAAP net income per share was $2.41 based on 18.9 million fully diluted shares outstanding. This compares to second quarter 2017 GAAP income from operations of $41.7 million, GAAP net income of $31.0 million and GAAP net income per share of $1.71 based on 18.1 million fully diluted shares outstanding. Second quarter 2018 GAAP income from operations, GAAP net income, and GAAP income per fully diluted share increased by 12%, 47% and 41% year-over-year, respectively. | |
| 22 | ¶ 89 | 8/1/18 | In response to analyst questions concerning the USPS Task Force investigation and impending report:<br><br>The final [Task Force] report is expected to be issued August 10. We don't know the specifics in the report. *But we do think that based on our conversations that the report will come out strongly in favor of the partnerships between the USPS and private industry like the partnerships we've had with the USPS.* | In response to analyst questions concerning the USPS Task Force investigation and impending report:<br><br>The final [Task Force] report is expected to be issued August 10. We don't know the specifics in the report. *But we do think that based on our conversations that the report will come out strongly in favor of the partnerships between the USPS and private industry like the partnerships we've had with the USPS.* |
| 23 | ¶ 90 | 10/31/18 | We are very pleased with our third quarter financial performance and with the successful closing of our acquisition of MetaPack...*We achieved strong organic performance in our financial metrics in a traditionally seasonally slower period. Our shipping business continues to drive our solid results through contributions from each of our shipping subsidiaries. We believe we are well positioned as we enter the seasonally strong fourth quarter and we remain very excited about our long-term business opportunities.* | |
| 24 | ¶ 91 | 10/31/18 | Third quarter 2018 total revenue was $143.5 million, up 25% compared to the third quarter of 2017. Third quarter 2018 Mailing and Shipping revenue (which includes service, product and insurance revenue but excludes Customized Postage and Other revenue) was $136.5 million, up 28% versus the third quarter of 2017. Third quarter 2018 Customized Postage revenue was $7.0 million, down 19% versus the third quarter of 2017.<br><br>Third quarter 2018 GAAP income from operations was $44.3 million, GAAP net income was $33.4 million, and GAAP net income per share was $1.75 based on 19.0 million fully diluted shares outstanding. This compares to third quarter 2017 GAAP income from operations of $35.7 million, GAAP net income of $46.2 million and GAAP net income per share of $2.49 based on 18.5 million fully diluted shares outstanding. Third quarter 2018 GAAP income from operations increased by 24%, and GAAP net income and GAAP income per fully diluted share decreased by 28% and 30% year-over-year, respectively. | |
| 25 | ¶ 92 | 10/31/18 | [W]e would have no reason to believe that the USPS is not generally meeting its obligations regarding the NSA program. We would further expect that any commentary on the report on postal partnerships would reflect the very positive effect of partnerships like ours have had on growth in the USPS' package volumes.<br><br>On the final issue of the negotiations of important agreements with the USPS, we would note the following general points. Historically, we have had a significant number of agreements with the USPS, and we have negotiated those agreements many times. These types of negotiations are very common for us. Negotiations with the USPS often take many months to finalize. *The USPS has many competing priorities, and the process just takes time. In general, we expect that updates to our agreements with the USPS will continue to reflect the critical role that we play in their e-commerce package business, including that we have the largest private sales force focused on driving USPS growth. We process more than 1/3 of their Priority Mail volume in the U.S. And working hand-in-hand with the USPS through our partnership, we have contributed to a significant portion of overall USPS e-commerce package growth over the past 5 years.*<br><br>*I think when we look at the various reports that are out there, the conversations we've had with folks that are working on these reports, the general view is the idea of USPS increasingly embracing partnerships like ours makes a ton of sense for them.* | [W]e would have no reason to believe that the USPS is not generally meeting its obligations regarding the NSA program. We would further expect that any commentary on the report on postal partnerships would reflect the very positive effect of partnerships like ours have had on growth in the USPS' package volumes.<br><br>On the final issue of the negotiations of important agreements with the USPS, we would note the following general points. Historically, we have had a significant number of agreements with the USPS, and we have negotiated those agreements many times. These types of negotiations are very common for us. Negotiations with the USPS often take many months to finalize. *The USPS has many competing priorities, and the process just takes time. In general, we expect that updates to our agreements with the USPS will continue to reflect the critical role that we play in their e-commerce package business, including that we have the largest private sales force focused on driving USPS growth. We process more than 1/3 of their Priority Mail volume in the U.S. And working hand-in-hand with the USPS through our partnership, we have contributed to a significant portion of overall USPS e-commerce package growth over the past 5 years.*<br><br>*I think when we look at the various reports that are out there, the conversations we've had with folks that are working on these reports, the general view is the idea of USPS increasingly embracing partnerships like ours makes a ton of sense for them.* |

Source: Consolidated Complaint dated 8/5/19; Order re: Defendants' Motion to Dismiss, dated 1/17/20; Order Granting In Part Defendants' Motion to Clarify, dated 7/14/20

Notes:
[1] Bolded and italicized text reflects emphasis added by Lead Plaintiff in the Consolidated Complaint.

EXHIBIT 1                    Exhibit 1 at 103    Page 4



## Exhibit 2
## Stamps.com, Inc.
## Closing Stock Price
### 1/4/16 – 8/28/20

Source: *CRSP*; *Refinitiv*; Consolidated Complaint dated 8/5/19

EXHIBIT 1

Exhibit 1 at 104

**Exhibit 3**
**Stamps.com, Inc.**
**Regression Results**
**Excluding Allegation Dates[1]**
Dependent Variable: Stamps.com Returns

| Independent Variables | Estimation Period: 5/3/17 – 5/8/19 |
|---|---|
| Market Index Returns[2] | |
| Coefficient | 0.198 |
| T-statistic | 0.673 |
| P-value | 0.502 |
| | |
| NASDAQ Internet Index Returns[3] | |
| Coefficient | 0.699 |
| T-statistic | 4.516 |
| P-value | 0.000 |
| | |
| Peer Index Returns[4] | |
| Coefficient | 0.026 |
| T-statistic | 0.254 |
| P-value | 0.800 |
| | |
| Intercept | |
| Coefficient | 0.000 |
| T-statistic | 0.433 |
| P-value | 0.665 |
| | |
| | |
| Observations | 502 |
| Adjusted R-squared | 0.162 |

Source:  *CRSP*; *Refinitiv*; Consolidated Complaint dated 8/5/19

Note:
[1]  The model excludes 5/4/17, 8/3/17, 8/2/18, 11/1/18, and 2/22/19 from the estimation, because those dates correspond to the impact dates of the remaining alleged misstatements and alleged corrective disclosures as described in the Consolidated Complaint that have not been dismissed by the Court.  The impact date of the final alleged corrective disclosure is 5/9/19, which is the trading day after the proposed Class Period ends.
[2]  The CRSP Total Market Index is a market capitalization-weighted index tracking nearly 100% of the U.S investible equity market.
[3]  The NASDAQ Internet Index (QNET) is a market capitalization-weighted index tracking the performance of the largest U.S.-listed companies engaged in internet-related businesses, including internet software, web hosting, and internet retail commerce.  Stamps.com, Inc. benchmarks its equity returns in its Form 10-Ks against the NASDAQ Internet Index.
[4]  The Peer Index is an equal-weighted index tracking the returns of the United Parcel Service, Inc. (NYSE:UPS), FedEx Corporation (NYSE:FDX), and Pitney Bowes Inc. (NYSE:PBI).

EXHIBIT 1

Exhibit 1 at 105

# Exhibit 4
## Stamps.com, Inc.
## Comparison of Event Study Results for Select Dates[1]

| Date | STMP Raw Return | Zurek Regression Model[2] | | Nye Regression Model | |
|---|---|---|---|---|---|
| | | Abnormal Return | P-value[3] | Abnormal Return | P-value[3] |
| 5/4/17 | -0.41% | -0.65% | 0.793 | -0.70% | 0.726 |
| 8/1/17 | 2.73% | 2.77% | 0.274 | 2.46% | 0.208 |
| 8/2/17 | -0.56% | -0.02% | 0.992 | -0.26% | 0.894 |
| 8/3/17 | 35.89% | 35.65% | 0.000 * | 35.59% | 0.000 * |
| 8/2/18 | 8.44% | 7.50% | 0.003 * | 7.49% | 0.000 * |
| 11/1/18 | -9.74% | -12.06% | 0.000 * | -11.87% | 0.000 * |
| 12/4/18 | -4.00% | -0.64% | 0.801 | -1.23% | 0.551 |
| 12/6/18 | 8.12% | 7.30% | 0.003 * | 7.13% | 0.001 * |
| 2/22/19 | -57.77% | -59.12% | 0.000 * | -59.10% | 0.000 * |
| 5/9/19 | -55.75% | -55.36% | 0.000 * | -55.33% | 0.000 * |

Source: *CRSP*; *Refinitiv*; Consolidated Complaint dated 8/5/19; Expert Report of Dr. Nye, Ph.D., filed 6/29/20

Note:
[1] Returns are adjusted for dividends.  The model is estimated over the period from 5/3/17 to 5/8/19 and contains 502 observations.  The model excludes 5/4/17, 8/3/17, 8/2/18, 11/1/18, and 2/22/19 from the estimation, because those dates correspond to the impact dates of the remaining alleged misstatements and alleged corrective disclosures as described in the Consolidated Complaint that have not been dismissed by the Court.  The impact date of the final alleged corrective disclosure is 5/9/19, which is the trading day after the proposed Class Period ends.
[2] Residual returns were estimated using a three-factor regression model that regressed Stamps.com, Inc.'s stock returns on the returns of CRSP Total Market Index, NASDAQ Internet Index, and an equal-weighted competitor index.  The CRSP Total Market Index is a market capitalization-weighted index tracking tracking nearly 100% of the U.S investible equity market.  The NASDAQ Internet Index (QNET) is a market capitalization-weighted index tracking the performance of the largest U.S.-listed companies engaged in internet-related businesses, including internet software, web hosting, and internet retail commerce.  Stamps.com, Inc. benchmarks its equity returns in its Form 10-Ks against the NASDAQ Internet Index.  The Peer Index is an equal-weighted index tracking the returns of the United Parcel Service, Inc. (NYSE:UPS), FedEx Corporation (NYSE:FDX), and Pitney Bowes Inc. (NYSE:PBI).
[3] An "*" indicates statistical significance using a 95% confidence level.

EXHIBIT 1

Exhibit 1 at 106

## Exhibit 5a
## Stamps.com, Inc.
## Bi-Weekly Reported Short Interest
12/30/15 – 5/31/19



Source: *Refinitiv*

EXHIBIT 1

Exhibit 1 at 107

# Exhibit 5b
# Stamps.com, Inc.
# Bi-Weekly Reported  Short Interest
## 12/30/15 – 5/31/19

| Date | Short Interest |
|---|---|
| 12/30/15 | 1,302,428 |
| 1/15/16 | 1,534,013 |
| 1/29/16 | 1,285,960 |
| 2/12/16 | 1,370,220 |
| 3/1/16 | 1,244,894 |
| 3/15/16 | 1,540,736 |
| 3/31/16 | 1,856,066 |
| 4/15/16 | 2,575,199 |
| 4/29/16 | 3,314,646 |
| 5/13/16 | 2,632,154 |
| 5/31/16 | 2,724,920 |
| 6/15/16 | 2,960,509 |
| 6/30/16 | 3,004,917 |
| 7/15/16 | 3,317,140 |
| 7/29/16 | 4,460,377 |
| 8/15/16 | 4,460,492 |
| 8/31/16 | 3,951,306 |
| 9/15/16 | 3,902,745 |
| 9/30/16 | 4,137,436 |
| 10/14/16 | 4,116,292 |
| 10/31/16 | 4,033,738 |
| 11/15/16 | 4,490,548 |
| 11/30/16 | 3,876,402 |
| 12/15/16 | 3,502,214 |
| 12/30/16 | 3,677,540 |
| 1/13/17 | 3,619,615 |
| 1/31/17 | 3,655,631 |
| 2/15/17 | 3,693,864 |
| 2/28/17 | 3,645,728 |
| 3/15/17 | 3,632,664 |
| 3/31/17 | 3,806,630 |
| 4/13/17 | 4,382,400 |
| 4/28/17 | 4,269,147 |
| 5/15/17 | 5,609,061 |
| 5/31/17 | 5,401,738 |
| 6/15/17 | 4,792,351 |
| 6/30/17 | 4,103,122 |
| 7/14/17 | 4,065,651 |
| 7/31/17 | 3,936,332 |
| 8/15/17 | 2,869,133 |
| 8/31/17 | 2,539,019 |
| 9/15/17 | 2,798,877 |
| 9/29/17 | 2,395,620 |
| 10/13/17 | 2,302,201 |

EXHIBIT 1

Exhibit 1 at 108      Page 1

# Exhibit 5b
# Stamps.com, Inc.
# Bi-Weekly Reported  Short Interest
## 12/30/15 – 5/31/19

| Date | Short Interest |
|------|----------------|
| 10/31/17 | 1,922,033 |
| 11/15/17 | 2,164,625 |
| 11/30/17 | 2,239,745 |
| 12/15/17 | 2,269,712 |
| 12/29/17 | 2,298,355 |
| 1/12/18 | 2,649,860 |
| 1/31/18 | 2,707,182 |
| 2/15/18 | 2,088,770 |
| 3/15/18 | 2,014,070 |
| 3/29/18 | 2,186,459 |
| 4/13/18 | 2,033,994 |
| 4/30/18 | 2,073,011 |
| 5/15/18 | 1,904,296 |
| 5/31/18 | 1,847,679 |
| 6/15/18 | 1,842,912 |
| 6/29/18 | 1,776,740 |
| 7/13/18 | 1,973,048 |
| 7/31/18 | 1,865,822 |
| 8/15/18 | 1,872,970 |
| 8/31/18 | 1,853,964 |
| 9/14/18 | 1,897,855 |
| 9/28/18 | 1,881,719 |
| 10/15/18 | 2,023,454 |
| 10/31/18 | 1,981,689 |
| 11/15/18 | 1,913,055 |
| 11/30/18 | 2,177,416 |
| 12/14/18 | 2,518,603 |
| 12/31/18 | 2,554,365 |
| 1/15/19 | 2,573,075 |
| 1/31/19 | 2,443,973 |
| 2/15/19 | 2,389,516 |
| 2/28/19 | 2,643,083 |
| 3/15/19 | 2,885,017 |
| 3/29/19 | 2,827,114 |
| 4/15/19 | 3,185,612 |
| 4/30/19 | 3,274,426 |
| 5/15/19 | 4,508,156 |
| 5/31/19 | 4,606,737 |

Source:  *Refinitiv*

EXHIBIT 1

Exhibit 1 at 108        Page 2

# Exhibit 6
# Stamps.com, Inc.
# Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| **Reports Issued on or up to a week after 5/3/17** | |
| ROTH Capital Partners, 5/3/17 | **STMP: Shipping Drives 1Q Outperformance; PT to $166**<br><br>Lower churn shipping customers helped drive strong 1Q results, with EPS partially aided by a lower than expected tax rate. On balance, we continue to believe STMP is benefitting from the tailwinds of high-volume e-commerce shipping. We believe its relationship with the USPS remains solid (a point of content from shorts), while its relative valuation (~9x EV/'17E EBITDA) remains quite attractive compared to a two-year projected EBITDA CAGR of ~21%. We reiterate our Buy and revised $166 PT. |
| B. Riley, 5/4/17 | **Reports Q1 Beat; Raises FY '17 Guidance; Reiterate Buy Rating and $210.00 Price Target**<br><br>Stamps.com (STMP) reported strong Q1 '17 results with revenues, adjusted EBITDA and pro forma EPS all exceeding our estimates and consensus. Relative to our model, the top line upside was driven by higher than anticipated Service fees as both paid customer count and ARPU surpassed our assumptions. Contribution from the acquisition of ShippingEasy was not disclosed, but we surmise organic growth was likely in the high-teens to low-twenties range. Gross margin exceeded our assumption, while operating expenses were slightly higher than modeled. Both adjusted EBITDA and pro forma EPS beat our estimates and consensus. With new accounting rules in place requiring excess tax benefits associated with employee option exercises to run through the P&L, STMP recorded a significant benefit in its GAAP financials, which in turn drove the non-GAAP tax rate lower than management's initial guidance. We note that even absent the benefit, the company would have reported pro forma EPS well in excess of Street expectations. Given the strong start to the year, management raised its prior FY '17 revenue and adjusted EBITDA guidance slightly. Guidance on the bottom line was raised more significantly on account of the lower tax rate, but would have still risen absent the Q1 benefit. We see potential for further upside, particularly on the top line, and our FY '17 revenue estimate now sits near the higher end of management's outlook. However, our adjusted EBITDA estimate for the year remains largely unchanged as we incorporate more substantial investments in growth. Our pro forma EPS estimate moves higher on the upside in Q1 and a lower tax rate for the year. As for FY '18, we remain comfortable with our prior projections. We note that we continue to assume a higher tax rate in the out year, which accounts for the Y/Y decline in earnings. Unfounded short allegations have precluded STMP from trading at a valuation more befitting of a company generating ~20% organic growth and mid-40%+ adjusted EBITDA margins, creating a highly compelling investment opportunity in our view. We reiterate our Buy rating and $210.00 price target. |

EXHIBIT 1

Exhibit 1 at 110    Page 1

# Exhibit 6
# Stamps.com, Inc.
# Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| Craig-Hallum, 5/4/17 | **Would You Make A Change When You're Growing At 2x The Market Rate? Reiterate BUY Rating, Increasing Price Target To $170.**<br><br>It was another great quarter, driven by strong organic growth, operating leverage and tax rate. By our math, the revenue beat was driven by customer and ARPU. We were particularly impressed with 41K net customer growth, compared with our 16K estimate, driven by both success at ShippingEasy and lower churn. If this were a normal stock, i.e. one not 25% short and not driven more by innuendo than facts, we would simply suggest that we continue to be thrilled by the solid fundamental success and expect more of the same in the future, given market trends and a favored competitive position. Instead, we will address some key factual points of the business below and let the shorts provide the hyperbole. We will also provide quotes from the call that we found particularly interesting. To summarize, we think the stock sets up as a tremendous opportunity for growth accounts and suggest that the numbers remain conservative, the cash flows provide tremendous operating and financial flexibility and the company's competitive position is outstanding. To reflect, we have raised our target price from $150 to $170. |
| Northland Capital Markets, 5/4/17 | **Q1 Steady As She Goes**<br><br>The first quarter had a nice beat and a slight raise, mostly reflecting the beat. The move to shipping continues with ARPU up, CAC up and churn down as one would expect with shipping now 70%+ of revenue. |
| Sidoti & Company, 5/4/17 | **1Q:17 EPS/Revenue Top Our Estimates Primarily On Growth In High Volume Shipping Customers**<br><br>• Non-GAAP EPS of $1.83 were significantly ahead of our estimate of $1.36 (adjusted to be comparable with non-GAAP) and the consensus forecast of $1.37. Pre-tax income was up 58% year over year.<br>• Revenue of $105 million rose 28%, year over year, compared with the consensus forecast of $94.3 million and our estimate of $94.9 million.<br>• We attribute the outperformance primarily to high volume shipping, ecommercerelated customers.<br>• Management raised 2017 non-GAAP EPS guidance to $7.00-$8.00 (from $6.00-$7.00). We increased our 2017 pro forma EPS estimate to $5.72 (from $5.23), or $7.46 on a non-GAAP basis, and our 2018 EPS estimate to $6.99 (from $6.72), or $8.60 non-GAAP.<br>• We estimate free cash flow (FCF) per share of $8.54 in 2017 and $10.12 in 2018. Given high margins and modest capital spending needs, we forecast STMP will end 2018 with almost $18 per share of net cash.<br>• We maintain a BUY rating. Our raised price target of $182 is based on 26x our new 2018 EPS estimate of $6.99. (Previously, we valued the stock at 26x our prior 2018 EPS estimate of $6.99 to derive a $175 target.) We think recent short allegations have no merit and provide a compelling buying opportunity. |

EXHIBIT 1

Exhibit 1 at 111      Page 2

# Exhibit 6
# Stamps.com, Inc.
# Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| Singular Research, 5/8/17 | **Flash report, post earnings call: STMP reported sharply higher revenue and earnings in the first quarter, well above our estimates. We are modeling for steady growth in revenue, driven by continued momentum of the packaging and shipping business as e-commerce continues to grow rapidly. Accordingly, we are increasing our price target to $145**<br><br>• Total Q1:17 revenue was $105.0 million, up 28% compared to the first quarter of 2016, and beating our estimate handily. Mailing and shipping revenue was $102.6 million, up 30% year-over-year.<br>• The growth was driven by an 11% increase in paid customers to 722,000 and a 17% improvement in monthly average revenue per unit to $47.36. Total postage printed during the first quarter was $1.5 billion, increasing 10% over the same quarter in the prior year.<br>• Chairman and CEO Ken McBride said "We are very pleased with our continued strong revenue and earnings growth this quarter, We reached our highest level of paid customers, we saw continued strong growth in our shipping business areas, and we experienced strong contributions from ail of our subsidiaries. We remain very excited about our future prospects and, combined with our first quarter performance, led us to increase our guidance for 2017."<br>• Profitability measures continued to improve, with gross margin increasing by one percentage point over 1Q:16 to 83.1% and Adjusted EBITDA margin rising sharply to 48.8% from 42.5% in 1Q:16. Average monthly churn rate during the quarter was 2.4%, compared to 2.7% in 1Q:16.<br>• Non-GAAP income per fully diluted share was $1.83, up 62% compared to $1.13 in the first quarter of 2016 adjusted for tax treatment of employee stock option exercises under ASU 2016-09. Without this adjustment, the increase is 7%.<br>• Adjusted EBITDA was $51.2 million, up 47% year-over-year. After funding a stock buyback of $44 million and making debt repayments of $11.5 million in 1Q:17, the Company was still able to increase its cash position by $10 million during the quarter, all from internally generated cash flow. In April, the Board approved a new share repurchase program of $90 million over the next six months.<br>• Other takeaways from the conference call: (1) An increased focus on e-commerce shippers, the fastest growing part of the mailing and shipping industry, albeit with an associated increase in sales and marketing spending, will yield higher long term revenue, higher ROI and lower churn. (2) The Company intends to continue to eliminate duplicate operations, and strengthen its focus on marketing and customers. (3) The US Postal Service is growing twice as fast as the rest of the industry in shipping and package revenue; STMP's relationship with USPS will help the Company in achieving its targets.<br>• For FY2017, the Company currently estimates total revenue to be in the range of $405 million to $430 million (15% growth over 2016 at the midpoint), non-GAAP fully diluted EPS to be in the range of $7 to $8 (28% increase at the midpoint over tax-rate adjusted 2016 EPS of $5.88, but a 14% decline from $8.70 per share without this adjustment), and Adjusted EBITDA to be in the range of $205 million to $225 million (up 23%). Compared to prior guidance, this represents an increase of $5 million in revenue and adjusted EBITDA, and an increase of $1 per share in non-GAAP EPS. _ Additionally, the Company reiterated its five year revenue growth rate target of 20%.<br>• The Company expects it will utilize the remainder of its federal net operating losses and other tax credits during 2017. This creates headwinds for non-GAAP earnings growth in 2017. We note that pretax profitability is not affected and operating profits continue to increase in line with revenue growth. Once the tax rate impact is layered in over the next twelve months, it resets the earnings base and comparisons thereafter become easier. This is a one-time reset, and once we get past 2017, we expect earnings to increase in line with revenue growth. This factor may affect the stock price in the shortterm, until the market digests this piece of information. With the longterm growth story intact, we believe the stock still retains the potential for price appreciation beyond that.<br>• We are maintaining our 12-month Target Price at $145. Additionally, we recommend accumulating shares aggressively on any pullbacks to the $95 to $105 range. We will issue a full report after the 10-Q is filed. |

EXHIBIT 1

Exhibit 1 at 112    Page 3

# Exhibit 6
# Stamps.com, Inc.
## Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| **Reports Issued on or up to a week after 8/1/17 and 8/2/17** | |
| B. Riley, 8/3/17 | **Reports Q2 '17 Results Above Expectations; Raises FY '17 Guidance; Increasing Estimates and Raising Price Target From $210.00 to $250.00; Reiterate Buy Rating**<br><br>Stamps.com (STMP) reported strong Q2 '17 results with revenues, adjusted EBITDA and pro forma EPS all exceeding our estimates and consensus. Upside relative to our model was driven by higher than anticipated Service fees, which management noted was boosted in the quarter by the renewal of existing agreements with the USPS on better economic terms. Growth in the paid customer count and APRU also compared favorably with our model and contributed to the strong top line performance. Operating expenses ran higher than modeled, but adjusted EBITDA and pro forma EPS still easily exceeded our estimate and consensus. With the outperformance in Q2 and favorable renewal terms in hand, management again raised its guidance for FY '17. We raise our estimates in concert, incorporating higher growth assumptions for both paid customers and ARPU. Reflecting our higher estimates and a roll-forward of our valuation multiple to FY '18, our price target increases from $210.00 to $250.00. In our view, shares of STMP should already be trading markedly higher given the company's string of beat and raises following a strategic shift into the high volume shipping and multi-carrier software markets. As investors are fully aware, heightened short interest and the associated doubt cast on STMP's relationship with the USPS and partner ecosystem have hindered the stock's performance somewhat, but we suspect this headwind may finally abate as shorts now find themselves amidst a perfect storm. First and foremost, an interview with Jim Cochrane, the USPS' Chief Customer and Marketing Officer, confirms management's prior statements regarding the reseller program and its value to the USPS. Similar quotes from another USPS spokesperson provided to Linn's also highlighted the success of the reseller program and stated that coverage in the media, which we presume refers to The Capitol Forum's reports, have been inaccurate and misleading. Of course, the renewal of two agreements with the USPS on more favorable economic terms also speaks volumes in this regard. That Q2 results beat by such a wide margin, and the FY '17 outlook was raised by even more despite Pitney Bowes' (PBI; N/R) promotional efforts and Amazon.com's (AMZN; N/R) changes to its Buy Shipping service further highlights the strength of STMP's franchise, which we hope is now abundantly apparent to all. We reiterate our Buy rating. |
| Craig-Hallum, 8/3/17 | **Why Covering Stamps.com Is Like Playing With A Great Golfer. Reiterate BUY Rating, Increasing Price Target To $210**<br><br>One of the strange things about playing golf with a great golfer is that you begin to run out of compliments and almost tire of shouting "great shot" after each of 70+ shots during a round. Stamps put up another stunning quarter, the 13th in a row by our memory and it was so good, particularly in a seasonally slow quarter, we have run out of inventive words of congratulations. Despite the (insert expressive compliment here) results, there is still an odd world of skeptics representing 4.1mm shares (26% of the float) that are short the stock. Some of those key concerns were also addressed/mitigated further on the earnings call, in particular a reference to two new contracts with the USPS which carry improved terms and a reference to the impact of the new low-cost Pitney Bowes offering (paid customers grew at a faster rate than the quarter prior to launch and y/y churn rates fell). Lest we sound like we are complaining, we have played golf with some very inconsistent (bad) golfers in our day and there is no doubt your own golf game improves when you play with a great golfer. |

EXHIBIT 1

Exhibit 1 at 113    Page 4

# Exhibit 6
# Stamps.com, Inc.
# Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| Northland Capital Markets, 8/3/17 | **New USPS Signings and ARPU Growth Drive Up Model and PT**<br><br>STMP put up a surprisingly strong quarter on the upside as ARPU bucked seasonal trends to the upside as the USPS signed new, larger contracts with STMP and as a wider swath of customers grew above industry rates. Reiterate OP, raising PT to $200. |
| ROTH Capital Partners, 8/3/17 | **STMP: Growth Acceleration Drives Substantial 2Q Outperformance; PT to $203**<br><br>STMP handily outperformed again in 2Q, with ARPU (+20%) and customer growth (+14%) actually accelerating q/q. It also benefitted from two U.S.P.S contract renewals (more favorable terms), but on balance, most of the beat was organic in nature. Guidance was raised over and above its beat, which again leads to our raising of estimates. We roll valuation to FY18, using our same 13.5x EBITDA multiple (vs. projected 16% growth), which yields our revised PT of $203. |
| Sidoti & Company, 8/3/17 | **2Q:17 Revenue/EPS Top Estimates, With Strong Growth From Shipping; 2017 Guidance Is Increased; Raise Price Target To $205 (From $182) On Higher 2018 Estimates; Maintain BUY**<br><br>• Non-GAAP EPS of $2.08 were significantly ahead of our estimate of $1.76 (adjusted to be comparable with non-GAAP) and the consensus forecast of $1.64. Pre-tax income was up 70%, year over year.<br>• Revenue of $116 million rose 38%, year over year, topping the consensus forecast of $98.6 million and our estimate of $102.5 million. We attribute the outperformance to high volume shipping, ecommerce-related customers and custom photos.<br>• Management raised 2017 non-GAAP EPS guidance to $7.50-$8.50 (from $7.00-$8.00). We increased our non-GAAP EPS estimates to $7.98 (from $7.46) for 2017 and $9.12 (from $8.60) for 2018.<br>• Given modest capex needs and high margins, we forecast free cash flow (FCF) per share of $8.54 in 2017 and $10.12 in 2018, and project net cash per share of $17.99 by year-end 2018.<br>• In an interview, the United States Post Office's (USPS) head of marketing spoke positively about the value of Stamps.com and reseller programs; we think this strongly refutes the key argument of the short sellers.<br>• We maintain a BUY rating and raise our price target to $205 based on 27x our new 2018 EPS estimate of $7.59. (Previously, we valued the stock at 26x our prior 2018 EPS estimate of $6.99 to derive a $182 target.) |

EXHIBIT 1

Exhibit 1 at 114    Page 5

# Exhibit 6
# Stamps.com, Inc.
# Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| Singular Research, 8/7/17 | **Q2 '17 Flash report: STMP reported sharply higher revenue and earnings in the second quarter, well above our estimates. The Company's strategy to emphasize marketing initiatives this year is timely and boosted results well above our prior expectations. Accordingly, we are increasing our price target to $250, and reiterating our BUY rating**<br><br>• Total Q2:17 revenue was $116.1 million, up 38% compared to the second quarter of 2016, and beating ow estimate handily. Mailing and shipping revenue was $111.8 nullion, up 37% year-over-year.<br>• The growth was driven by a 14% increase in paid customers to 738,000 and a 20% improvement in monthly average revenue per unit to $40.51. Total postage printed during the first quarter was $1.5 billion, increasing 14% over the same quarter in the prior year.<br>• Chairman and CEO Ken McBride said "We are very pleased with the continued strength of our financial performance this quarter. In addition to our strong revenue and carnings growth during the second quarter, we reached ow highest level of paid customers and average revenne per paid customer, we saw continued strong growth in our shipping business areas, and we experienced strong contributions from all of our subsidiaries. We remain very excited about our fnture business opportunities which, combined with our second quarter performance, led us fo increase our guidance for 2017."<br>• Profitability measures continued to improve, with operating profit margin increasing by six percentage points over 2Q:16 to 35.9% and Adjusted EBITDA margin nsing sharply to 50.0% from 45.5% in 2Q:16. Average monthly churn rate during the quarter was 2.8%, compared to 3.2% in 2Q:16.<br>• Non-GAAP income per fully diluted share was $2.08, up 62% compared to $1.29 in the second quarter of 2016 adjusted for tax treatment of employee stock option exercises under ASU 2016-09. Without this adjustment, the increase is 8%.<br>• Adjusted EBITDA was $58.1 million, up 52% year-over-year. Cash flow from operations net of capital expenditures was $37.4 million. After funding a stock buyback of $44 million and making debt repayments of $1.5 million in 2Q:17, the Company's cash position decreased by $8.1 million during the quarter. In April, the Board approved a new share repurchase program of $90 million. This program, which expires in November 2017, had a remaining authorization of $68.5 million as of June 30, 2017.<br>• Other takeaways from the conference call: (1) An increased focus on ecommerce shippers, the fastest growing part of the mailing and shipping industry, albeit with an associated increase in sales and marketing spending, will yield higher long term revenue, higher ROI and lower chum. (2) The Company intends to continue to eliminate duplicate operations, and strengthen its focus on marketing and customers. (3) The US Postal Service is growing twice as fast as the rest of the industry in shipping and package revenue; STMP's relationship with USPS will help the Company in achieving its targets.<br>• For FY2017, the Company currently estimates total revenue to be in the range of $435 million to $460 million (23% growth over 2016 at the midpoint), non-GAAP fully diluted EPS to be in the range of $7.50 to $8.50 (36% increase at the midpoint over tax-rate adjusted 2016 EPS of $5.88), and Adjusted EBITDA to be in the range of $220 million to $240 million (up 32%). The Company's five year revenue growth rate target is 20%.<br>• We are increasing our 12-month Target Price to $250. We also note that the stock had a spectacular day after the earnings announcement, due to the strong results and, purportedly, short covering. |

EXHIBIT 1

Exhibit 1 at 115    Page 6

# Exhibit 6
# Stamps.com, Inc.
# Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| Sidoti & Company, 8/8/17 | **Based On Significant Financial Outperformance, Attractive Outlook And Refute Of Short Seller's Thesis, We Raise Our Price Target To $250 (From $205) And Reiterate Our BUY Rating**<br><br>• We raise our price target to $250 (from $205). Our new target is based on 33x our adjusted 2018 EPS estimate of $7.59. (Our previous $205 target was based on 27x our adjusted 2018 EPS estimate of $7.59.)<br>• Our new price target equates to 27.4x our 2018 non-GAAP EPS estimate of $9.12, which adds back stock-based comp expense (which we do not). This multiple is in line with a peer group of best-in-class Internet stocks.<br>• We argue STMP stock deserves a higher multiple given its track record of outperformance, attractive growth outlook, and having provided evidence that weakens the credibility of a short seller's thesis, in our view.<br>• We maintain our 2017 adjusted EPS estimate of $6.29 ($7.96 non-GAAP) and 2018 EPS estimate of $7.59 ($9.12 non-GAAP). Our five-year-EPS CAGR projection of 21% is based on 20% revenue growth and slight margin expansion.<br>• Given modest capex needs and high margins, we forecast free cash flow (FCF) per share of $8.54 in 2017 and $10.12 in 2018, and project net cash per share of $17.99 by year-end 2018.<br>• We think Stamps.com stock is an attractive way to play secular growth from high volume shippers levered to ecommerce. |

**Reports Issued on or up to a week after 12/4/18 and 12/6/18**

| | |
|---|---|
| B. Riley, 12/6/18 | **Our Takeaways from the Task Force Report on the United States Postal Service; Reiterate Buy, $300 PT**<br><br>On Tuesday, December 4, the Trump Task Force released the long-awaited report on the United States Postal Service (USPS) titled " United States Postal Service: A Sustainable Path Forward." The report includes a number of proposed administrative and legislative reforms to create a sustainable business model for the USPS. Pertaining to Stamps.com (STMP), we believe the report could not only serve as means of relief for recent investor concerns around STMP's viability as a partner with the USPS, but could ultimately provide a net benefit to the business over the longer term. We have two key points from the report that help support our view. 1) Within the report, the Task Force recommends that the USPS "price its competitive products in a manner that is not geared simply towards maximizing volume, but instead towards generating income to be used to fund its capital expenditures and long-term liabilities." While we believe the potential price increase would be of minimal impact to STMP in the near-to-intermediate term, we note any potential changes in rates could have a negative or positive impact on volumes depending on the corresponding actions of FedEx or UPS over the longer term. While potential price increases could impact customers such as Amazon, FedEx, and UPS, that utilize the USPS' "last-mile" delivery service, we believe it would represent little-to-no impact to STMP given that the company does not participate in "last-mile" delivery. 2) Reflecting the current structure and capacity constraints of the package market, the Task Force recommends "continuing a government-sponsored package delivery system (at least in the short-term) to ensure that small and medium e-commerce vendors can exist alongside large e-commerce vendors." Given STMP's strong presence in the SMB market, we believe this statement provides support for the company's partnership with the USPS. We reiterate our Buy rating and $300 price target. |

EXHIBIT 1

Exhibit 1 at 116

Page 7

# Exhibit 6
# Stamps.com, Inc.
# Analyst Reports Around Select Dates[1]

| Contributor | Title and Analyst-Provided Summary |
|---|---|
| Craig-Hallum, 12/6/18 | **There Is No Boogeyman. Trump Task Force Conclusions Consistent With Our Expectations And Substantially De-Risk The Story. Reiterating BUY Rating And $265 Price Target**<br><br>This stock has been in proverbial free-fall (from $290 in August to $163 today), almost entirely the result of a perceived trifecta of risks: the Trump Task Force Review (TTFR), a July OIG meeting and a risk factor about a renegotiation of one of its USPS contracts in its 10-Q. Given the timing of the TTFR, which in effect suggests a continuation of support for all the key programs Stamps.com works on, it incorporates the other risks in its conclusions. We expect to see solid revenue results in Q4, driven by continued strength in the e-commerce market. We have moderated our assumed organic growth in 2019 to mid-teens level and have built our margins to reflect expected investments being made in MetaPack and international growth. At current levels, the stock trades at just 14x our 2020 EPS estimate of $11.71. |
| Northland Capital Markets, 12/6/18 | **The Fog Clears on STMP Overhang**<br><br>STMP started the quarter with a few concerns overhanging the stock, and with Tuesday's anticipated release of the report from the Trump administration's Task Force we believe most of these concerns have been greatly cleared up. |
| ROTH Capital Partners, 12/6/18 | **STMP: USPS Task Force Report Takeaways**<br><br>Our key takeaway from the USPS Task Force's report is that we see no adverse impact on STMP's business. However, if the USPS was to raise prices on nonessential (e-commerce) packages, we believe this could benefit STMP given it offers discounts (from retail USPS rates) to its customers/partners. The report reinforces STMP's solid relationship with the USPS and should remove related overhang risk on STMP shares. We also highlight impact on coverage names. SHOP and ETSY from the report. |
| Maxim Group, 12/13/18 | **Positive Travels with Management - Reiterate Buy, $320 PT**<br><br>• We have a positive read through from Government Task Force Report on U.S. Postal Service (USPS), which we believe is supportive of STMP and its relationship with the USPS.<br>• STMP is raising prices on subscriptions for small home office customers by 12.5%, effective March 1, 2019. In addition, we expect the company to be able to capture more reseller revenues due to changes in mail classes.<br>• We remain positive on long-term opportunities internationally, which is a new market for the company and offers revenue synergies with STMP's existing business.<br>• Lowering our 2019 estimates to adjust for greater mix from International and Global Advantage, both of which are lower margin than the company's core business.<br>• 4Q18 e-commerce trends have been strong and we believe Stamps.com has the most comprehensive solution, allowing them to gain share.<br>• Reiterate Buy rating and $320 price target. Our target is based on about 25x our new 2020 rolled out non-GAAP EPS estimates of $12.85. |

Source:  *B. Riley*; *Craig-Hallum*; *K Liu & Co.*; *Maxim* Group; *Northland Capital Markets*; *ROTH Capital Partners*; *Sidoti & Company*

Note:
[1]  Includes analyst reports on or up to a week after 5/3/17, 8/2/17, 8/1/17, 12/4/18, and 12/6/18.

EXHIBIT 1

Exhibit 1 at 117

Page 8

# Exhibit 7
# Stamps.com, Inc.
# Factiva Search Results for Articles Mentioning Stamps.com[1]
## 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 1 | 5/3/17 | 16:30 ET | Press Release: Stamps.com Reports First Quarter 2017 Results | 4940 | Dow Jones Institutional News |
| 2 | 5/3/17 | 16:30 ET | *Stamps.com 1Q EPS $1.82 >STMP | 5099 | Dow Jones Institutional News |
| 3 | 5/3/17 | | Stamps.com reports Q1 EPS $1.83, consensus $1.37 | 15 | Theflyonthewall.com |
| 4 | 5/3/17 | | Stamps.com raises FY17 EPS view to $7.00-$8.00 from $6.00-$7.00, consensus $6.49 | 43 | Theflyonthewall.com |
| 5 | 5/3/17 | | Stamps.com Announces Updated Business Outlook - Quick Facts | 115 | RTT News |
| 6 | 5/4/17 | | Stamps.com price target raised to $170 from $150 at Craig-Hallum | 49 | Theflyonthewall.com |
| 7 | 5/4/17 | | 09:56 EDT Stamps.com reports Q1 EPS $1.83, consensus $1.37Reports Q1 revenue... | 32 | Theflyonthewall.com |
| 8 | 5/5/17 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report (Apr. 25, 2017) | 232 | Economics Week |
| 9 | 5/8/17 | 9:07 ET | Pitney Bowes Announces New SendPro $5 Offering, Delivering 3X the Benefits for One-Third the Cost of Stamps.com | 753 | Business Wire |
| 10 | 5/8/17 | 9:07 ET | Press Release: Pitney Bowes Announces New SendPro $5 Offering, Delivering 3X the Benefits for One-Third the Cost of Stamps.com | 778 | Dow Jones Institutional News |
| 11 | 5/8/17 | | Stamps.com slides after being targeted by new Pitney Bowes offering | 133 | Theflyonthewall.com |
| 12 | 5/9/17 | 4:00 ET | Stamper Engages Petrotech Engineering to Prepare a NI 51-101 - Standards of Disclosure for Oil and Gas Activities on Joropo Concessions, Colombia | 860 | GlobeNewswire |
| 13 | 5/11/17 | 9:00 ET | BlackLine Wins IPO Of The Year Award From ACG LA | 594 | PR Newswire |
| 14 | 5/12/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities (Apr. 27, 2017) | 265 | Economics Week |
| 15 | 5/12/17 | | Business Services; Stamps.com Inc. Files SEC Form DEF 14A, Other Definitive Proxy Statements (May. 1, 2017) | 194 | Economics Week |
| 16 | 5/13/17 | | NASH OPERATING SYSTEM – SUPER SCALABLE ECOMMERCE PLATFORM | 1306 | iCrowdNewswire |
| 17 | 5/16/17 | | 14:21 EDT Stamps.com weakness attributed to cautious Capital Forum mention | 22 | Theflyonthewall.com |
| 18 | 5/16/17 | | 14:36 EDT Stamps.com slips after USPS said to be 'looking seriously' at reseller... | 114 | Theflyonthewall.com |
| 19 | 5/18/17 | 8:30 ET | Press Release: Stamps.com Wins ACG LA's Public Company Growth Award For 2017 | 582 | Dow Jones Institutional News |
| 20 | 5/18/17 | | Stamps.com mentioned cautiously by Seeking Alpha contributor | 6 | Theflyonthewall.com |
| 21 | 5/18/17 | | BlackLine; BlackLine Wins IPO Of The Year Award From ACG LA | 316 | Computer Weekly News |
| 22 | 5/19/17 | | Breakout Watch: Can Stamps.com Deliver On Its New Buy Point? | 202 | Investor's Business Daily |
| 23 | 5/19/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities (May. 5, 2017) | 265 | Economics Week |
| 24 | 5/19/17 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report (May. 9, 2017) | 232 | Economics Week |
| 25 | 5/25/17 | | Did You Miss Alibaba, Amazon Breakouts? This Internet Stock May Be Next | 389 | Investor's Business Daily |
| 26 | 5/25/17 | | Miss Alibaba, Amazon Breakouts? This Internet Stock Is In A Buy Zone Now | 418 | Investor's Business Daily |
| 27 | 5/26/17 | | Will This Internet Stock Deliver Amazon And Alibaba-Style Gains? | 410 | Investor's Business Daily |
| 28 | 5/26/17 | 18:50 ET | UPS AND DOWNS NEW YORK (AP) _ The following list shows the Nasdaq stocks and warrants that have gone up the most and down the most based on percent of change. Only securities with closing prices or previous closing prices of at least $2 and at least 1000 shares traded are included. Net and percentage changes are the difference between last week's closing price and this week's closing price. UPS Name LastChgPct. | 574 | Associated Press Newswires |
| 29 | 5/27/17 | | Stamps.com co-president and corporate and business development officer James M. Bortnak sells 27 May 2017 | 2782 | People in Business |
| 30 | 5/27/17 | | Stamps.com chief legal officer and company secretary Seth Weisberg sells 27 May 2017 | 2794 | People in Business |
| 31 | 5/30/17 | | 08:46 EDT Stamps.com checks indicate USPS relationship in good standing, says... | 89 | Theflyonthewall.com |
| 32 | 5/30/17 | | Return To Sender? Stamps.com Reverses Sharply After Breakout | 225 | Investor's Business Daily |
| 33 | 6/2/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities (May. 18, 2017) | 265 | Economics Week |
| 34 | 6/2/17 | | Top Funds Shine With Lumentum, Buy Stamps.com | 424 | Investor's Business Daily |
| 35 | 6/9/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities (May. 26, 2017) | 265 | Economics Week |
| 36 | 6/9/17 | | A late Christmas package: 30 months' probation Man admits using another's account for December parcels | 228 | NewsTribune |
| 37 | 6/12/17 | | 12:55 EDT Stamps.com management to meet with SidotiMeetings to be held in... | 41 | Theflyonthewall.com |
| 38 | 6/14/17 | | Stamps.Com Inc Annual Shareholders Meeting - Final | 1128 | Bloomberg Government Disclosure |
| 39 | 6/16/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities (Jun. 2, 2017) | 265 | Economics Week |
| 40 | 6/17/17 | | Stamps.com director Mohan P. Ananda sells 16 June 2017 | 2589 | People in Business |
| 41 | 6/21/17 | | Stamps.com chief legal officer and company secretary Seth Weisberg sells 20 June 2017 | 2406 | People in Business |
| 42 | 6/23/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities (Jun. 9, 2017) | 265 | Economics Week |
| 43 | 6/29/17 | | Shipping Software Market Size (Value), Share, Trends, Growth, Company Profiles & Forecast 2017 to 2022 | 495 | iCrowdNewswire |
| 44 | 6/30/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities (Jun. 16, 2017) | 265 | Economics Week |
| 45 | 6/30/17 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report (Jun. 19, 2017) | 232 | Economics Week |

EXHIBIT 1                                                     Exhibit 1 at 118  Page 1

# Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 46 | 7/5/17 | 6:30 ET | Today's Research Report Coverage on Application Software Stocks -- MobileIron, Open Text, RealPage, and Stamps.com | 1479 | PR Newswire |
| 47 | 7/5/17 | 8:00 ET | Press Release: Stamps.com Second Quarter 2017 Financial Results Call Invitation | 570 | Dow Jones Institutional News |
| 48 | 7/5/17 | | 09:44 EDT Stamps.com to beat Q2 consensus estimates, says SidotiSidoti analyst... | 92 | Theflyonthewall.com |
| 49 | 7/6/17 | | Stamps.com chief strategy officer Amine Khechfe sells 05 July 2017 | 1804 | People in Business |
| 50 | 7/7/17 | | Top Funds Are Banking Gains With BofA, Morgan Stanley | 512 | Investor's Business Daily |
| 51 | 7/17/17 | | 14:50 EDT Stamps.com weakness attributed to another cautious mention at Capitol... | 25 | Theflyonthewall.com |
| 52 | 7/17/17 | | 15:11 EDT Stamps.com shares defended at Craig-HallumCLHM | 18 | Theflyonthewall.com |
| 53 | 7/17/17 | | 16:29 EDT Stamps.com selloff attributed to Amazon.com removalThe late day... | 78 | Theflyonthewall.com |
| 54 | 7/21/17 | | Ebay Scores Relative Strength Rating Upgrade; Hits Key Threshold | 213 | Investor's Business Daily |
| 55 | 7/22/17 | | Global Shipping Software Market 2017 – WiseTech Global, Transcount, Zenstores, Stamps.com, Cone Center | 517 | iCrowdNewswire |
| 56 | 7/25/17 | | Amalgamated Bank Sells 4 Shares of Stamps.com Inc. (STMP) | 840 | Ghana News Agency |
| 57 | 7/27/17 | | Stamps.com co-president and corporate and business development officer James M. Bortnak sells 26 July 2017 | 1936 | People in Business |
| 58 | 7/27/17 | | Stocks Flashing Renewed Technical Strength: Ebay | 232 | Investor's Business Daily |
| 59 | 7/31/17 | | Weekly top gainers.(THE LABJ STOCK INDEX: TRACKING LOS ANGELES AREA COMPANIES) | 186 | Los Angeles Business Journal |
| 60 | 8/2/17 | 16:30 ET | Press Release: Stamps.com Reports Second Quarter 2017 Results | 5112 | Dow Jones Institutional News |
| 61 | 8/2/17 | 16:29 ET | Press Release: Stamps.com Announces Appointment of Kyle Huebner as President; Jeff Carberry as CFO; and JR Veingkeo as Chief Accounting Officer | 1094 | Dow Jones Institutional News |
| 62 | 8/2/17 | | 16:39 EDT Stamps.com appoints Jeff Carberry CFO Stamps.com announced that Kyle... | 162 | Theflyonthewall.com |
| 63 | 8/2/17 | 16:30 ET | *Stamps.com 2Q EPS $1.71 >STMP | 5225 | Dow Jones Institutional News |
| 64 | 8/2/17 | | Stamps.com reports Q2 EPS $2.08, consensus $1.62 | 16 | Theflyonthewall.com |
| 65 | 8/2/17 | | 17:16 EDT Stamps.com raises FY17 EPS to $7.50-$8.50 from $7.00-$8.00, consensus... | 53 | Theflyonthewall.com |
| 66 | 8/2/17 | 17:27 ET | Stamps.com Files 8K - Changes Exec Mgmt >STMP | 677 | Dow Jones Institutional News |
| 67 | 8/2/17 | | Stamps.com Inc. Reports 62% Rise In Q2 Bottom Line | 160 | RTT News |
| 68 | 8/2/17 | | Q2 2017 Stamps.Com Inc Earnings Call - Final | 7733 | CQ FD Disclosure |
| 69 | 8/3/17 | | Stamps.com chief strategy officer Amine Khechfe sells 02 August 2017 | 1642 | People in Business |
| 70 | 8/3/17 | | Stamps.com appoints Kyle Huebner as president 03 August 2017 | 1217 | People in Business |
| 71 | 8/3/17 | | Stamps.com appoints Jeff Carberry as CFO 03 August 2017 | 1217 | People in Business |
| 72 | 8/3/17 | | 06:56 EDT Technical View: Stamps.com at new life high after earnings and outlook... | 134 | Theflyonthewall.com |
| 73 | 8/3/17 | | 08:21 EDT Stamps.com price target raised to $203 from $166 at Roth CapitalRoth... | 62 | Theflyonthewall.com |
| 74 | 8/3/17 | | Stamps.com Announces Appointment of Kyle Huebner as President; Jeff Carberry as CFO; and JR Veingkeo as Chief Accounting Officer | 175 | Palestine News Network |
| 75 | 8/3/17 | | 08:48 EDT Stamps.com price target raised to $210 from $170 at... | 54 | Theflyonthewall.com |
| 76 | 8/3/17 | 10:17 ET | Mid-Morning Market Update: Markets Mostly Lower; Kellogg Beats Q2 Expectations | 581 | Benzinga.com |
| 77 | 8/3/17 | 10:15 ET | BUZZ-Stamps.com Inc: Results, forecast earn stamp of approval | 179 | Reuters News |
| 78 | 8/3/17 | 10:39 ET | BUZZ-U.S. STOCKS ON THE MOVE-Tesla, Fitbit, Teva, Stamps.com | 848 | Reuters News |
| 79 | 8/3/17 | | Market Opens Mixed; Tesla Leads Stocks Rallying On Earnings | 739 | Investor's Business Daily |
| 80 | 8/3/17 | | Etsy Shows Rising Price Performance With Jump To 84 RS Rating | 210 | Investor's Business Daily |
| 81 | 8/3/17 | 12:08 ET | Mid-Day Market Update: Stamps.com Surges On Earnings Beat; Aerohive Shares Plunge | 615 | Benzinga.com |
| 82 | 8/3/17 | 11:38 ET | BUZZ-U.S. STOCKS ON THE MOVE-Tesla, Stamps.com, Fitbit, Teva | 994 | Reuters News |
| 83 | 8/3/17 | 12:13 ET | Stamps.com Shorts Take A Licking After Q2 Beat And Raise | 160 | Benzinga.com |
| 84 | 8/3/17 | 12:27 ET | 20 Biggest Mid-Day Gainers For Thursday | 508 | Benzinga.com |
| 85 | 8/3/17 | 13:04 ET | BUZZ-Stamps.com Inc: Breaches dotcom boom high on upbeat forecast | 204 | Reuters News |
| 86 | 8/3/17 | 14:31 ET | Mid-Afternoon Market Update: CPI Card Drops After Q2 Results; SolarEdge Shares Spike Higher | 620 | Benzinga.com |
| 87 | 8/3/17 | | Several Earnings-Inspired Gaps Up Fail To Stir Indexes | 438 | Investor's Business Daily |
| 88 | 8/3/17 | | Stamps.com Delivers Strong Earnings Report As Stock Surges | 324 | Investor's Business Daily |
| 89 | 8/3/17 | | Indexes Sluggish, But Don't Ignore These Earnings-Inspired Gap-Ups | 463 | Investor's Business Daily |
| 90 | 8/3/17 | | Stamps.com shares rally to all-time high on earnings, revenue growth | 206 | Investing.com |
| 91 | 8/4/17 | 18:47 ET | UPS AND DOWNS NEW YORK (AP) _ The following list shows the Nasdaq stocks and warrants that have gone up the most and down the most based on percent of change. Only securities with closing prices or previous closing prices of at least $2 and at least 1000 shares traded are included. Net and percentage changes are the difference between last week's closing price and this week's closing price. UPS Name LastChgPct. | 574 | Associated Press Newswires |
| 92 | 8/4/17 | | CFOs on the Move: Week Ending August 4 | 396 | CFO.com |
| 93 | 8/5/17 | | Stamps.com chief legal officer and company secretary Seth Weisberg sells 04 August 2017 | 1536 | People in Business |
| 94 | 8/5/17 | | As U.S. Postal Service struggles, Stamps.com fortunes rise | 2750 | Washington Post.com |
| 95 | 8/6/17 | | Inside the mail wars | 2749 | The Washington Post |
| 96 | 8/8/17 | | Etsy Shows Rising Price Performance With Jump To 91 RS Rating | 233 | Investor's Business Daily |
| 97 | 8/10/17 | | Stamps.com director G. Bradford Jones sells 09 August 2017 | 1496 | People in Business |
| 98 | 8/11/17 | | Stamps.com names new executives | 200 | CEP Research |
| 99 | 8/14/17 | | MercadoLibre Earns Relative Strength Rating Upgrade; Hits Key Threshold | 244 | Investor's Business Daily |

EXHIBIT 1                                         Exhibit 1 at 119    Page 2

**Exhibit 7**
**Stamps.com, Inc.**
**Factiva Search Results for Articles Mentioning Stamps.com[1]**
5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 100 | 8/14/17 | | Stamps.com Inc. Patent Issued for Systems and Methods Facilitating Shipping Services Rate Resale (USPTO 9721225) | 1831 | Journal of Engineering |
| 101 | 8/14/17 | | The LABJ stock index: tracking Los Angeles area companies.(INVESTMENTS & FINANCE) | 431 | Los Angeles Business Journal |
| 102 | 8/14/17 | | Market diary.(INVESTMENTS & FINANCE) | 155 | Los Angeles Business Journal |
| 103 | 8/16/17 | | Stamps.com director Mohan P. Ananda sells 15 August 2017 | 1641 | People in Business |
| 104 | 8/18/17 | | Business Services; Stamps.com Inc. Files SEC Form 4/A, Statement of Changes in Beneficial Ownership of Securities: (Aug. 7, 2017) | 175 | Economics Week |
| 105 | 8/18/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Aug. 4, 2017) | 265 | Economics Week |
| 106 | 8/18/17 | | Business Services; Stamps.com Inc. Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)]: (Aug. 8, 2017) | 246 | Economics Week |
| 107 | 8/21/17 | | 07:15 EDT Stamps.com management to meet with SidotiMeeting to be held in San... | 35 | Theflyonthewall.com |
| 108 | 8/21/17 | | Stamps.com Inc. Patent Issued for Systems and Methods for Protecting Content When Using a General Purpose User Interface Application (USPTO 9728107) | 2417 | Journal of Engineering |
| 109 | 8/21/17 | | Stamps.com Inc. Patent Issued for Systems and Methods for Value Bearing Indicia Balance Reservation (USPTO 9727860) | 1472 | Journal of Engineering |
| 110 | 8/21/17 | | E-commerce lift.(SILICON BEACH REPORT) | 286 | Los Angeles Business Journal |
| 111 | 8/25/17 | | 09:05 EDT Stamps.com selloff on Capitol Forum report unwarranted, says B. | 129 | Theflyonthewall.com |
| 112 | 8/25/17 | | 10:06 EDT Stamps.com price target raised to $230, buy pullback, says... | 128 | Theflyonthewall.com |
| 113 | 8/25/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Aug. 15, 2017) | 265 | Economics Week |
| 114 | 8/26/17 | | Stamps.com director Lloyd I. Miller sells 25 August 2017 | 1784 | People in Business |
| 115 | 8/30/17 | | Stamps.com director Lloyd I. Miller sells 29 August 2017 | 1785 | People in Business |
| 116 | 8/31/17 | | Stamps.com director Lloyd I. Miller sells 30 August 2017 | 1773 | People in Business |
| 117 | 8/31/17 | | Etsy Clears Key Benchmark, Hitting 90-Plus RS Rating | 241 | Investor's Business Daily |
| 118 | 8/31/17 | | IBD Rating Upgrades: Ebay Flashes Improved Relative Price Strength | 203 | Investor's Business Daily |
| 119 | 9/1/17 | | Stamps.com director Lloyd I. Miller sells 31 August 2017 | 1769 | People in Business |
| 120 | 9/2/17 | | Stamps.com director Lloyd I. Miller sells 01 September 2017 | 1778 | People in Business |
| 121 | 9/6/17 | | Stamps.com director Lloyd I. Miller sells 05 September 2017 | 1800 | People in Business |
| 122 | 9/6/17 | | Stamps.com chief strategy officer Amine Khechfe sells 05 September 2017 | 1599 | People in Business |
| 123 | 9/7/17 | | Stamps.com Inc. Patent Issued for Automatic Guarantee Delivery Tracking and Reporting for United States Postal Service Postage Refunds for Paid Computer-Based Postage (USPTO 9747577) | 1626 | Politics & Government Week |
| 124 | 9/9/17 | | Stamps.com director Lloyd I. Miller sells 08 September 2017 | 1791 | People in Business |
| 125 | 9/11/17 | | Stamps.com Inc (STMP:NAS): Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within its Industry | 581 | MarketResearch.com |
| 126 | 9/12/17 | 9:00 ET | The Rapid Growth of Subscription-based Businesses | 1979 | PR Newswire |
| 127 | 9/14/17 | | Stamps.com chief technology officer Michael Biswas sells 13 September 2017 | 1638 | People in Business |
| 128 | 9/15/17 | 8:30 ET | Press Release: Stamps.com Named to Forbes Magazine's List of 25 Fastest Growing Public Tech Companies | 367 | Dow Jones Institutional News |
| 129 | 9/19/17 | | Facebook, Apple Supplier Lead 5 IBD 50 Stocks Near Buy Points; S&P 500 Futures | 596 | Investor's Business Daily |
| 130 | 9/20/17 | | These 5 IBD 50 Growth Stocks Are Just Below Buy Points | 652 | Investor's Business Daily |
| 131 | 9/23/17 | | Stamps.com chief product and strategy officer John Clem sells 22 September 2017 | 1863 | People in Business |
| 132 | 9/25/17 | | Stamps.com Inc. Patent Issued for Shipping Interface for a User Interface (USPTO 9761061) | 2499 | Journal of Engineering |
| 133 | 9/26/17 | 8:30 ET | Press Release: Stamps.com Releases New eBook to Help Online Retailers Expand Sales to Canada | 440 | Dow Jones Institutional News |
| 134 | 10/3/17 | | These 3 Stocks Are Near Buys In This Classic Bullish Pattern; Futures | 688 | Investor's Business Daily |
| 135 | 10/4/17 | | What can we believe' about Pete Bass' finances? | 683 | The New Milford Spectrum: Web Edition Articles |
| 136 | 10/5/17 | | Stamps.com chief strategy officer Amine Khechfe sells 04 October 2017 | 1746 | People in Business |
| 137 | 10/6/17 | | Stamps.com chief product and strategy officer John Clem sells 05 October 2017 | 1853 | People in Business |
| 138 | 10/6/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Sept. 22, 2017) | 265 | Economics Week |
| 139 | 10/14/17 | | Stamps.com chief product and strategy officer John Clem sells 13 October 2017 | 1900 | People in Business |
| 140 | 10/16/17 | 6:05 ET | Technical Reports on Application Software Equities -- Open Text, RealPage, Splunk, and Stamps.com | 1492 | PR Newswire |
| 141 | 10/16/17 | | G. Bradford Jones of Stamps.com in top 10% of Mid Cap Director Scorecard for past quarter | 1870 | People in Business |
| 142 | 10/16/17 | | Stamps.com Inc. Patent Issued for System and Method for Identifying and Preventing On-Line Fraud (USPTO 9779556) | 1008 | Journal of Engineering |
| 143 | 10/17/17 | | Stocks Showing Rising Market Leadership: JD.com Earns 83 RS Rating | 236 | Investor's Business Daily |
| 144 | 10/18/17 | | Stamps.com At Top End Of Buy Zone With Earnings Due | 241 | Investor's Business Daily |
| 145 | 10/19/17 | | Stocks To Watch With Earnings Due: Alibaba | 235 | Investor's Business Daily |
| 146 | 10/20/17 | | Stocks Generating Improved Relative Strength: Ebay | 235 | Investor's Business Daily |
| 147 | 10/20/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Oct. 5, 2017) | 265 | Economics Week |
| 148 | 10/23/17 | 8:30 ET | Press Release: Stamps.com Third Quarter 2017 Financial Results Call Invitation | 574 | Dow Jones Institutional News |
| 149 | 10/25/17 | | ShipStation Partners with Classy Llama | 541 | Kabulpress.org |
| 150 | 10/26/17 | | Stamps.com chief financial officer Jeff Carberry sells 25 October 2017 | 1714 | People in Business |
| 151 | 10/26/17 | | Stamps.com chief technology officer Michael Biswas sells 25 October 2017 | 1795 | People in Business |
| 152 | 10/27/17 | | Stamps.com chief product and strategy officer John Clem sells 26 October 2017 | 1859 | People in Business |

EXHIBIT 1                    Exhibit 1 at 120    Page 3

# Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 153 | 10/27/17 | | Stamps.com chief marketing officer Sebastian Buerba sells 26 October 2017 | 1764 | People in Business |
| 154 | 10/27/17 | | Stocks To Watch With Q3 Earnings On Tap: Stamps.com | 256 | Investor's Business Daily |
| 155 | 10/27/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Oct. 13, 2017) | 265 | Economics Week |
| 156 | 10/27/17 | | Futures and options for the week of Oct. 30 | 145 | Washington Post.com |
| 157 | 10/31/17 | | Lloyd I. Miller of Stamps.com in top 10% of Mid Cap Director Scorecard for past quarter | 1888 | People in Business |
| 158 | 10/31/17 | | Ebay Shows Improved Relative Price Performance; Still Shy Of Benchmark | 230 | Investor's Business Daily |
| 159 | 11/1/17 | 7:35 ET | Stamps.com Insider Stock Sales Bulk Up to $173M | 1799 | Barron's Online |
| 160 | 11/1/17 | 7:35 ET | Stamps.com Insider Stock Sales Bulk Up to $173M -- Barrons.com | 1816 | Dow Jones Institutional News |
| 161 | 11/2/17 | | Etsy Joins Rank Of Stocks With RS Ratings Over 90 | 219 | Investor's Business Daily |
| 162 | 11/2/17 | 16:30 ET | Press Release: Stamps.com Reports Third Quarter 2017 Results | 5298 | Dow Jones Institutional News |
| 163 | 11/2/17 | 16:30 ET | *Stamps.com 3Q EPS $2.49 >STMP | 5375 | Dow Jones Institutional News |
| 164 | 11/2/17 | | 17:22 EDT Stamps.com reports Q3 EPS $2.68, consensus $1.95Reports Q3 revenue... | 33 | Theflyonthewall.com |
| 165 | 11/2/17 | | 17:23 EDT Stamps.com sees FY17 revenue $435M-$460M, consensus $455.1M | 24 | Theflyonthewall.com |
| 166 | 11/2/17 | | 17:24 EDT Stamps.com raises FY17 EPS view to $9.00-$10.00 from... | 34 | Theflyonthewall.com |
| 167 | 11/2/17 | | Stamps.com Inc. Bottom Line Climbs 77% In Q3 | 151 | RTT News |
| 168 | 11/2/17 | | Stamps.com Updates Earnings Outlook - Quick Facts | 113 | RTT News |
| 169 | 11/2/17 | 17:05 ET | BRIEF-Stamps.com reports third quarter 2017 results | 152 | Reuters News |
| 170 | 11/2/17 | | The IBD 50's Top 3 Stocks Make Big Moves Late; Apple Eyes $900 Billion: S&P 500 Futures | 759 | Investor's Business Daily |
| 171 | 11/3/17 | | Apple Worth $900 Billion; This IBD 50 iPhone Play Is A Buy: S&P 500 Futures | 759 | Investor's Business Daily |
| 172 | 11/3/17 | | 08:19 EDT Craig-Hallum says Stamps.com seasonally slow quarter doesn't derail... | 117 | Theflyonthewall.com |
| 173 | 11/3/17 | | Technical View: Stamps.com drops after earnings | 37 | Theflyonthewall.com |
| 174 | 11/3/17 | | Stamps.com beat Q4 guidance last year after similar set-up, says Roth Capital | 100 | Theflyonthewall.com |
| 175 | 11/3/17 | | Apple Worth $900 Billion; This IBD 50 iPhone Play Is A Buy Again: S&P 500 Futures | 763 | Investor's Business Daily |
| 176 | 11/3/17 | 11:49 ET | Stamps.com Licked Despite Q3 Beat, Increased Guidance | 179 | Benzinga.com |
| 177 | 11/3/17 | | Indexes Trudge Higher; IBD 50 Outperforms Thanks To These 3 Names | 439 | Investor's Business Daily |
| 178 | 11/4/17 | | Stamps.com chief strategy officer Amine Khechfe sells 03 November 2017 | 1716 | People in Business |
| 179 | 11/6/17 | 13:08 ET | Stamps.com Files 8K - Changes Exec Mgmt >STMP | 222 | Dow Jones Institutional News |
| 180 | 11/10/17 | | Stocks With Improved Relative Strength: Liberty Interactive Ventures | 234 | Investor's Business Daily |
| 181 | 11/10/17 | | MercadoLibre Shows Market Leadership With Jump To 87 RS Rating | 250 | Investor's Business Daily |
| 182 | 11/10/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Oct. 26, 2017) | 265 | Economics Week |
| 183 | 11/10/17 | | Time Is A Critical Consideration Of Swing Trades | 509 | Investor's Business Daily |
| 184 | 11/13/17 | | Stamps.com Inc. Patent Issued for Reusable Shipping Product (USPTO 9805329) | 1971 | Journal of Engineering |
| 185 | 11/16/17 | 15:54 ET | Liberty All-Star(R) Growth Fund, Inc. October 2017 Update | 473 | GlobeNewswire |
| 186 | 11/17/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Nov. 3, 2017) | 265 | Economics Week |
| 187 | 11/17/17 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (Nov. 6, 2017) | 232 | Economics Week |
| 188 | 11/18/17 | | ShipStation Launches Integration with Acumatica, The Cloud ERP | 724 | Mubasher |
| 189 | 11/24/17 | | Business Services; Stamps.com Inc. Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)]: (Nov. 9, 2017) | 246 | Economics Week |
| 190 | 11/24/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Nov. 9, 2017) | 265 | Economics Week |
| 191 | 11/25/17 | | David Habiger of Stamps.com in top quartile of Mid Cap Director Scorecard for past year | 1842 | People in Business |
| 192 | 11/28/17 | | Stocks With Rising Composite Ratings: Stamps.com | 192 | Investor's Business Daily |
| 193 | 11/30/17 | | Stamps.com chief executive officer, chairman and director Kenneth McBride sells 29 November 2017 | 1814 | People in Business |
| 194 | 12/1/17 | | 05:35 EDT Stamps.com added to Alpha Generator List at B. Riley FBRB. Riley FBR... | 57 | Theflyonthewall.com |
| 195 | 12/6/17 | | Stamps.com chief strategy officer Amine Khechfe sells 05 December 2017 | 1666 | People in Business |
| 196 | 12/11/17 | 7:10 ET | Application Software Stocks' Research Reports Released on Splunk, Stamps.com, KEYW, and Rubicon Project | 1297 | PR Newswire |
| 197 | 12/15/17 | | Stamps.com Shows Rising Price Performance With Jump To 81 RS Rating | 228 | Investor's Business Daily |
| 198 | 12/15/17 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Dec. 1, 2017) | 265 | Economics Week |
| 199 | 12/18/17 | 8:00 ET | ShippingEasy Adds Product Recommendations to Its Customer Marketing Solution | 391 | Business Wire |
| 200 | 12/21/17 | | Stamps.com chief executive officer, chairman and director Kenneth McBride sells 20 December 2017 | 1847 | People in Business |
| 201 | 12/22/17 | | ShipStation Vice President of Marketing Named to Top Influencer List | 364 | The Palestine Chronicle |
| 202 | 12/25/17 | | Stamps.com Inc. Patent Issued for Systems and Methods for Rules Based Shipping (USPTO 9842308) | 1484 | Journal of Engineering |
| 203 | 12/27/17 | | Composite Rating For Stamps.com Rises To 98 | 212 | Investor's Business Daily |
| 204 | 12/28/17 | | David Habiger starts sixth year as Echo Global Logistics Director 28 December 2017 | 1645 | People in Business |
| 205 | 1/1/18 | | Global Shipping Software Market Size, Status and Forecast 2022 | 195 | MarketResearch.com |
| 206 | 1/3/18 | | As Alibaba Sets Up, The Craigslist Of China Posts 2,550% Growth | 502 | Investor's Business Daily |
| 207 | 1/5/18 | | Stamps.com chief strategy officer Amine Khechfe sells 04 January 2018 | 1691 | People in Business |
| 208 | 1/10/18 | | Stocks Showing Market Leadership: Stamps.com Earns 91 RS Rating | 223 | Investor's Business Daily |

EXHIBIT 1                    Exhibit 1 at 121    Page 4

## Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 209 | 1/15/18 | | Kenneth McBride of Stamps.com in top quartile of Mid Cap CEO Scorecard for past year | 1903 | People in Business |
| 210 | 1/16/18 | | US:Australian accused of US insurance fraud | 188 | Australian Associated Press - General News |
| 211 | 1/16/18 | | Australian accused of US insurance fraud | 180 | AAP Bulletins |
| 212 | 1/16/18 | 16:34 ET | Stamps.com Files 8K - Director, Officer or Compensation Filing >STMP | 174 | Dow Jones Institutional News |
| 213 | 1/17/18 | | LOS ANGELES: An Australian man faces 20 years' jail in the United States for... | 132 | Shepparton News |
| 214 | 1/18/18 | 8:10 ET | Investor Expectations to Drive Momentum within Monolithic Power, Shell Midstream Partners, Stamps, Global Medical REIT, Viad, and RBC Bearings -- Discovering Underlying Factors of Influence | 1759 | GlobeNewswire |
| 215 | 1/18/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Jan. 4, 2018) | 266 | Computer Weekly News |
| 216 | 1/25/18 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (Jan. 16, 2018) | 233 | Computer Weekly News |
| 217 | 1/26/18 | | Stamps.com Joins Elite Club Of Stocks With RS Ratings Over 90 | 235 | Investor's Business Daily |
| 218 | 1/30/18 | | Flat Rate Select Rolls Out Industry-Best Priority Mail Prices to Help E-Retailers Beat the USPS Rate Hike | 480 | Ghana News Agency |
| 219 | 2/1/18 | | Business Services; Stamps.com Inc. Files SEC Form SC 13G/A, Statement of Acquisition of Beneficial Ownership By Individuals: (Jan. 19, 2018) | 178 | Computer Weekly News |
| 220 | 2/1/18 | | Business Services; Stamps.com Inc. Files SEC Form 3, Initial Statement of Beneficial Ownership of Securities: (Jan. 18, 2018) | 265 | Computer Weekly News |
| 221 | 2/1/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Jan. 18, 2018) | 266 | Computer Weekly News |
| 222 | 2/2/18 | 7:05 ET | Pre-Market Technical Scan on Application Software Equities -- Stamps.com, Synchronoss Technologies, KEYW Holding, and Trade Desk | 1331 | PR Newswire |
| 223 | 2/3/18 | | Stamps.com chief strategy officer Amine Khechfe sells 02 February 2018 | 1811 | People in Business |
| 224 | 2/5/18 | | Theodore R. Samuels of Stamps.com in top quartile of Mid Cap Director Scorecard for past year | 1914 | People in Business |
| 225 | 2/5/18 | | Stocks With Rising Relative Price Strength: Stamps.com | 226 | Investor's Business Daily |
| 226 | 2/6/18 | 8:30 ET | ShippingEasy Named Top Austin Tech Company by G2 Crowd | 560 | Business Wire |
| 227 | 2/7/18 | | Highly Rated Stamps.com Near Buy Zone With Earnings Due | 223 | Investor's Business Daily |
| 228 | 2/9/18 | 16:06 ET | Amazon: Will Bezos Shake Up Another Big Industry? | 463 | Barron's Online |
| 229 | 2/10/18 | | Stamps Com (STMP) Shareholder Shannon River Fund Management Cut Its Position by $2.57 Million; As Ironwood Pharmaceuticals (IRWD) Valuation Rose, Nj State Employees Deferred Compensation Plan Decreased Position | 1545 | Egypt Independent |
| 230 | 2/12/18 | 12:19 ET | Amazon: What About Buying Stamps.com? -- Barrons.com | 253 | Dow Jones Institutional News |
| 231 | 2/12/18 | 12:19 ET | Amazon: What About Buying Stamps.com? | 239 | Barron's Online |
| 232 | 2/14/18 | 8:30 ET | Stamps.com Fourth Quarter 2017 Financial Results Call Invitation | 575 | Business Wire |
| 233 | 2/14/18 | 8:43 ET | Press Release: Stamps.com Fourth Quarter 2017 Financial Results Call Invitation | 591 | Dow Jones Institutional News |
| 234 | 2/14/18 | | Stamps.com Clears Technical Benchmark, Hitting 80-Plus RS Rating | 238 | Investor's Business Daily |
| 235 | 2/14/18 | | Stocks To Watch Ahead Of Earnings: Stamps.com | 242 | Investor's Business Daily |
| 236 | 2/15/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Feb. 2, 2018) | 266 | Computer Weekly News |
| 237 | 2/16/18 | | Futures and options for the week of Feb. 19 | 103 | Washington Post.com |
| 238 | 2/19/18 | | Roku, BHP Billiton Lead 4 Stocks In Bullish Bases With Earnings Due: S&P 500, Dow Jones, Nasdaq Futures | 727 | Investor's Business Daily |
| 239 | 2/19/18 | | STAMPS.COM INC: "Lopez" Suit Seeks Unpaid Wages under FLSA | 582 | Class Action Reporter |
| 240 | 2/20/18 | | S&P 500, Dow Jones Futures Point To Lower Open After Walmart, BHP Earnings | 817 | Investor's Business Daily |
| 241 | 2/20/18 | | Roku Earnings, Federal Reserve Minutes Headline Investing Action Plan | 995 | Investor's Business Daily |
| 242 | 2/21/18 | 9:58 ET | Stamps.com Q4 Earnings Preview | 256 | Benzinga.com |
| 243 | 2/21/18 | | Breakout Watch: IPO Stock With 650% Growth Crafts New Buy Point | 541 | Investor's Business Daily |
| 244 | 2/21/18 | 16:30 ET | Stamps.com Reports Fourth Quarter and Fiscal 2017 Results | 6060 | Business Wire |
| 245 | 2/21/18 | | 16:32 EDT Stamps.com reports Q4 adjusted EPS $4.68, consensus $2.72Reports Q4... | 53 | Theflyonthewall.com |
| 246 | 2/21/18 | | 16:34 EDT Stamps.com sees FY18 adjusted EPS $8.80-$9.80, consensus $8.33Sees... | 56 | Theflyonthewall.com |
| 247 | 2/21/18 | 16:30 ET | *Stamps.com 4Q EPS $2.15 >STMP | 6207 | Dow Jones Institutional News |
| 248 | 2/21/18 | 16:51 ET | Stamps.com Shoots More Than 15% Higher After Earnings -- MarketWatch | 231 | Dow Jones Institutional News |
| 249 | 2/21/18 | | Stamps.com Inc. Q4 Profit Rises | 168 | RTT News |
| 250 | 2/21/18 | 17:25 ET | Stamps.com Jumps As Shipping Business Performs -- Market Mover | 158 | Dow Jones Institutional News |
| 251 | 2/21/18 | | Q4 2017 Stamps.Com Inc Earnings Call - Final | 9693 | CQ FD Disclosure |
| 252 | 2/20/18 | 19:00 ET | Stamps.com posts Q4 and fiscal 2017 results | 721 | MarketLine News and Comment |
| 253 | 2/22/18 | | S&P 500, Dow Jones Futures Extend Losses Late; These 3 Top Stocks Near Buys Just Reported Earnings | 693 | Investor's Business Daily |
| 254 | 2/21/18 | 23:28 ET | Stamps.com's CEO Ken McBride on Q4 2017 Results -- Earnings Call Transcript >STMP | 48 | Dow Jones Institutional News |
| 255 | 2/22/18 | | S&P 500, Dow Jones, Nasdaq Futures Find Support; These 5 Stocks Just Reported Earnings | 731 | Investor's Business Daily |
| 256 | 2/22/18 | | Stamps.com price target lowered to $230 from $235 at Roth Capital | 50 | Theflyonthewall.com |
| 257 | 2/22/18 | | 08:19 EDT Technical Take: Stamps.com rallies after earnings and outlook beat... | 61 | Theflyonthewall.com |
| 258 | 2/22/18 | 8:30 ET | Stamps.com Is Maintained at Buy by B. Riley | 63 | Dow Jones Institutional News |
| 259 | 2/22/18 | | Stamps.com price target lowered to $215 from $230 at Roth Capital | 35 | Theflyonthewall.com |
| 260 | 2/22/18 | | Stamps.com price target lowered to $215 from $230 at Craig-Hallum | 49 | Theflyonthewall.com |
| 261 | 2/22/18 | | 09:43 EDT Stamps.com price target raised to $265 from $254 at SidotiSIDC | 26 | Theflyonthewall.com |
| 262 | 2/22/18 | | Dow, Nasdaq, S&P 500 Open Higher; Avis, Stamps.com Spike | 679 | Investor's Business Daily |

EXHIBIT 1

Exhibit 1 at 122

**Exhibit 7**
**Stamps.com, Inc.**
**Factiva Search Results for Articles Mentioning Stamps.com[1]**
5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 263 | 2/22/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Feb. 2, 2018) | 266 | Computer Weekly News |
| 264 | 2/23/18 | | Stocks With Rising Relative Price Strength: Stamps.com | 203 | Investor's Business Daily |
| 265 | 2/27/18 | | 19:01 EDT Stamps.com names Jonathan Bourgoine as new Chief Technology... | 64 | Theflyonthewall.com |
| 266 | 2/27/18 | 19:00 ET | Stamps.com Announces New CTO | 500 | Business Wire |
| 267 | 2/27/18 | 19:00 ET | Press Release: Stamps.com Announces New CTO | 580 | Dow Jones Institutional News |
| 268 | 2/28/18 | 3:17 ET | Stamps.com hires Jonathan Bourgoine as chief technology officer | 311 | MarketLine News and Comment |
| 269 | 3/1/18 | | Stamps.com director Mohan P. Ananda sells 28 February 2018 | 1868 | People in Business |
| 270 | 3/1/18 | | Patent Application; "Systems and Methods for Rules Based Shipping" in Patent Application Approval Process (USPTO 20180046970) | 1487 | Computer Weekly News |
| 271 | 3/1/18 | | Internet People | 304 | Warren's Washington Internet Daily |
| 272 | 3/2/18 | | Stamps.com chief marketing officer Sebastian Buerba sells 01 March 2018 | 1831 | People in Business |
| 273 | 3/2/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Feb. 20, 2018) | 265 | Economics Week |
| 274 | 3/7/18 | | Stamps.com chief marketing officer Sebastian Buerba sells 06 March 2018 | 1807 | People in Business |
| 275 | 3/7/18 | | Stamps.com chief executive officer, chairman and director Kenneth McBride sells 06 March 2018 | 1919 | People in Business |
| 276 | 3/8/18 | 8:30 ET | ShippingEasy Launches Amazon Seller Suite | 632 | Business Wire |
| 277 | 3/9/18 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (Feb. 22, 2018) | 232 | Economics Week |
| 278 | 3/16/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Mar. 1, 2018) | 265 | Economics Week |
| 279 | 3/19/18 | | Stamps.com Inc. Patent Issued for Systems and Methods Utilizing Gravity Feed for Postage Metering (USPTO 9911246) | 1871 | Journal of Engineering |
| 280 | 3/21/18 | 8:25 ET | Consolidated Research: 2018 Summary Expectations for AMC Networks, MaxLinear, Stamps, JBG SMITH Properties, Bank of Marin, and Saul Centers -- Fundamental Analysis, Key Performance Indications | 1668 | GlobeNewswire |
| 281 | 3/23/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Mar. 9, 2018) | 265 | Economics Week |
| 282 | 3/26/18 | | Stamps.com Inc. Patent Issued for Secure Value Bearing Indicia Using Clear Media (USPTO 9914320) | 2709 | Journal of Engineering |
| 283 | 3/29/18 | | David Habiger of Stamps.com in top quartile of Mid Cap Director Scorecard for past year | 2005 | People in Business |
| 284 | 3/30/18 | | The benefits of labeling | 486 | New Canaan News-Review |
| 285 | 3/30/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Mar. 19, 2018) | 265 | Economics Week |
| 286 | 4/1/18 | | Online growth | 75 | Credit Management |
| 287 | 4/3/18 | | Stock Market Trims Early Gains; FANG Stocks Volatile Again | 390 | Investor's Business Daily |
| 288 | 4/4/18 | 8:30 ET | ShippingEasy Integrates with Online Marketplace Bonanza | 568 | Business Wire |
| 289 | 4/5/18 | | Stamps.com chief strategy officer Amine Khechfe sells 04 April 2018 | 1878 | People in Business |
| 290 | 4/5/18 | 10:52 ET | 4 Things DNVBs Do That Traditional Brands Don't | 660 | MediaPost.com |
| 291 | 4/5/18 | 14:01 ET | Stamps.com Files 8K - Director, Officer or Compensation Filing >STMP | 319 | Dow Jones Institutional News |
| 292 | 4/7/18 | | McDermott & Bull Finds Chief Technology Officer for Stamps.com | 549 | Kuwait News Agency (Kuna) |
| 293 | 4/13/18 | | 12:06 EDT Stamps.com sinks after Trump orders review of Postal ServiceShares of... | 116 | Theflyonthewall.com |
| 294 | 4/13/18 | 14:44 ET | Stamps.com Falls After USPS Review -- Market Mover | 109 | Dow Jones Institutional News |
| 295 | 4/13/18 | | 16:01 EDT Trump establishes Task Force to evaluate operations, finances of... | 138 | Theflyonthewall.com |
| 296 | 4/16/18 | 8:30 ET | ShippingEasy Named Preferred Shipping Provider for AmeriCommerce | 694 | Business Wire |
| 297 | 4/17/18 | | Stocks To Watch With Earnings On Tap: Stamps.com | 235 | Investor's Business Daily |
| 298 | 4/20/18 | | Business Services; Stamps.com Inc. Files SEC Form 4/A, Statement of Changes in Beneficial Ownership of Securities: (Apr. 9, 2018) | 175 | Economics Week |
| 299 | 4/20/18 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (Apr. 5, 2018) | 232 | Economics Week |
| 300 | 4/23/18 | | 08:55 EDT Stamps.com price target raised to $240 from $215 at... | 59 | Theflyonthewall.com |
| 301 | 4/23/18 | | Stock Market Today Morning Update: Indexes Mixed As 10-Year Yield Rises | 306 | Investor's Business Daily |
| 302 | 4/24/18 | | Adobe, Stamps.com: 2 Innovators With Similar Stock Chart Traits | 685 | Investor's Business Daily |
| 303 | 4/25/18 | 8:30 ET | Stamps.com First Quarter 2018 Financial Results Call Invitation | 575 | Business Wire |
| 304 | 4/25/18 | 8:34 ET | Press Release: Stamps.com First Quarter 2018 Financial Results Call Invitation | 591 | Dow Jones Institutional News |
| 305 | 4/26/18 | 7:50 ET | New Research: Key Drivers of Growth for Pinnacle Foods, Main Street Capital, Kopin, Stamps, Selective Insurance Group, and 2U -- Factors of Influence, Major Initiatives and Sustained Production | 1721 | GlobeNewswire |
| 306 | 4/27/18 | | 08:36 EDT Stamps.com price target raised to $244 from $230 at Roth CapitalRoth... | 151 | Theflyonthewall.com |
| 307 | 4/30/18 | 16:46 ET | BRIEF-Stamps.com Says CEO Ken McBride's 2017 Total Compensation Was $8.1 Million | 56 | Reuters News |
| 308 | 5/1/18 | | Stamps.com Around Top Of Buy Range Ahead Of Earnings Report | 256 | Investor's Business Daily |
| 309 | 5/3/18 | | 16:31 EDT Stamps.com reports Q1 adjusted EPS $2.54, consensus $1.90Reports Q1... | 43 | Theflyonthewall.com |
| 310 | 5/3/18 | | 16:33 EDT Stamps.com raises FY18 EPS view to $9.60-$10.60 from... | 62 | Theflyonthewall.com |
| 311 | 5/3/18 | 16:30 ET | Stamps.com Reports First Quarter 2018 Results | 4804 | Business Wire |
| 312 | 5/3/18 | 16:30 ET | *Stamps.com 1Q EPS $2.54 >STMP | 4962 | Dow Jones Institutional News |
| 313 | 5/3/18 | 16:43 ET | Stamps.com Stock Shoots Toward Record After Earnings -- MarketWatch | 214 | Dow Jones Institutional News |
| 314 | 5/3/18 | | Stamps.com Inc. Q1 adjusted earnings Beat Estimates | 183 | RTT News |
| 315 | 5/3/18 | | Stamps.com Revises Earnings Guidance - Quick Facts | 117 | RTT News |

EXHIBIT 1                    Exhibit 1 at 123 Page 6

**Exhibit 7**
**Stamps.com, Inc.**
**Factiva Search Results for Articles Mentioning Stamps.com[1]**
5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 316 | 5/3/18 | | Q1 2018 Stamps.Com Inc Earnings Call - Final | 7358 | CQ FD Disclosure |
| 317 | 5/4/18 | | Stamps.com chief strategy officer Amine Khechfe sells 03 May 2018 | 1899 | People in Business |
| 318 | 5/3/18 | 22:36 ET | Stamps.com's CEO Ken McBride on Q1 2018 Results -- Earnings Call Transcript >STMP | 48 | Dow Jones Institutional News |
| 319 | 5/4/18 | | 07:38 EDT Stamps.com price target raised to $300 from $275 at B. Riley FBRB. | 63 | Theflyonthewall.com |
| 320 | 5/4/18 | | 08:17 EDT Stamps.com price target raised to $255 from $244 at Roth CapitalRoth... | 73 | Theflyonthewall.com |
| 321 | 5/4/18 | | 09:28 EDT Stamps.com price target raised to $260 from $240 at... | 124 | Theflyonthewall.com |
| 322 | 5/4/18 | | Stocks Open Lower On Mixed Jobs Data, Apple Rises; Stamps.com Spikes | 979 | Investor's Business Daily |
| 323 | 5/4/18 | 3:54 ET | Stamps.com announces results for quarter ended March 31, 2018 | 756 | MarketLine News and Comment |
| 324 | 5/9/18 | | Stamps.com chief product and strategy officer John Clem sells 08 May 2018 | 1963 | People in Business |
| 325 | 5/11/18 | 8:30 ET | ShippingEasy Named 2018 Top Small Business for Customer Service | 568 | Business Wire |
| 326 | 5/11/18 | | Business Services; Stamps.com Inc. Files SEC Form DEF 14A, Other Definitive Proxy Statements: (Apr. 30, 2018) | 194 | Economics Week |
| 327 | 5/15/18 | | 5 Ways To Shop For Top Stock Plays In This Diverse Group | 531 | Investor's Business Daily |
| 328 | 5/18/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (May. 3, 2018) | 265 | Economics Week |
| 329 | 5/18/18 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (May. 4, 2018) | 232 | Economics Week |
| 330 | 5/18/18 | | As Baozun Bounces, This Top-Ranked Chinese Stock Nears Buy Zone | 485 | Investor's Business Daily |
| 331 | 5/21/18 | | Theodore R. Samuels of Stamps.com in top 10% of Mid Cap Director Scorecard for past year | 1976 | People in Business |
| 332 | 5/21/18 | | Stamps.com Inc. Patent Issued for Postage Metering with Accumulated Postage (USPTO 9965903) | 1939 | Journal of Engineering |
| 333 | 5/22/18 | 8:30 ET | ShippingEasy Integrates with Reverb.com, the World's Most Popular Music Gear Website | 646 | Business Wire |
| 334 | 5/24/18 | 8:30 ET | ShippingEasy Wins Two Stevie(R) Awards in 2018 American Business Awards(R) | 697 | Business Wire |
| 335 | 5/24/18 | | ShipStation to Exhibit and Present at 2018 Internet Retailer Conference and Exhibition | 382 | Contify Retail News |
| 336 | 5/25/18 | | Stock Upgrades: Wayfair Shows Rising Relative Strength | 238 | Investor's Business Daily |
| 337 | 5/25/18 | | Business Services; Stamps.com Inc. Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)]: (May. 10, 2018) | 246 | Economics Week |
| 338 | 5/30/18 | | STAMPS.COM INC: "Lopez" Class Action in Calif. Still Pending | 216 | Class Action Reporter |
| 339 | 5/31/18 | | 18:14 EDT Stamps.com initiated with a Buy at MaximMaxim initiated Stamps.com... | 32 | Theflyonthewall.com |
| 340 | 6/1/18 | | Stamps.com chief product and strategy officer John Clem sells 01 June 2018 | 1956 | People in Business |
| 341 | 6/1/18 | 8:15 ET | Stamps.com Initiated at Buy by Maxim Group | 57 | Dow Jones Institutional News |
| 342 | 6/1/18 | | 10:39 EDT On The Fly: Top five analyst initiations Catch up on today's top five... | 125 | Theflyonthewall.com |
| 343 | 6/1/18 | | Stamps.com Inc. Patent Issued for Systems and Methods for Activation of Postage Indicia at Point of Sale (USPTO 9978185) | 2516 | Investment Weekly News |
| 344 | 6/1/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (May. 17, 2018) | 265 | Economics Week |
| 345 | 6/3/18 | | Europe Shipping Software Market By Manufacturers, Countries, Type And Application, Forecast 2018 – 2023 | 1511 | iCrowdNewswire |
| 346 | 6/4/18 | | Are Small-Cap Growth Stocks The New Market Leaders? | 500 | Investor's Business Daily |
| 347 | 6/6/18 | | Europe Shipping Software Market – Industry Size, Share, Analysis & Trading Growth to 2023 | 508 | iCrowdNewswire |
| 348 | 6/11/18 | | North America Shipping Software Market Key Players:Pitney Bowes, Metapack, Temando and Stamps.com | 505 | iCrowdNewswire |
| 349 | 6/11/18 | | Stamps.Com Inc Annual Shareholders Meeting - Final | 1034 | CQ FD Disclosure |
| 350 | 6/15/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (May 31, 2018) | 265 | Economics Week |
| 351 | 6/15/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Jun. 5, 2018) | 265 | Economics Week |
| 352 | 6/15/18 | | Business Services; Stamps.com Inc. Files SEC Form SD, (May 31, 2018) | 165 | Economics Week |
| 353 | 6/19/18 | | Liberty All-Star Growth Fund, Inc. May 2018 Update | 756 | Daily News Egypt |
| 354 | 6/21/18 | | 12:28 EDT Stamps.com falls after Trump administration proposes Post Office... | 23 | Theflyonthewall.com |
| 355 | 6/21/18 | | 12:34 EDT Stamps.com falls after White House calls for Postal Service... | 137 | Theflyonthewall.com |
| 356 | 6/21/18 | | 15:02 EDT Any selloff in Stamps.com represents attractive buying opportunity,... | 101 | Theflyonthewall.com |
| 357 | 6/21/18 | | Stock Market Turns Lower; Supreme Court Ruling Hits Internet Retailers | 433 | Investor's Business Daily |
| 358 | 6/21/18 | 15:50 ET | Stamps.com Stock Plunges After Trump Administration Unveils Proposal To Restructure, Privatize Post Office -- MarketWatch | 175 | Dow Jones Institutional News |
| 359 | 6/21/18 | 16:06 ET | Stamps.com stock plunges after Trump administration unveils proposal to restructure, pr | 166 | Dow Jones Newswires Chinese (English) |
| 360 | 6/21/18 | 16:32 ET | Stamps.com Sees Largest One-Day Decline Since November 2017 -- Data Talk | 116 | Dow Jones Institutional News |
| 361 | 6/22/18 | 10:09 ET | Stamps.com Concerns Based On Trump's Post Office Proposal Are Overblown, Says Analyst -- MarketWatch | 214 | Dow Jones Institutional News |
| 362 | 6/22/18 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (Jun. 12, 2018) | 232 | Economics Week |
| 363 | 6/22/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Jun. 8, 2018) | 265 | Economics Week |
| 364 | 6/26/18 | | Stamps.com Inc. Shares Sold by JPMorgan Chase & Co. | 869 | Daily News Egypt |
| 365 | 6/26/18 | 9:17 ET | Webgility and Stamps.com Pen New Partnership, Providing Ecommerce Sellers Discounted USPS Shipping Rates | 623 | PR Newswire |

EXHIBIT 1                                      Exhibit 1 at 124   Page 7

## Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 366 | 6/26/18 | 9:17 ET | Press Release: Webgility and Stamps.com Pen New Partnership, Providing Ecommerce Sellers Discounted USPS Shipping Rates | 658 | Dow Jones Institutional News |
| 367 | 6/26/18 | | 09:19 EDT Stamps.com and Webgility sign agreement Webgility and Stamps.com have... | 81 | Theflyonthewall.com |
| 368 | 6/29/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Jun. 18, 2018) | 265 | Economics Week |
| 369 | 7/2/18 | 7:40 ET | Factors of Influence in 2018, Key Indicators and Opportunity within Aqua America, Olympic Steel, Allegion, Stamps, CVR Partners, LP, and Formula One Group -- New Research Emphasizes Economic Growth | 1756 | GlobeNewswire |
| 370 | 7/2/18 | | Shipping Software Market Size, Industry Share, Manufacturers, Research Report till 2025 | 509 | iCrowdNewswire |
| 371 | 7/3/18 | | Stamps.com chief strategy officer Amine Khechfe sells 03 July 2018 | 1808 | People in Business |
| 372 | 7/3/18 | | Stamps.com chief marketing officer Sebastian Buerba sells 03 July 2018 | 1844 | People in Business |
| 373 | 7/13/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Jul. 2, 2018) | 265 | Economics Week |
| 374 | 7/18/18 | 8:11 ET | ShipEngine(TM) and Volusion Partner to Power Instant Postage for Merchants | 554 | PR Newswire |
| 375 | 7/18/18 | 8:30 ET | ShippingEasy Integrates with Wish Marketplace | 568 | Business Wire |
| 376 | 7/17/18 | 20:00 ET | ShipEngine announces partnership with Volusion | 314 | MarketLine News and Comment |
| 377 | 7/23/18 | | G. Bradford Jones of Stamps.com in top 10% of Mid Cap Director Scorecard for past quarter | 1796 | People in Business |
| 378 | 7/25/18 | 8:30 ET | Stamps.com Announces Definitive Agreement to Acquire Leading UK-Based E-Commerce Shipping Software Company MetaPack Ltd. | 1080 | Business Wire |
| 379 | 7/25/18 | | Stamps.com to acquire e-commerce shipping software company MetaPack | 139 | Theflyonthewall.com |
| 380 | 7/25/18 | 8:30 ET | *Stamps.Com Announces Definitive Agreement To Acquire Leading UK-Based E-Commerce Shipping Software Company MetaPack Ltd. >STMP | 1192 | Dow Jones Institutional News |
| 381 | 7/25/18 | 8:47 ET | Stamps.com to Buy U.K.'s MetaPack for $230 Million >STMP | 164 | Dow Jones Institutional News |
| 382 | 7/25/18 | 9:44 ET | E-commerce Delivery Platform Leader MetaPack Bought By Stamps.com | 781 | PR Newswire |
| 383 | 7/25/18 | 8:53 ET | Artemis Alpha Trust PLC Sale of Unlisted Equity Investment | 265 | Regulatory News Service |
| 384 | 7/25/18 | | Stamps.com expands footprint, customer base with strategic acquisition | 292 | L.A. Biz |
| 385 | 7/25/18 | | Stamps.com Inc. (STMP) - Financial and Strategic SWOT Analysis Review | 726 | MarketResearch.com |
| 386 | 7/25/18 | | M&A Transaction | MetaPack Ltd. | 30 | The Deal |
| 387 | 7/25/18 | 9:01 ET | Stamps.com to Buy U.K.'s MetaPack for $230 Million; Index Ventures had invested in MetaPack had invested in | 165 | WSJ Pro Venture Capital |
| 388 | 7/26/18 | | Stamps.com Announces Definitive Agreement to Acquire Leading UK-Based E-Commerce Shipping Software Company MetaPack Ltd. | 523 | National Iraqi News Agency |
| 389 | 7/26/18 | | 08:13 EDT Stamps.com price target raised to $305 from $255 at Roth CapitalRoth... | 99 | Theflyonthewall.com |
| 390 | 7/26/18 | 14:13 ET | US Stamps.com buys UK e-commerce delivery platform MetaPack | 225 | SeeNews Deals |
| 391 | 7/26/18 | | Stamps.com expands to Europe with £175m MetaPack acquisition | 744 | CEP Research |
| 392 | 7/27/18 | 8:30 ET | Stamps.com Second Quarter 2018 Financial Results Call Invitation | 573 | Business Wire |
| 393 | 7/27/18 | 8:31 ET | Press Release: Stamps.com Second Quarter 2018 Financial Results Call Invitation | 589 | Dow Jones Institutional News |
| 394 | 7/30/18 | | Stamps.com to Acquire UK-Based MetaPack for GBP 175m | 278 | M&A Navigator |
| 395 | 7/30/18 | | Earnings Season Preview: Stamps.com Near Buy Zone With Quarterly Report Due | 253 | Investor's Business Daily |
| 396 | 8/1/18 | 16:30 ET | Stamps.com Reports Second Quarter 2018 Results | 5314 | Business Wire |
| 397 | 8/1/18 | | 16:33 EDT Stamps.com reports Q2 EPS $2.75, consensus $2.38Reports Q2 revenue... | 54 | Theflyonthewall.com |
| 398 | 8/1/18 | | 16:34 EDT Stamps.com raises FY18 EPS view to $10.15-$11.15 from... | 57 | Theflyonthewall.com |
| 399 | 8/1/18 | 16:30 ET | *Stamps.com 2Q EPS $2.41 >STMP | 5426 | Dow Jones Institutional News |
| 400 | 8/1/18 | | Stamps.com Inc. Q2 adjusted earnings Beat Estimates | 178 | RTT News |
| 401 | 8/1/18 | | Q2 2018 Stamps.Com Inc Earnings Call - Final | 8062 | CQ FD Disclosure |
| 402 | 8/1/18 | 22:07 ET | Stamps.com Inc. CEO Ken McBride on Q2 2018 Results -- Earnings Call Transcript >STMP | 48 | Dow Jones Institutional News |
| 403 | 8/2/18 | | Kyle Huebner starts second year as Stamps.com President 02 August 2018 | 1877 | People in Business |
| 404 | 8/2/18 | | Stock Upgrades: Shutterstock Shows Rising Relative Strength | 244 | Investor's Business Daily |
| 405 | 8/2/18 | | Jeff Carberry starts second year as Stamps.com CFO 02 August 2018 | 1851 | People in Business |
| 406 | 8/3/18 | | Stamps.com chief marketing officer Sebastian Buerba sells 02 August 2018 | 1995 | People in Business |
| 407 | 8/3/18 | | Stamps.com chief strategy officer Amine Khechfe sells 02 August 2018 | 1963 | People in Business |
| 408 | 8/8/18 | | 17:44 EDT Stamps.com discloses risk that USPS may renegotiate compensation... | 257 | Theflyonthewall.com |
| 409 | 8/8/18 | | 17:46 EDT Stamps.com down 6% afterhours following disclosure of USPS... | 24 | Theflyonthewall.com |
| 410 | 8/8/18 | | Stamps.com; Stamps.com Announces Definitive Agreement to Acquire Leading UK-Based E-Commerce Shipping Software Company MetaPack Ltd. | 567 | Mergers & Acquisitions Week |
| 411 | 8/8/18 | 19:48 ET | *Stamps.com 10-Q Filing: U.S. Postal Service Provided Notice in Previous Calendar Quarter About Potential Renegotiation of One Arrangement | 66 | Dow Jones Institutional News |
| 412 | 8/9/18 | | 09:15 EDT Technical Take: Stamps.com drops on USPS compensation riskThe stock... | 68 | Theflyonthewall.com |
| 413 | 8/9/18 | | Australian National Sentenced to 2 Years for Identity Theft | 331 | ForeignAffairs.co.nz |
| 414 | 8/10/18 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (Jul. 30, 2018) | 232 | Economics Week |
| 415 | 8/10/18 | 14:46 ET | BC-APFN-Money & Markets Digest | 233 | Associated Press Newswires |
| 416 | 8/11/18 | | BIG MOVERS | 137 | The Quad-City Times |
| 417 | 8/12/18 | | WEEKLY MOVERS | 57 | The Westerly Sun |
| 418 | 8/13/18 | 8:30 ET | ShipWorks Integrates with Overstock.com | 399 | Business Wire |

EXHIBIT 1                                   Exhibit 1 at 125   Page 8

## Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 419 | 8/13/18 | | 08:33 EDT ShipWorks integrates with Overstock.comShipWorks, a subsidiary of... | 149 | Theflyonthewall.com |
| 420 | 8/13/18 | | Jeff Carberry of Stamps.com in top quartile of Mid Cap CFO Scorecard for past year | 1885 | People in Business |
| 421 | 8/15/18 | 16:15 ET | Stamps.com Announces Completion of MetaPack Ltd. Acquisition | 782 | Business Wire |
| 422 | 8/15/18 | 16:15 ET | Press Release: Stamps.com Announces Completion of MetaPack Ltd. Acquisition | 816 | Dow Jones Institutional News |
| 423 | 8/16/18 | 7:52 ET | Stamps.com completes buy of UK e-commerce delivery platform MetaPack | 151 | SeeNews Deals |
| 424 | 8/16/18 | | Stamps.com Closes USD 220m Acquisition of MetaPack | 258 | M&A Navigator |
| 425 | 8/17/18 | | Business Services; Stamps.com Inc. Files SEC Form 3, Initial Statement of Beneficial Ownership of Securities: (Aug. 2, 2018) | 264 | Economics Week |
| 426 | 8/17/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Aug. 2, 2018) | 265 | Economics Week |
| 427 | 8/17/18 | | Stamps.com Acquires MetaPack | 380 | Financial Deals Tracker |
| 428 | 8/17/18 | | Stamps.com Acquires MetaPack from Index Ventures | 408 | Financial Deals Tracker |
| 429 | 8/21/18 | 17:16 ET | Stamps.com Files 8K - Asset Acquisition Or Disposition >STMP | 784 | Dow Jones Institutional News |
| 430 | 8/24/18 | | Mailroom Management Software Market from 2018-2023: Growth Analysis by Manufacturers, Regions, Types and Applications | 582 | iCrowdNewswire |
| 431 | 8/27/18 | 8:30 ET | ShipWorks Hires Dominic Lozano as New GM | 541 | Business Wire |
| 432 | 8/27/18 | | ShipWorks hires Contegix executive to fill new GM post | 375 | St. Louis Business Journal |
| 433 | 8/29/18 | | David Habiger of Stamps.com in top quartile of Mid Cap Director Scorecard for past year | 2031 | People in Business |
| 434 | 8/31/18 | | Stamps.com Clears Technical Benchmark, Hitting 80-Plus RS Rating | 239 | Investor's Business Daily |
| 435 | 8/31/18 | | Business Services; Stamps.com Inc. Files SEC Form 8-K, Current Report: (Aug. 21, 2018) | 232 | Economics Week |
| 436 | 9/1/18 | | Shipping Software Market development trends, key manufacturers and competitive analysis 2018-2023 | 512 | iCrowdNewswire |
| 437 | 9/7/18 | | Stamps.com chief strategy officer Amine Khechfe sells 06 September 2018 | 2939 | People in Business |
| 438 | 9/7/18 | | Stamps.com chief marketing officer Sebastian Buerba sells 06 September 2018 | 2975 | People in Business |
| 439 | 9/7/18 | | David Habiger - Stamps.com updates director's profile 06 September 2018 | 2970 | People in Business |
| 440 | 9/7/18 | | Stamps.com Inc. Researchers Submit Patent Application, "Systems And Methods For Activation Of Postage Indicia At Point Of Sale", for Approval (USPTO 20180240286) | 2605 | Investment Weekly News |
| 441 | 9/10/18 | 5:00 ET | Ship. Save. Repeat.(TM) ReadyShipper X Now Supports Stamps.com Global Advantage Program(TM) | 482 | GlobeNewswire |
| 442 | 9/11/18 | | Global (North America, Europe And Asia-Pacific, South America, Middle East And Africa) Shipping Software Market 2018 Forecast To 2023 | 1671 | iCrowdNewswire |
| 443 | 9/17/18 | | Theodore R. Samuels of Stamps.com in top quartile of Mid Cap Director Scorecard for past year | 2985 | People in Business |
| 444 | 9/21/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Sept. 6, 2018) | 265 | Economics Week |
| 445 | 9/24/18 | | STMP Dines says buy Stamps.com; keep tomatoes in cool cellar | 214 | Canada Stockwatch |
| 446 | 9/25/18 | 8:30 ET | Press Release: Stamps.com Named to Fortune Magazine's List of 100 Fastest-Growing Companies | 445 | Dow Jones Institutional News |
| 447 | 9/25/18 | 8:30 ET | Stamps.com Named to Fortune Magazine's List of 100 Fastest-Growing Companies | 425 | Business Wire |
| 448 | 9/27/18 | | Shipping Software Market 2018 Global Analysis, Opportunities and Forecast to 2023 | 1499 | M2 Presswire |
| 449 | 9/28/18 | 9:00 ET | Stamps.com's John Clem Appointed MetaPack General Manager | 491 | PR Newswire |
| 450 | 10/1/18 | | Stamps.com's John Clem takes over as MetaPack General Manager | 354 | CEP Research |
| 451 | 10/3/18 | | California Governor Signs Bill to Require Women on Company Boards | 853 | The Deal |
| 452 | 10/4/18 | | Stamps.com chief strategy officer Amine Khechfe sells 03 October 2018 | 2864 | People in Business |
| 453 | 10/4/18 | | Stamps.com chief marketing officer Sebastian Buerba sells 03 October 2018 | 2895 | People in Business |
| 454 | 10/4/18 | | STAMPS.COM INC: Preliminary Settlement Reached in Lopez Lawsuit | 222 | Class Action Reporter |
| 455 | 10/5/18 | | Business Services; Stamps.com Inc. Files SEC Form CT ORDER, Confidential Treatment Order: (Sept. 25, 2018) | 170 | Economics Week |
| 456 | 10/6/18 | 14:00 ET | Dozens of California companies fall short of new women on board law | 416 | The Telegraph Online |
| 457 | 10/9/18 | 8:30 ET | ShippingEasy Transforms E-commerce Shipping by Leveraging Voice | 747 | Business Wire |
| 458 | 10/11/18 | | 14:52 EDT Stamps.com rises as USPS seeks record price hike amid Trump... | 458 | Theflyonthewall.com |
| 459 | 10/15/18 | | Stamps.com Inc. - Top Competitors | 209 | GlobalData Company Profiles |
| 460 | 10/17/18 | 23:27 ET | Trump pulling out of pact that discounts foreign postal deliveries in move against China | 440 | The Telegraph Online |
| 461 | 10/18/18 | 3:58 ET | Trump pulling out of pact that discounted foreign postal deliveries | 254 | Trend News Agency |
| 462 | 10/18/18 | 4:01 ET | UPDATE 4-Trump pulling out of pact that discounted foreign postal deliveries | 552 | Reuters News |
| 463 | 10/18/18 | 6:03 ET | Trump pulls US out of UN postal scheme on China price concerns | 507 | The Guardian |
| 464 | 10/18/18 | | 09:02 EDT Reaction to Trump decision to leave Universal Postage Union 'naive,'... | 170 | Theflyonthewall.com |
| 465 | 10/18/18 | | 09:26 EDT Stamps.com selloff yesterday on Postal news unwarranted, says B. Riley... | 123 | Theflyonthewall.com |
| 466 | 10/21/18 | | UNITED STATES TAX COURT ISSUES ORDER REGARDING DENISE DAVIS VS COMMISSIONER OF INTERNAL REVENUE CASE | 293 | US Fed News |
| 467 | 10/22/18 | 9:25 ET | Analysis: Positioning to Benefit within Mesa Laboratories, World Acceptance, Mammoth Energy Services, Yintech Investment, Stamps, and Vera Bradley -- Research Highlights Growth, Revenue, and Consolidated Results | 1762 | GlobeNewswire |
| 468 | 10/25/18 | 8:30 ET | ShippingEasy Releases Its Popular Annual Holiday Guide | 622 | Business Wire |
| 469 | 10/29/18 | | United States Shipping Software Market By Manufacturers, States, Type And Application, Forecast To 2023. | 1266 | iCrowdNewswire |
| 470 | 10/29/18 | 18:00 ET | Stamps.com Third Quarter 2018 Financial Results Call Invitation | 572 | Business Wire |

EXHIBIT 1                                                        Exhibit 1 at 126    Page 9

## Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 471 | 10/29/18 | 18:00 ET | Press Release: Stamps.com Third Quarter 2018 Financial Results Call Invitation | 588 | Dow Jones Institutional News |
| 472 | 10/31/18 | 8:07 ET | Q3 Earnings Outlook For Stamps.com | 254 | Benzinga.com |
| 473 | 10/31/18 | 16:30 ET | Stamps.com Reports Third Quarter 2018 Results | 5298 | Business Wire |
| 474 | 10/31/18 | | 16:31 EDT Stamps.com reports Q3 adjusted EPS $2.76, consensus $2.38Reports Q3... | 34 | Theflyonthewall.com |
| 475 | 10/31/18 | | 16:33 EDT Stamps.com raises FY18 EPS view to $10.60-$11.60 from... | 42 | Theflyonthewall.com |
| 476 | 10/31/18 | 16:30 ET | *Stamps.com 3Q EPS $1.75 >STMP | 5458 | Dow Jones Institutional News |
| 477 | 10/31/18 | | Q3 2018 Stamps.Com Inc Earnings Call - Final | 8510 | CQ FD Disclosure |
| 478 | 10/31/18 | 22:49 ET | Stamps.com's CEO Ken McBride on Q3 2018 Results -- Earnings Call Transcript >STMP | 48 | Dow Jones Institutional News |
| 479 | 11/1/18 | | 09:25 EDT Stamps.com price target lowered to $265 from $300 at... | 155 | Theflyonthewall.com |
| 480 | 11/1/18 | 12:30 ET | Stamps.com Down Over 10% After 3Q Earnings Report -- Data Talk | 214 | Dow Jones Institutional News |
| 481 | 11/1/18 | | Wayfair Sinks Midday; Hanes, Stamps.com Also Tumble | 279 | Investing.com |
| 482 | 11/2/18 | | Global Shipping Software Market 2018- 2023|Details Analysis By Top Key Players Pitney Bowes, Metapack, Temando, Stamps.com And More | 435 | iCrowdNewswire |
| 483 | 11/4/18 | | STMP Dines sells Stamps.com; discusses dieting | 207 | Canada Stockwatch |
| 484 | 11/6/18 | | Stamps.com chief strategy officer Amine Khechfe sells 05 November 2018 | 3037 | People in Business |
| 485 | 11/6/18 | 6:38 ET | Jim Cramer Advises His Viewers On GEO Group, Nokia, WWE And More | 153 | Benzinga.com |
| 486 | 11/16/18 | | Business Services; Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Nov. 5, 2018) | 265 | Economics Week |
| 487 | 11/21/18 | | North America And Europe Shipping Software Market 2023|Details Analysis By Top Key Players Pitney Bowes, Metapack, Temando, Stamps.com And More | 483 | iCrowdNewswire |
| 488 | 11/22/18 | | STAMPS.COM INC: Final Settlement Approval Hearing in Feb. 2019 | 292 | Class Action Reporter |
| 489 | 11/23/18 | | Business Services; Stamps.com Inc. Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)]: (Nov. 9, 2018) | 246 | Economics Week |
| 490 | 11/29/18 | 8:55 ET | Investor Expectations to Drive Momentum within LiveXLive Media, Rockwell Automation, Stamps, Credit Acceptance, Gran Tierra Energy, and Domtar -- Discovering Underlying Factors of Influence | 1770 | GlobeNewswire |
| 491 | 12/4/18 | | 15:07 EDT Trump-appointed commission recommends USPS raise shipping rates,... | 83 | Theflyonthewall.com |
| 492 | 12/4/18 | 15:18 ET | White House Report Calls For Overhaul Of Postal Service -- MarketWatch | 121 | Dow Jones Institutional News |
| 493 | 12/4/18 | 15:19 ET | Update: White House Report Calls For Overhaul Of Postal Service -- MarketWatch | 123 | Dow Jones Institutional News |
| 494 | 12/4/18 | 15:22 ET | Update: White House Report Calls For Overhaul Of U.S. Postal Service -- MarketWatch | 120 | Dow Jones Institutional News |
| 495 | 12/4/18 | | e.g., correspondence, transaction mail - of the mail item," the report adds. | 60 | Theflyonthewall.com |
| 496 | 12/5/18 | | Trump panel urges shipping rate boost by Postal Service; A hike would be a blow to Amazon and other online retailers | 593 | Los Angeles Times |
| 497 | 12/6/18 | | 08:13 EDT Trump task force conclusion 'substantially' de-risks Stamps.com story,... | 107 | Theflyonthewall.com |
| 498 | 12/7/18 | | eZCom Software Introduces More Features for Amazon Sellers | 292 | Ma'an News Agency |
| 499 | 12/10/18 | | Kenneth McBride of Stamps.com in second quartile of Mid Cap CEO Scorecard for past year | 3052 | People in Business |
| 500 | 12/10/18 | | 06:19 EDT Stamps.com management to meet with MaximMeeting to be held in Boston... | 34 | Theflyonthewall.com |
| 501 | 12/17/18 | | LA. Lags on Women Directors: CORPORATE: No female reps at Skechers, B. Riley. | 1182 | Los Angeles Business Journal |
| 502 | 12/19/18 | | Vietnamese Vingroup sets up subsidiary to support start-ups | 191 | Vietnam News Summary |
| 503 | 12/20/18 | 9:00 ET | United States Postal Service Regulation Denies Personalized Christmas Stamp Because of Religious Content | 526 | GlobeNewswire |
| 504 | 1/2/19 | | Kenneth McBride starts nineteenth year as Stamps.com CEO 01 January 2019 | 2980 | People in Business |
| 505 | 1/4/19 | | Stamps.com chief strategy officer Amine Khechfe sells 03 January 2019 | 2978 | People in Business |
| 506 | 1/8/19 | 7:54 ET | Jim Cramer Shares His Thoughts On Kraft Heinz, Medtronic, Transocean And More | 144 | Benzinga.com |
| 507 | 1/11/19 | | Want to stock up on stamps before prices go up? Here's how, where and why | 517 | USA Today Online |
| 508 | 1/12/19 | | Where to buy stamps before prices go up | 417 | The Burlington Free Press |
| 509 | 1/15/19 | | Stamps.com Inc. "System And Method For Cryptographic-Chain-Based Verification Of Postage Transaction Records" in Patent Application Approval Process (USPTO 20180374087) | 2538 | Information Technology Newsweekly |
| 510 | 1/18/19 | | Stamps.com Inc. Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Jan. 3, 2019) | 262 | Economics Week |
| 511 | 1/22/19 | 8:30 ET | New Year, New Shipping Rates: ShippingEasy Launches 2019 Rate Change Guide for E-commerce Merchants | 764 | Business Wire |
| 512 | 1/24/19 | | Shipping Software Market Size, Share & Trends Analysis By Type, Deployment, Enterprise Size, And Segment Forecasts, 2019 – 2025 | 1405 | iCrowdNewswire |
| 513 | 1/24/19 | 8:30 ET | ShipWorks Enhances Software and Launches The Works | 641 | Business Wire |
| 514 | 1/28/19 | | Stamps.com Inc. Patent Issued for Systems And Methods For Mail Piece Interception, Rescue Tracking, And Confiscation Alerts And Related Services (USPTO 10,181,110) | 3570 | Journal of Engineering |
| 515 | 2/5/19 | | Stamps.com chief strategy officer Amine Khechfe sells 04 February 2019 | 2998 | People in Business |
| 516 | 2/8/19 | | Live Wire: First class postage increased 10 percent on Jan. 27 | 290 | The Fayetteville Observer: Web Edition |
| 517 | 2/9/19 | | First class postage increased 10 percent on Jan. 27 | 289 | The Fayetteville Observer |
| 518 | 2/12/19 | 8:30 ET | Stamps.com Fourth Quarter 2018 Financial Results Call Invitation | 583 | Business Wire |
| 519 | 2/12/19 | 8:32 ET | Press Release: Stamps.com Fourth Quarter 2018 Financial Results Call Invitation | 599 | Dow Jones Institutional News |
| 520 | 2/19/19 | | Stocks With Rising Relative Price Strength: Stamps.com | 267 | Investor's Business Daily |

EXHIBIT 1                    Exhibit 1 at 127 Page 10

## Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 521 | 2/21/19 | | Stamps.com chief strategy officer Amine Khechfe sells 20 February 2019 | 3183 | People in Business |
| 522 | 2/21/19 | 7:51 ET | Q4 Earnings Outlook For Stamps.com | 256 | Benzinga.com |
| 523 | 2/21/19 | 16:30 ET | Stamps.com Reports Fourth Quarter and Fiscal 2018 Results | 6293 | Business Wire |
| 524 | 2/21/19 | | 16:31 EDT Stamps.com reports Q4 adjusted EPS $3.73, consensus $2.90Reports Q4... | 45 | Theflyonthewall.com |
| 525 | 2/21/19 | | 16:33 EDT Stamps.com sees FY19 EPS $5.15-$6.15, may not compare to consensus... | 39 | Theflyonthewall.com |
| 526 | 2/21/19 | 16:30 ET | *Stamps.com 4Q EPS $2.30 >STMP | 6440 | Dow Jones Institutional News |
| 527 | 2/21/19 | 16:48 ET | Stamps.com Stock Plummets More Than 35% After Forecast Shows Unexpected And Substantial Declines -- MarketWatch | 291 | Dow Jones Institutional News |
| 528 | 2/21/19 | | 18:09 EDT Stamps.com to discontinue partnership with USPSOn its Q4 earnings... | 147 | Theflyonthewall.com |
| 529 | 2/21/19 | | 18:11 EDT Stamps.com drops 50% after announcing it will discontinue USPS... | 25 | Theflyonthewall.com |
| 530 | 2/21/19 | 18:38 ET | Stamps.com Ending Exclusive Partnership With U.S. Postal Service, Stock Down Nearly 50% -- MarketWatch | 195 | Dow Jones Institutional News |
| 531 | 2/21/19 | 18:42 ET | Update: Stamps.com Ending Exclusive Partnership With U.S. Postal Service, Stock Down Nearly 50% -- MarketWatch | 267 | Dow Jones Institutional News |
| 532 | 2/21/19 | | Dow Jones Futures: Two Top Stocks Set To Jump Above Buy Points As Kraft Heinz, Stamps.com Plunge | 904 | Investor's Business Daily |
| 533 | 2/21/19 | | Q4 2018 Stamps.Com Inc Earnings Call - Final | 13949 | CQ FD Disclosure |
| 534 | 2/21/19 | 19:25 ET | Stamps.com ending exclusive partnership with U.S. Postal Service, stock down nearly 50% | 188 | Dow Jones Newswires Chinese (English) |
| 535 | 2/21/19 | 19:53 ET | Update: Stamps.com Stock Plummets More Than 35% After Forecast Shows Unexpected And Substantial Declines -- MarketWatch | 292 | Dow Jones Institutional News |
| 536 | 2/21/19 | 23:18 ET | Stamps.com Inc. CEO Ken McBride on Q4 2018 Results -- Earnings Call Transcript >STMP | 48 | Dow Jones Institutional News |
| 537 | 2/22/19 | 0:21 ET | INVESTOR ALERT: Ademi & O'Reilly, LLP Investigates Whether Stamps.com(R) (STMP) Violated Securities Laws | 253 | PR Newswire |
| 538 | 2/22/19 | | Stamps.com Ends Partnerships With U.S. Postal Service; Stock Plunges | 198 | RTT News |
| 539 | 2/22/19 | | 04:54 EDT Stamps.com price target lowered to $130 from $300 at B. Riley FBRB. | 87 | Theflyonthewall.com |
| 540 | 2/22/19 | 6:05 ET | Stamps.com Files 8K - Director, Officer or Compensation Filing >STMP | 192 | Dow Jones Institutional News |
| 541 | 2/22/19 | | Dow Jones Futures: Two Top Stocks Set To Jump Above Buy Points As Kraft Heinz, Stamps.com Plunge | 931 | Investor's Business Daily |
| 542 | 2/22/19 | | 07:45 EDT Stamps.com downgraded to Sell from Buy at Roth CapitalROTH | 24 | Theflyonthewall.com |
| 543 | 2/22/19 | | 07:46 EDT Stamps.com downgraded to Hold from Buy at MaximMAXM | 22 | Theflyonthewall.com |
| 544 | 2/22/19 | | Stamps.com price target cut to $125 from $265 at Craig-Hallum | 118 | Theflyonthewall.com |
| 545 | 2/22/19 | | 08:11 EDT Stamps.com downgraded to Hold from Buy at MaximMaxim analyst Allen... | 82 | Theflyonthewall.com |
| 546 | 2/22/19 | 8:14 ET | Former California Deputy Attorney General and Special Counsel with Johnson Fistel Launches Investigation into Stamps.com (STMP); Investors Suffering Losses Encouraged to Contact Firm | 365 | PR Newswire |
| 547 | 2/22/19 | 8:14 ET | Press Release: Former California Deputy Attorney General and Special Counsel with Johnson Fistel Launches Investigation into Stamps.com (STMP); Investors Suffering Losses Encouraged to Contact Firm | 410 | Dow Jones Institutional News |
| 548 | 2/22/19 | | 08:27 EDT Stamps.com downgraded to Sell from Neutral at Roth CapitalRoth Capital... | 116 | Theflyonthewall.com |
| 549 | 2/22/19 | 7:47 ET | Stamps.com plunges 50 pct after company cuts ties with U.S. Postal Service | 254 | Reuters News |
| 550 | 2/22/19 | 7:48 ET | BUZZ-U.S. STOCKS ON THE MOVE-Kraft Heinz, Stamps.com, Casa Systems | 347 | Reuters News |
| 551 | 2/22/19 | 9:08 ET | Stamps.com stock plummets 50% after it ends partnership with the US Postal Service | 338 | CNN Wire |
| 552 | 2/22/19 | 9:13 ET | BUZZ-U.S. STOCKS ON THE MOVE-Kraft Heinz, Stamps.com, Casa Systems, Trade Desk | 475 | Reuters News |
| 553 | 2/22/19 | | 10:15 EDT Fly Intel: Top five analyst downgrades Catch up on today's top five... | 241 | Theflyonthewall.com |
| 554 | 2/22/19 | | Stamps.com shares crash 50% on USPS contract termination | 415 | CEP Research |
| 555 | 2/22/19 | 10:49 ET | SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors of an Investigation Involving Possible Securities Fraud Violations by Certain Officers and Directors of Stamps.com Inc. | 319 | GlobeNewswire |
| 556 | 2/22/19 | 10:47 ET | Stamps.com stock plummets more than 50% after it ends partnership with the US Postal Service | 344 | CNN Wire |
| 557 | 2/22/19 | | Dow Jones Futures: Two Top Stocks Set To Jump Above Buy Points As Kraft Heinz, Stamps.com Plunge | 944 | Investor's Business Daily |
| 558 | 2/22/19 | 11:14 ET | Stamps.com Cut to Hold From Buy by Maxim Group | 30 | Dow Jones Institutional News |
| 559 | 2/22/19 | 11:33 ET | Shares of Stamps.com Fall 56% Following Earnings Report, CEO Saying It Won't Be Exclusive to USPS | 285 | Dow Jones Institutional News |
| 560 | 2/22/19 | 11:44 ET | Stamps.com Down Over 57%, on Pace for Record Percent Decrease -- Data Talk | 318 | Dow Jones Institutional News |
| 561 | 2/22/19 | 10:41 ET | BUZZ-U.S. STOCKS ON THE MOVE-Kraft Heinz, Stamps.com, Newmont Mining, Wayfair | 746 | Reuters News |
| 562 | 2/22/19 | 11:03 ET | Stamps.com stock crashes after ending its partnership with the US Postal Service, CEO addresses Amazon threat (SMTP) | 561 | Business Insider |
| 563 | 2/22/19 | 7:02 ET | Stamps.com is breaking up with the U.S. Postal Service, and its stock is down more than 50%; Exclusive revenue-sharing deal with USPS is no longer viable because company needs to work with other carriers, CEO says | 867 | MarketWatch |
| 564 | 2/22/19 | 12:22 ET | BC-Money & Markets Digest | 240 | Associated Press Newswires |
| 565 | 2/22/19 | | Stamps.com Crashes 50% Midday After Post Office Breakup | 251 | Investing.com |

EXHIBIT 1                                                                    Exhibit 1 at 128
Page 11

## Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 566 | 2/22/19 | 12:12 ET | BUZZ-U.S. STOCKS ON THE MOVE-Kraft Heinz, Intuit, Stamps.com, Wayfair | 768 | Reuters News |
| 567 | 2/22/19 | 12:27 ET | It's becoming clearer than ever that Amazon is developing a third-party logistics service to edge out FedEx and UPS now that Stamps.com has dumped the USPS | 1068 | Business Insider |
| 568 | 2/22/19 | 13:44 ET | Stamps.com Won't Mail You Stamps. Blame Amazon. -- Barrons.com | 525 | Dow Jones Institutional News |
| 569 | 2/22/19 | 13:44 ET | Stamps.com Won't Mail You Stamps. Blame Amazon. | 508 | Barron's Online |
| 570 | 2/22/19 | 14:59 ET | SHAREHOLDER ALERT: Investigation of Stamps.com Announced by Holzer & Holzer, LLC | 223 | Business Wire |
| 571 | 2/22/19 | 12:27 ET | It's becoming clearer than ever that Amazon is developing a third-party logistics service to edge out FedEx and UPS now that Stamps.com has dumped the USPS | 1074 | Business Insider |
| 572 | 2/22/19 | | Stamps.com ends exclusive deal with U.S. Postal Service, shares in freefall | 408 | New York Business Journal Online |
| 573 | 2/22/19 | 15:23 ET | Mid-Afternoon Market Update: Wayfair Jumps After Strong Q4 Results; Stamps.com Shares Slide | 616 | Benzinga.com |
| 574 | 2/22/19 | 16:15 ET | Stamps.com stock plummets more than 50% after it ends partnership with the US Postal Service | 334 | CNN Wire |
| 575 | 2/22/19 | 16:48 ET | Kraft and Stamps.com post big losses while Zillow jumps | 249 | Associated Press Newswires |
| 576 | 2/22/19 | 17:11 ET | STAMPS INVESTOR ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 Investing In Stamps.com Inc. To Contact The Firm | 234 | PR Newswire |
| 577 | 2/22/19 | 17:10 ET | The Dow Rises 181 Points Because a Trump-Xi Meeting Just Might Happen | 935 | Barron's Online |
| 578 | 2/22/19 | 17:46 ET | The Score: The Business Week in 7 Stocks | 902 | Dow Jones Institutional News |
| 579 | 2/22/19 | 18:00 ET | Trump's fight against Amazon is looking bleak as a major USPS partner ditches the postal office in hopes to work with the e-commerce behemoth | 690 | Business Insider |
| 580 | 2/22/19 | 18:00 ET | Trump's fight against Amazon is looking bleak as a major USPS partner ditches the post office in hopes to work with the e-commerce behemoth | 679 | Business Insider |
| 581 | 2/22/19 | | Dow Jones Futures: Two Top Stocks Set To Jump Above Buy Points As Kraft Heinz, Stamps.com Plunge | 933 | Investor's Business Daily |
| 582 | 2/22/19 | 19:30 ET | INVESTOR ALERT: Kirby McInerney LLP Announces an Investigation of Shareholder Claims Against Stamps.com Inc. | 303 | Business Wire |
| 583 | 2/23/19 | | Wall Street | 189 | Financial Times |
| 584 | 2/23/19 | | SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors of an Investigation Involving Possible Securities Fraud Violations by Certain Officers and Directors of Stamps.com Inc. | 292 | African Manager |
| 585 | 2/24/19 | 18:54 ET | Bragar Eagel & Squire, P.C. is Investigating Stamps.com Inc. (STMP) on Behalf of Stockholders and Encourages STMP Investors to Contact the Firm | 315 | GlobeNewswire |
| 586 | 2/25/19 | 5:01 ET | Podcast: A 60% Plunge For Stamps.com, and Two Other Numbers You Need to Know | 326 | Barron's Online |
| 587 | 2/25/19 | 5:01 ET | Podcast: A 60% Plunge For Stamps.com, and Two Other Numbers You Need to Know -- Barrons.com | 341 | Dow Jones Institutional News |
| 588 | 2/25/19 | 11:04 ET | Stamps.com Up 11% After Friday's Sharp Decline >STMP | 113 | Dow Jones Institutional News |
| 589 | 2/25/19 | 11:42 ET | Scott+Scott Attorneys at Law LLP Announces Investigation into Stamps.com, Inc. | 328 | Business Wire |
| 590 | 2/25/19 | 12:52 ET | Stamps.com Up Over 15%, on Pace for Largest Percent Increase Since August 2017 -- Data Talk | 167 | Dow Jones Institutional News |
| 591 | 2/25/19 | | STAMPS INVESTOR ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 Investing In Stamps.com Inc. To Contact The Firm | 224 | ACCESSWIRE |
| 592 | 2/26/19 | 9:31 ET | Option-trading opportunities on Apple, Bank of America, Facebook, Netflix, and Stamps.Com | 177 | PR Newswire |
| 593 | 2/26/19 | 14:15 ET | Investor Alert: Kaplan Fox Announces Investigation Of Stamps.com Inc. | 344 | PR Newswire |
| 594 | 2/26/19 | 14:15 ET | Press Release: Investor Alert: Kaplan Fox Announces Investigation Of Stamps.com Inc. | 375 | Dow Jones Institutional News |
| 595 | 2/26/19 | | Brexit hits UK e-commerce sales | 492 | CEP Research |
| 596 | 2/27/19 | 7:00 ET | MetaPack Launches Significant Solution Update to Help Retailers Cure Returns Challenges | 504 | PR Newswire |
| 597 | 2/26/19 | 19:00 ET | MetaPack announces launch of Metapack Returns | 336 | MarketLine News and Comment |
| 598 | 2/28/19 | | MetaPack launches e-commerce retail returns solution | 319 | CEP Research |
| 599 | 2/28/19 | 22:22 ET | Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Stamps.com, Inc. (STMP) | 561 | Business Wire |
| 600 | 3/1/19 | 10:46 ET | Stamps.com (STMP) Class Action Lawsuit: Bernstein Liebhard LLP Announces a Securities Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 604 | GlobeNewswire |
| 601 | 3/1/19 | 12:18 ET | Spurned By USPS' Denial To End Exclusivity Agreement, Stamps.com Takes Its Ball And Goes Elsewhere | 1088 | Benzinga.com |
| 602 | 3/1/19 | 16:14 ET | A Securities Class Action Has Been Filed Against Stamps.com; Block & Leviton LLP Encourages Shareholders to Contact the Firm | 408 | GlobeNewswire |
| 603 | 3/1/19 | 17:19 ET | EQUITY ALERT: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 537 | Business Wire |
| 604 | 3/1/19 | 19:07 ET | Bragar Eagel & Squire, P.C. Announces That a Class Action Lawsuit Has Been Filed Against Stamps.com Inc. (STMP) and Encourages STMP Investors to Contact the Firm | 394 | GlobeNewswire |
| 605 | 3/1/19 | 20:00 ET | Gainey McKenna & Egleston Announces A Class Action Lawsuit Has Been Filed Against Stamps.com, Inc. (STMP) | 411 | GlobeNewswire |
| 606 | 3/1/19 | 21:00 ET | INVESTOR ALERT: Kirby McInerney LLP Announces the Filing of a Securities Class Action Lawsuit against Stamps.com Inc. | 413 | Business Wire |

EXHIBIT 1                    Exhibit 1 at 129 Page 12

**Exhibit 7**
**Stamps.com, Inc.**
**Factiva Search Results for Articles Mentioning Stamps.com[1]**
5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 607 | 3/1/19 | 22:50 ET | STAMPS SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. - STMP | 440 | GlobeNewswire |
| 608 | 3/1/19 | 23:12 ET | IMPORTANT INVESTOR ALERT: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Stamps.com, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm | 409 | Business Wire |
| 609 | 3/2/19 | | Stamps.com (STMP) Class Action Lawsuit: Bernstein Liebhard LLP Announces a Securities Class Action Lawsuit Against Stamps.com, Inc. STMP | 559 | Agency Tunis Afrique Press |
| 610 | 3/4/19 | | STAMPS SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. – STMP | 373 | iCrowdNewswire |
| 611 | 3/4/19 | 9:03 ET | IMPORTANT INVESTOR REMINDER: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Stamps.com, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm | 409 | Business Wire |
| 612 | 3/4/19 | 11:36 ET | SHAREHOLDER ALERT: AVEO KHC STMP SYNH: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines | 323 | GlobeNewswire |
| 613 | 3/4/19 | 17:04 ET | INVESTOR ALERT: Law Offices of Howard G. Smith Announces Investigation on Behalf of Stamps.com, Inc. Investors | 311 | Business Wire |
| 614 | 3/4/19 | 17:35 ET | Federman & Sherwood Announces Filing of Securities Class Action Lawsuit Against Stamps.com, Inc. | 284 | Business Wire |
| 615 | 3/4/19 | | MARKET DIARY.(LABJ STOCK INDEX) | 3150 | Los Angeles Business Journal |
| 616 | 3/5/19 | 15:08 ET | INVESTOR ACTION ALERT: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Stamps.com, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm | 424 | GlobeNewswire |
| 617 | 3/5/19 | | eBay UK wins with 'carrier-neutral' CollectPlus partnership | 624 | CEP Research |
| 618 | 3/5/19 | 19:29 ET | Glancy Prongay & Murray LLP Announces Investigation on Behalf of Stamps.com, Inc. Investors | 375 | Business Wire |
| 619 | 3/6/19 | 12:33 ET | Robbins Arroyo LLP: Stamps.com, Inc. (STMP) Sued for Misleading Shareholders | 379 | Business Wire |
| 620 | 3/6/19 | 17:58 ET | INVESTOR ALERT: Law Offices of Howard G. Smith Announces the Filing of a Securities Class Action on Behalf of Stamps.com, Inc. Investors | 441 | Business Wire |
| 621 | 3/7/19 | 11:52 ET | CLASS ACTION UPDATE for STMP, WTW, SYNH and CTL: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders | 852 | GlobeNewswire |
| 622 | 3/7/19 | 16:17 ET | STMP LAWSUIT NOTICE: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important Deadline in Securities Class Action Lawsuit -- STMP | 543 | Business Wire |
| 623 | 3/7/19 | 16:52 ET | LEAD PLAINTIFF DEADLINE ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 in Stamps.com, Inc. to Contact the Firm | 638 | GlobeNewswire |
| 624 | 3/7/19 | 19:00 ET | RM LAW Announces Class Action Lawsuit Against Stamps.com Inc. | 612 | PR Newswire |
| 625 | 3/7/19 | 19:00 ET | Press Release: RM LAW Announces Class Action Lawsuit Against Stamps.com Inc. | 643 | Dow Jones Institutional News |
| 626 | 3/8/19 | 12:00 ET | Stamps.com Inc. (STMP) - Bronstein, Gewirtz & Grossman, LLC Class Action and Deadline: April 29, 2019 | 426 | GlobeNewswire |
| 627 | 3/8/19 | 18:56 ET | Glancy Prongay & Murray LLP Announces the Filing of a Securities Class Action on Behalf of Stamps.com, Inc. Investors (STMP) | 549 | Business Wire |
| 628 | 3/8/19 | 21:47 ET | INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against Stamps.com, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm | 378 | Business Wire |
| 629 | 3/8/19 | 22:50 ET | STAMPS.COM SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. - STMP | 464 | PR Newswire |
| 630 | 3/10/19 | | STAMPS SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. – STMP | 373 | iCrowdNewswire |
| 631 | 3/10/19 | 18:17 ET | Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Stamps.com, Syneos, and Weight Watchers and Encourages Investors to Contact the Firm | 631 | GlobeNewswire |
| 632 | 3/11/19 | 16:30 ET | Stamps.com Announces Share Repurchase Plan | 1024 | Business Wire |
| 633 | 3/11/19 | 16:30 ET | *Stamps.Com Announces Share Repurchase Plan >STMP | 1052 | Dow Jones Institutional News |
| 634 | 3/11/19 | | 16:31 EDT Stamps.com announces $60M share repurchase planStamps.com announced... | 61 | Theflyonthewall.com |
| 635 | 3/11/19 | 16:33 ET | *Stamps.com Board Approves New Stock BuyBack Program >STMP | 53 | Dow Jones Institutional News |
| 636 | 3/11/19 | 16:34 ET | Stamps.com Board Approves New Stock BuyBack Program >STMP | 32 | Dow Jones Newswires Chinese (English) |
| 637 | 3/11/19 | 16:34 ET | Stamps.com: New Buyback Effective March 14>STMP | 31 | Dow Jones Newswires Chinese (English) |
| 638 | 3/11/19 | 16:34 ET | Stamps.com : Buyback Amount is $60M Over Next 6 Mos >STMP | 34 | Dow Jones Newswires Chinese (English) |
| 639 | 3/11/19 | 16:42 ET | Stamps.com To Buy Its Own Stock After Massive Decline -- MarketWatch | 152 | Dow Jones Institutional News |
| 640 | 3/11/19 | 16:54 ET | Stamps.com Plans $60 Million Buyback Program | 177 | Dow Jones Institutional News |
| 641 | 3/11/19 | 17:01 ET | Stamps.com (STMP) Class Action Lawsuit: Bernstein Liebhard LLP Announces a Securities Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 604 | GlobeNewswire |

EXHIBIT 1                                                                    Exhibit 1 at 130
                                                                                                        Page 13

**Exhibit 7**
**Stamps.com, Inc.**
**Factiva Search Results for Articles Mentioning Stamps.com[1]**
5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 642 | 3/11/19 | 17:49 ET | The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of STMP, DPLO, BPI and USX | 806 | GlobeNewswire |
| 643 | 3/11/19 | 18:55 ET | Deadline Reminder: The Law Offices of Howard G. Smith Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Stamps.com, Inc. | 516 | Business Wire |
| 644 | 3/11/19 | | Stocks Moving After Hours: Casey's, ADT, Forterra, F5 Networks, Deere, Stamps.com | 341 | Investing.com |
| 645 | 3/12/19 | | Stamps.com director Mohan P. Ananda sells 11 March 2019 | 1565 | People in Business |
| 646 | 3/11/19 | 20:15 ET | LEAD PLAINTIFF DEADLINE ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Stamps.com, Inc. To Contact The Firm | 660 | PR Newswire |
| 647 | 3/12/19 | | STAMPS.COM SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. – STMP | 373 | iCrowdNewswire |
| 648 | 3/12/19 | 6:17 ET | Stocks to Watch: Alphabet, Apple, ADT, Stitch Fix, Coupa Software, and Stamps.com | 717 | Dow Jones Institutional News |
| 649 | 3/12/19 | 16:27 ET | STMP ALERT: Zhang Investor Law Announces the Filing of a Securities Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 300 | GlobeNewswire |
| 650 | 3/12/19 | 11:04 ET | SHAREHOLDER ALERT: SPB BRS STMP BPI: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines | 330 | GlobeNewswire |
| 651 | 3/13/19 | | STMP ALERT: Zhang Investor Law Announces the Filing of a Securities Class Action Lawsuit Against Stamps.com, Inc. STMP | 267 | Agency Tunis Afrique Press |
| 652 | 3/13/19 | 10:15 ET | CLASS ACTION UPDATE for STMP, WTW, BPI and NIO: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders | 840 | GlobeNewswire |
| 653 | 3/13/19 | 13:52 ET | Glancy Prongay & Murray LLP Reminds Investors of the Deadline in the Class Action Lawsuit Against Stamps.com, Inc. (STMP) | 547 | Business Wire |
| 654 | 3/13/19 | 14:26 ET | Pomerantz Law Firm Announces the Filing of a Class Action against Stamps.com, Inc. and Certain Officers -- STMP | 725 | GlobeNewswire |
| 655 | 3/14/19 | 15:00 ET | Stamps.com Inc. (STMP) - Bronstein, Gewirtz & Grossman, LLC Class Action and Deadline: April 29, 2019 | 426 | GlobeNewswire |
| 656 | 3/16/19 | | Stamps.com director David Habiger buys 15 March 2019 | 1620 | People in Business |
| 657 | 3/15/19 | 22:50 ET | STAMPS.COM SHAREHOLDER ALERT: CLAIMSFILER REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 372 | GlobeNewswire |
| 658 | 3/16/19 | | STAMPS.COM SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. – STMP | 373 | iCrowdNewswire |
| 659 | 3/16/19 | 19:04 ET | INVESTOR ALERT: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important Deadline in Securities Class Action Lawsuit -- STMP | 536 | GlobeNewswire |
| 660 | 3/17/19 | | Stamps.com Chief Strategy Officer Amine Khechfe's value of investment decreases by $3.4 million in the past quarter | 1719 | People in Business |
| 661 | 3/18/19 | | STAMPS.COM SHAREHOLDER ALERT: CLAIMSFILER REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. – STMP | 338 | iCrowdNewswire |
| 662 | 3/18/19 | 19:43 ET | Deadline Reminder: The Law Offices of Howard G. Smith Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Stamps.com, Inc. | 514 | GlobeNewswire |
| 663 | 3/19/19 | | Global Shipping Software Market Analysis Growth 2025 | 681 | iCrowdNewswire |
| 664 | 3/19/19 | 10:37 ET | SHAREHOLDER ALERT: ASTE AVEO STMP CAG: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines | 334 | GlobeNewswire |
| 665 | 3/20/19 | 15:41 ET | LEAD PLAINTIFF DEADLINE ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 in Stamps.com, Inc. to Contact the Firm | 638 | GlobeNewswire |
| 666 | 3/20/19 | 20:51 ET | SHAREHOLDER ALERT: Pawar Law Group Announces a Securities Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 400 | GlobeNewswire |
| 667 | 3/21/19 | 8:54 ET | A Securities Class Action Has Been Filed Against Stamps.com; Block & Leviton LLP Encourages Shareholders to Contact the Firm | 414 | GlobeNewswire |
| 668 | 3/21/19 | 15:00 ET | Bronstein, Gewirtz & Grossman, LLC Class Action Reminder Vanda Pharmaceuticals Inc. (VNDA), Stamps.com Inc. (STMP) & Diplomat Pharmacy, Inc. (DPLO) - | 520 | GlobeNewswire |
| 669 | 3/21/19 | 16:45 ET | INVESTOR ALERT: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important Deadline in Securities Class Action Lawsuit - STMP | 563 | PR Newswire |
| 670 | 3/21/19 | 16:45 ET | Press Release: INVESTOR ALERT: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important Deadline in Securities Class Action Lawsuit - STMP | 603 | Dow Jones Institutional News |
| 671 | 3/21/19 | 18:15 ET | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline -- STMP | 737 | GlobeNewswire |
| 672 | 3/22/19 | 14:13 ET | Lifshitz & Miller LLP Announces Investigation of AVEO Pharmaceuticals, Inc., CenturyLink, Inc., Inogen, Inc., Mattel, Inc., Spark Therapeutics, Inc., Stamps.com, Inc., Syneos Health, Inc., and Weight Watchers, Inc. | 691 | PR Newswire |
| 673 | 3/22/19 | 14:13 ET | Press Release: Lifshitz & Miller LLP Announces Investigation of AVEO Pharmaceuticals, Inc., CenturyLink, Inc., Inogen, Inc., Mattel, Inc., Spark Therapeutics, Inc., Stamps.com, Inc., Syneos Health, Inc., and Weight Watchers, Inc. | 740 | Dow Jones Institutional News |

EXHIBIT 1                                                                 Exhibit 1 at 131 Page 14

**Exhibit 7**
**Stamps.com, Inc.**
**Factiva Search Results for Articles Mentioning Stamps.com[1]**
5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 674 | 3/22/19 | 22:50 ET | STAMPS.COM SHAREHOLDER ALERT by Former Louisiana Attorney General: Kahn Swick & Foti, LLC Reminds Investors with Losses in Excess of $500,000 of Lead Plaintiff Deadline in Class Action Lawsuit against Stamps.com, Inc. - STMP | 421 | Business Wire |
| 675 | 3/26/19 | 15:00 ET | Bronstein, Gewirtz & Grossman, LLC Reminds of Class Action Against Vanda Pharmaceuticals Inc. (VNDA), Stamps.com Inc. (STMP) & Syneos Health, Inc. (SYNH) | 493 | GlobeNewswire |
| 676 | 3/26/19 | 15:19 ET | STMP ALERT: Zhang Investor Law Announces the Filing of a Securities Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 350 | GlobeNewswire |
| 677 | 3/26/19 | 16:02 ET | SHAREHOLDER ALERT: STMP VNDA USX CRBP: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines | 337 | GlobeNewswire |
| 678 | 3/26/19 | 22:00 ET | Bragar Eagel & Squire, P.C. Announces That a Class Action Lawsuit Has Been Filed Against Stamps.com Inc. (STMP) and Encourages STMP Investors to Contact the Firm | 394 | GlobeNewswire |
| 679 | 3/27/19 | 12:00 ET | STMP INVESTORS ALERT: Lieff Cabraser Announces Securities Class Action Against Stamps.com, Inc. | 684 | Business Wire |
| 680 | 3/27/19 | 18:49 ET | Glancy Prongay & Murray LLP Reminds Investors of the Deadline in the Class Action Lawsuit Against Stamps.com, Inc. (STMP) | 543 | GlobeNewswire |
| 681 | 3/27/19 |  | STAMPS.COM INC: Faces Securities Class Action in California | 245 | Class Action Reporter |
| 682 | 3/28/19 | 7:00 ET | Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Vanda Pharmaceuticals, AVEO Pharmaceuticals, Stamps.com, and Syneos and Encourages Investors to Contact the Firm | 745 | GlobeNewswire |
| 683 | 3/28/19 | 10:05 ET | Scott+Scott Attorneys at Law LLP Reminds Investors of Securities Class Action Against Stamps.com, Inc. (STMP) and April 29 Lead Plaintiff Deadline | 467 | PR Newswire |
| 684 | 3/28/19 | 10:05 ET | Press Release: Scott+Scott Attorneys at Law LLP Reminds Investors of Securities Class Action Against Stamps.com, Inc. (STMP) and April 29 Lead Plaintiff Deadline | 512 | Dow Jones Institutional News |
| 685 | 3/28/19 | 14:54 ET | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline -- STMP | 737 | GlobeNewswire |
| 686 | 3/28/19 | 17:54 ET | Deadline Reminder: The Law Offices of Howard G. Smith Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Stamps.com, Inc. | 514 | GlobeNewswire |
| 687 | 3/29/19 |  | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline STMP | 693 | Public Eye |
| 688 | 3/29/19 | 22:50 ET | STAMPS.COM SHAREHOLDER ALERT: CLAIMSFILER Reminds Investors with Losses in Excess of $500,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. - STMP | 388 | PR Newswire |
| 689 | 4/1/19 | 10:47 ET | CLASS ACTION UPDATE for STMP, VNDA, NIO and CRBP: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders | 812 | GlobeNewswire |
| 690 | 4/1/19 | 14:12 ET | The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of STMP, UMC, CTL and INGN | 764 | GlobeNewswire |
| 691 | 4/1/19 |  | STAMPS.COM: Karinski Files Securities Class Action in California | 355 | Class Action Reporter |
| 692 | 4/2/19 | 8:00 ET | FedEx Office Grows Retail Presence With 2,000(th) Store | 749 | Business Wire |
| 693 | 4/2/19 | 15:58 ET | LEAD PLAINTIFF DEADLINE ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Stamps.com, Inc. to Contact The Firm | 637 | Business Wire |
| 694 | 4/2/19 | 17:00 ET | EQUITY ALERT: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important Deadline in Securities Class Action Lawsuit; Encourages Investors with Over $100K in Losses to Contact the Firm -- STMP | 536 | GlobeNewswire |
| 695 | 4/3/19 | 17:41 ET | SHAREHOLDER ALERT: STMP VNDA SYNH UMC: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines | 321 | GlobeNewswire |
| 696 | 4/4/19 | 6:00 ET | Bragar Eagel & Squire, P.C. Announces That a Class Action Lawsuit Has Been Filed Against Stamps.com Inc. (STMP) and Encourages STMP Investors to Contact the Firm | 394 | GlobeNewswire |
| 697 | 4/4/19 | 16:53 ET | Stamps.com Files 8K - Director, Officer or Compensation Filing >STMP | 799 | Dow Jones Institutional News |
| 698 | 4/4/19 | 17:11 ET | *Stamps.com Board of Directors Appoints Katie May as a Director | 22 | Dow Jones Institutional News |
| 699 | 4/5/19 | 22:50 ET | STAMPS.COM SHAREHOLDER ALERT: ClaimsFiler Reminds Investors with Losses in Excess of $500,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. - STMP | 376 | Business Wire |
| 700 | 4/7/19 | 9:00 ET | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline -- STMP | 737 | GlobeNewswire |
| 701 | 4/8/19 | 10:54 ET | CLASS ACTION UPDATE for STMP, CAG, CVS and HCSG: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders | 800 | GlobeNewswire |
| 702 | 4/9/19 | 7:20 ET | Research Report Identifies Stamps, Chicken Soup for the Soul Entertainment, Marlin Business Services, OncoCyte, FBL Financial Group, and Cellectis S.A with Renewed Outlook -- Fundamental Analysis, Calculating Forward Movement | 1691 | GlobeNewswire |
| 703 | 4/9/19 | 15:00 ET | Bronstein, Gewirtz & Grossman, LLC Reminds of Class Action Against Vanda Pharmaceuticals Inc. (VNDA), Stamps.com Inc. (STMP) & Syneos Health, Inc. (SYNH) | 493 | GlobeNewswire |
| 704 | 4/9/19 | 15:29 ET | SHAREHOLDER ALERT: STMP T VNDA NTNX: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines | 344 | GlobeNewswire |
| 705 | 4/9/19 | 17:00 ET | Stamps.com Appoints Katie May to Board of Directors | 783 | Business Wire |
| 706 | 4/9/19 | 17:00 ET | *Stamps.com Appoints Katie May to Bd of Directors | 814 | Dow Jones Institutional News |

EXHIBIT 1                    Exhibit 1 at 132 Page 15

## Exhibit 7
## Stamps.com, Inc.
## Factiva Search Results for Articles Mentioning Stamps.com[1]
### 5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 707 | 4/9/19 | 20:36 ET | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline - STMP | 755 | PR Newswire |
| 708 | 4/10/19 | | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline – STMP | 684 | iCrowdNewswire |
| 709 | 4/10/19 | | Shipping Software Market: Global Key Players, Trends, Share, Industry Size, Growth, Opportunities, Forecast To 2024 | 1263 | iCrowdNewswire |
| 710 | 4/10/19 | | 07:42 EDT Stamps.com upgraded to Buy from Hold at MaximMAXM | 22 | Theflyonthewall.com |
| 711 | 4/10/19 | | 07:42 EDT Stamps.com upgraded to Buy from Hold at MaximMaxim analyst Allen Klee... | 36 | Theflyonthewall.com |
| 712 | 4/10/19 | | Stamps.com upgraded to Buy from Hold at Maxim | 100 | Theflyonthewall.com |
| 713 | 4/10/19 | 10:24 ET | Stamps.com Raised to Buy From Hold by Maxim Group | 30 | Dow Jones Institutional News |
| 714 | 4/10/19 | 10:46 ET | The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of STMP, HCSG, USX and ARA | 849 | GlobeNewswire |
| 715 | 4/11/19 | | Stamps.com appoints Katie May as director 10 April 2019 | 1187 | People in Business |
| 716 | 4/11/19 | 16:14 ET | Stamps.com Files 8K - Director, Officer or Compensation Filing >STMP | 411 | Dow Jones Institutional News |
| 717 | 4/12/19 | 6:17 ET | Bragar Eagel & Squire, P.C. Announces That a Class Action Lawsuit Has Been Filed Against Stamps.com Inc. (STMP) and Encourages STMP Investors to Contact the Firm | 394 | GlobeNewswire |
| 718 | 4/12/19 | | FedEx Corp. FedEx Office Grows Retail Presence With 2,000th Store | 746 | Journal of Transportation |
| 719 | 4/12/19 | 20:35 ET | INVESTOR ALERT: Kirby McInerney LLP Reminds Investors That a Class Action Lawsuit Has Been Filed Against Stamps.com Inc. and Encourages Investors to Contact the Firm Before April 29 | 424 | Business Wire |
| 720 | 4/12/19 | 22:50 ET | STAMPS.COM SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $500,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Stamps.com, Inc. - STMP | 442 | GlobeNewswire |
| 721 | 4/16/19 | 15:00 ET | Bronstein, Gewirtz & Grossman, LLC Reminds of Class Action Against Vanda Pharmaceuticals Inc. (VNDA), Stamps.com Inc. (STMP) & Syneos Health, Inc. (SYNH) | 493 | GlobeNewswire |
| 722 | 4/16/19 | 17:05 ET | Investor Alert: Bernstein Liebhard LLP Reminds Investors Of A Lead Plaintiff Deadline In A Securities Class Action Against Stamps.com - STMP | 666 | PR Newswire |
| 723 | 4/17/19 | 9:34 ET | Johnson Fistel, LLP Announces Investigations of LogMeIn, Inc., Stamps.com Inc. and Applied Optoelectronics, Inc.; Long Term Investors Encouraged to Contact Firm | 936 | PR Newswire |
| 724 | 4/17/19 | 9:34 ET | Press Release: Johnson Fistel, LLP Announces Investigations of LogMeIn, Inc., Stamps.com Inc. and Applied Optoelectronics, Inc.; Long Term Investors Encouraged to Contact Firm | 979 | Dow Jones Institutional News |
| 725 | 4/17/19 | 10:36 ET | The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of STMP, CAG, WSR and AAPL | 879 | GlobeNewswire |
| 726 | 4/17/19 | 12:10 ET | Scott+Scott Attorneys at Law LLP Reminds Investors of Securities Class Action Against Stamps.com, Inc. (STMP) and April 29 Lead Plaintiff Deadline | 448 | Business Wire |
| 727 | 4/17/19 | | STAMPS.COM INC: Scott+Scott Files Securities Class Action | 450 | Class Action Reporter |
| 728 | 4/18/19 | 6:00 ET | Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Health Insurance, Kraft Heinz, Diplomat, and Stamps.com and Encourages Investors to Contact the Firm | 786 | GlobeNewswire |
| 729 | 4/18/19 | 10:08 ET | CLASS ACTION UPDATE for STMP, WTW, NIO and AAPL: Levi & Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders | 936 | GlobeNewswire |
| 730 | 4/18/19 | 12:50 ET | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline -- STMP | 737 | GlobeNewswire |
| 731 | 4/18/19 | 13:53 ET | APR 29 DEADLINE: Pawar Law Group Announces a Securities Class Action Lawsuit Against Stamps.com, Inc. -- STMP | 402 | GlobeNewswire |
| 732 | 4/19/19 | | APR 29 DEADLINE: Pawar Law Group Announces a Securities Class Action Lawsuit Against Stamps.com, Inc. STMP | 365 | Agence Marocaine De Presse (MAP) |
| 733 | 4/19/19 | | Bronstein, Gewirtz & Grossman, LLC Reminds of Class Action Against Vanda Pharmaceuticals Inc. (VNDA), Stamps.com Inc. (STMP) & Syneos Health, Inc. (SYNH) | 449 | iCrowdNewswire |
| 734 | 4/19/19 | 11:03 ET | STMP UPCOMING DEADLINE: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important April 29th Deadline in Securities Class Action Lawsuit -- STMP | 546 | GlobeNewswire |
| 735 | 4/19/19 | | Stamps.com Inc. Stamps.com Inc. Files SEC Form 8-K, Current Report: (Apr. 4, 2019) | 229 | Economics Week |
| 736 | 4/23/19 | 15:38 ET | Bernstein Liebhard LLP Reminds Investors That Less Than One Week Remains to Make a Motion for Lead Plaintiff in a Securities Class Action Against Stamps.com | 637 | GlobeNewswire |
| 737 | 4/23/19 | 16:45 ET | INVESTOR ALERT: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important April 29th Deadline in Securities Class Action Lawsuit -- STMP | 544 | GlobeNewswire |
| 738 | 4/23/19 | | STAMPS.COM INC: Block & Leviton Files Securities Class Action | 320 | Class Action Reporter |
| 739 | 4/23/19 | | STAMPS.COM INC: Gainey McKenna Files Class Action Lawsuit | 363 | Class Action Reporter |
| 740 | 4/23/19 | | STAMPS.COM INC: Bernstein Liebhard Files Class Action Lawsuit | 399 | Class Action Reporter |
| 741 | 4/23/19 | | STAMPS.COM INC: Levi & Korsinsky Files Class Actions Lawsuit | 238 | Class Action Reporter |
| 742 | 4/23/19 | | STAMPS.COM INC: RM LAW Files Securities Class Action Lawsuit | 474 | Class Action Reporter |
| 743 | 4/24/19 | | INVESTOR ALERT: Rosen Law Firm Reminds Stamps.com, Inc. Investors of Important April 29th Deadline in Securities Class Action Lawsuit STMP | 517 | African Manager |

EXHIBIT 1                                        Exhibit 1 at 133
Page 16

**Exhibit 7**
**Stamps.com, Inc.**
**Factiva Search Results for Articles Mentioning Stamps.com[1]**
5/3/17 – 5/8/19

| No. | Date | Time | Headline | Word Count | Source |
|---|---|---|---|---|---|
| 744 | 4/24/19 | 16:20 ET | Glancy Prongay & Murray LLP Reminds Investors of the Deadline in the Class Action Lawsuit Against Stamps.com, Inc. (STMP) | 543 | GlobeNewswire |
| 745 | 4/25/19 | 13:35 ET | SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Stamps.com, Inc. of Class Action Lawsuit and Upcoming Deadline -- STMP | 737 | GlobeNewswire |
| 746 | 4/25/19 | 22:00 ET | Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Stamps.com, Syneos, Weight Watchers, and Mattel and Encourages Investors to Contact the Firm | 765 | GlobeNewswire |
| 747 | 4/26/19 | | Stamps.com Inc. Stamps.com Inc. Files SEC Form 8-K, Current Report: (Apr. 11, 2019) | 229 | Economics Week |
| 748 | 4/26/19 | | Stamps.com Inc. Stamps.com Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Apr. 12, 2019) | 262 | Economics Week |
| 749 | 4/26/19 | 15:17 ET | STMP DEADLINE: Zhang Investor Law Reminds Investors of April 29 Deadline in Class Action Against Stamps.com, Inc. -- STMP | 350 | GlobeNewswire |
| 750 | 4/27/19 | | STMP DEADLINE: Zhang Investor Law Reminds Investors of April 29 Deadline in Class Action Against Stamps.com, Inc. STMP | 317 | Agency Tunis Afrique Press |
| 751 | 4/28/19 | 22:09 ET | MONDAY DEADLINE: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Stamps.com, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm | 422 | GlobeNewswire |
| 752 | 4/29/19 | 11:36 ET | MONDAY DEADLINE REMINDER: The Schall Law Firm Announces it is Investigating Claims Against Stamps.com, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm | 379 | Business Wire |
| 753 | 4/29/19 | | STAMPS.COM INC: Grabisch Hits Share Price Drop | 264 | Class Action Reporter |
| 754 | 4/30/19 | 16:30 ET | Stamps.com First Quarter 2019 Financial Results Call Invitation | 583 | Business Wire |
| 755 | 4/30/19 | 16:56 ET | Press Release: Stamps.com First Quarter 2019 Financial Results Call Invitation | 599 | Dow Jones Institutional News |
| 756 | 5/1/19 | | Stamps.com Chief Strategy Officer Amine Khechfe's value of investment decreases by $836,167 in May | 1621 | People in Business |
| 757 | 5/8/19 | 16:30 ET | Stamps.com Reports First Quarter Results | 5128 | Business Wire |
| 758 | 5/8/19 | | 16:33 EDT Stamps.com reports Q1 adjusted EPS $1.23, consensus $1.07Reports Q1... | 33 | Theflyonthewall.com |
| 759 | 5/8/19 | | 16:34 EDT Stamps.com backs FY19 adj. EPS view $5.15-$6.15, consensus $5.43Sees... | 39 | Theflyonthewall.com |
| 760 | 5/8/19 | | Stamps.com cuts FY19 adj. EPS view to $3.35-$4.85 from $5.15-$6.15 | 26 | Theflyonthewall.com |
| 761 | 5/8/19 | 16:53 ET | Stamps.com Stock Plummets Nearly 40% After Revenue Miss, Revised Guidance -- MarketWatch | 226 | Dow Jones Institutional News |
| 762 | 5/8/19 | 16:58 ET | Update: Stamps.com Stock Plummets Nearly 40% After Revised Guidance -- MarketWatch | 219 | Dow Jones Institutional News |
| 763 | 5/8/19 | | Stamps.com Inc. Q1 adjusted earnings Beat Estimates | 165 | RTT News |
| 764 | 5/8/19 | 16:30 ET | *Stamps.com 1Q EPS 87c >STMP | 5302 | Dow Jones Institutional News |
| 765 | 5/8/19 | | 17:44 EDT Stamps.com down 44% to $46.19 after cutting FY19 profit outlook | 28 | Theflyonthewall.com |
| 766 | 5/8/19 | | STAMPS.COM INC: Pomerantz Law Firm Files Shareholders' Suit | 583 | Class Action Reporter |
| 767 | 5/8/19 | | Q1 2019 Stamps.Com Inc Earnings Call - Final | 9159 | CQ FD Disclosure |
| 768 | 5/7/19 | 20:00 ET | Stamps.com releases results for quarter ended March 31, 2019 | 1850 | MarketLine News and Comment |
| 769 | 5/8/19 | 23:09 ET | Stamps.com's CEO Ken McBride on Q1 2019 Results -- Earnings Call Transcript >STMP | 48 | Dow Jones Institutional News |

Source:  *Factiva*

Notes:
[1] Search results represent all unique articles during the proposed Class Period in which Stamps.com, Inc. was tagged as the company by Factiva.

EXHIBIT 1                                                                Exhibit 1 at 134
Page 17

# Exhibit 8a
# Stamps.com, Inc. Common Stock Intraday Price and Volume[1]
## August 1, 2017



Source:  *CRSP*; *Tick*; Consolidated Complaint dated 8/5/19; facebook.com; linns.com

Note:
[1]  All available time stamps are shown in US Eastern Time.  Volume-weighted average prices are at the minute-level.

EXHIBIT 1                                          Exhibit 1 at 135

# Exhibit 8b
# Stamps.com, Inc. Common Stock Intraday Price and Volume[1]
## August 2, 2017



Source:  *CRSP*; *Tick*; Consolidated Complaint dated 8/5/19; Stamps.com

Note:
[1]  All available time stamps are shown in US Eastern Time.  Volume-weighted average prices are at the minute-level.

EXHIBIT 1                                        Exhibit 1 at 136

# Exhibit 8c
# Stamps.com, Inc. Common Stock Intraday Price and Volume[1]
## August 3, 2017



Source: *CRSP*; *Tick*; Consolidated Complaint dated 8/5/19

Note:
[1]  All available time stamps are shown in US Eastern Time.  Volume-weighted average prices are at the minute-level.

EXHIBIT 1                                                      Exhibit 1 at 137

## Exhibit 9a
## Stamps.com, Inc. Common Stock Intraday Price and Volume[1]
### December 4, 2018



Source:  *CRSP*; *Tick*; Consolidated Complaint dated 8/5/19*; Bloomberg.com*

Note:
[1]  All available time stamps are shown in US Eastern Time.  Volume-weighted average prices are at the minute-level.

EXHIBIT 1                                             Exhibit 1 at 138



**Exhibit 9b**
**Stamps.com, Inc. Common Stock Intraday Price and Volume[1]**
December 6, 2018

Source:  *CRSP*; *Tick*; Consolidated Complaint dated 8/5/19

Note:
[1]  All available time stamps are shown in US Eastern Time.  Volume-weighted average prices are at the minute-level.

EXHIBIT 1

Exhibit 1 at 139