# Exhibit 3

# Document Filed Under Seal