# Exhibit 4

## PLAINTIFFS' STOCK TRANSACTION CHART

| Date | Bates # | Sale or Purchase | Shares Transacted | Price per Share | Investment Manager | Total Rhumbline Holdings | Total Disc. Growth Holdings | Total Rhumbline SCAP Hldgs | Total Leading Edge Holdings |
|---|---|---|---|---|---|---|---|---|---|
| 2017.06.23 | STMP-INPRS0000626 | Sale (S) | 230 | $149.05 | Rhumbline | -230 | | | |
| 2017.09.06 | STMP-INPRS0000633 | Purchase (B) | 40 | $189.02 | Rhumbline | -190 | | | |
| 2017.12.18 | STMP-INPRS0000640 | Purchase (B) | 50 | $182.07 | Rhumbline | -140 | | | |
| 2018.01.10 | STMP-INPRS0000643 | Purchase (B) | 10 | $195.90 | Rhumbline | -130 | | | |
| 2018.02.08 | STMP-INPRS0000646 | Purchase (B) | 100 | $193.87 | Rhumbline | -30 | | | |
| 2018.03.02 | STMP-INPRS0000649 | Sale (S) | 100 | $195.52 | Rhumbline | -130 | | | |
| 2018.04.24 | STMP-INPRS0000652 | Purchase (B) | 60 | $219.46 | Rhumbline | -70 | | | |
| 2018.06.15 | STMP-INPRS0000657 | Purchase (B) | 100 | $281.11 | Rhumbline | 30 | | | |
| 2018.06.22 | | Sale (S) | 60 | $252.65 | Rhumbline | -30 | | | |
| 2018.07.11 | STMP-INPRS0000661 | Purchase (B) | 20 | $271.82 | Rhumbline | -10 | | | |
| 2018.09.21 | STMP-INPRS0000666 | Purchase (B) | 20 | $225.95 | Rhumbline | 10 | | | |
| 2018.11.21 | STMP-INPRS0000706 | Purchase (B) | 16,735 | $159.28 | Discipl. Growth | | 27,841 | | |
| 2018.11.23 | | Purchase (B) | 1,602 | $159.53 | Discipl. Growth | | | | |
| 2018.11.26 | | Purchase (B) | 9,504 | $160.28 | Discipl. Growth | | | | |
| 2018.12.21 | STMP-INPRS0000673 | Purchase (B) | 30 | $145.37 | Rhumbline | 40 | | | |
| 2019.02.01 | STMP-INPRS0000678 | Purchase (B) | 30 | $188.48 | Rhumbline | 70 | | | |
| 2019.02.25 | STMP-INPRS0000714 | Purchase (B) | 12,763 | $98.81 | Discipl. Growth | | 40,604 | | |
| 2019.03.15 | STMP-INPRS0000681 | Purchase (B) | 10 | $85.50 | Rhumbline | 80 | | | |
| 2019.06.11 | STMP-INPRS0001525 | Purchase (B) | 5,397 | $38.35 | Discipl. Growth | | 95,348 | | |
| 2019.06.14 | | Purchase (B) | 16,257 | $40.35 | Disipl. Growth | | | | |
| 2019.06.25 | | Purchase (B) | 7,647 | $40.22 | Discipl. Growth | | | | |
| 2019.06.26 | | Purchase (B) | 25,443 | $42.05 | Discipl. Growth | | | | |
| 2019.06.28 | STMP-INPRS0001474 | Sale (S) | 160 | $120.71 | Rhumbline | -80 | | | |
| 2019.06.28 | STMP-INPRS0001513 | Purchase (B) | 3,400 | $45.27 | Rh. SCAP Value | | | 3,400 | |
| 2019.09.20 | STMP-INPRS0001479 | Purchase (B) | 150 | $71.45 | Rhumbline | 70 | | | |
| 2019.12.03 | STMP-INPRS0001606 | Purchase (B) | 90 | $83.97 | Rh. SCAP Value | | | 3,490 | |
| | | | | | | | | | |

Exhibit 4 at 1

# Attachments to Chart Filed Under Seal