# Exhibit 5

## <u>False and Misleading Statements in SCA Post MtD and Motion for Clarification</u>

### May 3, 2017

*Paragraph 68*

Let me talk a little bit about the USPS. ==The USPS has always been one of our most important partners. We both have the common goal of growing USPS package volume and serving and retaining USPS customers==. We've made significant investments in creating, developing and growing the online mailing and shipping categories since 1999. To-date, we have invested more than $1.5 billion in customer service and support, research and development, sales and marketing, technology, infrastructure, product development and other areas in support of helping the USPS grow their business and retain customers. We have generated over 30 billion in cumulative postage printed through all of our brands since the industry first began in 1999, including over 5.5 billion last year in 2016. Last year, the USPS reported 16% growth in its shipping and package revenue for 2016. The overall package industry, on the other hand, grew by 8% domestically when adding together the domestic shipping revenue of the big three carriers which are the vast majority of the industry.  So the USPS is growing two times faster than the overall industry. They're gaining significant market share versus other private carriers. They're generating their extraordinary growth in market share gains by growing in e-commerce, which of course is the key battle ground in shipping right now, sets them up well for the future. ==We continue to enjoy a great partnership with the USPS and feel that we have created a sustainable win-win model for both of us, which will result in the continued growth of USPS packages in e-commerce and more generally==. As you would expect, given the extraordinary growth they're generating, the USPS is very happy with their overall strategies, their partnerships and the business models they're pursuing in shipping. ==In particular, the USPS is very happy with the very successful partnership Stamps.com has together with the postal service, and that's based on very recent ongoing conversations we have with the most senior executive there.==

*Paragraph 69*

Q : Understood and. And is there anything that's changing in terms of kind of the economics of the relationships you have whether it's with the USPS or other partners that would prompt some conservatism on guidance, or is it really just kind of the form – you're going about guidance the same way you always have?

KENNETH T. MCBRIDE: Yeah, there's nothing that – to point you specifically. And of course, we wouldn't be disclosing specifics of the partnerships but it's just the same approach we've taken in years past and ==we don't really expect any material changes to any kind of the underlying economics or the revenue share agreements that we have==.

*Paragraph 70*

Q: Got it. And then just one more, we've heard some chatter that the USPS had sent a letter around to the participants in the reseller program with some potential changes. I'm just wondering if you have any commentary around that and whether Stamps is going to receive that letter. Thanks.

1

Exhibit 5 at 1

KENNETH T. MCBRIDE: <mark>There was no letter. The rumor is false</mark>. I mean, I think – I tried to point out some of the broad global understanding of what the USPS and the partnerships they've done and the revenue share they've offered out to us and the reseller and the e-commerce, industry in general. I think that one of the key things to focus on is, are they being successful or not and therefore are they going to make changes or not? And when you look at the big numbers, I mentioned they're growing at 16% last year. They're outgrowing the industry by 2X and so USPS is having a ton of success in e-commerce particularly, and so in their shoes you got to ask yourself would you make a major change when you're growing twice the industry rate. They're very happy with how things have gone. The revenue shares they've offered to the industry to e-commerce have generated a lot of activity focused on them. They're winning the e-commerce marketplace and they're being very successful doing it. <mark>USPS is very happy with the approach they've taken in business model and they're very happy with the relationship with Stamps.com. We talk to them constantly to the more senior folks there, so we're happy and they're happy</mark>. The letter information has been propagated we believe is part of the strategy with our stock, <mark>so it's not true</mark>.

### August 2, 2017

*Paragraph 74*

In a conference call for our customers and partners, which was posted to our blog at blog. Stamps.com today, Mr. Cochrane discussed several topics during the call, including products, product innovation, negotiated service agreements, pricing, tracking returns, resellers, partners and its strategy for future growth. Several things of note were stated by Mr. Cochrane during the call, including: the USPS' use of negotiated service agreements or NSAs, are a key component to the postal service's success that gives a nice ability to craft a solution that can save a shipper money by customizing a solution for that shipper. NSAs help them go after new business, and NSAs help them on existing business because it's very competitive.

The USPS had a focus on large customers but didn't have a focus on small- and medium-sized businesses, and they weren't resourcing it. So they thought resellers were an excellent opportunity to bring the USPS brand and shipping solutions downmarket to smaller volume shippers.

And customers are a big player in e-commerce. Everyone knows they are there. But when customers are only shipping 5 to 10 packages a day, how do you find those customers? And that's where resellers have been a very effective addition to the Postal Service portfolio.

USPS last year did $7 billion in the channel that is coming out of the world of PC postage and resellers. So together, those solutions have really crafted a nice segment solution for the USPS in the small- and medium-sized business.

Resellers are important both for keeping existing business and for growing new business. You have people that are shipping through the reseller channel. It works for the USPS. And if they aren't shipping with the USPS, going after some of that business also works for the USPS. The USPS have to continue to serve customers and to find new customers.

The reseller business is growing to the tune that the USPS reseller program is and is providing

2

Exhibit 5 at 2

solutions downmarket where the USPS doesn't have the sales team to interact. **The USPS doesn't see any reason why the program wouldn't continue to serve both customers and the needs of the Postal Service going forward.**

**Finally, the USPS looked at resellers and PC postage providers like Stamps.com and Endicia as excellent partners on bringing the best solutions to customers.**

**We continue to enjoy a great partnership with the Postal Service and feel that we have created a sustainable win-win model for both of us, which will result in a continued growth of USPS packages and e-commerce and online postage more generally**.

*\*\*\**

Q: First question I had was, I think you mention the 2 USPS contract renewals in the quarter. Can you just talk a little bit about what those renewals were related to and if they had any sort of onetime benefits that we should consider in our modeling going forward?

KENNETH T. MCBRIDE: Yes, I mean, we can't really disclose. I think we were just really trying to give an indication that like we mentioned, **the partnership with the Postal Service is continuing to be stronger and stronger** and some of the -- we have multiple contracts and various partnerships with the Postal Service. And so in this case, we were able to get a couple of our contracts renewed at improved terms. **So we were just trying to give people an insight to the relationship with the Postal Service continues to get healthier and healthier**.

*Paragraph 75*

Q:  First question I had was, I think you mention the 2 USPS contract renewals in the quarter. Can you just talk a little bit about what those renewals were related to and if they had any sort of onetime benefits that we should consider in our modeling going forward?

KENNETH T. MCBRIDE: Yes, I mean, we can't really disclose. I think we were just really trying to give an indication that like we mentioned, the partnership with the Postal Service is continuing to be stronger and stronger and some of the -- we have multiple contracts and various partnerships with the Postal Service. And so in this case, we were able to get a couple of our contracts renewed at improved terms. So we were just trying to give people an insight to the relationship with the Postal Service continues to get healthier and healthier.

KYLE K. HUEBNER: **Yes, I would just say, I mean, we've been saying over the last year that it's a win-win partnership. And so the more successful we both are in helping the USPS compete, then I think that benefits both of us, and so I think it was really meant to highlight the win-win nature of the partnership and how both sides are succeeding**.

**August 1, 2018**

*Paragraph 89*

3

Exhibit 5 at 3

Q: Got it. That's helpful. Switching gears a little bit. With the Trump task force on the USPS set to release a report sometime in the near future. I was wondering if you guys participated in any sort of conversations with the task force. And is there anything you would infer from either those conversations or maybe the USPS OIG's report last month on kind of the postal partner ecosystem that would suggest any significant changes are coming?

KENNETH T. MCBRIDE: Yes, so the task force was formed. And it's doing a lot of interviews with all the various constituents out there. We have spoken to members of the task forces several times. The final report is expected to be issued August 10. We don't know the specifics in the report. **But we do think that based on our conversations that the report will come out strongly in favor of the partnerships between the USPS and private industry like the partnerships we've had with the USPS**. So we'll be interested to see what comes out in the report on August 10.

### October 31, 2018

*Paragraph 92*

With that, now let's turn to a discussion of some recent news involving the USPS.

We would like to provide our perspective on 5 topics that have garnered some attention from our investors: first, the USPS has proposed 2019 price increase; second, the United States' potential withdrawal from the Universal Postal Union or UPU; third, the recent Office of the Inspector General report entitled Postal Partnerships: The Complex Role of Middlemen and Discounts in the USPS; fourth, the status of the President's various studies, reports and task forces on the USPS; and finally, the status of negotiations of our agreements with the USPS.

On the first issue of the USPS' proposed 2019 price increases, we're generally pleased with their proposed rate changes. A 10% increase in first class postage from $0.50 to $0.55 may have some effect on our legacy mailing business, but the rate increase, if approved, should have a very positive effect on the financial health of the USPS.

The rates that our customers pay for Priority Mail are going up, on average, a very modest 3%, which should be very competitive with 2019 rate increases of UPS and FedEx. In addition, the rates for Priority Mail through retail and USPS.com are going up, on average, nearly 6% so the average discount that our customers receive for Priority Mail versus those channels increases from 13% to 15%, thereby increasing the value proposition of using our service.

On the second issue of the United States' potential withdrawal from the Universal Postal Union, or UPU, we would expect the impact to us to be minimal and potentially positive. The UPU effectively sets transfer pricing between the world's postal authorities for packages that are sent between countries. First and foremost, we would say that, in our view, the likelihood of a full U.S. withdrawal from the UPU is remote. In fact, the UPU has already reacted to the threat by fast-tracking a review of rates and commissioned a report on the subject. The UPU Director General has publicly indicated his support for reforming the UPU's rates and hopes to bring this issue to a vote in April 2019.

4

Exhibit 5 at 4

In the unlikely event of a full withdrawal from the UPU, we would expect the U.S. to then negotiate individual bilateral agreements with other nations. The rates between the USPS and postal authorities of large developed countries that make up the lion's share of the volume are generally already viewed as fair and reasonable so there is not likely to be any changes to the vast majority of volume between the USPS and other countries.

The focus of the Trump Administration threat of withdrawal is the large -- is the classification of China as a developing country, which results in large discounts for Chinese companies shipping into the U.S. China was classified as a developing nation in 1969 when its volume was very small, but now it represents a significant amount of volume coming into the U.S. And in the view of the Trump administration, their classification is no longer valid, and their pricing is unfair.

We have no volume of packages that are inbound to the U.S. from China. We would note that one potential outcome in the current negotiation process is that China's rates for shipping into the U.S. are increased to a more reasonable level. If such a change were made, it would be very good for our customers. Our customers predominantly ship within the U.S. And if the rate for China's inbound packages are raised to a more fair level, our customers would better be able to compete with Chinese e-commerce merchants, resulting in potential increases of volumes through our systems.

On the third issue of the recent Office of Inspector General or OIG report, it has not been made public due to USPS concerns with the commercial sensitivity of competitive product pricing strategy in the report. And since we have also not seen the report, it's very difficult for us to comment. That said, based on the title of the report, we would expect that the report is focused on negotiated service agreements, or NSAs, that the USPS offers its customers and its partners in the package business.

The general goal of these types of OIG reports is specifically to review whether a program is meeting its legal criteria, which in the case of NSAs, the legal criteria established is that each NSA must cover its cost and must contribute the legally required minimum of 5.5% of institutional costs.

As of the last review of the contribution, the contribution was well above this level. And accordingly, we would have no reason to believe that the USPS is not generally meeting its obligations regarding the NSA program. We would further expect that any commentary on the report on postal partnerships would reflect the very positive effect of partnerships like ours have had on growth in the USPS' package volumes.

On the fourth issue of the President's various studies, reports and task forces on the USPS, there's been a lot of discussion of potential major changes such as privatization of the USPS, but it's important to understand any such changes would require an act of Congress. Following the June report from the Office of Management and Budget that recommended that the USPS begin to take steps toward privatization, congressional opposition to such a plan has increasingly been made clear. The House of Representatives issued a bipartisan resolution with almost half the House declaring opposition to a USPS privatization initiative, and the Senate likewise issued a resolution with a large number of bipartisan members expressing opposition.

5

Exhibit 5 at 5

In addition, President Trump formed a 3-month task force in April to study the USPS, and the report of that task force was completed and delivered to the President, but the report has not been made public. And since we have not seen the report, it's very difficult for us to comment. However, implementation of any major recommendations in the report would again require an act of Congress.

On the final issue of the negotiations of important agreements with the USPS, we would note the following general points. Historically, we have had a significant number of agreements with the USPS, and we have negotiated those agreements many times. These types of negotiations are very common for us. Negotiations with the USPS often take many months to finalize. **The USPS has many competing priorities, and the process just takes time. In general, we expect that updates to our agreements with the USPS will continue to reflect the critical role that we play in their e-commerce package business, including that we have the largest private sales force focused on driving USPS growth. We process more than 1/3 of their Priority Mail volume in the U.S. And working hand-in-hand with the USPS through our partnership, we have contributed to a significant portion of overall USPS e-commerce package growth over the past 5 years**.

***

Q: I appreciate all the updates. So I'm curious with respect to the OIG in the task force review. Generically, our belief has been that the value will increasingly be moving to generators of new customers and incremental revenues, which in our view would be a benefit to the model that you have now. I'm curious if you can comment on that. Is it your belief that the summation of all of these different reports could end up leading to more value for you versus less that, I think, most people would assume?

KENNETH T. MCBRIDE: Yes. I think that's an accurate assumption. **I think when we look at the various reports that are out there, the conversations we've had with folks that are working on these reports, the general view is the idea of USPS increasingly embracing partnerships like ours makes a ton of sense for them**. I think we mentioned the full-blown privatization isn't really something that we see as likely, but it's more and more partnerships with private companies that allows them to embrace a pseudo-privatization, if you will, has been something that we seem to be -- the task force and other members of the community in the USPS world have been focused on.

6

Exhibit 5 at 6