# Exhibit 8

# Document Filed Under Seal