# Exhibit 9

# Document Filed Under Seal