# EXHIBIT 1

Videotaped Deposition of

# Paul Zurek, Ph.D.

October 05, 2020

Karinski

vs.

Stamps.com, Inc.



Exhibit 1

- 4 -

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATT KARINKSI,                  )
Individually and on            )
Behalf of All Others           )
Similarly Situated,            )
                               )
                               ) Case No.
          Plaintiffs,          ) 2:19-cv-01828-MWF-SK
                               )
     vs.                       )
                               )
STAMPS.COM, INC., et al.,      )
                               )
          Defendants.          )
                               )

REMOTE VIDEOTAPED DEPOSITION OF EXPERT

PAUL ZUREK, PH.D.

_____

Monday, October 5, 2020

REPORTED BY:
ANGELA KOTT, CSR 7811
JOB NO: 10073138

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


MATT KARINKSI,                    )
Individually and on              )
Behalf of All Others             )
Similarly Situated,              )
                                 )
                                 ) Case No.
          Plaintiffs,            ) 2:19-cv-01828-MWF-SK
                                 )
     vs.                         )
                                 )
STAMPS.COM, INC., et al.,        )
                                 )
          Defendants.            )
                                 )




          BE IT REMEMBERED THAT, pursuant to Notice

of Taking Deposition, and on Monday, October 5,

2020, commencing at the hour of 9:31 a.m., thereof,

before me, ANGELA KOTT, a Certified Shorthand

Reporter, there remotely appeared

                    PAUL ZUREK, PH.D.,

called as a witness by the Plaintiffs, who, being by

me first duly sworn, was thereupon examined and

interrogated as is hereinafter set forth.


                    ---oOo---

www.aptusCR.com

Exhibit 1

**Paul Zurek, Ph.D.**

statement was made.

And given the lack of price increase, given my analysis of what I consider to be a reasonable but-for disclosure, I conclude that there was no price impact.

And what I do in this section is I explain why, even assuming that there is a decline on the alleged corrective disclosure day, why the mere fact that there is a decline does not mean that there was price impact back in May 2017.

I don't think -- and of course you have all these intervening events, right, between May in 2019 in terms of additional misstatements, in terms of, you know, the contract renegotiation and so on, and the information set in the world is just very different in two years.

So I'm very comfortable that there was no price impact in May 2017 and August 2017 misstatements.

I'm not sure -- I don't think I have an opinion necessarily -- I need to think about this conceptually, whether that necessarily implies something about a causal link or not.

Q.  Well, I mean, you either did the analysis or you didn't.  And if you did the analysis to

Exhibit I

- 7 -

demonstrate a causal link, you have your report in front of you right now, and I'd just ask that you at least direct me to that analysis that demonstrates a lack of or affirmatively a causal link with the corrective disclosure -- disclosures alleged in this case and the alleged misstatements.

A.   So a causal link analysis would be something that's part of a loss causation analysis. I didn't do a loss causation analysis and, therefore, there is no direct analysis of this.

I did a price impact analysis.  And I was just trying to think, and I think it would just require more time, what is the impact between -- what is the relationship between lack of price impact and there being a causal analysis.  And I guess I'm not ready to express an opinion on that.

But I'm not specifically analyzing loss causation where you'd have to look at the -- at whether there's a causal link.

Q.   Fair enough.  Let's just focus on price impact.

Is it your opinion that price impact can be established either with evidence of price increase caused by an alleged false or misleading statement or by evidence of price decline caused by revelation

Exhibit 1

- 8 -