# Exhibit 3



Disciplined Growth Investors
## SECURITY CROSS REFERENCE
June 5, 2020

**Security: stmp (STAMPS COM INC COM NEW)**
**Price:   179.430**

| Portfolio Code | Name | Quantity | Total Cost | Market Value | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| 190inprs | IN Public Retirement System - DGI | 95,348 | 7,946,588.62 | 17,108,291.64 | 9,161,703.02 |
| | | **95,348** | **7,946,588.62** | **17,108,291.64** | **9,161,703.02** |

Exhibit 3 at 1

CONFIDENTIAL

DGI_Stamp_000878