# Exhibit 4

## PLAINTIFFS' STOCK TRANSACTION CHART

| Date | Bates # | Sale or Purchase | Shares Transacted | Price per Share | Investment Manager | Total Rhumbline Holdings | Total Disc. Growth Holdings | Total Rhumbline SCAP Hldgs | Total Leading Edge Holdings |
|---|---|---|---|---|---|---|---|---|---|
| 2017.06.23 | STMP-INPRS0000626 | Sale (S) | 230 | $149.05 | Rhumbline | -230 | | | |
| 2017.09.06 | STMP-INPRS0000633 | Purchase (B) | 40 | $189.02 | Rhumbline | -190 | | | |
| 2017.12.18 | STMP-INPRS0000640 | Purchase (B) | 50 | $182.07 | Rhumbline | -140 | | | |
| 2018.01.10 | STMP-INPRS0000643 | Purchase (B) | 10 | $195.90 | Rhumbline | -130 | | | |
| 2018.02.08 | STMP-INPRS0000646 | Purchase (B) | 100 | $193.87 | Rhumbline | -30 | | | |
| 2018.03.02 | STMP-INPRS0000649 | Sale (S) | 100 | $195.52 | Rhumbline | -130 | | | |
| 2018.04.24 | STMP-INPRS0000652 | Purchase (B) | 60 | $219.46 | Rhumbline | -70 | | | |
| 2018.06.15 | STMP-INPRS0000657 | Purchase (B) | 100 | $281.11 | Rhumbline | 30 | | | |
| 2018.06.22 | | Sale (S) | 60 | $252.65 | Rhumbline | -30 | | | |
| 2018.07.11 | STMP-INPRS0000661 | Purchase (B) | 20 | $271.82 | Rhumbline | -10 | | | |
| 2018.09.21 | STMP-INPRS0000666 | Purchase (B) | 20 | $225.95 | Rhumbline | 10 | | | |
| 2018.11.21 | STMP-INPRS0000706 | Purchase (B) | 16,735 | $159.28 | Discipl. Growth | | 27,841 | | |
| 2018.11.23 | | Purchase (B) | 1,602 | $159.53 | Discipl. Growth | | | | |
| 2018.11.26 | | Purchase (B) | 9,504 | $160.28 | Discipl. Growth | | | | |
| 2018.12.21 | STMP-INPRS0000673 | Purchase (B) | 30 | $145.37 | Rhumbline | 40 | | | |
| 2019.02.01 | STMP-INPRS0000678 | Purchase (B) | 30 | $188.48 | Rhumbline | 70 | | | |
| 2019.02.25 | STMP-INPRS0000714 | Purchase (B) | 12,763 | $98.81 | Discipl. Growth | | 40,604 | | |
| 2019.03.15 | STMP-INPRS0000681 | Purchase (B) | 10 | $85.50 | Rhumbline | 80 | | | |
| 2019.06.11 | STMP-INPRS0001525 | Purchase (B) | 5,397 | $38.35 | Discipl. Growth | | 95,348 | | |
| 2019.06.14 | | Purchase (B) | 16,257 | $40.35 | Disipl. Growth | | | | |
| 2019.06.25 | | Purchase (B) | 7,647 | $40.22 | Discipl. Growth | | | | |
| 2019.06.26 | | Purchase (B) | 25,443 | $42.05 | Discipl. Growth | | | | |
| 2019.06.28 | STMP-INPRS0001474 | Sale (S) | 160 | $120.71 | Rhumbline | -80 | | | |
| 2019.06.28 | STMP-INPRS0001513 | Purchase (B) | 3,400 | $45.27 | Rh. SCAP Value | | | 3,400 | |
| 2019.09.20 | STMP-INPRS0001479 | Purchase (B) | 150 | $71.45 | Rhumbline | 70 | | | |
| 2019.12.03 | STMP-INPRS0001606 | Purchase (B) | 90 | $83.97 | Rh. SCAP Value | | | 3,490 | |
| | | | | | | | | | |

Exhibit 4 at 1



# BNY MELLON

[REDACTED]    MONTHLY    FINAL    232853                                              2017-06-30 CYCLE A 23:28:55 RUN DATE: 10-JUL-17
                                          INVESTMENT MANAGER RECONCILIATION LETTER                                              PAGE:    1
                                          FOR THE PERIOD 01 JUNE 2017 THROUGH 30 JUNE 2017                                      CNMGRST
[REDACTED]
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION -  IMPORTANT  INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for
which your firm serves as investment manager. In servicing our mutual client, procedures require
that your firm verify and reconcile investment transactions and asset and liability
positions(including,without limitation,income and expense accruals, receipts and payments), against
your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you
need not notify us in such event. If the information does not agree with your records, you must
detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE
INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and
correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 2

Confidential                                                                                           STMP-INPRS0000626

# BNY MELLON

██████████████ MONTHLY    FINAL    232853                                    2017-06-30 CYCLE A 23:28:55 RUN DATE: 10-JUL-17
                              INVESTMENT DETAIL                                                        PAGE:    119
██████████                                    30 JUNE 2017                                             M1101
IN  PUBLIC  RETIREMENT  SYSTEM
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| ███████████████ | ███████████████ | ███████████████ | ███████████████ | ███████████████ | ███████████████ |
| 1,940.0000 | STAMPS.COM INC | 80,012.22 | 154.8750 | 300,457.50 | 220,445.28 |
| ███████████████ | ███████████████ | ███████████████ | ███████████████ | ███████████████ | ███████████████ |

Exhibit 4 at 3

Confidential

STMP-INPRS0000627

# BNY MELLON

MONTHLY   FINAL   232853                                      2017-06-30 CYCLE A 23:28:55 RUN DATE: 10-JUL-17
                           TRANSACTION REPORT                                                    PAGE:   180
                     FOR THE PERIOD 01 JUNE 2017 THROUGH 30 JUNE 2017                            M2570I
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| S 23-JUN-17 28-JUN-17 | 230.000- STAMPS.COM INC AVG PRICE SHOWN-DETAILS ON RE Details on Request | 34,280.43 | 34,280.43 | 9,485.99- | 0.00 | 24,794.44 I |

Confidential

Exhibit 4 at 4

STMP-INPRS0000628



# BNY MELLON

█████████████ MONTHLY    FINAL    234043                                                2017-09-30 CYCLE A 23:40:42 RUN DATE: 06-OCT-17
████████                                INVESTMENT MANAGER RECONCILIATION LETTER                                          PAGE:    1
                                        FOR THE PERIOD 01 SEPTEMBER 2017 THROUGH 30 SEPTEMBER 2017                        CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 5

Confidential

STMP-INPRS0000633



**BNY MELLON**

███████████████  MONTHLY    FINAL    234043                                    2017-09-30 CYCLE A 23:40:42 RUN DATE: 06-OCT-17
████████                                  INVESTMENT DETAIL                                                   PAGE:    118
IN PUBLIC RETIREMENT SYSTEM                        30 SEPTEMBER 2017                                           M1101
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| █████████████████ | ████████████████████ | ████████ | ████████ | ████████ | ████████ |
| 1,980.0000 | STAMPS.COM INC | 87,572.82 | 202.6500 | 401,247.00 | 313,674.18 |
| █████████████████ | ████████████████████ | ████████ | ████████ | ████████ | ████████ |

Exhibit 4 at 6

Confidential                                                                              STMP-INPRS0000634

# BNY MELLON

████████████████ MONTHLY    FINAL    234043                                    2017-09-30 CYCLE A 23:40:42 RUN DATE: 06-OCT-17
                                          TRANSACTION REPORT                                                    PAGE:    36
████████                                  FOR THE PERIOD 01 SEPTEMBER 2017 THROUGH 30 SEPTEMBER 2017           M2570I
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 06-SEP-17 08-SEP-17 | 40.000 STAMPS.COM INC ITG MAY RECEIVE PYMNT FOR ORD LOW DETAILS on REQ | 7,560.60- | 7,560.60- | 7,560.60 | 0.00 | |

Exhibit 4 at 7

Confidential

STMP-INPRS0000635



# BNY MELLON

██████████MONTHLY     FINAL     232553                                        2017-12-31 CYCLE A 23:25:54 RUN DATE: 08-JAN-18
                                   INVESTMENT MANAGER RECONCILIATION LETTER                                        PAGE:     1
                                   FOR THE PERIOD 01 DECEMBER 2017 THROUGH 31 DECEMBER 2017                        CNMGRST
██████████
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION -  IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to  IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 8

Confidential

STMP-INPRS0000640

# BNY MELLON

█████████████████ MONTHLY    FINAL    232553                                    2017-12-31 CYCLE A 23:25:54 RUN DATE: 08-JAN-18
█████████                                INVESTMENT DETAIL                                                    PAGE:    117
IN  PUBLIC  RETIREMENT SYSTEM                              31 DECEMBER 2017                                    M1101
RHUMBLINE

| SHARES/<br>PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET<br>VALUE | UNREALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|
| 2,030.0000 | STAMPS.COM INC | 96,676.07 | 188.0000 | 381,640.00 | 284,963.93 |



Exhibit 4 at 9

Confidential

# BNY MELLON

MONTHLY    FINAL    232553                                                    2017-12-31 CYCLE A 23:25:54 RUN DATE: 08-JAN-18

TRANSACTION REPORT                                                              PAGE:    30

FOR THE PERIOD 01 DECEMBER 2017 THROUGH 31 DECEMBER 2017                        M2570I

IN PUBLIC RETIREMENT SYSTEM

RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| | | | | | | |



| | | | | | | |
|---|---|---|---|---|---|---|
| B 18-DEC-17 20-DEC-17 | 50.000 STAMPS.COM INC INDIANA PERF C/O RHUMBLINE ADVISERS | 9,103.25- | 9,103.25- | 9,103.25 | 0.00 | |

Exhibit 4 at 10

Confidential                                                                    STMP-INPRS0000642



# BNY MELLON

MONTHLY    FINAL    232033                                                2018-01-31 CYCLE A 23:20:33 RUN DATE: 07-FEB-18
                        INVESTMENT MANAGER RECONCILIATION LETTER                                            PAGE:    1
                        FOR THE PERIOD 01 JANUARY 2018 THROUGH 31 JANUARY 2018                              CNMGRST

IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

### ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 11

Confidential


# BNY MELLON

███████████████   MONTHLY   FINAL   232033                                           2018-01-31 CYCLE A 23:20:33 RUN DATE: 07-FEB-18
███████                             INVESTMENT DETAIL                                                              PAGE:   116
IN PUBLIC RETIREMENT SYSTEM                        31 JANUARY 2018                                                  M1101
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,040.0000 | STAMPS.COM INC | 98,635.07 | 203.8500 | 415,854.00 | 317,218.93 |

Exhibit 4 at 12

STMP-INPRS0000644


# BNY MELLON

████████████ MONTHLY    FINAL    232033                                                    2018-01-31 CYCLE A 23:20:33 RUN DATE: 07-FEB-18
██████████                                TRANSACTION REPORT                                                                   PAGE:    51
                                        FOR THE PERIOD 01 JANUARY 2018 THROUGH 31 JANUARY 2018                                    M2570I
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/<br>EFFECTIVE/<br>CONTRACTUAL/<br>SETTLEMENT<br>DATE | SHARES/PAR VALUE<br>SECURITY DESCRIPTION<br>(LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE)<br><br>TRADE DATE<br>BASE AMOUNT | ACTUAL<br>SETTLE DATE<br>BASE AMOUNT | INVESTMENT<br>BASE COST | CURRENCY<br>BASE COST | REALIZED<br>GAIN/LOSS IN<br>BASE CURRENCY |
|---|---|---|---|---|---|---|
| B<br>10-JAN-18<br>12-JAN-18 | 10.000<br>STAMPS.COM INC<br>BROKER,EXECUTION TIME    REMUN<br>ATION INFO PROVIDED UPON REQUE | 1,959.00- | 1,959.00- | 1,959.00 | 0.00 | |

Exhibit 4 at 13

Confidential                                                                                                                        STMP-INPRS0000645



## BNY MELLON

███████████    MONTHLY    FINAL    232633                                    2018-02-28 CYCLE A 23:26:39 RUN DATE: 07-MAR-18
                                    INVESTMENT MANAGER RECONCILIATION LETTER                                  PAGE:     1
█████████        .                  FOR THE PERIOD 01 FEBRUARY 2018 THROUGH 28 FEBRUARY 2018                  CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 14

Confidential

STMP-INPRS0000646


# BNY MELLON

███████████████ MONTHLY    FINAL    232633                                      2018-02-28 CYCLE A 23:26:39 RUN DATE: 07-MAR-18
█████████                           INVESTMENT DETAIL                                                              PAGE:   115
IN PUBLIC RETIREMENT SYSTEM                          28   FEBRUARY 2018                                            M1101
RHUMBLINE

| SHARES/<br>PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET<br>VALUE | UNREALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|
| 2,140.0000 | STAMPS.COM INC | 118,021.57 | 191.0500 | 408,847.00 | 290,825.43 |

Exhibit 4 at 15

Confidential

STMP-INPRS0000647

# BNY MELLON

████████████ MONTHLY    FINAL    232633                                        2018-02-28 CYCLE A 23:26:39 RUN DATE: 07-MAR-18
████████                                   TRANSACTION REPORT                                                                PAGE:    19
IN PUBLIC RETIREMENT SYSTEM                 FOR THE PERIOD 01 FEBRUARY 2018 THROUGH 28 FEBRUARY 2018                          M2570I
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 08-FEB-18 12-FEB-18 | 100.000 STAMPS.COM INC Details on Request EXECUTED AS AGENT | 19,386.50- | 19,386.50- | 19,386.50 | 0.00 | |

Exhibit 4 at 16



# BNY MELLON

██████████████ MONTHLY     FINAL    231333                                    2018-03-31 CYCLE A 23:13:36 RUN DATE: 09-APR-18
██████████                        INVESTMENT MANAGER RECONCILIATION LETTER                              PAGE:     1
                                FOR THE PERIOD 01 MARCH 2018 THROUGH 31 MARCH 2018                        CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for
which your firm serves as investment manager. In servicing our mutual client, procedures require
that your firm verify and reconcile investment transactions and asset and liability
positions(including,without limitation,income and expense accruals, receipts and payments), against
your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you
need not notify us in such event. If the information does not agree with your records, you must
detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE
INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and
correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 17

Confidential

STMP-INPRS0000649



# BNY MELLON

MONTHLY    FINAL    231333
INVESTMENT DETAIL
31   MARCH 2018

2018-03-31 CYCLE A 23:13:36 RUN DATE: 09-APR-18
PAGE:    120
M1101

IN  PUBLIC  RETIREMENT SYSTEM
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,040.0000 | STAMPS.COM INC | 112,506.54 | 201.0500 | 410,142.00 | 297,635.46 |

Exhibit 4 at 18

Confidential

STMP-INPRS0000650

# BNY MELLON

| | | | |
|---|---|---|---|
| ██████████ MONTHLY    FINAL    231333 | | 2018-03-31 CYCLE A 23:13:36 RUN DATE: 09-APR-18 | |
| █████ | TRANSACTION REPORT | PAGE:    234 | |
| IN  PUBLIC  RETIREMENT  SYSTEM | FOR  THE  PERIOD  01  MARCH  2018  THROUGH  31  MARCH  2018 | M2570I | |
| RHUMBLINE | | | |

| TRAN CODE/<br>EFFECTIVE/<br>CONTRACTUAL/<br>SETTLEMENT<br>DATE | SHARES/PAR VALUE<br>SECURITY DESCRIPTION<br>(LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE)<br><br>TRADE DATE<br>BASE AMOUNT | ACTUAL<br>SETTLE DATE<br>BASE AMOUNT | INVESTMENT<br>BASE COST | CURRENCY<br>BASE COST | REALIZED<br>GAIN/LOSS IN<br>BASE CURRENCY |
|---|---|---|---|---|---|---|
| S<br>02-MAR-18<br>06-MAR-18 | 100.000-<br>STAMPS.COM INC<br>RHUMBLINE ADVISORS<br>A/C INDIANA PERF | 19,552.14 | 19,552.14 | 5,515.03- | 0.00 | 14,037.11 I |

Exhibit 4 at 19

Confidential



# BNY MELLON

███████████████  MONTHLY    FINAL    231313                                                    2018-04-30 CYCLE A 23:13:16 RUN DATE: 07-MAY-18
███████████                                INVESTMENT MANAGER RECONCILIATION LETTER                                              PAGE:     1
                                          FOR THE PERIOD 01 APRIL 2018 THROUGH 30 APRIL 2018                                     CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION -  IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for
which your firm serves as investment manager. In servicing our mutual client, procedures require
that your firm verify and reconcile investment transactions and asset and liability
positions(including,without limitation,income and expense accruals, receipts and payments), against
your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you
need not notify us in such event. If the information does not agree with your records, you must
detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE
INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and
correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 20

Confidential


**BNY MELLON**

██████████████ MONTHLY    FINAL    231313                                              2018-04-30 CYCLE A 23:13:16 RUN DATE: 07-MAY-18
                                      INVESTMENT DETAIL                                                                PAGE:    120
████████████                                          30 APRIL 2018                                                    M1101
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,100.0000 | STAMPS.COM INC | 125,674.14 | 227.7500 | 478,275.00 | 352,600.86 |

Exhibit 4 at 21

Confidential

STMP-INPRS0000653

# BNY MELLON

| | MONTHLY    FINAL    231313 | | | 2018-04-30 CYCLE A 23:13:16 RUN DATE: 07-MAY-18 |
|---|---|---|---|---|

TRANSACTION REPORT

PAGE:    52

FOR THE PERIOD 01 APRIL 2018 THROUGH 30 APRIL 2018

M2570I

IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 24-APR-18 26-APR-18 | 60.000 STAMPS.COM INC BROKER,EXECUTION TIME    REMUN ATION INFO PROVIDED UPON REQUE | 13,167.60- | 13,167.60- | 13,167.60 | 0.00 | |

Exhibit 4 at 22

Confidential                                                                STMP-INPRS0000654



# BNY MELLON

█████████████ MONTHLY    FINAL    231003                                    2018-06-30 CYCLE A 23:10:05 RUN DATE: 09-JUL-18
█████████                    INVESTMENT MANAGER RECONCILIATION LETTER                              PAGE:    1
IN PUBLIC RETIREMENT SYSTEM        FOR THE PERIOD 01 JUNE 2018 THROUGH 30 JUNE 2018                     CNMGRST
RHUMBLINE

ATTENTION -  IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 23

Confidential

STMP-INPRS0000657


**BNY MELLON**

████████████ MONTHLY    FINAL    231003                                              2018-06-30 CYCLE A 23:10:05 RUN DATE: 09-JUL-18
                                 INVESTMENT DETAIL                                                                    PAGE:    127
████████        30 JUNE 2018                                                                                          M1101
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,140.0000 | STAMPS.COM INC | 149,590.51 | 253.0500 | 541,527.00 | 391,936.49 |

Exhibit 4 at 24

# BNY MELLON

MONTHLY    FINAL    231003                                                                    2018-06-30 CYCLE A 23:10:05 RUN DATE: 09-JUL-18

TRANSACTION REPORT                                                            PAGE:    246

FOR THE PERIOD 01 JUNE 2018 THROUGH 30 JUNE 2018                              M2570I

IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 15-JUN-18 19-JUN-18 | 100.000 STAMPS.COM INC BROKER,EXECUTION TIME    REMUN ATION INFO PROVIDED UPON REQUE | 28,110.50- | 28,110.50- | 28,110.50 | 0.00 | |

Exhibit 4 at 25

Confidential

STMP-INPRS0000659



**BNY MELLON**

MONTHLY    FINAL    231003                                    2018-06-30 CYCLE A 23:10:05 RUN DATE: 09-JUL-18
TRANSACTION REPORT                                                         PAGE:   431
FOR THE PERIOD 01 JUNE 2018 THROUGH 30 JUNE 2018                    M2570I
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| S 22-JUN-18 26-JUN-18 | 60.000- STAMPS.COM INC RHUMBLINE ADVISORS RHUMBLINE ADVISORS | 15,158.74 | 15,158.74 | 4,194.13- | 0.00 | 10,964.61 I |

Exhibit 4 at 26

Confidential

STMP-INPRS0000660



## BNY MELLON

██████████████MONTHLY   FINAL   093503                                                    2018-07-31 CYCLE 2 09:35:01 RUN DATE: 08-AUG-18
                                    INVESTMENT MANAGER RECONCILIATION LETTER                                          PAGE:    1
                                    FOR THE PERIOD 01 JULY 2018 THROUGH 31 JULY 2018                                  CNMGRST
██████████ IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 27

Confidential                                                                                          STMP-INPRS0000661


# BNY MELLON

MONTHLY    FINAL    093503                                     2018-07-31 CYCLE 2 09:35:01 RUN DATE: 08-AUG-18
INVESTMENT DETAIL                                             PAGE:    126
31 JULY 2018                                                  M1101
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,160.0000 | STAMPS.COM INC | 155,026.81 | 261.0000 | 563,760.00 | 408,733.19 I |

Exhibit 4 at 28

Confidential

STMP-INPRS0000662



## BNY MELLON

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE (ORIGINAL SHARES/PAR VALUE) SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 11-JUL-18 13-JUL-18 | 20.000 STAMPS.COM INC ITG MAY RECEIVE PYMNT FOR ORD LOW | 5,436.30- | 5,436.30- | 5,436.30 | 0.00 | |

Exhibit 4 at 29

Confidential                                                                                          STMP-INPRS0000663



## BNY MELLON

MONTHLY     FINAL     225943                                                                      2018-09-30 CYCLE A 22:59:48 RUN DATE: 05-OCT-18
                                            INVESTMENT MANAGER RECONCILIATION LETTER                                      PAGE:     1
                                            FOR THE PERIOD 01 SEPTEMBER 2018 THROUGH 30 SEPTEMBER 2018                    CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE   STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 30

Confidential                                                                                                          STMP-INPRS0000666


# BNY MELLON

████████████  MONTHLY    FINAL    225943                                         2018-09-30 CYCLE A 22:59:48 RUN DATE: 05-OCT-18
████████                          INVESTMENT DETAIL                                                          PAGE:    126
IN PUBLIC RETIREMENT SYSTEM                        30 SEPTEMBER 2018                                          M1101
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,180.0000 | STAMPS.COM INC | 159,545.86 | 226.2000 | 493,116.00 | 333,570.14 |

Exhibit 4 at 31

Confidential

STMP-INPRS0000667



## BNY MELLON

```
                    MONTHLY    FINAL    225943                                2018-09-30 CYCLE A 22:59:48 RUN DATE: 05-OCT-18
█████████████                           TRANSACTION REPORT                                                  PAGE:    44
████████                     FOR THE PERIOD 01 SEPTEMBER 2018 THROUGH 30 SEPTEMBER 2018                     M2570I
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE
```

| TRAN CODE/<br>EFFECTIVE/<br>CONTRACTUAL/<br>SETTLEMENT<br>DATE | (ORIGINAL SHARES/PAR VALUE)<br>SHARES/PAR VALUE<br>SECURITY DESCRIPTION<br>(LOCAL CURR/SETTLE CURR) | TRADE DATE<br>BASE AMOUNT | ACTUAL<br>SETTLE DATE<br>BASE AMOUNT | INVESTMENT<br>BASE COST | CURRENCY<br>BASE COST | REALIZED<br>GAIN/LOSS IN<br>BASE CURRENCY |
|---|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ | | | | | | |
| B<br>21-SEP-18<br>25-SEP-18 | 20.000<br>STAMPS.COM INC<br>ITG MAY RECEIVE PYMNT FOR ORD<br>LOW | 4,519.05- | 4,519.05- | 4,519.05 | 0.00 | |

```
███████████████████████████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████████████████████████
```

Exhibit 4 at 32

Confidential

STMP-INPRS0000668


**BNY MELLON**

███████████ MONTHLY    FINAL    225313                                          2018-12-31 CYCLE A 22:53:19 RUN DATE: 08-JAN-19

███████                                INVESTMENT MANAGER RECONCILIATION LETTER                                          PAGE:    1
                                       FOR THE PERIOD 01 DECEMBER 2018 THROUGH 31 DECEMBER 2018                          CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 33

Confidential

STMP-INPRS0000673

# BNY MELLON



MONTHLY     FINAL     225313                                                      2018-12-31 CYCLE A 22:53:19 RUN DATE: 08-JAN-19
                              INVESTMENT DETAIL                                                                        PAGE:   126
                                        31 DECEMBER 2018                                                               M1101
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,210.0000 | STAMPS.COM INC | 163,906.81 | 155.6400 | 343,964.40 | 180,057.59 |

Exhibit 4 at 34

Confidential

# BNY MELLON

████████████████ MONTHLY    FINAL    225313                                                     2018-12-31 CYCLE A 22:53:19 RUN DATE: 08-JAN-19
████████████                                      TRANSACTION REPORT                                                          PAGE:    77
IN PUBLIC RETIREMENT SYSTEM                       FOR THE PERIOD 01 DECEMBER 2018 THROUGH 31 DECEMBER 2018                     M25701
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 21-DEC-18 26-DEC-18 | 30.000 STAMPS.COM INC ITG MAY RECEIVE PYMNT FOR ORD LOW | 4,360.95- | 4,360.95- | 4,360.95 | 0.00 | |

Exhibit 4 at 35

Confidential



BNY MELLON

██████████████ MONTHLY    FINAL    120323                                              2019-02-28 CYCLE 3 12:03:26 RUN DATE: 12-MAR-19
                                         INVESTMENT MANAGER RECONCILIATION LETTER                                    PAGE:    1
                                         FOR THE PERIOD 01 FEBRUARY 2019 THROUGH 28 FEBRUARY 2019                    CNMGRST
██████████
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for
which your firm serves as investment manager. In servicing our mutual client, procedures require
that your firm verify and reconcile investment transactions and asset and liability
positions(including,without limitation,income and expense accruals, receipts and payments), against
your own records for such period.


If the information reflected in the attached accounting statements agrees with your records, you
need not notify us in such event. If the information does not agree with your records, you must
detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE
INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.


Your timely response is required, as it will enable us to collectively and promptly research and
correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 36

Confidential                                                                                      STMP-INPRS0000678



# BNY MELLON

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 2,240.0000 | STAMPS.COM INC | 169,561.06 | 93.9900 | 210,537.60 | 40,976.54 |

Exhibit 4 at 37

Confidential



# BNY MELLON

MONTHLY     FINAL     120323                                                          2019-02-28 CYCLE 3 12:03:26 RUN DATE: 12-MAR-19
                                 TRANSACTION REPORT                                                                        PAGE:    21
                                 FOR THE PERIOD 01 FEBRUARY 2019 THROUGH 28 FEBRUARY 2019                                  M2570I
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/<br>EFFECTIVE/<br>CONTRACTUAL/<br>SETTLEMENT<br>DATE | SHARES/PAR VALUE<br>SECURITY DESCRIPTION<br>(LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE)<br><br><br>TRADE DATE<br>BASE AMOUNT | ACTUAL<br>SETTLE DATE<br>BASE AMOUNT | INVESTMENT<br>BASE COST | CURRENCY<br>BASE COST | REALIZED<br>GAIN/LOSS IN<br>BASE CURRENCY |
|---|---|---|---|---|---|---|
| B<br>01-FEB-19<br>05-FEB-19 | 30.000<br>STAMPS.COM INC<br>ITG MAY RECEIVE PYMNT FOR ORD<br>FLOW | 5,654.25- | 5,654.25- | 5,654.25 | 0.00 | |

Exhibit 4 at 38

Confidential

STMP-INPRS0000680


BNY MELLON

███████████    MONTHLY    FINAL    225533                                    2019-03-31 CYCLE A 22:55:35 RUN DATE: 05-APR-19
███████                               INVESTMENT MANAGER RECONCILIATION LETTER                                        PAGE:    1
IN PUBLIC RETIREMENT SYSTEM               FOR THE PERIOD 01 MARCH 2019 THROUGH 31 MARCH 2019                           CNMGRST
RHUMBLINE

ATTENTION -  IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for
which your firm serves as investment manager. In servicing our mutual client, procedures require
that your firm verify and reconcile investment transactions and asset and liability
positions(including,without limitation,income and expense accruals, receipts and payments), against
your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you
need not notify us in such event. If the information does not agree with your records, you must
detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE
INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and
correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 39

Confidential                                                                                    STMP-INPRS0000681

# BNY MELLON

Confidential

MONTHLY     FINAL     225533                          2019-03-31 CYCLE A 22:55:35 RUN DATE: 05-APR-19
INVESTMENT  DETAIL                                                                     PAGE:   124
                                    31   MARCH 2019                                    M1101

IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| SHARES/<br>PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET<br>VALUE | UNREALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|
| 2,250.0000 | STAMPS.COM INC | 170,416.01 | 81.4100 | 183,172.50 | 12,756.49 |

Exhibit 4 at 40

# BNY MELLON

████████████ MONTHLY   FINAL   225533                                                      2019-03-31 CYCLE A 22:55:35 RUN DATE: 05-APR-19
████████                                     TRANSACTION REPORT                                                        PAGE:    66
                                      FOR THE PERIOD 01 MARCH 2019 THROUGH 31 MARCH 2019                                    M2570I
IN  PUBLIC  RETIREMENT  SYSTEM
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 15-MAR-19 19-MAR-19 | 10.000 STAMPS.COM INC INDIANA PERF C/O RHUMBLINE ADVISERS | 854.95- | 854.95- | 854.95 | 0.00 | |

Exhibit 4 at 41



# BNY MELLON

██████████████ MONTHLY    FINAL    225533                                    2018-11-30 CYCLE A 22:55:36 RUN DATE: 10-DEC-18
                           INVESTMENT MANAGER RECONCILIATION LETTER                            PAGE:    1
█████████                  FOR THE PERIOD 01 NOVEMBER 2018 THROUGH 30 NOVEMBER 2018              CNMGRST
IN PUBLIC RETIREMENT SYSTEM
DISCIPLINED GROWTH INVESTORS

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 42

Confidential

STMP-INPRS0000706

# BNY MELLON

MONTHLY    FINAL    225533                                          2018-11-30 CYCLE A 22:55:36 RUN DATE: 10-DEC-18
                                    INVESTMENT DETAIL                                                PAGE:    3
                                                        30 NOVEMBER 2018                             M1101
IN PUBLIC RETIREMENT SYSTEM
DISCIPLINED GROWTH INVESTORS



| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 27,841.0000 | STAMPS.COM INC | 4,445,106.40 | 171.4600 | 4,773,617.86 | 328,511.46 |

Exhibit 4 at 43

STMP-INPRS0000707

# BNY MELLON

IN PUBLIC RETIREMENT SYSTEM
DISCIPLINED GROWTH INVESTORS

| TRAN CODE | EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | SHARES PAR VALUE | TRADE DATE BASE AMOUNT | INVESTMENT BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|

EQUITY

U.S. DOLLAR

| B | 21-NOV-18 26-NOV-18 | STAMPS.COM INC IN PUBLIC RETIREMENT SYSTEM-D MELLON TR OF N.E./EBT | 16,735.000 | 2,665,585.94- | 2,665,585.94 | |
| B | 23-NOV-18 27-NOV-18 | STAMPS.COM INC IN PUBLIC RETIREMENT SYSTEM-D MELLON TR OF N.E./EBT | 1,602.000 | 256,200.33- | 256,200.33 | |

Exhibit 4 at 44

Confidential

STMP-INPRS0000708

# BNY MELLON

| | | MONTHLY | FINAL | 225533 | | | | 2018-11-30 CYCLE A 22:55:36 RUN DATE: 10-DEC-18 |
| | | | | | TRANSACTION REPORT | | | PAGE:    3 |
| | | | | | FOR THE PERIOD 01 NOVEMBER 2018 THROUGH 30 NOVEMBER 2018 | | | M2570I |

IN PUBLIC RETIREMENT SYSTEM
DISCIPLINED GROWTH INVESTORS

| TRAN CODE | EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | SHARES PAR VALUE | TRADE DATE BASE AMOUNT | INVESTMENT BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B | 26-NOV-18 28-NOV-18 | STAMPS.COM INC IN PUBLIC RETIREMENT SYSTEM-D MELLON TR OF N.E./EBT | 9,504.000 | 1,523,320.13- | 1,523,320.13 | |

Exhibit 4 at 45

Confidential

STMP-INPRS0000709



# BNY MELLON

████████████ MONTHLY    FINAL    120323                                        2019-02-28 CYCLE 3 12:03:26 RUN DATE: 12-MAR-19
████████                          INVESTMENT MANAGER RECONCILIATION LETTER                              PAGE:    1
IN PUBLIC RETIREMENT SYSTEM       FOR THE PERIOD 01 FEBRUARY 2019 THROUGH 28 FEBRUARY 2019              CNMGRST
DISCIPLINED GROWTH INVESTORS

ATTENTION -  IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for
which your firm serves as investment manager. In servicing our mutual client, procedures require
that your firm verify and reconcile investment transactions and asset and liability
positions(including,without limitation,income and expense accruals, receipts and payments), against
your own records for such period.


If the information reflected in the attached accounting statements agrees with your records, you
need not notify us in such event. If the information does not agree with your records, you must
detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE
INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.


Your timely response is required, as it will enable us to collectively and promptly research and
correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 46

Confidential                                                                            STMP-INPRS0000714



BNY MELLON

███████████████  MONTHLY    FINAL    120323                                        2019-02-28 CYCLE 3 12:03:26 RUN DATE: 12-MAR-19
██████                          INVESTMENT DETAIL                                                            PAGE:    3
IN  PUBLIC  RETIREMENT  SYSTEM                      28   FEBRUARY 2019                                        M1101
DISCIPLINED  GROWTH  INVESTORS

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 40,604.0000 | STAMPS.COM INC | 5,706,224.81 | 93.9900 | 3,816,369.96 | 1,889,854.85- |

Exhibit 4 at 47

**BNY MELLON**

███████████ MONTHLY    FINAL    120323                                    2019-02-28 CYCLE 3 12:03:26 RUN DATE: 12-MAR-19
██████                                TRANSACTION REPORT                                           PAGE:    2
                                      FOR THE PERIOD 01 FEBRUARY 2019 THROUGH 28 FEBRUARY 2019      M2570I
IN PUBLIC RETIREMENT SYSTEM
DISCIPLINED GROWTH INVESTORS

| TRAN CODE | EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | SHARES PAR VALUE | TRADE DATE BASE AMOUNT | INVESTMENT BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|

TOTAL
CASH & CASH EQUIVALENTS

█████████████████████████████████████████████████████████████████████████████████

EQUITY

U.S. DOLLAR

█████████████████████████████████████████████████████████

| B | 25-FEB-19 | STAMPS.COM INC | 12,763.000 | 1,261,118.41- | 1,261,118.41 | |
| | 27-FEB-19 | IN PUBLIC RETIREMENT SYSTEM-D | | | | |
| | | CTSY CRAIG HALLUM CAPITAL GROU | | | | |

████████████████████████████████████████████████████████

Exhibit 4 at 48

Confidential

STMP-INPRS0000716



# BNY MELLON

████████████████ MONTHLY      FINAL     224713                                                    2019-07-31  CYCLE A 22:47:13  RUN DATE: 07-AUG-19
████████                                      INVESTMENT  MANAGER  RECONCILIATION  LETTER                                                PAGE:      1
                                              FOR  THE  PERIOD  01  JULY  2019  THROUGH  31  JULY  2019                                   CNMGRST
IN  PUBLIC  RETIREMENT  SYSTEM
RHUMBLINE

ATTENTION -  IMPORTANT  INFORMATION  BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 49

Confidential                                                                                                    STMP-INPRS0001474


BNY MELLON

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| █████████ | ███████████████████ | ████████ | ███████ | ████████ | ████████ |
| 2,090.0000 | STAMPS.COM INC | 158,297.54 | 47.7500 | 99,797.50 | 58,500.04- |

Exhibit 4 at 50

Confidential                                                                    STMP-INPRS0001475

# BNY MELLON

███████████ MONTHLY    FINAL    224713                                                        2019-07-31 CYCLE A 22:47:13 RUN DATE: 07-AUG-19
█████████                                                         TRANSACTION REPORT                                                    PAGE:    241
IN PUBLIC RETIREMENT SYSTEM                          FOR THE PERIOD 01 JULY 2019 THROUGH 31 JULY 2019                          M2570I
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | (ORIGINAL SHARES/PAR VALUE) SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| S 28-JUN-19 02-JUL-19 | 160.000- STAMPS.COM INC RHUMBLINE ADVISORS A/C INDIANA PERF | 7,242.89 | 7,242.89 | 12,118.47- | 0.00 | 4,875.58-I |

Exhibit 4 at 51

Confidential

STMP-INPRS0001476



# BNY MELLON

████████████ MONTHLY    FINAL    225323                                         2019-09-30 CYCLE A 22:53:20 RUN DATE: 07-OCT-19
██████                                  INVESTMENT MANAGER RECONCILIATION LETTER                                          PAGE:    1
                                        FOR THE PERIOD 01 SEPTEMBER 2019 THROUGH 30 SEPTEMBER 2019                        CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 52

Confidential                                                                                    STMP-INPRS0001479



## BNY MELLON

████████████  MONTHLY    FINAL    225323                                           2019-09-30 CYCLE A 22:53:20 RUN DATE: 07-OCT-19
████████                          INVESTMENT DETAIL                                                          PAGE:   126
IN PUBLIC RETIREMENT SYSTEM                                 30 SEPTEMBER 2019                                           M1101
RHUMBLINE

| SHARES/<br>PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET<br>VALUE | UNREALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|
| 2,240.0000 | STAMPS.COM INC | 169,014.29 | 74.4500 | 166,768.00 | 2,246.29- |

Exhibit 4 at 53

Confidential                                                                                                            STMP-INPRS0001480

## BNY MELLON

MONTHLY    FINAL    225323                                                    2019-09-30 CYCLE A 22:53:20 RUN DATE: 07-OCT-19

TRANSACTION REPORT                                                            PAGE:   197

FOR THE PERIOD 01 SEPTEMBER 2019 THROUGH 30 SEPTEMBER 2019                    M2570I

IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 20-SEP-19 24-SEP-19 | 150.000 STAMPS.COM INC BROKER,EXECUTION TIME   REMUN ATION INFO PROVIDED UPON REQUE | 10,716.75- | 10,716.75- | 10,716.75 | 0.00 | |

Exhibit 4 at 54

Confidential                                                                                STMP-INPRS0001481



## BNY MELLON

████████████ MONTHLY    FINAL    224713                                          2019-07-31 CYCLE A 22:47:13 RUN DATE: 07-AUG-19
████████                          INVESTMENT MANAGER RECONCILIATION LETTER                                    PAGE:    1
                                  FOR THE PERIOD 01 JULY 2019 THROUGH 31 JULY 2019                            CNMGRST
IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE SCAP VALUE

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 55

Confidential

STMP-INPRS0001513



**BNY MELLON**

███████████ MONTHLY   FINAL    224713                          2019-07-31 CYCLE A 22:47:13 RUN DATE: 07-AUG-19
██████████                  INVESTMENT DETAIL                                                    PAGE:    71
IN PUBLIC RETIREMENT SYSTEM                    31 JULY 2019                                       M1101
RHUMBLINE SCAP VALUE

| SHARES/<br>PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET<br>VALUE | UNREALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|
| 3,400.0000 | STAMPS.COM INC | 153,921.40 | 47.7500 | 162,350.00 | 8,428.60 |

Exhibit 4 at 56

# BNY MELLON

IN PUBLIC RETIREMENT SYSTEM
RHUMBLINE SCAP VALUE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 28-JUN-19 02-JUL-19 | 3,400.000 STAMPS.COM INC RHUMBLINE ADVISORS A/C INDIANA PERF | 153,921.40- | 153,921.40- | 153,921.40 | 0.00 | |

Exhibit 4 at 57

Confidential                                                                                          STMP-INPRS0001515



# BNY MELLON

█████████████ MONTHLY    REVISED 224643                                          2019-06-30 CYCLE A 22:46:43 RUN DATE: 10-JUL-19
                           INVESTMENT MANAGER RECONCILIATION LETTER                                      PAGE:    1
                          FOR THE PERIOD 01 JUNE 2019 THROUGH 30 JUNE 2019                               CNMGRST
██████████ IN  PUBLIC  RETIREMENT  SYSTEM
DISCIPLINED  GROWTH  INVESTORS

ATTENTION -  IMPORTANT  INFORMATION  BELOW

Attached please find the periodic accounting statements for the above referenced account for
which your firm serves as investment manager. In servicing our mutual client, procedures require
that your firm verify and reconcile investment transactions and asset and liability
positions(including,without limitation,income and expense accruals, receipts and payments), against
your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you
need not notify us in such event. If the information does not agree with your records, you must
detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE
INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and
correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 58

Confidential                                                                     STMP-INPRS0001525


# BNY MELLON

████████████    MONTHLY    REVISED 224643                                    2019-06-30 CYCLE A 22:46:43 RUN DATE: 10-JUL-19
████████                           INVESTMENT DETAIL                                                              PAGE:    3
IN  PUBLIC RETIREMENT SYSTEM                        30 JUNE 2019                                                   M1101
DISCIPLINED GROWTH INVESTORS

| SHARES/ PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 95,348.0000 | STAMPS.COM INC | 7,946,588.62 | 45.2700 | 4,316,403.96 | 3,630,184.66- |

Confidential

Exhibit 4 at 59

STMP-INPRS0001526

# BNY MELLON

████████████  MONTHLY    REVISED 224643                              2019-06-30 CYCLE A 22:46:43 RUN DATE: 10-JUL-19
████████                  TRANSACTION REPORT                                                       PAGE:    2
                          FOR THE PERIOD 01 JUNE 2019 THROUGH 30 JUNE 2019                          M2570I
IN PUBLIC RETIREMENT SYSTEM
DISCIPLINED GROWTH INVESTORS

| TRAN CODE | EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | SHARES PAR VALUE | TRADE DATE BASE AMOUNT | INVESTMENT BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| | | EQUITY | | | | |
| | | U.S. DOLLAR | | | | |
| B | 11-JUN-19 13-JUN-19 | STAMPS.COM INC IN PUBLIC RETIREMENT SYSTEM-D CTSY CRAIG HALLUM CAPITAL GROU | 5,397.000 | 206,949.04- | 206,949.04 | |

Exhibit 4 at 60

Confidential

STMP-INPRS0001527

# BNY MELLON

█████████████ MONTHLY    REVISED 224643                                    2019-06-30 CYCLE A 22:46:43 RUN DATE: 10-JUL-19
                                        TRANSACTION REPORT                                                    PAGE:    3
████████                FOR THE PERIOD 01 JUNE 2019 THROUGH 30 JUNE 2019                                      M2570I
IN  PUBLIC  RETIREMENT  SYSTEM
DISCIPLINED GROWTH INVESTORS

| TRAN CODE | EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | SHARES PAR VALUE | TRADE DATE BASE AMOUNT | INVESTMENT BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B | 25-JUN-19 27-JUN-19 | STAMPS.COM INC | 7,647.000 | 307,560.81- | 307,560.81 | |
| B | 26-JUN-19 28-JUN-19 | STAMPS.COM INC | 25,443.000 | 1,069,862.88- | 1,069,862.88 | |



Exhibit 4 at 61

Confidential

STMP-INPRS0001528


# BNY MELLON

ATTENTION - IMPORTANT INFORMATION BELOW

Attached please find the periodic accounting statements for the above referenced account for which your firm serves as investment manager. In servicing our mutual client, procedures require that your firm verify and reconcile investment transactions and asset and liability positions(including,without limitation,income and expense accruals, receipts and payments), against your own records for such period.

If the information reflected in the attached accounting statements agrees with your records, you need not notify us in such event. If the information does not agree with your records, you must detail all discrepancies you have identified in an email to IMRECONS@BNYMELLON.COM.
IF WE DO NOT RECEIVE ANY RESPONSE WITHIN 45 DAYS OF THE PERIOD END DATE OF THESE STATEMENTS, THE INFORMATION REFLECTED IN THESE  STATEMENTS SHALL BE DEEMED BY YOU TO AGREE WITH YOUR RECORDS.

Your timely response is required, as it will enable us to collectively and promptly research and correct any discrepancies, and to help ensure accurate reporting to our mutual client.

Exhibit 4 at 62

Confidential

STMP-INPRS0001606



# BNY MELLON

| | | |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ MONTHLY  FINAL  225853 | | 2019-12-31 CYCLE A 22:58:59 RUN DATE: 08-JAN-20 |
| ▓▓▓▓▓ | INVESTMENT DETAIL | PAGE:    72 |
| IN  PUBLIC  RETIREMENT  SYSTEM | 31 DECEMBER 2019 | M1101 |
| RHUMBLINE SMALL CAP VALUE | | |

| SHARES/<br>PAR VALUE | SECURITY DESCRIPTION | COST | PRICE | MARKET<br>VALUE | UNREALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|
| | ████████████████████████████████████ | | | | |
| 3,490.0000 | STAMPS.COM INC | 161,478.25 | 83.5200 | 291,484.80 | 130,006.55 |
| | ████████████████████████████████████ | | | | |

Exhibit 4 at 63

STMP-INPRS0001607

# BNY MELLON

████████████ MONTHLY    FINAL    225853                                        2019-12-31 CYCLE A 22:58:59 RUN DATE: 08-JAN-20
████████████                                     TRANSACTION REPORT                                             PAGE:    81
IN PUBLIC RETIREMENT SYSTEM                       FOR THE PERIOD 01 DECEMBER 2019 THROUGH 31 DECEMBER 2019       M2570I
RHUMBLINE SMALL CAP VALUE

| TRAN CODE/ EFFECTIVE/ CONTRACTUAL/ SETTLEMENT DATE | SHARES/PAR VALUE SECURITY DESCRIPTION (LOCAL CURR/SETTLE CURR) | (ORIGINAL SHARES/PAR VALUE) TRADE DATE BASE AMOUNT | ACTUAL SETTLE DATE BASE AMOUNT | INVESTMENT BASE COST | CURRENCY BASE COST | REALIZED GAIN/LOSS IN BASE CURRENCY |
|---|---|---|---|---|---|---|
| B 03-DEC-19 05-DEC-19 | 90.000 STAMPS.COM INC Virtu ITG May Receive PYMNT F Order Flow | 7,556.85- | 7,556.85- | 7,556.85 | 0.00 | |

Exhibit 4 at 64

Confidential

STMP-INPRS0001608