UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 19-1828-MWF(SKx)**                    Dated: **November 2, 2020**

Title:    Matt Karinski -*v*- Stamps.com, Inc. et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

| Hillary B. Stakem | Richard H. Zelichov |
|---|---|
| Eric Niehaus | Christina L. Costley |
| Kevin S. Sciarani | Jonathan Rotenberg |
| Jason A. Forge | |
| Steven Pepich | |

**PROCEEDINGS:          TELEPHONIC MOTION TO CERTIFY CLASS [119]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   Rs

-1-                                                                    :42 min