UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01828-MWF-SK |
| Plaintiff, | CLASS ACTION |
| vs. | [PROPOSED] ORDER GRANTING LEAD PLAINTIFF INDIANA PUBLIC RETIREMENT SYSTEM'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION NO. 49 |
| STAMPS.COM, INC., et al., | |
| Defendants. | |

Cases\4842-4939-7457.v1-11/6/20

Having considered Lead Plaintiff Indiana Public Retirement System's ("Lead Plaintiff") Motion to Compel Documents Responsive to Plaintiff's Request for Production No. 49 (the "Motion"), the Joint Stipulation regarding the Motion, and the exhibits thereto, the Court ORDERS as follows:

The Motion is GRANTED;

The Court ORDERS defendants to: (1) produce board materials between the dates January 1, 2014 through January 31, 2016 that contain references to Project Solar (and similar "outer space"-themed project terminology) or any acquisition of multicarrier, e-commerce or PC Postage platforms or providers; and (2) run 10 Project Solar-related search terms on the ESI of defendants Kenneth McBride, Kyle Huebner and Jeff Carberry for the time period January 1, 2014 through January 31, 2016.

IT IS SO ORDERED.

DATED: _____    _____
                            THE HONORABLE STEVE KIM
                            UNITED STATES MAGISTRATE JUDGE

- 1 -

Cases\4842-4939-7457.v1-11/6/20