ROBBINS GELLER RUDMAN
  & DOWD LLP
STEVEN W. PEPICH (116086)
JASON A. FORGE (181542)
ERIC I. NIEHAUS (239023)
HILLARY B. STAKEM (286152)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
jforge@rgrdlaw.com
ericn@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STAMPS.COM, INC., et al.,<br><br>Defendants. | Case No. 2:19-cv-01828-MWF-SK<br><br>CLASS ACTION<br><br>DECLARATION OF ERIC I. NIEHAUS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION NO. 49<br><br>[Discovery Document: Referred to Magistrate Judge Steve Kim]<br><br>DATE:    December 2, 2020<br>TIME:    TBD<br>CTRM:    540<br>JUDGE:   The Honorable Steve Kim |

Cases\4846-8965-6016.v1-11/6/20

I, ERIC I. NIEHAUS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Stamps.com Board of Director Meeting presentation, dated October 25, 2016 and Project Solar Slides, Bates No. STMP-SCA00005734;

Exhibit 2:    E-mail thread between Kevin S. Sciarani and Paul S. Yong, between August 31, 2020 and September 9, 2020;

Exhibit 3:    Defendants' Opening Brief in Support of Motion to Dismiss the Verified Amended Stockholder Derivative Complaint, *Macomb County Employees' Retirement System v. Stamps.com, et. al.*, No. 2019-0658-AGB (Del. Ch. Oct. 25, 2019), Bates No. STMP-SCA00006280;

Exhibit 4:    Excerpts from the August 7, 2020 hearing transcript, *Macomb County Employees' Retirement System v. Stamps.com, et. al.*, No. 2019-0658-AGB (Del. Ch.), Bates No. STMP-SCA00007287;

Exhibit 5:    Letter from Eric I. Niehaus to Richard Zelichov, dated September 30, 2020;

Exhibit 6:    Letter from Eric I. Niehaus to Richard Zelichov, dated October 14, 2020;

Exhibit 7:    Letter from the United States Postal Service to Stamps.com Inc., dated June 18, 2018, Bates No. STMP-SCA00004371;

Exhibit 8:    E-mail to defendant Kenneth McBride, dated November 29, 2018, Bates No. STMP-SCA00004011;

- 1 -

Cases\4846-8965-6016.v1-11/6/20

Exhibit 9:    Email to Amine Khechfe, Steve Rifai and Nicholas Barranca, dated October 22, 2018, Bates No. STMP-SCA00002882;

Exhibit 10:    USPS presentation, Bates No. STMP-SCA00002903;

Exhibit 11:    Verified Stockholder Derivative Complaint in Intervention, *Macomb County Employees' Retirement System v. Stamps.com, et. al.*, No. 2019-0658-AGB (Del. Ch. May 18, 2020), Bates No. STMP-SCA00007460;

Exhibit 12:    Order Re Jury Trial, Order Re Deadlines, Order Re Trial Preparation, and Order Governing Conduct of Attorneys and Parties, issued on April 29, 2020, by the Honorable Michael W. Fitzgerald (ECF No. 106); and

Exhibit 13:    Order Granting Joint Stipulation Regarding Extension of Pretrial Schedule, issued on July 27, 2020, by the Honorable Michael W. Fitzgerald (ECF No. 156).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2020, at San Diego, California.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

- 2 -

Cases\4846-8965-6016.v1-11/6/20

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ericn@rgrdlaw.com

- 3 -

Cases\4846-8965-6016.v1-11/6/20

# Mailing Information for a Case 2:19-cv-01828-MWF-SK Matt Karinski v. Stamps.com, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christina Lucen Costley**
  christina.costley@kattenlaw.com,tamara.vazquez@katten.com,courtalertlax@katten.com

- **Jason A Forge**
  jforge@rgrdlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,edewan@scott-scott.com,dcolonna@scott-scott.com,tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw

- **Steven W Pepich**
  stevep@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  info@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,rprongay@glancylaw.com

- **Jonathan Rotenberg**
  jonathan.rotenberg@katten.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillary B Stakem**
  hstakem@rgrdlaw.com

- **Paul Satoshi Yong**
  paul.yong@kattenlaw.com,paula.phillips@katten.com,courtalertlax@katten.com,victoria.lippman@katten.com

- **Richard H Zelichov**
  richard.zelichov@katten.com,tamara.vazquez@katten.com,courtalertlax@katten.com,jonathan.rotenberg@katten.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)