# EXHIBIT 1

# Document Filed Under Seal

Exhibit 1
[pages 5 -105 - Filed Under Seal]