# EXHIBIT 2

| | |
|---|---|
| **From:** | Yong, Paul S. |
| **To:** | Kevin Sciarani; Zelichov, Richard H.; Costley, Christina L.; Rotenberg, Jonathan; Stickel, Carrie M; Artaki, Thomas M.; Lippman, Victoria Kate |
| **Cc:** | Eric Niehaus; Jason Forge; Steve Pepich; Hillary Stakem |
| **Subject:** | RE: Karinski v. Stamps.com, Inc. et al., Case No. 2:19-cv-01828-MWF(SK) (C.D. Cal.) -- Search Terms, Agreements with Resellers |
| **Date:** | Tuesday, September 8, 2020 3:25:17 PM |

Kevin,

Although Defendants disagree with your characterizations, we agree to run search string nos. 102-120 with the modifications set forth in your September 4, 2020 10:40 AM email below. As stated previously, Defendants' agreement to run 120 search strings is more than sufficient for the remaining scope of this case. Defendants reserve all rights with respect to any further attempt by Plaintiff to add additional search terms or expand the scope of discovery.

Thanks,

Paul

**Paul S. Yong**
Associate

# Katten

Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012

direct +1.310.788.4464

paul.yong@katten.com | katten.com

**From:** Kevin Sciarani
**Sent:** Friday, September 4, 2020 10:40 AM
**To:** Yong, Paul S. ; Zelichov, Richard H. ; Costley, Christina L. ; Rotenberg, Jonathan ; Stickel, Carrie M ; Artaki, Thomas M. ; Lippman, Victoria Kate
**Cc:** Eric Niehaus ; Jason Forge ; Steve Pepich ; Hillary Stakem
**Subject:** RE: Karinski v. Stamps.com, Inc. et al., Case No. 2:19-cv-01828-MWF(SK) (C.D. Cal.) -- Search Terms, Agreements with Resellers

*EXTERNAL EMAIL – EXERCISE CAUTION*

Paul,

We disagree that a) the mishits you identified cannot be removed mechanically by excluding certain mishits from unique documents or b) that you have demonstrated that the number of mishits are numerous enough to be burdensome. That said, if it allows the parties to reach agreement, we will agree to limit the Project Solar based search terms with the following modifications, none of which should return the mishits you have identified. Plaintiff also reserves its rights to seek the addition of the search terms as we proposed on Monday if the parties cannot reach an agreement on this issue. Please let us know if you will agree to the following modifications to the search terms by Tuesday September 8.

102. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Solar
103. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Jupiter
104. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Neptune
105. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Uranus
106. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Saturn
107. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Mars
108. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Lunar

Exhibit 2
106

109. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Pluto
110. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Mercury
111. (Project or merg* or acquir* or acquisition* or monetiz* or target* or addition*) /5 Venus
112. migrat* w/10 (platform* or customer*)
113. convert* w/10 account*
114. USPS w/15 (("micro-manag*" or micromanag*) and reseller*)
115. disclos* w/10 minim*
116. (backend or "back end") w/10 (commission* or agreement*)
117. (cannabal* or cannibal*) w/5 volume
118. (USPS or PRC or "postal service" or "post office") w/25 (pull* w/5 commission*)
119. (mitigat* w/10 (conflict* or concern*)) w/25 USPS
120. true w/5 grow*

Thanks.,

Kevin

---

**From:** Yong, Paul S. <paul.yong@katten.com>
**Sent:** Thursday, September 3, 2020 11:25 AM
**To:** Kevin Sciarani <KSciarani@rgrdlaw.com>; Zelichov, Richard H. <richard.zelichov@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Rotenberg, Jonathan <jonathan.rotenberg@katten.com>; Stickel, Carrie M <carrie.stickel@katten.com>; Artaki, Thomas M. <thomas.artaki@katten.com>; Lippman, Victoria Kate <victoria.lippman@katten.com>
**Cc:** Eric Niehaus <EricN@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Steve Pepich <SteveP@rgrdlaw.com>; Hillary Stakem <HStakem@rgrdlaw.com>
**Subject:** RE: Karinski v. Stamps.com, Inc. et al., Case No. 2:19-cv-01828-MWF(SK) (C.D. Cal.) -- Search Terms, Agreements with Resellers

Kevin,

Defendants are willing to run the 19 additional search strings requested in your August 31, 2020 2:45 PM email below, with the following modifications and caveats. These 19 additional search strings will be run in addition to the 101 search strings that Defendants are already running in connection with their ongoing document review and production.

First, Defendants will add the term "Project /5" to search strings nos. 102-111. Search string nos. 102-111, when ran on their own, result in an extremely large number of mishits. To list just a few examples, the term "Solar" hits on all emails from a Stanford University community discussion board called SOLAR, which one of the custodians was very active on; the term "Mercury" hits on all articles from Mercury News (one of the main newspapers in the Bay Area); and the term "Venus" hits on all emails with or referring to a USPS employee named Venus. Defendants further believe that Plaintiff's additional terms, even as modified, are neither relevant or proportional to the claims remaining in this case. As you're aware, Project Solar was initiated in 2014, long before the putative class period in this case. The acquisitions of Shipstation ███████████ Shipworks ███████████, and ShippingEasy ███████████ are not relevant or proportional because they: (i) predate the putative class period, (ii) were publicly-disclosed when the acquisitions were made, and (iii) were already included in the 101 search strings that Plaintiff has already requested. There are numerous other reasons that these 19 additional search strings are neither relevant nor proportional, but Defendants nonetheless will run these additional search strings, as modified below, in the interests of avoiding a dispute.

Second, in agreeing to run these 19 additional strings, Defendants completely disagree with

Exhibit 2
107

Plaintiff's claim that it will "need to continue to supplement search terms as discovery progresses." The 120 total search strings that Plaintiff has requested, and Defendants have agreed to run, are more than sufficient for this case. The only "internal terminology and nomenclature" that Plaintiff references are project names for acquisitions, which, as discussed above, are not actually relevant or proportional to this case (but we are agreeing to run them in order to avoid wasting the Court's time). The other search strings that Plaintiff has requested (search strings nos. 112-120) are either synonyms for words that Plaintiff already included in the original 101 search strings or presumably reflect specific phrases from one or two produced documents. As you know, Defendants are not required to add every phrase that Plaintiff finds interesting as a new search string.

Finally, Defendants will produce Stamps's agreements with the resellers and any remaining Board materials in short order.

Thanks,

Paul

102. Project /5 Solar
103. Project /5 Jupiter
104. Project /5 Neptune
105. Project /5 Uranus
106. Project /5 Saturn
107. Project /5 Mars
108. Project /5 Lunar
109. Project /5 Pluto
110. Project /5 Mercury
111. Project /5 Venus
112. migrat* w/10 (platform* or customer*)
113. convert* w/10 account*
114. USPS w/15 (("micro-manag*" or micromanag*) and reseller*)
115. disclos* w/10 minim*
116. (backend or "back end") w/10 (commission* or agreement*)
117. (cannabal* or cannibal*) w/5 volume
118. (USPS or PRC or "postal service" or "post office") w/25 (pull* w/5 commission*)
119. (mitigat* w/10 (conflict* or concern*)) w/25 USPS
120. true w/5 grow*

**Paul S. Yong**
Associate

## Katten

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600 | Los Angeles, CA 90067-3012
direct +1.310.788.4464
paul.yong@katten.com | katten.com

**From:** Kevin Sciarani <KSciarani@rgrdlaw.com>
**Sent:** Monday, August 31, 2020 2:45 PM
**To:** Zelichov, Richard H. <richard.zelichov@katten.com>; Costley, Christina L. <christina.costley@katten.com>; Rotenberg, Jonathan <jonathan.rotenberg@katten.com>; Yong, Paul S. <paul.yong@katten.com>; Stickel, Carrie M <carrie.stickel@katten.com>; Artaki, Thomas M. <thomas.artaki@katten.com>; Lippman, Victoria Kate <victoria.lippman@katten.com>

Exhibit 2
108

**Cc:** Eric Niehaus <EricN@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Steve Pepich <SteveP@rgrdlaw.com>; Hillary Stakem <HStakem@rgrdlaw.com>
**Subject:** Karinski v. Stamps.com, Inc. et al., Case No. 2:19-cv-01828-MWF(SK) (C.D. Cal.) -- Search Terms, Agreements with Resellers

*EXTERNAL EMAIL – EXERCISE CAUTION*

Counsel,

Thank you for producing the remainder of the board materials. Can you please confirm that all board materials from the relevant time period were produced? In addition, Stamps has not produced its agreements with the resellers and almost six weeks have passed since the Court ordered the production of those agreements. Please let us know when we can expect the production of the relevant agreements with the resellers.

Moreover, Stamps' latest production contains internal terminology that should be added as search terms. Please add the following as search terms:

- Solar
- Jupiter
- Neptune
- Uranus
- Saturn
- Mars
- Lunar
- Pluto
- Mercury
- Venus
- migrat* w/10 (platform* or customer*)
- convert* w/10 account*
- USPS w/15 (("micro-manag*" or micromanag*) and reseller*)
- disclos* w/10 minim*
- (backend or "back end") w/10 (commission* or agreement*)
- (cannabal* or cannibal*) w/5 volume
- (USPS or PRC or "postal service" or "post office") w/25 (pull* w/5 commission*)
- (mitigat* w/10 (conflict* or concern*)) w/25 USPS
- true w/5 grow*

Unless defendants propose search terms targeted to capture internal terminology and nomenclature as we have previously requested, we anticipate that plaintiff will need to continue to supplement the search terms as discovery progresses.

Please confirm by Wednesday that you will add these search terms and produce the relevant agreements with resellers. If you have objections to these proposed search terms, please let us know some times on Thursday when you are available to meet and confer on the issue as we intend seek Court intervention if the parties cannot timely resolve any disputes relating to the discovery described above.

Best,

Kevin

**Kevin Sciarani**

Exhibit 2
109



655 West Broadway, Suite 1900

San Diego, CA 92101

(619) 231-1058



NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

============================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.

============================================================

NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).

============================================================

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 2
110