# EXHIBIT 3

# Document Filed Under Seal

Exhibit 3
[pages 111 - 181 - Filed Under Seal]