# EXHIBIT 5

# Document Filed Under Seal

Exhibit 5
[pages 187 - 191 - Filed Under Seal]