# EXHIBIT 6

# Document Filed Under Seal

Exhibit 6
[pages 192 - 195 - Filed Under Seal]