# EXHIBIT 7

# Document Filed Under Seal

Exhibit 7
[pages 196 - 197 - Filed Under Seal]