# EXHIBIT 8

# Document Filed Under Seal

Exhibit 8
[pages 198 - 201 - Filed Under Seal]