# EXHIBIT 9

# Document Filed Under Seal

Exhibit 9
[pages 202 - 203 - Filed Under Seal]