# EXHIBIT 10

# Document Filed Under Seal

Exhibit 10
[page 204 -Filed Under Seal]