# EXHIBIT 13

RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@katten.com
CHRISTINA L. COSTLEY (SBN 227134)
christina.costley@katten.com
PAUL S. YONG (SBN 303164)
paul.yong@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

ROBBINS GELLER RUDMAN
          & DOWD LLP
STEVEN W. PEPICH (SBN 116086)
JASON A. FORGE (SBN 181542)
ERIC I. NIEHAUS (SBN 239023)
HILLARY B. STAKEM (SBN 286152)
KEVIN S. SCIARANI (SBN 301411)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
jforge@rgrdlaw.com
ericn@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

*Attorneys for Lead Plaintiff and the purported class.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01828-MWF (SKx) |
| | ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF PRETRIAL SCHEDULE |
| Plaintiff, | |
| v. | |
| STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, | Judge: Hon. Michael W. Fitzgerald |
| Defendants. | |

Exhibit 13
378

ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF PRETRIAL SCHEDULE

Case 2:19-cv-01828-MWF-SK Document 168-13 Filed 11/06/20 Page 3 of 6 Page
Case 2:19-cv-01828-MWF-SK Document 156 Filed 07/27/20 Page 2 of 59 Page ID #:3979
ID #:4960

Based on the stipulation of the parties, and for good cause appearing, the Court enters the following schedule:

Exhibit 13

379

ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF PRETRIAL SCHEDULE

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Lead Plaintiff to File Motion for Class Certification | June 29, 2020 | June 29, 2020 |
| Defendants' Opposition to Motion for Class Certification | August 10, 2020 | August 31, 2020 |
| Lead Plaintiff's Reply in Support of Motion for Class Certification | September 21, 2020 | October 15, 2020 |
| Hearing on Motion for Class Certification | | November 2, 2020 at 10:00 am |
| Completion of Defendants' Document Productions | August 28, 2020 | December 15, 2020 |
| Last day to Add Parties/Amend Pleadings (including hearing of motion) | December 14, 2020 | April 5, 2021 |
| Non-expert Discovery Cut-Off | January 19, 2021 | May 7, 2021 |
| Expert Disclosure (Initial) | February 16, 2021 | June 4, 2021 |
| Expert Disclosure (Rebuttal) | March 15, 2021 | July 2, 2021 |
| Expert Discovery Cut-Off | March 29, 2021 | July 16, 2021 |
| Dispositive and/or *Daubert* Motions Due | April 5, 2021 | July 23, 2021 |
| Oppositions to Dispositive and/or *Daubert* Motions Due | May 17, 2021 | September 3, 2021 |
| Replies in Support of Dispositive and/or *Daubert* Motions Due | June 28, 2021 | October 15, 2021 |

3

ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF PRETRIAL SCHEDULE

Exhibit 13
380

| Last Day to Hear Motions | August 2, 2021 | November 15, 2021 |
|---|---|---|
| Last Day to Conduct ADR Proceeding | August 16, 2021 | December 3, 2021 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report Regarding Settlement, and all Motions in Limine | September 27, 2021 | January 14, 2022 |
| Lodge Pretrial Conference Order, File Agreed Set of Jury Instructions and Verdict forms, File Statement Regarding Disputed Instructions and Verdict Forms, and file oppositions to Motions in Limine | October 4, 2021 | January 21, 2022 |
| Final Pretrial Conference and Hearing on Motions in Limine | October 18, 2021, at 11:00 am | February 7, 2022, at 11:00 am |
| Trial Date (Est. 14 to 17 days) | November 9, 2021, at 8:30 am | March 1, 2022, at 11:00 am |

4

**ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF PRETRIAL SCHEDULE**

Exhibit 13
381

Case 2:19-cv-01828-MWF-SK Document 168-13 Filed 11/06/20 Page 6 of 6 Page
Case 2:19-cv-01828-MWF-SK Document 156 Filed 07/27/20 Page 5 of 59 Page ID #:3982
ID #:4963

IT IS SO ORDERED.


Dated: July 27, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

Exhibit 13

382

**ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF PRETRIAL SCHEDULE**