RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
CHRISTINA L. COSTLEY (SBN227134)
christina.costley@kattenlaw.com
PAUL S. YONG (SBN 303164)
paul.yong@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01828-MWF (SK) |
| | DECLARATION OF JONATHAN A. ROTENBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION NO. 49 |
| Plaintiff, | |
| v. | [Discovery Document: Referred to Magistrate Judge Steve Kim] |
| STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, | DATE: December 2, 2020 TIME: TBD CTRM: 540 JUDGE: The Honorable Steve Kim |
| Defendants. | |

I, Jonathan A. Rotenberg, declare and state as follows:

1.     I am an attorney at the law firm Katten Muchin Rosenman LLP, counsel of record for Defendants Stamps.com Inc. ("Stamps"), Kenneth McBride, Kyle Huebner, Jeff Carberry (collectively, "Defendants").  I know the following to be true based on my own personal knowledge, and, if called as a witness, I could and would, testify competently to the matters herein.

2.    Attached hereto as **Exhibit 14** is a true and correct copy of the Court's July 21, 2020 Order Partially Granting Lead Plaintiff's Motion to Compel (ECF 124) (Dkt. No. 152).

3.    Attached hereto as **Exhibit 15** is a true and correct copy of a meet and confer letter from Eric Niehaus dated May 7, 2020, previously filed as Exhibit 7 to the Declaration of Eric I. Niehaus in Support of Lead Plaintiff's Motion to Compel Discovery from Defendants on July 1, 2020 (Dkt. No. 125-7).

4.    Attached hereto as **Exhibit 16** is a true and correct copy of a meet and confer letter from Eric Niehaus dated June 3, 2020, previously filed as Exhibit 11 to the Declaration of Eric I. Niehaus in Support of Lead Plaintiff's Motion to Compel Discovery from Defendants on July 1, 2020 (Dkt. No. 125-11).

5.    Attached hereto as **Exhibit 17** is a true and correct copy of the Joint Stipulation Regarding Lead Plaintiff's Motion to Compel Discovery from Defendants filed under seal on July 6, 2020 (Dkt. No. 133).

6.    Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts from the certified transcript of the Telephonic Oral Argument on Defendants' Motion to Dismiss before the Delaware Chancery Court on August 7, 2020, in *Macomb County Employees' Retirement System v. McBride, et al.* (C.A. No. 2019-0658-AGB).

7.    Attached hereto as **Exhibit 19** is a true and correct copy of a published transcript of an earnings call held by Stamps on July 28, 2016, regarding the second quarter of its fiscal year 2016, available from Bloomberg, previously filed as Exhibit 11 in support of Defendants' motion to dismiss in this action (Dkt. No. 79).

8.    Attached hereto as **Exhibit 20** is a true and correct copy of Stamps's Form 8-K and exhibits thereto, filed with the SEC on June 16, 2014.

9.    Attached hereto as **Exhibit 21** is a true and correct copy of Stamps's Form 8-K and the exhibit thereto, filed with the SEC on November 6, 2014.

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

10.   Attached hereto as **Exhibit 22** is a true and correct copy of Stamps's Form 8-K and the exhibit thereto, filed with the SEC on June 21, 2016.

11.   Attached hereto as **Exhibit 23** is a true and correct copy of Stamps's Form 8-K and the relevant exhibit thereto, filed with the SEC on November 24, 2015.

12.   Attached hereto as **Exhibit 24** is a true and correct copy of relevant excerpts from Stamps' annual report on Form 10-K for the fiscal year 2014, filed with the SEC on March 16, 2015.

13.   Attached hereto as **Exhibit 25** is a true and correct copy of relevant excerpts from Stamps' annual report on Form 10-K for the fiscal year 2015, filed with the SEC on February 29, 2016.

14.   Attached hereto as **Exhibit 26** is a true and correct copy of relevant excerpts from Stamps' annual report on Form 10-K for the fiscal year 2016, filed with the SEC on March 1, 2017.

15.   Attached hereto as **Exhibit 27** is a true and correct copy of the Court's January 17, 2020 Order re: Defendants' Motion to Dismiss [79] (Dkt. No. 89).

16.   Attached hereto as **Exhibit 28** is a true and correct copy of relevant excerpts from Stamps' quarterly report on Form 10-Q for the second quarter of the fiscal year of 2015, filed with the SEC on August 7, 2015.

17.   Attached hereto as **Exhibit 29** is a true and correct copy of relevant excerpts from the public transcript of a hearing before the United States District Court for the Western District of Texas on Motion for Preliminary Injunction on September 25, 2014, in *Endicia v. ShipStation*, Case No. 1:14-cv-00750 (Dkt. No. 49).

18.   Attached hereto as **Exhibit 30** is a true and correct copy of a published transcript of an earnings call held by Stamps on May 3, 2017, regarding the first quarter of its fiscal year 2017, available from Bloomberg, previously filed as Exhibit 13 in support of Defendants' motion to dismiss (Dkt. No. 79).

19. I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 6, 2020 in New Jersey.

_____

JONATHAN A. ROTENBERG

Katten

Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: ericn@rgrdlaw.com

CM/ECF - California Central District

**Mailing Information for a Case 2:19-cv-01828-MWF-SK Matt Karinski v. Stamps.com, Inc. et al**

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christina Lucen Costley**
  christina.costley@kattenlaw.com,tamara.vazquez@katten.com,courtalertlax@katten.com

- **Jason A Forge**
  jforge@rgrdlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,edewan@scott-scott.com,dcolonna@scott-scott.com,tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw

- **Steven W Pepich**
  stevep@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  info@glancylaw.com,CLinehan@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,rprongay@glancylaw.com

- **Jonathan Rotenberg**
  jonathan.rotenberg@katten.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillary B Stakem**
  hstakem@rgrdlaw.com

- **Paul Satoshi Yong**
  paul.yong@kattenlaw.com,paula.phillips@katten.com,courtalertlax@katten.com,victoria.lippman@katten.com

- **Richard H Zelichov**
  richard.zelichov@katten.com,tamara.vazquez@katten.com,courtalertlax@katten.com,jonathan.rotenberg@katten.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

6