# EXHIBIT 17

# Document Filed Under Seal

Exhibit 17
[pages 22 - 120 - Filed Under Seal]