RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
CHRISTINA L. COSTLEY (SBN227134)
christina.costley@kattenlaw.com
PAUL S. YONG (SBN 303164)
paul.yong@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

*Attorneys for Stamps.com Inc., Kenneth McBride, Kyle Huebner, and Jeff Carberry*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01828-MWF (SK) |
| | DECLARATION OF JONATHAN A. ROTENBERG IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION NO. 49 |
| Plaintiff, | |
| v. | [Discovery Document: Referred to Magistrate Judge Steve Kim] |
| STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY, | DATE: December 2, 2020 TIME: TBD CTRM: 540 JUDGE: The Honorable Steve Kim |
| Defendants. | |

I, Jonathan A. Rotenberg, declare and state as follows:

1.    I am an attorney at the law firm Katten Muchin Rosenman LLP, counsel of record for Defendants Stamps.com Inc. ("Stamps"), Kenneth McBride, Kyle Huebner, Jeff Carberry (collectively, "Defendants"). I know the following to be true

based on my own personal knowledge, and, if called as a witness, I could and would, testify competently to the matters herein.

2.   Attached hereto as **Exhibit 31** is a true and correct copy of relevant excerpts from Lead Plaintiff's First Set of Requests for Production of Documents to Defendants Stamps.com, Inc., Kenneth McBride, Kyle Huebner and Jeff Carberry, previously filed as Exhibit 26 to Declaration of Paul S. Yong in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Discovery from Defendants on July 1, 2020 (Dkt. No. 126-13).

3.   Attached hereto as **Exhibit 32** is a true and correct copy of relevant excerpts from Lead Plaintiff's June 3, 2020 ESI parameter proposal, previously filed as Exhibit 8 to Declaration of Eric I. Niehaus in Support of Lead Plaintiff's Motion to Compel Discovery from Defendants on July 1, 2020 (Dkt. No. 125-8).

4.   Attached hereto as **Exhibit 33** is a true and correct copy of relevant excerpts from Lead Plaintiff's Memorandum in Support of Motion for Class Certification, previously filed on June 29, 2020 (Dkt. No. 120).

5.   I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 18, 2020 in New Jersey.

JONATHAN A. ROTENBERG