# EXHIBIT 31

# Exhibit 26

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
JASON A. FORGE (181542)
STEVEN W. PEPICH (116086)
ERIC I. NIEHAUS (239023)
HILLARY B. STAKEM (286152)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
jforge@rgrdlaw.com
stevep@rgrdlaw.com
eniehaus@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-01828-MWF-SK |
| Plaintiff, | CLASS ACTION |
| vs. | LEAD PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS STAMPS.COM, INC., KENNETH McBRIDE, KYLE HUEBNER AND JEFF CARBERRY |
| STAMPS.COM, INC., et al., | |
| Defendants. | |

Cases\4850-5435-3846.v1-2/27/20

Pursuant to Federal Rules of Civil Procedure 26 and 34, Lead Plaintiff Indiana Public Retirement System requests that, within thirty (30) days of service, defendants Stamps.com, Inc., Kenneth McBride, Kyle Huebner and Jeff Carberry (collectively, "Defendants") respond to and produce for inspection and copying the documents designated under the heading "Documents Requested" to the offices of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, or at such other time and place as the parties mutually agree.

## I.    DEFINITIONS

Unless stated otherwise, the terms set forth below are defined as follows:

1.    "All," "any" and "each" shall each be construed as encompassing any and all.

2.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

3.    "Answer" means Defendants' Answer to the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, ECF No. 94, filed on January 31, 2020 in *Karinski v. Stamps.com, Inc.*, *et al.*, No. 2:19-cv-01828-MWF(SK) (C.D. Cal.).

4.    "Bailey" refers to Ken Bailey, Director of Business Alliances at the United States Postal Service as of January 2017.

5.    "Board" means the Board of Directors of Stamps.com, in present or former form, and any of its committees, subcommittees, agents, advisors, auditors, consultants, or other persons occupying similar positions or performing similar functions.

6.    "Booth" means Candi Booth, current Vice President of Sales at Stamps.com.

- 1 -

Cases\4850-5435-3846.v1-2/27/20

30. "Parcel Partners" refers to Parcel Partners, LLC, and any of its direct or indirect subsidiaries, divisions or affiliates, predecessors, successors, present and former officers, directors (including its Board of Directors acting collectively and its directors individually), employees, agents, directors, accountants and advisors, and all other persons acting or purporting to act on its behalf.

31. "Policy" or "policies" means any rule, procedure, practice, or course of conduct, whether formal or informal, written or unwritten, recorded or unrecorded, that was recognized or followed, explicitly or implicitly, including any practice memoranda or manuals.

32. "PRC" refers to the Postal Regulatory Commission and any of its divisions or affiliates, present and former officers, employees, agents, and all other persons acting or purporting to act on its behalf.

33. "Rathburn" refers to Doreen Rathburn, Business Alliances Manager at the United States Postal Service.

34. "Ross" refers to Robert Ross, co-founder of IntuiShip.

35. "Rucker" refers to Cliff Rucker, Vice President of Sales at the United States Postal Service from May 2011 to October 2016, and Senior Vice President of Sales and Customer Relations at the United States Postal Service from October 2016 to March 2018.

36. "Stamps.com" refers to Stamps.com, Inc. and any of its direct or indirect subsidiaries, divisions or affiliates, predecessors, successors, present and former officers, directors (including its Board of Directors acting collectively and its directors individually), employees, agents, directors, accountants and advisors, and all other persons acting or purporting to act on its behalf.

37. "Stamps.com Brands" refers to Stamps.com, Endicia, ShipStation, Auctane, ShipEngine, ShipWorks, ShippingEasy, and MetaPack and any of their subsidiaries, divisions or affiliates, predecessors or successors.

- 5 -

Ex. 31 at 4    Cases\4850-5435-3846.v1-2/27/20

producing party shall transmit the encryption key or password to the receiving party, under separate cover, contemporaneously with sending the encrypted media.

13. ***Redactions***: If documents that the parties have agreed to produce, including in native format, need to be redacted, the parties should meet and confer regarding how to implement redactions while ensuring that proper formatting and usability are maintained.

## V. RELEVANT TIME PERIOD

Unless otherwise specifically indicated, the requests herein refer to the period from January 1, 2013, to the date of production (the "Relevant Period"), and shall include documents and information that relate to such period, even if dated, prepared, generated, used, published or received outside of the Relevant Period. If a document prepared before this period is necessary for a correct or complete understanding of any document covered by a request, you must produce the earlier document as well. If any document is undated and the date of its preparation cannot be determined, the document shall be produced if otherwise responsive to the request.

## VI. DOCUMENTS REQUESTED

REQUEST FOR PRODUCTION NO. 1:

Stamps.com's Document retention policies and Documents concerning the preservation, search for, collection, maintenance, destruction or alteration of Documents and ESI concerning Stamps.com.

REQUEST FOR PRODUCTION NO. 2:

Directories, organizational charts or other Documents sufficient to Identify Stamps.com's organizational structure, including all direct reports to McBride, Huebner, Carberry, Booth, Khechfé, and the management teams of each Stamps.com Brand entity.

- 11 -

Ex. 31 at 5     Cases\4850-5435-3846.v1-2/27/20

REQUEST FOR PRODUCTION NO. 22:

All Documents concerning or reflecting the reasons for, and the decision-making regarding, Stamps.com's acquisition of any other Stamps.com Brand.

REQUEST FOR PRODUCTION NO. 23:

All Documents concerning the possibility or actuality of shifting USPS customers from Stamps.com or Endicia to the USPS reseller program, whether for retention purposes or otherwise.

REQUEST FOR PRODUCTION NO. 24:

All Documents concerning the negotiation, renegotiation or termination of any NSA, PC Postage agreement, commission arrangement, exclusivity arrangement or any other contract, agreement or arrangement that any Stamps.com Brand has or has had with the USPS.

REQUEST FOR PRODUCTION NO. 25:

All Documents relating to the status of Stamps.com's relationship with USPS, including those reflecting any disputes, disagreements or conflicts with the USPS or its business interests.

REQUEST FOR PRODUCTION NO. 26:

All Documents concerning any Board meeting (whether formal or informal and including committee meetings of the Board during calendar years 2013 through 2019), including board packages, financial closing packages, meeting minutes, exhibits, agendas, memoranda, resolutions, whether adopted or discussed, notes, reports, and presentations.

REQUEST FOR PRODUCTION NO. 27:

All Documents concerning any outside consultant or advisor any Stamps.com Brand retained or consulted concerning the USPS.

REQUEST FOR PRODUCTION NO. 28:

All contracts and agreements, including drafts and informal agreements, between Stamps.com or any Stamps.com Brand and any postage reseller.

- 16 -

Cases\4850-5435-3846.v1-2/27/20

REQUEST FOR PRODUCTION NO. 45:

All Documents concerning direct-to-customer sales and marketing at Stamps.com or any Stamps.com Brand related to the USPS or reseller program during the Relevant Period, including, but not limited to, sales training materials, sales policies and procedures, sales strategies and directives, and promotional materials.

DATED: February 27, 2020

ROBBINS GELLER RUDMAN
 & DOWD LLP
SPENCER A. BURKHOLZ
JASON A. FORGE
STEVEN W. PEPICH
ERIC I. NIEHAUS
HILLARY B. STAKEM
KEVIN S. SCIARANI

_____
            ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

- 20 -

Ex. 31 at 7   Cases\4850-5435-3846.v1-2/27/20