# EXHIBIT 32

# EXHIBIT 8

Case 2:19-cv-01828-MWF-SK   Document 181-8   Filed 11/18/20   Page 3 of 13   PageID
#:6127
Case 2:19-cv-01828-MWF-SK   Document 125-8   Filed 07/01/20   Page 9 of 11   PageID
#:2986

59. "special sauce"

60. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 (client* or customer* or shipper* or mailer* or user* or business* or lead* or USPS or "postal service" or "post office")

61. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 (shipworks or "ship works" or shipstation or "ship station" or "shipping easy" or shippingeasy)

62. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 ("express 1" or "express1" or "rapid enterprises" or "express one" or "E1")

63. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 ("intui ship" or intuiship or "shipping partners LLC" or "USS")

64. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 "move method"

65. (move* or moving or switch* or transfer* or shift* or divert* or diversion) w/15 ("parcel partners" or "express save" or "SP Parcel" or "visible supply" or "PP")

66. (best or max* or highest or most or biggest or largest or increas* or improv*) w/5 (profit or spread or cut or commission* or rake or incentive* or (tier w/5 economic*) or margin*)

67. ((multicarrier or "Multi-carrier" or shipworks or "ship works" or shipstation or "ship station" or "shipping easy" or shippingeasy) w/15 ("channel partner*" or "integration partner*" or volume or bulk)) and (rate* or discount* or rebate* or NSA or "negotiated service" or reseller)

68. (new w/5 (client* or customer* or shipper* or mailer* or user* or business)) and ("express 1" or "express1" or "rapid enterprises" or "express one" or "E1" or intuiship or "intui ship" or "USS" or "shipping partners LLC" or "move method" or "parcel partners" or "express save" or "SP Parcel" or "visible supply" or "PP")

69. (bundl* or group* or aggregat* or combin*) w/20 (client* or customer* or shipper* or user* or mailer* or (low w/3 volume))

70. (abus* or misus* or game or gaming or (tak* w/5 advantage) or manipulat* or cheat* or improper or "short pay*" or exploit* or skim* or scheme* or practices) and (resell* or incentive* or "channel partner" or "integration partner*" or "PIA" or "PC Postage" or licens* or commission* or exclusiv* or contract* or (revenue w/5 shar*) or (profit w/5 shar*)) or USPS or PRC or "postal service" or "post office" or NSA or "negotiated service")

71. (abus* or misus* or game or gaming or (tak* w/5 advantage) or manipulat* or cheat* or improper or "short pay*" or exploit* or skim* or scheme* or practices) w/10 (system* or contract* or agreement* or program*)

72. rat w/5 (another or "each other")

73. "direct relationship" w/5 (client* or customer* or shipper* or mailer* or user* or business*)