UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-01828-MWF (SKx)                      Date:  November 19, 2020

Title        Matt Karinski v. Stamp.com, Inc., et al.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

| Erica Valencia | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None present                                      None present

**Proceedings: (IN CHAMBERS) ORDER VACATING HEARING AND SUBMITTING MATTER FOR DECISION SUBJECT TO JUDICIAL EMERGENCY**

Lead Plaintiff's motion to compel (ECF 167)  is submitted for decision as of November 18, 2020, without oral argument, subject to the Judicial Emergency declared in the Central District of California. See L.R. 83-9.1.1; In re Approval of Judicial Emergency Declared in Cent. Dist. of California, 955 F.3d 1140 (9th Cir. 2020).  The hearing noticed for this motion on December 2, 2020, is thus vacated. See Fed. R. Civ. P. 78(b); L.R. 7-15.