UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATT KARINSKI, individually and on behalf of all others similarly situated; INDIANA PUBLIC RETIREMENT SYSTEM, Leadf Plaintiff, <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> STAMPS.COM, INC.; et al., <br><br> Defendants-Petitioners. | No. 20-80160 <br><br> D.C. No. 2:19-cv-01828-MWF-SK Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW, CHRISTEN, and MILLER, Circuit Judges.

Order by Judges CHRISTEN and MILLER, Dissent by Judge WARDLAW

Petitioners' motion for leave to file a reply in support of the petition for permission to appeal (Docket Entry No. 7) is granted. The reply has been filed.

The court, in its discretion, grants the petition for permission to appeal the district court's November 9, 2020 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

MN/MOATT

WARDLAW, Circuit Judge, dissenting:

    I respectfully dissent and would deny the petition for permission to appeal.