**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Eric I. Niehaus
ericn@rgrdlaw.com

June 4, 2021

<u>VIA ECF AND OVERNIGHT DELIVERY</u>

The Honorable Michael W. Fitzgerald
United States District Court
Central District of California
350 West First Street, Courtroom 5A
Los Angeles, CA  90012

    Re:   *Matt Karinski v. Stamps.com Inc., et al.*,
           No. 2:19-cv-01828-MWF-SK

Dear Judge Fitzgerald:

    I write on behalf of Lead Plaintiff informing the Court that the parties have reached a settlement agreement in principle to resolve the above-captioned matter, subject to Court approval, that will be subject to final documentation in a stipulation of settlement and related documents.  Lead Plaintiff and Defendants are in the process of drafting a stipulation of settlement and Lead Plaintiff anticipates filing a motion for preliminary approval within approximately 60 days.  In the interests of judicial economy, and for the convenience of the parties and the Court, and for good cause showing, Lead Plaintiff respectfully requests the Court enter an order staying all proceedings in the above-captioned litigation, except as may be necessary to document and implement the settlement or comply with the terms of the settlement.

                                    Respectfully submitted,

                                      ERIC I. NIEHAUS

EIN:sll
cc:    All Counsel of Record (via ECF)