UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 19-1828-MWF(SKx)**                           Dated: **June 9, 2021**

Title:      Matt Karinski -*v*- Stamps.com, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                None Present
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice regarding settlement [188] filed June 8, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for August 16, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                             Initials of Deputy Clerk   rs
CIVIL - GEN

-1-