FILED

UNITED STATES COURT OF APPEALS

JUN 9 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATT KARINSKI, individually and on behalf of all others similarly situated; INDIANA PUBLIC RETIREMENT SYSTEM, Leadf Plaintiff,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>STAMPS.COM, INC.; et al.,<br><br>Defendants-Appellants. | No.   21-55223<br><br>D.C. No.<br>2:19-cv-01828-MWF-SK<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

The briefing schedule previously set by the court is vacated.

The Clerk is directed to temporarily close this court's docket for administrative purposes only until December 6, 2021. This administrative closure is not a decision on the merits, no mandate will issue in connection with this order, and this order has no impact on any stay of removal. At any time, any party may request that this appeal be reopened.

If this matter is resolved before December 6, 2021, appellants shall file either a motion or stipulation to dismiss this appeal pursuant to Fed. R. App. P. 42(b).

Counsel for appellants is requested to provide the mediator (jonathan_westen@ca9.uscourts.gov) with an email update on the status of the case every ninety (90) days.

FOR THE COURT


By: Jonathan Westen
Circuit Mediator

JW/Mediation