1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. CV 19-1828-MWF (SKx) |
|---|---|---|
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | ORDER GRANTING LEAD PLAINTIFF INDIANA PUBLIC RETIREMENT SYSTEM'S APPLICATION TO EXCEED PAGE LIMITS FOR ITS MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF PLAN OF ALLOCATION; (3) AWARD OF ATTORNEYS' FEES AND EXPENSES; AND(4) AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4) |
| STAMPS.COM, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

4895-0614-1701.v1

1     Having considered Lead Plaintiff Indiana Public Retirement System's Application to Exceed Page Limits for its Motion for: (1) Final Approval of Class Action Settlement; (2) Approval of Plan of Allocation; (3) Award of Attorneys' Fees and Expenses; and (4) Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4) and the accompanying Memorandum of Points and Authorities, the Court is of the opinion that the application should be granted.  It is accordingly ORDERED that Lead Plaintiff is granted leave to file its Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for: (1) Final Approval of Class Action Settlement; (2) Approval of Plan of Allocation; (3) Award of Attorneys' Fees and Expenses; and (4) Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4) ten pages in excess of the Court's page limits under Local Rule 11-6.

DATED:  December 8, 2021  _____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

4895-0614-1701.v1