ROBBINS GELLER RUDMAN
  & DOWD LLP
STEVEN W. PEPICH (116086)
JASON A. FORGE (181542)
ERIC I. NIEHAUS (239023)
HILLARY B. STAKEM (286152)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
jforge@rgrdlaw.com
ericn@rgrdlaw.com
hstakem@rgrdlaw.com
ksciarani@rgrdlaw.com

Lead Counsel for Lead Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT KARINSKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> STAMPS.COM, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01828-MWF-SK <br><br> CLASS ACTION <br><br> SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION RECEIVED TO DATE <br><br> DATE:   January 24, 2022 <br> TIME:   10:00 a.m. <br> CTRM:   5A <br> JUDGE:  Hon. Michael W. Fitzgerald |

I, ROSS D. MURRAY, declare and state as follows:

1. I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to this Court's October 14, 2021 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), Gilardi was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement of the above-captioned litigation (the "Litigation"). I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2. I submit this declaration as a supplement to my earlier declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF No. 206). The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

## UPDATE ON DISSEMINATION OF THE CLAIM PACKAGE

3. As more fully detailed in the Initial Mailing Declaration, as of December 17, 2021, Gilardi had mailed 84,600 copies of the Court-approved Notice of Pendency and Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package") to potential Class Members and their nominees. *See* Initial Mailing Declaration, ¶11.

4. Since December 17, 2021, Gilardi has mailed an additional 322 copies of the Claim Package in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses. Therefore, as of January 14, 2022, Gilardi has mailed a total of 84,922 Claim Packages to potential Class Members and nominees.

- 1 -

**REQUESTS FOR EXCLUSION RECEIVED TO DATE**

5. Pursuant to the Notice Order, the Notice informed potential Class Members that written requests for exclusion from the Class must be mailed to *Stamps.com Securities Settlement*, c/o Gilardi & Co. LLC, EXCLUSIONS, 150 Royall Street, Suite 101, Canton, MA 02021, such that they are received no later than January 2, 2022. At the time of the Initial Mailing Declaration, Gilardi had not received any requests for exclusion from the Class at this mailing address. *See* Initial Mailing Declaration, ¶16.

6. Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Gilardi has received two timely requests for exclusion, redacted copies of which are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 14th day of January, 2022, at San Rafael, California.

_____
ROSS D. MURRAY

- 2 -

# EXHIBIT A



RECEIVED
December 20, 2021
Claims Center

# Exclusion Cover Page

Case Name: Stamps.com, Inc., Securities Settlement

Case Code: S3C

Exclusion Deadline: January 3, 2022 (Must be Received on or before Date)

Name of Person Filing Exclusion: Robert Dee

Exhibit A

-4-

*Thank you*

12/8/2021

To whom it may concern:

I, ROBERT DEE, WOULD LIKE TO BE

EXCLUDED FROM THE CLASS IN KARINSKI V.

STAMPS.COM, INC., et al., CASE NUMBER:

2:19-CV-01828-MWF-SK

I OWNED "0" (ZERO) STAMPS.COM COMMON

STOCK AS OF MAY 2, 2017.

I AQUIRED & SOLD 26 SHARES AT A LATER

DATE, AND MADE A ~75% RETURN.

ROBERT DEE

Exhibit A

The Dee Family



15 DEC 2021  PM 7  L

FOREVER USA

DEC 20 2021

*Stamps.com Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43315
Providence, RI  02940-3315



COPY

**S3C**



RECEIVED
December 20, 2021
Claims Center

# Exclusion Cover Page

Case Name: Stamps.com, Inc., Securities Settlement

Case Code: S3C

Exclusion Deadline: January 3, 2022 (Must be Received on or before Date)

Name of Person Filing Exclusion: Kristen Dee

*Thank you*

12-8-21

I, KRISTEN DEE, WOULD LIKE TO BE EXCLUDED FROM THE CLASS IN KARINSKI V. STAMPS.COM, INC. et al., CASE NUMBER:

2:19-CV-01828-MWF-SK

I OWNED "0" (ZERO)(NONE) STAMPS.COM COMMON STOCK AS OF MAY 2, 2017.

I AQUIRED AND SOLD 20 SHARES FOR A PROFIT AT A LATER DATE.

*Kristen Dee*

KRISTEN DEE

Exhibit A

8



Exhibit A

-9-

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Eric I. Niehaus
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ericn@rgrdlaw.com

4853-4727-0153.v1

-10-

# Mailing Information for a Case 2:19-cv-01828-MWF-SK Matt Karinski v. Stamps.com, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christina Lucen Costley**
  christina.costley@katten.com,marsha.davis@katten.com,courtalertlax@katten.com

- **Jason A Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,edewan@scott-scott.com,dcolonna@scott-scott.com,tlaughlin@scott-scott.com,efile@scott-scott.com

- **Adam C McCall**
  amccall@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,lobas@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,fgravenson@pomlaw.

- **Steven W Pepich**
  stevep@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Jonathan A. Rotenberg**
  jonathan.rotenberg@katten.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paul Satoshi Yong**
  paul.yong@katten.com,paula.phillips@katten.com,courtalertlax@katten.com

- **Richard H. Zelichov**
  richard.zelichov@katten.com,marsha.davis@katten.com,courtalertlax@katten.com,carrie.stickel@katten.com,ewelina.johnson@katten.com,jonathan.rotenberg@katten

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)