

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MATT KARINSKI, individually and on behalf of all others similarly situated; INDIANA PUBLIC RETIREMENT SYSTEM, Leadf Plaintiff,

    Plaintiffs-Appellees,

v.

STAMPS.COM, INC.; et al.,

    Defendants-Appellants.

No. 21-55223

D.C. No. 2:19-cv-01828-MWF-SK
Central District of California, Los Angeles

ORDER

In an order filed March 17, 2022, this appeal was administratively closed. The appeal is reopened.

Pursuant to the stipulation of the parties (Docket Entry No. 12), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator